**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2974 1:20-MD-02974-LMM** |

**THIS DOCUMENT RELATES TO 1:21-cv-00174-LMM**

<u>**NOTICE OF APPEARANCE OF MARCUS J.  SUSEN**</u>

The undersigned, Marcus J. Susen, by and through this Court's January 12, 2021 order [D.E. 40] hereby files this notice of appearance.  Kindly please enter the appearance of Marcus J. Susen as a counsel for the plaintiff.

Dated: January 22, 2021

Respectfully submitted,

*/s/ Marcus Susen*
Marcus J. Susen
Florida Bar No. 70789
Susen Law Group
110 E. Broward Blvd, Ste 1700
Fort Lauderdale, FL 33301
Phone: (954) 315-3815
Email: marcus@susenlawgroup.com

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 22 of January 2020, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF.  Notice of this filing will be served on all parties of record by operation of the ECF system.

_/s/ Marcus Susen_      
Marcus J. Susen
Florida Bar No. 70789
Susen Law Group
110 E. Broward Blvd, Ste 1700
Fort Lauderdale, FL 33301
Phone: (954) 315-3815
Email: marcus@susenlawgroup.com