IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM CIVIL ACTION NOs.: |
| This document relates to: Angelika Hyde Faatimah McKee | : : : : | 1:21-cv-04217-LMM 1:23-cv-00605-LMM 1:21-cv-04908-LMM 1:22-cv-01606-LMM |

## ORDER

The Court has identified the plaintiffs listed below as having duplicative cases. In accordance with the Court's Case Management Order Regarding Direct Filing, Dkt. No. [129], each plaintiff is **ORDERED** to show cause within **10 days** as to why the second-filed case should not be dismissed without prejudice.

| Plaintiff | Cause # | Date Filed |
|---|---|---|
| Angelika Hyde | 1:21-cv-04217-LMM | 10/11/21 |
| Angelika Hyde | 1:23-cv-00605-LMM | 2/9/23 |
| Faatimah McKee | 1:21-cv-04908-LMM | 11/30/21 |
| Faatimah McKee | 1:22-cv-01606-LMM | 4/22/22 |

**IT IS SO ORDERED** this 21st day of January, 2025.

_____
**Leigh Martin May**
**United States District Judge**