# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | ) MDL DOCKET NO. 2974 ) No. 1:20-md-02974-LMM ) ) |

**THIS DOCUMENT RELATES TO ALL CASES**

## APPEARANCE OF COUNSEL

To:    The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant Teva Women's Health, LLC.

DATED:  January 25, 2021.                Respectfully submitted,

**_Evan C. Holden_**
Evan C. Holden
Attorney Bar Number: 918658
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road N.E., Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-7320
Facsimile: (678) 553-2243
Email: holdene@gtlaw.com

*Attorney for Defendant Teva Women's Health, LLC*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **APPEARANCE OF COUNSEL** has this day been electronically filed with the Clerk of Court using the CM/ECF system upon counsel of record for all parties.

This 25th day of January 2021.

        Respectfully submitted,

        ***Evan C. Holden***
        Evan C. Holden