# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-md-02974-LMM**
**IN RE: Paragard IUD Products Liability Litigation**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 04/12/2021 via Zoom.

TIME COURT COMMENCED: 10:03 A.M.
TIME COURT CONCLUDED: 10:49 A.M.    COURT REPORTER: Montrell Vann
TIME IN COURT: 00:46                 DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Erin Copeland representing Plaintiffs (Co-Lead Counsel)
Timothy Clark representing Plaintiffs (Co-Lead Counsel)
Charles Childers representing Plaintiffs (Liaison Counsel)
Frederick Erny representing Defendants (Co-Lead Counsel)
Gina Saelinger representing Defendants (Co-Lead Counsel)
Lori Cohen representing Defendants (Co-Liaison Counsel)
Allison Ng representing Defendants (Co-Liaison Counsel)
Nicole Berg representing Plaintiffs (PEC)
Robert Hammers representing Plaintiffs (PEC)
Edward Wallace representing Plaintiffs (PEC)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Christina Feller representing Plaintiffs (PSC)
Charles R. Houssiere, III representing Plaintiffs (PSC)
Michael A. Galpern representing Plaintiffs (PSC)
Jason P. Johnston representing Plaintiffs (PSC)
R. Jones representing Plaintiffs (PSC)
Hunter Linville representing Plaintiffs (PSC)
Robert Kinsman representing Plaintiffs (PSC)
Patrick Luff representing Plaintiffs (PSC)
Jonathan Mann representing Plaintiffs (PSC)
Tobias Millrood representing Plaintiffs (PSC)
Thienkim Truongle representing Plaintiffs (PSC)
Michelle Parfitt representing Plaintiffs (PSC)
Ruth Rizkalla representing Plaintiffs (PSC)
Ashley Barriere representing Dara Dyer
Molly L. Condon representing Erica McClarty
Randal Kauffman representing Tomeka Knight
Laura Yaeger representing Dara Dyer
Marc Prokopchak representing Chasity S. Crowder
Chelsea Monroe representing Ashley Sigley

| | |
|---|---|
| OTHER(S) PRESENT: | Daniel Harrison |
| | Kristina Anderson |
| | Teresa Kapelle |
| | Patrick Lyons |
| | Devin Eck |
| | Fred Baker |
| | Chelsea Monroe |
| | Drew LaFramboise |
| | Vincent Nieves |
| PROCEEDING CATEGORY: | Status Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court held its monthly status conference. Plaintiffs are directed to file an amended Master Complaint that omits Teva Pharmaceutical Industries Ltd. as a defendant. Plaintiffs may then file a motion to amend if they wish to add the party as a defendant. The Court will revisit this issue at next month's status conference. With the consent of all parties, the Court ORDERS that Plaintiffs' original Master Complaint [Doc. 65] be sealed due to the inadvertent inclusion of confidential information. See transcript for further details. |
| HEARING STATUS: | Hearing Concluded |