IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 2974<br>:<br>: (1:20-md-02974-LMM)<br>:<br>: This Document Relates to All<br>: Cases |

**TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; THE COOPER COMPANIES, INC.; AND COOPERSURGICAL, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER PERSONAL INJURY COMPLAINT**

Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; Teva Branded Pharmaceutical Products R&D, Inc.; The Cooper Companies, Inc.; and CooperSurgical, Inc., move, pursuant to Rule 12 of the Federal Rules of Civil Procedure, for dismissal of the claims in plaintiffs' Second Amended Master Personal Injury Complaint [Doc. No. 79].  This motion is supported by the accompanying memorandum of law.

Respectfully submitted,

| | |
|---|---|
| */s/ Frederick M. Erny* | */s/ Lori G. Cohen* |
| **Frederick M. Erny, Esq.** | **Lori G. Cohen, Esq.** |
| **Gina M. Saelinger, Esq.** | **Allison Ng, Esq.** |
| Ulmer & Berne, LLP | Greenberg Traurig, LLP |
| 600 Vine Street, Suite 2800 | Terminus 200 |
| Cincinnati, OH 45202 | 3333 Piedmont Road NE, Suite 2500 |
| Telephone: 513.698.5144 | Atlanta, GA 30305 |
| ferny@ulmer.com | Telephone: 678.553.2385 |
| gsaelinger@ulmer.com | CohenL@gtlaw.com |
| | nga@gtlaw.com |
| **Co-Lead Counsel for Defendants** | **Co-Liaison Counsel for Defendants** |

## CERTIFICATE OF SERVICE

I certify that on this 6th day of May, 2021, I electronically filed a copy of the foregoing motion to dismiss Plaintiffs' Second Amended Master Personal Injury Complaint with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

By: */s/ Lori G. Cohen*
Lori G. Cohen, Esq