IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 2974<br>:<br>: (1:20-md-02974-LMM)<br>:<br>: This Document Relates to All<br>: Cases |

**DEFENDANTS TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; THE COOPER COMPANIES, INC.; AND COOPERSURGICAL, INC.'S MOTION FOR ORAL ARGUMENT ON THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED MASTER PERSONAL INJURY COMPLAINT**

Pursuant to Local Rule 7.1(E) and Section III(k) of the Court's Standing Order, Defendants Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; Teva Branded Pharmaceutical Products R&D, Inc.; The Cooper Companies, Inc.; and CooperSurgical, Inc. ("Defendants"), respectfully request oral argument on their Motion to Dismiss Plaintiffs' Second Amended Master Personal Injury Complaint ("Motion") being filed contemporaneously herewith.

Defendants believe oral argument will be helpful to the Court given the Motion is directed to all cases in MDL No. 2974, the numerous purported causes of action asserted in Plaintiffs' Second Amended Master Personal Injury Complaint, and the multiple bases for dismissal of those claims as set forth in Defendants' Motion. Further, Defendants' Motion raises case-dispositive legal

grounds, as well as the insufficiency of plaintiffs' pleadings. In light of the nature of the issues raised, Defendants believe oral argument may assist this Court in deciding the dispositive questions of law and pleading insufficiencies in plaintiffs' Complaint as presented in Defendants' Motion, and also will promote judicial efficiency. Defendants estimate the time necessary for both parties to present oral argument at approximately two hours total.

For the foregoing reasons, Defendants respectfully request that the Court hear oral argument on their Motion to Dismiss Plaintiffs' Second Amended Master Personal Injury Complaint.

Respectfully submitted,

/s/ Frederick M. Erny
**Frederick M. Erny, Esq.**
**Gina M. Saelinger, Esq.**
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513.698.5144
ferny@ulmer.com
gsaelinger@ulmer.com

**Co-Lead Counsel for Defendants**

/s/ Lori G. Cohen
**Lori G. Cohen, Esq.**
**Allison Ng, Esq.**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2385
CohenL@gtlaw.com
nga@gtlaw.com

**Co-Liaison Counsel for Defendants**

## CERTIFICATE OF SERVICE

I certify that on this 6th day of May, 2021, I electronically filed a copy of the foregoing Motion for Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Second Amended Master Personal Injury Complaint with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

By: */s/ Lori G. Cohen*
Lori G. Cohen, Esq