UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | Case No. 1:20-md-02974-LMM |
| | Honorable Leigh Martin May |
| This Document Relates to: ALL CASES | JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF LAW FIRM NAME AND EMAIL ADDRESS

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Pursuant to Local Rule of this Court, please take notice that effective immediately, SANDERS PHILLIPS GROSSMAN, LLC has changed its name to MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC. Mailing address and telephone number remain the same, however, there has been a change of email address from rkassan@thesandersfirm.com to rkassan@milberg.com.

Dated: May 18, 2021

Respectfully Submitted,

*/s/ Randi Kassan*
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@milberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date: May 18, 2021

/s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, LLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
(516) 741-5600 (tel)
(516) 741-0128 (fax)
rkassan@milberg.com