AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

In re Paragard IUD Products Liaiblity Litigation )
*Plaintiff* )
v. ) Case No. 1:20-md-02974-LMM
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Teva Pharmaceuticals USA, Inc, Teva Women's Health, Inc., and Teva Women's Health, LLC, .

Date: 5/11/2023

*s/ Kim G. Bueno*
*Attorney's signature*

Kim G. Bueno (TX Bar No. 24065345)
*Printed name and bar number*

Butler Snow LLP
1400 Lavaca St., Suite 1000
Austin, TX 78701
*Address*

kim.bueno@butlersnow.com
*E-mail address*

(737) 802-1820
*Telephone number*

(737) 802-1801
*FAX number*