**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL DOCKET NO. 2974<br><br>Case No. 1:20-md-02974-LMM<br><br>This Document Relates<br><br>To All Cases |

## ORDER

This case is before the Court on Christopher Morris' Motion to Correct Scrivener's Error [Doc. 506]. For good cause shown, the Court **GRANTS** the Motion and **DIRECTS** the Clerk to amend the docket to remove Christopher Morris as counsel of record for The Cooper Companies, Inc., and Cooper Surgical, Inc.

**SO ORDERED**, this 12th day of June, 2023.

*/s/ Leigh Martin May*
**Leigh Martin May**
**United States District Judge**