# **EXHIBIT A**

1. **PLAINTIFFS WHO FAILED TO RESPOND TO THE COURT'S SHOW CAUSE ORDER.**

|  | Plaintiff | Case No. |
|---|---|---|
| 1. | Aguinaldo, Imelda | 1:22-cv-00167-LMM |
| 2. | Anthony, Katherine | 1:21-cv-04200-LMM |
| 3. | Arcos, Estephanie | 1:22-cv-04618-LMM |
| 4. | Bailon, Rafaela | 1:21-cv-02685-LMM |
| 5. | Bermingham, Shannon | 1:21-cv-04202-LMM |
| 6. | Bourg, Nikie | 1:21-cv-04021-LMM |
| 7. | Brown, Danielle | 1:21-cv-05203-LMM |
| 8. | Brown, Erika | 1:22-cv-01789-LMM |
| 9. | Butler, Jennifer | 1:21-cv-04206-LMM |
| 10. | Carrillo, Janette | 1:22-cv-04730-LMM |
| 11. | Carter, Jasmine | 1:21-cv-02923-LMM |
| 12. | Clairmont, Audrey | 1:22-cv-02024-LMM |
| 13. | Cuthbertson, Lori | 1:22-cv-02098-LMM |
| 14. | Daugird, Katherine | 1:21-cv-04251-LMM |
| 15. | De Santiago, Rosalinda | 1:21-cv-03670-LMM |
| 16. | Debellis, Michelle | 1:22-cv-03123-LMM |
| 17. | Devitt, Marvell | 1:21-cv-04212-LMM |
| 18. | Durham, Teya | 1:21-cv-02932-LMM |
| 19. | Ellison, Sommore | 1:22-cv-03557-LMM |
| 20. | Eugene, Joan | 1:22-cv-04173-LMM |
| 21. | Fields, Courtney | 1:21-cv-04213-LMM |
| 22. | Filozova, Kristina | 1:21-cv-05182-LMM |
| 23. | Forsdick, Emily | 1:21-cv-04214-LMM |
| 24. | Fowler, Chandler | 1:21-cv-05223-LMM |
| 25. | Gifford, Hannah E. | 1:21-cv-04215-LMM |
| 26. | Gordon, Marsha Johnson | 1:22-cv-04464-LMM |
| 27. | Graham, Adrienne | 1:22-cv-01076-LMM |
| 28. | Gray, Kelsie | 1:22-cv-00176-LMM |
| 29. | Grooms, Marshell | 1:22-cv-02473-LMM |
| 30. | Hanna, Chasity | 1:22-cv-01059-LMM |

|     | Plaintiff | Case No. |
| --- | --- | --- |
| 31. | Happley, Taylor | 1:21-cv-02997-LMM |
| 32. | Haunert, Nicole | 1:22-cv-01075-LMM |
| 33. | Hernandez, Anna | 1:22-cv-02477-LMM |
| 34. | Horton, Brooke | 1:21-cv-04024-LMM |
| 35. | Huitt, Patricia | 1:21-cv-00051-LMM |
| 36. | Hyden, Deanna | 1:21-cv-04218-LMM |
| 37. | Jauregui, Malu | 1:22-cv-01077-LMM |
| 38. | Johnson, Tenina | 1:21-cv-04220-LMM |
| 39. | Jones, Sherika | 1:21-cv-04025-LMM |
| 40. | Jury, Chandra | 1:22-cv-01521-LMM |
| 41. | Kilduff, Vera | 1:22-cv-03584-LMM |
| 42. | Kimes, Linsey | 1:21-cv-04026-LMM |
| 43. | Kirby, Jamie | 1:21-cv-05190-LMM |
| 44. | Korth, Andee | 1:22-cv-02615-LMM |
| 45. | Lacoste, Deshawn | 1:21-cv-04027-LMM |
| 46. | Laurent, Sabine | 1:21-cv-05201-LMM |
| 47. | Leal, Joanna | 1:22-cv-01532-LMM |
| 48. | Livengood, Jody | 1:21-cv-05204-LMM |
| 49. | Loston, Sparkle | 1:21-cv-03569-LMM |
| 50. | Marsh, Marissa | 1:22-cv-02540-LMM |
| 51. | McCarthy, Erin | 1:21-cv-04338-LMM |
| 52. | Medlock, April | 1:21-cv-04028-LMM |
| 53. | Meo, Danielle | 1:21-cv-04225-LMM |
| 54. | Miranda, Aide Veronica | 1:22-cv-01609-LMM |
| 55. | Morris, Dorris | 1:21-cv-03532-LMM |
| 56. | Munoz, Corrin | 1:22-cv-01508-LMM |
| 57. | Naron, Rhonda | 1:21-cv-04029-LMM |
| 58. | Njontu, Monique | 1:22-cv-03109-LMM |
| 59. | Olson, Carol | 1:22-cv-01547-LMM |
| 60. | Padilla, Yessenia | 1:21-cv-00876-LMM |
| 61. | Paige, Aleemah | 1:22-cv-02072-LMM |
| 62. | Pauda, Danette | 1:21-cv-04226-LMM |

|     | Plaintiff | Case No. |
| --- | --- | --- |
| 63. | Piazza, Rachael | 1:22-cv-01377-LMM |
| 64. | Poling, Nicole | 1:22-cv-01082-LMM |
| 65. | Portillo, Sara | 1:22-cv-01612-LMM |
| 66. | Radnick, Margaret | 1:21-cv-01186-LMM |
| 67. | Ramirez, Angie | 1:22-cv-04620-LMM |
| 68. | Ramirez-Reyes, Yadira | 1:22-cv-00174-LMM |
| 69. | Roberts, McKenzie | 1:21-cv-04030-LMM |
| 70. | Sandin, Shauna | 1:21-cv-02865-LMM |
| 71. | Savarese, Diana | 1:22-cv-02215-LMM |
| 72. | Speicher, Stephanie | 1:22-cv-01417-LMM |
| 73. | Stewart, Danielle | 1:21-cv-04237-LMM |
| 74. | Tlamayo, Mishelle Garcia | 1:21-cv-01731-LMM |
| 75. | Valdez, Natasha E. | 1:22-cv-02278-LMM |
| 76. | Van Wyk, Tiffany | 1:22-cv-02106-LMM |
| 77. | Villela, Yarelli | 1:22-cv-01104-LMM |
| 78. | Wainwright, Terrell | 1:21-cv-03570-LMM |
| 79. | Whitehead, Olivia | 1:21-cv-04370-LMM |
| 80. | Williams, Niesha | 1:22-cv-01616-LMM |
| 81. | Zerin, Farrah | 1:22-cv-01595-LMM |

**2.   CASES WHERE PLAINTIFFS AGREED DISMISSALS ARE WARRANTED.**

|     | Plaintiff | Case No. |
| --- | --- | --- |
| 82. | Aguilar, Roxana M. | 1:21-cv-01365-LMM |
| 83. | Johnson, Shelby | 1:21-cv-03233-LMM |

**3.   CASES WHERE PLAINTIFFS INDICATED DEFICIENCIES WILL NEVER BE CURED.**

|     | Plaintiff | Case No. |
| --- | --- | --- |
| 84. | Johnson, Vanesha | 1:21-cv-00052-LMM |
| 85. | Lewis, Domonique | 1:21-cv-00039-LMM |
| 86. | Schoenfeld, Dawn | 1:21-cv-00013-LMM |

3

|     | **Plaintiff** | **Case No.** |
| --- | --- | --- |
| 87. | Teller, Eileen | 1:21-cv-04821-LMM |

**4.   CASES WHERE PLAINTIFFS' COUNSEL HAVE LOST CONTACT AND AGREED THEY FAILED TO COMPLY WITH THE COURT'S ORDER.**

|      | **Plaintiff** | **Case No.** |
| --- | --- | --- |
| 88.  | Arucha, Nancy | 1:21-cv-02188-LMM |
| 89.  | Bales, Summer | 1:21-cv-03476-LMM |
| 90.  | Benotch, Leah | 1:21-cv-00135-LMM |
| 91.  | Chellsen, Jennifer | 1:21-cv-01501-LMM |
| 92.  | Ferrell, Aiesha | 1:21-cv-00140-LMM |
| 93.  | Hendrick, Lauren | 1:21-cv-00208-LMM |
| 94.  | Hodges, Demonica | 1:21-cv-00159-LMM |
| 95.  | Irwin, Lindsay | 1:21-cv-01984-LMM |
| 96.  | Jonza, Samantha | 1:21-cv-01695-LMM |
| 97.  | Leidenfrost, Jamie | 1:21-cv-02034-LMM |
| 98.  | Lepine, Ada | 1:21-cv-00012-LMM |
| 99.  | Lilly, Angela | 1:21-cv-01834-LMM |
| 100. | Maimone, Terry | 1:21-cv-01980-LMM |
| 101. | Middleton, Karisma | 1:21-cv-04435-LMM |
| 102. | Miller, Amy | 1:21-cv-03927-LMM |
| 103. | Mitchell, Erin | 1:21-cv-02425-LMM |
| 104. | Mitchell, Toni | 1:21-cv-00408-LMM |
| 105. | Mondor, Angela | 1:21-cv-01876-LMM |
| 106. | Reith, Kathryn | 1:21-cv-00106-LMM |
| 107. | Rodriguez, Daisy | 1:21-cv-01833-LMM |
| 108. | Romero, Alma | 1:21-cv-01745-LMM |
| 109. | Silva, Jennifer | 1:21-cv-01875-LMM |
| 110. | Smith, Ounjanise | 1:21-cv-00036-LMM |
| 111. | Sonnier, Lynna | 1:21-cv-05005-LMM |
| 112. | Stamper, Lori | 1:21-cv-03919-LMM |
| 113. | Yakub, Kayleigh | 1:21-cv-01874-LMM |

5. **CASES WHERE PLAINTIFFS' COUNSEL HAVE LOST CONTACT, BUT SEEK AN EXTENSION TO SERVE PFS.**

|      | Plaintiff | Case No. |
|------|-----------|----------|
| 114. | Bandi, Sarita | 1:22-cv-02002-LMM |
| 115. | Boudreau, Richie | 1:22-cv-01402-LMM |
| 116. | Kerestes, Tracy | 1:21-cv-03153-LMM |
| 117. | Kyzy, Aizhamal Mamatkalil | 1:22-cv-01812-LMM |
| 118. | Long, Anita | 1:21-cv-05067-LMM |
| 119. | Medrano, Yvette | 1:22-cv-00076-LMM |
| 120. | Ramirez, Maria Julieta | 1:22-cv-01287-LMM |
| 121. | Sabado, Veronica | 1:21-cv-03387-LMM |
| 122. | Sanchez, Alejandra | 1:22-cv-00768-LMM |
| 123. | Stevenson, Melanie | 1:22-cv-00787-LMM |

6. **CASES WHERE PLAINTIFFS SUBMITTED THEIR PFS AFTER ENTRY OF THE COURT'S ORDER.**

|      | Plaintiff | Case No. |
|------|-----------|----------|
| 124. | Bogle, Rebecca | 1:21-cv-04203-LMM |
| 125. | Castillo, Cynthia | 1:22-cv-00461-LMM |
| 126. | Frison, Tracey | 1:22-cv-02243-LMM |
| 127. | Gomez, Jocelyn | 1:22-cv-01292-LMM |
| 128. | Hyde, Angelika | 1:21-cv-04217-LMM |
| 129. | Laplante, Breanna | 1:21-cv-02635-LMM |
| 130. | Villalobos, Carmen | 1:21-cv-03388-LMM |
| 131. | Villalobos, Vanessa | 1:22-cv-01289-LMM |
| 132. | Wilson, Keir | 1:22-cv-01056-LMM |