AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

In re Paragard IUD Products Liability Litigation )
          *Plaintiff* )
      v. ) Case No. 1:20-md-02974-LMM
)
          *Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; and Teva Branded Pharmaceutical Products R&D, Inc.

Date: 9/01/2023

*/s/ Michael B. Hewes*
*Attorney's signature*

Michael B. Hewes
*Printed name and bar number*

Butler Snow LLP
1300 25th Avenue, Suite 204
Gulfport, MS 39501
*Address*

michael.hewes@butlersnow.com
*E-mail address*

(228) 575-3039
*Telephone number*

(228) 868-1531
*FAX number*