IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 2974<br>:<br>: (1:20-md-02974-LMM)<br>:<br>: This Document Relates to All Cases<br>: |

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

Defendant, CooperSurgical, Inc., by and through its counsel of record, and pursuant to Local Rule 5.4, certifies it served by electronic mail on September 1, 2023, a copy of its Answers to Plaintiffs' Requests for Admission to Defendants upon the following counsel of record:

Erin K. Copeland, Esq.
Fibich, Leebron, Copeland & Briggs
1150 Bissonnet Street
Houston, Texas 77005
ecopeland@fibichlaw.com
*Co-Lead Counsel for Plaintiffs*

Timothy Clark, Esq.
Milberg Coleman Bryson Phillips Grossman, LLC
16755 Von Karman Ave. Suite 200
Irvine, CA 92606
tclark@milberg.com
*Co-Lead Counsel for Plaintiffs*

Christopher Morris, Esq.
Butler Snow LLP
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MI 39157
chris.morris@butlersnow.com
*Lead Counsel for Teva Defendants*

Lori G. Cohen, Esq.
Allison Ng, Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2385
CohenL@gtlaw.com

1

|  |  |
|---|---|
| C. Andrew Childers, Esq.<br>Childers, Schlueter & Smith, LLC<br>1932 N. Druid Hills Rd., Suite 100<br>Atlanta, GA 30319<br>AChilders@cssfirm.com<br>***Liaison Counsel for Plaintiffs*** | nga@gtlaw.com<br>***Co-Liaison Counsel for Defendants*** |

Respectfully submitted this 2nd day of September, 2023.

*/s/ Frederick M. Erny*
**Frederick M. Erny, Esq.**
**Gina M. Saelinger, Esq.**
Ulmer & Berne LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: 513.698.5144
ferny@ulmer.com
gsaelinger@ulmer.com

***Co-Lead Counsel for Defendant,***
***CooperSurgical, Inc.***

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2023, I electronically filed the foregoing Local Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

*/s/ Frederick M. Erny*
Frederick M. Erny, Esq.
