AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

In re Paragard IUD Products Liability Litigation )
*Plaintiff* )
v. ) Case No. 1:20-md-02974-LMM
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; and Teva Branded Pharmaceutical Products R&D, Inc.

Date: 9/07/2023

*/s/ Tara L. Blake*
*Attorney's signature*

Tara L. Blake
*Printed name and bar number*

Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
*Address*

tara.blake@butlersnow.com
*E-mail address*

(615) 651-6760
*Telephone number*

(615) 651-6701
*FAX number*