AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

In re Paragard IUD Products Liability Litigation  )
　　　　　*Plaintiff*　　　　　　　　　　　　　　)
　　　　　　　　v.　　　　　　　　　　　　　　　)　　Case No.  1:20-md-02974-LMM
　　　　　　　　　　　　　　　　　　　　　　　　)
　　　　　*Defendant*　　　　　　　　　　　　　　)

**APPEARANCE OF COUNSEL**

To:　　The clerk of court and all parties of record

　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
　　　Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; and Teva Branded Pharmaceutical Products R&D, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　．

Date:　10/16/2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth P. Conour*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney's signature*

　　　　　　　　　　　　　　　　　　　　　　　　Kenneth P. Conour (TN 037930)
　　　　　　　　　　　　　　　　　　　　　　　　　*Printed name and bar number*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Butler Snow LLP
　　　　　　　　　　　　　　　　　　　　　　　150 3rd Avenue South, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Address*

　　　　　　　　　　　　　　　　　　　　　　　kenneth.conour@butlersnow.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*E-mail address*

　　　　　　　　　　　　　　　　　　　　　　　　　　(615) 651-6715
　　　　　　　　　　　　　　　　　　　　　　　　　*Telephone number*

　　　　　　　　　　　　　　　　　　　　　　　　　　(615) 651-6701
　　　　　　　　　　　　　　　　　　　　　　　　　　*FAX number*