AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

In re Paragard IUD Products Liability Litigation  )
            *Plaintiff*  )
      v.  )   Case No. 1:20-md-02974-LMM
            )
            *Defendant*  )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; and Teva Branded Pharmaceutical Products R&D, Inc.

Date: 10/17/2023

/s/ Anita Modak-Truran
*Attorney's signature*

Anita Modak-Truran (TN 032537)
*Printed name and bar number*

Butler Snow LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
*Address*

anita.modak-truran@butlersnow.com
*E-mail address*

(615) 651-6751
*Telephone number*

(615) 651-6701
*FAX number*