IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>**This Document Relates to All Cases** |

### CERTIFICATE OF SERVICE

In compliance with Rule 5(d) of the Federal Rules of Civil Procedure and all other applicable rules, I hereby certify that on this day, Plaintiffs' Third Request for Admissions and Sixth Request for Production were served electronically on Defendants, Teva Branded Pharmaceutical Products R&D, Inc. and Teva Pharmaceuticals USA, Inc. and Teva Women's Health, LLC via their counsel of record. All are being served this certificate via the Court's ECF system.

Dated: July 16, 2024

/s/ Erin Copeland
Erin Copeland
TX Bar No. 24028157
FIBICH LEEBRON COPELAND & BRIGGS
1150 Bissonnet St
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
ecopeland@fibichlaw.com

**Plaintiffs' Lead Counsel**