IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL No. 2674 |
| | Case No. 1:20-md-02974-LMM |
| **THIS DOCUMENT RELATES TO:** | Honorable Leigh Martin May |
| *Ashley Brink v. Teva Pharmaceuticals USA, Inc., et al.* Case No. 1:22-cv-02390-LMM | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Madeleine Brumley Clavier and hereby enters her appearance as counsel for Plaintiff Ashley Brink in the above-referenced matter. Madeleine Brumley Clavier respectfully requests to receive copies of all court filings and correspondence.

Date: July 18, 2024

Respectfully submitted,

*/s/ Madeleine Brumley Clavier*
Madeleine Brumley Clavier
WAGSTAFF LAW FIRM
940 N. Lincoln Street
Denver, CO 80203
Tel: 303-376-6360
mclavier@wagstafflawfirm.com

*Attorney for Plaintiff Ashley Brink*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2024, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

                                                          */s/ Madeleine Brumley Clavier*