IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : : : | CIVIL ACTION FILE NO. 1:24-cv-01757-LMM<br><br>MDL ACTION FILE NO. 1:20-md-02974-LMM |

## ORDER

This case comes before the Court on a motion for extension of time filed by Plaintiff Margarita H. Simmons. After due consideration, the Court **GRANTS** the motion. Plaintiff shall have through August 2, 2024, to effect service of process.

**IT IS SO ORDERED** this 16th day of July, 2024.

_____
**Leigh Martin May**
**United States District Judge**