UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2974 |
| | | Case No. 1:20-md-02974-LMM |
| ************************************ | | Honorable Leigh Martin May |
| **THIS DOCUMENT RELATES TO** | * * | |
| *Margarita H. Simmons* | * | |
| *vs.* | * | |
| *Teva Pharmaceuticals, USA, Inc.,* | * | |
| *Teva Woman's Health, LLC, Teva* | * | |
| *Teva Branded Pharmaceuticals R&D, Inc.,* | * | |
| *The Cooper Companies, and Cooper* | * | |
| *Surgical, Inc.* | * * | |
| Case No. 1:24-cv-01757-LMM | * | |

## SHORT FORM COMPLAINT

NOW COMES, Plaintiff, Margarita H. Simmons and for her Complaint against Defendants, Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceuticals Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., who incorporates the Second Amended Master Personal Injury Complaint (Doc. No. 79) in MDL No. 2974 by reference.

Plaintiff further pleads as follows:

1. Name of Plaintiff place with Paragard:  **Margarita H. Simmons.**

2. Name of Plaintiff's spouse: **Not applicable.**

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator): **Not applicable.**

1

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing Plaintiff's original complaint: **Louisiana.**

5. State of Residence of each Plaintiff at the time of Paragard placement: **Louisiana.**

6. State of Residence of each Plaintiff at the time of Paragard removal: **Louisiana.**

7. District Court and Division in which personal jurisdiction and venue would be proper: **United States District Court for the Eastern District of Louisiana.**

8. Defendants. (Check on or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only Defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant is a Short Form Complaint.):

    **X**    Teva Pharmaceuticals USA, Inc.

    **X**    Teva Women's Health, LLC

    **X**    Teva Branded Pharmaceuticals Products R&D, Inc.

    **X**    The Cooper Companies, Inc.

    **X**    CooperSurgical, Inc.

9. Basis of jurisdiction: **Diversity of Citizenship – 28 USC 1332(a).**

10. 

| Date of Placement | Placing Physician | Date of Removal | Removal Physician |
|---|---|---|---|
| **April, 2023** | **Dr. Howard Russell<br>8120 Main Street<br>Houma, Louisiana 70360** | **April 12, 2023** | **Dr. Howard Russell<br>8120 Main Street<br>Houma, Louisiana 70360** |

11. Plaintiff alleges breakage (other that thread or string breakage) of her Paragard upon removal.

    **X**    YES

    ___    NO

12. Brief statement of injuries Plaintiff is claiming:  **The broken piece of the Paragard device became lodged in the endocervical canal requiring advanced technique and additional fluid to pry the device loose.  Plaintiff has suffered irregularities with menstrual period, and spotting, in addition to significant pain and bloating with menstrual period.  Plaintiff was forced to undergo a tubal ligation.**

13. Product Identification:

    a.  Lot Number of Paragard placed in Plaintiff (if known):  **Unknown.**

    b.  Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

        ___    YES

        **X**    NO

14. Counts in Master Complaint brough by Plaintiff:

        **X**    **COUNT I – Strict Liability/Desing Defect**

        **X**    **COUNT II – Strict Liability/Failure to Warn**

        **X**    **COUNT III – Strict Liability/Manufacturing Defect**

        _    COUNT IV – Negligence

        _    COUNT V – Negligence/Design and Manufacturing Defect

        _    COUNT VI – Negligence/Failure to Warn

        _    COUNT IX – Negligent Misrepresentation

        **X**    **COUNT X – Breach of Express Warranty**

        **X**    **COUNT XI – Breach of Implied Warranty**

        _    COUNT XII – Violation of Consumer Protection Laws

    _    COUNT XIII -- Gross Negligence

    _    COUNT XIV – Unjust Enrichment

    _    COUNT XV – Punitive Damages

    _    COUNT XVI – Loss of Consortium

    **X**    **OTHER COUNTS (Please state factual and legal basis for other claim not included in Master Complaint:  Redhibition pursuant to La. C.C. Article 2545.  Defendants were manufacture of product that contained a redhibitory defect.  As manufacturer, Defendants were presumed to know of said defect, and is therefore liable for attorney fees in addition to damages and court costs.**

15. **"**Tolling Fraudulent Concealment" allegations:

    a. Is Plaintiff alleging "Tolling/Fraudulent Concealment?"

        **X**    **Yes**

        _    No

    b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to Plaintiff in support of those allegation below:  **Not Applicable.**

16. COUNT VII (Fraud & Deceit) and COUNT VIII (Fraud by Omission) allegations:

    a. Is Plaintiff bringing a claim under COUNT VII (Fraud & Deceit) and COUNT VIII (Fraud by Omission) and/or any other claim for fraud or misrepresentation?

        _    Yes

        **X**    **No**

b. **Not Applicable.**

17. If Plaintiff is bringing any claim for manufacturing defect alleging facts beyond those contained in the Master Complaint, the following information must be provided: **Not applicable.**

18. Plaintiff's demand for the relief sought is different than what is alleged in the Master Complaint.  **No.**

19. Jury Demand:

    _    Plaintiff demanded a jury trial as to all counts

    **X**    **Plaintiff did not demand a jury trial as to all counts.**

RESPECTFULLY SUBMITTED

**ALEXANDER SHUNNARAH
INJURY LAWYERS**

*s. Matthew W. Pryor*
Matthew W. Pryor (La. Bar Roll #23,903)
Licensed in Louisiana, Tennessee
Application Pending – Permission
to Practice Pursuant to Tenn. Sup. Ct.
R. 7 Sec. 10.07
2000 Meridian Boulevard
Suite 225
Franklin, Tennessee 37067
Telephone (615)514-6710
Email: mpryor@asilpc.com

        **THE DUCOS LAW FIRM, LLC**

        <u>***s. Kristina Ducos***</u>
        Kristin Ducos (Ga. Bar #440149)
        600 Peachtree Street NE
        Suite 3710
        Atlanta, Ga. 30308
        Telephone (404)469-9574
        Email: kducos@asilpc.com

        ***Attorneys for Plaintiff.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was filed with the Court's CM/ECF program this 22nd day of July, 2024, and service was made therewith.

        <u>***s. Matthew W. Pryor***</u>