IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES<br><br>CIVIL ACTION NO. 1:20-MD-02974-LMM |

## ORDER PERMITTING ELECTRONIC EQUIPMENT FOR JULY 31, 2024 STATUS CONFERENCE

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Kristen Hermiz, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Lori Cohen, Allison Ng, Tara Louise Blake, and any other attorneys who are participating in the Discovery Conference in the above-styled case, scheduled to begin at 10:00 A.M. on July 31, 2024, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this 26th day of July, 2024.

_____
**Leigh Martin May**
**United States District Judge**