IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jolyn Pedrioli*<br>**Case No. 1:22-cv-01514** | Master File No. 1:20-md-02974-LMM<br><br>**MDL DOCKET NO. 2974** |

### NOTICE OF VIDEOTAPED DEPOSITION OF BRANNON PEDRIOLI

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned counsel for the Teva Defendants, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination of the following person on the date, and at the time and place set forth below:

| **Deponent:** | **Location:** | **Date:** | **Time:** |
|---|---|---|---|
| Brannon Pedrioli | Al Cala & Associates/Magna Affiliate, 1020 15th Street, Suite 12, Modesto, California 95354 | August 8, 2024 | 9:00 a.m. PT |

**PLEASE TAKE FURTHER NOTICE** that said deposition shall be videotaped and shall take place before a duly qualified Notary Public authorized to administer oaths and shall continue from day to day until completed. Said deposition shall cover all matters relevant to the subject matter of the action.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 34, the deponent is requested to produce the documents requested on "Exhibit A."

Dated: July 29, 2024

                              */s/ Anita Modak-Truran*
                              Anita Modak-Truran
                              Butler Snow LLP
                              150 3rd Avenue South, Suite 1600
                              Nashville, Tennessee 37201
                              Telephone: (615) 651-6751
                              Facsimile: (615) 651-6701
                              Email: anita.modak-truran@butlersnow.com

                              *Attorneys for Teva Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Anita Modak-Truran*
Anita Modak-Truran

# EXHIBIT A
# DEFINITIONS

1. "Person" as used in these Requests means all natural persons, corporations, partnerships, trusts, or other associations, and all other entities.

2. "You" and "your" as used in these Requests means Brannon Pedrioli, his representatives, administrative or personal assistants, agents, legal representatives, and all other persons acting on his behalf or under his direction or supervision.

3. "Teva" shall be deemed to include, but without limitation, Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc., and each of its employees, agents, officers, directors, representatives, consultants, accountants, and attorneys, including any person who served in any such capacity at any time.

4. "Cooper" means Defendants The Cooper Companies, Inc., and CooperSurgical, Inc.

5. The phrase "Plaintiff's ParaGard" shall refer to the ParaGard intrauterine system indicated for the prevention of pregnancy that was placed for Jolyn Pedrioli.

6. "Communication" means and includes any and all direct or indirect transmissions of information by any means, written, oral or otherwise.

7. "Correspondence" means and includes all letters, notes, e-mails, text messages, memoranda or other written, typewritten, printed or reproduced material.

8. "Document" as used in these Requests includes without limitation, all written, printed, typed, photostatic, photographed, recorded, telecopied, photocopied or graphic materials of any kind, whether comprised of letters, words, numbers, pictures, sounds or symbols or any combination thereof. Without limiting the generality of the foregoing, the term "Document" includes without limitation, any book, pamphlet, binder, periodical, letter, email, text message, blog, memorandum, telegram, telex, report, envelope, intraoffice or interoffice communication, handwritten or other notes, working papers, transcription, draft, account, ledger, chart, paper, study, survey, index, tape, disc, photograph, computer printout, computer program and data files, microfilm, microfiche, correspondence, mailers, ledger cards, business cards, diaries, calendars, address and telephone records, drawings and charts and other data compilations. The term "other data compilations" includes information stored in, or accessible through, computer or other information retrieval systems, whether or not in hard copy form, together with instructions and all other materials necessary to use or interpret such data compilations. If more than one copy of any document exists, and if as a result of handwritten additions and notations, or for any other reason, the copies are not identical, each non-identical copy is a separate document and should be separately identified.

9. "Related to" or "relating to" shall mean directly or indirectly embodying, mentioning, or describing, pertaining to, referring to, consisting of, being connected with, or reflecting upon a stated subject matter.

10. "And" means "and/or" and "or" means "and/or." The plural of any word used herein includes the singular and the singular includes the plural. The masculine gender of any word used here includes the feminine. The past tense of a verb used herein includes the present tense, and the present tense includes the past tense.

11. Unless otherwise specified below, the relevant time period for each Request is the period beginning five years prior to the date Jolyn Pedrioli's ParaGard was placed until the present.

12. The requests below seek documents only to the extent that they have not yet been produced to Defendants.

## REQUESTS

1. The documents and tangible items requested in the Plaintiff Fact Sheet.

2. An executed copy of the authorizations previously requested by Defendants' counsel.

3. The non-privileged documents created by or for you containing information about and/or summarizing Jolyn Pedrioli's medical history.

4. The social media entries or postings, including but not limited to twitter, Instagram, snapchat, Facebook, google chat, or similar type accounts, maintained by you of (a) your daily activities, including but not limited to social, physical, leisure, and travel activities, the care and treatment, and birth control methods of Jolyn Pedrioli; or (b) Teva, Cooper, or any of its representatives.

5. The non-privileged documents in your possession, custody, or control that have not been produced that contain or constitute information about your claims in this lawsuit against Teva and Cooper.

6. The non-privileged documents reviewed by you in preparation for this deposition.

7. The non-privileged documents in your possession, custody, or control that contain or constitute information about your assignment or sale of any interest in proceeds that may be recovered on your behalf, regardless of the source, as the result of any compromise, settlement, arbitration, mediation, litigation, award, judgment or verdict, or any other collection activities on your pending claims in this litigation.

8. The non-privileged documents in your possession, custody, or control that contain or constitute information about any third party's efforts to help manage the care, schedule medical appointments, connect with medical providers or medical funding companies for Jolyn Pedrioli, or introduce Jolyn Pedrioli to legal counsel in connection with this litigation.