# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 07/31/2024.

TIME COURT COMMENCED: 12:07 P.M.
TIME COURT CONCLUDED: 12:47 P.M.  COURT REPORTER: Montrell Vann
TIME IN COURT: 0:40  DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel) via Zoom
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Robert M. Hammers, Jr., representing Plaintiffs (PEC)
Lee Adair Floyd representing Plaintiffs (PSC)
Kristen M. Hermiz representing Plaintiffs (PSC)

PROCEEDING CATEGORY: Status Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT: The Court held its monthly status conference. See transcript for details.

HEARING STATUS: Hearing Concluded