AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of Georgia

| | | |
|---|---|---|
| In re Paragard IUD Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:20-md-02974-LMM |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Teva Pharmaceuticals USA, Inc, Teva Women's Health, Inc., Teva Women's Health LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and Cooper Surgical, Inc.

Date:    08/05/2024

s/ Susanna Moldoveanu
*Attorney's signature*

Susanna Moldoveanu (TN Bar No. 030273)
*Printed name and bar number*

Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
*Address*

Susanna.Moldoveanu@butlersnow.com
*E-mail address*

(901) 680-7339
*Telephone number*

(901) 680-7201
*FAX number*