# EXHIBIT A

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.
OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE
OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A
PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED
TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND
LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE
OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM
ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED
WITH THE COURT.

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


IN RE: PARAGARD IUD          )
PRODUCTS LIABILITY           )
LITIGATION                   )
                             )      DOCKET NUMBER
                             )      1:20-MD-2974-LMM
                             )
                             )      ATLANTA, GEORGIA
                             )      JULY 26, 2022
                             )
                             )
_____)



   TRANSCRIPT OF ZOOM DISCOVERY/STATUS CONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE LEIGH MARTIN MAY,
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ANDREW CHILDERS
                            CHILDERS, SCHLUETER & SMITH, LLC
                            ATLANTA, GEORGIA 30319

                            ERIN COPELAND
                            FIBICH, LEEBRON, COPELAND & BRIGGS
                            HOUSTON, TEXAS   77005



           (APPEARANCES CONTINUED ON THE NEXT PAGE.)



           MECHANICAL STENOGRAPHY OF PROCEEDINGS
         AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:    MONTRELL VANN, RPR, RMR, RDR, CRR
                            2160 UNITED STATES COURTHOUSE
                            75 TED TURNER DRIVE, SOUTHWEST
                            ATLANTA, GEORGIA  30303
                            (404)215-1549
```

APPEARANCES CONTINUED

FOR THE PLAINTIFF:         FIDELMA FITZPATRICK
                           MOTLEY, RICE, LLC
                           PROVIDENCE, RHODE ISLAND  02903

FOR THE DEFENDANT:         FREDERICK ERNY, ALLISON NG,
                           GINA SAELINGER
                           ULMER & BERNE, LLP
                           CINCINNATI, OHIO  45202

1 PROPORTIONAL. SO WE NEED TO FIGURE OUT A WAY THAT MAKES

2 RESPONDING TO THAT R.F.P. NUMBER ONE, YOU KNOW, REASONABLE

3 UNDER THE RULES AND PROPORTIONAL UNDER THE RULES. SO, YOU

4 KNOW, IF THERE'S SOME PROPOSAL THAT WE -- YOU KNOW, THAT THE

5 PLAINTIFFS ASK IN A DIFFERENT WAY, YOU KNOW, WHO ARE, YOU KNOW,

6 POTENTIAL CUSTODIANS OF PEOPLE WHO CORRESPONDED WITH F.D.A.,

7 AND THERE'S A -- THERE'S SOME TYPE OF A REASONABLENESS

8 COMPONENT --

9        THE COURT: WELL, AND, MS. SAELINGER, I THINK THAT'S

10 KIND OF WHAT I WAS PROPOSING. AND WHEN I WAS TALKING ABOUT

11 THIS, I WAS ALWAYS SAYING REASONABLE, REASONABLE. AND SO I

12 DON'T SEE WHY YOU COULD NOT ANSWER THIS R.F.A. -- EXCUSE ME --

13 THIS REQUEST FOR THE PRODUCTION OF DOCUMENTS, WHY YOU CAN'T

14 ANSWER IT BY, WE'RE DOING THE HARD CORRESPONDENCE, THE FORMAL

15 CORRESPONDENCE, THE FOLLOWING PEOPLE ARE THE RECORDS CUSTODIANS

16 FOR WHICH THE E-MAIL DOCUMENTS WOULD REASONABLY BE IN THEIR

17 FILES, WE ARE PRODUCING THE CUSTODIAL FILES FOR THESE

18 INDIVIDUALS, PERIOD. AND SO I DON'T KNOW THAT THEY HAVE TO

19 REWRITE IT AND SAY, IDENTIFY THE CUSTODIANS WHO REASONABLY HAVE

20 COMMUNICATIONS WITH THE F.D.A. IN THEIR FILES, BUT I THINK YOU

21 COULD ANSWER IT BY SAYING, THESE ARE THE PEOPLE THAT REASONABLY

22 HAVE THIS INFORMATION IN THEIR FILES AND WE ARE PRODUCING THEIR

23 FILES, OR IF THAT'S TOO MESSY, WE'RE JUST PRODUCING THEIR

24 E-MAIL CORRESPONDENCE. AND THEN YOU'RE DONE. SO I DON'T KNOW

25 WHY THE QUESTION HAS TO BE REWRITTEN WHEN THE ANSWER CAN BE

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA, DO HEREBY CERTIFY THAT THE FOREGOING 111 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS HAD BEFORE THE SAID COURT, HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE 27TH DAY OF JULY 2022.

/S/ MONTRELL VANN
MONTRELL VANN, RPR, RMR, RDR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT