# EXHIBIT B

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Company Employed By - Currently (if current employee) or at Last Employment Date (if former employee) | Each Job Title Held During Employment Date Range | Brief Description |
|---|---|---|---|---|---|---|
| Abdallah, Erin | Former | 12/23/2008 | 9/15/2017 | Teva Branded Pharmaceutical Products R&D, Inc. | Senior Manager, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was a primary regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. |
| | | | | | Manager, Regulatory Affairs | |
| | | | | | Senior Regulatory Affairs Associate | |
| | | | | | Regulatory Affairs Associate | |
| Allan, Scott M. | Current | 10/23/2006 | | Teva Pharmaceuticals USA, Inc. | Regional Business Partner Enterprise Quality Assurance/Quality Control | Involvement with Field Alert Report sent to FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing, recall, and associated deviation investigation and report and CAPA; involvement in drafting response to audit of Paragard manufacturing facility; assisted at times with review of Paragard product quality complaints. |
| | | | | | Regional Business Partner Enterprise | |
| | | | | | Enterprise SAP Business Partner - Quality Management | |
| | | | | | Manager, Regulatory Compliance | |
| | | | | | Manager, Compliance | |
| | | | | | IR - Senior Supervisor, Quality Assurance | |
| | | | | | Senior Supervisor Quality Investigations | |
| | | | | | Senior Quality Investigator | |
| | | | | | Pennsylvania - Supervisor, Scientific I | |
| | | | | | Auditor I | |
| | | | | | Associate Auditor II | |
| | | | | | Associate Auditor I | |
| Angelo, Brenda | Former | 12/23/2008 | 11/1/2017 | Teva Women's Health, LLC | Quality Control Technician | Involvement with manufacturing of Paragard, including as a quality control inspector; involvement with Paragard Engineering Change Requests; involvement with Paragard product quality assurance, including quality complaint investigations and trending of Paragard product quality complaints. |
| | | | | | Quality Systems Coordinator | |
| | | | | | Inspector | |
| Bentz, Brittany | Former | 12/16/2013 | 6/3/2019 | Teva Branded Pharmaceutical Products R&D, Inc. | Manager, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was an alternate regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. |

| Name | Status | Start | End | Entity | Position | Involvement |
|---|---|---|---|---|---|---|
| | | | | | Senior Associate, Branded Regulatory Affairs | |
| | | | | | Regulatory Affairs Associate | |
| | | | | | | |
| Bonilla, David | Current | 4/13/2015 | | Teva Pharmaceuticals USA, Inc. | Director, Commercial Quality North America | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints; involvement with Paragard is further described in October 7, 2022, deposition. |
| | | | | | Associate Director, Quality Assurance Audits | |
| | | | | | Associate Director, Quality & Compliance | |
| | | | | | | |
| Bonk, Kenneth | Former | 1/30/2012 | 3/18/2018 | Teva Branded Pharmaceutical Products R&D, Inc. | Senior Director, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling. |
| | | | | | Senior Director, Global Branded Regulatory Affairs Global Internal Medicine | |
| | | | | | Senior Director, Global Internal Medicine & Women's Health | |
| | | | | | Head, Internal Medicine Regulatory | |
| | | | | | Director, Regulatory Affairs | |
| | | | | | | |
| Bryan, Jenny | Current | 12/23/2008 | | Teva Sales and Marketing, Inc. | Senior Director, Commercial Operations | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard; involved with training of sales representatives who visited HCPs about Paragard. |
| | | | | | Senior Director, Commercial Training & Development | |
| | | | | | Director, Commercial Training | |
| | | | | | Associate Director, Commercial Training | |
| | | | | | Associate Director Sales Training & Development | |
| | | | | | Senior Manager, Field Sales Training | |
| | | | | | Manager, Technical Training | |
| | | | | | Pennsylvania - Sales Trainer | |
| | | | | | | |
| Colon, Mildred "Millie" | Former | 6/1/2015 | 7/27/2018 | Teva Sales and Marketing, Inc. | Senior Oncology Account Specialist | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard. |
| | | | | | Manager, Therapeutic Training | |
| | | | | | Manager Commercial Training | |
| | | | | | Senior Commercial Trainer | |
| | | | | | Senior Sales Trainer | |

| Name | Status | Start Date | End Date | Entity | Title | Involvement |
|---|---|---|---|---|---|---|
| Faries, Wendy | Former | 12/23/2008 | 8/23/2013 | Teva Branded Pharmaceutical Products R&D, Inc. | Regulatory Affairs Associate | Involvement with Paragard Prescriber Information labeling change approved by FDA on June 11, 2013 as regulatory liaison with FDA; written correspondence with FDA about Paragard. |
| Gates, Jennifer | Former | 11/5/2009 | 11/1/2017 | Teva Women's Health, LLC | Site General Manager, Buffalo Operations | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; written correspondence with FDA about Paragard; General Manager at Buffalo facility where Paragard was manufactured; involvement with Paragard is further described in custodial file documents that have been produced. |
| | | | | | General Manager, Buffalo | |
| Glennon, Tim | Former | 10/15/2012 | 10/23/2015 | Teva Sales and Marketing, Inc. | Senior Manager, Brand Marketing | Involvement in marketing of Paragard including marketing strategy and analysis and business planning for Paragard; was a product manager for Paragard. |
| | | | | | Manager Brand Marketing | |
| | | | | | Product Manager | |
| Hummel, Amy | Former | 12/23/2008 | 4/10/2014 | Teva Branded Pharmaceutical Products R&D, Inc. | Associate Director, Regulatory Affairs | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; was an alternate regulatory contact with FDA for Paragard. |
| | | | | | Senior Manager, Regulatory Affairs | |
| | | | | | Manager, Regulatory Affairs | |
| | | | | | New Jersey - Senior Regulatory Affairs Associate | |
| Ianacone, John | Former | 10/25/2010 | 3/25/2015 | Teva Branded Pharmaceutical Products R&D, Inc. | Director, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; written correspondence with FDA about Paragard; was a primary CMC (chemistry, manufacturing and controls) regulatory contact with FDA for Paragard. |
| | | | | | Pennsylvania - Director, Regulatory Affairs | |
| Kirkner, Ruth | Former | 10/15/1990 | 4/15/2016 | Teva Branded Pharmaceutical Products R&D, Inc. | Manager, Regulatory Affairs | Involvement in providing drug listing information for Paragard to FDA and responding to FDA inquiries about drug listing; written correspondence with FDA about Paragard. |
| | | | | | Compliance Submissions Supervisor | |
| | | | | | Supervisor, Regulatory Affairs | |
| | | | | | Pennsylvania - Supervisor | |
| | | | | | Regulatory Technician III | |
| | | | | | Technician III | |

| Name | Status | Start Date | End Date | Entity | Title | Involvement |
|---|---|---|---|---|---|---|
| | | | | | Pennsylvania - Technician III | |
| | | | | | | |
| Larijani, Susan | Current | 10/14/2011 | | Patient Services and Solutions Inc. | Senior Director, Medical Communications | Involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers. |
| | | | | | Senior Director, Head of US Medical Communications | |
| | | | | | Senior Director, Medical Information | |
| | | | | | Director, US Medical Information | |
| | | | | | Director, Medical Information Content | |
| | | | | | | |
| Mehs, Thomas | Former | 11/5/2009 | 11/1/2017 | Teva Woman's Health, LLC | Senior Manager, Quality Assurance | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality assurance, including product quality complaint investigations; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. |
| | | | | | Pennsylvania - Senior Manager, Quality Assurance | |
| | | | | | | |
| Mulligan, Valerie | Current | 1/25/2010 | | Teva Branded Pharmaceutical Products R&D, Inc. | Vice President, Specialty Regulatory Affairs | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was an alternate CMC (chemistry, manufacturing and controls) regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. |
| | | | | | Vice President, Global Regulatory Affairs | |
| | | | | | Senior Director, Global Regulatory CMC | |
| | | | | | Senior Director, Regulatory Affairs | |
| | | | | | | |
| Murdock, Christopher | Former | 8/29/2011 | 4/11/2014 | Teva Pharmaceuticals USA, Inc. | Senior Director, Regulatory Compliance | Involvement with Field Alert Report sent to FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing, recall, and associated deviation investigation and report and CAPA. |
| | | | | | Senior Sales Specialist | |
| Norman, Jennifer, R.Ph. | Former | 5/5/2008 | 12/17/2010 | Teva Branded Pharmaceutical Products R&D, Inc. | Director, Regulatory Affairs | Was a primary regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. |

| Name | Status | Start Date | End Date | Entity | Title | Description |
|---|---|---|---|---|---|---|
| Oladipo, Anthony | Former | 2/5/2007 | 3/31/2009 | Teva Pharmaceuticals USA, Inc. | Vice President, Pharmacovigilance & Drug Safety | Involvement in 15-day reporting and periodic reporting to FDA of adverse events reported by women who had Paragards placed; written correspondence with FDA about Paragard. |
| Plotsker, Jacob | Former | 9/8/2009 | 8/3/2012 | Teva Sales and Marketing, Inc. | Senior Director, Operations | Involvement with Paragard marketing and commercial operations, including involvement in managing the relationship with the exclusive Paragard distributor, ICS. |
| | | | | | Senior Director, Marketing | |
| Randall, Angela | Current | 6/6/2011 | | Teva Branded Pharmaceutical Products R&D, Inc. | Director, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involved in Paragard Prescriber and Patient Information labeling copy approval; involvement with Paragard 21 CFR §314.81(a)(2) annual reports;  involvement with Paragard 21 CFR §314.80(c)(2) reports. |
| | | | | | Senior Manager, Regulatory Affairs Labeling | |
| | | | | | Manager, Regulatory Affairs | |
| | | | | | Senior Regulatory Analyst | |
| Reape, Kathleen, M.D. | Former | 1/27/2003 | 11/28/2011 | Teva Branded Pharmaceutical Products R&D, Inc. | Vice President, Women's Health R&D | Involvement in preparation and sending of Dear Healthcare Professional letter regarding the sale of counterfeit Paragard units by Web-based pharmacies; written correspondence with FDA about Paragard. |
| | | | | | Vice President, Clinical Operations & Medical Affairs | |
| | | | | | Vice President, Medical Affairs and Clinical Affairs | |
| Roberts, David L. | Former | 9/4/2012 | 10/1/2014 | Teva Pharmaceuticals USA, Inc. | Director, Quality Systems | Involvement with recall of Paragard lot 508004 as a result of sterility issue during stability testing; written correspondence with FDA about Paragard. |
| | | | | | Senior Director, Regulatory Affairs | |
| Rose, Erin | Current | 11/8/2010 | | Teva Canada Limited | Director, Head of Organized Data,  Pharmacovigilance Governance | Involvement with review and reporting to FDA (15-day reporting and periodic reporting) and follow-up of reported adverse events with respect to women who had Paragards placed; knowledge of adverse event handling procedures, systems and recordkeeping. |
| | | | | | Associate Director, North America Regional Pharmacovigilance Operations | |
| | | | | | Senior Manager, Pharmacovigilance | |
| | | | | | Manager, Pharmacovigilance | |
| | | | | | Americas Pharmacovigilance Compliance Associate | |
| | | | | | Compliance Associate, Global Pharmacovigilance | |
| | | | | | Pharmcovigilance & Drug Safety Officer | |

| Name | Status | Start | End | Entity | Title | Involvement |
|---|---|---|---|---|---|---|
| | | | | | Medical Affairs Associate | |
| | | | | | Quality Assurance Associate Product Release | |
| | | | | | | |
| **Sheehan, Matthew** | Former | 5/27/2008 | 10/16/2019 | Teva Branded Pharmaceutical Products R&D, Inc. | Senior Manager, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard 21 CFR §314.81(a)(2) annual reports; involvement in providing drug listing information for Paragard to FDA and responding to FDA inquiries about drug listing; written correspondence with FDA about Paragard. |
| | | | | | Manager, Regulatory Affairs | |
| | | | | | Senior Clinical Regulatory Affairs Operations Associate | |
| | | | | | | |
| **Thomas, Patricia** | Former | 7/17/2001 | 6/1/2010 | Teva Pharmaceuticals USA, Inc. | Innovative Research - Director, Regulatory Affairs | Involvement with Paragard 21 CFR §314.81(a)(2) annual report submission; involvement with Paragard sNDA 061; written correspondence with FDA about Paragard. |
| | | | | | | |
| **Unger, Christopher** | Former | 4/30/2007 | 3/30/2019 | Teva Pharmaceuticals USA, Inc. | Manager, Quality Professional | Involvement with Field Alert Report sent to FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing; written correspondence with FDA about Paragard. |
| | | | | | Auditor I | |
| | | | | | | |
| **Wasielewski, Paul** | Former | 1/9/1990 | 11/1/2017 | Teva Women's Health, LLC | Manager Section/Active Pharmaceutical Ingredient Facility | Involvement in manufacturing of Paragard, including oversight of Paragard production schedule, maintenance of manufacturing equipment, and environmental health and safety. |
| | | | | | New Jersey - Associate Manager | |
| | | | | | Production Supervisor | |

| Name | Current Employee? | Date Range of Employment | Company Employed By - Currently (if current employee) or at Last Employment Date (if former employee) | Job Title(s) | Brief Description |
|---|---|---|---|---|---|
| Angelo, Brenda | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Quality Control Technician III | Involvement with Paragard Engineering Change Requests; involvement with Paragard product quality assurance, including quality complaint investigations and trending of Paragard product quality complaints. |
| Auerbach, Robert M.D. | Former employee. Current consultant. | 4/29/2005 - 2/1/2021, employee; current consultant | CooperSurgical, Inc./Current Independent contractor | Executive Vice President/Chief Medical Officer; President | Involvement with development and execution with Paragard commercial strategy; oversight of Paragard regulatory and quality. |
| Brown, Vernon | No | 10/26/2020 - 4/16/2021 | CooperSurgical, Inc. | Vice President, Global Regulatory Affairs | Involvement with regulatory review and approval of Paragard promotional items; involvement with regulatory review of Medwatch forms submitted to FDA under NDA 018689; written correspondence with FDA about Paragard. |
| Castro, Mauro | Yes | 10/26/2020 - current | CooperSurgical, Inc. | Director, Regulatory Compliance Life Sciences; Senior Director of Pharmacovigilance & Laboratory Compliance | Involvement with Paragard quality management systems; involvement with preparation of response to FDA request for information about Paragard; written correspondence with FDA about Paragard; involvement with Paragard is further described in October 11, 2022, deposition. |
| Chappell, Ali | No | 10/31/2017 - 8/30/2019 | CooperSurgical, Inc. | Associate Medical Director TA | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with medical review and approval of Paragard promotional items. |

| Name | | Dates | Company | Position | Involvement |
|---|---|---|---|---|---|
| Colon, Mildred | Yes | 7/30/2018 - current | CooperSurgical, Inc. | Director, Paragard Sales Trainining; Worldwide Director of Sales Training | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard. |
| Define, Mara | Current Consultant | 11/2017 - current | Solutions Defined, LLC | Marketing Consultant | Involvement with development and approval process for Paragard promotional items directed to HCPs. |
| Desai, Vrunda M.D. | Yes | 8/1/2018 - current | CooperSurgical, Inc. | Medical Director; Head of Global Medical Affairs; Vice President, Medical Affairs - Americas | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with periodic reporting to FDA of adverse events reported by women who had Paragards placed; involvement in preparation of response to FDA request for information about Paragard; involvement with medical review and approval of Paragard promotional items. |
| Fusco, Jeanie | No | 12/9/2013 - 1/27/22 | CooperSurgical, Inc. | Director, Corporate Brand & Communications | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard marketing, including communications and fulfillment services. |
| Gates, Jennifer | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Site General Manager; Senior Director, Market Access & Distribution; Vice President Sales & Marketing Contraceptive Business Unit | General Manager at Buffalo facility where Paragard was manufactured; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. |

| Name | | Dates | Company | Title | Involvement |
|---|---|---|---|---|---|
| Gettings, Nikole | Yes | 9/24/2018 - current | CooperSurgical, Inc. | Medical Science Liaison; Clinical Sales Specialist | Involvement with HCP Paragard education programs and HCP Paragard placement training; involvement with submission and approval of medical education grants. |
| Hooper, Kyle | No | 6/25/2018 - 11/19/2020 | CooperSurgical, Inc. | Regulatory Affairs Associate | Involvement with Paragard regulatory submissions to FDA, including submission of promotional items; written correspondence with FDA about Paragard. |
| Johnson, Roaida | No | 3/16/2015 - 9/2/2020 | CooperSurgical, Inc. | Associate Director Regulatory Affairs; Director Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with preparation of promotional items; involvement with regulatory review and approval of Paragard promotional items; involvement with preparation of Paragard 21 CFR §314.81(a)(2) annual reports; written correspondence with FDA about Paragard. |
| Keller, James | No | 1/21/2013 - 1/29/21 | CooperSurgical, Inc. | Vice President Regulatory Affairs/Quality Assurance; Executive Vice President, Regulatory Affairs/Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard pharmacovigilance; involvement with regulatory review and approval of Paragard promotional items; involvement with Paragard submissions to FDA; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; written correspondence with FDA about Paragard. |
| Mehs, Thomas | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Senior Manager, Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality assurance, including product quality complaint investigations; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. |

| Name | | Dates | Entity | Title | Involvement |
|---|---|---|---|---|---|
| Navarro, Claudia | No | 8/20/2018 - 1/31/2022 | CooperSurgical, Inc. | Vice President, Regulatory Affairs/Quality Assurance; Senior Vice President, Regulatory Affairs/Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality management systems; written correspondence with FDA about Paragard. |
| Oberly, Doug | Yes | 6/24/2019 - current | CooperSurgical, Inc. | Senior Director, Regulatory Special Projects; Senior Director, Clinical Affairs | Written correspondence with FDA about Paragard. |
| Paolucci, Carolyn | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Senior Brand Manager | Involvement with Paragard promotional items directed to consumers. |
| Patel, Neeraj | No | 4/19/2021 - 7/16/2021 | CooperSurgical, Inc. | Manager, Regulatory Affairs, Pharma | Involvement with Paragard regulatory submissions to FDA; involvement with regulatory review and approval of Paragard promotional items; involvement with regulatory review of adverse event reports submitted to FDA for events reported by women who had Paragards placed; involvement in preparation of response to FDA request for information about Paragard; written correspondence with FDA about Paragard. |
| Peets, Ann | No | 3/5/2018 - 2/4/2021 | CooperSurgical, Inc. | Senior Director, Marketing Paragard; Vice President, Marketing Global Med Device | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involved in preparation of and approval of Paragard promotional items. |
| Shih, Regina | Yes | 10/4/2021 - current | CooperSurgical, Inc. | Vice President, Global Regulatory Affairs | Written correspondence with FDA about Paragard. |
| Smith, Charles | Yes | 4/20/2010 - current | CooperSurgical, Inc. | Senior Vice President, Regulatory Affairs/Quality Assurance and Life Sciences | Written correspondence with FDA about Paragard. |
| Tschamber, Gary | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Senior Supervisor, Production | Involvement in Paragard manufacturing, including purchasing of materials, planning and shipping of packaged Paragards and other components in the package to Paragard distributor. |

| Name | | Dates | Company | Role | Description |
|---|---|---|---|---|---|
| Vardy, MD Michael | Current Consultant | 5/15/16 - 7/31/2018, employee; 9/12/2019 - current, consultant | CooperSurgical, Inc./Current Independent contractor | Medical Consulting - OB/GYN; Medical Director | Involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with medical review and approval of Paragard promotional items. |
| Virro, MD Jennifer | No | 10/1/2018 - 11/29/2019 | CooperSurgical, Inc. | Medical Science Liaison | Involvement with responses to unsolicited requests for information about Paragard from HCPs; reviewed medical content information in documents about Paragard sent or made available to HCPs; involvement in development of coding conventions for and review of adverse event reports submitted to FDA for events reported by women who had Paragards placed; involvement with HCP Paragard education programs and HCP Paragard placement training. |
| Wackenhut, Judith (Judy) | No | 3/26/2018 - 9/27/2019 | CooperSurgical, Inc. | Senior Medical Science Liaison | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with HCP Paragard education programs and HCP Paragard placement training; involvement with medical review and approval of Paragard promotional items. |
| Wasielewski, Paul | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Manager Section/Active Pharmaceutical Ingredient Facility | Involvement in manufacturing of Paragard, including oversight of Paragard production schedule, maintenance of manufacturing equipment, and environmental health and safety. |

**NOTE:** Individuals with hire date of 10/31/2017 were former Teva employees who joined CooperSurgical with the transaction.