# EXHIBIT C

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION



IN RE: PARAGARD IUD            )
PRODUCTS LIABILITY             )
LITIGATION                     )
                               )          DOCKET NUMBER
                               )          1:20-MD-2974-LMM
                               )
                               )          ATLANTA, GEORGIA
                               )          SEPTEMBER 27, 2022
                               )
                               )
_____)



        TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE LEIGH MARTIN MAY,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ANDREW CHILDERS
                            CHILDERS, SCHLUETER & SMITH, LLC
                            ATLANTA, GEORGIA 30319

                            ERIN COPELAND
                            FIBICH, LEEBRON, COPELAND & BRIGGS
                            HOUSTON, TEXAS  77005


            (APPEARANCES CONTINUED ON THE NEXT PAGE.)



         MECHANICAL STENOGRAPHY OF PROCEEDINGS
         AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:    MONTRELL VANN, RPR, RMR, RDR, CRR
                            2160 UNITED STATES COURTHOUSE
                            75 TED TURNER DRIVE, SOUTHWEST
                            ATLANTA, GEORGIA  30303
                            (404)215-1549
```

APPEARANCES CONTINUED

FOR THE PLAINTIFF:          FIDELMA FITZPATRICK
                           MOTLEY, RICE, LLC
                           PROVIDENCE, RHODE ISLAND  02903

                           EDWARD WALLACE
                           WALLACE, MILLER
                           CHICAGO, ILLINOIS  60606

FOR THE DEFENDANT:         FREDERICK ERNY, ALLISON NG,
                           GINA SAELINGER
                           ULMER & BERNE, LLP
                           CINCINNATI, OHIO  45202

```
1              THE COURT:  MR. ERNY, THERE WE GO.
2         MS. FITZPATRICK -- EXCUSE ME.  MS. SAELINGER, WHEN I HEARD
3    FROM MS. FITZPATRICK ABOUT THIS LIST THAT YOU HAD GIVEN AS KIND
4    OF THE FIRST START ON WHO THEY MAY WANT TO PULL THE CUSTODIAL
5    FILES ON, IT SEEMS THAT -- THERE ARE KIND OF TWO ISSUES TO
6    HEAR, I GUESS.  ONE, IS KIND OF THIS BIG LIST OF ALL THE PEOPLE
7    THAT MIGHT HAVE DISCOVERABLE INFORMATION.  THE SECOND KIND OF
8    SUBSET IS GETTING MORE INFORMATION ABOUT THE PEOPLE THAT HAVE
9    ALREADY BEEN IDENTIFIED.  AND WHAT MY THOUGHT ON THIS INITIALLY
10   WAS, IS AFTER HEARING FROM BOTH OF YOU, THAT TO ME IT MADE MORE
11   SENSE FOR DEFENDANT TO GIVE PLAINTIFFS MORE INFORMATION ABOUT
12   THE PEOPLE ON THE LIST THAT YOU ALREADY PROVIDED TO THEM, WHICH
13   I ASSUME IS THE LIST OF THE PEOPLE THAT YOU THINK ARE THE ONES
14   WHO CUSTODIAL FILES ARE THE MOST RELEVANT, AND TO GIVE THEM A
15   LITTLE INFORMATION ABOUT WHO THEY ARE AND KIND OF EVEN JUST SIT
16   DOWN AND GO THROUGH THIS LIST WITH THEM.  KIND OF THAT'S ONE
17   PIECE OF THIS.  AND TO ME THAT PIECE SEEMS PRETTY REASONABLE
18   FOR THEM TO GET SOME MORE INFORMATION ABOUT WHO'S ON THE LIST.
19        NOW, I THINK TO DEFENDANT'S POINT, HAVING THE PLAINTIFFS
20   MAKE THEM GIVE A LIST OF ANYONE THAT MAY HAVE DISCOVERABLE
21   INFORMATION, THAT'S A PRETTY KIND OF BROAD LIST.  AND I THINK
22   WE HAVE OTHER DISCOVERY THAT IS POINTING TOWARD IDENTIFYING
23   WITNESSES AND WE HAVE SOME DEPOSITIONS COMING UP, SO I DON'T
24   KNOW ABOUT A LIST OF EVERY SINGLE PERSON THAT MAY HAVE
25   DISCOVERABLE INFORMATION.  THAT SEEMED REALLY BROAD.  BUT I DO
```

14

```
 1   THINK THAT HAVING A PROCESS OF DEFENDANTS PROPOSING, OR AT

 2   LEAST STARTING OUT WITH PROVIDING INFORMATION ABOUT THOSE WHO

 3   HAVE THE MOST DISCOVERABLE INFORMATION AND WHAT CATEGORIES THAT

 4   WOULD BE ON, THAT PROCESS SEEMS TO HAVE SOME VALUE.  AND SO

 5   WHAT WOULD BE THE DEFENDANT'S PERSPECTIVE OF PUTTING A LITTLE

 6   MORE MEAT ON THE BONES OF THE LIST YOU'VE ALREADY PROVIDED AND

 7   POTENTIALLY MAKING THAT LIST, NOT JUST 25 NAMES, MAYBE MORE

 8   LIKE 50 NAMES AND A DESCRIPTION OF WHAT THOSE INDIVIDUALS DO

 9   WITH KIND OF YOUR INTELLIGENCE AS TO WHO MAY HAVE THE MOST

10   INFORMATION AND THEIR CUSTODIAL FILE?  WHAT'S DEFENDANT'S

11   THOUGHT ON A PROPOSAL SUCH AS THAT?

12           MS. SAELINGER:  YOUR HONOR, I THINK THERE'S TWO PARTS

13   TO THAT.  I THINK, FIRST, JUST TO CLARIFY, THAT LIST OF PEOPLE

14   ISN'T SOMETHING THAT WE REPRESENTED TO THE PLAINTIFFS OR THAT I

15   WANT TO REPRESENT TO YOUR HONOR IS SOMETHING THAT THE

16   DEFENDANTS WOULD AGREE ARE, QUOTE, PEOPLE WITH THE MOST

17   DISCOVERABLE INFORMATION OR PEOPLE THAT DEFENDANTS WOULD

18   NECESSARILY USE TO SUPPORT THEIR DEFENSES.  THAT LIST WAS

19   PROVIDED AS SOMETHING DURING MEET-AND-CONFER NEGOTIATIONS THAT

20   WE WERE TRYING TO MOVE THE BALL FORWARD IN AREAS OF

21   RESPONSIBILITY IN THE COMPANIES THAT WERE AT ISSUE IN THE

22   LITIGATION, THINGS LIKE REGULATORY, QUALITY ASSURANCE,

23   MANUFACTURING.  SO I JUST WANT TO BE SURE THAT THERE'S --

24           THE COURT:  I DON'T UNDERSTAND THE DISTINCTION YOU

25   JUST MADE.
```

```
 1              THE COURT:  OKAY.  WELL, WHY DON'T WE DO THIS.  IN
 2   TERMS OF THIS FIRST POINT, AND I DON'T KNOW IF IT NEEDS TO BE
 3   IN THE PROTOCOL NECESSARILY, BUT WHAT I WANT TO DO, AND HOWEVER
 4   YOU ALL WANT TO MEMORIALIZE, THAT'S KIND OF MORE UP TO YOU, IS
 5   THAT FOR THE NAMES THAT HAVE ALREADY BEEN PRODUCED, I DO WANT
 6   DEFENDANTS TO PROVIDE SOME MORE INFORMATION ABOUT THE SUBJECTS
 7   OF THEIR DISCOVERABLE INFORMATION AND JUST KIND OF WHAT WE
 8   TALKED ABOUT, PROVIDE A MORE DETAILED DESCRIPTION AS TO WHAT
 9   THESE INDIVIDUALS KNOW ABOUT.  IN TERMS OF THE SUPPLEMENTATION
10   OF THE WRITTEN RESPONSES TO R.F.P.'S ONE AND 17, LET'S HAVE
11   THAT DONE 14 DAYS FROM TODAY, AND THAT SHOULD GIVE DEFENDANT
12   ENOUGH TIME TO FINISH THAT.  AND I DON'T REMEMBER WHAT EXACTLY
13   THOSE R.F.P.'S SAY, BUT TO THE EXTENT THAT THEY IDENTIFY MORE
14   INDIVIDUALS WHO MAY BE SUBJECT TO THIS CUSTODIAL FILE PROCESS,
15   I ALSO WANT DEFENDANTS TO PROVIDE PLAINTIFFS WITH MORE DETAILED
16   INFORMATION ABOUT THE SUBJECT AREAS SIMILAR TO WHAT I ORDERED
17   ON THIS 25-PERSON LIST.  AND I KNOW THAT THIS DOESN'T GIVE
18   PLAINTIFFS THE COMPREHENSIVE LIST OF EVERYONE THAT MAY HAVE
19   DISCOVERABLE INFORMATION AT THIS POINT IN TIME, BUT IT DOES
20   ALLOW US TO GET STARTED ON THE CUSTODIAL FILE PROCESS BY HAVING
21   THESE FIRST 25 NAMES, HAVE THE SUPPLEMENTATION DONE, WHICH
22   POTENTIALLY WILL IDENTIFY OTHER NAMES AND PROVIDE SOME
23   INFORMATION ABOUT THEIR SUBJECT AREAS AND SUCH.  AND I DON'T
24   KNOW HOW MANY, IF THAT'S 50 OR LESS OR WHAT, BUT AT LEAST THAT
25   GETS US A STARTING POINT FOR THIS PROCESS TO START KIND OF
```

```
 1   ROLLING.
 2        AND, MS. FITZPATRICK, I UNDERSTAND YOUR ISSUE OF NOT
 3   KNOWING WHO ALL'S FILE TO PULL AS PART OF THIS PROCESS, BUT I
 4   WILL ALSO SAY THAT I SEE THIS AS BEING KIND OF AN ITERATIVE
 5   PROCESS WHERE YOU IDENTIFY PEOPLE WHOSE CUSTODIAL FILES YOU
 6   WANT, WE'RE AT SIMULTANEOUSLY DOING OTHER DOCUMENT PRODUCTION,
 7   YOU'RE DOING DEPOSITIONS.  AND SO YOUR ABILITY TO ACCESS THAT
 8   INFORMATION WILL INCREASE AS THESE OTHER PARTS OF DISCOVERY
 9   CONTINUE.  AND SO I THINK THAT THIS WILL GIVE YOU THE STARTING
10   POINT THAT YOU NEED, BUT I THINK THE OTHER PARTS OF DISCOVERY
11   WE'RE DOING IS GOING TO KIND OF HELP THAT.  AND IF IT DOESN'T
12   WORK, WE CAN GO FROM THERE.  BUT WHAT'S IMPORTANT I THINK IS WE
13   REALLY START THIS PROCESS, WE GET SOME PROTOCOL IN PLACE WITH
14   THE IDEA THAT IT'S NOT KIND OF THE END OF THE PROCESS EITHER.
15   I MEAN, IT'S YOU'RE GOING TO GET INFORMATION THROUGH THIS
16   PROCESS THAT WILL HELP YOU IDENTIFY OTHER INDIVIDUALS, AND AT
17   LEAST THAT WILL GIVE YOU MORE OF A LIST TO START FROM, AND THEN
18   WE CAN GROW THAT, IF NECESSARY, THROUGH THE OTHER DISCOVERY
19   THAT'S HAPPENING.
20        DOES THAT MAKE SENSE, MS. SAELINGER?
21            MS. SAELINGER:  YES, YOUR HONOR, I UNDERSTAND.
22            THE COURT:  OKAY.  AND, MS. FITZPATRICK, DO YOU
23   UNDERSTAND?  DOES THAT MAKE SENSE, WHAT I'VE JUST STATED?
24            MS. FITZPATRICK:  YES, YOUR HONOR.  THAT'S VERY
25   HELPFUL.  THANK YOU VERY MUCH.
```

46

```
                    C E R T I F I C A T E


UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT

REPORTER OF THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN

DISTRICT OF GEORGIA, ATLANTA, DO HEREBY CERTIFY THAT THE

FOREGOING 45 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS

HAD BEFORE THE SAID COURT, HELD IN THE CITY OF ATLANTA,

GEORGIA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE

30TH DAY OF SEPTEMBER 2022.




                              /S/ MONTRELL VANN
                              MONTRELL VANN, RPR, RMR, RDR, CRR
                              OFFICIAL COURT REPORTER
                              UNITED STATES DISTRICT COURT
```

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT