# EXHIBIT D

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| **Abdallah, Erin** | Former | 12/23/2008 | 9/15/2017 | <ul><li>Senior Manager, Regulatory Affairs</li><li>Manager, Regulatory Affairs</li><li>Senior Regulatory Affairs Associate</li><li>Regulatory Affairs Associate</li></ul> | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was a primary regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. | | Set 1, RFP 1 |
| **Allan, Scott M.** | Current | 10/23/2006 | | <ul><li>Regional Business Partner Enterprise Quality Assurance/Quality Control</li><li>Regional Business Partner Enterprise</li><li>Enterprise SAP Business Partner - Quality Management</li><li>Manager, Regulatory Compliance</li><li>Manager, Compliance</li><li>IR - Senior Supervisor, Quality Assurance</li><li>Senior Supervisor Quality Investigations</li><li>Senior Quality Investigator</li><li>Pennsylvania - Supervisor, Scientific I</li><li>Auditor I</li><li>Associate Auditor II</li><li>Associate Auditor I</li></ul> | Involvement with Field Alert Report sent to FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing, recall, and associated deviation investigation and report and CAPA; involvement in drafting response to audit of Paragard manufacturing facility; assisted at times with review of Paragard product quality complaints. | Yes | |
| **Angelo, Brenda** | Former | 12/23/2008 | 11/1/2017 | <ul><li>Quality Control</li></ul> | Involvement with | Yes | Set 3, RFP 57 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | • Technician<br>• Quality Systems Coordinator<br>• Inspector | manufacturing of Paragard, including as a quality control inspector; involvement with Paragard Engineering Change Requests; involvement with Paragard product quality assurance, including quality complaint investigations and trending of Paragard product quality complaints. | | |
| **Avidan, Hila** | Former | 11/27/2007 | 6/29/2022 | • Teval Global Compliance | Involvement in compliance, CAPAs, deviations, and metrics related to compliance. | | Set 1, RFP 1 |
| **Babic, Tea** | Current | | | • Global Compliance - Inspections & Audits Team Leader | Involvement with audits starting in 2017, compliance, and drafting SOPs and WIs. | | Set 1, RFP 1 |
| **Barak, Yael** | Former | 10/20/2003 | 5/6/2022 | • Head of Global PhV Compliance | Involvment with compliance, audits, and deviation management. | | Set 1, RFPs 1, 3 |
| **Baszczewski, Kathleen** | Former | 8/18/2005 | 10/8/2021 | • Manager, Global Risk Assessment | Involvement with responses to FDA audits and knowledge of ParaGard complaints and ICS vendor agreement. | Yes | Set 1, RFPs 1, 3, 32 |
| **Benbenshiti-Aizen,** | Former | 5/12/2002 | 4/13/2023 | • Senior Manager, Data | Involvement with PRR. | | Set 3, RFPs 5, |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| Rinat | | | | Processing Team Leader | | | 18 |
| Bentz, Brittany | Former | 12/16/2013 | 6/3/2019 | • Manager, Regulatory Affairs<br>• Senior Associate, Branded Regulatory Affairs<br>• Regulatory Affairs Associate | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was an alternate regulatory contact with FDA for Paragard; written correspondence with FDA about Paragard. | | |
| Bonilla, David | Current | 4/13/2015 | | • Director, Commercial Quality North America<br>• Associate Director, Quality Assurance Audits<br>• Associate Director, Quality & Compliance | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints; involvement with Paragard is further described in October 7, 2022, deposition. | Yes | Set 1, RFP 1 Set 3, RFPs 3, 18, 40 |
| Bonk, Kenneth | Former | 1/30/2012 | 3/18/2018 | • Senior Director, Regulatory Affairs<br>• Senior Director, Global Branded Regulatory Affairs Global Internal Medicine<br>• Senior Director, Global Internal Medicine & Women's Health | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling. | Yes | Set 30, RFP 40 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | • Head, Internal Medicine Regulatory<br>• Director, Regulatory Affairs | | | |
| **Bossler, Rebecca** | Former | 12/1/1997 | 6/28/2016 | • Auditor II - QA Service | Involvement with training on  Quality Assurance Services which provided intake and closing services with respect to Paragard product quality complaints. | | Set 3, RFP 28, 51 |
| Bryan, Jenny | Current | 12/23/2008 | | • Senior Director, Commercial Operations<br>• Senior Director, Commercial Training & Development<br>• Director, Commercial Training<br>• Associate Director, Commercial Training<br>• Associate Director Sales Training & Development<br>• Senior Manager, Field Sales Training<br>• Manager, Technical Training<br>• Pennsylvania - Sales Trainer | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard; involved with training of sales representatives who visited HCPs about Paragard. | | |
| **Chandrasekar, Rajesh** | Current | | | • Senior Executive, Product Quality Complaints | Involvement with ParaGard complaint handling in TrackWise. | | Set 3, RFP 18 |
| **Chappell, Ali** | Former | 1/5/2015 | 11/1/2017 | • Medical Science | Involvement in PLR | Yes | |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|---------------------------|-----------|------------------------------------------|--------------------------------------------------|------------------|----------|------|
| | | | | Liaison - Women's Health<br>• Associate MedicalAssociate Medical Director/Medical Science Liaison - Women's Health | conversion of Paragard Prescriber and Patient Information labeling; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with medical review and approval of Paragard promotional items. | | |
| **Colon, Mildred "Millie"** | Former | 6/1/2025 | 7/27/2018 | • Senior Oncology Account Specialist<br>• Manager, Therapeutic Training<br>• Manager Commercial Training<br>• Senior Commercial Trainer<br>• Senior Sales Trainer | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard. | Yes | |
| **Cullen, Valerie** | Former | 12/24/2001 | 7/5/2013 | • Manager, Medical Affairs | Involvement with 2011 internal PhV audit by Dr. Cobert and WRB | | Set 3, RFP 1 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | | call center. | | |
| Das, Ajaya | Former | 5/13/2013 | 9/27/2019 | • Senior Manager, Brand Marketing<br>• Director - Teva Women's Health Marketing | Involvement with marketing of ParaGard. | Yes | |
| D'Angelo, Cynthia (Kingsley) | Former | 7/8/2013 | 3/30/2018 | • Senior Manager US Med Information | Involvement with review of marketing material and promotional material for ParaGard. | | Set 3, RFPs 1, 3, 19, 28 |
| Delahanty, Patrick | Former | 6/18/2012 | 7/19/2019 | • Manager, Pharmocovigilance<br>• Sr. Manager Pharmacovigilance Global Patient Safety & Pharmacovigilance | Involvement with inspections and audits. | Yes | Set 1, RFPs 1, 3, 32 |
| Delicato, Tony | Former | 9/30/2002 | 4/29/2022 | • SVP Quality America Tech Ops | Involvement with field alerts. | Yes | Set 3, RFP 18 |
| De Vito, Joseph | Current | 7/23/2012 | | • Senior Director, Global Quality Function<br><br>• Vice President, Quality USA | Involvement with inspections. | Yes | Set 1, RFP 1<br>Set 3, RFP 18 |
| Dhawade, Avinash | Former | 6/3/2013 | 8/31/2015 | • Quality, Senior Manager | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints. | | Set 3, RFPs 28, 45, 49 |
| Ditrolio, Susan | Former | 2/3/2003 | 3/22/2018 | • Manager Teva Global PhV Agreements | Knowledge of PhV agreements, | | Set 3, RFP 1 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | | procurement, and divestment of product. | | |
| Dumistracel, Mihaela | Former | 8/3/2016 | 4/18/2018 | • Director, PhV Internal Medicine Team Leader Global Patient Safety & Pharmacovigilance PhV Physician for WH Products | Involvement with signal detection for ParaGard. | | Set 1, RFP 32 Set 3, RFPs 5, 18 |
| Elbaz, Eric | Former | | | • Data Processing Infrastructure Team | Knowledge of signal detection and audits. | | |
| Faries, Wendy | Former | 12/23/2008 | 8/23/2013 | • Regulatory Affairs Associate | Involvement with Paragard Prescriber Information labeling change approved by FDA on June 11, 2013 as regulatory liaison with FDA; written correspondence with FDA about Paragard. | | |
| Fedon, Sally | Former | 12/23/2008 | 8/23/2013 | • Medical Affairs Specialist - Teva Women's Health • US Medical Information Lead - Women's Healthcare | Involvement with WRB and review of marketing material and promotional material for ParaGard. | | Set 3, RFPs 3, 19, 28 |
| Gates, Jennifer | Former | 11/5/2009 | 11/1/2017 | • Site General Manager, Buffalo Operations • General Manager, Buffalo | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; written | Yes | Set 1, RFP 1 Set 3, RFPs 22, 40, 57 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | | correspondence with FDA about Paragard; General Manager at Buffalo facility where Paragard was manufactured; involvement with Paragard is further described in custodial file documents that have been produced. | | |
| Gati, Michal | Former | 10/20/2003 | 1/31/2018 | • PhV Project Manager<br>• Product Scientist | Involvement with signal detection for ParaGard. | | Set 3, RFPs 5, 18 |
| Gee, Don | Former | 11/21/2011 | 6/15/2018 | • Senior Manager, Quality and Compliance | Involvement with PRR and quality investigation reports. | Yes | Set 1, RFPs 1, 32<br>Set 3, RFP 18 |
| Glennon, Tim | Former | 12/23/2008 | 11/1/2017 | • Senior Manager, Brand Marketing<br>• Manager Brand Marketing<br>• Product Manager | Involvement in marketing of Paragard including marketing strategy and analysis and business planning for Paragard; was a product manager for Paragard. | Yes | |
| Godshall, Joyce | Former | 8/9/2004 | 3/31/2015 | • Global Quality, EVP | | Yes | Set 3, RFP 1 |
| Hall, Matt | Former | 12/23/2008 | 6/8/2018 | • Director, Women's Health & Select Brands MSL Teams, Medical Affairs | Involvement with training on insertion and leader of team of field medical science liasons. | | Set 3, RFP 19 |
| Harle, Richard | Current | 12/23/2008 | | • Director, Quality Assurance | Knowledge of ParaGard quality complaints. | | Set 3, RFP 18, 49 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| **Hess, Brian** | Former | 8/24/2015 | 1/3/2024 | • Mgr Quality Assurance Services, Quality Management (US | Involvement with Quality Assurance Services which provided closing services with respect to Paragard product quality complaints. | | Set 3, RFPs 18, 19, 49 |
| **Hobbs, Renise (Blythe)** | Former | 9/29/2014 | 1/29/2020 | • Quality) (US Quality Ops Mgmt)<br>• Associate Director Teva PhV Operations<br>• Head of US Pharmacovigilance and Local Safety Officer<br>• Associate Director, Global PhV Operations, US | Involvement with third-party vendor complaint submissions. | Yes | |
| **Horovitz, Hila** | Current | 2/19/2006 | | • PhV Scientists Team<br>• Medical Science Unit Group Leader - Generics, IM, Neuropsychiatry & IEM Group Leader | Involvement with studies, protocols, and signal detection. | | Set 3, RFPs 5, 18 |
| **Howard, Brandon** | Former | 6/25/2007 | 12/30/2015 | • Head of Field Medical Affairs | Involvement with promotional materials, publications, and presentations. | Yes | |
| **Hummel, Amy** | Former | 12/23/2008 | 4/10/2014 | • Associate Director, Regulatory Affairs<br>• Senior Manager, Regulatory Affairs<br>• Manager, Regulatory Affairs | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; | | |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | • New Jersey - Senior Regulatory Affairs Associate | was an alternate regulatory contact with FDA for Paragard. | | |
| Ianacone, John | Former | 10/25/2010 | 3/25/2015 | • Director, Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; written correspondence with FDA about Paragard; was a primary CMC (chemistry, manufacturing and controls) regulatory contact with FDA for Paragard. | | |
| James, Leonard | Current | 11/19/2007 | 4/10/2019 | • Director, Pharmacovigilance Physician | Involvement with safety assessments. | Yes | |
| Kawadgiri, Hemant | Former | 8/05/2013 | 9/01/2022 | • Quality Analyst III | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints. | | |
| Keevil, Eileen | Former | 10/19/2007 | 9/19/2018 | • US-PhV Compliance Associate | Involvement with case processing, coding, seriousness assessment. | | Set 3, RFP 49 |
| Kirkner, Ruth | Former | 10/15/1990 | 4/15/2016 | • Manager, Regulatory | Involvement in |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | Affairs<br>• Compliance Submissions Supervisor<br>• Supervisor, Regulatory Affairs<br>• Pennsylvania - Supervisor<br>• Regulatory Technician III<br>• Technician III<br>• Pennsylvania - Technician III | providing drug listing information for Paragard to FDA and responding to FDA inquiries about drug listing; written correspondence with FDA about Paragard. | | |
| Kleinfeld, Tal | Former | 8/1/2014 | 2/28/2018 | • Head of Americas, PhV | Involvement with inspections and audits. | | Set 1, RFP 1 |
| Krayger, Nancy | Former | 6/22/2009 | 2/1/2018 | • Drug Safety Associate<br><br>• PhV Safety Scientist<br>• Manager, Pharmacovigilance Operations, US Team Leader | Involvement with safety signal detection. | | Set 3, RFP 49 |
| Larijani, Susan | Current | 10/14/2011 | | • Senior Director, Medical Communications<br>• Senior Director, Head of US Medical Communications<br>• Senior Director, Medical Information<br>• Director, US Medical Information<br>• Director, Medical Information Content | Involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers. | Yes | Set 3 , RFP 40 |
| Liu, Siyu | Former | 9/20/2004 | 10/12/2018 | • Senior Director, | Involvement with | Yes | |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | Safety Physician Vice President Pharmacovigilance & Drug Safety<br>• Vice President, North America Innovative Research & Development, Global Clinical Operations<br>• Senior Director, Pan American Clinical Operations<br>• Director, Pan American Clinical Operations<br>• Director, Clinical Research<br>• Director, Clinical Operations | safety signal detection, labeling, and adverse events. | | |
| **Loss, Daniel** | Former | 9/4/2001 | 5/1/2015 | • Manager, Closing Team - Horsham | Involvement with Quality Assurance Services which provided closure services with respect to Paragard product quality complaints. | | Set 3, RFP 18, 19, 49 |
| **McCarthy, Katie** | Current | 1/5/2015 | | • Associate Medical Director of Women's Health US | Involvement with review of Standard Response Letters and speaker training. | Yes | |
| **Mehs, Thomas** | Former | 1/6/1997 | 11/1/2017 | • Senior Manager, Quality Assurance<br>• Pennsylvania - Senior Manager, Quality | Involvement in Paragard Prescriber Information labeling change | Yes | Set 1, RFP 1 Set 3, RFPs 18, 41, 22, 57 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | Assurance | approved by FDA on June 11, 2013; involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality assurance, including product quality complaint investigations; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. | | |
| Mulligan, Valerie | Current | 1/25/2010 | | • Vice President, Speciality Regulatory Affairs<br>• Vice President, Global Regulatory Affairs<br>• Senior Director, Global Regulatory CMC<br>• Senior Director, Regulatory Affairs | Involvement in Paragard Prescriber Information labeling change approved by FDA on June 11, 2013; involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; was an alternate CMC (chemistry, manufacturing and controls) regulatory contact with FDA for Paragard; written | | Set 3, RFP 40 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | | correspondence with FDA about Paragard. | | |
| Miley, Dennis M.D. | Former | 1/6/1997 | 11/1/2017 | • Director NA Drug Safety & PhV Senior Director, Global PhV | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints and knowledge of audits. | Yes | Set 3, RFP 45 |
| Mulligan, Valerie | Current | 1/25/2010 | | • Vice President, Specialty Regulatory Affairs • Senior Director, Global Regulatory CMC • Senior Director, Regulatory Affairs | Involvement with labeling and communicated directly with FDA regarding ParaGard. | Yes | |
| Murdock, Christopher | Former | 8/29/2011 | 4/11/2014 | • Senior Director, Regulatory Compliance • Senior Sales Specialist | Involvement with Field Alert Report sent to FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing, recall, and associated deviation investigation and report and CAPA. | | |
| Nicholas, J. Michael, Ph.D | Former | 6/1/2011 | 3/18/2018 | • Senior Vice President, Specialist Life Cycle Initiatives Management | Involvement with 2011 Barton Cobert Audit. | Yes | |
| Norman, Jennifer, R.Ph. | Former | 5/5/2008 | 12/17/2010 | • Director, Regulatory Affairs | Was a primary regulatory contact with | | |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | | FDA for Paragard; written correspondence with FDA about Paragard. | | |
| Oladipo, Anothony | Former | 2/5/2007 | 3/31/2009 | • Vice President, Pharmacovigilance & Drug Safety | Involvement in 15-day reporting and periodic reporting to FDA of adverse events reported by women who had Paragards placed; written correspondence with FDA about Paragard. | Yes | |
| Panning, Deborah | Fromer | 4/1/2002 | 4/7/2017 | • Director, Med Information Ops | Involvement with WRB and oversight of operations. | | Set 3, RFP 1, 3, 19, 28 |
| Piper, Kenneth | Current | 9/17/2002 | | • Director, PhV Compliance Americas Local Safety Officer<br>• Local Safety Officer | Involvement with audits, inspections, and compliance. | Yes | Set 1, RFPs 1, 3, 32<br>Set 3, RFP 40 |
| Plotsker, Jacob | Former | 9/8/2009 | 8/3/2012 | • Senior Director, Operations<br>• Senior Director, Marketing | Involvement with Paragard marketing and commercial operations, including involvement in managing the relationship with the exclusive Paragard distributor, ICS. | | |
| Randall, Angela | Current | 6/6/2011 | | • Director, Regulatory Affairs<br>• Senior Manager, Regulatory Affairs Labeling | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involved in Paragard | | Set 1, RFP 1<br>Set 3, RFP 41 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|---|---|---|---|---|---|---|---|
| | | | | • Manager, Regulatory Affairs<br>• Senior Regulatory Analyst | Prescriber and Patient Information labeling copy approval; involvement with Paragard 21 CFR §314.81(a)(2) annual reports; involvement with Paragard 21 CFR §314.80(c)(2) reports. | | |
| Reape, Kathleen, M.D. | Former | 1/27/2003 | 11/28/2011 | • Vice President, Women's Health R&D<br>• Vice President, Clinical Operations & Medical Affairs | Involvement in preparation and sending of Dear Healthcare Professional letter regarding the sale of counterfeit Paragard units by Web-based pharmacies; written correspondence with FDA about Paragard. | Yes | |
| Roberts, David, L. | Former | 9/4/2012 | 10/1/2014 | • Director, Quality Systems<br>• Senior Director, Regulatory Affairs | Involvement with recall of Paragard lot 508004 as a result of sterility issue during stability testing; written correspondence with FDA about Paragard. | | |
| Rose, Erin | Current | 11/8/2010 | | • Director, Head of Organized Data, Pharmacovigilance Governance<br>• Associate Director, North America | Involvement with review and reporting to FDA (15-day reporting and periodic reporting) and follow-up of reported adverse | Yes | Set 1, RFPs 1, 3, 32 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | Regional Pharmacovigilance Operations<br>• Senior Manager, Pharmacovigilance<br>• Manager, Pharmacovigilance<br>• Americas Pharmacovigilance Compliance Associate<br>• Compliance Associate, Global Pharmacovigilance<br>• Pharmcovigilance & Drug Safety Officer<br>• Medical Affairs Associate<br>• Quality Assurance Associate Product Release | events with respect to women who had Paragards placed; knowledge of adverse event handling procedures, systems and recordkeeping. | | |
| Schiliro, Mary | Former | 9/10/2001 | 6/3/2016 | • Manager, Pharmacovigilance - North America | Knowledge of Adverse Event case processing and coding. | Yes | |
| Shalit, Yael | Current | 4/2004 | | • Safety Physician<br>• Medical Monitor | Involvement with safety signal detection and safety assessments. | | Set 3, RFPs 5, 49 |
| Sheehan, Matthew | Former | 5/27/2008 | 10/16/2019 | • Senior Manager, Regulatory Affairs<br>• Manager, Regulatory Affairs<br>• Senior Clinical Regulatory Affairs Operations Associate | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard 21 CFR §314.81(a)(2) annual reports; involvement in | Yes | Set 3, RFPs 40, 41 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | | providing drug listing information for Paragard to FDA and responding to FDA inquiries about drug listing; written correspondence with FD about Paragard. | | |
| Spotts, Kimberly | Former | 11/5/2007 | 4/17/2018 | • Senior Manager, Pharmacovigilance<br>• Manager, Pharmacovigilance<br><br>• Drug Safety Specialist<br>• Drug Safety Associate<br>• Teva Neuroscience - Drug Safety Associate | Involvement with US case processing of Adverse Events. | | Set 1, RFP 1<br>Set 3, RFP 28 |
| Stiffel, Peter | Current | 3/20/1989 | | • Senior Director, Quality Compliamce | Involvement with FDA inspections. | | Set 1, RFP 1<br>Set 3, RFP 18 |
| Thomas, Patricia | Former | 7/17/2011 | 6/1/2010 | • Innovative Research - Director, Regulatory Affairs | Involvement with Paragard 21 CFR §314.81(a)(2) annual report submission; involvement with Paragard NDA 061; written correspondence with FDA about Paragard. | | |
| Tschamber, Gary | Former | 2/27/1995 | 11/1/2017 | • Material Supervisor - Teva Women's Health Senior Supervisor, Production | Involvement in manufacturing and shipping of ParaGard. | Yes | |
| Unger, Christopher | Former | 4/30/2007 | 3/30/2019 | • Manager, Quality Professional | Involvement with Field Alert Report sent to | | Set 1, RFP 1 |

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range | Brief Description | Produced | RFPs |
|------|------|------|------|------|------|------|------|
| | | | | • Auditor I | FDA in the first quarter of 2014 regarding report of Paragard sterility issue during stability testing; written correspondence with FDA about Paragard. | | |
| Voliovitch, Hedva | Former | 9/1/1997 | 6/30/2019 | • ice President, Global Drug Safety and Pharmacovigilance | Involvement with signal detection and PhV operations. | Yes | |
| Wasielewski, Paul | Former | 1/9/1990 | 11/1/2017 | • Manager Section/Active Pharmaceutical Ingredient Facility<br>• New Jersey - Associate Manager<br>• Production Supervisor | Involvement in manufacturing of Paragard, including oversight of Paragard production schedule, maintenance of manufacturing equipment, and environmental health and safety. | Yes | Set 3, RFP 57 |
| Yadav, Yogesh | Former | 2015 | 2018 | • Manager, Quality Assurance Services | Involvement with Quality Assurance Services which provided intake services with respect to Paragard product quality complaints | | Set 3, RFPs 18, 45 |
| Zander, Judith | Former | 2/3/2014 | 1/3/2017 | • Vice President Global Head of Safety Physicians | Involvement with safety signal detection. | Yes | |

| Name | Current Employee? | Date Range of Employment | Company Employed By - Currently (if current employee) or at Last Employment Date (if former employee) | Job Title(s) | Brief Description |
|---|---|---|---|---|---|
| Angelo, Brenda | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Quality Control Technician III | Involvement with Paragard Engineering Change Requests; involvement with Paragard product quality assurance, including quality complaint investigations and trending of Paragard product quality complaints. |
| Auerbach, Robert M.D. | Former employee. Current consultant. | 4/29/2005 - 2/1/2021, employee; current consultant | CooperSurgical, Inc./Current Independent contractor | Executive Vice President/Chief Medical Officer; President | Involvement with development and execution with Paragard commercial strategy; oversight of Paragard regulatory and quality. |
| Brown, Vernon | No | 10/26/2020 - 4/16/2021 | CooperSurgical, Inc. | Vice President, Global Regulatory Affairs | Involvement with regulatory review and approval of Paragard promotional items; involvement with regulatory review of MedWatch forms submitted to FDA under NDA 018689; written correspondence with FDA about Paragard. |
| Castro, Mauro | Yes | 10/26/2020 - current | CooperSurgical, Inc. | Director, Regulatory Compliance Life Sciences; Senior Director of Pharmacovigilance & Laboratory Compliance | Involvement with Paragard quality management systems; involvement with preparation of response to FDA request for information about Paragard; written correspondence with FDA about Paragard; involvement with Paragard is further described in October 11, 2022, deposition. |
| Chappell, Ali | No | 10/31/2017 - 8/30/2019 | CooperSurgical, Inc. | Associate Medical Director TA | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with medical review and approval of Paragard promotional items. |

| Colon, Mildred | Yes | 7/30/2018 - current | CooperSurgical, Inc. | Director, Paragard Sales Training; Worldwide Director of Sales Training | Involvement in developing training program for sales representatives who visited HCPs about Paragard; involved in development and preparation of training materials for sales representatives who visited HCPs about Paragard. |
| DiBartolo, Michele | Current Consultant | Will supplement – current. | Independent regulatory consultant | Will supplement. | Involvement in Paragard pharmacovigilance report reviews. |
| Define, Mara | Current Consultant | 11/2017 - current | Solutions Defined, LLC | Marketing Consultant | Involvement with development and approval process for Paragard promotional items directed to HCPs. |
| Desai, Vrunda M.D. | Yes | 8/1/2018 - current | CooperSurgical, Inc. | Medical Director; Head of Global Medical Affairs; Vice President, Medical Affairs - Americas | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with periodic reporting to FDA of adverse events reported by women who had Paragards placed; involvement in preparation of response to FDA request for information about Paragard; involvement with medical review and approval of Paragard promotional items. |

| Donnelly, Matt | Yes | 4/30/2018 - Current | CooperSurgical, Inc. | Senior Vice President, Global Sales & Marketing, Medical Devices | Involvement as VP of global sales and marketing, primarily of the medical device business. |
|---|---|---|---|---|---|
| Fusco, Jeanie | No | 12/9/2013 - 1/27/22 | CooperSurgical, Inc. | Director, Corporate Brand & Communications | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard marketing, including communications and fulfillment services. |
| Gates, Jennifer | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Site General Manager; Senior Director, Market Access & Distribution; Vice President Sales & Marketing Contraceptive Business Unit | General Manager at Buffalo facility where Paragard was manufactured; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. |
| Gelnett, Marc | Yes | 2/14/2005 - current | CooperSurgical, Inc. | Executive Vice President, Operations | Executive Vice President of Operations; oversees facilities, including Buffalo Paragard facility. |
| Gettings, Nikole | Yes | 9/24/2018 - current | CooperSurgical, Inc. | Medical Science Liaison; Clinical Sales Specialist | Involvement with HCP Paragard education programs and HCP Paragard placement training; involvement with submission and approval of medical education grants. |
| Haake, Dawn | Yes | 10/7/1981 - current | CooperSurgical, Inc. | Quality Control Technician II | Employed at Buffalo facility where Paragard is manufactured; involvement with quality control. |

| Hooper, Kyle | No | 6/25/2018 - 11/19/2020 | CooperSurgical, Inc. | Regulatory Affairs Associate | Involvement with Paragard regulatory submissions to FDA, including submission of promotional items; written correspondence with FDA about Paragard. |
|---|---|---|---|---|---|
| Johnson, Roaida | No | 3/16/2015 - 9/2/2020 | CooperSurgical, Inc. | Associate Director Regulatory Affairs; Director Regulatory Affairs | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with preparation of promotional items; involvement with regulatory review and approval of Paragard promotional items; involvement with preparation of Paragard 21 CFR §314.81(a)(2) annual reports; written correspondence with FDA about Paragard. |
| Keller, James | No | 1/21/2013 - 1/29/21 | CooperSurgical, Inc. | Vice President Regulatory Affairs/Quality Assurance; Executive Vice President, Regulatory Affairs/Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard pharmacovigilance; involvement with regulatory review and approval of Paragard promotional items; involvement with Paragard submissions to FDA; involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; written correspondence with FDA about Paragard. |
| Charles Kennedy | Yes | Will supplement – current. | CooperSurgical, Inc. | Vice President of Global Professional Education | Oversaw professional education training program, including Paragard professional education. |

| Mehs, Thomas | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Senior Manager, Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality assurance, including product quality complaint investigations; written correspondence with FDA about Paragard; involvement with Paragard is further described in custodial file documents that have been produced. |
| --- | --- | --- | --- | --- | --- |
| Navarro, Claudia | No | 8/20/2018 - 1/31/2022 | CooperSurgical, Inc. | Vice President, Regulatory Affairs/Quality Assurance; Senior Vice President, Regulatory Affairs/Quality Assurance | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with Paragard quality management systems; written correspondence with FDA about Paragard. |
| Oberly, Doug | Yes | 6/24/2019 - current | CooperSurgical, Inc. | Senior Director, Regulatory Special Projects; Senior Director, Clinical Affairs | Written correspondence with FDA about Paragard. |
| Paolucci, Carolyn | No | 10/31/2017 – 1/2023 | CooperSurgical, Inc. | Senior Brand Manager | Involvement with Paragard promotional items directed to consumers. |
| Patel, Neeraj | No | 4/19/2021 - 7/16/2021 | CooperSurgical, Inc. | Manager, Regulatory Affairs, Pharma | Involvement with Paragard regulatory submissions to FDA; involvement with regulatory review and approval of Paragard promotional items; involvement with regulatory review of adverse event reports submitted to FDA for events reported by women who had Paragards placed; involvement in preparation of response to FDA request for information about Paragard; written correspondence with FDA about Paragard. |
| Peets, Ann | No | 3/5/2018 - 2/4/2021 | CooperSurgical, Inc. | Senior Director, Marketing Paragard; Vice President, Marketing Global Med Device | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involved in preparation of and approval of Paragard promotional items. |
| Shih, Regina | Yes | 10/4/2021 - current | CooperSurgical, Inc. | Vice President, Global Regulatory Affairs | Written correspondence with FDA about Paragard. |

| Smith, Charles | Yes | 4/20/2010 - current | CooperSurgical, Inc. | Senior Vice President, Regulatory Affairs/Quality Assurance and Life Sciences | Written correspondence with FDA about Paragard. |
|---|---|---|---|---|---|
| | | | | | |
| Tavener, Priscilla | No | 11/2019 – will supplement. | CooperSurgical, Inc. | Senior Director of Marketing | Involvement in Paragard marketing. |
| | | | | | |
| Tschamber, Gary | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Senior Supervisor, Production | Involvement in Paragard manufacturing, including purchasing of materials, planning and shipping of packaged Paragard and other components in the package to Paragard distributor. |
| | | | | | |
| Vardy, MD, Michael | Current Consultant | 5/15/16 - 7/31/2018, employee; 9/12/2019 - current, consultant | CooperSurgical, Inc./Current Independent contractor | Medical Consulting - OB/GYN; Medical Director | Involvement with responses to unsolicited requests for information about Paragard from HCPs and consumers; reviewed medical content information in documents about Paragard sent or made available to HCPs and consumers; involvement with medical review and approval of Paragard promotional items. |
| | | | | | |
| Virro, MD, Jennifer | No | 10/1/2018 - 11/29/2019 | CooperSurgical, Inc. | Medical Science Liaison | Involvement with responses to unsolicited requests for information about Paragard from HCPs; reviewed medical content information in documents about Paragard sent or made available to HCPs; involvement in development of coding conventions for and review of adverse event reports submitted to FDA for events reported by women who had Paragards placed; involvement with HCP Paragard education programs and HCP Paragard placement training. |
| | | | | | |
| Wackenhut, Judith (Judy) | No | 3/26/2018 - 9/27/2019 | CooperSurgical, Inc. | Senior Medical Science Liaison | Involvement in PLR conversion of Paragard Prescriber and Patient Information labeling; involvement with HCP Paragard education programs and HCP Paragard placement training; involvement with medical review and approval of Paragard promotional items. |
| | | | | | |

| Wasielewski, Paul | Yes | 10/31/2017 - current | CooperSurgical, Inc. | Manager Section/Active Pharmaceutical Ingredient Facility | Involvement in manufacturing of Paragard, including oversight of Paragard production schedule, maintenance of manufacturing equipment, and environmental health and safety. |
|---|---|---|---|---|---|
| Wisdom, Rosa | Yes | 3/19/2018 - current | CooperSurgical, Inc. | Sales Training Manager, Commercial Business Unit | Involvement in training sales personnel (regional sales representatives); involvement in marketing the Paragard device; involvement with HCP Paragard education programs |

**NOTE:** Individuals with hire date of 10/31/2017 were former Teva employees who joined CooperSurgical with its acquisition of the Paragard NDA.

88189840.v1