# EXHIBIT E

## RE: Paragard: Custodial Files [IWOV-BUTLERSNOW.FID8096744]

Chris Morris <Chris.Morris@butlersnow.com>
Tue 7/16/2024 6:01 PM

To:Tara Blake <Tara.Blake@butlersnow.com>;Erin Copeland <ecopeland@fibichlaw.com>;Caroline D. Walker <Caroline.Walker@butlersnow.com>;Pamela Ferrell <Pamela.Ferrell@butlersnow.com>;'nga@gtlaw.com' <nga@gtlaw.com>
Cc:Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>;C. Andrew Childers <achilders@cssfirm.com>;Lee Floyd <lee@bbtrial.com>;Hermiz, Kristen M. <khermiz@motleyrice.com>

Hi Erin,

Thanks for the call today. We're writing to follow-up regarding our conversation concerning Plaintiffs' custodial file requests. To confirm, in addition to the 10 custodial files referenced in Tara's email below, the Defendants are willing to agree to an additional 10 custodial file requests as a compromise. Given the expense associated with custodian file productions, our clients consider this offer to be a significant showing of good faith in exchange for Plaintiffs' agreement not to seek further custodial files beyond the additional set of 10 names. However, should newly discovered information become available during the course of discovery, Defendants are willing to meet and confer with Plaintiffs if they believe additional custodial files are warranted. If the parties are unable to reach an agreement at that time, then the issue could be presented to the Court for resolution.

Please let us know if that proposal is agreeable. If it is, we would ask as part of the agreement that Plaintiffs stagger the requests in two-week intervals so that they do not create a logjam (perhaps 5, 5, 7, if that makes sense). We are happy to discuss this with you further.

Best,

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Tara Blake <Tara.Blake@butlersnow.com>
**Sent:** Friday, June 28, 2024 8:52 AM
**To:** 'Erin Copeland' <ecopeland@fibichlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** RE: Paragard: Custodial Files

Good morning, Erin and team.

We agree there is no dispute that Plaintiffs are entitled to 7 more custodial file requests. While we disagree that the custodial files of Scott Allan, Anthony Oladipo and Gary Tschamber should not count against your total number of requested files -- with an eye towards compromise -- we are willing to remove those from the total count requested by Plaintiffs. However, in so doing, we want to make clear that should any of your

future requested custodial files be deemed to not have sufficient relevant information, those would still count against your total file request number.

Given that we are agreeing in this specific instance to remove those three custodial files identified above from your count, we agree that you are entitled to a total of 10 additional custodial files under the current protocol. Please identify the 10 custodial files that Plaintiffs want and we will begin processing those files. Assuming you provide the names of the 10 custodians you are requesting today, we will count today as the formal request day.

As to the remaining 21 custodians, we have a different understanding. While we are willing to compromise, we have not agreed, nor will we, to produce all 21 custodial files. As the Court indicated during the last CMC, Plaintiffs need to provide some kind of justifiable explanation as to why the production of each of those additional custodial files is necessary. Please provide that information as to each custodian, and we will consider your requests.

Thanks,

**Tara Blake**
**Butler Snow LLP**

D: (615) 651-6760 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Tara.Blake@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Wednesday, June 26, 2024 7:00 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** Paragard: Custodial Files

---

Good Morning Chris & Team,

I write in follow up to Plaintiffs' previous request for Defendants (Teva and Cooper) to produce all of the custodial files for newly identified custodians on their respective "Final" custodian lists.

Based on our review of both Teva and Cooper's final lists and confirmation dialogue between the parties regarding the same, we count a total of **31 newly identified custodians** (24 for Teva and 7 for Cooper). --- Following our collective reconciliation exercise and discussions surrounding the same which is memorialized below, we agreed that Plaintiffs have requested a total of 43 custodial files to date leaving 7 more available under the original custodial file CMO. Setting aside our disagreement about the status of the custodial file protocol and custodial files generally, I believe there is no dispute that Plaintiffs are entitled to *at least* 7 more custodial file requests.

As discussed with you and prior lead counsel (in real time), there were also a number of additional custodial files requested by Plaintiffs that were later determined by Defendants themselves not to have relevant information despite being identified on Defendants' court ordered' custodian lists. Those custodians were Scott Allan, Anthony Oladipo and Gary Tschamber. We explained at the time each of these custodial depositions were canceled that those files should not count against

Plaintiff's total number of requested files because we relied on Defendants' representations in selecting those files and thus, we had essentially wasted several file requests. Accordingly, it is our position that these 3 file requests should be removed from the total count requested by Plaintiffs thereby making our **total file request count to date 40**.

Assuming both that (1) the custodial file protocol limitations is still controlling, and (2) the Allan, Olapdipo, and Tschamber files do not count against the total number of files requested so far, Plaintiffs would be **entitled to a total of 10 more custodial file requests without argument or special agreement**. Thus, the **number of files currently in dispute should only be 21**.

The questions to which we need prompt answers are:

(1) will you agree to discount or remove from the total number of requests made the custodial files identified above (i.e. Allan, Oladipo, and Tschamber; and

(2) will you agree to produce the custodial files for all of the newly identified custodians on Defendants' "final" lists. This would mean 10 under the protocol (assuming, again, it's even still in place) **/PLUS/** an additional 21. We believe we are entitled to these additional 21 files based on all of the reasons discussed in our prior letter brief to the Court and in our communications with you, plus.

Given the timeline the parties worked out at the last status conference (subject to the results of the ongoing TAR exercise), we need to get the production clock started on these files. If Defendants are agreeable to producing all 31 of the newly identified custodial files, consider this our formal request for those files. It is our understanding to date, however, that Defendants are opposed to producing anything more than the 50 permitted under the original protocol. Given the urgency of the matter, we think the issue is ripe for an expedited order from the Court. Accordingly, we plan to immediately submit a formal motion requesting the Court order the production of all 31 newly identified custodians. Plaintiffs will request that the files be produced on an expedited basis (counting today as the formal request day retroactively).

Thanks,
Erin
*Please excuse any typos*

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Friday, June 7, 2024 4:01 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Re: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

Thanks Chris.

One point of clarification on the first bullet point surrounding custodial files. After reconciling Teva's Final

Custodian List served on 5.2.24, it appears there were a total of 24 newly identified custodians that were never previously identified/requested by Plaintiffs. Plaintiffs believe Teva should agree to produce all 24 files irrespective of the custodial file protocol limit of 50 for the various reasons discussed in their prior letter brief and in our corresponding discussions, including today. Otherwise, yes. Our working plan is to get Cooper's list, have a final meet and confer on this issue, and submit a motion to the court asking that all new custodial files identified by both defendant groups be produced. – Given the timing involved in producing custodial files even assuming Defendants comply with the timing required by the protocol, we'll want to get some resolution to the issue pretty promptly.

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Friday, June 7, 2024 1:20 PM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

Hi Erin and team,

Thanks for the call today. Here is a summary:

- The parties agreed that Plaintiffs are currently at 43 formal custodial file requests (after discounting Orli Ochana). This number does not include the individuals identified in Plaintiffs' 5/23/24 email, and the parties agreed that the clock has not begun to run on the production of those custodial files. Plaintiffs are still considering which custodial files they intend to request from the 5/23/24 email. The parties will resume the meet and confer on the number of custodial files after Cooper provides its updated list of potential custodians on June 12. In addition to Orli Ochana, there are other custodians Plaintiffs would like the defendants to consider discounting from the number of custodians. Plaintiffs will provide these names so that the Defendants can consider this request.

- The Plaintiffs agreed that the Defendants may proceed with deposing Brannon Pedrioli. As to the "one additional fact witness" per case, the parties are going to try to compare lists to determine whether some of these depositions might proceed in the near future. It is our understanding from the call that Plaintiffs' current position is that HCP depositions should not begin until the close of corporate discovery. However, it is also our understanding that Plaintiffs may consider agreeing to have those proceed earlier, depending on whether other deadlines are met. It is still the Defendants' position that corporate and BW discovery should run concurrently. We also discussed Judge May's comment at the last hearing that BW discovery could resume based on a triggering event rather than a date. Plaintiffs are going to consider whether there is a triggering event they could agree to.

- We discussed whether to enter a scheduling order now with the agreed corporate discovery dates (and a separate order later for BW dates) or whether we needed to submit one combined order with dates for corporate and BW discovery. The parties had differing recollections as to Judge May's guidance/directive at the last hearing, so both sides will consult the transcript and circle back.

It is our understanding that we will try to reconvene on some of these outstanding issues next week. The parties may submit competing proposals to the Court if we cannot reach an agreement. I have tried to accurately capture the substance of our call, but please let me know if I have omitted or misunderstood anything we discussed.

Have a nice weekend.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Friday, June 7, 2024 12:12 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Re: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

I agree. Talk soon!

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Friday, June 7, 2024 11:09 AM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

Thanks, Erin. Apologies, I think we are misunderstanding each other on this. I think it will be easier to hash this out during our phone call at 1 CST.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Friday, June 7, 2024 11:59 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>;

Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Re: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

Hi Chris,

You are correct. Dennis Miley and Vrunda Desai were mistakenly absent from my list. I have corrected the global list to include those with the dates we requested.

With these 2 corrections /AND/ counting the requests appropriately made on 5.23.24, we still have Plaintiffs at only 44 requested total files (*not counting the new custodians we asked you to agree to produce and for which we filed a letter brief*). I have no idea why defense believes our request on 5.23.24 is not considered a formal request. We do. Again, excluding the new additions to defendants' final custodial list which were made the subject of Plaintiffs brief, we are still not over 50 custodians. Moreover, as discussed at the last conference, we don't believe the custodial file protocol which has, to date, been largely ignored by defense in terms of meeting any deadlines, limits Plaintiffs' ability to request files from individuals who hold relevant and responsive information even if the number exceeds 50.

I think I understand your comments on TAR but we're going to need some understanding as to when the custodians are going to be complete as that will drive whether we can get these depositions back on the calendar and meet the deadlines on the draft schedule we all represented to the court were attainable.

## **FORMALLY REQUESTED CUSTODIAL FILES**

Requested via RFP1:
Mehs
Gates

Requested via 9.26.22 Meet & Confer:
1. Mulligan, Valerie
2. Larijani, Susan
3. Wieslewski
4. Vrunda Desai
5. Keller, James
6. Tschamber, Gary

Requested via email/first round deadline 10.26.22
7. Allan, Scott
8. Bonilla, David
9. Bonk, Kenneth
10. Chappell, Ali
11. Colon, Mildred
12. Gee, Donald
13. Glennon, Timothy
14. Liu, Siyu
15. Oladipo, Anthony
16. ~~Orli, Ochana~~

17. Piper, Kenneth
18. Reape, Kathleen
19. Rose, Erin
20. Sheehan, Matt

Requested via email 2.2.23
21. Angelo, Brenda

Requested via email 2.27.23
22. Baszczewski, Kathleen
23. Topliff, Matthew
24. Godshall, Joyce
25. Heinrich, Russell
26. Das, Ajaya

Requested via email 4.21.23
27. Mary Schiliro
28. Hedva Voliovitch
29. Leonard James

Requested via email 05/23/2023
30. Brandon (Brandi) Howard
31. Katie McCarthy
32. Renise Hobbs (Blythe)
33. Ann Peets
34. Judith Zander
35. Roaida Johnson

Request via email 06/06/2023
36. J. Michael Nicholas

Request via email 09/15/2023
37. Patrick Delahanty

Requested via email 10/3/23
38. Dennis Miley

Requested via email 05/15/2024
39. Hila Avidan
40. Valerie Cullen
41. Eric Elbaz
42. Matt Hall
43. Carolyn Paolucci
44. Kimberly Spotts


Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Thursday, June 6, 2024 8:38 AM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Custodial File Reconciliation [IWOV-BUTLERSNOW.FID8096744]

Good morning, Erin,

Thank you for sharing this list with us; it was helpful. We think there are just a couple of custodians that were inadvertently missed:

- Miley, Dennis – Plaintiffs requested this custodial file via phone call and email on 10/3/2023

- Desai, Vrunda – the request for her custodial file predates our involvement, but Plaintiffs previously inquired about the status of her file (see, e.g., Plaintiffs' email of 8/4/23)

Do you agree that those should be included in the custodian count?

Regarding the timing of completion, we don't think we are able to confirm that until after the TAR sampling process is complete. However, we want to make sure that we're not talking past you here, so let's discuss on Friday in case we are misunderstanding what you are asking for.

Also, we understand from your email that Plaintiffs are not considering the 5/23/24 email and its attachment to be a formal request for custodial files, but please let us know if our understanding is incorrect. Just so that we are on the same page - our position has been that the clock has not started to run on the production of custodial files for the 5/23/24 list because the number of people on that list exceeds the current number of requests allotted to Plaintiffs.

Talk to you tomorrow.

Best,

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Chris Morris
**Sent:** Tuesday, June 4, 2024 3:27 PM
**To:** 'Erin Copeland' <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>

**Subject:** RE: Paragard: Custodial File Reconciliation

Thanks, Erin. We'll review and circle back with you.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Tuesday, June 4, 2024 11:39 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Paragard: Custodial File Reconciliation

Dear all,

Below is our record of custodians requested to date. Please let us know what you have so we can reconcile and finalize our request for others. Also, please provide an update on the status of completion for each. Lastly, we are available to talk on Friday at 1 or 2cst.

**FORMALLY REQUESTED CUSTODIAL FILES**

Requested via RFP1:
Mehs
Gates

Requested via 9.26.22 Meet & Confer:
1. Mulligan, Valerie
2. Larijani, Susan
3. Wieslewski
4. Keller, James
5. Tschamber, Gary

Requested via email/first round deadline 10.26.22
6. Allan, Scott
7. Bonilla, David
8. Bonk, Kenneth
9. Chappell, Ali
10. Colon, Mildred
11. Gee, Donald
12. Glennon, Timothy
13. Liu, Siyu
14. Oladipo, Anthony
15. ~~Orli, Ochana~~

16. Piper, Kenneth
17. Reape, Kathleen
18. Rose, Erin
19. Sheehan, Matt

Requested via email 2.2.23

20. Angelo, Brenda

Requested via email 2.27.23

21. Baszczewski, Kathleen
22. Topliff, Matthew
23. Godshall, Joyce
24. Heinrich, Russell
25. Das, Ajaya

Requested via email 4.21.23

26. Mary Schiliro
27. Hedva Voliovitch
28. Leonard James

Requested via email 05/23/2023

29. Brandon (Brandi) Howard
30. Katie McCarthy
31. Renise Hobbs (Blythe)
32. Ann Peets
33. Judith Zander
34. Roaida Johnson

Request via email 06/06/2023

35. J. Michael Nicholas

Request via 09/15/2023

36. Patrick Delahanty

Requested via email 05/15/2024

37. Hila Avidan
38. Valerie Cullen
39. Eric Elbaz
40. Matt Hall
41. Carolyn Paolucci
42. Kimberly Spotts

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.