# EXHIBIT F

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION




IN RE: PARAGARD IUD            )
PRODUCTS LIABILITY             )
LITIGATION                     )
                               )
                               )            DOCKET NUMBER
                               )            1:20-MD-2974
                               )
                               )            ATLANTA, GEORGIA
                               )            AUGUST 26, 2022
                               )
_____)




          TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
             BEFORE THE HONORABLE LEIGH MARTIN MAY,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:              ANDREW CHILDERS
                                 CHILDERS, SCHLUETER & SMITH, LLC
                                 ATLANTA, GEORGIA   30319

                                 FIDELMA FITZPATRICK
                                 MOTLEY, RICE, LLC
                                 PROVIDENCE, RHODE ISLAND   02903



           (APPEARANCES CONTINUED ON THE NEXT PAGE.)


          MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:         MONTRELL VANN, RPR, RMR, RDR, CRR
                                 2160 UNITED STATES COURTHOUSE
                                 75 TED TURNER DRIVE, SOUTHWEST
                                 ATLANTA, GEORGIA   30303
                                 (404)215-1549
```

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT

APPEARANCES CONTINUED

FOR THE PLAINTIFFS:          ROBERT HAMMERS
                             SCHEIDER, HAMMERS, LLC
                             ATLANTA, GEORGIA   30342

FOR THE DEFENDANT:           FRED ERNY, ALLISON NG &
                             GINA SAELINGER
                             ULMER & BERNE, LLP
                             CINCINNATI, OHIO   45202

1    DATE MAYBE TWO WEEKS OUT THAT WHEN YOU KIND OF REPORT BACK IN

2    AS TO THE PROGRESS, AND THEN WE'LL GO FROM THAT AND WITH THE

3    IDEA THAT NOTHING IS STOPPING WHILE WE'RE WORKING THIS OUT,

4    EVERYTHING IS MOVING ALONG IN TERMS OF DISCOVERY.  SO, OKAY,

5    THAT'S HOW WE'LL HANDLE THAT FIRST ISSUE.

6        THE CUSTODIAL FILE ISSUE, THIS IS SOMETHING THAT WE'VE

7    TALKED ABOUT BEFORE.  I DON'T KNOW IF Y'ALL THINK THAT THIS

8    KIND OF SAME PROCESS WOULD BE HELPFUL IN NARROWING THIS DOWN.

9    I FEEL LIKE YA'LL HAVE TALKED ABOUT THIS A LOT, SO THAT MIGHT

10   NOT BE WHERE WE ARE.  IT MAY BE THAT YOU ALL NEED ME TO KIND OF

11   RULE MORE ON SPECIFICS, BUT LET ME HEAR FROM PLAINTIFFS ON KIND

12   OF WHERE WE ARE ON THIS ISSUE.

13           MS. FITZPATRICK:  YOUR HONOR, FIDELMA FITZPATRICK

14   AGAIN ON THIS.  SO THE CUSTODIAL FILE ISSUE, AS YOU KNOW, HAS

15   BEEN KIND OF FRONT AND CENTER I SHOULD -- SOMETIMES LURKING IN

16   THE BACK OF THE DISCOVERY DISPUTES.  AND THE LAST DISCOVERY

17   CONFERENCE WE HAD WITH YOUR HONOR REALLY I THINK CRYSTALIZED

18   THE DISTINCTION BETWEEN THE CUSTODIAL FILE PRODUCTIONS AND THE

19   ACTUAL NEED TO RESPOND TO REQUEST FOR PRODUCTION AND

20   INTERROGATORIES AND THE DISTINCTION BETWEEN THEM.  AND WHEN WE

21   ARE LOOKING AT THE CUSTODIAL FILE PROTOCOL, THERE ARE A COUPLE

22   OF ISSUES FOR THE PLAINTIFFS THAT ARE VERY IMPORTANT.

23       THE FIRST IS THAT THERE'S AN ACTUAL DEADLINE, SLASH, TIME

24   FOR PRODUCTION OF THESE CUSTODIAL FILES.  NOW, PUTTING ASIDE

25   THE DATE ISSUE THAT MS. COPELAND AND OTHERS ARE GOING TO TALK

1    TO YOU ABOUT, BUT IF WE IDENTIFY THE NAME OF A CUSTODIAN, THAT

2    THERE'S A CERTAIN PERIOD OF TIME IN WHICH WE GET THAT CUSTODIAL

3    FILE AND THE ACCOMPANYING PRIVILEGE LOG WITH IT.  AND THAT

4    BECOMES VERY IMPORTANT BECAUSE IT'S THE STAGING OUT OF

5    DISCOVERY AND FACT WITNESS DEPOSITIONS.  WE FIRST NEED TO GET

6    THE CUSTODIAL FILE.  WE NEED TO REVIEW IT.  WE NEED TO DECIDE

7    WHETHER THAT'S A CUSTODIAN WE ACTUALLY WANT TO DEPOSE.  AND

8    THEN WHEN WE SHOW UP FOR THE DEPOSITION, WE NEED TO KNOW THAT

9    THIS IS THE ENTIRE CUSTODIAL FILE, THAT WE'RE NOT MISSING

10   PIECES OF WHAT MAY BE NECESSARY IN ORDER TO MAKE THAT

11   DEPOSITION IMPORTANT.  AND SO WITH WHAT WE WERE PROPOSING TO

12   YOUR HONOR, WHICH WAS BASED ON SOME SCHEDULING ORDERS THAT

13   WE HAD -- EXCUSE ME -- CUSTODIAL FILE PRODUCTION ORDERS THAT

14   WE'VE SEEN WORK VERY WELL IN OTHER M.D.L.'S THAT WE HAVE BEEN

15   INVOLVED IN FIRST INVOLVED, WE IDENTIFY, WE GET THE DOCUMENTS

16   WITHIN A CERTAIN PERIOD OF TIME, WE GET THE PRIVILEGE LOG

17   WITHIN A CERTAIN PERIOD OF TIME, AND THAT WE ALSO KNOW THAT THE

18   DEPOSITIONS ARE GOING TO HAPPEN IN A CERTAIN PERIOD OF TIME.

19   WE CAN PUT TOGETHER A SCHEDULING ORDER THAT CLOSES GENERAL

20   DISCOVERY IN A YEAR, BUT THAT BECOMES MEANINGLESS IF THERE

21   AREN'T STOP GAPS ALONG THE WAY TO ALLOW US TO STAGE OUT EXACTLY

22   WHEN YOU WOULD BE REQUESTING WHAT WE'RE DOING.  AND I THINK IT

23   BECOMES IMPORTANT, AND I'LL JUST PUT AN ASTERISK ON THIS, YOUR

24   HONOR, BECAUSE I DON'T THINK IT'S AN ISSUE FOR YOU TODAY, BUT

25   IT MAY BECOME AN ISSUE IN THE NEXT SEVERAL WEEKS, IS THERE HAS

1    HOLDING UP THE EXCHANGE OF SUBSTANTIVE INFORMATION AND

2    SUBSTANTIVE FACTS IN THE CASE.

3              THE COURT:  NOW, MY THOUGHT ON MAYBE GETTING THIS TO

4    A PLACE THAT I CAN GIVE YOU RULINGS WOULD BE TAKING BOTH THESE

5    DRAFTS AND BOTH OF YOU GIVING ME KIND OF A LIST OF WHAT YOU

6    NEED ME TO RULE ON.  SO YOU'VE GOT YOUR KIND OF COMPETING

7    VERSIONS, BUT I SEE ONE ISSUE IS SHOULD THERE BE A HARD LIMIT

8    ON THE NUMBER OF CUSTODIAL FILES AND THE NUMBER OF DEPOSITIONS.

9    AND SO WHAT WOULD BE YOUR THOUGHT, MS. FITZPATRICK, ON TURNING

10   THIS DISPUTE INTO KIND OF A LIST OF ISSUES?  ONE, WOULD BE THAT

11   ISSUE.  AND THEN, TWO, WOULD BE I'M NOT EVEN SURE, BUT LOOK AT

12   TWO AND SEE WHAT THE PRIVILEGE LOGS ISSUES ARE OR -- BECAUSE

13   TURNING THIS INTO "THIS IS WHAT WE NEED YOU TO DECIDE" HELPS ME

14   KIND OF GET THIS ORGANIZED IN A WAY THAT I CAN BE VALUABLE TO

15   YOU ALL BECAUSE WHEN I SEE THESE TWO COMPETING SETS OF WORDS, I

16   THINK WHAT REALLY IS AT ISSUE HERE IS HOW ARE WE GOING TO DO

17   THIS, AND THEN THE WORDS ARE PROBABLY GOING TO COME MORE EASILY

18   ONCE I TELL YOU THAT.  BUT IT'S HARD TO DICE OUT WHAT THE REAL

19   PHILOSOPHICAL PROBLEMS ARE BETWEEN THESE TWO OTHER THAN THESE

20   HARD CAPS BECAUSE I DO THINK THAT FROM A PRACTICAL PERSPECTIVE,

21   I MEAN, THIS IDEA THAT THERE NEEDS TO BE A DEADLINE FOR NAMING

22   THE CUSTODIANS, A DEADLINE TO PRODUCING THE FILES AND PRIVILEGE

23   LOGS, A PROCESS WHERE THE PLAINTIFF HAS TO TELL WHO THEY WANT

24   TO DEPOSE, THE TIME FOR -- THAT ALL SEEMS GENERALLY REASONABLE.

25   BUT, AGAIN, LIKE WE WERE TALKING ABOUT BEFORE, EMBEDDED WITHIN

1  THIS ARE KIND OF BIGGER ISSUES BECAUSE I SEE CERTAIN REFERENCES

2  ARE MADE TO OTHER CASE MANAGEMENT PROTOCOLS.  I WOULD ASSUME

3  THAT THAT'S ALL KIND OF IN THE CASE ANYHOW.  IT DOESN'T

4  NECESSARILY NEED TO BE PULLED OUT SEPARATELY, BUT MAYBE THERE'S

5  ACTUALLY BIG ISSUES UNDERNEATH THIS.  AND SO TURNING THIS INTO

6  A LIST OF WHAT YOU NEED ME TO RULE ON WOULD PROBABLY BE MORE

7  HELPFUL FOR ME TO GET MY HEAD AROUND WHAT YOUR ACTUAL DISPUTES

8  ARE.  AND I BET THE PROCESS OF YOU GUYS MAKING THAT LIST WILL

9  PROBABLY BE MORE HELPFUL TO YOU ALL, TOO, BECAUSE THEN YOU CAN

10 SEE WHAT IT IS SPECIFICALLY YOUR REAL DIFFERENCES ARE AND

11 WHETHER THEY ACTUALLY ARE REAL DIFFERENCES BECAUSE SOMETIMES

12 PEOPLE GET MARRIED TO THEIR FORMAT, AND WHAT IS ACTUALLY AT

13 ISSUE IS REALLY NOT QUITE AS BIG.  THAT MAY NOT BE TRUE HERE,

14 BUT IT'S KIND OF MUSHY TO ME WHAT ALL IS ACTUALLY DISPUTED AT

15 THIS POINT.

16      SO, MS. FITZPATRICK, WHAT IS YOUR THOUGHT ABOUT TURNING

17 THIS INTO KIND OF A LIST OF THINGS TO RULE ON?

18          MS. FITZPATRICK:  YOUR HONOR, I THINK THAT WOULD BE

19 GREAT AND IF WE COULD MAYBE GET YOU ALMOST A JOINT PROPOSAL,

20 LIKE, THE ISSUE IS THE NUMBER OF CUSTODIAL FILES, AND WE CAN

21 PUT OUR POSITIONS IN A SINGLE DOCUMENT AND GET IT TO YOUR HONOR

22 ON CERTAIN OF THESE ISSUES.  AND THEN IF WE'RE GOING TO HAVE

23 ANOTHER SESSION WITH YOUR HONOR IN TWO WEEKS, I DON'T SEE ANY

24 REASON THAT WE COULDN'T NARROW THOSE DOWN, GET YOU A SINGULAR

25 DOCUMENT THAT YOU CAN THEN SAY YEA OR NAY ON THESE CERTAIN

46

```
                    C E R T I F I C A T E


UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

     I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT

REPORTER FOR THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN

DISTRICT OF GEORGIA, DO HEREBY CERTIFY THAT THE FOREGOING

45 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS HAD BEFORE

THE SAID COURT, HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE

MATTER THEREIN STATED.

     IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE

1ST DAY OF SEPTEMBER 2022.



                              /S/ MONTRELL VANN
                              MONTRELL VANN, RPR, RMR, RDR, CRR
                              OFFICIAL COURT REPORTER
                              UNITED STATES DISTRICT COURT
```