# EXHIBIT G

**List for Teva**

This list is being provided to Plaintiffs in the spirit of cooperation as part of the meet and confer process and as an attempt to resolve a discovery dispute, and we incorporate our response as set forth in Fred Erny's email to Erin Copeland, dated May 17, 2022.

We propose that Plaintiffs select three individuals from the list below (excluding Jennifer Gates and Thomas Mehs, who are already in process), or from names contained in documents Plaintiffs have already received, for Wave 1 of the Custodial File Protocol. As part of the Custodial File Protocol meet and confer, we can discuss potential dates for production once Plaintiffs make their selections.

**Marketing**:
- Tim Glennon
- Jacob Plotsker

**Sales**:
- Jennifer Gates [in process]
- Mildred "Millie" Colon
- Jenny Bryan

**Medical Affairs/Medical Information**:
- Susan Larijani
- Kathleen Reape, M.D.

**Pharmacovigilance**:
- Erin Rose
- Anthony Oladipo

**Quality Assurance**:
- Thomas Mehs [in process]
- Brenda Angelo
- David Bonilla

**Manufacturing:**
- Jennifer Gates [in process]
- Paul Wasielewski

**Regulatory**:
- Valerie Mulligan
- Jennifer D. Norman, R.Ph.

**List for Cooper Surgical**

This list is being provided to Plaintiffs in the spirit of cooperation as part of the meet and confer process and as an attempt to resolve a discovery dispute, and we incorporate our response as set forth in Fred Erny's email to Erin Copeland, dated May 17, 2022.

We propose that Plaintiffs select three individuals from the list below (excluding Jennifer Gates and Thomas Mehs, who are already in process), or from names contained in documents Plaintiffs have already received, for Wave 1 of the Custodial File Protocol. As part of the Custodial File Protocol meet and confer, we can discuss potential dates for production once Plaintiffs make their selections.

**Manufacturing:**
- Jennifer Gates: [in process]
- Paul Wasielewski
- Gary J. Tschamber

**Quality Assurance**:
- Thomas Mehs [in process]
- Brenda Angelo

**Marketing:**
- Carolyn Paolucci
- Mara Define

**Sales:**
- Jennifer Gates [in process]
- Mildred Colon
- Nikole Gettings

**Medical Affairs/Medical Information**:
- Vrunda Desai, M.D.
- Robert Auerbach, M.D.

**Pharmacovigilance:**
- Jennifer Virro
- Michael Vardi

**Regulatory:**
- James Keller
- Claudia Navarro