# **EXHIBIT H**

Teva List: Provided to Plaintiffs on October 11, 2022

| Name | Current or Former Employee | Hire Date | Last Employment Date, if Former Employee | Each Job Title Held During Employment Date Range |
|---|---|---|---|---|
| Abdallah, Erin | Former | 12/23/2008 | 9/15/2017 | Senior Manager, Regulatory Affairs |
| | | | | Manager, Regulatory Affairs |
| | | | | Senior Regulatory Affairs Associate |
| | | | | Regulatory Affairs Associate |
| Allan, Scott M. | Current | 10/23/2006 | | Regional Business Partner Enterprise Quality Assurance/Quality Control |
| | | | | Regional Business Partner Enterprise |
| | | | | Enterprise SAP Business Partner - Quality Management |
| | | | | Manager, Regulatory Compliance |
| | | | | Manager, Compliance |
| | | | | IR - Senior Supervisor, Quality Assurance |
| | | | | Senior Supervisor Quality Investigations |
| | | | | Senior Quality Investigator |
| | | | | Pennsylvania - Supervisor, Scientific I |
| | | | | Auditor I |
| | | | | Associate Auditor II |
| | | | | Associate Auditor I |
| Angelo, Brenda | Former | 12/23/2008 | 11/1/2017 | Quality Control Technician |
| | | | | Quality Systems Coordinator |
| | | | | Inspector |
| Bentz, Brittany | Former | 12/16/2013 | 6/3/2019 | Manager, Regulatory Affairs |
| | | | | Senior Associate, Branded Regulatory Affairs |
| | | | | Regulatory Affairs Associate |
| Bonilla, David | Current | 4/13/2015 | | Director, Commercial Quality North America |
| | | | | Associate Director, Quality Assurance Audits |
| | | | | Associate Director, Quality & Compliance |
| Bonk, Kenneth | Former | 1/30/2012 | 3/18/2018 | Senior Director, Regulatory Affairs |
| | | | | Senior Director, Global Branded Regulatory Affairs Global Internal Medicine |
| | | | | Senior Director, Global Internal Medicine & Women's Health |
| | | | | Head, Internal Medicine Regulatory |
| | | | | Director, Regulatory Affairs |
| Bryan, Jenny | Current | 12/23/2008 | | Senior Director, Commercial Operations |
| | | | | Senior Director, Commercial Training & Development |
| | | | | Director, Commercial Training |
| | | | | Associate Director, Commercial Training |
| | | | | Associate Director Sales Training & Development |

Teva List: Provided to Plaintiffs on October 11, 2022

| Name | Status | Start | End | Title |
|---|---|---|---|---|
| | | | | Senior Manager, Field Sales Training |
| | | | | Manager, Technical Training |
| | | | | Pennsylvania - Sales Trainer |
| Colon, Mildred "Millie" | Former | 6/1/2015 | 7/27/2018 | Senior Oncology Account Specialist |
| | | | | Manager, Therapeutic Training |
| | | | | Manager Commercial Training |
| | | | | Senior Commercial Trainer |
| | | | | Senior Sales Trainer |
| Faries, Wendy | Former | 12/23/2008 | 8/23/2013 | Regulatory Affairs Associate |
| Gates, Jennifer | Former | 12/23/2008 | 11/1/2017 | Site General Manager, Buffalo Operations |
| | | | | General Manager, Buffalo |
| Glennon, Tim | Former | 10/15/2012 | 10/23/2015 | Senior Manager, Brand Marketing |
| | | | | Manager Brand Marketing |
| | | | | Product Manager |
| Hummel, Amy | Former | 12/23/2008 | 4/10/2014 | Associate Director, Regulatory Affairs |
| | | | | Senior Manager, Regulatory Affairs |
| | | | | Manager, Regulatory Affairs |
| | | | | New Jersey - Senior Regulatory Affairs Associate |
| Ianacone, John | Former | 10/25/2010 | 3/25/2015 | Director, Regulatory Affairs |
| | | | | Pennsylvania - Director, Regulatory Affairs |
| Kirkner, Ruth | Former | 10/15/1990 | 4/15/2016 | Manager, Regulatory Affairs |
| | | | | Compliance Submissions Supervisor |
| | | | | Supervisor, Regulatory Affairs |
| | | | | Pennsylvania - Supervisor |
| | | | | Regulatory Technician III |
| | | | | Technician III |
| | | | | Pennsylvania - Technician III |
| Larijani, Susan | Current | 10/14/2011 | | Senior Director, Medical Communications |
| | | | | Senior Director, Head of US Medical Communications |
| | | | | Senior Director, Medical Information |
| | | | | Director, US Medical Information |
| | | | | Director, Medical Information Content |
| Mehs, Thomas | Former | 1/6/1997 | 11/1/2017 | Senior Manager, Quality Assurance |
| | | | | Pennsylvania - Senior Manager, Quality Assurance |
| Mulligan, Valerie | Current | 1/25/2010 | | Vice President, Specialty Regulatory Affairs |

| Name | Status | Start | End | Title |
|---|---|---|---|---|
| | | | | Vice President, Global Regulatory Affairs |
| | | | | Senior Director, Global Regulatory CMC |
| | | | | Senior Director, Regulatory Affairs |
| Murdock, Christopher | Former | 8/29/2011 | 4/11/2014 | Senior Director, Regulatory Compliance |
| | | | | Senior Sales Specialist |
| Norman, Jennifer, R.Ph. | Former | 5/5/2008 | 12/17/2010 | Director, Regulatory Affairs |
| Oladipo, Anthony | Former | 2/5/2007 | 3/31/2009 | Vice President, Pharmacovigilance & Drug Safety |
| Plotsker, Jacob | Former | 9/8/2009 | 8/3/2012 | Senior Director, Operations |
| | | | | Senior Director, Marketing |
| Randall, Angela | Current | 6/6/2011 | | Director, Regulatory Affairs |
| | | | | Senior Manager, Regulatory Affairs Labeling |
| | | | | Manager, Regulatory Affairs |
| | | | | Senior Regulatory Analyst |
| Reape, Kathleen, M.D. | Former | 1/27/2003 | 11/28/2011 | Vice President, Women's Health R&D |
| | | | | Vice President, Clinical Operations & Medical Affairs |
| Roberts, David L. | Former | 9/4/2012 | 10/1/2014 | Director, Quality Systems |
| | | | | Senior Director, Regulatory Affairs |
| Rose, Erin | Current | 11/8/2010 | | Director, Head of Organized Data, Pharmacovigilance Governance |
| | | | | Associate Director, North America Regional Pharmacovigilance Operations |
| | | | | Senior Manager, Pharmacovigilance |
| | | | | Manager, Pharmacovigilance |
| | | | | Americas Pharmacovigilance Compliance Associate |
| | | | | Compliance Associate, Global Pharmacovigilance |
| | | | | Pharmcovigilance & Drug Safety Officer |
| | | | | Medical Affairs Associate |
| | | | | Quality Assurance Associate Product Release |
| Sheehan, Matthew | Former | 5/27/2008 | 10/16/2019 | Senior Manager, Regulatory Affairs |
| | | | | Manager, Regulatory Affairs |
| | | | | Senior Clinical Regulatory Affairs Operations Associate |
| Thomas, Patricia | Former | 7/17/2001 | 6/1/2010 | Innovative Research - Director, Regulatory Affairs |

Teva List: Provided to Plaintiffs on October 11, 2022

| Name | Status | Start Date | End Date | Title |
|---|---|---|---|---|
| **Unger, Christopher** | Former | 4/30/2007 | 3/30/2019 | Manager, Quality Professional |
| | | | | Auditor I |
| **Wasielewski, Paul** | Former | 1/9/1990 | 11/1/2017 | Manager Section/Active Pharmaceutical Ingredient Facility |
| | | | | New Jersey - Associate Manager |
| | | | | Production Supervisor |

Cooper List - Provided to Plaintiffs on October 11, 2022

| Name | Current Employee? | Date Range of Employment | Job Title(s) |
|---|---|---|---|
| Angelo, Brenda | Yes | 10/31/2017 - current | Quality Control Technician III |
| Auerbach, Robert M.D. | Former employee. Current consultant. | 4/29/2005 - 2/1/2021; current consultant | Executive Vice President/Chief Medical Officer; President |
| Brown, Vernon | No | 10/26/2020 - 4/16/2021 | Vice President, Global Regulatory Affairs |
| Castro, Mauro | Yes | 10/26/2020 - current | Director, Regulatory Compliance Life Sciences |
| Chappell, Ali | No | 10/31/2017 - 8/30/2019 | Associate Medical Director TA |
| Colon, Mildred | Yes | 7/30/2018 - current | Director, Paragard Sales Training; Worldwide Director of Sales Training |
| Define, Mara | Current Consultant | 11/2017 - current | Marketing Consultant |
| Desai, Vrunda M.D. | Yes | 8/1/2018 - current | Medical Director; Head of Global Medical Affairs; Vice President, Medical Affairs - Americas |
| Fusco, Jeanie | No | 12/9/2013-1/27/2022 | Director, Corporate Brand & Communications |
| Gates, Jennifer | Yes | 10/31/2017 - current | Site General Manager; Senior Director, Market Access & Distribution; Vice President Sales & Marketing Contraceptive Business Unit |
| Gettings, Nikole | Yes | 9/24/2018 - current | Medical Science Liaison; Clinical Sales Specialist |
| Hooper, Kyle | No | 6/25/2018 - 11/19/2020 | Regulatory Affairs Associate |
| Johnson, Roaida | No | 3/16/2015 - 9/2/2020 | Associate Director Regulatory Affairs; Director Regulatory Affairs |
| Keller, James | No | 1/21/2013 - 1/29/2021 | Vice President Regulatory Affairs/Quality Assurance; Executive Vice President, Regulatory Affairs/Quality Assurance |
| Mehs, Thomas | Yes | 10/31/2017 - current | Senior Manager, Quality Assurance |
| Navarro, Claudia | No | 8/20/2018 - 1/31/2022 | Vice President, Regulatory Affairs/Quality Assurance; Senior Vice President, Regulatory Affairs/Quality Assurance |
| Oberly, Doug | Yes | 6/24/2019 - current | Senior Director, Regulatory Special Projects; Senior Director, Clinical Affairs |
| Paolucci, Carolyn | Yes | 10/31/2017 - current | Senior Brand Manager |
| Patel, Neeraj | No | 4/19/2021 - 7/16/2021 | Manager, Regulatory Affairs, Pharma |
| Peets, Ann | No | 3/5/2018 - 2/4/2021 | Senior Director, Marketing Paragard; Vice President, Marketing Global Med Device |
| Shih, Regina | Yes | 10/4/2021 - current | Vice President, Global Regulatory Affairs |
| Smith, Charles | Yes | 4/20/2010 - current | Senior Vice President, Regulatory Affairs/Quality Assurance and Life Sciences |
| Tschamber, Gary | Yes | 10/31/2017 - current | Senior Supervisor, Production |
| Vardy, MD Michael | Current Consultant | 9/12/2019 - current | Medical Consulting - OB/GYN |
| Virro, Jennifer | No | 10/1/2018 - 11/29/2019 | Medical Science Liaison |
| Wackenhut, Judy | No | 3/26/2018 - 9/27/2019 | Senior Medical Science Liaison |
| Wasielewski, Paul | Yes | 10/31/2017 - current | Manager Section/Active Pharmaceutical Ingredient Facility |

**NOTE**: Individuals with hire date of 10/31/2017 were former Teva employees who joined CooperSurgical with the transaction.