# EXHIBIT I

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION




IN RE: PARAGARD IUD               )
PRODUCTS LIABILITY                )
LITIGATION                        )
                                  )
                                  )      DOCKET NUMBER
                                  )      1:20-MD-2974
                                  )
                                  )      ATLANTA, GEORGIA
                                  )      OCTOBER 25, 2022
                                  )
_____)




           TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
               BEFORE THE HONORABLE LEIGH MARTIN MAY,
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:           ANDREW CHILDERS
                              CHILDERS, SCHLUETER & SMITH, LLC
                              ATLANTA, GEORGIA   30319

                              FIDELMA FITZPATRICK
                              MOTLEY, RICE, LLC
                              PROVIDENCE, RHODE ISLAND   02903



          (APPEARANCES CONTINUED ON THE NEXT PAGE.)


             MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:      MONTRELL VANN, RPR, RMR, RDR, CRR
                              2160 UNITED STATES COURTHOUSE
                              75 TED TURNER DRIVE, SOUTHWEST
                              ATLANTA, GEORGIA   30303
                              (404)215-1549
```

```
                        APPEARANCES CONTINUED

FOR THE PLAINTIFFS:         ROBERT HAMMERS
                            SCHEIDER, HAMMERS, LLC
                            ATLANTA, GEORGIA   30342

                            BUFFY MARTINES
                            LAMINACK, PIRTLE & MARTINES
                            HOUSTON, TEXAS   77006

                            PATRICK LUFF
                            FEARS, NACHAWAIT, PLLC
                            DALLAS, TEXAS   75231

                            EDWARD WALLACE
                            WALLACE & MILLER
                            CHICAGO, ILLINOIS   60606

                            LAURA YAEGER
                            ST. PETERSBURG, FLORIDA   33747

FOR THE DEFENDANT:          FRED ERNY, ALLISON NG,
                            GINA SAELINGER & JEFFREY SCHAEFER
                            ULMER & BERNE, LLP
                            CINCINNATI, OHIO   45202
```

21

1  COMPANIES.  MAYBE IT'S PEOPLE WHO WORKED IN PARTICULAR AREAS.
2  THAT'S FOR THEM TO DECIDE.  BUT WE'VE PRODUCED THAT INFORMATION
3  TO THEM, YOUR HONOR.
4            THE COURT:  OKAY.
5            MS. SALINGER:  AND THEY HAVE WHAT THEY NEED.
6            THE COURT:  WHAT I'M GOING TO DO ON THIS ISSUE IS I'M
7  GOING TO REQUIRE ONE ADDITIONAL COLUMN ON BOTH OF THESE
8  SPREADSHEETS THAT JUST HAS A SHORT DESCRIPTION OF THIS PERSON'S
9  INVOLVEMENT WITH THIS PRODUCT.  AND HERE'S THE REASON WHY,
10 MS. SAELINGER, IS THAT I UNDERSTAND WHAT YOU'RE ARGUING AND I
11 UNDERSTAND YOUR POINT, BUT I THINK WHAT WE'RE KIND OF MISSING
12 IN THIS ENTIRETY OF THIS DISCUSSION THAT'S HAPPENED SO FAR IS
13 THAT WE NEED A PROCESS TO MAKE THIS WORK AND MAKE IT WORK
14 QUICKLY.  AND I DON'T WANT THERE TO BE MORE THAN 50 FILES
15 EITHER, MS. SAELINGER, BUT IF WE'RE DOING THIS IN A WAY THAT IS
16 TIERED THE WAY YOU WANT IT TO BE TIERED AND WE'RE TRYING TO GET
17 THE MOST HELPFUL FILES PULLED AT THE BEGINNING, PROVIDING JUST
18 A LITTLE BIT MORE INFORMATION ABOUT THESE PEOPLE -- I'M NOT
19 REQUIRING YOU TO TELL PLAINTIFFS WHO SHOULD BE THE CUSTODIAN
20 FILE PEOPLE, BUT TO GIVE JUST A LITTLE MORE INFORMATION SO THAT
21 WE CAN BE FURTHER DOWN THE ROAD INSTEAD OF THEM ASKING FOR
22 CUSTODIAL FILES OF PEOPLE THAT END UP NOT BEING REALLY
23 RELEVANT, AND THEN WE'RE DOWN THE ROAD AND NEED MORE CUSTODIAL
24 FILES.  AND THAT'S NOT WHERE WE WANT TO BE.  SO YOU DON'T HAVE
25 TO TELL THEM WHOSE FILES IT IS THAT THEY NEED TO CHOOSE.

1  YOU'RE RIGHT.  THAT'S THEIR DECISION.  THE OTHER INFORMATION ON
2  THE CHART SEEMS TO BE VERY HELPFUL FOR THAT DECISION, AND SOME
3  OF IT MAY BE OBVIOUS, BUT ADDING A SENTENCE THAT WAS, THIS WAS
4  THE CHIEF PERSON THAT WAS INVOLVED IN THE DESIGN OF THE I.U.D.,
5  JUST WHATEVER IT IS THAT THEIR KNOWLEDGE IS AS RELATES TO THIS
6  PRODUCT.  AND THIS IS JUST MORE IN THE SPIRIT OF CONFERRING AND
7  PROVIDING INFORMATION -- I MEAN, I DON'T THINK THAT YOU GUYS
8  WANT THEM TO HAVE TO REQUEST MORE CUSTODIAL FILES.  I THINK WE
9  ALL WANT THE MOST RELEVANT ONES TO BE DONE IN THE EARLIEST
10 POSSIBLE TIME SO WE DON'T HAVE TO GO BACK AND DO THINGS WHEN
11 SOMEBODY IS FOUND OUT TO HAVE MORE KNOWLEDGE THAN WAS INITIALLY
12 THOUGHT.  SO A LITTLE BIT MORE INFORMATION WOULD GET US DOWN
13 THE ROAD, AND I'M GOING TO REQUIRE IT.  SO WITHIN 14 DAYS OF
14 TODAY IF YOU COULD JUST PROVIDE A NEW SPREADSHEET THAT CONTAIN
15 THIS ADDITIONAL COLUMN WHICH IS JUST THE SHORT DESCRIPTION OF
16 THIS PERSON'S INVOLVEMENT WITH THE PRODUCT, AND THAT WOULD BE
17 HELPFUL.
18        DOES THAT MAKE SENSE, MS. SAELINGER?
19            MS. SALINGER:  YES, YOUR HONOR.  WE'LL DO OUR BEST ON
20 THAT.  I WANT EVERYBODY TO UNDERSTAND THAT A LOT OF THESE
21 PEOPLE, A LOT OF THESE PEOPLE ARE FORMER EMPLOYEES.  SO FROM
22 THE LAWYERS' STANDPOINT WE'LL DO THE BEST WE CAN.
23            THE COURT:  AND THIS IS NOT A DISCOVERY RESPONSE.
24 THIS IS CONFERRING TO HELP US GET DOWN THE ROAD.  AND SO YOU'RE
25 RIGHT.  THEY HAVE THE DOCUMENTS AND THEY CAN SEE AND THEY CAN

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF GEORGIA, DO HEREBY CERTIFY THAT THE FOREGOING 69 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS HAD BEFORE THE SAID COURT, HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE MATTER THEREIN STATED.

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE 3RD DAY OF NOVEMBER 2022.

/S/ MONTRELL VANN
MONTRELL VANN, RPR, RMR, RDR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT