IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD | ) | MDL DOCKET NO. 2974 |
| IUD PRODUCTS | ) | |
| LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | **This Document Relates to All Cases** |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE CUSTODIAL FILES FOR ALL NEW CUSTODIANS IDENTIFIED BY DEFENDANTS NEARLY TWO YEARS AFTER THE COURT ORDERED THEM TO BE IDENTIFIED

The Court, having considered the parties' briefing on Plaintiffs' Motion to Compel Defendants to Produce Custodial Files and arguments of counsel (if any), ORDERS as follows:

The Teva and Cooper Defendants are to produce the **31 new custodians** (24 for Teva and 7 for Cooper), disclosed to Plaintiffs in May and June of 2024, and all of whom Defendants have acknowledged "may have documents potentially relevant to Plaintiffs' RFPs." The Defendants are to produce the files on an expedited basis. The Defendants, including any of their necessary document production vendors with knowledge of technical issues, are ordered to meet and confer within 3 business days after the Court's ruling on this Motion to discuss a reasonable schedule for production on an expedited basis in which such custodial files must be produced. If the Parties are unable to agree to an expedited schedule, both Parties are ordered to

submit their competing proposals to the Court no later than 7 business days following the Court's ruling on Plaintiffs' Motion.

THEREFORE, IT IS ORDERED that the Plaintiffs' motion is GRANTED.

Date: _____          _____
                                 Hon. Leigh Martin May
                                 Judge of the United States District Court for
                                 the Northern District of Georgia