UNITED STATES DISTRICT COURT
FOR THE NORTHENR DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : : : | MDL DOCKET NO. 2974 |
| This document relates to: | : : | 1:20-md-02974-LMM |
| Steffanie Agerkop | : : | |
| vs. | : : | |
| Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; Teva Branded Pharmaceutical Products R&D, Inc.; The Cooper Companies, Inc.; and CooperSurgical, Inc. | : : : : : | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I, David Randolph Smith, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Steffanie Agerkop.

Date:  August 13, 2024.

_____
David Randolph Smith
Tennessee Bar No. 011905
DRS Law
1913 21st Avenue South
Nashville, TN 37212
drs@drslawfirm.com
Phone: 615-742-1775
Fax: 615-742-1223