# EXHIBIT 1

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION


IN RE: PARAGARD IUD           )
PRODUCTS LIABILITY            )
LITIGATION                    )
                              )       DOCKET NUMBER
                              )       1:20-MD-2974-LMM
                              )
                              )       ATLANTA, GEORGIA
                              )        JULY 26, 2022
                              )
                              )
_____)



    TRANSCRIPT OF ZOOM DISCOVERY/STATUS CONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE LEIGH MARTIN MAY,
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:         ANDREW CHILDERS
                           CHILDERS, SCHLUETER & SMITH, LLC
                           ATLANTA, GEORGIA 30319

                           ERIN COPELAND
                           FIBICH, LEEBRON, COPELAND & BRIGGS
                           HOUSTON, TEXAS  77005



           (APPEARANCES CONTINUED ON THE NEXT PAGE.)



            MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:   MONTRELL VANN, RPR, RMR, RDR, CRR
                           2160 UNITED STATES COURTHOUSE
                           75 TED TURNER DRIVE, SOUTHWEST
                           ATLANTA, GEORGIA  30303
                           (404)215-1549
```

```
                         APPEARANCES CONTINUED

FOR THE PLAINTIFF:            FIDELMA FITZPATRICK
                              MOTLEY, RICE, LLC
                              PROVIDENCE, RHODE ISLAND  02903

FOR THE DEFENDANT:            FREDERICK ERNY, ALLISON NG,
                              GINA SAELINGER
                              ULMER & BERNE, LLP
                              CINCINNATI, OHIO  45202
```

```
1   PROPORTIONAL.  SO WE NEED TO FIGURE OUT A WAY THAT MAKES
2   RESPONDING TO THAT R.F.P. NUMBER ONE, YOU KNOW, REASONABLE
3   UNDER THE RULES AND PROPORTIONAL UNDER THE RULES.  SO, YOU
4   KNOW, IF THERE'S SOME PROPOSAL THAT WE -- YOU KNOW, THAT THE
5   PLAINTIFFS ASK IN A DIFFERENT WAY, YOU KNOW, WHO ARE, YOU KNOW,
6   POTENTIAL CUSTODIANS OF PEOPLE WHO CORRESPONDED WITH F.D.A.,
7   AND THERE'S A -- THERE'S SOME TYPE OF A REASONABLENESS
8   COMPONENT --
9            THE COURT:  WELL, AND, MS. SAELINGER, I THINK THAT'S
10  KIND OF WHAT I WAS PROPOSING.  AND WHEN I WAS TALKING ABOUT
11  THIS, I WAS ALWAYS SAYING REASONABLE, REASONABLE.  AND SO I
12  DON'T SEE WHY YOU COULD NOT ANSWER THIS R.F.A. -- EXCUSE ME --
13  THIS REQUEST FOR THE PRODUCTION OF DOCUMENTS, WHY YOU CAN'T
14  ANSWER IT BY, WE'RE DOING THE HARD CORRESPONDENCE, THE FORMAL
15  CORRESPONDENCE, THE FOLLOWING PEOPLE ARE THE RECORDS CUSTODIANS
16  FOR WHICH THE E-MAIL DOCUMENTS WOULD REASONABLY BE IN THEIR
17  FILES, WE ARE PRODUCING THE CUSTODIAL FILES FOR THESE
18  INDIVIDUALS, PERIOD.  AND SO I DON'T KNOW THAT THEY HAVE TO
19  REWRITE IT AND SAY, IDENTIFY THE CUSTODIANS WHO REASONABLY HAVE
20  COMMUNICATIONS WITH THE F.D.A. IN THEIR FILES, BUT I THINK YOU
21  COULD ANSWER IT BY SAYING, THESE ARE THE PEOPLE THAT REASONABLY
22  HAVE THIS INFORMATION IN THEIR FILES AND WE ARE PRODUCING THEIR
23  FILES, OR IF THAT'S TOO MESSY, WE'RE JUST PRODUCING THEIR
24  E-MAIL CORRESPONDENCE.  AND THEN YOU'RE DONE.  SO I DON'T KNOW
25  WHY THE QUESTION HAS TO BE REWRITTEN WHEN THE ANSWER CAN BE
```