# EXHIBIT 2

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION



IN RE: PARAGARD IUD            )
PRODUCTS LIABILITY             )
LITIGATION                     )
                               )       DOCKET NUMBER
                               )       1:20-MD-2974-LMM
                               )
                               )       ATLANTA, GEORGIA
                               )       SEPTEMBER 27, 2022
                               )
                               )
_____)



       TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
          BEFORE THE HONORABLE LEIGH MARTIN MAY,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ANDREW CHILDERS
                            CHILDERS, SCHLUETER & SMITH, LLC
                            ATLANTA, GEORGIA 30319

                            ERIN COPELAND
                            FIBICH, LEEBRON, COPELAND & BRIGGS
                            HOUSTON, TEXAS   77005



           (APPEARANCES CONTINUED ON THE NEXT PAGE.)



           MECHANICAL STENOGRAPHY OF PROCEEDINGS
         AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:    MONTRELL VANN, RPR, RMR, RDR, CRR
                            2160 UNITED STATES COURTHOUSE
                            75 TED TURNER DRIVE, SOUTHWEST
                            ATLANTA, GEORGIA  30303
                            (404)215-1549
```

```
                      APPEARANCES CONTINUED


FOR THE PLAINTIFF:            FIDELMA FITZPATRICK
                              MOTLEY, RICE, LLC
                              PROVIDENCE, RHODE ISLAND  02903

                              EDWARD WALLACE
                              WALLACE, MILLER
                              CHICAGO, ILLINOIS  60606

FOR THE DEFENDANT:            FREDERICK ERNY, ALLISON NG,
                              GINA SAELINGER
                              ULMER & BERNE, LLP
                              CINCINNATI, OHIO  45202
```

```
 1              THE COURT:  OKAY.  WELL, WHY DON'T WE DO THIS.  IN
 2   TERMS OF THIS FIRST POINT, AND I DON'T KNOW IF IT NEEDS TO BE
 3   IN THE PROTOCOL NECESSARILY, BUT WHAT I WANT TO DO, AND HOWEVER
 4   YOU ALL WANT TO MEMORIALIZE, THAT'S KIND OF MORE UP TO YOU, IS
 5   THAT FOR THE NAMES THAT HAVE ALREADY BEEN PRODUCED, I DO WANT
 6   DEFENDANTS TO PROVIDE SOME MORE INFORMATION ABOUT THE SUBJECTS
 7   OF THEIR DISCOVERABLE INFORMATION AND JUST KIND OF WHAT WE
 8   TALKED ABOUT, PROVIDE A MORE DETAILED DESCRIPTION AS TO WHAT
 9   THESE INDIVIDUALS KNOW ABOUT.  IN TERMS OF THE SUPPLEMENTATION
10   OF THE WRITTEN RESPONSES TO R.F.P.'S ONE AND 17, LET'S HAVE
11   THAT DONE 14 DAYS FROM TODAY, AND THAT SHOULD GIVE DEFENDANT
12   ENOUGH TIME TO FINISH THAT.  AND I DON'T REMEMBER WHAT EXACTLY
13   THOSE R.F.P.'S SAY, BUT TO THE EXTENT THAT THEY IDENTIFY MORE
14   INDIVIDUALS WHO MAY BE SUBJECT TO THIS CUSTODIAL FILE PROCESS,
15   I ALSO WANT DEFENDANTS TO PROVIDE PLAINTIFFS WITH MORE DETAILED
16   INFORMATION ABOUT THE SUBJECT AREAS SIMILAR TO WHAT I ORDERED
17   ON THIS 25-PERSON LIST.  AND I KNOW THAT THIS DOESN'T GIVE
18   PLAINTIFFS THE COMPREHENSIVE LIST OF EVERYONE THAT MAY HAVE
19   DISCOVERABLE INFORMATION AT THIS POINT IN TIME, BUT IT DOES
20   ALLOW US TO GET STARTED ON THE CUSTODIAL FILE PROCESS BY HAVING
21   THESE FIRST 25 NAMES, HAVE THE SUPPLEMENTATION DONE, WHICH
22   POTENTIALLY WILL IDENTIFY OTHER NAMES AND PROVIDE SOME
23   INFORMATION ABOUT THEIR SUBJECT AREAS AND SUCH.  AND I DON'T
24   KNOW HOW MANY, IF THAT'S 50 OR LESS OR WHAT, BUT AT LEAST THAT
25   GETS US A STARTING POINT FOR THIS PROCESS TO START KIND OF
```