# EXHIBIT 3

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF GEORGIA
                            ATLANTA DIVISION



IN RE: PARAGARD IUD          )
PRODUCTS LIABILITY           )
LITIGATION                   )
                             )                DOCKET NUMBER
                             )                1:20-MD-2974-LMM
                             )
                             )               ATLANTA, GEORGIA
                             )               SEPTEMBER 27, 2022
                             )
                             )
_____)



            TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
               BEFORE THE HONORABLE LEIGH MARTIN MAY,
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:           ANDREW CHILDERS
                             CHILDERS, SCHLUETER & SMITH, LLC
                             ATLANTA, GEORGIA 30319

                             ERIN COPELAND
                             FIBICH, LEEBRON, COPELAND & BRIGGS
                             HOUSTON, TEXAS  77005


            (APPEARANCES CONTINUED ON THE NEXT PAGE.)



              MECHANICAL STENOGRAPHY OF PROCEEDINGS
            AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:     MONTRELL VANN, RPR, RMR, RDR, CRR
                             2160 UNITED STATES COURTHOUSE
                             75 TED TURNER DRIVE, SOUTHWEST
                             ATLANTA, GEORGIA  30303
                             (404)215-1549
```

APPEARANCES CONTINUED

FOR THE PLAINTIFF:          FIDELMA FITZPATRICK
                            MOTLEY, RICE, LLC
                            PROVIDENCE, RHODE ISLAND  02903

                            EDWARD WALLACE
                            WALLACE, MILLER
                            CHICAGO, ILLINOIS  60606

FOR THE DEFENDANT:          FREDERICK ERNY, ALLISON NG,
                            GINA SAELINGER
                            ULMER & BERNE, LLP
                            CINCINNATI, OHIO  45202

```
 1   ROLLING.
 2       AND, MS. FITZPATRICK, I UNDERSTAND YOUR ISSUE OF NOT
 3   KNOWING WHO ALL'S FILE TO PULL AS PART OF THIS PROCESS, BUT I
 4   WILL ALSO SAY THAT I SEE THIS AS BEING KIND OF AN ITERATIVE
 5   PROCESS WHERE YOU IDENTIFY PEOPLE WHOSE CUSTODIAL FILES YOU
 6   WANT, WE'RE AT SIMULTANEOUSLY DOING OTHER DOCUMENT PRODUCTION,
 7   YOU'RE DOING DEPOSITIONS.  AND SO YOUR ABILITY TO ACCESS THAT
 8   INFORMATION WILL INCREASE AS THESE OTHER PARTS OF DISCOVERY
 9   CONTINUE.  AND SO I THINK THAT THIS WILL GIVE YOU THE STARTING
10   POINT THAT YOU NEED, BUT I THINK THE OTHER PARTS OF DISCOVERY
11   WE'RE DOING IS GOING TO KIND OF HELP THAT.  AND IF IT DOESN'T
12   WORK, WE CAN GO FROM THERE.  BUT WHAT'S IMPORTANT I THINK IS WE
13   REALLY START THIS PROCESS, WE GET SOME PROTOCOL IN PLACE WITH
14   THE IDEA THAT IT'S NOT KIND OF THE END OF THE PROCESS EITHER.
15   I MEAN, IT'S YOU'RE GOING TO GET INFORMATION THROUGH THIS
16   PROCESS THAT WILL HELP YOU IDENTIFY OTHER INDIVIDUALS, AND AT
17   LEAST THAT WILL GIVE YOU MORE OF A LIST TO START FROM, AND THEN
18   WE CAN GROW THAT, IF NECESSARY, THROUGH THE OTHER DISCOVERY
19   THAT'S HAPPENING.
20       DOES THAT MAKE SENSE, MS. SAELINGER?
21           MS. SAELINGER:  YES, YOUR HONOR, I UNDERSTAND.
22           THE COURT:  OKAY.  AND, MS. FITZPATRICK, DO YOU
23   UNDERSTAND?  DOES THAT MAKE SENSE, WHAT I'VE JUST STATED?
24           MS. FITZPATRICK:  YES, YOUR HONOR.  THAT'S VERY
25   HELPFUL.  THANK YOU VERY MUCH.
```