# EXHIBIT 4

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION




IN RE: PARAGARD IUD           )
PRODUCTS LIABILITY            )
LITIGATION                    )
                              )
                              )        DOCKET NUMBER
                              )        1:20-MD-2974
                              )
                              )        ATLANTA, GEORGIA
                              )        OCTOBER 25, 2022
                              )
_____)



         TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
             BEFORE THE HONORABLE LEIGH MARTIN MAY,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:           ANDREW CHILDERS
                              CHILDERS, SCHLUETER & SMITH, LLC
                              ATLANTA, GEORGIA  30319

                              FIDELMA FITZPATRICK
                              MOTLEY, RICE, LLC
                              PROVIDENCE, RHODE ISLAND  02903



            (APPEARANCES CONTINUED ON THE NEXT PAGE.)


             MECHANICAL STENOGRAPHY OF PROCEEDINGS
           AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:      MONTRELL VANN, RPR, RMR, RDR, CRR
                              2160 UNITED STATES COURTHOUSE
                              75 TED TURNER DRIVE, SOUTHWEST
                              ATLANTA, GEORGIA  30303
                              (404)215-1549
```

<pre>
                    APPEARANCES CONTINUED

FOR THE PLAINTIFFS:        ROBERT HAMMERS
                           SCHEIDER, HAMMERS, LLC
                           ATLANTA, GEORGIA   30342

                           BUFFY MARTINES
                           LAMINACK, PIRTLE & MARTINES
                           HOUSTON, TEXAS   77006

                           PATRICK LUFF
                           FEARS, NACHAWAIT, PLLC
                           DALLAS, TEXAS   75231

                           EDWARD WALLACE
                           WALLACE & MILLER
                           CHICAGO, ILLINOIS   60606

                           LAURA YAEGER
                           ST. PETERSBURG, FLORIDA   33747

FOR THE DEFENDANT:         FRED ERNY, ALLISON NG,
                           GINA SAELINGER & JEFFREY SCHAEFER
                           ULMER & BERNE, LLP
                           CINCINNATI, OHIO   45202
</pre>

1   YOU'RE RIGHT.  THAT'S THEIR DECISION.  THE OTHER INFORMATION ON
2   THE CHART SEEMS TO BE VERY HELPFUL FOR THAT DECISION, AND SOME
3   OF IT MAY BE OBVIOUS, BUT ADDING A SENTENCE THAT WAS, THIS WAS
4   THE CHIEF PERSON THAT WAS INVOLVED IN THE DESIGN OF THE I.U.D.,
5   JUST WHATEVER IT IS THAT THEIR KNOWLEDGE IS AS RELATES TO THIS
6   PRODUCT.  AND THIS IS JUST MORE IN THE SPIRIT OF CONFERRING AND
7   PROVIDING INFORMATION -- I MEAN, I DON'T THINK THAT YOU GUYS
8   WANT THEM TO HAVE TO REQUEST MORE CUSTODIAL FILES.  I THINK WE
9   ALL WANT THE MOST RELEVANT ONES TO BE DONE IN THE EARLIEST
10  POSSIBLE TIME SO WE DON'T HAVE TO GO BACK AND DO THINGS WHEN
11  SOMEBODY IS FOUND OUT TO HAVE MORE KNOWLEDGE THAN WAS INITIALLY
12  THOUGHT.  SO A LITTLE BIT MORE INFORMATION WOULD GET US DOWN
13  THE ROAD, AND I'M GOING TO REQUIRE IT.  SO WITHIN 14 DAYS OF
14  TODAY IF YOU COULD JUST PROVIDE A NEW SPREADSHEET THAT CONTAIN
15  THIS ADDITIONAL COLUMN WHICH IS JUST THE SHORT DESCRIPTION OF
16  THIS PERSON'S INVOLVEMENT WITH THE PRODUCT, AND THAT WOULD BE
17  HELPFUL.
18       DOES THAT MAKE SENSE, MS. SAELINGER?
19            MS. SALINGER:  YES, YOUR HONOR.  WE'LL DO OUR BEST ON
20  THAT.  I WANT EVERYBODY TO UNDERSTAND THAT A LOT OF THESE
21  PEOPLE, A LOT OF THESE PEOPLE ARE FORMER EMPLOYEES.  SO FROM
22  THE LAWYERS' STANDPOINT WE'LL DO THE BEST WE CAN.
23            THE COURT:  AND THIS IS NOT A DISCOVERY RESPONSE.
24  THIS IS CONFERRING TO HELP US GET DOWN THE ROAD.  AND SO YOU'RE
25  RIGHT.  THEY HAVE THE DOCUMENTS AND THEY CAN SEE AND THEY CAN