# EXHIBIT 5

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION




IN RE: PARAGARD IUD           )
PRODUCTS LIABILITY            )
LITIGATION                    )
                              )
                              )         DOCKET NUMBER
                              )         1:20-MD-2974
                              )
                              )         ATLANTA, GEORGIA
                              )         OCTOBER 25, 2022
                              )
_____)



          TRANSCRIPT OF ZOOM STATUS CONFERENCE PROCEEDINGS
               BEFORE THE HONORABLE LEIGH MARTIN MAY,
                    UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:          ANDREW CHILDERS
                             CHILDERS, SCHLUETER & SMITH, LLC
                             ATLANTA, GEORGIA   30319

                             FIDELMA FITZPATRICK
                             MOTLEY, RICE, LLC
                             PROVIDENCE, RHODE ISLAND   02903



             (APPEARANCES CONTINUED ON THE NEXT PAGE.)


             MECHANICAL STENOGRAPHY OF PROCEEDINGS
           AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:     MONTRELL VANN, RPR, RMR, RDR, CRR
                             2160 UNITED STATES COURTHOUSE
                             75 TED TURNER DRIVE, SOUTHWEST
                             ATLANTA, GEORGIA   30303
                             (404)215-1549
```

```
                       APPEARANCES CONTINUED

FOR THE PLAINTIFFS:         ROBERT HAMMERS
                            SCHEIDER, HAMMERS, LLC
                            ATLANTA, GEORGIA  30342

                            BUFFY MARTINES
                            LAMINACK, PIRTLE & MARTINES
                            HOUSTON, TEXAS  77006

                            PATRICK LUFF
                            FEARS, NACHAWAIT, PLLC
                            DALLAS, TEXAS  75231

                            EDWARD WALLACE
                            WALLACE & MILLER
                            CHICAGO, ILLINOIS  60606

                            LAURA YAEGER
                            ST. PETERSBURG, FLORIDA  33747

FOR THE DEFENDANT:          FRED ERNY, ALLISON NG,
                            GINA SAELINGER & JEFFREY SCHAEFER
                            ULMER & BERNE, LLP
                            CINCINNATI, OHIO  45202
```

1  COMPANIES.  MAYBE IT'S PEOPLE WHO WORKED IN PARTICULAR AREAS.
2  THAT'S FOR THEM TO DECIDE.  BUT WE'VE PRODUCED THAT INFORMATION
3  TO THEM, YOUR HONOR.
4             THE COURT:  OKAY.
5             MS. SALINGER:  AND THEY HAVE WHAT THEY NEED.
6             THE COURT:  WHAT I'M GOING TO DO ON THIS ISSUE IS I'M
7  GOING TO REQUIRE ONE ADDITIONAL COLUMN ON BOTH OF THESE
8  SPREADSHEETS THAT JUST HAS A SHORT DESCRIPTION OF THIS PERSON'S
9  INVOLVEMENT WITH THIS PRODUCT.  AND HERE'S THE REASON WHY,
10 MS. SAELINGER, IS THAT I UNDERSTAND WHAT YOU'RE ARGUING AND I
11 UNDERSTAND YOUR POINT, BUT I THINK WHAT WE'RE KIND OF MISSING
12 IN THIS ENTIRETY OF THIS DISCUSSION THAT'S HAPPENED SO FAR IS
13 THAT WE NEED A PROCESS TO MAKE THIS WORK AND MAKE IT WORK
14 QUICKLY.  AND I DON'T WANT THERE TO BE MORE THAN 50 FILES
15 EITHER, MS. SAELINGER, BUT IF WE'RE DOING THIS IN A WAY THAT IS
16 TIERED THE WAY YOU WANT IT TO BE TIERED AND WE'RE TRYING TO GET
17 THE MOST HELPFUL FILES PULLED AT THE BEGINNING, PROVIDING JUST
18 A LITTLE BIT MORE INFORMATION ABOUT THESE PEOPLE -- I'M NOT
19 REQUIRING YOU TO TELL PLAINTIFFS WHO SHOULD BE THE CUSTODIAN
20 FILE PEOPLE, BUT TO GIVE JUST A LITTLE MORE INFORMATION SO THAT
21 WE CAN BE FURTHER DOWN THE ROAD INSTEAD OF THEM ASKING FOR
22 CUSTODIAL FILES OF PEOPLE THAT END UP NOT BEING REALLY
23 RELEVANT, AND THEN WE'RE DOWN THE ROAD AND NEED MORE CUSTODIAL
24 FILES.  AND THAT'S NOT WHERE WE WANT TO BE.  SO YOU DON'T HAVE
25 TO TELL THEM WHOSE FILES IT IS THAT THEY NEED TO CHOOSE.