# EXHIBIT 7

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION



IN RE: PARAGARD IUD            )
PRODUCTS LIABILITY             )
LITIGATION                     )
                               )         DOCKET NUMBER
                               )         1:20-MD-2974-LMM
                               )
                               )         ATLANTA, GEORGIA
                               )           MAY 24, 2024
                               )
                               )
_____)



         TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE LEIGH MARTIN MAY,
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:         ERIN COPELAND
                           FIBICH, LEEBRON, COPELAND & BRIGGS
                           HOUSTON, TEXAS   77005

                           ANDREW CHILDERS
                           CHILDERS, SCHLUETER & SMITH, LLC
                           ATLANTA, GEORGIA 30319



             (APPEARANCES CONTINUED ON THE NEXT PAGE.)



            MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:   MONTRELL VANN, RPR, RMR, RDR, CRR
                           2160 UNITED STATES COURTHOUSE
                           75 TED TURNER DRIVE, SOUTHWEST
                           ATLANTA, GEORGIA  30303
                           (404)215-1549
```

```
                    APPEARANCES CONTINUED

FOR THE PLAINTIFF:        LEE FLOYD
                          BREIT, BINIAZIN
                          RICHMOND, VIRGINIA  23223

                          JENNIFER HOEKSTRA
                          AYLSTOCK, WITKIN, KERIS & OVERHOLTZ
                          PENSACOLA, FLORIDA  32502

FOR THE DEFENDANT:        CHRISTOPHER MORRIS, PAMELA FERRELL &
                          CAROLINE WALKER
                          BUTLER, SNOW, LLP
                          RIDGELAND, MISSISSIPPI  39157
                          ATLANTA, GEORGIA  30309
                          BIRMINGHAM, ALABAMA  35203
```

1   SPEAKING AGAIN NEXT WEEK TO HAVE A MEETING ON THE MINDS --
2   MEETING OF THE MINDS, IF YOU WILL, ON EXACTLY HOW MANY HAVE
3   BEEN REQUESTED BECAUSE WE ACTUALLY HAVE A DISAGREEMENT ON THAT.
4   AND I THINK WE JUST NEED TO MAKE SURE OUR NOTES MATCH UP, AND
5   THAT HONESTLY MAY BE A BYPRODUCT OF THE CHANGE IN COUNSEL.  I
6   DON'T KNOW.  BUT WE'RE GOING TO WORK OUT EXACTLY HOW MANY HAVE
7   BEEN REQUESTED AND EXACTLY HOW MANY WE ARE LOOKING FOR IN TERMS
8   OF THESE NEWLY IDENTIFIED CUSTODIANS.  SO WHAT I'M THINKING
9   WE'LL DO, YOUR HONOR, IS COME BACK TO YOU WITH THAT PROPOSAL.
10  SO ESSENTIALLY A FOLLOW-UP ON PLAINTIFFS' LETTER BRIEF BECAUSE,
11  AS I UNDERSTAND IT RIGHT NOW, THE DEFENDANTS ARE NOT HOLDING US
12  HARD AND HEAVY TO A 50, BUT WHAT THAT NUMBER LOOKS LIKE IS
13  SOMETHING THAT NEEDS TO BE DISCUSSED.
14             THE COURT:  AND I'LL SAY JUST AS A GENERAL IDEA, IS
15  THAT, I MEAN, IF THE NEED FOR MORE IS NECESSARY BECAUSE OF THE
16  WAY THAT PRODUCTION HAS HAPPENED, AND THERE IS A JUSTIFIABLE
17  EXPLANATION FOR THAT FROM THE PLAINTIFFS' PERSPECTIVE, IN OTHER
18  WORDS, WE NEED THIS ADDITIONAL ONE BECAUSE THIS HAPPENED, AND
19  NOW WE HAVE IDENTIFIED THIS PERSON AS SOMEONE WE DIDN'T KNOW OR
20  REALLY COULDN'T HAVE FOUND OUT ABOUT BEFORE, THAT'S MORE LIKELY
21  FOR ME TO ALLOW VERSUS, WE HAD A NUMBER SET, WE JUST WANT MORE.
22  AND SO I THINK HARD NUMBERS ARE ONE THING, BUT IT'S ALSO THE
23  CONTEXT OF HOW THEY COME UP AND WHY THEY'RE CHANGING THAT IS
24  ULTIMATELY MORE IMPORTANT TO ME IF I HAVE TO MAKE THE DECISION.
25  SO IT COULD BE THAT YOU CAN AGREE ON A HARD NUMBER, BUT IF YOU