# EXHIBIT 8

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION



IN RE: PARAGARD IUD            )
PRODUCTS LIABILITY             )
LITIGATION                     )
                               )         DOCKET NUMBER
                               )         1:20-MD-2974-LMM
                               )
                               )         ATLANTA, GEORGIA
                               )          MAY 24, 2024
                               )
                               )
_____)
```

                 TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
                   BEFORE THE HONORABLE LEIGH MARTIN MAY,
                       UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:            ERIN COPELAND
                             FIBICH, LEEBRON, COPELAND & BRIGGS
                             HOUSTON, TEXAS  77005

                             ANDREW CHILDERS
                             CHILDERS, SCHLUETER & SMITH, LLC
                             ATLANTA, GEORGIA 30319


          (APPEARANCES CONTINUED ON THE NEXT PAGE.)



          *MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY*

OFFICIAL COURT REPORTER:      MONTRELL VANN, RPR, RMR, RDR, CRR
                             2160 UNITED STATES COURTHOUSE
                             75 TED TURNER DRIVE, SOUTHWEST
                             ATLANTA, GEORGIA  30303
                             (404)215-1549

APPEARANCES CONTINUED

FOR THE PLAINTIFF:        LEE FLOYD
                          BREIT, BINIAZIN
                          RICHMOND, VIRGINIA  23223

                          JENNIFER HOEKSTRA
                          AYLSTOCK, WITKIN, KERIS & OVERHOLTZ
                          PENSACOLA, FLORIDA  32502

FOR THE DEFENDANT:        CHRISTOPHER MORRIS, PAMELA FERRELL &
                          CAROLINE WALKER
                          BUTLER, SNOW, LLP
                          RIDGELAND, MISSISSIPPI  39157
                          ATLANTA, GEORGIA  30309
                          BIRMINGHAM, ALABAMA  35203

1    CAN'T, FROM MY PERSPECTIVE IF THE PLAINTIFFS NEED MORE, THEN

2    IT'S GOING TO BE, WHY DO YOU NEED MORE?  WHY DO YOU NEED THIS

3    ONE?  WHY WAS THIS ONE NOT INCLUDED?  AND IF THAT MAKES SENSE,

4    AND THE ONES WEREN'T WASTED THAT WERE MADE EARLIER, THEN I'M

5    GOING TO MORE LIKELY ALLOW IT.  SO THAT'S KIND OF MY THOUGHT

6    PROCESS ON DEALING WITH THAT.  BECAUSE SOME THINGS HAVE CHANGED

7    IN THE WAY THAT DOCUMENTS HAVE BEEN PRODUCED AND REVIEWED AND

8    SUCH, SO I WOULD BE WILLING TO BE OPEN TO THAT IF IT IS TIED TO

9    THE PRODUCTION ISSUES.

10           MR. MORRIS:  CHRIS MORRIS, YOUR HONOR, FOR THE TEVA

11   DEFENDANTS.  SO, YES, WE'RE WILLING AND HAPPY TO MEET AND

12   CONFER WITH PLAINTIFFS ON SOME ADDITIONAL NUMBER OF CUSTODIANS,

13   AND WE'RE TRYING TO FIGURE THAT OUT, AND HOPEFULLY WE'LL WRAP

14   THAT UP NEXT WEEK.

15           THE COURT:  OKAY.  WELL, Y'ALL ARE DOING A LOT OF

16   HARD WORK, SO -- WHEN I SAID THAT Y'ALL MIGHT HAVE TO COME IN

17   PERSON, I HAD NO IDEA IT WAS THE FRIDAY BEFORE MEMORIAL DAY, SO

18   SORRY ABOUT THAT.

19           MS. COPELAND:  THANK YOU.

20           THE COURT:  BUT Y'ALL DID GET A LOT DONE, SO I WAS,

21   LIKE, OH, THAT WAS PROBABLY BAD OF ME, BUT THEY'RE GETTING A

22   LOT DONE, SO MAYBE IT WAS, LIKE, GENIUS.  I DON'T KNOW.  I

23   WASN'T GOING ANYWHERE, SO FROM THAT STANDPOINT I'M FINE.

24      ANYTHING ELSE?

25           MS. COPELAND:  TAR.

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT