# EXHIBIT 9

| | |
|---|---|
| From: | Tara Blake |
| To: | "Erin Copeland"; Chris Morris; Caroline D. Walker; Pamela Ferrell; "nga@gtlaw.com" |
| Cc: | Fitzpatrick, Fidelma; C. Andrew Childers; Lee Floyd; Hermiz, Kristen M. |
| Subject: | RE: Paragard: Custodial Files |
| Date: | Friday, June 28, 2024 8:51:48 AM |
| Attachments: | image001.png |

Good morning, Erin and team.

We agree there is no dispute that Plaintiffs are entitled to 7 more custodial file requests. While we disagree that the custodial files of Scott Allan, Anthony Oladipo and Gary Tschamber should not count against your total number of requested files -- with an eye towards compromise -- we are willing to remove those from the total count requested by Plaintiffs. However, in so doing, we want to make clear that should any of your future requested custodial files be deemed to not have sufficient relevant information, those would still count against your total file request number.

Given that we are agreeing in this specific instance to remove those three custodial files identified above from your count, we agree that you are entitled to a total of 10 additional custodial files under the current protocol. Please identify the 10 custodial files that Plaintiffs want and we will begin processing those files. Assuming you provide the names of the 10 custodians you are requesting today, we will count today as the formal request day.

As to the remaining 21 custodians, we have a different understanding. While we are willing to compromise, we have not agreed, nor will we, to produce all 21 custodial files. As the Court indicated during the last CMC, Plaintiffs need to provide some kind of justifiable explanation as to why the production of each of those additional custodial files is necessary. Please provide that information as to each custodian, and we will consider your requests.

Thanks,

**Tara Blake**
**Butler Snow LLP**

D: (615) 651-6760 | F: (615) 651-6701
150 3rd Avenue South, Suite 1600, Nashville, TN 37201
Tara.Blake@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Wednesday, June 26, 2024 7:00 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>

**From:** Chris Morris
**Sent:** Tuesday, June 4, 2024 3:27 PM
**To:** 'Erin Copeland' <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Custodial File Reconciliation

Thanks, Erin. We'll review and circle back with you.

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Tuesday, June 4, 2024 11:39 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Paragard: Custodial File Reconciliation

Dear all,

Below is our record of custodians requested to date. Please let us know what you have so we can reconcile and finalize our request for others. Also, please provide an update on the status of completion for each. Lastly, we are available to talk on Friday at 1 or 2cst.

**FORMALLY REQUESTED CUSTODIAL FILES**

Requested via RFP1:
Mehs

Gates

<u>Requested via 9.26.22 Meet & Confer</u>:
1. Mulligan, Valerie
2. Larijani, Susan
3. Wieslewski
4. Keller, James
5. Tschamber, Gary

<u>Requested via email/first round deadline 10.26.22</u>
6. Allan, Scott
7. Bonilla, David
8. Bonk, Kenneth
9. Chappell, Ali
10. Colon, Mildred
11. Gee, Donald
12. Glennon, Timothy
13. Liu, Siyu
14. Oladipo, Anthony
15. ~~Orli, Ochana~~
16. Piper, Kenneth
17. Reape, Kathleen
18. Rose, Erin
19. Sheehan, Matt

<u>Requested via email 2.2.23</u>
20. Angelo, Brenda

<u>Requested via email 2.27.23</u>
21. Baszczewski, Kathleen
22. Topliff, Matthew
23. Godshall, Joyce
24. Heinrich, Russell
25. Das, Ajaya

<u>Requested via email 4.21.23</u>
26. Mary Schiliro
27. Hedva Voliovitch
28. Leonard James

<u>Requested via email 05/23/2023</u>
29. Brandon (Brandi) Howard
30. Katie McCarthy

31. Renise Hobbs (Blythe)
32. Ann Peets
33. Judith Zander
34. Roaida Johnson

Request via email 06/06/2023
35. J. Michael Nicholas

Request via 09/15/2023
36. Patrick Delahanty

Requested via email 05/15/2024
37. Hila Avidan
38. Valerie Cullen
39. Eric Elbaz
40. Matt Hall
41. Carolyn Paolucci
42. Kimberly Spotts

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
ecopeland@fibichlaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.