# EXHIBIT 10

| | |
|---|---|
| **From:** | Chris Morris |
| **To:** | Tara Blake; "Erin Copeland"; Caroline D. Walker; Pamela Ferrell; "nga@gtlaw.com" |
| **Cc:** | Fitzpatrick, Fidelma; C. Andrew Childers; Lee Floyd; Hermiz, Kristen M. |
| **Subject:** | RE: Paragard: Custodial Files [IWOV-BUTLERSNOW.FID8096744] |
| **Date:** | Tuesday, July 16, 2024 6:01:21 PM |
| **Attachments:** | image001.png |

Hi Erin,

Thanks for the call today. We're writing to follow-up regarding our conversation concerning Plaintiffs' custodial file requests. To confirm, in addition to the 10 custodial files referenced in Tara's email below, the Defendants are willing to agree to an additional 10 custodial file requests as a compromise. Given the expense associated with custodian file productions, our clients consider this offer to be a significant showing of good faith in exchange for Plaintiffs' agreement not to seek further custodial files beyond the additional set of 10 names. However, should newly discovered information become available during the course of discovery, Defendants are willing to meet and confer with Plaintiffs if they believe additional custodial files are warranted. If the parties are unable to reach an agreement at that time, then the issue could be presented to the Court for resolution.

Please let us know if that proposal is agreeable. If it is, we would ask as part of the agreement that Plaintiffs stagger the requests in two-week intervals so that they do not create a logjam (perhaps 5, 5, 7, if that makes sense). We are happy to discuss this with you further.

Best,

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Tara Blake <Tara.Blake@butlersnow.com>
**Sent:** Friday, June 28, 2024 8:52 AM
**To:** 'Erin Copeland' <ecopeland@fibichlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** RE: Paragard: Custodial Files

**To:** 'Erin Copeland' <ecopeland@fibichlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Custodial File Reconciliation

Thanks, Erin. We'll review and circle back with you.

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Tuesday, June 4, 2024 11:39 AM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Tara Blake <Tara.Blake@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Paragard: Custodial File Reconciliation

Dear all,

Below is our record of custodians requested to date. Please let us know what you have so we can reconcile and finalize our request for others. Also, please provide an update on the status of completion for each. Lastly, we are available to talk on Friday at 1 or 2cst.

**FORMALLY REQUESTED CUSTODIAL FILES**

Requested via RFP1:
Mehs
Gates

Requested via 9.26.22 Meet & Confer:

1. Mulligan, Valerie
2. Larijani, Susan
3. Wieslewski
4. Keller, James
5. Tschamber, Gary

Requested via email/first round deadline 10.26.22

6. Allan, Scott
7. Bonilla, David
8. Bonk, Kenneth
9. Chappell, Ali
10. Colon, Mildred
11. Gee, Donald
12. Glennon, Timothy
13. Liu, Siyu
14. Oladipo, Anthony
15. ~~Orli, Ochana~~
16. Piper, Kenneth
17. Reape, Kathleen
18. Rose, Erin
19. Sheehan, Matt

Requested via email 2.2.23

20. Angelo, Brenda

Requested via email 2.27.23

21. Baszczewski, Kathleen
22. Topliff, Matthew
23. Godshall, Joyce
24. Heinrich, Russell
25. Das, Ajaya

Requested via email 4.21.23

26. Mary Schiliro
27. Hedva Voliovitch
28. Leonard James

Requested via email 05/23/2023

29. Brandon (Brandi) Howard
30. Katie McCarthy
31. Renise Hobbs (Blythe)
32. Ann Peets
33. Judith Zander

    34. Roaida Johnson

<u>Request via email 06/06/2023</u>
    35. J. Michael Nicholas

<u>Request via 09/15/2023</u>
    36. Patrick Delahanty

<u>Requested via email 05/15/2024</u>
    37. Hila Avidan
    38. Valerie Cullen
    39. Eric Elbaz
    40. Matt Hall
    41. Carolyn Paolucci
    42. Kimberly Spotts

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
ecopeland@fibichlaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.