# EXHIBIT 11A

| | |
|---|---|
| **From:** | Babic, Tea [Tea.Babic@pliva.com] |
| on behalf of | Babic, Tea [tea.babic@pliva.com] |
| **Sent**: | 12/1/2008 1:58:15 PM |
| **To**: | Oladipo, Anthony G [AOladip@Barrlabs.Com] |
| **Subject**: | FDA approval history website (for Paraguard) |

http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Label_ApprovalHistory

Regards,
Tea

MDL2974TWHLLC291194

| | |
|---|---|
| **From:** | Oladipo, Anthony G [AOladip@Barrlabs.Com] |
| on behalf of | Oladipo, Anthony G [aoladip@barrlabs.com] |
| **Sent:** | 12/2/2008 2:47:21 PM |
| **To:** | Babic, Tea [Tea.Babic@pliva.com] |
| **Subject:** | FW: Draft PSUR |
| **Attachments:** | ParaGard_ PSUR Regulatory OCT2008 (2).doc |

---

**From:** Park, Sharon
**Sent:** Wednesday, November 19, 2008 5:01 PM
**To:** Oladipo, Anthony G; Bortniker, Ellen; Harrison, Diane; Gates, Jennifer; Norman, Jennifer; Li, Kelvin; Bruppacher, Mary Ann
**Subject:** FW: Draft PSUR

Dear All,

Please find attached a draft of the ParaGard PSUR.  Only Sections 1 to 7 are "completed".

Dr. Harrison - Please look over Section 6.5.

Jennifer Gates, Jennifer Norman - Please look over Sections 1 to 4 to confirm our facts are correct.

To Drug Safety, please send any comments you have in track changes to me.  Please put your name in the title of the document.

Please have all comments to me by the first week of December in order to give i3 ample time to incorporate all changes into the master document.

Another draft will be circulated which includes all sections in December.

I appreciate everyone's effort on this.

Thank you,
Sharon

Sharon Park, PharmD, RPh
Drug Safety Assessor
Global Drug Safety & Risk Management
Barr Laboratories, Inc.
sharon.park@barrlabs.com

---

**From:** Gleason, Kathleen [mailto:Kathleen.Gleason@i3drugsafety.com]
**Sent:** Wednesday, November 19, 2008 4:08 PM
**To:** Park, Sharon
**Subject:** Draft PSUR

Sharon,
Here is the draft.
Kathy

MDL-2974 Confidential - Subject to Protective Order

**Kathleen Gleason**, RN, MSW
Senior Pharmacovigilance Coordinator
i3 Drug Safety

5430 Data Court
Suite 200
Ann Arbor, MI 48108

Direct: (734) 757-9589
Fax: (866) 880-9343
Email: kathleen.gleason@i3drugsafety.com

"Secure Server BSK" made the following
annotations on 11/19/2008 04:07:45 PM
-----------------------------"This e-mail, including attachments, may include confidential and/or proprietary
information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is
not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination,
distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the
sender by replying to this message and delete this e-mail immediately."
====================================

MDL-2974 Confidential - Subject to Protective Order                                                           MDL2974TWHLLC291200