# EXHIBIT 11B

| | |
|---|---|
| From: | Denisa Hurtukova [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DHURTUKO] |
| Sent: | 7/14/2016 1:41:40 PM |
| To: | Susan Larijani [susan.larijani@tevapharm.com] |
| Subject: | Re: ACTION REQUIRED: Draft FDA 483 Response Request for Review and Comments |

Will do.
D

Sent from my iPhone

On Jul 14, 2016, at 9:05 AM, Susan Larijani <Susan.Larijani@tevapharm.com> wrote:

Denisa and Richard,

I heard back from Ken late yesterday. He has received a number of comments from the various functions, and he, along with some of the PhV and QA colleagues will be meeting today to reconcile some of the comments.

If you could please review the draft response that I sent to you with my comments added to Uri, Yael, and Judy's, I would like to send back comments from Medical today. Thank you in advance for your prompt review and feedback.

Best regards,

Susan

<image001.png>  **Susan Larijani**  RN, BSN, Sr Dir Med Info, North America Medical Affairs
Tel: +1-610-786-7187   Cell: +1-484-557-7584   Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com   sip:Susan.Larijani@tevapharm.com   www.tevapharm.com

<image002.png>

---

**From:** Susan Larijani
**Sent:** Wednesday, July 13, 2016 12:46 PM
**To:** Denisa Hurtukova; Richard Nieman
**Subject:** RE: ACTION REQUIRED: Draft FDA 483 Response Request for Review and Comments

Denisa and Richard,

I have added on my comments to Uri, Yael, and Judy's comments.

Please review and let me know if you have any additional comments that you would like me to forward back to Ken.

Best regards,

Susan

<image001.png>  **Susan Larijani**  RN, BSN, Sr Dir Med Info, North America Medical Affairs
Tel: +1-610-786-7187   Cell: +1-484-557-7584   Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com   sip:Susan.Larijani@tevapharm.com   www.tevapharm.com

**From:** Denisa Hurtukova
**Sent:** Wednesday, July 13, 2016 9:23 AM
**To:** Susan Larijani
**Subject:** RE: ACTION REQUIRED: Draft FDA 483 Response Request for Review and Comments

Thanks Susan. If you need any assistance, please let me know.
d

<image001.png>

**Denisa Hurtukova, MD**
Vice President, Head of North America Medical Affairs
Tel: 1 - 201 - 491 - 5993
Denisa.Hurtukova@tevapharm.com   www.tevapharm.com

---

**From:** Susan Larijani
**Sent:** Wednesday, July 13, 2016 8:38 AM
**To:** Denisa Hurtukova; Richard Nieman
**Subject:** FW: ACTION REQUIRED: Draft FDA 483 Response Request for Review and Comments
**Importance:** High

Denisa and Richard,

Attached is the draft response to the FDA 483. I will be reviewing the document, specifically the sections that relate to ICS, the WHC distributor for PARAGARD, and the virtual Health Assistant Claire.

Best regards,

Susan

<image001.png>

**Susan Larijani**   RN, BSN, Sr Dir Med Info, North America Medical Affairs
Tel: +1-610-786-7187   Cell: +1-484-557-7584   Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com   sip:Susan.Larijani@tevapharm.com   www.tevapharm.com

<image002.png>

---

**From:** Kenneth Piper
**Sent:** Tuesday, July 12, 2016 5:49 PM
**To:** Barry Brooks; Donna Scheidt; Erin Rose; Hedva Voliovitch; James Young; Jean Zwicker; Joseph De Vito; Judith Zander; Renise Hobbs; Tal Kleinfeld; Yael Barak; Jean Zwicker; Uri Hillel; Susan Larijani; Susan DiTrolio; Iva Novak; Shiri Berman
**Subject:** ACTION REQUIRED: Draft FDA 483 Response Request for Review and Comments
**Importance:** High

Hi All,

Attached, please find the consolidated DRAFT of the 483 Response for your review and comments. Please review primarily for content only since I have not had time today to complete all of the formatting, etc.

Please try to have your comments back to me, on or before **15-July-2016** so I have time to incorporate changes, produce a final draft, and forward to Legal for their review.

Thanks again for your continued cooperation and support.

Best regards,
Ken

\<image001.png\>

**Kenneth Piper**  Pharmacovigilance Director, Local Safety Officer
Tel: 215-293-6656   Cell: 215-206-8960   Fax: 215-795-4052
Kenneth.Piper@tevapharm.com    sip:Kenneth.Piper@tevapharm.com   www.tevapharm.com

\<image002.png\>

| | |
|---|---|
| **From:** | Oladipo, Anthony G [AOladip@Barrlabs.Com] |
| on behalf of | Oladipo, Anthony G [aoladip@barrlabs.com] |
| **Sent**: | 9/19/2008 10:17:54 PM |
| **To:** | Oladipo, Anthony G [AOladip@Barrlabs.Com] |
| **Subject**: | FW: Barr US PhV-questions |

**From:** Oladipo, Anthony G
**Sent:** Tuesday, September 16, 2008 9:42 PM
**To:** Yael.Barak@teva.co.il
**Subject:** RE: Barr US PhV-questions


**From:** Yael.Barak@teva.co.il [mailto:Yael.Barak@teva.co.il]
**Sent:** Thursday, September 11, 2008 12:03 AM
**To:** Oladipo, Anthony G
**Subject:** Barr US PhV-questions


Dear Anthony,

Some questions were raised (or remained open) by Hedva and Dennis following the meeting with you. Could you please answer to the following questions:
1. Please provide us your CV.   According to guidance from the Barr integration office - personnel information can be obtained from HR. I will be glad to direct your request to Barr HR, pls let me know.

2. What is the annual number of cases processed by I3 ? Total number of cases processed in 2005, 2006 and 2007 are 3378, 1835, and 2308 respectively.What is the cost for case processing by I3? Still waiting for a go ahead clearance from the integration office.  As soon as I receive the clearance the information will provided to you.

3. Could you please provide us details about regulatory submission pathway FOR Barr's Paragard .

If I understand your question correctly, the all 15 day expedited reports and periodic reports are submitted by Barr to the agency
These expedited reported are prepared by the i3, and sent to Barr for review, and approval. Upon completion, final MedWatch for expedited cases are generated by i3 and sent to Barr for submission to the agency.

 4. Does the 25 PhV FTE in New Jersey include medical information staff and open positions or only employees that work right now in PhV?  Yes, medical information staff is included in this headcount. According to guidance from the Barr integration office - personnel information can be obtained from HR. I will be glad to re-direct your request to Barr HR, pls let me know.

5. What is the educational qualification and relevant work experience of each of Barr PhV staff?
Barr PVG Staff have a diverse professional background including Doctor of Medicine, Doctor of Pharmacy, Clinical experienced Nurses, Life Sciences - Pharmacologists and Biologists, etc. According to guidance from the Barr integration office - personnel information can be obtained from HR. I will be glad to forwardyour request to Barr HR, pls let me know.

6. Could you describe what call center the medical information uses and what are its responsibilities (to receive AEs?, etc.)

Among many activities the Call center staff involved with, the primary responsibilities assigned to them are:

- Respond to Call Center inquiries for all company products.
- Manage all FDA and customers' requests regarding product returns for investigations, product recalls, legal cases, reimbursements' requests, etc
- Provideoral and/or written responses to HCP's and consumers' information requests utilizing standardized Frequently Asked Questions (FAQ) and interdepartmental collaboration.
- Process AEs and Product Complaints (product quality) reports through Drug Safety database in a timely and efficient manner.
- Collaborate with Quality Assurance and analyze product complaints reports for trends including batch related patterns, etc
- Participate in and assist with NDA periodic and/or regulatory safety report preparation and submission

.

Again, there is a full job description with HR, I will be glad to forward your requests to HR.


Thanks again for your help

Yael
Yael Barak, B.pharm, M.Sc
Global Drug Safety & Pharmacovigilance
Teva Pharmaceutical Industries Ltd
Israel
TEL:+972-3-926-7130
MOBILE: +972-54-888-5897
FAX: +972-3-926-7120


This message is intended solely for the designated recipient(s). It may contain
confidential or proprietary information and may be subject to attorney-client privilege
or other confidentiality protections. If you are not a designated recipient you may not
review, copy or distribute this message. If you receive this in error, please notify the
sender by reply e-mail and delete this message. Thank you.

From: Susan Franks [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFRANKS]
Sent: 7/6/2016 3:29:40 PM
To: Valerie Mulligan [valerie.mulligan@tevapharm.com]; Jamie Warner [jamie.warner@tevapharm.com]
Subject: FW: FDA Inspection - Horsham - Close Out Meeting
Attachments: image001.png; ATT00001.htm; image002.png; ATT00002.htm; FDA 483 Horsham Inspection June 2016.pdf; ATT00003.htm

Hoping the attachment comes through this time. When I sent before it was from iphone.

SF



Susan Franks, MS
SVP, Global Regulatory Affairs-Branded Products, Research and Development
Office: +1-610-727-6337   Mobile: +1-610-504-7885
susan.franks@tevapharm.com   www.tevapharm.com

---

**From:** Scott Tomsky
**Sent:** Thursday, June 30, 2016 7:54 PM
**To:** James Ottinger; Michael Banks; Susan Franks; Teresa Booth-Genthe
**Subject:** Fwd: FDA Inspection - Horsham - Close Out Meeting

FYI - please see below

Sent from my iPhone, please excuse typos.

Begin forwarded message:



EXHIBIT 18
Larijani
5/23/23

**From:** James Young <James.Young03@tevapharm.com>
**Date:** June 30, 2016 at 3:51:23 PM EDT
**To:** Christine Wells <christine.wells@tevapharm.com>, Eric Drape <Eric.Drape@tevapharm.com>, Joseph De Vito <Joseph.DeVito@tevapharm.com>, John McCafferty <John.McCafferty@tevapharm.com>, Karin Shanahan <Karin.Shanahan@tevapharm.com>, Kenneth Lavin <Kenneth.Lavin@tevapharm.com>, Kirsten Bauer <Kirsten.Bauer@tevapharm.com>, Scott Tomsky <Scott.Tomsky@tevapharm.com>, Sean Israel <Sean.Israel@tevapharm.com>, Uri Hillel <Uri.Hillel@teva.co.il>, Barry Brooks <Barry.Brooks@tevapharm.com>, Tal Kleinfeld <Tal.Kleinfeld@teva.co.il>, Susan Larijani <Susan.Larijani@tevapharm.com>, Arthur Hand <Arthur.Hand@tevapharm.com>, Kenneth Piper <Kenneth.Piper@tevapharm.com>, Renise Hobbs <Renise.Hobbs01@tevapharm.com>, Marie Evangelisto Doyle <Marie.Evangelisto@tevapharm.com>, Hedva Voliovitch <Hedva.Voliovitch@teva.co.il>, Judith Zander <Judith.Zander@tevapharm.com>, Yael Barak <Yael.Barak@teva.co.il>, Erin Rose <Erin.Rose@tevacanada.com>, Jan Jones <Jan.Jones@tevapharm.com>, Donald Gee <Donald.Gee@tevapharm.com>, James Young <James.Young03@tevapharm.com>
**Subject: FDA Inspection - Horsham - Close Out Meeting**

Dear Ladies & Gentlemen;

Good Day

FDA Officers Craig Zagata and Dr. Marcelo Mangalindan arrived at the Teva Horsham site at approximately 11:00 to set up and prepare for the Close Out Meeting and the presentation of the 483

At 12:05 the Close Out Meeting was initiated and included the following representatives from Teva:
Donna Scheidt – Commercial Shared Solution
Susan Larijani – Medical Communications
Ken Piper – PharmacoVigilence
Erin Rose – PharmacoVigilence
Judith Zander – PharmacoVigilence
Renise Hobbs – PharmacoVigilence
Tal Kleinfeld – PharmacoVigilence
Joseph DeVito – TUSA Quality
Jim Young – TUSA Quality
Barry Brooks – Third Party Quality Unit
On the Phone were
Hedva Voliovitch – PharmacoVigilence
Yael Barak - PharmacoVigilence

A 483 was presented that contained 6 observations – mainly focused on Adverse Event Processing
The issues were presented and discussed to ensure clarity and understanding.

Additionally, 6 verbal concerns were presented that include topics about
- mechanisms and timeliness for Follow Up with Patients for AEs,
- Consent Letters – asking for consent to contact the patient Doctor but did not also solicit additional information for the AE
- Zecuity – what changed and what drove Teva to recall the product from the market
- CAPA letters previously received at the FDA that used words such as understaffed and overwhelmed
- Timeliness of AE information being sent by the Quality Assurance Services Group to the PharmVig Group
- Quality Assurance Service Group SOP not aligned with CORP STD (SOP stated 2 days to get info to PharmVig but CORP STD requires 1 day)

The FDA Officers left the site at approximately 1:10pm

The 483 Report is attached

Please let me know if you have any questions or need additional information

All the Best
Jim Y

Best regards,

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC174682