# EXHIBIT 11C

| | |
|---|---|
| From: | Rinat Aizen-Benbenishti [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RAIZENBENBENISHTI] |
| Sent: | 6/20/2016 8:36:21 AM |
| To: | Anat Krauser [anat.krauser@teva.co.il]; Yael Barak [yael.barak@teva.co.il] |
| Subject: | RE: Request H6 - FDA inspection |

It seems that the reason for that is that the physician details were not entered correctly in the case as mentioned in CHARP and therefore the logic in ARISg for "medically confirmed " considered these cases as " YES"

*Only for the USA unit*:
In consumer cases, the physician details are entered in the reporter tab as a second record without entering the reporter type field.
The primary reporter will be the patient. The physician will be the second reporter (not ticked as primary). 'Reporter type' of the physician will be left empty. The field "health care professional" of the physician will be left empty

See example case 532914USA:



I think we need to notify US about this.



Best regards,



Rinat Aizen-Benbenishti   Sr. Manager, Head of Data Processing
Tel: +972-3-9267435    Cell: +972-54-8885881    Fax: +972-3-9148683
Rinat.Aizen-Benbenishti@teva.co.il   sip:Rinat.Aizen-Benbenishti@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER • GETTING IT DONE TOGETHER • CREATIVITY WHERE IT MATTERS • CARING • MAKING OUR FAMILIES PROUD • LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Anat Krauser
**Sent:** Monday, June 20, 2016 11:24 AM
**To:** Rinat Aizen-Benbenishti
**Subject:** FW: Request H6 - FDA inspection

742 cases were medically confirmed on version 0.

Best regards,



**Anat Krauser**  B.pharm, M.Sc,
Manager, Global CT Operations Support, Pharmacovigilance
Tel: +972-3-9267129    Cell: +972-54-8885884    Fax: 03-9267120
Anat.Krauser@teva.co.il   sip:Anat.Krauser@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER • GETTING IT DONE TOGETHER • CREATIVITY WHERE IT MATTERS • CARING • MAKING OUR FAMILIES PROUD • LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Inbal Sandler
**Sent:** Sunday, June 19, 2016 3:45 PM
**To:** Yael Barak
**Cc:** Jesica Nadia Davidovich Roth; Anat Krauser; Liron Weisman; Rinat-Sara Lifshitz-Shovali; Zohar Levi
**Subject:** Request H6 - FDA inspection

Dear Yael,

Attached it the final report for request H6.
The report was QC'd by Anat and myself. Liron is still checking her part.

The report criteria was filtered bases on Patrick's QBE query ("Patrick – F/U " with changes).

Population:

- ✓ Exclude Test and deleted cases
- ✓ Version 0 + All FUs of version 0 that satisfied the criteria (regardless to the LRD).
- ✓ Latest Received Date = 2015
- ✓ Initial Unit = USA
- ✓ Source = Spontaneous or Solicited
- ✓ primary reporter in version 0 = Consumer

Remarks:

- ✓ There are 11549 initial cases in the reports and 14526 cases totally with FUs.
- ✓ 742 cases were medically confirmed on version 0.
- ✓ 238 cases became medically confirmed in one of the FUs ( and with version 0 not medically confirmed). Meaning that 10569 cases are still not medically confirmed.
- ✓ 9128 cases have only version 0 (no FUs).
- ✓ 330 cases have 2 different events coded with the same PT – if there is different in the events (e.g. different labeling) then there will be line per event, otherwise only one event will be displayed. (attached is the list of cases)

**Jesica, Anat and Liron**   - Thank you for all the help!!


Best regards,

Inbal



**Inbal Sandler, M.Sc**   Pharmacovigilance Associate
Tel: +972-3-9148461
Inbal.Sandler@teva.co.il



OUR PURPOSE & VALUES

| | |
|---|---|
| From: | Kenneth Piper [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KPIPER] |
| Sent: | 9/28/2017 2:08:24 PM |
| To: | Tal Kleinfeld [tal.kleinfeld@teva.co.il]; Limor Zeev [limor.zeev@teva.co.il] |
| Subject: | RE: Debrief from Afternoon Discussions for Paragard and CooperSurgical |

It will not be 2020. That was a joke made by CooperSurgical. Hillel West was very clear that they do not want TSAs over 6 months at the most. 3 months is the goal.

Best regards,



Kenneth Piper   Pharmacovigilance Director, Local Safety Officer
Tel: 215-293-6656   Cell: Redacted PHI/PII   Fax: 215-795-4052
Kenneth.Piper@tevapharm.com   sip:Kenneth.Piper@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Tal Kleinfeld
**Sent:** Thursday, September 28, 2017 10:07 AM
**To:** Limor Zeev; Kenneth Piper
**Subject:** RE: Debrief from Afternoon Discussions for Paragard and CooperSurgical

I have just had a phone call with Ken and Ken mentioned the possibility of 6 month or maybe even more (2020 ?) In such case we need to check the possibility that CooperSurgical will pay for these services. I know that Hedva mentioned the opportunity for us to do PhV services for other company for money.

Best regards,



Tal Kleinfeld   Sr. Director Head of Global PhV Operation & Regional Manager NA
Tel: +972-39148174   Cell: Redacted PHI/PII
Tal.Kleinfeld@teva.co.il   sip:Tal.Kleinfeld@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Limor Zeev
**Sent:** Thursday, September 28, 2017 4:46 PM
**To:** Rinat Aizen-Benbenishti; Kenneth Piper

**Cc:** Eric Elbaz; Rinat-Sara Lifshitz-Shovali; Liron Walter; Tal Kleinfeld
**Subject:** Re: Debrief from Afternoon Discussions for Paragard and CooperSurgical

We will update on Monday at the status meeting.


Sent from my Samsung Galaxy smartphone.


-------- Original message --------
From: Rinat Aizen-Benbenishti <Rinat.Aizen-Benbenishti@teva.co.il>
Date: 9/28/17 16:37 (GMT+02:00)
To: Limor Zeev <Limor.Zeev@teva.co.il>, Kenneth Piper <Kenneth.Piper@tevapharm.com>
Cc: Eric Elbaz <Eric.Elbaz@teva.co.il>, Rinat-Sara Lifshitz-Shovali <Rinat-Sara.Lifshitz-Shovali@teva.co.il>, Liron Walter <Liron.Walter01@teva.co.il>, Tal Kleinfeld <Tal.Kleinfeld@teva.co.il>
Subject: FW: Debrief from Afternoon Discussions for Paragard and CooperSurgical

Hi Ken and Limor,
We would like to understand better the estimation for the date for stopping the processing Paragard cases in Teva's safety database in order to know the influence on Accenture workload (as they are processing these cases). According to the below information, TSA will likely be required for at least 3 months-does it means that Teva will continue processing these cases 3 months after day 1(16Oct201)?

# Non-ParaGard Information

Best regards,

**Rinat Aizen-Benbenishti**   Associate Director ,Data Management, IL
Tel: +972-3-9267435    Cell: +972-54-8885881    Fax: +972-3-9148683
Rinat.Aizen-Benbenishti@teva.co.il    sip:Rinat.Aizen-Benbenishti@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES


**From:** Rinat-Sara Lifshitz-Shovali
**Sent:** Thursday, September 28, 2017 9:32 AM
**To:** Rinat Aizen-Benbenishti; Eric Elbaz
**Cc:** Inbal Sandler
**Subject:** FW: Debrief from Afternoon Discussions for Paragard and CooperSurgical

Please see below a short summary from yesterday's kick off meeting with regards to the Paragard divestment.

**From:** Limor Zeev
**Sent:** Thursday, September 28, 2017 7:49 AM
**To:** Rinat-Sara Lifshitz-Shovali; Inbal Sandler; Shirley Keren-Blitman; Iulia Flory Popescu
**Subject:** Fwd: Debrief from Afternoon Discussions for Paragard and CooperSurgical

Fyi . For our status meeting on Monday


Sent from my Samsung Galaxy smartphone.


-------- Original message --------
From: Kenneth Piper <Kenneth.Piper@tevapharm.com>
Date: 9/27/17 23:59 (GMT+02:00)
To: Limor Zeev <Limor.Zeev@teva.co.il>
Subject: Debrief from Afternoon Discussions for Paragard and CooperSurgical

- CooperSurgical does not have an outsource vendor selected yet for PV, Call Center, Med Info. They are looking at 2-3 service providers but most likely will use WRB (Teva's current Call Center that also provided Med Info and can accommodate PV services as well).
- TSA will likely be required for at least 3 months
  - Case Processing of ICSRs
  - PADER preparation
  - Electronic submissions to FDA (if possible based on transfer of application). I think we can submit ICSRs but not sure about PADER submission.
  - Since we will essentially be CooperSurgical's "outsource organization" for PV, Med Info, etc, there was some discussion on whether we should do a TSA or if it should be a short-term contract. Hillel will be checking with Legal for advice.
  - Pricing for PhV services needs to be calculated. I am not thinking we would charge for the PADER preparation since DLP is end of October and based on AEs collected under the Teva NDA.
- Data transfer: They are open to XMLs so we should proceed with this approach.
- The focus is on Day 1 and maintaining business continuity. Close is now expected to be as early as **16Oct2017**. I received further clarification regarding transfer of applications for Day 1, and it can be anywhere from 1-5 days, depending on how fast CooperSurgical sends in their info to FDA.
- Any questions about sharing sensitive data should be directed to Hillel, Ajaya, Lior, or Nik.
- It is very important to have a draft TSA schedule ready to submit to the SMO by next week—including proposed costs for services. Additional information should be coming out soon regarding timelines to complete.



Best regards,



**Kenneth Piper**  Pharmacovigilance Director, Local Safety Officer
Tel: 215-293-6656    Cell: [Redacted PHI/PII]  Fax: 215-795-4052
Kenneth.Piper@tevapharm.com    sip:Kenneth.Piper@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER    GETTING IT DONE TOGETHER    CREATIVITY WHERE IT MATTERS    CARING    MAKING OUR FAMILIES PROUD    LEADING THE WAY

OUR PURPOSE & VALUES