# EXHIBIT 11D

| | |
|---|---|
| **From:** | Donald Gee [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DGEE] |
| **Sent:** | 1/4/2012 1:04:08 PM |
| **To:** | Jennifer Gates [jennifer.gates@tevapharm.com]; Thomas Mehs [thomas.mehs@tevapharm.com]; Brenda Angelo [brenda.angelo@tevapharm.com] |
| **CC:** | Rebecca Bosler [rebecca.bosler@tevapharm.com]; Veronica Custer [veronica.custer@tevapharm.com] |
| **Subject:** | FW: Global PV Signal Detection for September 2011 |
| **Attachments:** | paragard.pdf |

Hi Jen, Tom, and Brenda:

PV re-evaluated the data from the September Signal Detection Report and determined that there is not a signal reported. We will not be requesting an investigation into the 200+ cases that we met about last month.

---

Hi Rebecca,

Please make sure Orit's memo is maintained with the September Signal Detection Report.

Thank you!



**Don H. Gee** Manager
Tel. 215-591-8672   Fax. 215-591-8987
425 Privet Road
Horsham, PA 19044

---

**From:** Orit Neudorfer
**Sent:** Wednesday, January 04, 2012 6:47 AM
**To:** Rebecca Bosler
**Cc:** Donald Gee; Hedva Voliovitch; Hana Shahar; Michal Gati
**Subject:** RE: Global PV Signal Detection for September 2011

Dear Rebecca,
It is ready and attached here.
Happy new year,

Best regards,

**Orit Neudorfer, MD** Global Drug Safety and Pharmacovigilance
Cell +972.54.8886421   Tel. +972.3.9148028   Fax. +972.3.9148683
16 Basel St., Petach Tikva, Israel   orit.neudorfer@teva.co.il

---

**From:** Rebecca Bosler
**Sent:** Tuesday, January 03, 2012 8:07 PM
**To:** Orit Neudorfer
**Cc:** Donald Gee
**Subject:** RE: Global PV Signal Detection for September 2011
**Importance:** High

Hi Orit,

Is there any update? I have been holding off running QAS's response to the Global PV Signal Detection September & October reports....

MDL2974TWHLLC023516

Please let me know what the status is as soon as possible.

Thank You and Happy New Year!

Rebecca Bosler
Supervisor
Quality Assurance Services
TEVA U.S. Generics
1070 Horsham Rd.
North Wales, PA  19454
Phone: 215-591-8748/ Fax: 215-591-8987
Email: rbosler@tevapharm.com

---

**From:** Orit Neudorfer
**Sent:** Tuesday, December 13, 2011 12:12 PM
**To:** Donald Gee; Rebecca Bosler
**Cc:** Uri Hillel; Michal Gati; Hedva Voliovitch; Veronica Custer
**Subject:** RE: Global PV Signal Detection for September 2011

Dear all,
We are still awaiting the updated exposure values of Paragard, needed to complete our assessment

Best regards,


**Orit Neudorfer, MD** Global Drug Safety and Pharmacovigilance
Cell. +972.54.8886421   Tel. +972.3.9148028   Fax. +972.3.9148683
16 Basel St., Petach Tikva, Israel   orit.neudorfer@teva.co.il

---

**From:** Donald Gee
**Sent:** Wednesday, December 07, 2011 2:59 PM
**To:** Rebecca Bosler
**Cc:** Uri Hillel; Michal Gati; Orit Neudorfer; Hedva Voliovitch; Veronica Custer
**Subject:** RE: Global PV Signal Detection for September 2011

Hi Rebecca,

Please pass the word to Buffalo, and keep them informed.

Thanks,


**Don H. Gee**
Manager, QA Services
Teva Pharmaceuticals USA
1090 Horsham Road
North Wales, PA 19454
Office: 215-591-8672
Cell: 215-591-8987

MDL-2974 Confidential - Subject to Protective Order                    MDL2974TWHLLC023517

**From:** Hedva Voliovitch
**Sent:** Wednesday, December 07, 2011 3:21 AM
**To:** Donald Gee; Rebecca Bosler
**Cc:** Uri Hillel; Michal Gati; Orit Neudorfer
**Subject:** RE: Global PV Signal Detection for September 2011

We are trying to get the accurate exposure data
When we will get them -- we will let you know if we can send you the memo you need
Please wait for few more days
Hedva



Hedva Voliovitch, M.D., Ph.D., M.B.A.
Vice President of Global Drug Safety & Pharmacovigilance
Cell: +972 54 8885800   Tel: +972 3 9267121   Fax: +972 3 9148683
5 Basel St., Petach Tikva, Israel   Hedva.Voliovitch@teva.co.il

**From:** Donald Gee
**Sent:** Tuesday, December 06, 2011 6:09 PM
**To:** Hedva Voliovitch; Rebecca Bosler
**Cc:** Uri Hillel; Michal Gati; Orit Neudorfer
**Subject:** RE: Global PV Signal Detection for September 2011

Hi Hedva,

With Paragard being on the report, we'll be hard-pressed not to initiate an investigation. The only way I could see not initiating this is if we have a memo from Global PV telling us not to investigate along with an explanation. Is this something that someone in your group can provide?

Thanks,

Manager, Quality Assurance Services
Teva U.S. Generics
1070 Horsham Road
North Wales, PA 19454
Phone: 215.591.8672/Fax: 215.591.8987
email: Donald.Gee@tevapharm.com

**From:** Hedva Voliovitch
**Sent:** Tuesday, December 06, 2011 8:40 AM
**To:** Rebecca Bosler
**Cc:** Donald Gee; Uri Hillel; Michal Gati; Orit Neudorfer
**Subject:** FW: Global PV Signal Detection for September 2011
**Importance:** High

I am sorry that it took me so long time to send you an answer

Signal detection is looking also if there is increase in labeled events- and then it might raise safety concern/signal or suspicious for quality defect. In this cases you will not get any request form the local PhV- and you will get the request only from the global unit.

There might be difference between number of cases in signal detection report and number of local cases -- since for statistical purpose we put in the PRR calculation also cases that we got FU during this month. This is not a false trend since this is proportional calculation for all other products' reports. This will be changed in the next few months.

MDL2974TWHLLC023518

For this specific complaint- I would suggest that you will wait to for next month report were we will make also compare number of reports per exposure which will further indicate if there is real signal

Regards
Hedva

Best regards,



**Hedva Voliovitch**   Vice President of Global Drug Safety & Pharmacovigilance
Tel: +972-3-9267121     Cell: +972-54-8885800    Fax: +972-3-9148683
Hedva.Voliovitch@teva.co.il    sip:Hedva.Voliovitch@tevapharm.com    www.tevapharm.com

**From:** Rebecca Bosler
**Sent:** Wednesday, November 30, 2011 2:32 AM
**To:** Hedva Voliovitch
**Cc:** Donald Gee; Uri Hillel
**Subject:** Global PV Signal Detection for September 2011
**Importance:** High

Hi Hedva,

Don and I were reviewing the Global PV Signal Report for September and were surprised to see so many Device Expulsion and Device Dislocation records listed for the ParaGard IUD.  As Device Expulsion and Device Dislocation complaints are considered labeled Adverse Events, our local PV did not forward any of these records to QAS with a request to investigate.

We had a meeting with Joyce Godshall and Buffalo QA yesterday to determine how we are going to handle these.  Joyce questioned the number of records and today provided us her monthly totals (please see below). Her September total for Expulsions (142) doesn't match what Global PV provided us (168).  Joyce ran her report based off the Initial Receipt Date. The Global PV report totals looks like they include both the Initial Receipt Date and the Latest Received Date (the last date the report was updated).

We are concerned there was a discrepancy with how the Global PV Report was generated; that it may be identifying false trends.  We would greatly appreciate it if you would confirm for us that the September Global PV Report totals, for all USA products listed, are correct so QAS can provide an accurate response.

Please contact either Don or I if you have any questions.

Thank You!

Rebecca Bosler
Supervisor
Quality Assurance Services
TEVA U.S. Generics
1070 Horsham Rd.
North Wales, PA  19454
Phone: 215-591-8748/ Fax: 215-591-8987

MDL-2974 Confidential - Subject to Protective Order

Email: rbosler@tevapharm.com

---

**From:** Joyce Godshall
**Sent:** Tuesday, November 29, 2011 9:12 AM
**To:** Donald Gee; Rebecca Bosler
**Subject:** Here are the number of expulsion cases by month



Paragard Copper
Initial case reports of Device Expulsion

PPD:Paragard Copper
Initial received date: 01-Nov-2010 to 31-Oct-2011
MedDRA PT: Device Expulsion

| 2010 | | 2011 | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
| 127 | 121 | 153 | 108 | 153 | 137 | 179 | 145 | 139 | 153 | 142 | 159 |

Joyce Godshall
Sr. Manager Pharmacovigilance
425 Privet Road
Horsham Pa 19044
215-293-6362

MDL2974TWHLLC023520

| From: | Rebecca Bosler [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RBOSLER] |
|---|---|
| Sent: | 5/31/2012 2:59:48 PM |
| To: | Thomas Mehs [thomas.mehs@tevapharm.com] |
| Subject: | FW: Sample report |
| Attachments: | Quarterly Product Quality Complaint Trending Report - 1Q2012.pdf |

Here is the Quarterly Trending Report

Rebecca Bosler
Supervisor
Quality Assurance Services
TEVA U.S. Generics
425 Privet Rd.
Horsham, PA  19044
Phone: 215-591-8748/ Fax: 215-591-8987
Email: rbosler@tevapharm.com

---

**From:** Thomas Mehs
**Sent:** Thursday, May 31, 2012 10:56 AM
**To:** Daniel Loss
**Cc:** Rebecca Bosler
**Subject:** Sample report

Mr. Thomas Mehs
Senior Manager, Quality Assurance & Regulatory Affairs
Teva Pharmaceuticals, Inc
825 Wurlitzer Dr.
North Tonawanda, NY 14120
Ph. 716-693-6230, Ex. 229
Fax: 716-693-6368
thomas.mehs@tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC024506