# EXHIBIT 11E

# Rajesh Chandrasekar

| | |
|---|---|
| **From:** | Elaine Wong [WONGE@ebnhc.org] |
| **Sent:** | Monday, March 03, 2014 8:10 AM |
| **To:** | Rajesh Chandrasekar |
| **Subject:** | FW: Teva Reply: PARAGARD T 380A - PR 60261 |

Hi Raj,

See below for the info you asked me to retrieve for you to get the replacement for EBNHC.

Can you let me know what the status is on the replacement item?

If you have any questions, please call me at 617-568-7271.

Thanks,
Elaine

**From:** Laura Beth Chamberlain
**Sent:** Friday, February 28, 2014 5:45 PM
**To:** Elaine Wong
**Subject:** FW: Teva Reply: PARAGARD T 380A - PR 60261


**From:** Laura Beth Chamberlain
**Sent:** Friday, February 14, 2014 5:52 PM
**To:** Elaine Wong
**Subject:** RE: Teva Reply: PARAGARD T 380A - PR 60261

As discussed the below are the questions to be answered for the Loading / Release issue of Paragard IUD for the lot 511007

Note: For whichever it's not applicable answer it as "NA"

Questions:
1. Date of Insertion and Unit Lot #  2/13/14, LOT lot 511007
2. Were there any issues with the patient's anatomy? Difficult to pass through cervical os
    a. Did you sound the patient? yes
3. At what point (Preparation, insertion, post insertion) did the incident occur? During insertion when trying to pass through cervical os
    a. If in preparation:
          i. Would the arms of the ParaGard unit not fold downward?
          ii. Would the arms of the Paragard not go into the insertion tube?
          iii. Would the arms of the Paragard not stay in the insertion tube?
    b. If during insertion:
          i. Would the ParaGard not release from the insertion tube? no
          ii. Did the ParaGard come out with the insertion tube during removal? Don't understand question

1

          iii. Did the arms of the ParaGard release too soon? Released when trying to reposition to get through the cervical os.
          iv. Did the solid white rod not hold the ParaGard in place when the insertion tube was initially withdrawn? no
          v. Did the ParaGard expel during the cutting of the threads? no
    c. If post insertion (after the threads were cut) please explain?
4. What component (ParaGard, solid white rod, and/or insertion tube) seemed to cause the incident? Unsure- paraguard disloged when trying to reposition apparatus to get into cervical os.

Laura Beth Chamberlain, MD

---

**From:** Isabel Perez
**Sent:** Friday, February 14, 2014 3:12 PM
**To:** Laura Beth Chamberlain
**Subject:** FW: Teva Reply: PARAGARD T 380A - PR 60261

Hi; Could you answer this questions and e-mail the answers back to Elaine Wong at purchasing? Thanks.

---

**From:** Elaine Wong
**Sent:** Friday, February 14, 2014 2:11 PM
**To:** Isabel Perez
**Subject:** FW: Teva Reply: PARAGARD T 380A - PR 60261

Hi Isabel,

Paragard needs the below details to get a Paragard replacement. Can you get the details for me on the below questions?

Thanks,
Elaine

---

**From:** Rajesh Chandrasekar [mailto:Rajesh.Chandrasekar@teva.co.in]
**Sent:** Friday, February 14, 2014 1:11 PM
**To:** Elaine Wong
**Subject:** Teva Reply: PARAGARD T 380A - PR 60261

Dear Elaine,

As discussed the below are the questions to be answered for the Loading / Release issue of Paragard IUD for the lot 511007

Note: For whichever it's not applicable answer it as "NA"

Questions:
1. Date of Insertion and Unit Lot #
2. Were there any issues with the patient's anatomy?
    a. Did you sound the patient?
3. At what point (Preparation, insertion, post insertion) did the incident occur?
    a. If in preparation:

2

        i. Would the arms of the ParaGard unit not fold downward?
        ii. Would the arms of the Paragard not go into the insertion tube?
        iii. Would the arms of the Paragard not stay in the insertion tube?
  b. If during insertion:
        i. Would the ParaGard not release from the insertion tube?
        ii. Did the ParaGard come out with the insertion tube during removal?
        iii. Did the arms of the ParaGard release too soon?
        iv. Did the solid white rod not hold the ParaGard in place when the insertion tube was initially withdrawn?
        v. Did the ParaGard expel during the cutting of the threads?
  c. If post insertion (after the threads were cut) please explain?
4. What component (ParaGard, solid white rod, and/or insertion tube) seemed to cause the incident?


Warm Regards,


**Rajesh Chandrasekar**  Senior Executive - Product Quality Complaints
Phone: +1 215-293-6530
Rajesh.Chandrasekar@teva.co.in    Rajesh.Chandrasekar@tevapharm.com    www.tevapharm.com



This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

3

| | |
|---|---|
| From: | Rajesh Chandrasekar [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RCHANDRASHEKAR] |
| Sent: | 11/16/2015 10:12:25 PM |
| To: | TevaUS_TrackWise_TevaBuffalo [tevaus_trackwise_tevabuffalo@tevausa.com] |
| Subject: | TrackWise: gCMPLT 224939 for ParaGard, Lot # 513006 |

PR #224939

Notification Summary:
Since this complaint is the result of an anatomy issue, this record can be closed without investigation

**PR Details:**
=====================
Division / Project: US - Complaints / gCMPLT
Date Created: 16-Nov-2015 16:57 (GMT-5:00)
Originator Name: Rajesh Chandrasekar
Assigned To Name: <Not Set>
PR State: Open
Due Date: 31-Dec-2015
Original Due Date: 31-Dec-2015

**Potential Alert Needed?: No** *(applicable to USA-based complaints only)*

**Product**
Product - Name: ParaGard
Product - Family: Copper
Product - Dosage Form: Intrauterine Contraceptive
Product - Strength: Not Applicable
Product - Lot #: 513006
Product - Lot Expiration: 2020 - Oct
Product - Code: 0204
Product - NDC / DIN / MA #: 51285-0204-01
Product - Comments: <Not Set>

Quantity: 1
Product - Type: Prescription (Rx)
Clinical Lot?: No
Clinical Phase(s): <Not Set>

**Description**
Complaint Receipt Date: 16-Nov-2015
Intake Center Receipt Date: 16-Nov-2015
Country of Origin: United States

Short Description: PARAGARD T 380A - Anatomy Issues - RKC

Description:
On 11/16/2015, QAS received a notification via live call. The complainant stated that when the doctor attempted for the insertion, the IUD would not pass through due to retroverted uterus of the patient. She stated that the failed insertion was due to patient's anatomy and there was no quality issue of the IUD. She provided

the lot number, expiration date of the IUD. RKC 11/16/2015

Update: Since this complaint is the result of an anatomy issue, this record can be closed without investigation. Replacement will still be issued. RKC 11/16/2015

Description (Local):
<Not Set>

Category(ies):

| Row # | C Complaint Type | C Indication | C Category | C Subcategory | C Subcategory - Comments | C Priority | C Responsible Site |
|---|---|---|---|---|---|---|---|
| 1 | Customer Preference / Non-Quality Complaint | NA | Non-Quality Complaint | Anatomy Issues | | No Investigation Required | US - NY - Buffalo |

Did the product complaint cause any adverse health consequences?: No
Do you give permission for Teva drug safety to contact you for more information?: NA

Response Comments:
<Not Set>

Event Reportable to PhV?: No
PhV Notified On: <Not Set>
ARISg #: <Not Set>
PhV Reference #: <Not Set>

Regulatory Authority #: <Not Set>
Other Source Reference #: <Not Set>
Controlled Drug Authority #: <Not Set>

**Correspondence**
Acknowledgement Letter?: Yes
Closing Letter?: No

**Compensation**
Compensation Type: Replacement
Tax ID #: <Not Set>

**Comments**
Comments:
BP: 228376

**Returned Sample**
Will Sample Be Returned?: No
Return Authorization?: NA
1st Sample Request Date: <Not Set>
1st Sample Request Comments: <Not Set>
2nd Sample Request Date: <Not Set>

2nd Sample Request Comments: <Not Set>
3rd Sample Request Date: <Not Set>
3rd Sample Request Comments: <Not Set>

Transport Authorization Form?: <Not Set>
Transport Form Comments: <Not Set>

Sample Returned?: <Not Set>
Sample Received Date: <Not Set>
Returned Sample Review Results: <Not Set>

Sample Sent to Site Date: <Not Set>
Sample Sent to Site Comments: <Not Set>

**Related Item(s)**
Attached File(s):
<Not Set>

Complaint Relation(s):


Standard Invest Relation(s):

MDL-2974 Confidential - Subject to Protective Order
MDL2974TWHLLC043892