EXHIBIT 11F

| | |
|---|---|
| **From:** | Cynthia D'Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDANGELO01] |
| **Sent:** | 10/4/2017 5:48:52 PM |
| **To:** | Thomas Mehs [thomas.mehs@tevapharm.com] |
| **Subject:** | PARAGARD - glycerin content and ingredients in insertion tube |

Hi Tom, sorry to bother you, we received 2 questions in blue from a physician. I'm thinking the answers may be this but not sure:    1) No and 2) polyethylene (not sure if it is a specific type of plastic)

1) Is there **glycerin** in any component of ParaGard, the insertion tube or its packaging?

2)      What is the plastic **insertion tube** specifically made out of?

Thanks.
Best Regards,
Cynthia

**Cynthia D'Angelo, Pharm.D.**
**Teva Pharmaceuticals**
Senior Manager Medical Affairs
Medical Information - Oncology and Women's Health
Address:  41 Moores Rd., Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office); (484) 682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com

MDL2974TWHLLC084395

| | |
|---|---|
| **From:** | Jennifer Gates [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JENNIFER.GATES] |
| **Sent:** | 4/30/2017 6:17:05 PM |
| **To:** | Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com] |
| **Subject:** | RE: Any chromium in PARAGARD |

Of course!  Hope you had a great weekend!

---

**From:** Cynthia D'Angelo
**Sent:** Friday, April 28, 2017 11:48 PM
**To:** Jennifer Gates
**Cc:** Ali Chappell; Thomas Mehs
**Subject:** Re: Any chromium in PARAGARD

Thank you so much Jen!

Kind Regards,
Cynthia

On Apr 28, 2017, at 9:47 PM, Jennifer Gates <Jennifer.Gates@tevapharm.com> wrote:

Hi Cynthia,

We are not aware of any chromium in ParaGard.  Please let us know if you have additional questions. Thanks, Jen

---

**From:** Cynthia D'Angelo
**Sent:** Friday, April 28, 2017 11:28 AM
**To:** Jennifer Gates
**Cc:** Ali Chappell; Thomas Mehs
**Subject:** Any chromium in PARAGARD

Hi Jen, we have a question in Medical from an HCP are there any trace amounts of chromium in PARAGARD?

Best Regards,
Cynthia

**Cynthia D'Angelo, Pharm.D.**
**Teva Pharmaceuticals**
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd., Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office); (484) 682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com

MDL2974TWHLLC065003

| From: | Cynthia D'Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDANGELO01] |
|---|---|
| Sent: | 10/11/2017 9:37:28 PM |
| To: | Ali Chappell [ali.chappell@tevapharm.com] |
| Subject: | FW: IUD info |
| Attachments: | Role of uterine forces in IUDs.pdf; PARA260 - Dissolution of Copper from IUDs Fragmentation and Removal of a Broken Piece.7.26.2017.pdf |

Hi Ali, Kristie should not be contacting you directly. Yes, she should submit a MIRF for all medical information inquiries outside of the PI or if she can't answer the inquiries, and an MSL Consult if the HCP asks for it.  Not contact you directly.

However, regarding the inquiries, Teva has not specifically studied their questions, and there is no comparative data that Teva has studied.
The primary article I know on the topic of uterine forces is attached- Goldstuck.
Also, there may be dissolution of the copper in the IUD, which along with uterine forces may cause fragmentation of an IUD.

I just want you to know that I will be on vacation 10/12-10/17/17.  I'll still be reachable.

Best Regards,
Cynthia

**Cynthia D'Angelo, Pharm.D.**
**Teva Pharmaceuticals**
Senior Manager Medical Affairs
Medical Information - Oncology and Women's Health
Address: 41 Moores Rd., Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office); (484) 682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com

---

**From:** Ali Chappell
**Sent:** Wednesday, October 11, 2017 4:33 PM
**To:** Cynthia D'Angelo
**Subject:** Fwd: IUD info

These are strange questions.  Should I have her submit a MIRF?  We have no data on any of these questions either way.

Ali

Ali Chappell, PhD
Associate Medical Director - Women's Health
Teva Pharmaceuticals
806-441-7275

Begin forwarded message:

**From:** Kristie Goy <Kristie.Goy01@tevapharm.com>
**Date:** October 11, 2017 at 3:30:47 PM CDT
**To:** Ali Chappell <Ali.Chappell@tevapharm.com>
**Subject: FW: IUD info**

**EXHIBIT 12**

Hi Ali,
Please see the email below.
Thank you,
Kristie

**From:** Redacted PHI/PII
**Sent:** Wednesday, October 11, 2017 2:24 PM
**To:** Kristie Goy
**Cc:** Redacted PHI/PII
**Subject:** IUD info

Kristie,

I am working with a small group of engineering students. They need to know the following:

1.    What is the average and range of force required to remove a properly placed Paragard IUD?
2.    What is the average and range of force required to break/detach IUD strings from the device?
3.    What is the average and range of force required to break off an IUD arm?
4.    Do you know if these forces vary by type of IUD device or are they the same for all IUDs on the market?

Thanks for any information you can provide. Redacted PHI/PII

# Redacted PHI/PII

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION
                        MDL DOCKET NO. 2974
 3                       (1:20-md-0247-LMM)
                 This Document Relates to All Cases
 4

                                  -  -  -
 5

 6       IN RE:   PARAGARD IUD PRODUCTS
                  LIABILITY LITIGATION
 7

 8                                -  -  -

 9
                         TUESDAY, MAY 23, 2023
10

11                                -  -  -

12

13           Video Recorded and Remote Zoom Deposition
14       of SUSAN LARIJANI, taken pursuant to Notice,
15       at the law offices of Greenberg Traurig, 1717
16       Arch Street, 4th Floor, Philadelphia,
17       Pennsylvania, commencing at approximately 9:13
18       a.m., on the above date, before Rose A.
19       Tamburri, RPR, CM, CCR, CRR, USCRA Speed and
20       Accuracy Champion and Notary Public.

21
                                  -  -  -

22

23
                        VERITEXT LEGAL SOLUTIONS
24                        Mid-Atlantic Region
                      1801 Market Street - Suite 1800
25                   Philadelphia, Pennsylvania  19103
```

Page 1

```
1          Q.    And is she the only employee in this
2    organizational chart who had responsibilities
3    with respect to ParaGard?
4          A.    Yes.
5          Q.    Is there anybody that replaced
6    Ms. Fedon during the time that you worked with
7    ParaGard?
8          A.    Yes.
9          Q.    And who was that?
10         A.    Cynthia D'Angelo.
11         Q.    And when did -- when did Cynthia
12   become responsibility -- responsible for
13   ParaGard in Medical Information?
14         A.    I would have to go back and look at
15   her hire date.  I don't have that in front of
16   me.
17         Q.    And anyone else besides Ms. D'Angelo?
18         A.    Not that I can recall.
19         Q.    Okay.
20               And is there anybody else on this
21   organizational chart that -- whose
22   responsibilities touched on ParaGard in any
23   way?
24         A.    Yes.
25         Q.    And who is that?
```

Veritext Legal Solutions
346-293-7000

| From: | Cynthia D'Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDANGELO01] |
|---|---|
| Sent: | 10/9/2013 3:48:21 PM |
| To: | Susan Larijani [susan.larijani@tevapharm.com] |
| Subject: | IFFS/ASRM Meeting in Boston, MA from October 12-17, 2013 |
| Attachments: | Active Paragard SRLS.ZIP; Active [Non-ParaGard Information] SRLS.ZIP; [Non-ParaGard Information] SRLS (Includes Archived).ZIP; [Non-ParaGard Information] ARCHIVED - WRB No longer Supports).ZIP; [Non-ParaGard Information] SRLS.ZIP; [Non-ParaGard Information] SRLS - (ARCHIVED).ZIP; [Non-ParaGard Information] 2 Pill SRLS (ARCHIVED).ZIP |

Hi Susan,

Attached are the Medical Information SRLs from WRB for IFFS/ASRM.

Regards,

Cynthia

**Cynthia D'Angelo, Pharm.D.**
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd. Frazer, Pennsylvania 19355
Phones: 610-786-7159 (Office); 484-682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com    www.tevapharm.com

---

**From:** Patterson, Kendra [mailto:kendra.patterson@wrbcorp.com]
**Sent:** Wednesday, October 09, 2013 7:30 AM
**To:** Cynthia D'Angelo
**Subject:** RE: IFFS/ASRM Meeting in Boston, MA from October 12-17, 2013

Hi Cynthia,

I have attached the requested SRLS.

As you will see from the zip file name, I also included archived documents. I tried not to give you duplicates when I went through the database.

I also included SRLS for [Non-ParaGard Information] that were in the system, although WRB does not support the product any longer.

I am not sure you can provide it, but I added the Pargard Consent form (it is for English and Spanish) just in case you can provide it and someone asks for it.

Please let me know if you need anything else.

Thanks,

Kendra



EXHIBIT 8
Larijani
5/25/23
PENGAD 800-631-6989

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC143423

## ParaGard –Embedment

Contraceptive efficacy of ParaGard requires proper placement in the uterine cavity.  An intrauterine contraceptive (IUC) that is embedded may lead to contraceptive failure and subsequent pregnancy.  Embedding may occur superficially in the myometrium or an IUC can become deeply embedded where it may become anchored by overgrowth and fibrosis especially if it has been in place for a long time.[2]  It is unknown how often embedment occurs in IUC users.  Case reports of embedment, some also involving perforation of the uterus, have been published in the medical literature.[2-10]  If an IUC is left embedded in the myometrium bleeding and/or pain may occur.[7,11,12]

### Embedded IUD and Pregnancy
Teva Women's Health Research has not studied the consequences or complications involved with an embedded ParaGard and subsequent pregnancy.  A review of the scientific literature has identified two case reports of full term pregnancies in women who had an embedded IUC located in the placenta after delivery.

Rapisarda reported a case of a woman who became pregnant with a Gravigard IUC in situ.[13]  The patient delivered a healthy 3500 g baby at term and the IUC was located embedded in the placenta tissue at delivery.

Heidenreich reported a case of a 23 year old patient who had become pregnant with a Copper T IUC *in situ*.[14]  The patient had a pregnancy without many complications and delivered a healthy child.  The Copper T IUC was found partially embedded in the placenta.

### Removing Embedded IUD
Embedment and migration of various IUCs may differ and result in unexpected medical challenges.  In a case series of 14 women with dislocated IUCs, Nitke and colleagues found that the six out of nine missing levonorgestrel-releasing intrauterine contraceptives (LNG IUCs) presented with a clear discrepancy between the presumed location and the actual location found on surgery.  No such discrepancies were reported in the five women with missing copper IUCs.[15]

Partial penetration or embedment in the myometrium may make removal difficult.  In some cases surgical removal may be necessary.[1]  Other published case studies report the use of hysteroscopy for the detection and removal of broken pieces and embedded IUCs.[16]  Tadesse et al suggest hysteroscopy as a tool for detection and removal of retained broken parts of IUCs, partially embedded and perforated IUCs, and removal of IUCs with missing strings.[12]  Trivedi et al also discuss the safety and efficacy of hysteroscopy for removing misplaced or fragmented IUCs.[17]

*If your inquiry about the safety profile of ParaGard involves an actual adverse reaction, please contact US Medical Information at 1-866-633-6194 to report this adverse reaction for immediate processing and transfer to Teva's product safety department.*

### References:

1.  ParaGard® T380A (intrauterine copper contraceptive). [current approved prescribing information]. Sellersville, PA: Teva Women's Health, Inc.
2.  Rosenblatt R, Zakin D, Stern WZ, Kutcher R. Uterine perforation and embedding by intrauterine device: evaluation by US and hysterography. *Radiology.* Dec 1985;157:765-770.
3.  Ingec M, Kumtepe Y, Kadanali S, Ozdiller O. A rare case of ileal embedding by an intrauterine device. *European Journal of Contraception & Reproductive Health Care.* Mar 2005;10:29-31.
4.  Zafar M, Murtaza B, Saeed S. Two displaced intrauterine contraceptive devices (copper-T). *Jcpsp, Journal of the College of Physicians & Surgeons - Pakistan.* Jul 2004;14:427-429.

5.    Assarian A, Raja MA. Colonoscopic retrieval of a lost intrauterine contraceptive device: a case report and review of articles. *European Journal of Contraception & Reproductive Health Care.* Dec 2005;10:261-265.

6.    Chi E, Rosenfeld D, Sokol TP. Laparoscopic removal of an intrauterine device perforating the sigmoid colon: a case report and review of the literature. *American Surgeon.* Dec 2005;71:1055-1057.

7.    El Sahwi S, Kamel M-. Hysteroscopic findings in complicated and non-complicated IUD users. *Advances in Contraceptive Delivery Systems.* 1992;8:161-166.

8.    Medina TM, Hill DA, DeJesus S, Hoover F. IUD removal with colonoscopy: a case report. *Journal of Reproductive Medicine.* Jul 2005;50:547-549.

9.    Zakin D, Stern WZ, Rosenblatt R. Complete and partial uterine perforation and embedding following insertion of intrauterine devices. II. Diagnostic methods, prevention, and management. *Obstetrical & Gynecological Survey.* Aug 1981;36:401-417.

10.   Verma U, Verma N. Ovarian embedding of transmigrated intrauterine device: A case report and literature review. *Archives of Gynecology & Obstetrics.* 2009;280(2):275-278.

11.   Byrd L, Slade R. The lost intrauterine device: removal by hysterectomy. *Journal of Family Planning & Reproductive Health Care.* Jul 2004;30:174-175.

12.   Tadesse E, Wamsteker K. Evaluation of 24 patients with IUD-related problems: hysteroscopic findings. *European Journal of Obstetrics, Gynecology, & Reproductive Biology.* Jan 1985;19:37-41.

13.   Rapisarda V, Revelli E. [The IUD in pregnancy]. *Minerva Ginecologica.* Jun 1980;32(6):504-506.

14.   Heidenreich W, Schumann K. [Pregnancy with an intrauterine pessary in the placenta]. *Fortschritte der Medizin.* Nov 6 1975;93(31):1528-1530.

15.   Nitke S, Rabinerson D, Dekel A, Sheiner E, Kaplan B, Hackmon R. Lost levonorgestrel IUD: diagnosis and therapy. *Contraception.* Apr 2004;69(4):289-293.

16.   Xia E, Duan H, Huang X, Zheng J, Yu D, Cheng L. Hysteroscopic removal of foreign bodies and its method of monitoring. *Chinese Medical Journal.* Jan 2003;116:125-128.

17.   Trivedi SS, Goel M, Jain S. Hysteroscopic management of intra-uterine devices with lost strings. *British Journal of Family Planning.* Oct 2000;26:229-230.

## ParaGard – Copper Fragments

Teva has received reports of copper missing or fragmented from the ParaGard following removal of the intrauterine device (IUD). Teva has not evaluated the effect of copper retained in the uterus after removal of ParaGard; however, the following information may be of interest to you.

The contraceptive effectiveness of ParaGard is enhanced by copper continuously released into the uterine cavity.[1] The depletion of copper from the IUD occurs over time through dissolution and corrosion. Cellular debris, calcium carbonate and other substances are deposited on the surface of the IUD. These deposits are porous and dissolution of copper continues by diffusion through them.[2,3] The potential of the deposited material differs from the base metal, creating an anodic cathodic reaction and different aeration, which causes the local copper release and pitting to develop.[3] Fragmentation may occur if the local corrosion becomes severe; however, severe wire fragmentation is less likely in IUDs with a wire diameter of 0.3 mm. The copper wire used in ParaGard is 0.254 mm ± 0.005 mm in diameter.

The dissolved copper of ParaGard should eventually be flushed from the system with the menstrual flow. Given that it is the release of copper that enhances the contraceptive effectiveness of ParaGard, retained copper may interfere with future fertility. If copper fragments are suspected to have been retained after removal of ParaGard, the clinician may wish to consider imaging such as x-ray, magnetic resonance imaging (MRI) or ultrasound to confirm their presence. Once confirmed, and if a woman is still menstruating, the clinician may choose to wait until after a menstrual period to re-image and confirm if the copper has been expelled; however, copper imbedded in the tissue as a result of perforation can lead to intraperitoneal adhesions[1], and may warrant further evaluation.

Teva has not conducted any studies to assess techniques for removal of copper fragments retained after use of ParaGard. A review of the scientific literature identified a study by Tadesse and Wansteker that evaluated the use of hysteroscopy in 24 patients with IUD-related problems;[4] specifically, IUD-related abnormal uterine bleeding or missing IUD strings. Hysterscopy was performed in all cases; 15 patients received local anesthesia using a 1% lidocaine paracervical block and 9 received general anesthesia. In 3 cases of broken IUD pieces, the use of hysteroscopy enabled the safe removal of pieces that were either partially embedded, or perforating the uterine wall—grasping forceps were used after sharp dissection.

*If your inquiry about the safety profile of ParaGard involves an actual adverse reaction, please contact US Medical Information at 1-866-633-6194 to report this adverse reaction for immediate processing and transfer to Teva's product safety department.*

**References:**

1. ParaGard® T380A (intrauterine copper contraceptive). [current approved prescribing information]. Non-ParaGard Information Teva Women's Health, Inc.
2. Kosonen A. Corrosion of copper in utero. *Fertility & Sterility.* Jul 1978;30:59-65.
3. Newton JRS. Copper intrauterine devices: evaluation for long-term use a review. *British Journal of Obstetrics & Gynaecology.* Sep 1982;89:20-31.
4. Tadesse E, Wamsteker K. Evaluation of 24 patients with IUD-related problems: hysteroscopic findings. *European Journal of Obstetrics, Gynecology, & Reproductive Biology.* Jan 1985;19:37-41.

PARA111/SMF 04-2012

# Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC143475

## ParaGard – Removal of Broken Piece

Teva has not studied or evaluated methods for removal of a broken section of ParaGard. Please note that we are unable to provide you with advice as to the most appropriate course of action for any individual patient case. It is our position that the treating clinician, having had the opportunity to examine the patient and review the patient's medical history, is in the best position to use his/her own independent medical judgment, supplemented by information from the medical literature, pharmaceutical companies, medical colleagues and other sources, to determine individual treatment options.

Published reports describe cases of fragmentation of IUDs during attempted removal.[2-5] Often pieces have been removed by hysteroscopy. A retrospective study of 274 patients described successful removal of broken or missing IUDs by hysteroscopy in 236 cases.[6] Tadesse et al[7] and Trivedi et al[8] also discuss the safety and efficacy of hysteroscopy for removing misplaced or fragmented IUDs.

In other cases, surgical procedures were necessary or the piece was unable to be removed. Burry and Pernoll report a case of breakage during removal of a Lippes Loop.[2] Probing and dilatation and curettage failed to locate the fragment, so a posterior colpotomy was performed and the piece was surgically removed. Custo et al discuss a case of breakage upon attempted removal of a ML Cu 250 IUD.[3] A hysterotomy was performed, but only the stem and a fragment of the crown were removed. Repeated trials failed to find the other missing pieces. Mohanty also described a case of an embedded piece of an IUD which was unable to be removed by hysteroscopy and remained in the uterus.[5]

Finally, some pieces are spontaneously expelled by the patient. Nadgir et al report a case of fragmentation of a Gyne T380® IUD detected during removal.[4] A pelvic ultrasound was unsuccessful at locating the fragment. The patient reported spontaneous expulsion of the fragment during her menses while she was awaiting a diagnostic hysteroscopy.

*If your inquiry about the safety profile of ParaGard involves an actual adverse reaction, please contact US Medical Information at 1-866-633-6194 to report this adverse reaction for immediate processing and transfer to Teva's product safety department.*

**References:**

1. ParaGard® T380A (intrauterine copper contraceptive). [current approved prescribing information]. Sellersville, PA: Teva Women's Health, Inc.
2. Burry KA, Pernoll ML. The fragmented intrauterine device: an unusual complication of a Lippes loop. *Fertility & Sterility.* Feb 1978;29:218-219.
3. Custo G, Saitto C, Cerza S, Cosmi EV. Intrauterine rupture of the intrauterine device "ML Cu 250": an uncommon complication: presentation of a case. *Fertility & Sterility.* Jan 1986;45:130-131.
4. Nadgir A, Beere D, Barker K. Intrauterine fragmentation of Gyne T380: an uncommon complication.[see comment]. *Journal of Family Planning & Reproductive Health Care.* Jul 2004;30:175-176.
5. Mohanty K. Breakage of arm of Multiload intrauterine device during removal. *Int J STD AIDS.* Jul 2009;20(7):512-514.
6. Feng ZC, Shi YP, Wu XZ, S L. The application of hysteroscopy in diagnosis and treatment of missing intra-uterine devices. *Gynaecological Endoscopy.* 2001;10(1):61-63.
7. Tadesse E, Wamsteker K. Evaluation of 24 patients with IUD-related problems: hysteroscopic findings. *European Journal of Obstetrics, Gynecology, & Reproductive Biology.* Jan 1985;19:37-41.

8.    Trivedi SS, Goel M, Jain S. Hysteroscopic management of intra-uterine devices with lost strings. *British Journal of Family Planning*. Oct 2000;26:229-230.

PARA260/SMF 05-2012

| | |
|---|---|
| **From:** | Diaz, Gabriella [gabriella.diaz@wrbcorp.com] |
| **Sent:** | 4/1/2015 4:03:04 PM |
| **To:** | Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; TevaUSMedInfo [tevausmedinfo@wrbcorp.com] |
| **CC:** | Susan Larijani [susan.larijani@tevapharm.com]; Deborah Panning [deborah.panning@tevapharm.com]; Smith, Yvonne [yvonne.smith@wrbcorp.com] |
| **Subject:** | RE: Sales Rep Response |

Thank you Cynthia,

Yvonne, Please see the instructions below.

Gabbs

---

**From:** Cynthia D'Angelo [mailto:Cynthia.D'Angelo@tevapharm.com]
**Sent:** Wednesday, April 01, 2015 11:44 AM
**To:** TevaUSMedInfo; Diaz, Gabriella
**Cc:** Susan Larijani; Deborah Panning
**Subject:** RE: Sales Rep Response

Hi Gabbie,
I left you a voicemail and also spoke with Susan. If someone at WRB could please call the HCP back, and let her know that she can be assured her AE/PC report has been forwarded to our Pharmacovigilance/Safety and Quality Assurance Groups (and reported to the FDA), and those Groups will contact her if further information is required.  If she reports additional AE/PC information to WRB then add that to the case (crosslink the cases) to be sent to PharmVig/QA.

Best Regards,
Cynthia

**Cynthia D'Angelo, Pharm.D.**
**Teva Pharmaceuticals**
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd.  Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office);
Email: Cynthia.D'Angelo@tevapharm.com    www.tevapharm.com

---

**From:** TevaUSMedInfo (External) [mailto:tevausmedinfo@wrbcorp.com]
**Sent:** Wednesday, April 01, 2015 8:13 AM
**To:** Cynthia D'Angelo
**Cc:** Susan Larijani; Deborah Panning
**Subject:** Sales Rep Response

Cynthia,

Please see the email string listed below.  This is regarding the case we discussed with you yesterday to obtain additional information (AE/PC Broken Piece- BA15-005347) .

Highlighted in yellow is the response from the Sales Rep found in the project box this morning.  We have already reported the event and I am not sure what form the Sales Rep is requesting as it is not our process to send out forms to the HCPs regarding AEs.  Please advise?

Thanks!

**EXHIBIT 10**
Larijani
5/23/23

Gabbs


-----Original Message-----
From: Maureen Andren [mailto:Maureen.Andren@tevapharm.com]
Sent: Tuesday, March 31, 2015 6:09 PM
To: TevaUSMedInfo
Subject: Re:

The HCP listed below is looking for a form to report the incident described below. [Redacted PHI/PII] has already received some information from ParaGard regarding this issue according to the account but she is still requesting a form to report the incident.

Please advise if this is something you can provide to the account.

I will wait to hear back at your earliest convenience.

Thank you,
Maureen Andren

Sent from my iPad

> On Mar 31, 2015, at 11:00 AM, TevaUSMedInfo (External) <tevausmedinfo@wrbcorp.com> wrote:
>
> Dear Maureen Andren;
>
> The Medical Information department has received an electronic Medical Information Request Form (e-MIRF) for PARAGARD by [Redacted PHI/PII] for the following information: [Redacted PHI/PII] [Redacted PHI/PII] removed a ParaGard this morning which was missing one of its arms when it came out. It was inserted in 2008. [Redacted PHI/PII] would like to know How often has this issue occurred?
>
> Please fax any pertinent information to [Redacted PHI/PII] She would appreciate a response from ParaGard as soon as possible! Thank you".
>
> The question you submitted has two different addresses. The first is [Redacted PHI/PII] The second one is [Redacted PHI/PII] Could you provide the one that is to be used for this case ? To appropriately respond to this question, we would like you to clarify the request by replying to this e-mail.
>
> We appreciate your prompt response to this matter.
>
> Sincerely,
>
> Sincerely,
>
> US Medical Information
> Medical Affairs
> Teva US Specialty Medicines
>
> Reference ID: BA15-005347
>

>

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

| | |
|---|---|
| **From:** | Deborah Panning [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DPANNING] |
| **Sent:** | 11/14/2014 7:05:38 PM |
| **To:** | Diaz, Gabriella [gabriella.diaz@wrbcorp.com]; Patterson, Kendra [kendra.patterson@wrbcorp.com]; Hewitt, Mark [Mark.Hewitt@wrbcorp.com]; chicata.martinez@wrbcorp.com |
| **CC:** | Susan Larijani [susan.larijani@tevapharm.com]; Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; Rossigion, Sandra [sandra.rossigion@wrbcorp.com] |
| **Subject:** | FW: PV Training Question |
| **Attachments:** | ParaGard.pdf |

Hi Gabriella, Kendra, Chicata & Mark: To follow-up on discussions about the attached training sheet, dated as 'Revised 8/24/10 KLL'—When these training sheets and similar items are reviewed and re-confirmed as accurate each year even with no revisions, the date and who reviewed/approved should be added each year. It makes it easier to track the history of the directions/guidances and when revisions are made.

This is similar to the request that came out of our audit in May that WRB SOPs should have documentation that they were reviewed each year so that it doesn't look like that they haven't been reviewed since the original date listed.

Let me know if we need to discuss or it can be added to our next meeting—

Thanks!

Deborah L. Panning RN, MSN
Senior Manager Medical Information
Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com

---

**From:** Diaz, Gabriella [mailto:gabriella.diaz@wrbcorp.com]
**Sent:** Thursday, November 13, 2014 1:18 PM
**To:** Susan Larijani; Deborah Panning; Joanne McCreery
**Cc:** Hewitt, Mark; Patterson, Kendra
**Subject:** PV Training Question



Susan, Deb and Joanne,

A few of the staff have questions regarding a potential change in process for Teva Women's Health. Please see the attached information that has been provided to us in the ParaGard training by previous supervisors leading the project. This specific form is housed in our ParaGard training binder and is provided during new hire training. This specific form was last updated in 2010 and Kendra also confirmed the accuracy of the this specific reporting instruction during her tenure of leading the project in 2013. We understand that project needs and requirements can change and want to ensure that we are promoting consistency throughout the project.

Additionally, it may be beneficial to discuss the potential impact of these changes. Assuming that Teva Women's Health will start a new process to report failed insertions as Adverse Events for the purposes of tracking insertion errors. In the anticipation of this change, Kendra and I estimated the number of failed insertions reported as compared to the total number of ParaGard AE reports. This specific change could possibly increase adverse event reporting to an additional +/-100 cases/month which would increase our AE reporting by ~50% for ParaGard. The downstream results of course being a possible increase in call handling, decrease in call capture and possible redistribution of labor in the early hours of the program.

# ParaGard

## Differentiating ParaGard Adverse Events from Quality Issues

1) IUD insertion failures /load and release issues are quality issues only
It would only be considered an adverse event if there is another event involved (example bleeding)

2) String broke during removal is a quality issue only
If surgical intervention was needed, then it is an adverse event (IUD complication)

3) IUD broke and a fragment retained is a quality issue and an adverse event

4) Expulsion is an adverse event only. It is not a quality issue

5) Feels string during intercourse is not an adverse event or a quality issue

6) Migration by itself is not a quality issue

7) Pregnancy is an adverse event
(Horsham will add LOE and send to QAS)

8) I did my monthly check and I can't feel my strings – not an adverse event or quality issue, refer to HCP

9) Failed insertion, insertion was attempted but the patient's cervical os was too small to insert the ParaGard – not adverse event or quality issue

10) ParaGard was removed from the patient and one of the arms was missing. An ultrasound had not been performed and no further information was available at the time of the call. **This is a quality issue and an adverse event.**

## Examples to further clarify:

1) If ParaGard is inserted and then found not to be in the right place on the ultrasound at the same visit, then it is considered an operator error for insertion then it is not considered as an adverse event.

2) If ParaGard is inserted and then found not to be in the right place on ultrasound at a follow-up visit, then it is considered as an adverse event.

3) If ParaGard is inserted and expelled while the patient is still on the table, it is not considered an expulsion or adverse event unless another event is involved.

4) If ParaGard is inserted and expelled after the patient has left the office, then it is considered an adverse event.

## Determining seriousness of AE cases

Please use your best judgment in determining the Seriousness of the case.
Example of events:
IUD perforation is Serious
IUD complications (depends on what kind of complications).

_ooo Information regarding the safety of mer (av) in patients using P—_

Revised 8/24/10 KLL

| From: | Cynthia D'Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDANGELO01] |
|---|---|
| Sent: | 8/13/2015 2:29:31 PM |
| To: | Deborah Panning [deborah.panning@tevapharm.com]; Susan Larijani [susan.larijani@tevapharm.com] |
| Subject: | RE: Medical Information/QAS/PhV Case Escalation Best Practices |

Thanks Deb,

Best Regards,

Cynthia D'Angelo, Pharm.D.
Teva Pharmaceuticals
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd., Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office); (484) 682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com

**From:** Deborah Panning
**Sent:** Thursday, August 13, 2015 9:50 AM
**To:** Cynthia D'Angelo; Susan Larijani
**Subject:** RE: Medical Information/QAS/PhV Case Escalation Best Practices

Hi Cynthia:    Thanks for putting this together.    I edited some of the language and added the reminder request for training. Also noted in red, the changes to the current MI/WRB process.    I am also sending to Susan in case she has any additional info to add before you send it to David.

Thanks!

Deborah L. Panning RN, MSN
Associate Director US Medical Information
North America Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com

<< OLE Object: Picture (Device Independent Bitmap) >>

**From:** Cynthia D'Angelo
**Sent:** Wednesday, August 12, 2015 6:00 PM
**To:** Deborah Panning
**Subject:** Medical Information/QAS/PhV Case Escalation Best Practices



Hi Deb for your review.    I added on question 11 not sure if he'll go for that but QAS should really make the decision.    I believe these are product complaints and should be escalated.
Thanks,
Cynthia

MDL2974TWHLLC152071

b.      This is a quality issue, should report to QAS.

4)      I inserted a PARAGARD and it expelled (or partially expelled) while the patient was on the table in the office.

a.      Not reported to PhV, because this is a placement issue.

b.      Not reported to QAS

5)      I inserted a PARAGARD and it expelled after the patient got off the table (during the same visit, patient has not left the office)

a.      Not reported to PhV. Because this would be a placement issue.

b.      Not a QAS report.

6)      Partial or complete expulsion of a woman's PARAGARD (after she already left the doctor's office).

a.      Send to PhV it is an AE

b.      Not reported to QAS.

7)      Lack of Efficacy – Patient gets Pregnant

a.      Send to PhV it is an AE

b.      Send to QAS it could be a quality issue.

8)      Partner feels woman's PARAGARD strings during intercourse.

MDL2974TWHLLC152073

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152075

| | |
|---|---|
| **From:** | Hewitt, Mark [Mark.Hewitt@wrbcorp.com] |
| **Sent:** | 11/5/2015 1:05:14 PM |
| **To:** | Susan Larijani [susan.larijani@tevapharm.com]; Deborah Panning [deborah.panning@tevapharm.com]; Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; Lisa DiPaolo-Fischer [lisa.fischer@tevapharm.com] |
| **CC:** | Linda Chappell [linda.chappell@wrbcorp.com] |
| **Subject:** | Teva Women's Health Monthly Activity Report - October 2015 |
| **Attachments:** | Teva Pharmaceuticals Women's Medical Information October 2015.pdf; New Transfer Information for ParaGard.pdf; Updated Women's Health Scenarios.pdf |

Good afternoon! Please find attached the monthly report for TWH for October 2015 along with October training sign-off sheets. Please let me know if you have any questions.

Best regards,

**Mark Hewitt, RN, MSIM**
**Vice President, Operations**
**WRB Communications, Inc.**
**(703) 449-0520 Ext. 2222**
**(703) 449-0523 (Fax)**

The contents of this e-mail message and any attachments are confidential and are intended solely for the designated recipient(s). The information may also be legally privileged. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by e-mail or phone and delete this message and its attachments, if any.





**Training Documentation**

| Client Program/Corporate Dept.: TEVA | | | | Date:   10/06/2015 | |
|---|---|---|---|---|---|
| Topic:  Updated Women's Health Scenarios | | | | | |
| Training Method: | Presentation | Teleconference | Webinar | WebEx | Self-Study   X |

# Non-ParaGard Information

*May also designate the individual distributing or authorizing an independent study packet; hosting the teleconference, Webinar, or WebEx

Revision 2, September 2012
QA Dept.

MDL-2974 Confidential - Subject to Protective Order

**Kieler, Dianna**

| | |
|---|---|
| **From:** | Chappell, Linda |
| **Sent:** | Tuesday, October 06, 2015 12:35 PM |
| **To:** | TevaWomems Distribution |
| **Subject:** | Women's Health REal World Scenarios |
| **Attachments:** | Women's Health Real World Scenarios FINAL 10.2.2015.doc |

Hi All,

Please see the attached final version of Teva Women's Health Real World Scenarios. Items 31, 32 and 33 are new. #31 and #32 are answers to the Training questions, and #33 was changed by PV who contacted Cynthia with this new information. Cynthia also updated the highlighted information in the Takeaways.

Thanks,

# Redacted PHI/PII

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152827

**Women's Health Scenarios:**

1)  The strings on the PARAGARD punctured a condom *(nothing else happened). (*change in process)*
    - **Not reported to PhV.  This is not an AE.**
    - **This is not a quality issue, should not report to QAS.**
    - **The patient should be advised to follow up for an examination by her healthcare professional.**

2)  The strings on the PARAGARD punctured a condom *(and something happened, e.g., she or her partner got a sexually transmitted infection [STI/STD] as a result of the puncture).*
    - **This should be reported to PhV.  This is an AE.**
    - **This is not a quality issue, should not report to QAS.**
    - **The patient should be advised to follow up for an examination by her healthcare professional.**

3)  The strings on the PARAGARD cut the partner's penis.
    - **This should be reported to PhV.  This is an AE.**
    - **This is not a quality issue, should not report to QAS.**
    - **The patient should be advised to follow up for an examination by her healthcare professional.**

4)  I inserted PARAGARD into a patient but one of the wings did not extend. *(*change in process)*
    - **Not reported to PhV – not an AE.**
    - **This is a quality issue, should report to QAS.**
    - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

5)  I inserted a PARAGARD and it expelled (or partially expelled) while the patient was on the table in the office. *(*change in process)*
    - **Not reported to PhV, because this is a placement issue.**
    - **This is a quality issue, should report to QAS.**
    - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

6)  I inserted a PARAGARD and it expelled after the patient got off the table *(during the same visit, patient has not left the office).  (*change in process)*
    - **Not reported to PhV, because this would be a placement issue.**
    - **This is a quality issue, should report to QAS.**
    - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

MDL-2974 Confidential - Subject to Protective Order                                    MDL2974TWHLLC152828

7) Partial or complete expulsion of a woman's PARAGARD *(after she has already left the doctor's office)*.
   - **This should be reported to PhV.  This is an AE.**
   - **This is not a quality issue, should not report to QAS.**

8) Lack of Efficacy – Patient gets Pregnant.
   - **Send to PhV it is an AE.**
   - **Send to QAS it could be a quality issue.**

9) Partner feels woman's PARAGARD strings during intercourse. *(*change in process)*
   - **Not reported to PhV – not an AE.**
   - **This is not a quality issue, should not report to QAS.**
   - **The patient should be advised to follow up for an examination by her healthcare professional.**

10) Partner feels woman's PARAGARD strings during intercourse and they hurt him (he has pain).
   - **Send to PhV as an AE (because of the pain, not because the strings can be felt).**
   - **This is not a quality issue, should not report to QAS.**
   - **The patient should be advised to follow up for an examination by her healthcare professional.**

11) I removed a PARAGARD from a patient and one (or both) of the arms is (are) broken/fragmented *[probe the caller to see if they know where the missing piece(s) is (are). If a piece is still inside of the patient and has perforated, migrated, or embedded then is an AE/PC]*.
   - **Send to PhV as a possible AE.**
   - **Send to QAS, breakage can be a quality issue.**

12) I removed a PARAGARD from a patient and one (or both) of the arms broke off/fragmented during the removal process.  The whole IUD has come out, and no part of the IUD has been left in the patient. *(probe the caller to make sure the whole PARAGARD has been removed from the patient)*.
   - **Not an AE, does not go to PhV.**
   - **Send to QAS, breakage can be a quality issue.**

13) I removed a PARAGARD from a patient and one of the arms is missing (or is 'lost').
   - **Send to PhV as a possible AE.**
   - **Send to QAS, can be a quality issue.**

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152829

14) For PARAGARD, reports of: perforation, migration, embedment, and/or expulsion by themselves *(IUD is intact)*.
- **Send to PhV, they are AEs.**
- **Not quality issues; Not reported to QAS.**

15) If the PARAGARD breaks and/or fragments AND perforates, migrates, embeds, or is expulsed. *(\*change in process)*
- **Send to PhV, they are AEs.**
- **Send to QAS, can be a quality issue.**

16) For PARAGARD, any loading and/or release issues by themselves.
- **Not reported to PhV – not an AE.**
- **Send to QAS, may be a quality issue.**
- ***If an AE is reported along with the load/release issue, this would be reported to PhV (e.g., pain or discomfort).***

17) I inserted a PARAGARD in a patient whose uterus sounded to 12 cms will it still be effective.
- **Report to PhV – may be an AE. If a device migration occurs, then we already have this baseline information.**
- **Not quality issue; Not reported to QAS.**

18) A Sales Representative called to report that a female patient underwent PARAGARD insertion. The patient's uterus measured 10 cm. All other information was declined.
- **Report to PhV – may be an AE. If a device migration occurs thereafter, then we already have the patient's baseline information.**
- **Not quality issue; Not reported to QAS.**

19) Can I place a PARAGARD in a distorted uterine cavity (Physician has not placed the PARAGARD yet).
- **Question only. Not reported to PhV – not an AE.**
- **Not quality issue; Not reported to QAS.**

20) Patient reports, I cannot feel the strings of my PARAGARD.
- **Not reported to PhV right now, given the limited details provided.**
- **Not quality issue; Not reported to QAS with this limited information.**
- **The patient should be advised to follow up for an examination by her healthcare professional.**

21) I inserted a PARAGARD, and the patient had an ultrasound the same day after the patient left the office, which showed that it was not in place.
- **Send to PhV because patient had left the office.**
- **Not quality issue; Not reported to QAS.**

MDL-2974 Confidential - Subject to Protective Order                                  MDL2974TWHLLC152830

22) I don't like that [Redacted PHI/PII] One-Step is/has…(one tablet not two, not scored, a different flavor, a different size, a different color, numbers written on it that are too small, etc).
- **Not reported to PhV – not an AE.**
- **Send to QAS, it is a customer preference and QAS tracks them.**

23) Last time I bought [Redacted PHI/PII] One-Step it was a different color or size than it is this time, is something wrong with the product. (no AE reported).
- **Not reported to PhV – not an AE.**
- **Send to QAS.**

24) I am on birth control pills, but I took [Redacted PHI/PII] because I was on my placebo pills.
- **Not reported to PhV – not an AE. The patient took appropriate precautionary measures.**
- **Not quality issue; Not reported to QAS.**

25) I normally use condoms and birth control pills, I took [Redacted PHI/PII] because the condom broke, but I have not missed any of my birth control pills.
- **Not reported to PhV – not an AE. The patient took appropriate precautionary measures.**
- **Not quality issue; Not reported to QAS.**

26) Can I give my dog [Redacted PHI/PII] One-Step (animal exposure question).
- **Not reported to PhV – not an AE; PhV only reports products for human use.**
- **Not quality issue; Not reported to QAS.**

27) I am breastfeeding and I am going to take [Redacted PHI/PII] One-Step. Do I need to pump and dump? (Caller has not taken Plan B One-Step).
- **Question only based on the current details provided. Not reported to PhV.**
- **Not quality issue; Not reported to QAS.**
- ***If patient did take Plan B One-Step, then report to PhV as drug exposure during breastfeeding.***

28) If Planned Parenthood or an HCP tells a consumer it is ok to use PBOS past 72 hours and the consumer has not taken the product yet, and has not used the product outside of its indication.
- **Although information provided to patient is inconsistent with PI, there is no indication that any patient took PBOS past the 72 hours. Right now it is a question only, and not reported to PhV.**
- **Not quality issue; Not reported to QAS.**
- ***If patient took PBOS past 72 hours as wrongly advised, then it is reported to PhV as a medication error.***

MDL-2974 Confidential - Subject to Protective Order                                       MDL2974TWHLLC152831

29) The HCP prescribes PBOS to be taken after 72 hours, and patient takes it after 72 hours.
- **Report to PhV.**
- **Not quality issue; Not reported to QAS.**

30) This also brought up another question as to how far does this extend, since HCPs can prescribe "off label", do we consider any prescription outside of the indication a safety report?
- **Yes, this is off-label prescribing and possibly a prescribing error (depending on the information/situation described), and is reported to PhV.**
- **Not quality issue; Not reported to QAS. (depending on the information/situation described)**

31) I inserted a PARAGARD into a patient and it expelled due to the patient's anatomy (stenosis, scar tissue within the patient), while the patient was still in the office.
- **PhV – Not an AE (placement issue)**
- **QAS – This is a quality issue, report to QAS**
- *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

32) If a patient comes back after insertion of PARAGARD (she has left the office, or months and years after insertion) and one of the arms is bent down but the PARAGARD is still in the correct place at the fundus or within the uterine cavity. Originally, it did deploy correctly with both arms up but now one is bent down.
- **PhV – Not an AE**
- **QAS – This is a quality issue, report to QAS (release issue)**
- *If an AE is also reported, this would be reported to PhV (e.g., pain, cramping, bleeding, discomfort).*

33) The following are considered "Special Situations": Pregnancy, Breastfeeding, Overdose, Abuse, Off-label use, Misuse, Medication error, and Occupational Exposure. These are considered adverse events, even if there were no AEs that were reported. *(change in process)*
- **These cases should be forwarded to PhV, if the product was used/taken.**

**TakeAways from Pharmacovigilance (PhV)**

- Misuse by a patient with or without an AE, is reported to PhV. *(change in process)*

- **The following are considered as "Special Situations": Pregnancy, Breastfeeding, Overdose, Abuse, Off-label use, Misuse, Medication error, and Occupational Exposure. These are considered adverse events, even if there were no AEs that were reported. Therefore, should be forwarded to PhV if the product was used/taken.** *(change in process)*

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152832

- Misuse by patient and there is an AE (clarify if it was prescribed that way, for example, doctor wrote to cut the pill in half) –report AE to PhV.

- <u>Do not</u> forward any animal exposure reports to PhV or QAS.

- PARAGARD -Feeling strings <u>during intercourse</u> by itself is NOT an AE; however, any reports of pain and/or discomfort by the patient or partner would warrant a report to PhV. Refer patient to HCP for follow-up examination.

- PARAGARD -Failed insertions
  - If the HCP is calling for a replacement due to expulsion then continue to clarify the nature of the expulsion, by saying such things as:
    - When did the expulsion occur?
      - After initial visit and patient left the office; or occurred on a different day from the procedure. Report to PhV.

      - <u>During the insertion visit?</u>
        - Was there a problem with the patient after insertion such as (bleeding, pain, and/or cramping)? If yes, report to PhV, as an AE.
        - Was there a problem with the product? If yes, report to QAS as a PC.
        - Was an ultrasound performed right after insertion while patient was still in the office?
          If yes,
          - Was the device noted out of place? If yes, not reported to PhV because it's a placement issue.
        - If no ultrasound was performed after insertion, but device was visibly found to be located in the vagina or expelled while patient was still on the table? Not reported to PhV because it is a placement issue.

      - <u>After insertion visit (patient has left the office), or occurred on a different day from the insertion visit</u> – if IUD is expelled report to PhV.

- If an HCP places the PARAGARD outside of the PI recommendations for (see below for examples),
  - Uterus sounds to 10 cm
  - Placed against the contraindications such as; active infection or mal shaped uterus
  - Report to PhV. Also ask if any AE's occurred.

- If HCP has not inserted PARAGARD yet and just asks a question outside of the PI recommendations, then this is not reported to PhV.

MDL-2974 Confidential - Subject to Protective Order                 MDL2974TWHLLC152833

- PARAGARD - If the patient can no longer feel her strings and it has not yet been confirmed to be out of place, not reported to PhV. Refer patient to HCP (see PI for language).

- Lack of Efficacy is an AE (report to PhV) and a PC (report to QAS)

- Incorrect advice by HCP to the patient concerning PBOS/Take Action/Aftera and the patient has not used the product yet outside the indication or usage information---
    o Not reported to PhV
    o If the patient followed the HCP's incorrect advice and took the product outside of its indication or instructions for use- Should be reported to PhV. Clarify with caller if there was also an AE which should also be reported to PhV.
    o PBOS/Take Action/Aftera- are OTC and HCP prescribing errors do not apply as these products no longer require a prescription. If the patient takes 2 pills on the advice of a HCP or takes them on her own accord, this should be reported to PhV. Clarify with caller if there was also an AE which should also be reported to PhV.

- Medication errors should be reported to PhV, and also ask caller if an AE occurred.

- Report patient misuse of a product to PhV, even if no AE is involved.

- PARAGARD: Major reporting change for WRB is that if an ultrasound confirms that the product is not in the correct location, even if it was inserted on the same day but the patient left the office after the procedure, the report should be forwarded to PhV. This could be a placement issue.

MDL-2974 Confidential - Subject to Protective Order     MDL2974TWHLLC152834

| | |
|---|---|
| **From:** | Brandon Howard [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRANDON.HOWARD] |
| **Sent:** | 8/27/2014 6:49:20 PM |
| **To:** | Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com] |
| **CC:** | Susan Larijani [susan.larijani@tevapharm.com] |
| **Subject:** | RE: AOP 2015 Meeting Slides for Medical Information. |
| **Attachments:** | US AOP Presentation- Paragard.pptx |

Here's the revised slide. Will you please put this and the others on the correct template for me?
Thanks,
Brandi

Best regards,



**Brandon Howard, PhD**  Medical Director, Women's Health, NA Medical Affairs
Tel: 610-786-7041   Cell: 201 783-6749   Fax:
Brandon.Howard@tevapharm.com   sip:Brandon.Howard@tevapharm.com   www.tevapharm.com

---

**From:** Cynthia D'Angelo
**Sent:** Wednesday, August 27, 2014 11:00 AM
**To:** Brandon Howard
**Cc:** Susan Larijani
**Subject:** Re: AOP 2015 Meeting Slides for Medical Information.

Hi Brandi,
I should have said,
ParaGard has the highest number of AEs of any Brand product in the US for Teva.
Thanks,
Cynthia

---

**From:** Cynthia D'Angelo
**Sent:** Wednesday, August 27, 2014 10:00 AM
**To:** Brandon Howard
**Cc:** Susan Larijani
**Subject:** Re: AOP 2015 Meeting Slides for Medical Information.

Hi Brandi,
I'm not sure if Susan has comments, but could you please enter back. -Initial intake of Adverse Events to the slides, especially for ParaGard. ParaGard has the highest number of AEs of any Brand product in the company. So it requires a lot of work on WRBs part (and Med Info has to pay extra for that work).
Thanks,
Cynthia

---

**From:** Brandon Howard
**Sent:** Tuesday, August 26, 2014 07:21 PM
**To:** Cynthia D'Angelo
**Cc:** Susan Larijani
**Subject:** RE: AOP 2015 Meeting Slides for Medical Information.



Hi,

I made some edits to condense the information to include only key points. Please let me know if you approve.

Thanks!

Brandi <<MI 2015[Non-ParaGard Information] 2014-CD BKH.pptx>> <<MI 2015 ParaGard AOP-8 2014-CD BKH.pptx>> <<MI 2015 [Non-ParaGard Information] 8 2014-CD BKH.pptx>>

Best regards,

**Brandon  Howard, PhD**   Medical Director, Women's Health, NA Medical Affairs

Tel: 610-786-7041   Cell: 201 783-6749   Fax:

Brandon.Howard@tevapharm.com   sip:Brandon.Howard@tevapharm.com   www.tevapharm.com

---

**From:** Cynthia D'Angelo
**Sent:** Tuesday, August 26, 2014 3:04 PM
**To:** Brandon Howard
**Cc:** Susan Larijani
**Subject:** AOP 2015 Meeting Slides for Medical Information.

Hi Brandi,

Attached are the AOP 2015 slides for Medical Information.

<< File: MI 2015[Non-ParaGard Information]8.2014-CD.ppt >> << File: MI 2015 [Non-ParaGard Information]8.2014-CD.ppt >> << File: MI 2015 ParaGard AOP-8.2014-CD.ppt >>

Best Regards,

Cynthia

**Cynthia D'Angelo, Pharm.D.**

**Teva Pharmaceuticals**

Senior Manager Medical Affairs – TEVA Women's Health

US Medical Information

Address: 41 Moores Rd.  Frazer, Pennsylvania 19355

Phones: 610-786-7159 (Office); 267-212-3723 (Mobile)

Email: Cynthia.D'Angelo@tevapharm.com     www.tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC146932

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC146933

# Paragard Regional AOP

*August 28, 2014*

CONFIDENTIAL CONTINGENCY/SCENARIO PLANNING DOCUMENT. FOR INTERNAL DISCUSSION PURPOSES ONLY.

TEVA

# Paragard

## US Brand Strategy

### Key Brand Imperatives

Exploit competitors' shift in focus away from multiparous IUD segment

Ensure HCPs/patients perceive ParaGard to offer features and benefits that are relevant to the needs of a large segment of women

ParaGard is included in every HCP/patient contraceptive discussion in which women are open to an IUD ('seat at the table')

Increase accessibility of ParaGard by eliminating barriers of purchase

CONFIDENTIAL CONTINGENCY/SCENARIO PLANNING DOCUMENT. FOR INTERNAL DISCUSSION PURPOSES ONLY.

2

# Paragard – Medical Strategy

3

## Key Medical Issue

### Paragard insertion training

## US Medical Strategy (Overall)

- Educate HCPs on long-acting, non-hormonal contraception as first line option and improve contraceptive counseling by HCPs to ensure Paragard consideration throughout life stages

- Address bleeding and dysmenorrhea concerns with Paragard use

- Provide tools to ensure proper placement of Paragard; increase awareness and education for post-partum placement

- Increase scientific share of voice (SOV)

- External Expert engagement

# Functional Strategies and Tactics

CONFIDENTIAL CONTINGENCY/SCENARIO PLANNING DOCUMENT. FOR INTERNAL DISCUSSION PURPOSES ONLY.

4

5

## 2015 US Paragard Advisory Board

Scientific Advisory Board (1) to review training program, recent data generated, continue to identify data gaps, and assess publication plan

# Paragard Investigator Initiated Studies

## Ongoing studies: (David Turok, MD & Jeffrey Peipert MD)

Topics of interest:

Patient satisfaction or quality of life studies

Safety studies in:

  Nulliparous

  Adolescents

  Women with comorbidities

  Use with MRI

Patient contraceptive counseling tools

Bleeding patterns and/or dysmenorrhea with new users

Treatment of bleeding and/or dysmenorrhea with new users

Cost-effectiveness of short-term use (1.5-5 years)

6

## Paragard Investigator Initiated Studies

| | |
|---|---|
| **Investigator** | David Turok, MD<br>University of Utah<br>Obstetrics and Gynecology |
| **Study Title** | Bleeding Patterns in New Paragard Users |
| **Primary Endpoints** | To assess the bleeding patterns associated with the initiating of a ParaGard IUD. The primary outcome of this study will be to compare the number of days of bleeding and spotting in the 90-day period prior to and following ParaGard IUD insertion. |
| **Timelines** | First patient first visit (1/1/15), Last Patient Last visit (12/31/15) & Final report (9/30/16) |
| **Status** | Planned |

7

# Paragard Investigator Initiated Studies

| | |
|---|---|
| **Investigator** | Jeffrey Peipert, MD<br>Washington University<br>Obstetrics and Gynecology |
| **Study Title** | Fertility after Contraceptive Termination |
| **Primary Endpoints** | The primary study objective is to determine if the IUD impairs fertility after controlling for reproductive tract infection. |
| **Timelines** | First patient first visit (7/1/2014), Last Patient Last visit (6/30/16) & Final report (9/1/16) |
| **Status** | Ongoing |

8

## US Medical AOP – By Function

### Field Medical Affairs

Highly focused Institutional MSL team (2 MSLs) charged with:

- Conducting Paragard insertion trainings for identified OB/GYN Residency programs and NP programs
  - Each MSL to cover assigned Residency & NP programs
  - At least 2 visits/trainings per yr initiated by MSL (2/yr for NP programs)
- Educational initiatives for all Family Planning Fellows (higher level than insertion training- program to be developed)
  - 2 visits/trainings per yr initiated by MSL
  - Feasibility assessment yielded approx. 40 total programs/MSL

Attend key medical conferences for External Expert engagement and competitive intelligence (NPWH, SFP, ARHP, ACOG & ASRM)

Cover all Medical Information MSL consult requests (approx 10-12/month nationwide)

Provide medical support for cross-functional internal teams (e.g. training, certifications)

# US Medical AOP – By Function

## US Medical Education

Support independent education requests aligned with US Medical Affairs strategies based on criteria including, but not limited to:

Educating healthcare professionals on improved patient counseling regarding contraceptive options, effectiveness, risks, and benefits.

Educating healthcare professionals regarding current research and treatment guidelines related to contraceptive options.

Educating healthcare professionals on the history and misperceptions about Intrauterine Contraception, discuss current treatment guidelines, and how to choose the appropriate candidates for Intrauterine Contraception.

Educating healthcare professionals on the features of LARCs and insertion techniques for Intrauterine Contraception.

Supporting resident and fellowship programs to enhance knowledge of contraception and family planning.

| Key Activities | Updates |
|---|---|
| -Oversight and Support for the WRB (MI) Contact Center , Intake of AEs, Ongoing QC activities, and Product Training | -In 1Q and 2Q 2014, TWH was running at 68% of the total volume of inquiries across all US Therapeutic Areas at Teva |
| -Promotion and Advertising Review Committee (PARC) - Provide Medical Review of Promotional Materials | -In 1Q and 2Q 2014, Paragard had 43% of all TWH inquiries into Medical Information (n = 5993) |
| -Database Management, Creation and Maintenance of SRL and FAQ Documents | |
| -Medical Writing Support (Scientific Response Letters [SRLs] and FAQs) | |

AOP
2015

11



US Medical AOP – By Function

US Medical Information

13

## US Medical AOP – By Function

### Global HEOR

Determine Paragard utilization pattern in real world data (Truven database) by age, co-pay level, and other characteristics

To differentiate Paragard vs other products by demonstrating pregnancy rates with ParaGard compared with other IUDs and OCs. (Truven, Utah State Data and other database)

Engage with external experts to identify the opportunity to develop a patient preference/satisfaction questionniare

Publish abstracts/manuscripts of the RWD analyses to increase awareness and support Paragard use

14

## US Medical AOP – By Function

### Global Scientific Communications

Understanding of available options for contraception, benefits of LARCs, awareness of current guidelines among pharmacists. Presenting findings from Pharmacists Survey -
- Abstracts planned 2015 for APhA, SFP, NPWH
- 2 manuscripts - Contraception, Am J of Health System Pharm

Communicate trends in Use and Complications from Intrauterine LARCs and Tubal Ligation (13 Database)
- Manuscript – Howard et al. Contraception (in progress)

Partner with APhA and a vendor to develop a Digital Platform to engage HCPs in a compliant manner. Disseminate information as identified in needs assessment performed independently by APhA.
- Integrated platform of digital and social media (content independently developed by an agency and APhA but funded by TEVA)

In collaboration with External Experts, publish systemic reviews on Paragard and bleeding/dysmenorrhea and provide new data (CHOICE study) to fill gaps
- Manuscripts - Contraception/Obstetrics & Gynecology

1           IN THE UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF GEORGIA

2               ATLANTA DIVISION

              MDL DOCKET NO. 2974

3             (1:20-md-0247-LMM)

         This Document Relates to All Cases

4

                  -  -  -

5

6    IN RE:  PARAGARD IUD PRODUCTS

          LIABILITY LITIGATION

7

8                  -  -  -

9

            TUESDAY, MAY 23, 2023

10

11                 -  -  -

12

13     Video Recorded and Remote Zoom Deposition

14   of SUSAN LARIJANI, taken pursuant to Notice,

15   at the law offices of Greenberg Traurig, 1717

16   Arch Street, 4th Floor, Philadelphia,

17   Pennsylvania, commencing at approximately 9:13

18   a.m., on the above date, before Rose A.

19   Tamburri, RPR, CM, CCR, CRR, USCRA Speed and

20   Accuracy Champion and Notary Public.

21

                  -  -  -

22

23

         VERITEXT LEGAL SOLUTIONS

24         Mid-Atlantic Region

       1801 Market Street - Suite 1800

25     Philadelphia, Pennsylvania  19103

                        Page 1

1              Has that number changed over time?

2      A.    Yes.

3      Q.    Okay.

4              And how many people did you have

5    under your responsibility in 2017?

6      A.    I'd have to go back and look at that.

7    I don't have the current org chart in front of

8    me from 2017.

9      Q.    Okay.

10             Did it change substantially?

11     A.    I'd have to go back and look at that.

12     Q.    So you can't remember offhand if this

13   number doubled or just it might have been a

14   few different people that came in?

15             MS. FERRELL:   Objection, form.

16             THE WITNESS:   I honestly cannot

17   recall.

18             MS. HERMIZ:   Okay.

19   BY MS. HERMIZ:

20     Q.    And Sally Fedon under Teva Women's

21   Health, is that how you pronounce her last

22   name?

23     A.    Sally Fedon.

24     Q.    Fedon?

25     A.    Um-hmm.

Page 20

1        Q.    And is she the only employee in this
2    organizational chart who had responsibilities
3    with respect to ParaGard?
4        A.    Yes.
5        Q.    Is there anybody that replaced
6    Ms. Fedon during the time that you worked with
7    ParaGard?
8        A.    Yes.
9        Q.    And who was that?
10        A.    Cynthia D'Angelo.
11        Q.    And when did -- when did Cynthia
12    become responsibility -- responsible for
13    ParaGard in Medical Information?
14        A.    I would have to go back and look at
15    her hire date.  I don't have that in front of
16    me.
17        Q.    And anyone else besides Ms. D'Angelo?
18        A.    Not that I can recall.
19        Q.    Okay.
20              And is there anybody else on this
21    organizational chart that -- whose
22    responsibilities touched on ParaGard in any
23    way?
24        A.    Yes.
25        Q.    And who is that?

Veritext Legal Solutions
346-293-7000

1   from a healthcare provider or other external

2   or internal source; correct?

3               MS. FERRELL:  Objection, form.

4               THE WITNESS:  As I mentioned

5   earlier, our role is to respond to unsolicited

6   requests that come in for our products.

7   BY MS. HERMIZ:

8       Q.   Are there any other FDA guidance

9   documents that the Medical Information

10  department used -- that the Medical

11  Information department used?

12      A.   With respect to ParaGard?

13      Q.   Yes.

14      A.   I -- not that I can -- well, I mean,

15  not that I can think of.

16      Q.   Counsel asked some questions about

17  providing training to WRB.  Do you recall

18  those questions?

19      A.   Yes.

20      Q.   Did you ever personally train anyone

21  at WRB?

22      A.   Not for ParaGard or the women's

23  healthcare products, no.

24      Q.   Okay.

25               And who -- who trained the --

Page 371

1    who -- who was responsible for training the
2    folks at WRB with respect to ParaGard?
3        A.   That would have been Sally Fedon or
4    Cynthia D'Angelo.
5        Q.   Okay.
6             You agree that ParaGard -- the
7    ParaGard IUD is supposed to be easily removed;
8    correct?
9             MS. FERRELL:  Objection, form.
10            THE WITNESS:  There are
11   instructions for removal of ParaGard in the
12   label.
13            MS. HERMIZ:  Okay.
14   BY MS. HERMIZ:
15       Q.   And that ParaGard IUD is not supposed
16   to break when it's removed; correct?
17            MS. FERRELL:  Objection, form.
18            THE WITNESS:  That breakage upon
19   removal has occurred.
20   BY MS. HERMIZ:
21       Q.   Okay.
22            But it's not supposed to break
23   upon removal; correct?
24       A.   I can't speak to that.
25       Q.   Okay.

Page 372