# EXHIBIT 11G

| | |
|---|---|
| From: | Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS] |
| Sent: | 7/11/2017 9:10:36 PM |
| To: | Tony Delicato [tony.delicato@actavis.com]; John Coopman [john.coopman@tevacanada.com] |
| Subject: | Proposed Waiver for Buffalo Stability Program |
| Attachments: | API Auditing waiver signatures- Buffalo.pdf; Exemption on stability secondary packaging2.doc; Signed Buffalo Stability Waiver.pdf |

Hi Tony,

    I am attaching a copy of a proposed waiver from a Teva standard for the Buffalo stability program. We have obtained various waivers before (I have attached a sample of a previous waiver for your reference.). Our previous waivers were developed prior to a system being standardized in Teva SOPs. I have attached a word version if you wanted to insert comments and also have inserted a signed version if you do not have any comments

    In terms of background on this waiver, what I am proposing is to not be required to have secondary packaging for the ParaGard IUD included as part of the stability storage. The reasons are explained in the waiver, as we feel this is not needed for this product. We feel that storing only in the primary packaging (a Mylar/Tyvek pouch) is sufficient. Currently we are storing the product in its secondary packaging and are complying with the standard.

    John and I have discussed this waiver and he has reviewed it. I will also be sending this to Jen and Sergio for their approvals (Jen and I have also discussed this)

    Please review the waiver and let me know if you have any comments or questions.

Thanks,

Tom

Best regards,



**Tom Mehs**   Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com    sip:Thomas.Mehs@tevapharm.com    www.tevapharm.com

| | |
|---|---|
| **From:** | Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS] |
| **Sent:** | 9/12/2017 2:53:12 PM |
| **To:** | Tony Delicato [tony.delicato@actavis.com]; Angela Nakashian [angela.nakashian@actavis.com]; Carmen Araujo [carmen.araujo@tevapharm.com]; Elizabeth Sanchez [elizabeth.sanchez@actavis.com]; George Clements [steve.clements@actavis.com]; Kahina Hadjaz [kahina.hadjaz@tevapharm.com]; Kathleen Pinon [kathleen.pinon@tevapharm.com]; Lisa Cameron [lisa.cameron@tevacanada.com]; Maritza Adrover [maritza.adrover@actavis.com]; Nick Vazdekis [nick.vazdekis@tevacanada.com]; Richard Harle [richard.harle@tevapharm.com]; Rj Doornbos [rj.doornbos@actavis.com]; Robert Tucker [robert.tucker@tevapharm.com]; Robyn Sweinhart [robyn.sweinhart@tevapharm.com]; Valerie Hamning [valerie.hamning@tevapharm.com] |
| **Subject:** | RE: Update: divestment of PARAGARD®, way forward |

Thanks Tony.

This definitely relieves some anxiety and finally gives an answer as to our future and where we are going forward. I am sure it will be a hectic time as we work on actual detailed transition work and the needs going forward.

I do think people here are relieved and the feedback I have received today has been positive about this opportunity for all of us.

I can update more when have our next call.

I have enjoyed working with all of you and will continue to appreciate all of the efforts and work together until this deal closes.

Tom
Best regards,



**Tom Mehs**   Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

---

**From:** Tony Delicato
**Sent:** Tuesday, September 12, 2017 9:50 AM
**To:** Angela Nakashian; Carmen Araujo; Elizabeth Sanchez; George Clements; Kahina Hadjaz; Kathleen Pinon; Lisa Cameron; Maritza Adrover; Nick Vazdekis; Richard Harle; Rj Doornbos; Robert Tucker; Robyn Sweinhart; Thomas Mehs; Valerie Hamning
**Subject:** FW: Update: divestment of PARAGARD®, way forward

See below. I am assuming you all received the announcement yesterday but further commentary from Sergio below.

Tom – certainly important news for you and I am sure this hopefully relieves some anxiety. We certainly still have some time with you on our team but recognize this is an important transition for you. Thank you for supporting this divestment process and all your continued contributions…

Tony

**From:** Sergio Vella
**Sent:** Monday, September 11, 2017 5:31 PM

**To:** Menny Meirom; Jennifer Gates; James Schwier; Jason Berndt; Kristopher Preisinger; John Spigiel; Justin Cappelmann; Vance Russell; Roberto Reyes; Carlos Garcia; Carlos Carrasco; Santiago Palanques Fores; Denise Ferreira; Enrique Aponte; Jennifer Roettger; Magali Quinones; Tony Delicato; Kevin Guske; Inna Ben-Anat; Maureen Mccormick; Kent Adamson; Michael Bondiskey; Jason Foley
**Subject:** FW: Update: divestment of PARAGARD®, way forward

Dear all,
Please find below an announcement related to our divestment of PARAGARD® to CooperSurgical.
We have just concluded our communications updates with the Buffalo, Cincinnati and Canada Operations teams in this regard.
The Buffalo manufacturing site will form part of the sale and I would like to take this occasion to thank all those site employees for their hard work and commitment throughout.
Jennifer Gates our site General manager for Buffalo and interim site General Manager for Canada Operations will be transitioning with the Buffalo site and, I would also like to extend my very deep appreciation for all her dedication, leadership, focus and professionalism throughout this period.
We will shortly be announcing Jen's successor in Canada; meanwhile let's ensure we stay fully focused on delivering our 2017 commitments.
Thank you,
Sergio



**Sergio Vella** TGO Senior Vice-President, Americas Operations
Telephone: +19736580345 (Office) ; +12019535563 (Mobile)
Sergio.Vella@tevapharm.com

---

**From:** Yitzhak Peterburg [mailto:YP@comms.teva-pharm.com]
**Sent:** Monday, September 11, 2017 4:23 PM
**To:** Sergio Vella
**Subject:** Update: divestment of PARAGARD®, way forward

View web version

Dr. Yitzhak Peterburg
Interim President & Chief Executive Officer

Dear Colleagues:

Today we signed a definitive agreement to sell PARAGARD® (an intrauterine copper contraceptive) for $1.1 billion in cash to CooperSurgical, a division of the Cooper Companies, Inc. CooperSurgical has a diversified portfolio of products and services focusing on women's health, fertility and diagnostics. The deal is expected to close

before the end of 2017, subject to the customary conditions. This transaction includes Teva's manufacturing facility and 17 colleagues in Buffalo, NY, who produce PARAGARD exclusively. The sale will also affect approximately 15 employees from the Women's Health business in the U.S. We sincerely appreciate the dedication and commitment of the Women's Health teams, as well as those at the Buffalo manufacturing facility, and the great work they have done. Their managers will be in close communication with them and ensure the utmost respect and care for all involved.

This sale is an important step toward completing the divestment of our global Women's Health business, which we announced earlier this year, as we divest certain segments of our business that are not aligned with our strategic direction and future portfolio. Teva will use the proceeds from the sale to accelerate debt repayment, demonstrating how we are keeping our commitment to our stakeholders. This is crucial for driving stability and continuing to earn their confidence and trust, which is a prerequisite to them being willing to listen to the rest of our story regarding our achievements.

The divestment of the global Women's Health business is a complex process, and will consist of several individual sales by product lines and geographies. Since these sale processes are carried out according to the interests of the different buyers, we expect the sale timings of other products to vary. Of course we will continue to be transparent and update you as these processes unfold.

**Short term stability, Long term growth**

**I would like to take the opportunity to put this divestment into the broader context of what is happening around us and the actions we are taking.**

We have a comprehensive approach to our business which balances between **short term stability** and **long term growth**. We acknowledge that it is the only way we will be able to build our future in the current competitive and changing environment.

We are taking measures to drive efficiency and cost control, including the divestments of non-core assets, various redesign activities and manufacturing network rationalization steps to pay down debt and drive stability. These activities have another role as well: they are an important part of refocusing our business in order to address the significant disruptions in the industry.

Our differentiation and long term growth will come from providing, in addition to the quality medicines for which we are known, distinctive services, technologies and information tailored to the needs of specific consumer populations.

In **Generics**, we remain focused on executing on our launch opportunities. We have more than 300 ANDAs under review at the FDA, of which more than 100 are first-to-file, and plan to launch about 1,000 new generic products by the end of 2017. Looking forward, we will continue to develop and focus our pipeline and portfolio to ensure differentiated value. We are making important decisions on where we choose to play and how we want to re-position ourselves in the market.

We continue to deepen our **Specialty** pipeline, which holds significant promise for Teva's future growth, with medicines that change people's lives for the better. Our offering focuses primarily on two core therapeutic areas – CNS (multiple sclerosis, neurodegenerative diseases, migraine and pain) and Respiratory (asthma and COPD). We have moved forward on our pipeline this year, with the strong, differentiated Phase III results for fremanezumab in our chronic and episodic migraine program, as well as the FDA approvals of AUSTEDO for tardive dyskinesia and chorea associated with

Huntington disease. We will continue building on these successes with additional respiratory launches, as well as biosimilars.

As Teva's **Global Operations** team works to optimize the network and strengthen competitiveness, they remain laser focused on improving customer service in all markets so that our customers have access to Teva products where and when they are needed.

We are looking at many of our markets through a **brand activation process**, identifying customers and their pain points and addressing them in innovative ways. We are building on Teva's extensive medicine cabinet, scale and global footprint, and blending them with local expertise. This approach creates commercial and cultural benefits, as well as brand differentiation for Teva.

Teva's Consumer Solutions organization will move forward, in collaboration with all of our business units, on **consumer-centric technological solutions and business models**.

It is clear to all of us that in order to create a competitive advantage and ensure growth, we need to adopt a new customer-centric approach that is aligned with the dynamic reality and people's evolving needs and demands. This is a long term investment, but one that is crucial to securing Teva's future – regardless of the size or shape of the company and the turbulence of the industry around us. I look forward to sharing more with you on these long term initiatives in the near future.

**We should never forget the great things we are already doing to deliver on our commitment to people's health**. The generic medicines we develop and market enable millions of patients to access and afford safe and reliable treatments. Our specialty medicines continue to address the unmet needs of people with serious conditions, and our manufacturing and distribution capabilities ensure that our medicines reach those who need them. Behind all of these are the Teva people that make it happen.

We continue to touch people's lives and change them for the better in many ways. I appreciate the caring and dedicated efforts you put into this every day.

Thank you,

Yitzhak

For the PR, click here >>

For Q&As regarding Teva's current situation, click here >>

For internal use only - not for use with customers