# EXHIBIT 11H

**From**:          Joseph De Vito [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP
                        (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JDEVITO]
**Sent**:          9/4/2012 12:46:17 PM
**To**:             Thomas Mehs [thomas.mehs@tevapharm.com]
**CC**:            Rich Harle [rich.harle@tevapharm.com]
**Subject**:      Internal Audits
**Attachments**:   internal audits 2012.xlsx


Thomas:
Attached is the internal audit metric.  Buffalo is below the % where we should be at.  Linda Evans has a meeting with Fran scheduled for September 11th.
Can you prepare an explanation so that I can present this to Fran as to why we are behind and when will we make up the schedule.
Let me know if any questions.
Joe

MDL-2974 Confidential - Subject to Protective Order

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC106162

# Current TUSA Internal Audit Status

| Site | # Audits Scheduled for 2012 | # Completed | % of plan completed through July (58% of year) | Departments Scheduled | # Surveillance Audits | # Completed |
|---|---|---|---|---|---|---|
| Buffalo | 25 | 4 | 16 | Product release, Control of Non-conforming product, Stabiltiy, CAPA Process, Equipment Maintenance, PV, Doc Control, Incoming Inspection, Management - Quality Objectives, Quality Management/Quality Policy, In process inspection, IUD manufacturing, Quality Manual/quality Policy, Quality Council, Labels/Labeling Control, Complaint handling, Calibration, Labeling/Packaging, Environmental Monitoring and Controls, Customer Focus, Training, Purchasing/Shipping/Receiving, Order Entry, Sterilization, Vendor Selection and Evaluation, Internal Audits | No surveillance audits scheduled. Note - Buffalo schedule is May - April, due to ISO requirements. This summary reflects May, 2012 - April, 2013. Buffalo should be at 25%. | N/A |
| Cincinatti | 11 | 6 | 55 | Manufacturing, Training, Facilities, QC, Stability, Warehouse, Packaging/Labeling Control, Val/Tech Services, EH&S, QA, Doc Control | | 12 | 7 |
| Doral | 11 | 7 | 64 | Cleaning, Warehouse, DR/CAPA, Granulation, Compaction, Compression, Coating, Change Control, APR, Doc control, Calibration/PM | | 12 | 7 |
| Eden Prarie | 6 | 6 | 100 | Facilities, Operations, QA, QC, Quality Systems, Brooklyn Park (Facilitiesm, QA/QS, Analytical | N/A | N/A |
| Fairfield | 7 | 4 | 57 | Granulation, coating, QA (Complaints/APRS), stability, purchasing/planning, compression/encapsulation, technical training | | 7 | 7 |
| Forest | 11 | 7 | 64 | Facilities, Doc Control, Manufacturing, Training, QA, Purchasing/Planning, ARD/RD, QC, Packaging/Labeling Control, IT, Reg Compliance | | 12 | 7 |
| Pomona | 7 | 5 | 71 | Validation/TS and Maintenance, Purchasing and Planning, QA-Complaints and DR/IR, Manufacturing, Stability, QC and Micro, Doc control | | 12 | 7 |
| Salt Lake City | 19 | 10 | 53 | Investigations and CAPA, Change Control, BR Evaluation and Disposition, Labeling and QA Inspections, GxP Training, BSE/TSE Review, Validation and Technical Services, Metrology, Production Maintenance, Facilities Maintenance, Engineering, Shipping and REceiving, Warehouse and Logistics, Procurement, GxP Computerized System Management, GxP Computer Validation, Manufacturing Processes and Controls, Packaging Processes and controls, QC Analytical Lab, QC Micro Lab | N/A | N/A |
| Sellersville* | 14 | 6 | 43 | IT Infrastructure, IT Delivery, IT Development, QTS, LCO Dispensing, LCO Compounding, QA contracts, Cleaning Validation, Doc Control, Laboratory Controls, Systems Integrity, Receiving Warehouse, Maintenance, Facilities Change Control | | 13 | 8 |
| Teva Animal Health | 21 | 11 | 52 | Doc Control (Batch release, batch record issuance), training, Warehouse, Cleaning Validation, Management review, Production Planning, QA Incoming, Manufacturing Ops - SOD, Doc Control (Protocols), Compliance (FARs, Recalls, NTM) Maintenance, Manufacturing - APA, Sales and Marketing Accountability, IT, Manufacturing OPS - NSL, QC Chemistry, Clinical Development, Compliance (Audits, suppliers files, IR/DR), QC - Micro, Doc Control (Change Control),  PD | N/A | N/A |

# Current TUSA Internal Audit Status



| | | | | | | |
|---|---|---|---|---|---|---|
| TPM | 7 | 3 | 43 | Logbook, Quality Training, Manufacturing/CV, QC, Maintenance, Metrology, Quality (Change Control, MCA, Doc Control, SOP Life Cycle) | No surveillance audits scheduled. Note - 6 areas are covered in Quarterly and LCS verification audits, and aren't included in the total scheduled or completed. | N/A |

\* Note - Sellersville data in process of being verified

#DIV/0!

MDL2974TWHLLC032381

Manufacturing investigation – DR 208346

**Manufacturing Investigation**

**DR 208346**

**FA 210609**

**Sterility Positive on Stability Testing on Lot 509001 – testing at expiration**

Summary: During routine sterility testing of ParaGard T 380A Intrauterine Copper Contraceptive lot 509001 (Expiration October 2015) on expiration date stability testing, one (1) unit had an out of specification sterility result after seven days of incubation. (The specification is no growth after 14 days of incubation).

Teva was made aware of this incident on Friday October 16, 2015 by Iuvo BioScience (Iuvo), the testing lab.

<u>**Immediate Action:**</u>

Because the laboratory investigation was not concluded by day 3, a field alert was filed on 10/21/15. There is no inventory from this lot remaining under Teva control.

<u>**Background:**</u>

ParaGard T 380A is a copper intrauterine device that is assembled at the Teva Buffalo site and then terminally sterilized by an outside contract facility. The first step in manufacturing is accomplished with an automated manufacturing system that applies copper wire and copper collars to a molded plastic T frame. Accepted units are then transferred to a tying station, where a thread / suture is manually attached to the T frame. Tied units are then moved to the assembly station where accessory components used to aid product insertion and an identification card are combined in an individual pouch/package. The pouched units are then placed in a heat sealing machine at the sealing station and the sealed units are placed in cartons for transport to the contract sterilizer. During this sealing process, sealed, empty pouches are tested for seal integrity via the use of creep testing and dye penetration testing. The sealed ParaGard units are then sterilized using 100% Ethylene Oxide(ETO) gas via a validated sterilization cycle at Iuvo in Erie, Pennsylvania. The lot is released via the use of biological indicators (BI's) that are tested for sterility for seven (7) days. No product sterility testing occurs until year one of stability testing, for lots that are placed into the product stability program. One lot per year is placed into the stability program (unless a significant change occurs requiring additional testing). Lot 509001 was selected as the stability lot for 2009.

Sterilized units are returned to the Teva Buffalo site for final inspection (including additional seal integrity testing via the use of creep testing) and final packaging with patient/physician inserts and in individual product boxes for placement in shipping containers for distribution. In addition, there are regularly scheduled quality inspections performed during the course of batch production at each significant step of manufacturing.

<u>**Laboratory Investigation:**</u>

Manufacturing investigation – DR 208346

Iuvo has completed a full investigation. Speciation of the organism found in the sterility positive sample was performed and concluded that the organism was Propionibacterium, which is commonly found on human skin.  Sterility testing by Iuvo is performed in an ISO Class 5 hood located in an ISO Class 7 room.

Their investigation could not determine a definite root cause of the sterility positive.

Iuvo also evaluated maintenance, cleaning records, training records, and the media used. Review of all of these records showed no other discrepancies or potential causes of the sterility positive result.

Teva reviewed the performance history for the testing facility Iuvo for the past 10 years and found one instance of a sterility failure or other OOS on testing of ParaGard. In 2014 a sterility positive on stability sample occurred that was attributed to likely being caused by lab contamination. Also in 2014, a biological indicator failed sterility. The BI failed for an organism other than the indicator organism and was not considered a valid test failure.

**Manufacturing Investigation:**

Batch record review: The batch record for lot 509001 was reviewed by Thomas Mehs, Senior Manager Quality. There were no issues found during the review of the batch record that would indicate a potential for sterility issues. The lot was manufactured between January 20, 2009 – February 26, 2009. The lot was final inspected which included seal integrity testing in the form of creep testing. All fifty (50) pouches tested passed creep testing specifications. The lot was 100% inspected by operators for visual defects between August 27, 2009 – August 31, 2009. The lot was final packed into two (2) sub-lots. The first sub-lot was packaged between September 16, 2009 – September 17, 2009 and the second sub-lot was packaged between September 17, 2009 – September 23, 2009.

As part of the batch record review the Sterilization Cycle for lot 509001 was reviewed.  The sterilization method used is 100% Ethylene Oxide (ETO) Gas, a terminal sterilization method.  All cycle parameters were within validated ranges. All biological indicators, which are used as criteria for release, tested negative for growth during sterility testing, and there were no issues or deviations noted during the sterilization cycle.

The incoming inspection and release records for Pouch lot (F5373) which was used in the manufacture of this lot were reviewed by Thomas Mehs on October 28, 2015 with no seal integrity, pouch damage or any other issues upon incoming inspection. This lot was also used in three (3) other ParaGard manufacturing lots with no issues. This pouch lot has not been associated with any stability issues.

The annual re-validation of the Teva Sterilization cycle for 2009 was reviewed.  The re-validation was acceptable, with no issues noted.  Subsequent re-validations to present have also been acceptable. There have been no changes or revisions to the validation parameters since the original validation of the current vessel.

Environmental monitoring testing for the Buffalo site (which occurs every other month) results for December 2008, February 2009  and April 2009  respectively were reviewed with no action or alert levels being exceeded for air microbial counts, surface microbial counts or air particulate counts.  No

trends or high points were observed during this time period when compared to other results. This monitoring is performed in the manufacturing area, which also includes the primary packaging (sealing) process. Maintenance records for the air handling system for the manufacturing were reviewed by PW, Associate Manager with no discrepancies noted.

All previous stability test results for lot 509001 were reviewed, and all previous results are within specification, with no out of specification (OOS) results.  In addition, the only previous sterility positive on ParaGard in the history of the stability program was attributed to likely lab contamination.

A review of product complaints for lot 509001 show no confirmed complaints related to seal integrity, damaged primary packaging or sterility.  There have been no confirmed complaints related to seal integrity, damaged primary packaging or sterility for any other lots in the last fifteen years. A Health Hazard assessment of Adverse Events for lot 509001 show no ADE's issued for infection. In addition there has been no change in the safety profile of ParaGard over the last several years with low numbers of reports on pelvic/uterine infection or pelvic inflammatory disease.

As part of this investigation all fifty-eight (58) retention samples for lot 509001 were reviewed by DH, Quality Inspector on October 27, 2015 with no evidence of seal integrity issues or damaged primary packaging.

A review of all previous investigations/deviations for the past three (3) years which included 20 lots was performed and there have been no investigations or deviations for sterility, seal integrity or primary packaging damage for lot 509001 or any other lot manufactured since that time frame.

Cleaning records for the dates January 20, 2009 – February 26, 2009 were reviewed by PW, Associate Manager and were complete with no discrepancies or issues noted.

A review of the maintenance records for sealing machine #10 which lot was 509001 was sealed on were reviewed.  Maintenance records for the time period were reviewed by Paul Wasielewski with no issues noted to indicate the potential for improper seals.

Personnel monitoring is not applicable to this investigation, as personnel monitoring is not performed on individuals that manufacture ParaGard.

Media Fill History of Line: This not applicable as this is not an aseptically filled product

Presterilization Bioburden results: Bioburden was performed on this lot. All results were within specifications. The results were an average of 11 cfu per unit with a range of 0 - 21 cfu per unit (10 units tested)

Sterile Filtration Validation Status :  This is not applicable to this investigation as there is no sterile filtration at this facility.

Differential Air Pressure Data: At the time of the production of lot 509001 differential pressure was monitored by the use of a magnahelic gauge and results were documented once a day, with a lower limit .010 psi of pressure. All readings during the manufacture of lot 509001 were above this limit and acceptable.

Operator Interviews: this is not applicable as this lot was manufactured 6 ½ years ago

Manufacturing investigation – DR 208346

Microbial burden of raw materials and APIs: This is not applicable as raw materials, components and API's are not tested for Micorbial burden.

Paraguard Sample Preparation to send Paraguard units to the contract laboratory:  a detailed review was performed on how Paraguard units are prepared to send to luvo.  The organism identified was a common skin facultative anaerobe – Propionibacterium acnes (P. acnes).  This organism would have the potential to survive and be cultured if the organism was introduced at the Buffalo site during sample preparation.  The detailed review identified that gloves are used to hand the product but protective measures are not used such as IPA sanitization of gloves, gowning precautions to prevent potential contamination and the zip lock bags used to send the sample to luvo were not sterile.  The Paraguard units are not wiped with IPA to sanitize the outter package prior to sterility testing.  These lack of controls cannot rule out that the skin organism did not get introduced at the Buffalo facility.

CONCLUSION:

Based on the investigation conducted, the root cause for the sterility positive result could not be conclusively determined.  Identification of the organism recovered in the sterility positive sample was determined through genotypic analysis to be Propionibacterium (commonly found on human skin). Propionibacterium acnes (P. acnes) is a non-spore-forming, anaerobic, gram-positive bacillus and has no viability. In addition, it is unlikely to survive the sterilization process or survive inside the sealed pouch. As previously noted, the other sample tested for sterility at the seven (7) year test point and all previous stability test points showed no growth for all units tested.

A root cause analysis performed by the testing facility found no faults with the environment, materials, equipment, faculties or process that could have contributed to the sterility positive result for this lot.

Teva performed a detailed review of all aspects of the manufacturing process related to this lot and found no possible contributing cause to the sterility failure.  All sterilization criteria were met for this lot, and all environmental monitoring data was within their respective limits.  There were no issues noted with the re-validation of the sterilization cycle and no issues noted with the facility, equipment or engineering controls (ex. HVAC and sealing machine).  Furthermore, ParaGard has a good performance history with regard to sterility, as the only previous sterility issue since the initiation of the stability program in 1996 was attributed to likely lab contamination.  In addition, complaint and adverse event data from this lot show no confirmed instances of non-sterile product.

Although the root cause analysis was conclusive, the most probable source of the skin contamination is the sample preparation at the Buffalo site.  The use of non-sterile gloves, the lack of enhanced gowning, the absence of a sanitization of the outside of the package and the use of non-sterile zip lock bags may have been contributory to the skin isolate recovered during testing.

Based on the above investigation, this lot will be not recalled from the market.  The lot expired on October 31, 2015. In addition, the investigation has concluded that the positive sterility result was likely caused by contamination of the ParaGard unit, which was introduced in the sterile field on the outside of the primary product packaging.

CAPA – A series of process enhancements will occur at the Buffalo facility to improve the preparation of ParaGard samples that are being sent to the external lab for testing. This includes gowning of personal

Manufacturing investigation – DR 208346

accessing the units inside the stability chamber, use of sterile gloves to remove the units from the chamber, and the use of a sterile bag to place the units into for transport to the quality office for further preparation.   Once these units are in the Quality office (which is in a controlled environment), an area is prepared and sanitized  with IPA wipes to perform the final preparation of the units, the exposed surfaces of the pouch are wiped down with IPA and the units transferred into a second sterile bag for shipping to the testing lab.  All of those steps are also performed with the use of sterile gloves.

The process enhancements were utilized to prepare new samples of Lot 509001 to evaluate the enhancements in practice.  The testing of Lot 509001 using the enhanced process for preparation resulted in no growth being exhibited from the testing.  These results do not invalidate the initial results. The enhanced preparation process will reduce the risk of the Buffalo site personnel contaminating the sample before sending to the testing facility.

In addition, the techniques used by the testing lab will be reviewed, including their process for preparing samples they receive for testing and evaluation of the effectiveness of their preparation steps.

Manufacturing investigation – DR 208346

 Other lots are not in scope as the product history has not demonstrated any other sterility failures not attributed to lab contamination, product packaging integrity testing has been acceptable, the sterility cycle and BI results demonstrate sterility assurance and testing on stability has shown the product to meet product packaging seal integrity testing and sterility testing.


Written by: _____     Date :_____


Reviewed by: _____     Date :_____


Approved by: _____     Date :_____

1              IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF GEORGIA ATLANTA DIVISION

2                         -   -   -

3   IN RE:  PARAGARD IUD    )  MDL DOCKET NO. 2974
    PRODUCTS LIABILITY      )

4   LITIGATION              )  (1:20-md-02974-LMM)
                            )   This Document Relates

5                           )   to All Cases

6

7

8                         -   -   -

9               September 29, 2023

10                        -   -   -

11              Videotaped deposition of SIYU

12          LIU, taken pursuant to Notice, held

13          at Starfield & Smith, P.C., 1300

14          Virginia Drive, Suite 325, Fort

15          Washington, Pennsylvania 19034,

16          beginning at approximately 10:07

17          a.m., before Mary Hammond, a

18          Registered Professional Reporter

19          and Notary Public in the state of

20          Pennsylvania.

21

22

23

24

                                    Page 1

```
 1    that Paragard is one of the highest volume
 2    products for complaints and lack of effect."
 3              That's what he says here.
 4         A.   Mm-humm.
 5         Q.   And Robin Jones responds that, "We
 6    are aware of high product quality complaints
 7    insertion issues."
 8              Did I read that correctly?
 9         A.   Yeah.
10         Q.   Do you recall in the June of 2013
11    time period Paragard being one of the highest
12    volume products for complaints and lack of
13    effect at Teva?
14                   MR. HEWES:  Objection.
15                   THE WITNESS:  No.
16    BY MS. COPELAND:
17         Q.   Okay.
18         A.   Joe is from Quality organization.
19    Joe De Vito is from Quality organization.
20         Q.   Okay.  Where was -- where was
21    Joe --
22         A.   Joe has been in Horsham for a
23    period of time, and, then, moved on.  I don't
24    know where he is.  But he's in the Quality
```

Page 289

1    organization, one of the leaders in the

2    Quality -- in the Quality organization.

3                So when they say something there,

4    it's not necessarily for medical terms.  It

5    would be from their own interpretation,

6    whatever it was --

7         Q.   Right.

8         A.   -- high volume probably more than

9    anything else.

10        Q.   Their -- yeah.

11        A.   Yeah.

12        Q.   Their interpretation is that

13   Paragard has a lot of complaints?

14        A.   Complaints, yeah, yeah.  Because I

15   cannot really say the lack of effect.  Lack

16   of effect -- see the medical term is

17   different.  It means you have a Paragard in

18   place and you still become pregnant, that's

19   lack of effect.

20        Q.   Got you.  Got it.

21                        -   -   -

22                (Whereupon, Exhibit Liu-23,

23                Email, Bates Number

24                MDL1294TWHLLC282729 through

                                    Page 290

| From: | Joyce Godshall [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JGODSHAL] |
| Sent: | 6/25/2013 9:16:48 PM |
| To: | Tal Kleinfeld [tal.kleinfeld@teva.co.il]; Lauren Harrison [lauren.harrison@tevapharm.com] |
| CC: | Siyu Liu [siyu.liu@tevapharm.com] |
| Subject: | RE: FDA in Buffalo |

Nothing yet

**From:** Tal Kleinfeld
**Sent:** Tuesday, June 25, 2013 3:24 PM
**To:** Siyu Liu; Joyce Godshall; Lauren Harrison
**Cc:** Hedva Voliovitch; Eric Elbaz
**Subject:** RE: FDA in Buffalo

Thank you for letting us know. By the end of your working day, if you need something from global, please let us know and we can work on it tomorrow morning.

Best regards,



**Tal Kleinfeld**   Sr. Director Head of Compliance
Global Patient Safety & Pharmacovigilance
Tel: +972-3-9267126    Cell: +97548885803
Tal.Kleinfeld@teva.co.il    sip:Tal.Kleinfeld@tevapharm.com    www.tevapharm.com

**From:** Siyu Liu
**Sent:** Tuesday, June 25, 2013 8:18 PM
**To:** Joyce Godshall; Lauren Harrison
**Cc:** Tal Kleinfeld; Hedva Voliovitch
**Subject:** FW: FDA in Buffalo

Give you a head up.

Thanks,
Siyu

**From:** Joseph De Vito
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** Robin Jones; Siyu Liu
**Cc:** Christopher Murdock
**Subject:** FW: FDA in Buffalo

Robin/Dr. Liu:
FDA conducting inspection in Buffalo.  Started today.  Wanted to give head up.  No questions yet but Paragard is one of the highest volume products for complaints and lack of effect.  Questions may come up over the next day or two.
Joe

EXHIBIT
Liu-22
9-29-23

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC282727

**From:** Thomas Mehs
**Sent:** Tuesday, June 25, 2013 10:35 AM
**To:** Rich Harle; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** RE: FDA in Buffalo

This is a routine inspection.

He is planning on two or three systems.

His name James Bridges

**From:** Rich Harle
**Sent:** Tuesday, June 25, 2013 10:33 AM
**To:** Thomas Mehs; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** FDA in Buffalo

The FDA just arrived in Buffalo

**From:** Brenda Angelo
**Sent:** Tuesday, June 25, 2013 10:22 AM
**To:** Rich Harle; Joe.Devito@tevapharm.com
**Cc:** Jennifer Gates
**Subject:** FDA

Hi Guys,
Tom wanted me to let you know that the FDA just showed up here.
Rich, could you please let Kathy know, I couldn't find her last name, thanks
Brenda

Brenda Angelo
Quality Systems Coordinator
Teva Women's Health, Inc.
825 Wurlitzer Dr.
North Tonawanda NY 14120
Tel: 716-693-6230 x-232
Fax:716- 693-6368
Email: Brenda.Angelo@tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC282728

| | |
|---|---|
| **From:** | Kenneth V Piper [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KPIPER] |
| **Sent:** | 6/25/2013 5:33:02 PM |
| **To:** | Robin Jones [robin.jones@tevapharm.com] |
| **CC:** | Shannon Carvell [shannon.carvell@tevapharm.com] |
| **Subject:** | RE: FDA in Buffalo |
| **Attachments:** | Paragard Signal_2011.pdf |

Δ π EXHIBIT 6
Deponent Piper
Date 4/7/22 Rptr MB
WWW.DEPOBOOKPRODUCTS.COM

Hi Robin,

Nothing from Jan 2012-May 2013.

The only signal I found for Paragard was in the 2011 Protocol as part of the master list sent by PhV (see attached):
* Timeframe: Aug-Sep 2011
* 207 cases
* Events: "Complication of device insertion, Complication of device removal, Device breakage, Device discoloration, Device Expulsion"

If we need the investigation report, I am going to need some help searching TW because it was not included in the protocol Appendix with the other investigation reports.

Best regards,



**Kenneth Piper**   Dir, Quality Compliance
Tel: +1 610-738-6115    Cell: +1 215-206-8960
Kenneth.Piper@tevapharm.com    sip:Kenneth.Piper@tevapharm.com    www.tevapharm.com

West Chester, PA USA

**From:** Robin Jones
**Sent:** Tuesday, June 25, 2013 12:55 PM
**To:** Kenneth V Piper
**Cc:** Shannon Carvell
**Subject:** FW: FDA in Buffalo

Have we had any QA Evaluations/Safety Signals for Paraguard, and in particular for LOE?  Doesn't fit the product...

Best regards,

**Robin Jones**   Sr Dir, Quality Compliance
Tel: 267.468.4017    Cell: 267.884.1323    Fax: 215.591.8818
Robin.Jones@tevapharm.com    sip:Robin.Jones@tevapharm.com    www.tevapharm.com



**From:** Joseph De Vito
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** Robin Jones; Siyu Liu
**Cc:** Christopher Murdock
**Subject:** FW: FDA in Buffalo

Robin/Dr. Liu:
FDA conducting inspection in Buffalo. Started today. Wanted to give head up. No questions yet but Paragard is one of the highest volume products for complaints and lack of effect. Questions may come up over the next day or two.
Joe

---

**From:** Thomas Mehs
**Sent:** Tuesday, June 25, 2013 10:35 AM
**To:** Rich Harle; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** RE: FDA in Buffalo

This is a routine inspection.

He is planning on two or three systems.

His name James Bridges

---

**From:** Rich Harle
**Sent:** Tuesday, June 25, 2013 10:33 AM
**To:** Thomas Mehs; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** FDA in Buffalo

The FDA just arrived in Buffalo

---

**From:** Brenda Angelo
**Sent:** Tuesday, June 25, 2013 10:22 AM
**To:** Rich Harle; Joe.Devito@tevapharm.com
**Cc:** Jennifer Gates
**Subject:** FDA

Hi Guys,
Tom wanted me to let you know that the FDA just showed up here.
Rich, could you please let Kathy know, I couldn't find her last name, thanks
Brenda

Brenda Angelo
Quality Systems Coordinator
Teva Women's Health, Inc.
825 Wurlitzer Dr.
North Tonawanda NY 14120
Tel: 716-693-6230 x-232
Fax:716- 693-6368
Email: Brenda.Angelo@tevapharm.com

MDL2974TWHLLC395426

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC395427

**Product:** PARAGARD COPPER
**Event(s):** Complication of device insertion, Complication of device removal, Device breakage, Device dislocation, Device expulsion

| Preferred Product Description | Local tradename | Approval no. | Country | Event Pt Name | Aer No (Last Version) | Initial received date | Latest received date | AER status | QA Dept | Lot no. | Form of admin. | Unit Dose Full |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARAGARD COPPER | PARAGARD 380A | 18-680 | USA | Device expulsion | 294857USA | 03-Aug-11 | 06-Sep-11 | | | 510002 | | |
| | | | | Device expulsion | 294859USA | 03-Aug-11 | 06-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 294972USA | 04-Aug-11 | 06-Sep-11 | | | UNKNOWN | | |
| | | | | Device expulsion | 295005USA | 04-Aug-11 | 02-Sep-11 | | | UNKNOWN | | |
| | | | | Device expulsion | 295007USA | 04-Aug-11 | 02-Sep-11 | | | 509005 | | |
| | | | | Device expulsion | 295435USA | 03-Aug-11 | 16-Sep-11 | | | | | |
| | | | | Device expulsion | 295943USA | 10-Aug-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 296077USA | 11-Aug-11 | 02-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296371USA | 12-Aug-11 | 09-Sep-11 | | | UNKNOWN | | |
| | | | | Device dislocation | 296562USA | 15-Aug-11 | 20-Sep-11 | | | 510006 | | |
| | | | | Device dislocation | 296596USA | 15-Aug-11 | 09-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296787USA | 16-Aug-11 | 06-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296925USA | 16-Aug-11 | 01-Sep-11 | | | | | |
| | | | | Device expulsion | 296959USA | 17-Aug-11 | 20-Sep-11 | | | 509006 | | |
| | | | | Device expulsion | 296960USA | 17-Aug-11 | 30-Sep-11 | | | | | |
| | | | | Device expulsion | 296961USA | 17-Aug-11 | 20-Sep-11 | | | | | |
| | | | | Device expulsion | 296963USA | 17-Aug-11 | 06-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 296964USA | 17-Aug-11 | 09-Sep-11 | | | 509005 | | |
| | | | | Device dislocation | 297085USA | 18-Aug-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device dislocation | 297087USA | 18-Aug-11 | 02-Sep-11 | | | 505006 | | |
| | | | | Device expulsion | 297087USA | 18-Aug-11 | 02-Sep-11 | | | 505006 | | |
| | | | | Device expulsion | 297319USA | 19-Aug-11 | 12-Sep-11 | | | UNKNOWN | | |
| | | | | Device dislocation | 297321USA | 19-Aug-11 | 19-Sep-11 | Sent to QA | | 508005 | | |
| | | | | Device dislocation | 297524USA | 22-Aug-11 | 20-Sep-11 | Sent to QA | | 510007 | | |
| | | | | Device expulsion | 297727USA | 23-Aug-11 | 12-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 297729USA | 23-Aug-11 | 12-Sep-11 | | | | | |
| | | | | Device expulsion | 297911USA | 24-Aug-11 | 26-Sep-11 | Received from QA | | UNKNOWN | | |
| | | | | Device expulsion | 297945USA | 24-Aug-11 | 15-Sep-11 | Sent to QA | | 505006 | | |
| | | | | Device dislocation | 297945USA | 24-Aug-11 | 15-Sep-11 | Sent to QA | | 505006 | | |
| | | | | Device expulsion | 298664USA | 30-Aug-11 | 26-Sep-11 | | | | | |
| | | | | Device expulsion | 299028USA | 01-Sep-11 | 01-Sep-11 | | | J10007 | | |
| | | | | Device expulsion | 299029USA | 01-Sep-11 | 01-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 299031USA | 01-Sep-11 | 01-Sep-11 | | | 510004 | | |
| | | | | Device expulsion | 299049USA | 01-Sep-11 | 22-Sep-11 | | | 510005 | | |
| | | | | Device dislocation | 299051USA | 01-Sep-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 299053USA | 01-Sep-11 | 01-Sep-11 | | | 510005 | | |

MDL2974TWHLLC395428

| | | | | | |
|---|---|---|---|---|---|
| Device expulsion | 2990S4USA | 01-Sep-11 | 03-Oct-11 | | 510006 |
| Device expulsion | 2993260USA | 02-Sep-11 | 02-Sep-11 | | UNKNOWN |
| Device expulsion | 2993270USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device dislocation | 2993280USA | 02-Sep-11 | 02-Sep-11 | | UNKNOWN |
| Device expulsion | 2993290USA | 02-Sep-11 | 02-Sep-11 | | 509006 |
| Device expulsion | 2993300USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device expulsion | 2993310USA | 02-Sep-11 | 02-Sep-11 | | 509004 |
| Device expulsion | 2993320USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device expulsion | 2993330USA | 02-Sep-11 | 02-Sep-11 | | 510007 |
| Device expulsion | 2993340USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device expulsion | 2994570USA | 06-Sep-11 | 06-Sep-11 | | 510005 |
| Device expulsion | 2994580USA | 06-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device expulsion | 2994590USA | 06-Sep-11 | 06-Sep-11 | | 510006 |
| Device expulsion | 2997230USA | 07-Sep-11 | 07-Sep-11 | Sent to QA | |
| Device dislocation | 2997580USA | 07-Sep-11 | 23-Sep-11 | | 510004 |
| Device expulsion | 2997590USA | 07-Sep-11 | 07-Sep-11 | | 510006 |
| Device expulsion | 2997620USA | 07-Sep-11 | 07-Sep-11 | | 510005 |
| Device expulsion | 2997630USA | 07-Sep-11 | 07-Sep-11 | | 510006 |
| Device expulsion | 2997640USA | 07-Sep-11 | 07-Sep-11 | | 509001 |
| Device expulsion | 2997650USA | 07-Sep-11 | 23-Sep-11 | | UNKNOWN |
| Device expulsion | 2998280USA | 08-Sep-11 | 08-Sep-11 | Sent to QA | 510004 |
| Device dislocation | 2998230USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device expulsion | 2998300USA | 08-Sep-11 | 08-Sep-11 | | 509006 |
| Device expulsion | 2998310USA | 08-Sep-11 | 08-Sep-11 | | 503055 |
| Device expulsion | 2998320USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device expulsion | 2998610USA | 08-Sep-11 | 08-Sep-11 | | 509007 |
| Device breakage | 2998720USA | 08-Sep-11 | 08-Sep-11 | Sent to QA | UNKNOWN |
| Device expulsion | 2999010USA | 08-Sep-11 | 08-Sep-11 | | 510006 |
| Device expulsion | 2999020USA | 08-Sep-11 | 08-Sep-11 | | 509005 |
| Device expulsion | 2999030USA | 08-Sep-11 | 08-Sep-11 | | 510005 |
| Device expulsion | 2999040USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device expulsion | 2999050USA | 08-Sep-11 | 26-Sep-11 | | 51002 |
| Device expulsion | 3001560USA | 09-Sep-11 | 09-Sep-11 | | 509006 |
| Device expulsion | 3001580USA | 09-Sep-11 | 09-Sep-11 | | 849133001 |
| Device expulsion | 3001590USA | 09-Sep-11 | 09-Sep-11 | | 10001061 |
| Compilation of device insertion | 3001610USA | 09-Sep-11 | 09-Sep-11 | | UNKNOWN |
| Device expulsion | 3003210USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |
| Device expulsion | 3003220USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |
| Device expulsion | 3003230USA | 12-Sep-11 | 12-Sep-11 | | 509001 |
| Device expulsion | 3003540USA | 12-Sep-11 | 12-Sep-11 | | 510007 |
| Device expulsion | 3003730USA | 12-Sep-11 | 12-Sep-11 | | 510006 |
| Device expulsion | 3003750USA | 12-Sep-11 | 12-Sep-11 | | 510005 |
| Device expulsion | 3003760USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |

MDL-2974 Confidential - Subject to Protective Order

| Event | ID | Date | Date | Ref |
|---|---|---|---|---|
| Device expulsion | 3003770USA | 12-Sep-11 | 12-Sep-11 | 509007 |
| Device expulsion | 3003780USA | 12-Sep-11 | 12-Sep-11 | 509006 |
| Device expulsion | 3003790USA | 12-Sep-11 | 12-Sep-11 | 510007 |
| Device expulsion | 3005860USA | 13-Sep-11 | 13-Sep-11 | UNKNOWN |
| Device dislocation | 3005870USA | 13-Sep-11 | 13-Sep-11 | 510005 |
| Device expulsion | 3005880USA | 13-Sep-11 | 13-Sep-11 | 509003 |
| Device expulsion | 3005890USA | 13-Sep-11 | 13-Sep-11 | 509002 |
| Device expulsion | 3005910USA | 13-Sep-11 | 13-Sep-11 | 509006 |
| Device dislocation | 3005920USA | 13-Sep-11 | 13-Sep-11 Sent to QA | UNKNOWN |
| Device expulsion | 3007080USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device breakage | 3007330USA | 14-Sep-11 | 24-Oct-11 Sent to QA | UNKNOWN |
| Device expulsion | 3007740USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device expulsion | 3007750USA | 14-Sep-11 | 14-Sep-11 | 510007 |
| Device expulsion | 3007760USA | 14-Sep-11 | 14-Sep-11 | 509006 |
| Device expulsion | 3007770USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007790USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007800USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007820USA | 14-Sep-11 | 14-Sep-11 | 510002 |
| Device expulsion | 3007830USA | 14-Sep-11 | 14-Sep-11 | 509005 |
| Device expulsion | 3007840USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device expulsion | 3007850USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Complication of device insertion | 3008990USA | 15-Sep-11 | 15-Sep-11 | 510006 |
| Device expulsion | 3008900USA | 15-Sep-11 | 16-Sep-11 | 510005 |
| Device expulsion | 3008910USA | 15-Sep-11 | 15-Sep-11 | 510004 |
| Device expulsion | 3008920USA | 15-Sep-11 | 15-Sep-11 | 509001 |
| Device expulsion | 3008930USA | 15-Sep-11 | 15-Sep-11 | 510007 |
| Device expulsion | 3008940USA | 15-Sep-11 | 15-Sep-11 | 510007 |
| Device expulsion | 3009330USA | 15-Sep-11 | 16-Sep-11 | 509005 |
| Device breakage | 3009340USA | 15-Sep-11 | 15-Sep-11 Sent to QA | UNKNOWN |
| Device dislocation | 3009340USA | 15-Sep-11 | 15-Sep-11 Sent to QA | UNKNOWN |
| Device expulsion | 3009350USA | 15-Sep-11 | 15-Sep-11 | 510004 |
| Device expulsion | 3009380USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device expulsion | 3009390USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device expulsion | 3011190USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device expulsion | 3011190USA | 16-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device breakage | 3011670USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device dislocation | 3011690USA | 16-Sep-11 | 16-Sep-11 | UNKNOWN |
| Device dislocation | 3011710USA | 16-Sep-11 | 16-Sep-11 | 510007 |
| Device expulsion | 3011720USA | 16-Sep-11 | 16-Sep-11 | 509006 |
| Device expulsion | 3011730USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device expulsion | 3011740USA | 16-Sep-11 | 16-Sep-11 | UNKNOWN |
| Device expulsion | 3011750USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device expulsion | 3011910USA | 19-Sep-11 | 19-Sep-11 | 509007 |

MDL2974TWHLLC395429

| Event | ID | Date 1 | Date 2 | Code |
|---|---|---|---|---|
| Device expulsion | 3013930USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3013940USA | 19-Sep-11 | 19-Sep-11 | 510004 |
| Device expulsion | 3014160USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3014170USA | 19-Sep-11 | 19-Sep-11 | 510007 |
| Device expulsion | 3014200USA | 19-Sep-11 | 19-Sep-11 | 510005 |
| Device expulsion | 3014210USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3014230USA | 19-Sep-11 | 19-Sep-11 | UNKNOWN |
| Device expulsion | 3016020USA | 20-Sep-11 | 20-Sep-11 | 510005 |
| Device expulsion | 3016030USA | 20-Sep-11 | 20-Sep-11 | 508006 |
| Device expulsion | 3016040USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016060USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016070USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016080USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016090USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016100USA | 20-Sep-11 | 20-Sep-11 | 510007 |
| Device expulsion | 3017270USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device dislocation | 3017300USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device dislocation | 3017310USA | 20-Sep-11 | 20-Sep-11 | 509006 |
| Device dislocation | 3017320USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device dislocation | 3017330USA | 20-Sep-11 | 20-Sep-11 | 510007 |
| Device dislocation | 3017340USA | 20-Sep-11 | 17-Oct-11 | 510006 |
| Device expulsion | 3017350USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device expulsion | 3017360USA | 20-Sep-11 | 20-Sep-11 | 510002 |
| Device expulsion | 3018750USA | 21-Sep-11 | 21-Sep-11 | 510006 |
| Device expulsion | 3018760USA | 21-Sep-11 | 21-Sep-11 | 510005 |
| Device expulsion | 3019350USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device expulsion | 3019380USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device expulsion | 3019400USA | 21-Sep-11 | 21-Sep-11 | 510005 |
| Complication of device insertion | 3019410USA | 21-Sep-11 | 21-Sep-11 | 510007 |
| Device dislocation | 3019420USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device expulsion | 3020830USA | 22-Sep-11 | 22-Sep-11 | |
| Device dislocation | 3020840USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device expulsion | 3020860USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device expulsion | 3020870USA | 22-Sep-11 | 22-Sep-11 | 510006 |
| Device expulsion | 3020880USA | 22-Sep-11 | 24-Oct-11 | 510004 |
| Device dislocation | 3020890USA | 22-Sep-11 | 22-Sep-11 | 510007 |
| Device expulsion | 3020900USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device expulsion | 3020910USA | 22-Sep-11 | 22-Sep-11 | 510007 |
| Device expulsion | 3020920USA | 22-Sep-11 | 22-Sep-11 | |
| Complication of device removal | 3020930USA | 22-Sep-11 | 27-Sep-11 | |
| Device dislocation | 3020940USA | 22-Sep-11 | 22-Sep-11 | |
| Device expulsion | 3024210USA | 23-Sep-11 | 11-Oct-11 | 510005 |

MDL2974TWHLLC395431

| | | | | |
|---|---|---|---|---|
| Device dislocation | 302422USA | 23-Sep-11 | | 510007 |
| Device expulsion | 302423USA | 23-Sep-11 | | |
| Device expulsion | 302427USA | 23-Sep-11 | | 510006 |
| Device expulsion | 302428USA | 23-Sep-11 | | 510002 |
| Device dislocation | 302582USA | 26-Sep-11 | | |
| Device dislocation | 302584USA | 26-Sep-11 | | 509007 |
| Device breakage | 302586USA | 26-Sep-11 | Sent to QA | UNKNOWN |
| Device expulsion | 302638USA | 26-Sep-11 | | 510006 |
| Device expulsion | 302640USA | 26-Sep-11 | | 510005 |
| Device expulsion | 302642USA | 26-Sep-11 | | 510005 |
| Device expulsion | 302643USA | 26-Sep-11 | | 510004 |
| Device expulsion | 302742USA | 27-Sep-11 | | 510007 |
| Device expulsion | 302743USA | 27-Sep-11 | | 510007 |
| Device expulsion | 302744USA | 27-Sep-11 | | |
| Device expulsion | 302745USA | 27-Sep-11 | | |
| Device expulsion | 302746USA | 27-Sep-11 | | |
| Device expulsion | 302783USA | 27-Sep-11 | | |
| Device dislocation | 302784USA | 27-Sep-11 | | 510004 |
| Device expulsion | 302786USA | 27-Sep-11 | | 510007 |
| Device dislocation | 302801USA | 27-Sep-11 | | |
| Device dislocation | 302802USA | 27-Sep-11 | | 510007 |
| Device expulsion | 302803USA | 27-Sep-11 | | 510006 |
| Device dislocation | 302804USA | 24-Oct-11 | | 510007 |
| Device expulsion | 302805USA | 27-Sep-11 | | UNKNOWN |
| Device expulsion | 302807USA | 27-Sep-11 | | 510007 |
| Device expulsion | 302888USA | 28-Sep-11 | | 510007 |
| Device dislocation | 302920USA | 28-Sep-11 | | 510006 |
| Device expulsion | 302921USA | 21-Oct-11 | | |
| Device expulsion | 302922USA | 28-Sep-11 | | 510007 |
| Device expulsion | 302923USA | 17-Oct-11 | Sent to QA | |
| Device expulsion | 302924USA | 28-Sep-11 | | 509007 |
| Device expulsion | 302925USA | 28-Sep-11 | | |
| Device expulsion | 303021USA | 19-Oct-11 | | 510006 |
| Device dislocation | 303022USA | 04-Oct-11 | Received from QA. | |
| Device expulsion | 303023USA | 17-Oct-11 | | 509006 |
| Device expulsion | 303024USA | 29-Sep-11 | | 510005 |
| Device expulsion | 303025USA | 11-Oct-11 | | |
| Device expulsion | 303026USA | 29-Sep-11 | | 510005 |
| Device expulsion | 303027USA | 29-Sep-11 | | 510005 |
| Device expulsion | 303233USA | 30-Sep-11 | | |
| Device expulsion | 303234USA | 30-Sep-11 | | 510005 |
| Device expulsion | 303236USA | 30-Sep-11 | | |
| Device expulsion | 303237USA | 30-Sep-11 | | |

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC395432

# Non-ParaGard Information

| PARAGARD COPPER TCU 380A | 18-680 | USA | Device expulsion | 303245USA | 30-Sep-11 | 30-Sep-11 | Received from QA | 509007 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Device expulsion | 247545USA | 02-Sep-10 | 06-Sep-11 | | 509004 | | |
| | | | Device expulsion | 288137USA | 27-Jun-11 | 12-Sep-11 | | UNKNOWN | | |
| | | | Device expulsion | 285360USA | 09-Jun-11 | 15-Sep-11 | | 509006 | | |
| PARAGARD COPPER | | | | 207 | | | | | | |

MDL-2974 Confidential - Subject to Protective Order

| From: | Susan Franks [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SFRANKS] |
| Sent: | 7/6/2016 3:29:40 PM |
| To: | Valerie Mulligan [valerie.mulligan@tevapharm.com]; Jamie Warner [jamie.warner@tevapharm.com] |
| Subject: | FW: FDA Inspection - Horsham - Close Out Meeting |
| Attachments: | image001.png; ATT00001.htm; image002.png; ATT00002.htm; FDA 483 Horsham Inspection June 2016.pdf; ATT00003.htm |

Hoping the attachment comes through this time.  When I sent before it was from iphone.

SF



Susan Franks, MS
SVP, Global Regulatory Affairs-Branded Products, Research and Development
Office: +1-610-727-6337  Mobile: +1-610-504-7885
susan.franks@tevapharm.com  www.tevapharm.com

**From:** Scott Tomsky
**Sent:** Thursday, June 30, 2016 7:54 PM
**To:** James Ottinger; Michael Banks; Susan Franks; Teresa Booth-Genthe
**Subject:** Fwd: FDA Inspection - Horsham - Close Out Meeting

FYI - please see below

Sent from my iPhone, please excuse typos.



Begin forwarded message:

**From:** James Young <James.Young03@tevapharm.com>
**Date:** June 30, 2016 at 3:51:23 PM EDT
**To:** Christine Wells <christine.wells@tevapharm.com>, Eric Drape <Eric.Drape@tevapharm.com>, Joseph De Vito <Joseph.DeVito@tevapharm.com>, John McCafferty <John.McCafferty@tevapharm.com>, Karin Shanahan <Karin.Shanahan@tevapharm.com>, Kenneth Lavin <Kenneth.Lavin@tevapharm.com>, Kirsten Bauer <Kirsten.Bauer@tevapharm.com>, Scott Tomsky <Scott.Tomsky@tevapharm.com>, Sean Israel <Sean.Israel@tevapharm.com>, Uri Hillel <Uri.Hillel@teva.co.il>, Barry Brooks <Barry.Brooks@tevapharm.com>, Tal Kleinfeld <Tal.Kleinfeld@teva.co.il>, Susan Larijani <Susan.Larijani@tevapharm.com>, Arthur Hand <Arthur.Hand@tevapharm.com>, Kenneth Piper <Kenneth.Piper@tevapharm.com>, Renise Hobbs <Renise.Hobbs01@tevapharm.com>, Marie Evangelisto Doyle <Marie.Evangelisto@tevapharm.com>, Hedva Voliovitch <Hedva.Voliovitch@teva.co.il>, Judith Zander <Judith.Zander@tevapharm.com>, Yael Barak <Yael.Barak@teva.co.il>, Erin Rose <Erin.Rose@tevacanada.com>, Jan Jones <Jan.Jones@tevapharm.com>, Donald Gee <Donald.Gee@tevapharm.com>, James Young <James.Young03@tevapharm.com>
**Subject: FDA Inspection - Horsham - Close Out Meeting**

Dear Ladies & Gentlemen;

Good Day

FDA Officers Craig Zagata and Dr. Marcelo Mangalindan arrived at the Teva Horsham site at approximately 11:00 to set up and prepare for the Close Out Meeting and the presentation of the 483

At 12:05 the Close Out Meeting was initiated and included the following representatives from Teva:
Donna Scheidt – Commercial Shared Solution
Susan Larijani – Medical Communications
Ken Piper – PharmacoVigilence
Erin Rose – PharmacoVigilence
Judith Zander –PharmacoVigilence
Renise Hobbs – PharmacoVigilence
Tal Kleinfeld – PharmacoVigilence
Joseph DeVito – TUSA Quality
Jim Young – TUSA Quality
Barry Brooks – Third Party Quality Unit
On the Phone were
Hedva Voliovitch – PharmacoVigilence
Yael Barak - PharmacoVigilence

A 483 was presented that contained 6 observations – mainly focused on Adverse Event Processing
The issues were presented and discussed to ensure clarity and understanding.

Additionally, 6 verbal concerns were presented that include topics about
• 	mechanisms and timeliness for Follow Up with Patients for AEs,
• 	Consent Letters – asking for consent to contact the patient Doctor but did not also solicit additional information for the AE
• 	Zecuity – what changed and what drove Teva to recall the product from the market
• 	CAPA letters previously received at the FDA that used words such as understaffed and overwhelmed
• 	Timeliness of AE information being sent by the Quality Assurance Services Group to the PharmVig Group
• 	Quality Assurance Service Group SOP not aligned with CORP STD (SOP stated 2 days to get info to PharmVig but CORP STD requires 1 day)

The FDA Officers left the site at approximately 1:10pm

The 483 Report is attached

Please let me know if you have any questions or need additional information

All the Best
Jim Y

Best regards,

1        IN THE UNITED STATES DISTRICT COURT

         DISTRICT OF GEORGIA ATLANTA DIVISION

2               -   -   -

3  IN RE:  PARAGARD IUD    )  MDL DOCKET NO. 2974

    PRODUCTS LIABILITY       )

4  LITIGATION               )   (1:20-md-02974-LMM)

                  )    This Document Relates

5                  )    to All Cases

6

7

8               -   -   -

9          September 29, 2023

10              -   -   -

11         Videotaped deposition of SIYU

12       LIU, taken pursuant to Notice, held

13       at Starfield & Smith, P.C., 1300

14       Virginia Drive, Suite 325, Fort

15       Washington, Pennsylvania 19034,

16       beginning at approximately 10:07

17       a.m., before Mary Hammond, a

18       Registered Professional Reporter

19       and Notary Public in the state of

20       Pennsylvania.

21

22

23

24

                        Page 1

```
 1    that Paragard is one of the highest volume
 2    products for complaints and lack of effect."
 3              That's what he says here.
 4         A.    Mm-humm.
 5         Q.    And Robin Jones responds that, "We
 6    are aware of high product quality complaints
 7    insertion issues."
 8              Did I read that correctly?
 9         A.    Yeah.
10         Q.    Do you recall in the June of 2013
11    time period Paragard being one of the highest
12    volume products for complaints and lack of
13    effect at Teva?
14                   MR. HEWES:  Objection.
15                   THE WITNESS:  No.
16    BY MS. COPELAND:
17         Q.    Okay.
18         A.    Joe is from Quality organization.
19    Joe De Vito is from Quality organization.
20         Q.    Okay.  Where was -- where was
21    Joe --
22         A.    Joe has been in Horsham for a
23    period of time, and, then, moved on.  I don't
24    know where he is.  But he's in the Quality
```

Page 289

1    organization, one of the leaders in the

2    Quality -- in the Quality organization.

3             So when they say something there,

4    it's not necessarily for medical terms.  It

5    would be from their own interpretation,

6    whatever it was --

7        Q.    Right.

8        A.    -- high volume probably more than

9    anything else.

10       Q.    Their -- yeah.

11       A.    Yeah.

12       Q.    Their interpretation is that

13   Paragard has a lot of complaints?

14       A.    Complaints, yeah, yeah.  Because I

15   cannot really say the lack of effect.  Lack

16   of effect -- see the medical term is

17   different.  It means you have a Paragard in

18   place and you still become pregnant, that's

19   lack of effect.

20       Q.    Got you.  Got it.

21                       -   -   -

22                 (Whereupon, Exhibit Liu-23,

23             Email, Bates Number

24             MDL1294TWHLLC282729 through

                                    Page 290