# EXHIBIT 11J

Item Not Responsive

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC399167



**US PHV UNIT**

Tal Kleinfeld
**Head of Global PhV Operations and Regional Manager**
Reports to Global

Kenneth V. Piper
**Local Safety Officer**

Deanna Lawrence
**Executive Assistant**

Renise Hobbs
**Associate Director, Global PhV Operations, US**

Judith Zander
**VP, Scientific Strategy**
Reports to Global

Leonard James
**Safety physician**

Siyu Liu
**Safety physician**

Haixiou Chen
**Safety Physician**

Mingfang Zhu
**Safety physician**

VACANT
**Safety Physician**

VACANT
**Safety Physician**

Elisa Forman
**PhV Scientist**
Reports to Global

Miriam Gonsky
**PhV Scientist**
Reports to Global

Colleen Shaller
**PhV Scientist**
Reports to Global

VACANT
**PhV Scientist**
Reports to Global

VACANT
**Manager, PhV Operations**

Barbara Hylton
**Pharmacovigilance Associate**

Eileen Haag
**Pharmacovigilance Associate**

Eileen Keevill
**Pharmacovigilance Associate**

Nadine Loomis
**Pharmacovigilance Associate**

Elizabeth Seltzer
**Pharmacovigilance Associate**

Vaishali Patel
**Manager, PhV Operations**

Becky Hartman
**Sr. Pharmacovigilance Specialist**

Jacki Guinn
**Sr. Pharmacovigilance Specialist**

Linda Herb
**Pharmacovigilance Specialist**

Nancy Krayger
**Manager, PhV Operations**

Lam Nguyen
**Pharmacovigilance Associate**

Donna Kratz
**Pharmacovigilance Associate**

Patricia Beegoo
**Pharmacovigilance Associate**

Steve Moore
**Pharmacovigilance Associate**

Kimberly Spotts
**Manager, PhV Operations**

Maureen Sepulveda
**Pharmacovigilance Associate**

Heather Nordlinger
**Pharmacovigilance Associate**

Theresa Cross
**Pharmacovigilance Associate**

Amy Jacobo
**Pharmacovigilance Associate**

Karen McElroy
**Pharmacovigilance Associate**

Rinkal Sangani
**Pharmacovigilance Associate**

Susan DiTrolio
**Contract Manager**
Reports to Global

Cindy Blackburn
**PhV Systems Manager**
Reports to Global

Patrick Delahanty
**PhV Systems Manager**
Reports to Global

*Renise Hobbs*

August 2016

| From: | David Bonilla [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBONILLA] |
|---|---|
| Sent: | 6/15/2016 11:11:02 PM |
| To: | Jones, Kristin [Kristin.Jones@icsconnect.com]; Susan DiTrolio [susan.ditrolio@tevapharm.com]; Kenneth Piper [kenneth.piper@tevapharm.com]; Bradley Raudabaugh [bradley.raudabaugh@tevapharm.com]; Marlene Shea [marlene.shea@tevapharm.com]; Ajaya Das [ajaya.das@tevapharm.com]; Thomas Mehs [thomas.mehs@tevapharm.com] |
| CC: | Fielding, Dan [Dan.Fielding@icsconnect.com]; Lee, George [George.Lee@icsconnect.com]; Thielmier, Christy [Christy.Thielmier@icsconnect.com]; Preciado, Michelle [Michelle.Preciado@icsconnect.com] |
| Subject: | RE: ICS Training Materials |

Dear Kristin,

Thanks for sharing the Training Material,  Please note that we will treat this as a confidential document and will not be distributing beyond the Team that directly interact with FDA.  I will request that all copies be destroyed.  The only exceptions will be the copy that FDA receives and a copy that will remain with Teva FDA file which is maintained as evidence of what was submitted to FDA.

On a separate  per our conversation a few minutes ago.  First on behave of Teva I want to thank the Team at ICS that has been helping us out during this FDA inspection.  Like I mentioned FDA is moving on to other areas and will like to close the loop on the ParaGard and the only thing pending is the ICS Team assistance on some volume related information.  We understand that currently ICS does not track specifically Voicemails, emails and mail but we are asking to perform a retrospective evaluation to estimate the number or voicemails, emails and mail that you receive related to ParaGard only.  If this can be provided tomorrow I'm sure that FDA will be satisfied and will move on to other topics.

Please feel free to call my cell phone if you need additional information.

Sincerely
David



**David Bonilla**   Assoc Dir Quality & Compliance
Tel: +1-215-293-7231     Cell: +1-215-601-9647
David.Bonilla@tevapharm.com    sip:David.Bonilla@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Jones, Kristin [mailto:Kristin.Jones@icsconnect.com]
**Sent:** Wednesday, June 15, 2016 3:27 PM
**To:** Susan DiTrolio; Kenneth Piper; Bradley Raudabaugh; Marlene Shea; Ajaya Das; David Bonilla; Thomas Mehs
**Cc:** Fielding, Dan; Lee, George; Thielmier, Christy; Preciado, Michelle
**Subject:** ICS Training Materials
**Importance:** High

MDL2974TWHLLC324999

Hello,

Please see the below statement from ABSG Legal regarding ICS training materials.

*This email is in reference to the ICS training materials sent to Teva yesterday, June 14, 2016. ICS is happy to provide Teva with the materials it needs to communicate with the FDA, but we do want to make sure it is clear that ICS has disclosed these training materials to Teva solely in connection with a request from the FDA, and the information enclosed is highly confidential and sensitive. ICS requests that Teva only use such materials as is necessary for compliance with the FDA's request, and that it maintain their confidentiality in accordance with the parties' existing agreement. Additionally, ICS requests that once Teva has disclosed the training materials to the FDA, Teva return to ICS or destroy all of the training materials in Teva's possession, including any copies made by Teva, its members, managers, officers, employees or representatives. Thank you, and please don't hesitant to reach out if ICS can be of further assistance.*

*John H. Chase*
*AmerisourceBergen*
*Senior Counsel*
*AmerisourceBergen Specialty Group, Inc.*
*3101 Gaylord Parkway, 1N-E125*
*Frisco, TX 75034*


Please let me know if you have any questions.
Thank you,
Kristin

## Kristin Jones
AmerisourceBergen
Account Manager
ICS – AmerisourceBergen Specialty Group

3101 Gaylord Parkway
Frisco, Texas 75034

Work: 469-365-8362
Mobile: 469-907-9164
Fax: 469-365-7580
**www.icsconnect.com**

---

**From:** Jones, Kristin
**Sent:** Tuesday, June 14, 2016 12:39 PM
**To:** 'Kenneth Piper' <Kenneth.Piper@tevapharm.com>; Susan DiTrolio <Susan.DiTrolio@tevapharm.com>; Bradley Raudabaugh <Bradley.Raudabaugh@tevapharm.com>
**Cc:** Lee, George <George.Lee@icsconnect.com>; Thielmier, Christy <Christy.Thielmier@icsconnect.com>; Preciado, Michelle <Michelle.Preciado@icsconnect.com>
**Subject:** RE: ICS Responses to questions asked in various email chains

Please see attached versions of our internal Paragard program training documents, version 4 and version 5. ICS requests proprietary treatment of these documents.

Thank you,

## Kristin Jones
AmerisourceBergen

Account Manager
ICS — AmerisourceBergen Specialty Group

3101 Gaylord Parkway
Frisco, Texas 75034

Work: 469-365-8362
Mobile: 469-907-9164
Fax: 469-365-7580
www.icsconnect.com

**From:** Kenneth Piper [mailto:Kenneth.Piper@tevapharm.com]
**Sent:** Tuesday, June 14, 2016 11:57 AM
**To:** Susan DiTrolio <Susan.DiTrolio@tevapharm.com>; Jones, Kristin <Kristin.Jones@icsconnect.com>; Bradley
Raudabaugh <Bradley.Raudabaugh@tevapharm.com>
**Cc:** Lee, George <George.Lee@icsconnect.com>; Thielmier, Christy <Christy.Thielmier@icsconnect.com>; Preciado,
Michelle <Michelle.Preciado@icsconnect.com>
**Subject:** RE: ICS Responses to questions asked in various email chains

Hi Sue,

They would like the current version + the previous version of the document.  Looking at the header, it appears to be
Version 005 (current) and 004 (previous)

Best regards,



**Kenneth Piper**   Director, Global Pharmacovigilance Compliance-Americas
Tel: 215-293-6656     Cell: 215-206-8960     Fax: 215-795-4052
Kenneth.Piper@tevapharm.com     sip:Kenneth.Piper@tevapharm.com     www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Susan DiTrolio
**Sent:** Tuesday, June 14, 2016 12:49 PM
**To:** Jones, Kristin; Bradley Raudabaugh
**Cc:** Lee, George; Thielmier, Christy; Preciado, Michelle; Kenneth Piper
**Subject:** RE: ICS Responses to questions asked in various email chains

Yes, Kristin, we have these. The FDA is requesting the entire document # TRN-000172 as we only got page 5 of 31. Also, it looks like
this is version 005 and they would like version 004.

Thanks,

Sue

   MDL2974TWHLLC325001

**From:** Jones, Kristin [mailto:Kristin.Jones@icsconnect.com]
**Sent:** Monday, June 13, 2016 2:23 PM
**To:** Bradley Raudabaugh
**Cc:** Lee, George; Thielmier, Christy; Preciado, Michelle
**Subject:** ICS Responses to questions asked in various email chains
**Importance:** High

Hi Brad,

There are several outstanding requests in various email chains, so Michelle and I have worked together to provide to the below information.

1.     The instructions for our team to transfer an Adverse Event call to WRB are listed in our internal training documentation. Please find the page that relates to AEs attached. ICS requests proprietary treatment of this document.

2.     The script for the ICS-owned portion of the phone tree is the second attachment. This document includes both the business hours and after-hours messages.

3.     The third attachment is the training record capturing Denise Butler's training of the ICS trainers on the topic: *Adverse Event Reporting – What is Pharmacovigilence All About?*

4.     The fourth attachment is the training record capturing our internal Paragard Program specific training attendees.

5.     Per the attached email from David Bonilla, please find answers to his two questions below:

•     If a voicemail is received at ICS and you call the complainant and end up warm transferring the call to WRB  or QAS  do you still record on the daily log or not?
○  We do not record Adverse Event details in our system.

•     If not recorded do you inform WRB or QAS that this call was from a voicemail left on a previous day and the day that it was received.
○  No, we contact the site if a voicemail is received.

6.     Susan asked about the direction from Teva with regard to AEs. Per the Fifth Agreement, effective 12/01/2015, Section 10.1 states:

10.     ADVERSE EXPERIENCE REPORTING & CUSTOMER COMPLAINTS

10.1     Adverse Experiences.  Pursuant to Teva's instructions, ICS shall immediately transfer any phone call from a Customer reporting an Adverse Event to a call center operated by Teva or its third party designee, WRB Communications, as directed by Teva to ICS in writing.   Teva will be responsible for reporting Adverse Experiences to the FDA and any other regulatory authority in accordance with all applicable laws and regulations. If transfer is not possible, the telephone number will be provided to the Customer by ICS. Any medical information requests received via e-mail by ICS will be emailed within 24 working hours to Teva.

Please let me know if you have any additional questions.
Thank you,
Kristin

**Kristin Jones**
AmerisourceBergen
Account Manager
ICS – AmerisourceBergen Specialty Group

3101 Gaylord Parkway
Frisco, Texas 75034

Work: 469-365-8362
Mobile: 469-907-9164
Fax: 469-365-7580
www.icsconnect.com

---

**From:** Bradley Raudabaugh [mailto:Bradley.Raudabaugh@tevapharm.com]
**Sent:** Monday, June 13, 2016 9:44 AM
**To:** Preciado, Michelle; Lee, George; Jones, Kristin
**Subject:** FW: ICS vendor

---

**From:** Susan DiTrolio
**Sent:** Monday, June 13, 2016 7:32 AM
**To:** Bradley Raudabaugh
**Subject:** RE: ICS vendor

Hi Brad:

I hope you had a good weekend.

At your meeting this morning, could you please ask where the instructions for the warm transfer of calls to WRB is located. Also, in the Supply Agreement it states that, 'as directed by Teva to ICS in writing'; I will need this document.

I will work with Marlene to get an amendment in draft but until I know what the process is, I won't be able to suggest the wording.

Thanks for all your help.

Kind Regards,

Sue

*Sue DiTrolio*
*Manager, Global*
*Pharmacovigilance Agreements*
Teva Branded Products R&D, Inc
Telephone: 215-293-6334  Mobile: 267-210-3727

---

**From:** Bradley Raudabaugh
**Sent:** Friday, June 10, 2016 4:03 PM
**To:** George.Lee@icsconnect.com; Kristin Jones
**Cc:** Susan DiTrolio; Ajaya Das
**Subject:** Re: ICS vendor

Hi George and Kristin,
We need to discuss this first thing Monday morning to endure PV is taken care of. Please offer you first available 39 minutes to discuss. I will re-arrange my schedule as needed.
Thank you,

Brad

Sent from my iPhone

On Jun 10, 2016, at 3:16 PM, Carolyn Paolucci <Carolyn.Paolucci@tevapharm.com> wrote:

Hi Susan,

Unfortunately I personally do not have any information or documentation to provide regarding the matter below. I am copying my manager Brad Raudabaugh and our Director Ajaya Das who may be more appropriate to assist you with this.

Thanks,
Carolyn

<image001.png>

**Carolyn Paolucci**
Brand Manager, Teva Women's Health
**Office:** 610-727-3425
**Mobile:** 484-881-2786 www.tevapharm.com

---

**From:** Susan DiTrolio
**Sent:** Friday, June 10, 2016 2:34 PM
**To:** Carolyn Paolucci
**Subject:** ICS vendor

Hi Carolyn:

The FDA is here and is asking about the ICS distribution agreement. According to the agreement, ICS received instruction from Teva regarding the transfer of phone calls to Teva. It states that if the call cannot be warm transferred, Teva's phone number would be provided for the customer to call the company.

We hope that Teva trained ICS better than that but we cannot find any documentation that ICS was trained or the vendor form was provided.

Do you have any information regarding this subject or know if ICS was trained, have documentation, or know someone who we can discuss this with. The agreement will also have to be amended unless we have written instruction of the real process.

Thank you for any help that you can provide.

Kind Regards,

Sue

*Sue DiTrolio*
*Manager, Global*
*Pharmacovigilance Agreements*
Teva Branded Products R&D, Inc
Telephone: 215-293-6334  Mobile: 267-210-3727

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary

MDL2974TWHLLC325004

information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

CONFIDENTIALITY NOTICE. This electronic mail transmission may contain privileged, confidential and/or protected health information and is intended only for the review of the party to whom it is addressed.  Any unauthorized use or disclosure of the information contained herein may be a violation of federal law, including the Health Insurance Portability and Accountability Act (HIPAA). If you have received this transmission in error, please immediately return it to the sender, delete it  and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

MDL2974TWHLLC325005

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
                     MDL DOCKET NO. 2974
 3                    (1:20-md-0247-LMM)
              This Document Relates to All Cases
 4

                              -  -  -
 5

 6       IN RE:  PARAGARD IUD PRODUCTS
                LIABILITY LITIGATION
 7

 8                            -  -  -
 9

                     TUESDAY, MAY 23, 2023
10

11                            -  -  -
12

13         Video Recorded and Remote Zoom Deposition
14       of SUSAN LARIJANI, taken pursuant to Notice,
15       at the law offices of Greenberg Traurig, 1717
16       Arch Street, 4th Floor, Philadelphia,
17       Pennsylvania, commencing at approximately 9:13
18       a.m., on the above date, before Rose A.
19       Tamburri, RPR, CM, CCR, CRR, USCRA Speed and
20       Accuracy Champion and Notary Public.
21

                              -  -  -
22

23

                     VERITEXT LEGAL SOLUTIONS
24                     Mid-Atlantic Region
                   1801 Market Street - Suite 1800
25                 Philadelphia, Pennsylvania  19103

                                              Page 1
```

```
 1   had occasion to correspond or collaborate with
 2   Mr. Bonilla, but you can't recall ever
 3   collaborating with anybody from
 4   pharmacovigilance; is that right?
 5        A.   I didn't say that.
 6             MS. FERRELL:  Objection, form.
 7             MS. HERMIZ:  Okay.
 8   BY MS. HERMIZ:
 9        Q.   Can you -- can you explain who you
10   corresponded or collaborated with in
11   pharmacovigilance?
12        A.   There have been several individuals
13   that I've worked with over the years.
14        Q.   Okay.
15             And who is that?
16        A.   There was a Sue DiTrolio, Renise
17   Hobbs, Joyce Godshall.  Those are the names
18   that I recall.
19        Q.   Okay.
20             And what was the -- the nature of
21   your communication or collaborations with
22   those individuals?
23             MS. FERRELL:  Objection, form.
24             THE WITNESS:  Again, it would --
25   could be coordinating for a training.  We -- I
```

Page 61