# EXHIBIT 11K

| | |
|---|---|
| **From:** | Mihaela Dumistracel [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=8A4B34B73D5F4C168366575B9CD2A19E-MDUMISTRACEL] |
| **Sent:** | 12/15/2016 1:30:48 PM |
| **To:** | Siyu Liu [siyu.liu@tevapharm.com] |
| **CC:** | Delia Asuencei [delia.asuencei@actavis.com] |
| **Subject:** | RE: ParaGard and signal of uterine perforation |

I did not know that was discussed also in MSG. I will used the MSG meeting date to close it as refuted.

Kind regards,
Mihaela

**Mihaela Dumistracel, MD**
PV Manager, TA Internal Medicine
Global Patient Safety & Epidemiology (GPS&E)

Actavis
4-8 Nicolae Titulescu Blvd, floor 6 America House West Wing, 011141 Bucharest
Romania
T +40753082931
E mdumistracel@actavis.com
www.actavis.com.ro

---

**From:** Liu, Siyu
**Sent:** Thursday, December 15, 2016 3:29 PM
**To:** Dumistracel, Mihaela
**Cc:** Asuencei, Delia
**Subject:** RE: ParaGard and signal of uterine perforation

Dear Mihaela,

The statement is accurate.

Since the topic was discussed and agreed by PSG and MSG, the MSG meeting minutes should be filed within PhV. That should be sufficient to close the signal.

Best regards,
Siyu

---

**From:** Mihaela Dumistracel
**Sent:** Thursday, December 15, 2016 8:21 AM
**To:** Siyu Liu
**Cc:** Delia Asuencei
**Subject:** RE: ParaGard and signal of uterine perforation

Dear Siyu,

Following my investigation (SD tracker, PSG minutes, PubMED, USPI, studies tracker), I have concluded the following:
"There are no ongoing studies for Paragard.
A signal of 'uterine perforation' was identified during the period of this annual report. The signal originated in a literature publication describing a multinational, prospective, non-interventional cohort study with new users of levonorgestrel-IUSs and copper IUDs. (reference: Heinemann K, Reed S, Moehner S, Minh TD. *Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European Active Surveillance Study on Intrauterine Devices.*Contraception. 2015 Apr;91(4):274-9.). The study concluded that breastfeeding at time of insertion was associated with a six-fold increased risk of uterine perforation (RR 6.1, 95% CI: 3.9-9.6). Upon FDA request, the USPI of Paragard was updated with the following text "The literature is conflicting, but limited data suggest that there may be an increased risk of perforation and expulsion if a woman is lactating." (Submission was ongoing at the time of evaluation and it is currently approved). Upon review, it was assessed that the current body of evidence is covered by the text proposed by FDA and no action is required at the moment."

Please confirm if this is accurate.

In addition, for closing the signal in the SD tracker I might additional documentation. I was thinking to prepare a review on the topic for the PSG and to close it based on the team recommendation. I have quite a huge workload at the moment, but I could do it by end of January. What do you think?

Kind regards,
Mihaela


**Mihaela Dumistracel, MD**
PV Manager, TA Internal Medicine
Global Patient Safety & Epidemiology (GPS&E)

Actavis
4-8 Nicolae Titulescu Blvd, floor 6 America House West Wing, 011141 Bucharest
Romania
T +40753082931
E mdumistracel@actavis.com
www.actavis.com.ro

---

**From:** Liu, Siyu
**Sent:** Tuesday, December 13, 2016 6:54 PM
**To:** Dumistracel, Mihaela
**Cc:** Asuencei, Delia
**Subject:** RE: ParaGard and signal of uterine perforation

Agreed with you that it should be mentioned in the annual report.

Will you inform the signal team that the signal is closed?

Thanks,
Siyu

---

**From:** Mihaela Dumistracel
**Sent:** Tuesday, December 13, 2016 11:25 AM
**To:** Siyu Liu

**Cc:** Delia Asuencei
**Subject:** RE: ParaGard and signal of uterine perforation

Hi Siyu,

I think it is ok to close it when FDA approves the labelling (at least we will know that it is not refuted ☺).
Please, could you confirm that it should be addressed in the annual report (identification date is in review period)?

Kind regards,
Mihaela

**Mihaela Dumistracel, MD**
PV Manager, TA Internal Medicine
Global Patient Safety & Epidemiology (GPS&E)

Actavis
4-8 Nicolae Titulescu Blvd, floor 6 America House West Wing, 011141 Bucharest
Romania
T +40753082931
E mdumistracel@actavis.com
www.actavis.com.ro

---

**From:** Liu, Siyu
**Sent:** Tuesday, December 13, 2016 6:19 PM
**To:** Dumistracel, Mihaela
**Cc:** Asuencei, Delia
**Subject:** RE: ParaGard and signal of uterine perforation

Hi Mihaela,

We identified a literature during annual report process that indicated an increased risk for uterine perforation postpartum and during breastfeeding. It happened at the time we change USPI to PLR format per requested by the FDA. It was mentioned in the existing label regarding the risk of breast feeding, but language was soft. We have submitted the proposed changes (stronger languages) in the label for the risk to the FDA. Since it was not an urgent safety update (rather PLR conversion), FDA takes their time to review and approve. We have not heard from the FDA regarding the changes.

I do not know when we should close the signal, at FDA approval and new label in place, or submission to the FDA with proposed label changes.

Best regards,
Siyu

---

**From:** Mihaela Dumistracel
**Sent:** Tuesday, December 13, 2016 4:34 AM
**To:** Siyu Liu
**Subject:** ParaGard and signal of uterine perforation

Hi Siyu,

I have checked the signal detection tracker and it is an ongoing signal of 'uterine perforation'. In the comment section it is stated that: "A literature search was conducted for the annual report for ParaGard (copper IUD). One article described

an increased risk of uterine perforation if an IUD was inserted when the woman was breastfeeding.  Please include the potential signal that breastfeeding may increase the risk of uterine perforation for ParaGard.
In the process to submit a proposed change in USPI; Suggest to modify USPI including insertion during breast feeding  and postpartum status as a risk factor for uterine perforation for Paragard.".

Date detected is 22-JAN-2016.

Please, could you clarify if the signal was closed? Shall be mentioned also in this annual report?
We may discuss over the phone, if it is easier for you.

Kind regards,
Mihaela

**Mihaela Dumistracel, MD**
PV Manager, TA Internal Medicine
Global Patient Safety & Epidemiology (GPS&E)

Actavis
4-8 Nicolae Titulescu Blvd, floor 6 America House West Wing, 011141 Bucharest
Romania
T +40753082931
E mdumistracel@actavis.com
www.actavis.com.ro

This e-mail, including any attachments, is meant only for the intended recipient of the transmission, and may be a confidential or privileged communication. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order          MDL2974TWHLLC390292



# MSU – Enhancing Our Agility

June 21st , 2017

**Orit Stern Maman**

# Why to Change Now?

- Lessons learned from the past year
- Aligning with Teva's strategy
- Increasing professionalism
- Balancing the workload between groups

# MSU Organizational Chart – July 1st, 2017

- **Head of MSU** — Orit Stern-Maman
  - **Administrative Assistance** — Limor Arkush
  - **TA Group Leader, CNS & Pain** — Orit Neudorfer
    - **Neurology** — Corina Hrehoret
    - **Pain & Migraine** — Ariel Abreu
  - **TA Group Leader, Respiratory & Biosimilars** — Nicole Lang
    - **Respiratory** — Mihaela Dumistracel
    - **Biosimilars** — Ilana Shutov - Frishman
  - **TA Group Leader, Generics, IM, Neuropsychiatry & IEM** — Hila Horovitz
    - **Generics** — Talya Drillman
    - **Neuropsychiatry & IEM** — Ari Gershon
    - **IM** — Delia Asuencei
  - **TA Group Leader, MSU Operations** — Zohar Levi
    - **Safety Data Analysis Management** — Team Leader**
    - **Clinical Operations** — Team Leader**
    - **Function, Coordination & Excellence** — Anat Krauser
  - **Epidemiology** — Team Leader**

1.7.17

** Vacancy position

# MSU Organizational Chart July 1st, 2017

IL
RO
DE
US
CA

**Head of MSU**
*Orit Stern-Maman*

**Administrative Assistance**
*Limor Arkush*

## CNS & Pain
*Orit Neudorfer*

### Neurology
*Corina Hrehoret*

**Peleg Baruch-P.L. - MS**
Alexander Send
Helena Knebel
Liat Greener
Mingfang Zhu
Miriam Gonsky
Revital Barrelly
Shahd Qassem
Siyona Kolatkar

### Pain & Migraine
*Ariel Abreu*

**Nicola Faulhaber-P.L. - Fremanezumab**
Bianca Neculai *
Hazar Saba
Ilda Bidollari
Katya Manshirov
Maya Margalit
Netta Bartov
Yoel Kessler
Madalina Staicu

## Respiratory & Biosimilars
*Nicole Lang*

### Respiratory
*Mihaela Dumistracel*

Colleen Shaller
Reut Elya
Maria Calota
Michal Gati
Shelly Adi Harel
Siyu Liyu
Yael Shalit

### Biosimilars
*Ilana Shutov-Frishman*

Anna Shurshalina
Andrea Renz
Reem Abu-Kheit *
Reut Cohen Lemel
Shiri Uri

## Generics, IM, Neuropsychiatry & IEM
*Hila Horovitz*

### Generics
*Talya Drillman*

Birgit Proeser
Claudia Dragut
Gigi Cruz
Inessa Semenenko
Mirela Popa
Mor Cohen
Stefan Constantinescu
Xenia Hamann

### Neuropsychiatry & IEM
*Ari Gershon*

Anya Rudnicki
Cristina Gavril *
Daniel Walter
Laura Badica
Moran Falk
Moran Salama
Shani Pery *

### IM
*Delia Asuencei*

Danit Snir
Haixiao Chen
Leonard James
Roman Lyakhovetsky

## MSU Operations
*Zohar Levi*

### Safety Data Analysis Management
*Team Leader***

Adriana Moraru
Danielle Avraham
**Inbal Nafshi-P.L.**
Miriam Kaminietsky

### Clinical Operations
*Team Leader***

**Zivit Etin-P.L.**
Dafna Lotan
Elisa Forman
Eynat Goldberg
Qais Arow

### Function, Coordination & Excellence
*Anat Krauser*

Anat Thal
Cohav Shacham
Vicky Goler Baron
Yael Goren

## Epidemiology
*Team Leader***

Dvora Frankenthal
Sari Goren
Sigalit Kaplan

1.7.17

* Maternity leave
** Vacancy position

# MSU – Products by TAs

| Neurology | Pain & Migraine | Respiratory | Biosimilars |
|---|---|---|---|
| Azilect (Rasagiline mesylate) | SD-254 (Deu-Venlafaxine) | Adenovirus (DR-501) | XM17 (Ovaleap_Follitropin a) |
| Modafinil (Provigil _CEP-1538) | TV-45070 (XEN 402; Funapide)Xenon | Albuterol - Proair HFA, Proair Respiclick | XM22 (Lonquex_Lipegfilgrastim) |
| Pridopidine (TV-7820) | Actiq (Fentanyl_OTFC) | Beclomethasone - QNSL, QVAR MDI | XM02 (Granix_Filgrastim) |
| Armodafinil (Nuvigil_CEP- 10953) | Fentora, Effentora and E-Fen (Fentanyl citrate) | Beclomethasone - QVAR BAI Readihaler | XM01 (Erythropoetin theta) |
| TEV-46555 GASTRO RETENTIVE PACMAN | Flupirtin | Budesonide/Formoterol - DuoResp Spiromax | TVB009 (Formulation 1+2) |
| Laquinimod for HD | Hydrocodone (CEP-33237), Vantrela | Colistimethate sodium - Colobreathe | TVB101 |
| Gabitril® (Tiagabine) | TV-46139_Oxycodone Hydrochoride APAP | Darifenacin (inhalation) | Rituximab |
| Austedo for HD | TV-46763 Hydrocodone Bitartrate APAP | Dornase alpha tidal inhaler (TVB017) | Trastuzumab |
| Austedo for TD | Amrix | Fluticasone MDPI 2:1 - ArmonAir RespiClick (TV-44663) | |
| Austedo for TS | TV-26433  Zecuity | Fluticasone/Salmeterol MDPI 2:1 - AirDuo RespiClick (TV-44664) | |
| Copaxone (Glatiramer Acetate) | Celecoxib | Fluticasone/Salmeterol  Spiromax MDPI 2:1 (FSS-AS-30003) | |
| Laquinimod for PMS | Fasinumab | Fluticasone/Salmeterol MDPI 1:1 - Aerivio Spiromax | |
| | Lidocaine Socks | Fluticasone/Albuterol | |
| | TEV-52791 | Formoterol Tidal Inhaler  (LABA,  TEV 48107) | |
| | Rizatriptane diclofenac | Glycopyrronium Tidal Inhaler (LAMA,  TEV 49385) | |
| | Fremanezumab | Glycopyrronium/Formoterol Tidal inhaler (LAMA/LABA, TEV 48138) | |
| | | Ipratropium bromide | |
| | | Tiotropium - Braltus | |
| | | Oxybutynin (inhalation) | |
| | | E-Connectivity | |
| | | Reslizumab (IV+SC) | |
| | | FGF21 | |
| | | Anti TL1a | |
| | | TEV 53275 | |

# MSU – Products by TAs (cont.)

| Neuropsychiatry & IEM | | IM |
|---|---|---|
| TV-46000 Risperidone Long Acting Injection NTE | TEV-45478 (DR 6-MP ) | Modelle Pure (Cyproterone Acetate-Ethinylestradiol) |
| TV-44749 Olanzapine Long Acting Injection NTE | TEV-48317  (Fatty Acid Synthase Inhibitor) | Mircette (Desogestrel-Ethinylestradiol-Ethinylestradiol) |
| TEV-90117 Risperidone Amphetamine NTE | Akrinor (Cafedrine w/theodrenaline) | Modelle TREND; Modelle PRO (Drospirenone-Ethinylestradiol) |
| TV-48438 Lurasidone LAI | CEP-19561 (Amphotericine B liposomal complex) | FemSeven; FEMINOVA 75; FEMINOVA 50; Estreva;Divigel (Estradiol) |
| Auspex SD-506 | CEP 37440 Alk-Fak inhibitor | FemSevenCombi; Combiseven; FEMSEVEN SEQUI (Estradiol-Estradiol-Levonorgestrel) |
| NTE rosuvastin | CEP-19562 (Myocet, Liposomal doxorubicin) | NAEMIS (Estradiol-Estradiol-Nomegestrol Acetate) |
| TEV-50370 (Esketamine) | CEP-41443 (Omacetaxine, Synribo) | Prefest (Estradiol-Norgestimate) |
| Ropivacaine | Treanda (Bendamustine) | Modelle ERO; CamreseLo (Ethinylestradiol-Ethinylestradiol-Levonorgestrel) |
| Deu-Tizanidine Patch | Trisenox (arsenic trioxide) | FELIXITA; Femadiol; Modelle TEEN (Ethinylestradiol-Gestodene) |
| Mexiletine | Bendeka (Bendamustine) | LaLydia; LEELOO; Nordette 21; Nordette 28; QUARTETTE; Jolessa; Seasonale (Ethinylestradiol-Levonorgestrel) |
| Inhaled Pirfenidone | Paragard 3800A (Copper IUD) | NORINYL; Necon (Mestranol-Norethindrone) |
| TEV-513 (Intra-articular Indomethacin) | TEV46046-DMPA-WH (Medroxyprogesterone Acetate) | LUTENYL (Nomegestrol Acetate) |
| Thiosix | Seasonique, LoSeasonique (Ethinylestradiol-Ethinylestradiol-Levonorgestrel) | Aygestin (Norethindrone Acetate) |
| Zolpimist | Plan B, Plan BOS (Levonorgestrel) | MENAELLE (capsule); Cyclogest (pessary) ( Progesterone) |
| | Zoely (Nomegestrol Acetate + Estradiol Hemihydrate) | Colpotrophine (Promestriene) |
| | Modelle ANTI; DINOL (Chlormadinone Acetate-Ethinylestradiol) | Colpotrophine (Promestriene) |
| | Cenestin (Conjugated Estrogens Synthetic A) | Women Health  generic products |
| | Enjuvia (Conjugated Estrogens Synthetic B) | |

# Implementation

- Effective July 1st 2017
- Gradual transition plan
- No organizational change announcement



