EXHIBIT 11L

**From:**      Sally Fedon [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SALLY.FEDON]
**Sent:**      12/13/2010 2:23:21 PM
**To:**        Thomas Mehs [tmehs@barrlabs.com]
**Subject:**   FW: Case # BA10-056303 (ParaGard question from HCP)

Hi Thomas,

I believe you have previously helped us with so ParaGard questions in the past.  Would you be able to provide any information for the HCPs inquiry below?

Good evening, One of our rep's received a request from an HCP for more specific information on temperature. Doctor reported that he stored ParaGard in his vehicle over night and temperatures reached 25 degrees Fahrenheit. Dr. LeFerla wanted to know what happens to the ParaGard if it was not stored within the range 59 to 86 degrees Fahrenheit. We told him that we have no additional information outside these guidelines, but he was insistent that we ask for more.

Thanks so much for your assistance,

Sally
Sally Fedon, Pharm.D
Medical Affairs Specialist
Teva Women's Health Research, Inc.
Teva Branded Pharmaceutical Products R&D, Inc.
425 Privet Road
PO Box 1005
Horsham, Pa 19044-1005
Phone 215-293-7210
Fax 215-293-7432
sally.fedon@barrlabs.com

MDL2974TWHLLC066369

| | |
|---|---|
| **From:** | Sally Fedon [Sally.Fedon@tevapharm.com] |
| **Sent:** | 2/16/2012 8:52:02 PM |
| **To:** | Safety_USA [drug.safety@tevapharm.com] |
| **CC:** | Karen Lowney [/o=teva/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=klowney]; Susan Larijani [/o=teva/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=slarijan] |
| **Subject:** | FW: Web Page on Paragard |

Hello,

I am uncertain of the most appropriate way to report these AEs, but at the end of this email is a link to a facebook page entitled "Paragard DON'T GET ONE, Women helping women be informed. On that facebook page are several reports of adverse events with ParaGard. Please let me know if there is any additional information I can try and provide for you .

Kind regards,

Sally Fedon

**Sally Fedon, PharmD**   US Medical Information Lead--Women's Healthcare

Tel: 610-727-6232

Sally.Fedon@tevapharm.com

**From:** Carol Childers
**Sent:** Thursday, February 16, 2012 3:29 PM
**To:** Marlene Shea
**Cc:** Angela Randall; Sally Fedon
**Subject:** RE: Web Page on Paragard

Holy moly! Just checked that facebook out and there's another one that is just titled Paragard. Wow, lots and lots of posts. When should we discuss?

On a side note, Marlene, I know you are super duper busy coming off vacation (or at least I think and ho

Attachments:
    image001.png (9673 Bytes)
    image002.jpg (1339 Bytes)
    image003.png (3834 Bytes)



| From: | Denise Butler [Denise.Butler@tevapharm.com] |
|---|---|
| on behalf of | Safety_USA [drug.safety@tevapharm.com] |
| Sent: | 2/17/2012 5:00:08 PM |
| To: | Sally Fedon [sally.fedon@tevapharm.com]; Safety_USA [drug.safety@tevapharm.com] |
| CC: | Karen Lowney [/o=teva/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=klowney]; Susan Larijani [/o=teva/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=slarijan]; Mary Schiliro [mary.schiliro@tevapharm.com]; Kimberly Spotts [kimberly.spotts@tevapharm.com] |
| Subject: | RE: Web Page on Paragard |

Hello Sally,

Per Joyce Godshall, there has not been anything set in place, as a company, on how to approach these social networking based reportings of AEs. Until there is a policy, there is no way to monitor such cases.

Our department's IT filter does not allow computers to access Social Networking websites, so we would be unable to open the link provided.

If each consumer with an AE is singled out and reported with the proper criteria, only then would Pharmvig be able to process it.

Kind regards,

Denise Butler RN, BSN
Drug Safety Associate
Pharmacovigilance
Teva Branded Pharmaceutical Products R&D, Inc
425 Privet Road
Horsham, PA  19044
215-293-6188
Denise.Butler@tevausa.com

**From:** Sally Fedon
**Sent:** Thursday, February 16, 2012 3:52 PM
**To:** Safety_USA



EXHIBIT
17
Larijani
5/23/23

**Cc:** Karen Lowney; Susan Larijani
**Subject:** FW: Web Page on Paragard

Hello,

I am uncertain of the most appropriate way to report these AEs, but at the end of this email is a link to a facebook page entitl

Attachments:
    image003.png (3834 Bytes)
    image004.png (9673 Bytes)
    image005.jpg (1339 Bytes)

MDL2974TWHLLC135882

| | |
|---|---|
| **From:** | Sally Fedon [Sally.Fedon@tevapharm.com] |
| **Sent:** | 11/30/2011 1:35:45 PM |
| **To:** | Phillip Young [phillip.young@tevapharm.com] |
| **CC:** | Larijani, Susan [slarijan@cephalon.com] |
| **Subject:** | RE: medical question on a managed care deck |
| **Attachments:** | PARAGARD_CORE_annotated.pdf |



Phillip and Susan,

Thank you both for the quick responses!! I greatly appreciate all your help on this. I have attached a copy of the deck that was submitted for copy approval.

There are a couple of things that absolutely have to come out to begin with. We had a meeting with the submitter and agency people 2 weeks ago when the deck was first submitted about the content and they were instructed at that time to remove anything that referenced Trussell 2009 from the deck as the result of a higher level review decision that was made back in March/April that the reference could no longer be used as it was not accurate. As you can see, this was not done and the Trussell reference still appears on multiple pages of the deck.

I also feel that there is absolutely no fair balance to this piece and that it grossly overstates the "safety" of ParaGard.

Phillip, I am free any time after 1:00 CST if you are available to talk today. I can give you a call at whatever time works for you, just let me know.

Again, thank you both for your help and I look forward to meeting you in person Phillip at the meeting next month

Kind Regards,
Sally



**Sally Fedon**  Medical Services Specialist
Tel: 215-293-7210
Sally.Fedon@tevapharm.com   sip:Sally.Fedon@tevapharm.com   www.tevapharm.com

---

**From:** Phillip Young
**Sent:** Tuesday, November 29, 2011 4:17 PM
**To:** Sally Fedon
**Cc:** Susan Larijani
**Subject:** RE: medical question on a managed care deck

Hi Sally, I am happy to try and help, tomorrow (Wed) after 11:00 CST would be a good time for me, or Thursday morning. I don't know much about Women's Health, perhaps if you could email the deck that may help me get a sense of things, but your instincts are good on how much freedom the MCO rep has. Look forward to meeting you in KC.

**Phillip Young, PharmD, MBA,** Director, Medical Affairs
Phone: (816) 508-5068   Cell: (913) 488-1452   Fax: (816) 508-5013
Phillip.Young@tevapharm.com   www.tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

**From:** Sally Fedon
**Sent:** Tuesday, November 29, 2011 2:21 PM
**To:** Phillip Young
**Subject:** medical question on a managed care deck

Hi Phillip,

Carol Childers gave me your name as someone who may be able to assist me with a medical content question.  I am the medical approver for copy approval for the women's health division and we have a managed care deck that is going through copy approval now.  I have not previously reviewed or approved a managed care deck that is intended to be presented by the managed  care group and some regional managers.  My prior experience with managed care decks that contain medical content was that it was presented only by our medical science liaisons, and not by any type of sales reps.  The deck that we are reviewing contains medical content that I am not sure is acceptable/appropriate for the intended presenters.

Would it be possible to speak with you directly regarding what is acceptable for managed care to present?  I would greatly appreciate some guidance on this.

Thank you so much
Kind Regards
Sally



**Sally Fedon**  Medical Services Specialist
Tel: 215-293-7210
Sally.Fedon@tevapharm.com   sip:Sally.Fedon@tevapharm.com   www.tevapharm.com

MDL2974TWHLLC134864



ParaGard® T 380A
Intrauterine Copper Contraceptive

An effective hormone-free intrauterine contraceptive (IUC) option for a broad range of women[1-6]

References: 1. Mirena [prescribing information]. Wayne, NJ: Bayer HealthCare Pharmaceuticals Inc.; 2009. 2. Lyus R, Bohr P, Prager S. Contraception. 2010;81:367–371. 3. Centers for Disease Control and Prevention. MMWR. 2010;59:1–86. 4. Trussell J. Contraception. 2011;83:397–404. 5. The American College of Obstetricians and Gynecologists. Practice Bulletin. 2011;118:184–196. 6. Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010. Centers for Disease Control and Prevention. US Department of Health and Human Services.
Please see Important Safety Information on slide 40.

[CDC_USMEC_2010_full/p4/col1/para2/lns1-5]

[ParaGard_PI/p1/col1/para5&6; p2/col3/para3];
[Mirena_PI/p1/col1/para3];
[ACOG_2011/p3/col2/para1/lines1,2];
[Lyus_Contraception_2010/p2/col1/para2/lines14-19];
[USMEC_2010/p2/Parity/Nulliparous];
[CDC_USMEC_2010_full/p52 (box&table); p53 (obesity, DVT&PE); p54 (acuteDVT&PE); p56 (breast disease including breast cancer); p57 (PID); p58 (diabetes, cirrhosis, liver tumors)]

Women today make many decisions that impact their careers and their families. However, one personal decision is often determined by what is or is not covered by their health insurance. When it comes to birth control, women may make choices based on what they are familiar with, their doctor's recommendation, and what is easily accessible through their drug coverage.[1] Some of their choices may be user-dependent contraceptives, such as the sponge and diaphragm, or hormone-based, such as the levonorgestrel (LNG)-releasing intrauterine system (IUS) and hormonal contraceptive injections. Oral contraceptives (OCs), also known as the Pill, are both user-dependent and hormone based. While these options are effective, they may have other implications such as burdensome daily requirements, reduced spontaneity, and hormone-related side effects.

[ParaGard Web site. Available at: http://hcp.paragard.com/about-paragard (para4). Accessed November 1, 2011]

In 1984, ParaGard® T 380A (intrauterine copper contraceptive), an IUC, was introduced as an effective, hormone-free form of birth control. ParaGard® was the answer then for women desiring or requiring a hormone-free option, and is still the answer for women in need of a hormone-free option. ParaGard® has no hormone-related side effects and offers female members an easily reversible option should they decide to seek pregnancy.

[ParaGard_PI/p1/col4/Adverse reactions]

[ParaGard_PI/p2/col3/para3]

Following this presentation, you will have the information necessary to consider providing broad access to and full reimbursement for ParaGard® to ensure this hormone-free IUC is available for a broad range of women and your organization.

**Reference: 1.** Centers for Disease Control and Prevention. *US Medical Eligibility Criteria for Contraceptive Use, 2010*. Atlanta, GA: Centers for Disease Control and Prevention, US Department of Health and Human Services; 2010. *MMWR*. 2010;59:1–86.

1

MDL2974TWHLLC134865

## Today's Presentation

- Contraceptive Use in the US
- ParaGard®: An appropriate option for a broad range of women
- Economic Impact
- Demonstrated Safety
- A Healthcare Provider (HCP) Perspective: Potential barriers

ParaGard®
intrauterine copper contraceptive

2   *Please see Important Safety Information on slide 40.*

During today's presentation, we will cover the daily implications hormone-based contraception can have on both your female population and your organization. We will also introduce or reintroduce you to ParaGard®, and show you how many of your female members could be appropriate for this hormone-free, reversible IUC. We will then dive into how ParaGard® can impact your organization's bottom line vs OCs, Mirena® (the LNG-releasing intrauterine system), and tubal ligation. Let's get started.

2

MDL-2974 Confidential - Subject to Protective Order                    MDL2974TWHLLC134866



According to a published survey from the National Center for Health Statistics (N=7,356),[1] 62% of the women surveyed used some form of contraception, including male contraception (ie, condom, vasectomy).[1] Among the women who used a method of contraception in 2006–2008, the leading methods used were:

[Mosher_VHS/p7/col2/para2/bullet1]

- OCs, used by 17.3%, or 10.7 million women[1]
- Female sterilization, used by 16.7%, or 10.3 million women[1]   [Mosher_VHS/p15/col2/para2/bullet2]
- Male sterilization (vasectomy), used by the partners of 6.1%, or 3.7 million women[1]

[Mosher_VHS/p15/col2/para2/bullet3]

Reference: 1. Mosher WD, Jones J. Use of contraception in the United States:1982–2008. National Center for Health Statistics. *Vital Health Stat.* 2010;23(29):1–44.

3

   MDL2974TWHLLC134867



According to the same survey, which also looked at contraceptive use in the US from 1982–2008, at least 99% of women who had intercourse at least once in their life used some form of birth control. Of these women, 59% used a nonhormonal method (ie, 37% female/male sterilization, 16% condom, 1% rhythm method, 5% withdrawal) in 2006–2008.[1] Some of the methods used could compromise efficacy, leading to unintended pregnancy.[2]

**References: 1.** Mosher WD, Jones J. Use of contraception in the United States: 1982–2008. National Center for Health Statistics. *Vital Health Stat.* 2010;23(29):1–44. **2.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14.

4

MDL2974TWHLLC134868



### Cost of Failure by Contraceptive Method[1]

Cost-effectiveness of contraceptive methods at 5 years

| Method | Failure cost ($) | Cost of side effects ($) | Total cost ($) |
|---|---|---|---|
| Copper T IUD | 42 | 0 | 42 |
| LNG 20 IUS | 58 | 49 | 107 |
| Vasectomy | 3 | 0 | 3 |
| Male condom | 1,217 | 0 | 1,217 |
| Fertility awareness based methods | 1,692 | 0 | 1,692 |
| Withdrawal | 2,017 | 0 | 2,017 |
| Injectable contraceptive | 300 | 40 | 340 |
| Tubal ligation | 59 | 53 | 112 |
| Vaginal ring | 683 | 8 | 691 |
| OCs | 682 | 69 | 751 |
| Transdermal patch | 663 | 1 | 664 |

[Trussell_2009/p11/Table3/copper T IUD vs oral contraceptives]

IUCs may prevent more unintended pregnancies—and unintended pregnancy-related costs—than branded OCs.[1]

[Trussell_2009/p11/Table3/copper T IUD vs oral contraceptives]

†Method-related costs are not included in total cost.
References: 1. Trussell J, Lalla A, Doan QV, et al. *Contraception*. 2009;79:5–14.
5   Please see Important Safety Information on slide 40.

ParaGard▼
intrauterine copper contraceptive

[Mosher_VHS _2010/p1/col3/ para4/ lines7-10; p2/ col1/para1/ lines1,2]

In 2010, about half of all pregnancies in the US were unintended.[1] Some of these unintended pregnancies could be due to imperfect use of user-dependent methods, such as condoms, the rhythm method, or OCs.[2]

[Trussell_2009/p8/ Table1a (typical use rates for: male condom, female condom, diaphragm, oral contraceptives, fertility-awareness-based-methods)]

[Mosher_VHS _2010/p5/ col2/para4/ lines7-8]

OCs are a popular choice for birth control perhaps because they are easily available and can be obtained for a low monthly cost to members.[1] However, contraceptive failure can incur unintended pregnancy-related costs to your organization that may greatly exceed the method costs themselves.[2]

[Trussell_2009/p1/ col2/para2/lines1-3]

[Trussell_2009/ p11/Table3 (OC failure ($682) & side effect costs ($69)) = $751]

In 2009, the cost of failure plus side effect costs for branded OCs was $751. For the copper T IUC, a hormone-free IUC with no side effect costs, the cost of contraceptive failure at 5 years was $42.[2]

[Trussell_2009/p11/Table3 Copper-T failure= $42]

**References: 1.** Mosher WD, Jones J. Use of contraception in the United States: 1982–2008. National Center for Health Statistics. *Vital Health Stat.* 2010;23(29):1-44. **2.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14.

5

MDL2974TWHLLC134869



A review of contraceptive failure in the US for all methods of contraception showed that the percentage of women experiencing an unintended pregnancy with the use of IUCs was as low or lower than women who have gone through female sterilization. Only 0.8% of women who used a copper T IUC experienced an unintended pregnancy and with perfect use, it was reduced to 0.6%.[1]

[Peipert_2011/p1108/col2/para5/lines7-11]

[Trussell_2011/p398/Table1 (typical use & perfect use columns)]

In addition to the IUC being highly effective, a continuation and satisfaction study demonstrated that IUCs have one of the highest rates of satisfaction and 12-month continuation. More than 80% of users were satisfied with the IUC, compared with 55% who were satisfied with OCs. Given that long-acting reversible contraception (LARC) methods have the highest contraceptive efficacy, these methods should be considered first when counseling patients.[2]

[Peipert_2011/p1108/col2/para4/lines1-4]

[Peipert_2011/p1108/col2/para4/ln12]

[Peipert_2011/p1113/col1/para2]

References: 1. Trussell J. Contraceptive failure in the United States. *Contraception.* 2011;83:397–404. 2. Peipert JF, Zhao Q, Allsworth JE, et al. Continuation and satisfaction of reversible contraception. *Obstet Gynecol.* 2011;117(5):1105–1113.

6



Another important consideration involving the cost of unintended pregnancies is their effect on taxpayers and Medicaid costs. A large proportion of unintended pregnancies occur among low-income women who are eligible for a variety of government services themselves; if they give birth, their children are eligible as well.[1] [Monea_2011/p88/col1/para2/lines1-6]

A study was conducted to estimate taxpayer spending on unintended pregnancy. It focused on Medicaid-financed medical care for eligible women whose unintended pregnancies resulted in births, fetal losses, or abortions, and on medical care financed through Medicaid and the Children's Health Insurance Program (CHIP) for eligible infants up to a year old who were conceived unintentionally.[1] [Monea_2011/p89/col1/para2/lines1-7]

Taxpayer spending on each outcome was measured by multiplying estimates of the 2001 incidence of publicly financed unintended pregnancy outcomes by the average per-incident cost, and then inflating all costs to 2008 dollars using the medical care component of the Consumer Price Index.[1] [Monea_2011/p89/col1/para2/lines12-14; 18,19]

[Monea_2011/p90/col2/para2/lines10,11]

The study found that medical services to women who experience unintended pregnancies costs taxpayers $9.6 to $12.6 billion annually. As many unintended pregnancies may be mistimed pregnancies that would be publicly financed at a later time, the study concluded that taking this into account would result in a public savings of $4.7 to $6.2 billion annually.[1] [Monea_2011/p91/col2/para6/lines5,6; p91/col2/para4/lines1-3]

Efforts that increase access to contraceptive options are viewed as likely to succeed at reducing unintended pregnancies, and therefore reduce the costs associated with these unintended pregnancies.[2] [Finer_2011/p84/col1/para3/lines3-8]

**References: 1.** Monea E, Thomas A. Unintended pregnancy and taxpayer spending. *Perspect Sex Reprod Health.* 2011;43(2):88–93. **2.** Finer L, Kost K. Unintended pregnancy rates at the state level. *Perspect Sex Reprod Health.* 2011;43(2):78–87.

7



Intrauterine contraception became popular in the US in the early 1980s.[1] Through varying levels of popularity and acceptability, the hormone-free copper T 380A has remained a viable, safe, and effective contraceptive choice for women in the US and worldwide.[1]

[Mosher_VHS_2011/p9/col3/para1/lines2-7]

In 1995, the National Survey of Family Growth reported that an IUC was used by fewer than 1% of women using contraception. However, more providers are beginning to be convinced of the efficacy and safety of IUCs; from 2006 to 2008, IUC use increased to an estimated 5.5% in the US.[1]

[Mosher_VHS_2011/p9/col3/para1/lines2-7]

[Peipert_2011/p1105/col1/para2/lines1-4; p1106/col1/para4/lines7-11; col2/para2/lines1-6]

Preliminary data reported from the contraceptive CHOICE project, a prospective cohort of females aged 14–45 years, showed that in the absence of financial, knowledge, HCP, or logistical barriers, the rate of initiation of a LARC was higher than any other contraceptive method. Of the first 2,500 women enrolled in the study, 68% chose an IUC.[2]

[Peipert_2011/p1108/col2/para2/lines3-5]

Encouraging the use of LARC methods, such as IUCs, for appropriate candidates may help lower unintended pregnancy rates in the US because gaps in use and discontinuation of shorter-acting methods are associated with unintended pregnancy rates in high-risk women.[3]

[ACOG_2011/p184/col2/para1/lines1-6]

**References: 1.** Mosher WD, Jones J. Use of contraception in the United States: 1982–2008. National Center for Health Statistics. *Vital Health Stat.* 2010;23(29):1–44. **2.** Peipert JF, Zhao Q, Allsworth JE, et al. Continuation and satisfaction of reversible contraception. *Obstet Gynecol.* 2011;117(5):1105–1113. **3.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin.* 2011;118:184–196.

8

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC134872



IUCs are suitable for many women, such as those who have just had a baby and would like the option to have another child should they decide to; women who have had an abortion or miscarriage; and women who have had a history of ectopic pregnancy.[1] There are no label restrictions for nulliparous women with ParaGard®.[2,3]

**References: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin.* 2011;118: 184–196. **2.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services. **3.** Lyus R, Bohr P, Prager S. Use of the Mirena™ LNG-IUS and Paragard™ CuT380A intrauterine devices in nulliparous women. Society of Family Planning: Clinical Guidelines. *Contraception.* 2010;81:367–371.

9



[Gallup_2010/
p2/bullet1]
With increasing talk in the media about hormone-related side effects, women are starting to notice the amount of hormones they are ingesting on a daily basis—whether from food or their contraceptives.[1] ← [Gallup_2010/
p2/bullet1]

[Gallup_201
0/p3/
segment1]
In 2010, a Gallup poll of the US market for women's contraceptive products was conducted to assess attitudes toward and experience with birth control and the decision-making process when selecting a contraceptive method. Seventy two percent of the 804 women surveyed (between the ages of 18 and 39 years) were prescription contraceptive users. In the same survey, 25% (n=143) of those prescription contraceptive users were concerned about the safety of their current method. Of this group, 56% (n=80) had concerns about long-term
[Gallup_2010/
p3/segment3]  hormone use.[1] ←  [Gallup_2010/p3/segment2/
p4/lines1,2]

In addition to women who have the desire to reduce their hormone intake, other women may have a medical condition that precludes the use of hormone-based contraceptives.[2] ←

[USMEC_2010/
p1/Key;
p1/Left table/
columnheads3-
6 for Breast
disease (Breast
cancer);
Cirrhosis
(Severe);
p2/Left table/
columnheads3-
6 for Liver
tumors
(hepatocellular
adenoma &
malignant);
Parity
(Nulliparous);
PID]

**References: 1.** *The 2010 Gallup Study of Women's Use of Contraceptive Products.* Conducted by Multi-sponsor Surveys Inc., Princeton, NJ. **2.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services.

10



Some women may be required to avoid hormone-based contraceptives due to certain medical issues, such as liver cancer or disease, breast cancer or disease, acute or non-acute DVT/PE, obesity, diabetes, or PID.[1] This may lead them to other nonhormonal options, such as condoms, rhythm method, or tubal ligation.[2] These nonhormonal options may have unintended pregnancy risks if misused. Tubal ligation, in particular, may not be ideal for many women, as it is both a permanent and an invasive procedure. However, according to the US Medical Eligibility Criteria for Contraceptive Use, the conditions displayed on this slide are not contraindicated for nonhormonal IUC use. For women with these conditions, a nonhormonal IUC may be an appropriate option.[3]

**References: 1.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services. **2.** Trussell J. Contraceptive failure in the United States. *Contraception.* 2011;83:397–404. **3.** Centers for Disease Control and Prevention. *US Medical Eligibility Criteria for Contraceptive Use, 2010.* Atlanta, GA: Centers for Disease Control and Prevention, US Department of Health and Human Services; 2010. *MMWR.* 2010;59:1–86.

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC134875

To review what we have just presented, the majority of women are using some form of birth control, whether hormone based or hormone free.[1] However, very few women choose to use an IUC due to certain barriers, such as a lack of awareness or knowledge regarding the efficacy, safety, and availability of the product. These women may defer to a user-dependent option, such as condoms, the Pill, or the rhythm method.[2]

[Peipert_2011/p1108/col2/para2/lines3-5]; [Peipert_2011/p1106/col1/para4/lines7-11]

[Trussell_2011/p398/Table1]

Each of these methods can lead to unintended pregnancy due to imperfect use.[3] A poll suggested that, should these barriers be removed, more women would choose an IUC—one of the most effective contraceptives in preventing unintended pregnancies.[2,3]

[Peipert_2011/p1106/col1/para4/lines7-11; p1108/col2/para2/lines3-5]; [Trussell_2011/p398/Table1]

In addition, recent surveys also suggest that many women are looking for an effective option that removes the concerns associated with hormone-based contraceptives and gives them the option to have a return to fertility.[4] To avoid the costs associated with unintended pregnancies and hormone-related side effects, accessibility to a nonhormonal contraceptive option may be imperative to your plan's bottom line.[3]

[Gallup_2010/p5/Safety concerns chart on left (effects of long-term hormone use; residual effect on fertility)]

[Trussell_2011/p398/Table1]

**References: 1.** Mosher WD, Jones J. Use of contraception in the United States: 1982–2008. National Center for Health Statistics. *Vital Health Stat.* 2010;23(29):1–44. **2.** Peipert JF, Zhao Q, Allsworth JE, et al. Continuation and satisfaction of reversible contraception. *Obstet Gynecol.* 2011:117(5):1105–1113. **3.** Trussell J. Contraceptive failure in the United States. *Contraception.* 2011;83:397–404. **4.** *The 2010 Gallup Study of Women's Use of Contraceptive Products.* Conducted by Multi-sponsor Surveys Inc., Princeton, NJ.



**ParaGard®**

An appropriate option for a broad range of women[1]

ParaGard™

intrauterine copper contraceptive

[ParaGard Web site. Available at: http:// hcp.paragard.com/about-paragard (para4; para5/ bullet3). Accessed November 1, 2011]

ParaGard®, which was approved by the Food and Drug Administration (PDA) in 1984 and has been sold and used in the US since 1988, is an effective, hormone-free option for your female population who may desire, or require, hormone-free birth control.[1]

**Reference: 1.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services.

[USMEC_2010/p1/Key; p1/Left table/ columnheads3-6 for Breast disease (Breast cancer), Cirrhosis (Severe); p2/Left table/ columnheads3-6 for Liver tumors (hepatocellular adenoma & malignant); PID]

13



[HOV_2007/p92/col1/para3/lines2-6]

[ParaGard_PI/p2/col3/para4/lines3-4]

[Lyus_Contraception_2010/p368/col1/para2/lines14-19]; [USMEC_2010/p2/Parity/Nulliparous]

[ParaGard_PI/p1/col1/para5; p1/col4/Adverse Reactions]

[CDC_USMEC_2010_full/p52 (iux&table); p53 (obesity, DVT&PE); p54 (acuteDVT&PE); p56 (breast disease including breast cancer); p57 (PID); p58 (diabetes, cirrhosis, liver tumors)]

[ParaGard_PI/p1/col1/para6]

[Paragard Web site. Available at: http://hcp.paragard.com/about-paragard (para5/bullet3). Accessed November 10, 2011]

ParaGard® may be appropriate for a broad variety of your female members seeking contraception, including those who:

[CDC_USMEC_2010_full/ p52 (iux&table); p53 (obesity, DVT&PE); p54 (acuteDVT&PE); p56 (breast disease including breast cancer); p57 (PID); p58 (diabetes, cirrhosis, liver tumors)]

[HOV_2007/p92/col1/para3/lines2-6]

- Have their natural menstrual cycle[1]
- Want an option without associated hormonal side effects, such as weight gain
- Want an option that offers a rapid return to fertility[1]
- Have a monthly period and the security of knowing they are not pregnant
- Should not use hormones due to medical conditions that may include hypertension, breast cancer, or diabetes[2]
- Want an option without daily or weekly routines (just a simple monthly self-check)
- Want an option that is long-term and reversible
- Have not had children, but want to keep their options open[2,3]

[ParaGard_PI/p2/col3/para4/lines3-4]

[Paragard Web site. Available at: http://hcp.paragard.com/about-paragard (para5/bullet4). Accessed November 10, 2011]

[Paragard Web site. Available at: http://hcp.paragard.com/about-paragard (para5/bullet5). Accessed November 10, 2011]

[Paragard Web site. Available at: http://hcp.paragard.com/about-paragard (para5/bullet6). Accessed November 10, 2011]

**References: 1.** Hov GG, Skjeldestad FE, Hilstad T. Use of IUD and subsequent fertility follow-up after participation in a randomized clinical trial. *Contraception*. 2007;75(2):88–92. **2.** Centers for Disease Control and Prevention. *US Medical Eligibility Criteria for Contraceptive Use, 2010*. Atlanta, GA: Centers for Disease Control and Prevention, US Department of Health and Human Services; 2010. *MMWR*. 2010;59:1–86. **3.** Lyus R, Bohr P, Prager S. Use of the Mirena™ LNG-IUS and Paragard™ CuT380A intrauterine devices in nulliparous women. Society of Family Planning: Clinical Guidelines. *Contraception*. 2010;81:367–371.

14



[ACOG_2011/p186/col2/para1/lines1,2];
[Mirena_PI/p1/col1/para3]

**The Only IUC Without Label Restrictions for Use in Nulliparous Women[1,2]**

[ACOG_2011/p186/col2/para1/lines1,2];
[Lyus_Contraception_2010/p368/col1/para2/lines14-19];
[USMEC_2010/p2/Parity/Nulliparous]

- The American Congress of Obstetricians and Gynecologists (ACOG), the Centers for Disease Control and Prevention (CDC), and the Society of Family Planning (SFP) all agree:

"ParaGard® is safe to use in women who have not had children."[1,2,4]

ParaGard® is an appropriate option for a broad range of your female members.[1]

[ACOG_2011/p186/col2/para1/lines1,2]

[ACOG_2011/p186/col2/para1/lines1,2];
[USMEC_2010/p2/Parity/Nulliparous];
[Lyus_Contraception_2010/p368/col1/para2/lines14-19]

References: 1. The American College of Obstetricians and Gynecologists. *Practice Bulletin*. 2011;118:184–196. 2. Mirena [prescribing information]. Wayne, NJ: Bayer HealthCare Pharmaceuticals Inc; 2009. 3. Centers for Disease Control and Prevention. MMWR. 2010;59:1–86. 4. Lyus R, Bohr P, Prager S. *Contraception*. 2010;81:367–371.

15   *Please see Important Safety Information on slide 40.*

ParaGard®

Recently, the American College of Obstetricians and Gynecologists (ACOG), the Centers of Disease Control and Prevention (CDC), and the Society of Family Planning (SFP) all agreed that ParaGard® is safe to use in women who have not had children and want to avoid unintended pregnancies without the permanence of sterilization, the daily routine of oral OCs, and hormone-related side effects.[1-3] ParaGard® may be the solution for these women, as it is an IUC that may be used regardless of parity.[4]

[ParaGard_PI/p1/col2/contraindications];
[Mirena_PI/p1/col1/para3]

**References: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin*. 2011;118:184–196. **2.** Lyus R, Bohr P, Prager S. Use of the Mirena™ LNG-IUS and Paragard™ CuT380A intrauterine devices in nulliparous women. Society of Family Planning: Clinical Guidelines. *Contraception*. 2010;81:367–371. **3.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010*. Centers for Disease Control and Prevention. US Department of Health and Human Services. **4.** Mirena [prescribing information]. Wayne, NJ: Bayer HealthCare Pharmaceuticals Inc; 2009.

15



**ParaGard®—The Perfect Fit for Your Female Population**

hormone free
burden free
hassle free

ParaGard®
INTRAUTERINE COPPER CONTRACEPTIVE

Please see Important Safety Information on slide 40.

[Lyus_Contraception_2010/
p368/col1/para2/lines14-19];
[USMEC_2010/p2/Parity/
Nulliparous]

Whether parous or nulliparous, ParaGard® may be the perfect fit for many of the female members covered by your organization.[1,2] ParaGard® is a T-shaped intrauterine copper contraceptive device made of polyethylene wrapped in copper, with barium sulfate to aid in detecting the device under X-ray.

[ParaGard_PI/
p1/col1/para3/
lines6,7]

[ParaGard_PI/
p1/col1/para5]

ParaGard® is believed to work primarily by preventing sperm from reaching and fertilizing the egg. It may also prevent the egg from attaching to the uterus. The contraceptive effectiveness of ParaGard® may be enhanced by the continuous release of copper into the uterine cavity— making it an effective, hormone-free option that will offer your patients a reversible form of birth control without the daily implications of OCs.

[ParaGard_PI/p1/col1/
para5]

**References: 1.** Lyus R, Bohr P, Prager S. Use of the Mirena™ LNG-IUS and Paragard™ CuT380A intrauterine devices in nulliparous women. Society of Family Planning: Clinical Guidelines. *Contraception.* 2010;81:367–371. **2.** *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services. *MMWR.* 2010;59:1–86.

16

MDL2974TWHLLC134880

[ParaGard_PI/p1/col1/Table1 (IUD, Copper-T, typical use and perfect use both less than 1% failure rate)]

[ParaGard_PI/p1/col1/para2-5]

[ParaGard_PI/p1/para5/lines1,2]



## Hormone Free

ParaGard® is >99% effective without interrupting the natural menstrual cycle

[ParaGard_PI/p2/col3/para4/lines3,4]

- ParaGard® is believed to work primarily by preventing sperm from reaching and fertilizing the egg
  - It may also prevent the egg from attaching to the uterus
- The contraceptive effectiveness of ParaGard® may be enhanced by the continuous release of copper into the uterine cavity

[ParaGard_PI/p1/col1/para5; [Mirena_PI/p1/col1/para3; para4/lines1-3]

[ParaGard_PI/p1/col1/para6/line1]

[ParaGard_PI/p2/col3/para3]

[ParaGard_PI/p1/col1/Table1 (IUD, Copper-T, typical use and perfect use both less than 1% failure rate)]

ParaGard® is the only long-term, easily reversible contraceptive option that can offer your female members >99% efficacy with no hormones. ParaGard® is believed to work primarily by preventing sperm from reaching and fertilizing the egg; it may also prevent the egg from attaching to the uterus. The effectiveness of ParaGard® is enhanced not with hormones, but by the continuous release of copper into the uterine cavity.

[ParaGard_PI/p1/col1/para5/lines2-5]

[ParaGard_PI/p1/para5/lines1,2]

17

MDL2974TWHLLC134881

[ParaGard Web site. Available at: http://paragard.com/ls-it-right-for-me/faqs.aspx (How will it effect my day?). Accessed November 1, 2011]

[Peipert_2011/p1105/col1/paras1&2]

[Peipert_2011/p1111/col1/para2/lines6-8; 10-13; col2/para1/lines1,2]

[Peipert_2011/p1112/col1/para2/lines5-10]

[80-53=27% 27/53=51% higher satisfaction rate]

[ParaGard Web site. Available at: http://paragard.com/ls-it-right-for-me/faqs.aspx (How will it effect my day?). Accessed November 1, 2011]

[ParaGard Web site. Available at: http://paragard.com/ls-it-right-for-me/faqs.aspx (How will it effect my day?). Accessed November 1, 2011]



ParaGard® does not require women to follow daily or weekly routines, remember to get refills, or make trips to the pharmacy. With ParaGard®, women just perform a simple monthly self-check.

[Peipert_2011/p1105/col1/para1; para2;p1111/col1/para2/lines6-8; 10-13; col2/para1/lines 1,2]

According to a 12-month survey study that measured continuation and satisfaction rates among IUC users, patients using ParaGard® had a 51% higher satisfaction rate vs the ring or the Pill. When compared to the LNG IUS, ParaGard® demonstrated little difference in the rates of continuation and satisfaction. And, as previously mentioned, more than 80% of users were satisfied with the copper IUC, compared with 53% of users who were satisfied with OCs.[1]

[Peipert_2011/p1112/col1/para2/lines5-10]

[Peipert_2011/p1111/col1/para2/lines6-8; 10-13; col2/para1/lines1,2]

**Reference: 1.** Peipert JF, Zhao Q, Allsworth JE, et al. Continuation and satisfaction of reversible contraception. *Obstet Gynecol.* 2011:117(5):1105–1113.

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC134882



[ParaGard_PI/p1/col1/para6/line1-2; p2/col3/para3/lines1-3]

[Hov_2007/p90/col2/figure1]

[ParaGard_PI/p2/col3/para4/lines3,4]

[ParaGard_PI/p2/col3/para3/lines1-3]

[Hov_2007/p91/col2/para2/lines1-4]

[ParaGard_PI/p1/col1/para6/line1-2; p2/col2/para3/lines1-3]

ParaGard® is effective for up to 10 years, but can be easily removed at any time. After having ParaGard® removed by their provider, your members should rapidly return to their previous levels of fertility. In fact, clinical evidence has shown that among women who had a copper IUC removed to become pregnant, nearly 30% conceived by 1 month and nearly 90% conceived by 12 months.[1]

[Hov_2007/p90/col2/figure1]

[Hov_2007/p91/col2/para2/lines1-4]

**Reference: 1.** Hov GG, Skjeldestad FE, Hilstad T. Use of IUD and subsequent fertility follow-up after participation in a randomized clinical trial. *Contraception.* 2007;75(2):88–92.

19

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC134883



[CDC_USMEC_2010_full/p52
(box&table);
p53 (obesity, DVT&PE);
p54 (acuteDVT&PE);
p56 (breast disease including breast
cancer);
p57 (PID);
p58 (diabetes, cirrhosis, liver
tumors)];
[ParaGard_PI/p1/
col2/
contraindications];
[Mirena_PI/p11,12/
contraindications]

### ParaGard®: Appropriate for More Female Members[1,2]

| Condition | ParaGard® | Mirena® | Tubal Ligation |
|---|---|---|---|
| Liver cancer/disease | Yes | No | Caution |
| Breast cancer/disease | Yes | No | Caution |
| Acute or non-acute deep vein thrombosis (DVT)/pulmonary embolus (PE) | Yes | No | Delay |
| Obesity | Yes | Yes | Caution |
| Diabetes | Yes | Yes | Caution |
| Pelvic inflammatory disease (PID) | No | No | Delay |

References: 1. *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services. 2. Mirena [prescribing information]. Wayne, NJ: Bayer HealthCare Pharmaceuticals Inc; 2008.

ParaGard®
INTRAUTERINE COPPER CONTRACEPTIVE

20   *Please see Important Safety Information on slide 40.*

[CDC_USMEC_2010_full/
p52 (box&table);
p53 (obesity, DVT&PE);
p54 (acuteDVT&PE);
p56 (breast disease including
breast cancer);
p57 (PID);
p58 (diabetes, cirrhosis, liver
tumors)];
[ParaGard_PI/p1/
col2/
contraindications]

With all the clinical aspects ParaGard® can offer, it can also provide many of your members with certain conditions an effective option in preventing unintended pregnancies. ParaGard® has no label restrictions for women with liver cancer/disease, breast cancer, acute or non-acute DVT/PE.[1]

[Trussell_2009/p13/col2/
para3/
lines1-4]

[Trussell_2011/
p398/Table1
(typical use and
perfect use
columns)]

Providing access to a highly effective nonhormonal contraceptive option like ParaGard® is crucial for these women. As we saw before, unintended pregnancies may be costly to your organization as well as nationally.[2,3] Taxpayers spend between $9.6 and $12.6 billion annually for Medicaid and CHIP services related to unintended pregnancies. Preventing unintended pregnancies, perhaps through the appropriate use of a highly effective contraceptive method like ParaGard®, could produce an annual savings of $4.7 to $6.2 billion for taxpayers due to Medicaid and CHIP costs.[4]

[Monea_2011/
p90/col2/para2/
lines10,11]

[Monea_2011
/p91/col2/
para6/
lines5,6]

References: 1. *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use, 2010.* Centers for Disease Control and Prevention. US Department of Health and Human Services. *MMWR.* 2010;59:1–86. 2. Trussell J. Contraceptive failure in the United States. *Contraception.* 2011;83:397–404. 3. Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14. 4. Monea E, Thomas A. Unintended pregnancy and taxpayer spending. *Perspect Sex Reprod Health.* 2011;43(2):88–93.

20



As you can see, ParaGard® can offer an effective, reversible, and hormone-free contraceptive option to your appropriate female population that should not disrupt their lives, their cycle, or their fertility plan. Now let's take a look at how it can impact your organization.

[ParaGard_PI/p2/col3/para4/lines3,4]

[ParaGard_PI/p2/col3/para3]

[ParaGard Web site. Available at: Available at: http:// paragard.com/ls-it-right-for-me/ faqs.aspx (How will it effect my day?). Accessed November 1, 2011]

21



ParaGard® has more to offer than clinical aspects to your members. It could also have an economic impact on your plan.[1] [Trussell_2009/p13/col2/para3/lines1-4];[DOF_2011 Pricing/p1/ WAC for Mirena and ParaGard]

**Reference: 1.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14.

22

MDL2974TWHLLC134886



The next section of this presentation will examine how ParaGard® may be a more cost-effective option for your organization.

First, we'll look at a study that examines the economic impact of OCs vs the copper IUC on a health plan.[1]

[Trussell_2009/p6/col1/para2/lines1-3; col2/para2/lines1,2]

Then we'll look at the Budget Impact model (BIM), which was created to estimate the financial consequences of the diffusion of a contraceptive option within a specific healthcare system.[2]

[DOF_ParaGardBIM/Intro tab/para5/lines3-6]

Throughout the rest of this presentation, we'll be using the phrase "more cost-effective" to mean that a method is at least as effective and provides more savings to a plan, or is at least as cost-saving and prevents more pregnancies.

**References: 1.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14. **2.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

23

MDL2974TWHLLC134887



The findings from this study and model demonstrate that ParaGard® use could have an economic impact on your plan vs branded OCs, and when compared to Mirena® and tubal ligation.

Compared to OCs, we'll see how ParaGard® use among appropriate female members in a model showed potential savings of $709 per member at Year 5.[1]

In addition, using the BIM, we'll see how increasing market share for ParaGard® provided a model plan savings of more than $124,000 compared to Mirena® and tubal ligation.[2]

We'll go through the Trussell et al study and the BIM to show how these results were found.

**References: 1.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14. **2.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

24



To begin, let's look at the product and procedure costs that ParaGard® will incur for your plan vs Mirena®.

Cost of procedures and clinical outcomes are based on mean costs reported in a database.[1]

- WACs as of May 2011 from First Databank product literature are used as default cost values for ParaGard® and Mirena®
  - —Costs are used rather than charges, as costs more closely represent the actual payments that your organization may be responsible for

[DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]

[DOF_ParaGard BIM/Assumptions tab/para2]

The model demonstrates that, from the start, ParaGard® is associated with savings when compared to Mirena®—Mirena® costs $100 more than ParaGard®. In addition, Mirena® is only approved for use for 5 years and will need to be replaced at that time, whereas ParaGard® is effective for up to 10 years.[1]

[DOF_ParaGard BIM/Results at 10 years tab/para1/lines2-4]

[DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]

**Reference: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

25



In a study by Trussell et al, a Markov model was constructed to simulate costs for 16 contraceptive methods over a 5-year period.[1]   [Trussell_2009/p6/col1/para2/lines1-3; col2/para2/lines1,2]

The total cost in this chart for each year included contraceptive failure costs and side effect-related costs.[1]   [Trussell_2009/p7/col2/para3/lines1-3]

At Year 5, the total cost was $42 for the copper T IUC, and $751 for OCs—indicating a savings of $709 per member to an organization at Year 5.[1]   [Trussell_2009/p11/Table3 (OC failure ($682) & side effect costs ($69)) - Copper-T failure ($42) & side effect costs ($0) = $709]

**Reference: 1.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14.

26



Now let's take a look at the BIM and the results it yielded. The BIM was created to evaluate the impact of cost differences between ParaGard®, Mirena®, and tubal ligation during a 1-year period.[1]

[DOF_ParaGard BIM/Intro tab/para5/lines3-6]

The BIM is completely interactive, allowing you to change designated input such as future market share, in order to predict the impact of such changes on your budget.[1]

[DOF_ParaGardBIM/Intro tab/para6]

[DOF_ParaGard BIM/Assumptions tab/para5/lines1,2]

Keep in mind that this is a strict acquisition cost model that does not include:
- Expected or observed clinical outcomes that may be associated with these methods of contraception
- Cost impact of potential differences in clinical outcomes[1]

[DOF_ParaGard BIM/Assumptions tab/para1/lines1-3]

Inputs for the model are based on a retrospective claims database analysis of actual utilization across 9.6 million commercially insured individuals in 2010. There were 5.17 million women in the database, of which 49,314 (<1%) underwent 1 of these 3 procedures.[1]

[DOF_ParaGardBIM/Assumptions tab/para1/lines3,4]

**Reference: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC134891



The BIM includes 10 tabs, or worksheets[1]:    [DOF_ParaGardBIM/Tabs]
- Title
- Introduction
- Assumptions
- Health plan
- Costs
- Market share
- Results
- Results in 10 years
- References
- ParaGard® Important Safety Information and link to Prescribing Information

The health plan tab allows you to input[1]:    [DOF_ParaGardBIM/Health plan tab (model notes)]
- Size of health plan
- Percentage of female members
- Percentage or number of females undergoing these procedures

The market share (percentage and corresponding N number) is included on the health plan tab for each of the 3 procedures. You can change the percentage and N number on the market share tab.[1]    [DOF_ParaGard BIM/Market share tab]

The interactive structure enables you to personalize inputs and predict the economic impact of changes for your plan. Let's take a look at the results this model yielded.[1]    [DOF_ParaGard BIM/Intro tab/para6]

**Reference: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

28



First, let's look at how an increase in market share for ParaGard® could impact a plan's budget.

Total plan costs were calculated as cost per procedure X number of procedures.

Cost of procedures and clinical outcomes are based on mean costs reported in May 2011 from First DataBank product literature.
- WACs as of May 2011 are used as default cost values for ParaGard® and Mirena®
  —Costs are used rather than charges, as costs more closely represent the actual payments that your organization may be responsible for
  —Mean costs are used in the model to estimate the total cost of treatment for a group of patients[1]

The model assumes a baseline market share for ParaGard® of 14.88%, increasing to 25%, a change of about 10%. The assumed market share decrease for Mirena® is from 58.8% to 55%, or about 4%, and the assumed market share decrease for tubal ligation is from 26.3% to 20%, or about 6%.[1]

Using these figures, the model shows an estimated annual savings of about $124K to an organization.[1]

**Reference: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

29

MDL2974TWHLLC134893



Now let's look at per member per year (PMPY) costs using the same proposed baseline market share changes.

PMPY calculations in the model are based on: ← [DOF_ParaGard BIM/Health plan tab; Costs tab]
- Cost of procedure
- Utilization of procedure
- Size of a health plan

[DOF_Client email/para1/ bullet2, lines1-4]

The PMPY changes if these inputs are changed by the user.

The timeline for the model uses the date that Mirena® is first inserted as time zero, or the index date. The time ranges therefore count time 0-1 as 1 year, 1-2 as 2 years, 2-3 as 3 years, etc.[1]

[DOF_ParaG ard BIM/ Results 10 years tab (cost per procedure after 10 years/ difference)]

According to the model, one woman using ParaGard® instead of Mirena® results in estimated plan savings of $1,500 over 10 years. If we multiply that by 500 female members, it means that 500 women using ParaGard® instead of Mirena® results in estimated plan savings of $750,000 over 10 years.[1] ←

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]

These savings results are primarily due to the need for Mirena® to be inserted twice in 10 years vs only once for ParaGard®—meaning you pay for Mirena® twice during this time period, instead of once with ParaGard®.[1] ← [DOF_ParaGard BIM/ Results at 10 years tab/para1/lines2-4]

**Reference:** 1. Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

30

MDL2974TWHLLC134894



[Trussell_2009/p11/Table3 (copper T IUD vs OCs] [DOF_ParaGard BIM/Results at 10 years tab/para1/lines2-4]

[DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift); para1/lines2-4]; [DOF_2011 Pricing/p1/WAC for Mirena vs ParaGard]; [Trussell_2009/p11/Table3 (copper T IUD vs OCs)]

[DOF_2011 Pricing/p1/ WAC for Mirena and ParaGard]; [DOF_ParaGard BIM/ Results 10 years tab (savings to the plan resulting in market share); para1/lines2-4]; [Trussell_2009/p11/Table3/ copper T IUD vs oral contraceptives]

In conclusion, we can see that when using the BIM, ParaGard® could be a more cost-effective choice for your organization.

ParaGard® offers savings from insertion through Year 10.[1]

[DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]

We begin with lower initial product and procedure costs than Mirena®. At Year 5, ParaGard® saved plans $709 per member compared to OCs in a model plan, and avoided the cost of reinsertion incurred by Mirena® users.[2] Using the inputs and assumptions previously discussed in the model, and the WACs from October 2011, after 10 years, 500 women using ParaGard® instead of Mirena® resulted in estimated plan savings of $750,000 according to the model plan used in the BIM.[1] Again, these savings are driven by the need for Mirena® to be inserted twice in a 10-year period, whereas ParaGard® is effective for up to 10 years.

[Trussell_2009/ p11/table3/ copper T IUD vs oral contraceptives] [DOF_ParaGar d BIM/Results at 10 years tab/ para1/lines2-4]

[DOF_ParaGard BIM/Results at 10 years tab/para1/lines2-4]

Due to these lower costs for ParaGard®, shifting market share to ParaGard® from Mirena® or tubal ligation is estimated to be cost-saving for a health plan.[1]

[DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]

**References: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ. **2.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14.

MDL-2974 Confidential - Subject to Protective Order



In addition to the economic impact ParaGard® may be able to offer your plan, it also has demonstrated safety, so that you can be confident ParaGard® is safe for your female members and your organization.[1]

[ACOG_2011/p192/col1/para2/lines8-10; col2/para2/bullet4]

**Reference: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Pract Bull*. 2011;118:184–196.

32



ParaGard® has been approved by the FDA and used safely for nearly 20 years by millions of women.[1,2]

Let's take a closer look at ParaGard®'s proven safety record, and understand why many of your female members may want to choose ParaGard®.

**References: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin.* 2011;118:184–196. **2.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

33



### Acceptable Expulsion Rates

[ParaGard_PI/p1/col4/Table2]

**Summary of Rates (No. per 100 Subjects) by Year for Adverse Events Causing Discontinuation.**

| Adverse Event | Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Pregnancy | 0.7 | 0.3 | 0.6 | 0.2 | 0.3 | 0.2 | 0.0 | 0.4 | 0.0 | 0.0 |
| Expulsion | 5.7 | 2.6 | 1.8 | 1.2 | 0.3 | 0.0 | 0.6 | 1.7 | 0.2 | 0.4 |

- Overall, IUC continuation rates for nulliparous women are high and may be viewed as a surrogate for satisfaction[1]   [ACOG_2011/p187/col1/para1/lines6-8]

ParaGard® offers a replacement policy if expelled or removed for medical reasons within 90 days of insertion.   [DOF_SalesAid/p1/col1/replacement policy]

Reference: 1. The American College of Obstetricians and Gynecologists. Practice Bulletin. 2011;118:184–196.

34   Please see Important Safety Information on slide 40.

[ACOG_2011/p192/col1/para2/line1]

Adverse events with ParaGard® during or after insertion are rare.[1] ParaGard® has proven acceptable expulsion rates, with 5.7% of users experiencing expulsion within the first year of use, and fewer than 1% of users experiencing expulsion during Year 5.[1] Because Teva Women's Health, the manufacturer, stands behind the safety of our product, ParaGard® may be considered for replacement if it is expelled or removed for medical reasons within 90 days of insertion.   [ParaGard_PI/p1/col4/Table2]   [DOF_SalesAid/p1/col1/replacement policy]

HCPs can reduce the risk of uterine perforation by adhering to the insertion guidelines included with IUC packaging and by utilizing the free insertion training provided by ParaGard®. The risk of uterine perforation appears to decrease with increased insertion experience.[1]   [ACOG_2011/p192/col1/para2/lines10-13]

**Reference: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin.* 2011;118: 184–196.

34

   MDL2974TWHLLC134898



[ParaGard Web site. Available at: http://hcp.paragard.com/insertion-training (para1/lines3-5). Accessed November 7, 2011]

A risk associated with insertion—uterine perforation—decreases with insertion practice and adherence to the insertion guidelines provided in the prescribing information and online. To this end, Teva offers free insertion training to HCPs by medical professionals.

HCPs can read about the insertion process on the easy-to-follow ParaGard® Web site, where they can also find and watch instructional videos about the process. In addition, they are encouraged to attend a live training session for further information.

[ParaGard Web site. Available at: http://hcp.paragard.com/insertion-training (para1). Accessed November 7, 2011]

35

MDL2974TWHLLC134899



Teva Women's Health, Inc. is also committed to its product's safety and to ensuring ParaGard® is easily accessible to HCPs. This section of the presentation will take you through an HCP's perspective, and show you how broader access and full reimbursement for ParaGard® are important for your bottom line.[1,2]

[DOF_ValueProp/p3/
bullet3; p22/lines1,2;
p27/Issues1&3];
[Doyle_2008/p988/col2/
para2/lines8-10]

**References: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ. **2.** Doyle J, Stern L, Hagan M, et al. Advances in contraception: IUDs from a managed care perspective. *J Womens Health.* 2008;17(6):987–992.

36



Now that we've examined what ParaGard® can offer your members, your plan, and your HCP providers, let's talk a bit about how perceived or real reimbursement challenges may hinder HCPs from prescribing ParaGard®.

[DOF_ValueProp/p3/bullet3; p22/lines1,2; p27/Issues1&3]; [Doyle_2008/p988/col2/para2/lines8-10]

Even with broader access, doctors may not prescribe if they are not fully reimbursed on cost.[1]

Without full reimbursement, HCPs and your members may hesitate to order ParaGard® because of the higher out-of-pocket investment.[1,2]

HCPs may be discouraged from ordering ParaGard® on behalf of their patients if reimbursement does not offset their own costs. Yet, as we saw in the previous slides, an increase in members using ParaGard® vs other contraceptive methods could have an economic impact on your plan.

[DOF_ValueProp/p3/bullet3; p22/lines1,2; p27/Issues1&3]; [Doyle_2008/p988/col2/para2/lines8-10]

DOF_ParaGard BIM/Results tab (costs per member per year)]; Results at 10 years tab (savings to the plan with proposed market share; para1/lines2-4]

**References: 1.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ. **2.** Doyle J, Stern L, Hagan M, et al. Advances in contraception: IUDs from a managed care perspective. *J Womens Health.* 2008;17(6):987–992.

37



Providing full reimbursement is important so that your members have the option to select a highly effective, nonhormonal, reversible contraceptive. It's also important for your organization's bottom line, whether commercial or national.[1,2]

As we saw earlier, more women choosing a highly effective contraceptive option will help avoid the costs associated with unintended pregnancies, as we saw in the case of government healthcare organizations, such as Medicaid and CHIP, for whom unintended pregnancies can be particularly costly.[1,2] A large proportion of unintended pregnancies occurs among low-income women who are eligible for a variety of government services themselves; if they give birth, their children are eligible as well.[2]

Maintaining a reimbursement policy that provides full reimbursement for ParaGard® could allow your appropriate members to have the option to choose, and HCPs to prescribe, ParaGard®—a highly effective contraceptive option that may be a cost-effective choice for your plan.[1-3]

**References:  1.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception.* 2009;79:5–14. **2.** Monea E, Thomas A. Unintended pregnancy and taxpayer spending. *Perspect Sex Reprod Health.* 2011;43(2):88–93. **3.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ.

38



## ParaGard® for Your Organization

ParaGard®, a contraceptive option that's hormone-free, highly effective, and reversible, offers:

[Trussell_2011/p398/Table1 (typical use and perfect use]; [USMEC_2010/p1/Key; side1/row1/col3-6; side 1/row5/col3-6; side 1/row10/col3-6; p2/side1/row6/col3-6; side2/row8/col3-6; row10/col3-6]

[ParaGard_PI/p1/col1/para5&6p2/col3/para3];

- Clinical appropriateness for your members[1-3]
- Economic impact on your organization[3-5]

[Trussell_2009/p11/Table3]; [Monea_2011/p91/col2/para6/lines5,6]; [DOF_ValueProp/p3/bullet3; p22/lines1,2; p27/Issues1&3]; [DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]; para1/lines2-4]; [DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]

Providing broad access to full reimbursement for ParaGard® may have a positive effect on the health of your members and your organization.[1-5]

[Trussell_2009/p11/Table3]; [Monea_2011/p91/col2/para6/lines5,6]; [DOF_ValueProp/p3/bullet3; p22/lines1,2; p27/Issues1&3]

References: 1. The American College of Obstetricians and Gynecologists. *Practice Bulletin*, 2011;118:184–196. 2. *Summary Chart of U.S. Medical Eligibility Criteria for Contraceptive Use*. 2010. Centers for Disease Control and Prevention. US Department of Health and Human Services. 3. Trussell J, Lalla A, Doan QV, et al. *Contraception*. 2009;79:5–14. 4. Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ. 5. Monea E, Thomas A. *Perspect Sex Reprod Health*. 2011;43(2):88–93

39   *Please see Important Safety Information on slide 40.*

[ParaGard Web site. Available at: http://hcp.paragard.com/about-paragard (para5). Accessed November 1, 2011]

[ACOG_2011/p192/col2/para2/bullet4; col1/para2/lines8-10]; ParaGard Web site. Available at: http://paragard.com/about-paragard (para4). Accessed November 1, 2011]

For your female members who require or prefer nonhormonal, reversible contraception, ParaGard® offers clinical value: it is a highly effective option that is hormone-free and reversible, with demonstrated safety.[1]

[DOF_ParaGard BIM/Results at 10 years tab (savings to the plan with proposed market share); para1/lines2-4]

For your plan, ParaGard® may be a cost-effective choice.[2-4] Making ParaGard® more accessible could offer savings to your organization, such as those due to the need for Mirena® to be purchased for replacement twice in 10 years vs only once for ParaGard®.[3]

[Trussell_2009/p11/Table3; DOF_ParaGard BIM/Results at 10 years tab (savings to the plan with proposed market share); [Monea_2011/p91/col2/para6/lines5,6]

Increasingly, women are becoming more aware that the choices they make about their contraceptive method today could have a huge impact on their health in the future.[5] The same goes for your organization. Providing broad access to and full reimbursement for ParaGard® may be an economically beneficial decision for your plan.[2-4]

[DOF_ParaGard BIM/Results at 10 years tab/para1/lines2-4]

[Gallup_2010/Slides 3&4]

[Monea_2011/p91/col2/para6/lines5,6]; [DOF_ValueProp/p3/bullet3; p22/lines1,2; p27/Issues1&3]; [DOF_ParaGard BIM/Results 10 years tab (savings to the plan resulting in market share shift)]; para1/lines2-4]; [DOF_2011 Pricing/p1/WAC for Mirena and ParaGard]; [Trussell_2009/p11/Table3 (copper T IUD vs OCs)]

**References: 1.** The American College of Obstetricians and Gynecologists. Long-acting reversible contraception: implants and intrauterine devices. *Practice Bulletin*. 2011;118: 184–196. **2.** Trussell J, Lalla A, Doan QV, et al. Cost effectiveness of contraceptives in the United States. *Contraception*. 2009;79:5–14. **3.** Data on file. Teva Women's Health, Inc., Woodcliff Lake, NJ. **4.** Monea E, Thomas A. Unintended pregnancy and taxpayer spending. *Perspect Sex Reprod Health*. 2011;43(2):88–93. **5.** *The 2010 Gallup Study of Women's Use of Contraceptive Products.* Conducted by Multi-sponsor Surveys Inc., Princeton, NJ.

39

MDL2974TWHLLC134903

## Important Safety Information

ParaGard® does not protect against HIV/AIDS or other sexually transmitted infections. ParaGard® must not be used by women who are pregnant or may be pregnant as this can be life threatening and may result in loss of pregnancy or fertility. ParaGard® must not be used by women who have acute pelvic inflammatory disease (PID) or current behavior suggesting a high risk of PID; have had a postpregnancy or postabortion uterine infection in the past 3 months; have cancer of the uterus or cervix; have an infection of the cervix; have an allergy to any component; or have Wilson's disease. The most common side effects of ParaGard® are heavier and longer periods and spotting between periods; for most women, these typically subside after 2 to 3 months. If a woman misses her period, she must be promptly evaluated for pregnancy. Some possible serious complications that have been associated with intrauterine contraceptives, including ParaGard®, are PID, perforation of the uterus, and expulsion.

Click here for Prescribing Information.

© 2011 Teva Women's Health, Inc.   PAR-A03377E/XXXXXX   December 2011

*ParaGard*

40





MDL2974TWHLLC135450

## Introduction

- Education
  - Creighton University, Omaha, NE
  - Bachelors of Science in Nursing
- Clinical Nursing Career
  - Primarily in Neonatal ICU and Pediatrics
  - Other areas: ICU and Medical/Surgical
- Transition from Clinical Nursing to Pharma /Med Info
  - Wyeth (1997 – 2001)
  - Cephalon (2001 – 2011)
  - Teva (October 2011)

TEVA

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC135451

## Overall Objectives of Med Info

- *Communicate and Advocate the Appropriate Use of Teva's Global Branded Products*

- *Provide Complete, Accurate, and Unbiased Information to Internal and External Customers*

TEVA

MDL2974TWHLLC135452

## Overall Structure of Med Info

- Therapeutic Areas that align with Medical Affairs (MA) and Marketing/Sales
  - CNS (Wakefulness / Pain
  - Neurology
  - Oncology
  - Respiratory
  - Teva Select Brand Products
  - Women's Healthcare Products
- Med Info Ops / Systems Support
- MI Coordinators

TEVA

MDL2974TWHLLC135453

## Medical Information Team

- Therapeutic Area Leads
  - CNS (Wakefulness / Pain) – Jim King, PhD
  - Neurology – Phillip Young, PharmD, MBA
  - Oncology – Joan Cappola, RN, BSN, MSA
  - Respiratory – Nita Cogburn - PhD
  - Teva Select Brands – Christy Meek, PharmD, MBA
  - **Women's Healthcare – Sally Fedon, PharmD**
- Med Info Operations / Systems Support
  - Mlada Kamenshchik, MS
- Coordinators –
  - Duawn Campellone (PA)
  - Kay Dority (KC)

TEVA

MDL2974TWHLLC135454



## Primary Roles and Responsibilities

- Respond to unsolicited requests (URs) for medical information (MI) from HCPs and consumers about Teva's Global Branded Products

  - Sources: Field-based requests (eg, Sales Reps, MSLs), emails from corporate / product websites, escalated queries received by external call centers (eg, ARM, PPD, and WRB), scientific congresses

- Generate standard MI response documents

  - Written standard response letters (SRLs) and verbal FAQs

  - Development /maintenance of managed care dossiers (AMCP format) in collaboration with HEOR

TEVA

## Additional Activities

- Copy Approval – Medical review of promotional and corporate materials
  - Marketing Materials: Direct Sales materials, Journal ads, Direct-to-Consumer materials, Promotional slide kits, Non-branded disease state
  - Sales: Training modules and materials
  - Corporate Affairs: Media alerts, Press releases
- Assist with sales training (new hires, POAs)
  - Product / Disease training
  - Workshops
- Medical support at scientific congresses, advisory boards, consultant, and speaker training meetings

TEVA

MDL2974TWHLLC135457

## Intake of Safety/Quality Reports

- Assist with intake of safety-related reports and product quality issues
  - Intake done primarily through toll-free numbers routed to external call centers
    - WRB for ParaGard and  Non-ParaGard Information
  - AEs, potential medication errors, suspected diversions, reports of pregnancy, product quality issues
- WRB contracted to conduct all follow-up and preparation of documents for submission to FDA

TEVA

MDL2974TWHLLC135458

# Key 2012 Initiatives in Support of Teva Women's Healthcare Products

- Build relationship with other functional groups within Teva WHC
- Define responsibilities
  - *Which WHC products is MI responsible for?*
- Gain insight and alignment with marketing and clinical development plans for Non-ParaGard Information ParaGard®, Non-ParaGard Information
- Identify need for MI support at scientific congresses
- Support direct-to-consumer initiatives for ParaGard
- Support NDA submission fo Non-ParaGard Information
  - Filing expected to occur in Q2 2012

TEVA

# Key Challenges for 2012

- Integration of all Sales and MSL organization to enhanced version of Siebel
  - Current system: Referral of unsolicited requests to MI via Siebel is not automated
  - Challenge: Currently requires manual, direct entry of requests
  - Proposed Solution:  Collaborate with Sales Operations, IT&S, and vendor(s) to automate processes
    - Discussions initiated with project management team in December and continuing
  - Integration and training of key stakeholders on revised process (eg, Sales, MSLs, and Med Info Ops/WRB)
    - WHC teams slated for upgrade in March 2012

**TEVA**

MDL2974TWHLLC135460

# Key Factors for Success

- Alignment and commitment on harmonization of processes and timeline for implementation
- Alignment and commitment on automation of process for submission of URs to Med Info
- Communication and collaboration with key stakeholders
- Timeline for training of Call Center Staff

TEVA



MDL2974TWHLLC135462

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA DIVISION
                   MDL DOCKET NO. 2974
 3                  (1:20-md-0247-LMM)
              This Document Relates to All Cases
 4
                          -  -  -
 5
 6    IN RE:  PARAGARD IUD PRODUCTS
              LIABILITY LITIGATION
 7
 8                        -  -  -
 9
                   TUESDAY, MAY 23, 2023
10
11                        -  -  -
12
13        Video Recorded and Remote Zoom Deposition
14    of SUSAN LARIJANI, taken pursuant to Notice,
15    at the law offices of Greenberg Traurig, 1717
16    Arch Street, 4th Floor, Philadelphia,
17    Pennsylvania, commencing at approximately 9:13
18    a.m., on the above date, before Rose A.
19    Tamburri, RPR, CM, CCR, CRR, USCRA Speed and
20    Accuracy Champion and Notary Public.
21
                          -  -  -
22
23
                   VERITEXT LEGAL SOLUTIONS
24                   Mid-Atlantic Region
                1801 Market Street - Suite 1800
25              Philadelphia, Pennsylvania  19103

                                            Page 1
```

1              Has that number changed over time?

2       A.    Yes.

3       Q.    Okay.

4              And how many people did you have

5   under your responsibility in 2017?

6       A.    I'd have to go back and look at that.

7   I don't have the current org chart in front of

8   me from 2017.

9       Q.    Okay.

10             Did it change substantially?

11      A.    I'd have to go back and look at that.

12      Q.    So you can't remember offhand if this

13  number doubled or just it might have been a

14  few different people that came in?

15             MS. FERRELL:  Objection, form.

16             THE WITNESS:  I honestly cannot

17  recall.

18             MS. HERMIZ:  Okay.

19  BY MS. HERMIZ:

20      Q.    And Sally Fedon under Teva Women's

21  Health, is that how you pronounce her last

22  name?

23      A.    Sally Fedon.

24      Q.    Fedon?

25      A.    Um-hmm.

Page 20

1      Q.   And is she the only employee in this
2  organizational chart who had responsibilities
3  with respect to ParaGard?
4      A.   Yes.
5      Q.   Is there anybody that replaced
6  Ms. Fedon during the time that you worked with
7  ParaGard?
8      A.   Yes.
9      Q.   And who was that?
10     A.   Cynthia D'Angelo.
11     Q.   And when did -- when did Cynthia
12  become responsibility -- responsible for
13  ParaGard in Medical Information?
14     A.   I would have to go back and look at
15  her hire date.  I don't have that in front of
16  me.
17     Q.   And anyone else besides Ms. D'Angelo?
18     A.   Not that I can recall.
19     Q.   Okay.
20          And is there anybody else on this
21  organizational chart that -- whose
22  responsibilities touched on ParaGard in any
23  way?
24     A.   Yes.
25     Q.   And who is that?

Page 21

```
 1    from a healthcare provider or other external
 2    or internal source; correct?
 3                  MS. FERRELL:  Objection, form.
 4                  THE WITNESS:  As I mentioned
 5    earlier, our role is to respond to unsolicited
 6    requests that come in for our products.
 7    BY MS. HERMIZ:
 8         Q.   Are there any other FDA guidance
 9    documents that the Medical Information
10    department used -- that the Medical
11    Information department used?
12         A.   With respect to ParaGard?
13         Q.   Yes.
14         A.   I -- not that I can -- well, I mean,
15    not that I can think of.
16         Q.   Counsel asked some questions about
17    providing training to WRB.  Do you recall
18    those questions?
19         A.   Yes.
20         Q.   Did you ever personally train anyone
21    at WRB?
22         A.   Not for ParaGard or the women's
23    healthcare products, no.
24         Q.   Okay.
25                  And who -- who trained the --
```

Page 371

1   who -- who was responsible for training the

2   folks at WRB with respect to ParaGard?

3       A.   That would have been Sally Fedon or

4   Cynthia D'Angelo.

5       Q.   Okay.

6            You agree that ParaGard -- the

7   ParaGard IUD is supposed to be easily removed;

8   correct?

9            MS. FERRELL:  Objection, form.

10           THE WITNESS:  There are

11  instructions for removal of ParaGard in the

12  label.

13           MS. HERMIZ:  Okay.

14  BY MS. HERMIZ:

15      Q.   And that ParaGard IUD is not supposed

16  to break when it's removed; correct?

17           MS. FERRELL:  Objection, form.

18           THE WITNESS:  That breakage upon

19  removal has occurred.

20  BY MS. HERMIZ:

21      Q.   Okay.

22           But it's not supposed to break

23  upon removal; correct?

24      A.   I can't speak to that.

25      Q.   Okay.

Page 372