EXHIBIT 11M



### Consolidated QA Evaluation of Pharmacovigilance Signal Detection Reports

Date:   February 26, 2015

To:     Yael Barak, Hedva Voliovitch, Yael Shalit, Hana Shahar
From:   Michael Brennan
Cc:     Uri Hillel, Robin Jones, Don Gee, Arno Hoekstra, Shannon Carvell, Tami Bakalchuk, Michal
        Gati, Chen Valdman, Daisy Teo, Kenneth Piper, Carmen Araujo, Dana Gorsetman, Judith
        Zander; Daniel Loss, Talia Bets, Nicole Lang

**Subject**: Summary of QA Evaluation of Adverse Event Signal Detection Reports – August 2014

---

### 1. Purpose

This memorandum is intended to provide an overall summary of the findings and any resulting actions
being taken by Quality Assurance in response to the evaluation of adverse event signals identified by
Pharmacovigilance in the August 2014 Signal Detection Report (see Attachment 1). The requirements for
evaluating Signal Detection reports for possible product quality root cause are currently defined in a
Level II Quality Standard CORP-0297 "Quality Assurance Evaluation of Adverse Event Cases and Signal
Detection Reports".

### 2. Summary

A completed QA Evaluation of Adverse Event Signal Detection Report form has been received for each
product listed in Attachment 1. Details of each evaluation are provided in Attachment 2.

| Product/(Signal) | Evaluation Site(s) | Conclusions | Comments |
|---|---|---|---|
| **Non-ParaGard Information** | | | |
| Paragard (Pregnancy on contraceptive) | Buffalo | No potential product quality root cause was identified. No CAPA were initiated based on this evaluation. | All cases were considered during evaluation. |
| **Non-ParaGard Information** | | | |

The evaluation conclusions for these reports do not indicate a product quality-related root cause for the
adverse event signals identified through Pharmacovigilance during the monitoring period August 2014.

MDL-2974 Confidential - Subject to Protective Order   MDL2974TWHLLC397105



## 3. Items for Follow Up

No corrective or preventive actions were generated as a consequence of these evaluations. Signals identified by Pharmacovigilance will continue to be evaluated according to the requirements of the Quality Standard. No further actions required at this time.

**Attachments:**

Attachment 1:   Pharmacovigilance Signal Detection Report for monitoring period August 1, 2014 to August 31, 2014

Attachment 2:   Completed QA Evaluation Report Forms

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC397106

# ATTACHMENT 1

Pharmacovigilance Signal Detection Report:
August 1, 2014 to August 31, 2014

MDL2974TWHLLC397107

 Global Patient Safety & Pharmacovigilance

**Signal Detection**
**Monitoring period (per case entry date): 1-Aug-2014 to 31-Aug-2014**
**Cases that should be sent to QA, as per medical reviewer**

| | |
|---|---|
| Version: | 3 |
| Date: | 30/Dec/14 |

Changes to this version:

# Non-ParaGard Information

**Product:** PARAGARD COPPER , **Event PT Name:** Pregnancy on contraceptive

| Product | Product Description | Approval no | Country | Event PT Name | Case No. | Initial Received Date | Latest Received Date | Entry Date | QA Department | Lot Number | Form of admin | Unit dose full | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARAGARD COPPER | PARAGARD 380A | 18-650 | USA | Pregnancy on contraceptive | 434506USA | 21-Oct-2013 | 14-Aug-2014 | 18-Aug-2014 | Sent to QA | UNKNOWN | | | case initially reported in 2013, follow-up was received in Aug-2014 |
| | | | | Pregnancy on contraceptive | 443263USA | 15-Nov-2013 | 04-Aug-2014 | 11-Aug-2014 | Sent to QA | UNKNOWN | | | case initially reported in 2013, follow-up was received in Aug-2014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pregnancy on contraceptive | 499106USA | 31-Jul-2014 | 31-Jul-2014 | 01-Aug-2014 | Received from QA | UNKNOWN |
| Pregnancy on contraceptive | 500880USA | 07-Aug-2014 | 12-Aug-2014 | 13-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501292USA | 07-Aug-2014 | 14-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501296USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501296USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501297USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501299USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501300USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501301USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 501707USA | 11-Aug-2014 | 11-Aug-2014 | 12-Aug-2014 | Received from QA | UNKNOWN |
| Pregnancy on contraceptive | 501719USA | 11-Aug-2014 | 11-Aug-2014 | 12-Aug-2014 | Received from QA | S11002 |
| Pregnancy on contraceptive | 503036USA | 15-Aug-2014 | 15-Aug-2014 | 19-Aug-2014 | Received from QA | S12002 |
| Pregnancy on contraceptive | 503196USA | 14-Aug-2014 | 14-Aug-2014 | 19-Aug-2014 | Received from QA | S12006 |
| Pregnancy on contraceptive | 503656USA | 18-Aug-2014 | 18-Aug-2014 | 19-Aug-2014 | Received from QA | S10005 |
| Pregnancy on contraceptive | 503633USA | 20-Aug-2014 | 26-Aug-2014 | 27-Aug-2014 | Sent to QA | S11004 |
| Pregnancy on contraceptive | 504613USA | 21-Aug-2014 | 21-Aug-2014 | 25-Aug-2014 | Received from QA | S05004 |
| Pregnancy on contraceptive | 504570USA | 21-Aug-2014 | 21-Aug-2014 | 22-Aug-2014 | Sent to QA | S12006 |
| Pregnancy on contraceptive | 505425USA | 21-Aug-2014 | 21-Aug-2014 | 27-Aug-2014 | Sent to QA | UNKNOWN |
| Pregnancy on contraceptive | 505727USA | 27-Aug-2014 | 27-Aug-2014 | 29-Aug-2014 | Sent to QA | S11007 |
| Pregnancy on contraceptive | 506042USA | 26-Aug-2014 | 26-Aug-2014 | 29-Aug-2014 | Sent to QA | UNKNOWN |
| **PARAGARD COPPER - Count Distinct** | **22** | | | | | |
| **TOTAL - Count Of Cases** | **22** | | | | | |

# Non-ParaGard Information

MDL2974TWHLLC397109

# ATTACHMENT 2

Completed QA Evaluation Report Forms

# Non-ParaGard Information

# Non-ParaGard Information

# Non-ParaGard Information

MDL2974TWHLLC397113

# Non-ParaGard Information

MDL2974TWHLLC397114

# Non-ParaGard Information

MDL2974TWHLLC397115

# Non-ParaGard Information

MDL-2974 Confidential - Subject to Protective Order

# Non-ParaGard Information

# Non-ParaGard Information

MDL2974TWHLLC397118

# Non-ParaGard Information

MDL2974TWHLLC397119

# Non-ParaGard Information

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC397120

# Non-ParaGard Information

MDL2974TWHLLC397121

# Non-ParaGard Information

MDL2974TWHLLC397122

# Non-ParaGard Information

MDL2974TWHLLC397123

# Non-ParaGard Information

MDL2974TWHLLC397124

# Non-ParaGard Information

# Non-ParaGard Information

MDL2974TWHLLC397126

## QA EVALUATION OF ADVERSE EVENT SIGNAL DETECTION REPORT

### Purpose and Scope

| | |
|---|---|
| Purpose: | To evaluate an adverse event signal for possible product quality-related root cause and determine if corrective/preventive action is required. |
| AE SD Report Month / Year | August 2014 |
| Product: | ParaGard Copper T 380A Intrauterine Copper Contraceptive |
| Evaluation Site: | Buffalo |

### Signal Detection Report Highlights

| Event Name | # AERs | Comments |
|---|---|---|
| Lack of Effect | See Attached | Pregnancy |

### Potential Correlation between the AE Signal and Product Distribution Level

Is the AE signal explained by an increase in product distribution level?     YES ☐   NO ☒

If yes, explain:  NA

### Complaint Investigations Previously Performed for Listed AERs

List record numbers for related product complaint investigations:  82167, 83332, 83753, 83788,84912,84575,85125,86301,85942, 86589, 85989, 85978, 87211, 88395 (Note: some investigations covered multiple reported AE's)

Outcome of these investigations:

Root cause identified?  CAPA identified?  Other relevant information?     YES ☐   NO ☒

If yes, explain:  NA

### Review of Batch Records for Lots Associated with AERs (except those already investigated above)

List lot numbers for batches reviewed during this evaluation: 506020, 508004, 508007, 509002, 509005, 509006, 509007, 510004, 510005, 510007, 511001, 511003, , 511005, 511006, 512001, 512002, 512003, 512004, 512005 512007, 513002, 513003

Outcome of the batch record reviews:

Related deviations/anomalies, lab investigations, or other relevant information?     YES ☐   NO ☒

If yes, explain:  NA

### Other Potentially Related Investigations

Prior related SD Evaluations, Complaint Trend Investigations, Manufacturing Investigations, Stability Investigations, and/or Annual Product Review Trend Investigations?     YES ☒   NO ☐

If yes, explain:  There wer e two lot level trends for LOE complaints. These were for lots 510007 and 511005. Neither found a root cause or required additional action.

### Potentially Related Manufacturing Changes

Related changes to API, Raw Materials, or Components? Equipment/Facility? Processes? YES ☐   NO ☒

If yes, explain:  NA

### Other Relevant Information

NA

### Conclusions

| | Yes | No | |
|---|---|---|---|
| Potential product quality root cause? | ☐ | ☒ | If yes, state root cause: NA |
| Initiate CAPA? | ☐ | ☒ | If yes, CAPA reference number NA |

Site responsible for CAPA initiation and CAPA Follow up: NA

Conclusion Statement: All complaints evaluated for this report did not indicate a root cause for the lack of effect of the product. There have been no changes made to the materials, product or process that could cause an increase in LOE

MDL-2974 Confidential - Subject to Protective Order                MDL2974TWHLLC397127

QA EVALUATION OF ADVERSE EVENT SIGNAL DETECTION REPORT

issues. Based on the above review, no further action is needed by quality at this time.

| | |
|---|---|
| Evaluation Completed By: _[signature]_ | Date: _12 16-14_ |
| Title: _Sr. Manager, Quality_ | |
| Evaluation Approved By: _R. Hurle_ | Date: _12-15-14_ |
| Title: _Director Quality_ | |

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC397128

## Michael Brennan

| | |
|---|---|
| **From:** | Michael Brennan |
| **Sent:** | Thursday, December 04, 2014 1:15 PM |
| **To:** | Thomas Mehs |
| **Cc:** | Donald Gee |
| **Subject:** | FW: August signal of  PARAGARD COPPER –  Pregnancy on contraceptive |
| **Importance:** | High |

Tom,

PhV has requested a QA evaluation to be created for a Paragard signal that they detected in August. Per our procedures, you would have 45 days to provide an evaluation, however per the email below, PhV is asking if you could expedite the review so it can be included in their Periodic Adverse Drug Experience Report (PADER). Would you be able to accommodate this request for an expedited review? Please let me know how soon it can be completed.

Thanks,

**Product:** PARAGARD COPPER , **Event PT Name:** Pregnancy on contraceptive

| Product | Product Description | Approval no | Country | Event PT Name | Case No. | Initial Received Date |
|---|---|---|---|---|---|---|
| PARAGARD COPPER | PARAGARD 380A | 18-680 | USA | Pregnancy on contraceptive | 499108USA | 31-Jul-20 |
| | | | | Pregnancy on contraceptive | 500880USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501292USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501295USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501296USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501297USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501299USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501300USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501301USA | 07-Aug-20 |
| | | | | Pregnancy on contraceptive | 501707USA | 11-Aug-20 |
| | | | | Pregnancy on contraceptive | 501719USA | 11-Aug-20 |
| | | | | Pregnancy on contraceptive | 503086USA | 15-Aug-20 |
| | | | | Pregnancy on contraceptive | 503195USA | 14-Aug-20 |
| | | | | Pregnancy on contraceptive | 503558USA | 18-Aug-20 |
| | | | | Pregnancy on contraceptive | 503933USA | 20-Aug-20 |
| | | | | Pregnancy on contraceptive | 504613USA | 21-Aug-20 |
| | | | | Pregnancy on contraceptive | 504570USA | 21-Aug-20 |
| | | | | Pregnancy on contraceptive | 505425USA | 21-Aug-20 |
| | | | | Pregnancy on contraceptive | 505727USA | 27-Aug-20 |
| | | | | Pregnancy on contraceptive | 506042USA | 26-Aug-20 |
| | | | | Pregnancy on contraceptive | 505727USA | 27-Aug-20 |
| | | | | Pregnancy on contraceptive | 506042USA | 26-Aug-20 |

1

MDL2974TWHLLC397129

# Non-ParaGard Information

MDL2974TWHLLC397130

# Non-ParaGard Information

MDL2974TWHLLC397131

# Non-ParaGard Information

# Non-ParaGard Information

MDL2974TWHLLC397133

**From:**       Michal Gati [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MGATI]
**Sent:**       8/27/2015 12:53:08 PM
**To:**         Wendy Huisman [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WHuisman]; Eberhard Landsbeck [/O=TEVA/OU=EXCHANGE
                ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Eberhard.landsbeck]
**Subject:**    Authorities requests for PhV information - the requests tracker is now accessible to you in the portal
**Attachments:** How to access the PhV information requests tracker in PhV portal.docx


Dear Wendy and Eberhard,

As you know, a couple of months ago we had an internal audit in Global PhV.
One of the findings in the audit concerned QPPV overview on  requests we get from authorities. The auditors wrote:  **the QPPV does not have access to the tracker in which all such requests are recorded and tracked**

As a corrective action, the PhV information requests tracker was uploaded to a shared point in the PhV portal, and both of you were granted permissions to see this tracker.

Attached please find an explanation about the tracker and how to access it.


Best regards,
Michal



**Michal Gati, B.Sc.Pharm, MSM,**  PhV Project Manager
Tel: +972-3-9267131     Cell: +972-54-8885876     Fax: +972-3-914-8683
Michal.Gati@teva.co.il    sip:Michal.Gati@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER | GETTING IT DONE TOGETHER | CREATIVITY WHERE IT MATTERS | CARING | MAKING OUR FAMILIES PROUD | LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Michael Brennan
**Sent:** Thursday, December 4, 2014 6:15 PM
**To:** Thomas Mehs
**Cc:** Donald Gee
**Subject:** FW: August signal of  PARAGARD COPPER -  Pregnancy on contraceptive

**Importance:** High

Tom,

PhV has requested a QA evaluation to be created for a Paragard signal that they detected in August. Per our procedures, you would have 45 days to provide an evaluation, however per the email below, PhV is asking if you could expedite the review so it can be included in their Periodic Adverse Drug Experience Report (PADER). Would you be able to accommodate this request for an expedited review? Please let me know how soon it can be completed.

Thanks,

**Product:** PARAGARD COPPER , **Event PT Name:** Pregnancy on contraceptive

| Product | Product Description | Approval no | Country | Event PT Name | Case No. | Initial Received Date | Latest Received Date | Entry Date | QA Department | Lot Number | Form of admin | Unit dose full |
|---------|--------------------|-----------|---------|---------------|----------|----------------------|---------------------|-----------|---------------|-----------|---------------|----------------|
| PARAGARD COPPER | PARAGARD 380A | 18-680 | USA | Pregnancy on contraceptive | 499108USA | 31-Jul-2014 | 31-Jul-2014 | 01-Aug-2014 | Received from QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 500880USA | 07-Aug-2014 | 12-Aug-2014 | 13-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501292USA | 07-Aug-2014 | 14-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501295USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501296USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501297USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501299USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501300USA | 07-Aug-2014 | 12-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501301USA | 07-Aug-2014 | 14-Aug-2014 | 14-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501707USA | 11-Aug-2014 | 11-Aug-2014 | 12-Aug-2014 | Received from QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 501719USA | 11-Aug-2014 | 11-Aug-2014 | 12-Aug-2014 | Received from QA | 511002 | | |
| | | | | Pregnancy on contraceptive | 503086USA | 15-Aug-2014 | 15-Aug-2014 | 18-Aug-2014 | Received from QA | 512002 | | |
| | | | | Pregnancy on contraceptive | 503195USA | 14-Aug-2014 | 14-Aug-2014 | 18-Aug-2014 | Received from QA | 512006 | | |
| | | | | Pregnancy on contraceptive | 503558USA | 18-Aug-2014 | 18-Aug-2014 | 19-Aug-2014 | Received from QA | 510005 | | |
| | | | | Pregnancy on contraceptive | 503933USA | 20-Aug-2014 | 26-Aug-2014 | 27-Aug-2014 | Sent to QA | 511004 | | |
| | | | | Pregnancy on contraceptive | 504613USA | 21-Aug-2014 | 21-Aug-2014 | 25-Aug-2014 | Received from QA | 509004 | | |
| | | | | Pregnancy on contraceptive | 504570USA | 21-Aug-2014 | 21-Aug-2014 | 22-Aug-2014 | Sent to QA | 512006 | | |
| | | | | Pregnancy on contraceptive | 505425USA | 21-Aug-2014 | 21-Aug-2014 | 27-Aug-2014 | Sent to QA | | | |
| | | | | Pregnancy on contraceptive | 505727USA | 27-Aug-2014 | 27-Aug-2014 | 28-Aug-2014 | Sent to QA | 511007 | | |
| | | | | Pregnancy on contraceptive | 506042USA | 26-Aug-2014 | 26-Aug-2014 | 29-Aug-2014 | Sent to QA | UNKNOWN | | |
| | | | | Pregnancy on contraceptive | 505727USA | 27-Aug-2014 | 27-Aug-2014 | 28-Aug-2014 | Sent to QA | 511007 | | |
| | | | | Pregnancy on contraceptive | 506042USA | 26-Aug-2014 | 26-Aug-2014 | 29-Aug-2014 | Sent to QA | UNKNOWN | | |

**Michael Brennan, CQA**  Sr. Manager, Quality Compliance
Tel: 215-293-6349   Cell: 215-290-2301   Fax: 215-293-6398
Michael.Brennan@tevapharm.com   sip:Michael.Brennan@tevapharm.com   www.tevapharm.com

1

MDL2974TWHLLC029587

**From:** Michal Gati
**Sent:** Thursday, December 04, 2014 5:43 AM
**To:** Michael Brennan; Donald Gee
**Cc:** Ana Babic02
**Subject:** August signal of PARAGARD COPPER - Pregnancy on contraceptive
**Importance:** High

Dear Michael and Don,

Our colleagues are now writing the Periodic Adverse Drug Experience Report (PADER) for Paragard, and are asking us about the August signal of PARAGARD COPPER - Pregnancy on contraceptive.
I know that we did not receive yet the full report from QA for the August signals due to pending clarifications from our side, but I was wondering if you maybe already have the results for Paragard only. This will really help our colleagues to finalize their report, with this issue addressed, on time.
I copied here my colleague Ana, who is writing this PADER report.

Thank you and Best regards,
Michal

   **Michal Gati, B.Sc.Pharm, MSM,** PhV Project Manager
Tel: +972-3-9267131     Cell: +972-54-8885876     Fax: +972-3-914-8683
Michal.Gati@teva.co.il     sip:Michal.Gati@tevapharm.com     www.tevapharm.com

 

2

MDL2974TWHLLC029588

| | |
|---|---|
| **From:** | Joyce Godshall [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JGODSHAL] |
| **Sent:** | 11/29/2011 2:16:39 PM |
| **To:** | Siyu Liu [siyu.liu@tevapharm.com] |
| **Subject:** | FW: Signal Detection Meeting Summary - Monitoring period: 1-Sep-2011 to 30-Sep-2011 |
| **Attachments:** | Signal Detection Meeting summary_Sep-2011_Signed.pdf |

Each month global unit does signal detection and they will send results to you.
See explanation below on calculation of PRR
Often no signals are detected.
Occasionally there will be an increase in cases and global will send to QA for review to see if there are any quality issues.

I will forward the latest example of this.
It has to do with Paragard cases.

**From:** Michal Gati
**Sent:** Thursday, November 03, 2011 3:09 AM
**To:** Wendy Huisman; Eberhard Landsbeck; Morana Simundic; Juan Moncalvo; Joyce Godshall
**Subject:** Signal Detection Meeting Summary - Monitoring period: 1-Sep-2011 to 30-Sep-2011

Dear all,

Attached please find the Signal Detection Meeting Summary, covering the period 1-Sep-2011 to 30-Sep-2011.


Best regards,
Michal



**Michal Gati**

Pharmacovigilance Project Manager
Global Drug Safety & Pharmacovigilance
Teva Pharmaceutical Industries Ltd.
5 Basel St., Petach Tikva, 49131, Israel

Phone: +972-3-9267131
Mobile: +972-54-8885876
Fax: +972-3-9148683

Michal.Gati@Teva.co.il
www.tevapharm.com



MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC281781



TEVA PHARMACEUTICAL INDUSTRIES LTD.

## Signal Detection Meeting Summary

## Monitoring period: 1-Sep-2011 to 30-Sep-2011

The signal detection reports for Teva's innovative products, for investigational products and for marketed generic Teva products, for the monitoring period 1-Sep-2011 to 30-Sep-2011, were reviewed on 31-Oct-2011 by the following people:

Dr. Orit Neudorfer, MD
Michal Gati (B.Pharm)

No safety signal was found.

The full report is filed in the Global Drug Safety and Pharmacovigilance Unit.

_____
Signature

Hedva Voliovitch, MD., PhD., MBA.
Vice President of Global Drug Safety
& Pharmacovigilance

_____
2/11/2011
Date

Signal Detection Meeting Summary Form (Version 2.0)
- CONFIDENTIAL -

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC281782