# EXHIBIT 11N

| | |
|---|---|
| **From**: | Richard Harle [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RICH.HARLE] |
| **Sent**: | 9/21/2017 8:23:24 PM |
| **To**: | Thomas Mehs [thomas.mehs@tevapharm.com] |
| **Subject**: | RE: Trackwise TSA support |
| **Attachments**: | TM - Cooper Letter.docx |

Hi Tom,

I reviewed quickly and mark up the document, I can review again if you need me to.



**Richard Harle**   Dir Plant/Site Quality
Tel: 973-439-7518   Cell: 845-729-2461
Richard.Harle@tevapharm.com   sip:Richard.Harle@tevapharm.com   www.tevapharm.com

**IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER**   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Thomas Mehs
**Sent:** Wednesday, September 20, 2017 5:16 PM
**To:** David Bonilla; Shannon Carvell
**Cc:** Richard Harle
**Subject:** Trackwise TSA support

Hi Shannon and David,

Thanks for talking to me today to both of you.

I am attaching my first draft of what I want to send to IT regarding the need for a TSA regarding TW (specifically complaints, but really it will be all systems including DR and CAPA)

Take a look and let me know what you think. It jumps around a bit, but there is a lot to cover and I don't want to leave anything out. To me, one of  the most important parts is actually being able to have the training and procedure changes done when we won't even see the Cooper system until day 1.

I can't stay late today (leaving in about 15 minutes) but will be in all day tomorrow

Best regards,



**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569     Cell: 716 930-3662
Thomas.Mehs@tevapharm.com    sip:Thomas.Mehs@tevapharm.com    www.tevapharm.com

| | |
|---|---|
| **From:** | Richard Harle [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RICH.HARLE] |
| **Sent:** | 10/11/2017 8:03:18 PM |
| **To:** | Thomas Mehs [thomas.mehs@tevapharm.com] |
| **Subject:** | RE: CAPA SOP |
| **Attachments:** | CAPA SOP.docx |

Looks good just work on the formatting



**Richard Harle**   Dir Plant/Site Quality
Tel: 973-439-7518    Cell: 845-729-2461
Richard.Harle@tevapharm.com    sip:Richard.Harle@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Thomas Mehs
**Sent:** Friday, October 06, 2017 5:36 PM
**To:** Richard Harle
**Subject:** CAPA SOP

Hi Rich,

Here is the stand alone CAPA SOP for the site.

I think I cut out the stuff I don't need and kept what I did.  I still need to play with formatting and numbering. I also attached our current SOP as it is now.

I will play with the form and send that later – but I am more concerned with this for now (I can always NA form parts in the worst case)

This is coming up fast.

I will send the DR SOP later today or Monday

Thanks,

Tom

Best regards,

MDL2974TWHLLC084447



**Tom Mehs**   Sr Mgr Quality Assurance
Tel: 716-744-2569     Cell: 716 930-3662
Thomas.Mehs@tevapharm.com     sip:Thomas.Mehs@tevapharm.com     www.tevapharm.com

MDL2974TWHLLC084448

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGE
2                    ATLANTA DIVISION
3                  MDL DOCKET NO. 2974
                   (1:20-md-0247-LMM)
4            This Document Relates to All Cases
5

IN RE: PARAGARD IUD PRODUCTS
6  LIABILITY LITIGATION
7                                /
8

                        Phillips Lytle LLP
9                       One Canalside
                        125 Main Street,
10                      Buffalo, NY 14203-2887
11                      Thursday, February 3, 2023
                        9:27 a.m. - 6:06 p.m.
12
13
14         * * * * * CONFIDENTIAL * * * * *
15
                   VIDEOTAPED DEPOSITION OF
16
17                      THOMAS MEHS
18
19        Taken on behalf of the Plaintiffs before
20  Lori K. Beck, CSR, CM, Notary Public in and
21  for the State of New York, pursuant to Plaintiffs'
22  Second Amended Notice to Take Deposition of
23  CooperSurgical, Inc. in the above cause.
24
25

                                    Page 1

1    related to the ParaGard IUD?

2          A.    I do not.

3          Q.    Okay.

4          MS. FITZPATRICK:  Why don't we just -- why

5    don't -- we've been going about an hour.  Why don't

6    we take a quick break --

7          THE WITNESS:  Okay.

8          MS. FITZPATRICK:  -- five-minute break, and

9    then we can come back to this.

10          THE WITNESS:  Okay.

11          MS. FITZPATRICK:  Thanks.

12              (A recess was then taken at 10:39 a.m.)

13              (On the record: 10:48 a.m.)

14          BY MS. FITZPATRICK:

15          Q.    Mr. Mehs, when you were working for

16    Teva, who -- to whom did you report?

17          A.    Rich Harle, H-A-R-L-E.

18          Q.    And do you know which Teva entity

19    Mr. Harle worked for?

20          A.    I do not.

21          Q.    Do you know what Teva entity you worked

22    for?

23          A.    Teva Women's Health.

24          Q.    And did you have anyone reporting to

25    you --

Page 66

**From:** Kenneth V Piper [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KPIPER]
**Sent:** 6/25/2013 5:33:02 PM
**To:** Robin Jones [robin.jones@tevapharm.com]
**CC:** Shannon Carvell [shannon.carvell@tevapharm.com]
**Subject:** RE: FDA in Buffalo
**Attachments:** Paragard Signal_2011.pdf

Δ π EXHIBIT 6
Deponent _Piper_
Date 4/7/23 Rptr ___

Hi Robin,

Nothing from Jan 2012-May 2013.

The only signal I found for Paragard was in the 2011 Protocol as part of the master list sent by PhV (see attached):
- Timeframe: Aug-Sep 2011
- 207 cases
- Events: "Complication of device insertion, Complication of device removal, Device breakage, Device discoloration, Device Expulsion"

If we need the investigation report, I am going to need some help searching TW because it was not included in the protocol Appendix with the other investigation reports.

Best regards,



**Kenneth Piper**   Dir, Quality Compliance
Tel: +1 610-738-6115     Cell: +1 215-206-8960
Kenneth.Piper@tevapharm.com     sip:Kenneth.Piper@tevapharm.com     www.tevapharm.com

West Chester, PA USA

**From:** Robin Jones
**Sent:** Tuesday, June 25, 2013 12:55 PM
**To:** Kenneth V Piper
**Cc:** Shannon Carvell
**Subject:** FW: FDA in Buffalo

Have we had any QA Evaluations/Safety Signals for Paraguard, and in particular for LOE?  Doesn't fit the product...

Best regards,



**Robin Jones**   Sr Dir, Quality Compliance
Tel: 267.468.4017   Cell: 267.884.1323   Fax: 215.591.8818
Robin.Jones@tevapharm.com     sip:Robin.Jones@tevapharm.com     www.tevapharm.com



Integrity   Respect   Collaboration   Excellence   Leadership

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC395425

**From:** Joseph De Vito
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** Robin Jones; Siyu Liu
**Cc:** Christopher Murdock
**Subject:** FW: FDA in Buffalo

Robin/Dr. Liu:
FDA conducting inspection in Buffalo. Started today. Wanted to give head up. No questions yet but Paragard is one of the highest volume products for complaints and lack of effect. Questions may come up over the next day or two.
Joe

---

**From:** Thomas Mehs
**Sent:** Tuesday, June 25, 2013 10:35 AM
**To:** Rich Harle; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** RE: FDA in Buffalo

This is a routine inspection.

He is planning on two or three systems.

His name James Bridges

---

**From:** Rich Harle
**Sent:** Tuesday, June 25, 2013 10:33 AM
**To:** Thomas Mehs; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** FDA in Buffalo

The FDA just arrived in Buffalo

---

**From:** Brenda Angelo
**Sent:** Tuesday, June 25, 2013 10:22 AM
**To:** Rich Harle; Joe.Devito@tevapharm.com
**Cc:** Jennifer Gates
**Subject:** FDA

Hi Guys,
Tom wanted me to let you know that the FDA just showed up here.
Rich, could you please let Kathy know, I couldn't find her last name, thanks
Brenda

Brenda Angelo
Quality Systems Coordinator
Teva Women's Health, Inc.
825 Wurlitzer Dr.
North Tonawanda NY 14120
Tel: 716-693-6230 x-232
Fax:716- 693-6368
Email: Brenda.Angelo@tevapharm.com

MDL2974TWHLLC395426

**Product:** PARAGARD COPPER
**Event(s):** Complication of device insertion, Complication of device removal, Device breakage, Device dislocation, Device expulsion

| Preferred Product Description | Local tradename | Approval no. | Country | Event Pt Name | Aer No (Last Version) | Initial received date | Latest received date | AER status | QA Dept | Lot no. | Form of admin. | Unit Dose Full |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PARAGARD COPPER | PARAGARD 380A | 18-680 | USA | Device expulsion | 294857USA | 03-Aug-11 | 06-Sep-11 | | | 510002 | | |
| | | | | Device expulsion | 294859USA | 03-Aug-11 | 06-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 294972USA | 04-Aug-11 | 06-Sep-11 | | | UNKNOWN | | |
| | | | | Device expulsion | 295005USA | 04-Aug-11 | 02-Sep-11 | | | UNKNOWN | | |
| | | | | Device expulsion | 295007USA | 04-Aug-11 | 02-Sep-11 | | | 509005 | | |
| | | | | Device expulsion | 295435USA | 03-Aug-11 | 16-Sep-11 | | | | | |
| | | | | Device expulsion | 295943USA | 10-Aug-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 296077USA | 11-Aug-11 | 02-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296371USA | 12-Aug-11 | 09-Sep-11 | | | UNKNOWN | | |
| | | | | Device dislocation | 296562USA | 15-Aug-11 | 20-Sep-11 | | | 510006 | | |
| | | | | Device dislocation | 296596USA | 15-Aug-11 | 09-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296787USA | 16-Aug-11 | 06-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 296925USA | 16-Aug-11 | 01-Sep-11 | | | | | |
| | | | | Device expulsion | 296959USA | 17-Aug-11 | 20-Sep-11 | | | 509006 | | |
| | | | | Device expulsion | 296960USA | 17-Aug-11 | 30-Sep-11 | | | | | |
| | | | | Device expulsion | 296961USA | 17-Aug-11 | 20-Sep-11 | | | | | |
| | | | | Device expulsion | 296963USA | 17-Aug-11 | 06-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 296964USA | 17-Aug-11 | 09-Sep-11 | | | 509005 | | |
| | | | | Device dislocation | 297085USA | 18-Aug-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device dislocation | 297087USA | 18-Aug-11 | 02-Sep-11 | | | 505006 | | |
| | | | | Device expulsion | 297087USA | 18-Aug-11 | 02-Sep-11 | | | 505006 | | |
| | | | | Device expulsion | 297319USA | 19-Aug-11 | 12-Sep-11 | | | UNKNOWN | | |
| | | | | Device dislocation | 297321USA | 19-Aug-11 | 19-Sep-11 | Sent to QA | | 508005 | | |
| | | | | Device expulsion | 297524USA | 22-Aug-11 | 20-Sep-11 | Sent to QA | | 510007 | | |
| | | | | Device expulsion | 297727USA | 23-Aug-11 | 12-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 297729USA | 23-Aug-11 | 12-Sep-11 | | | | | |
| | | | | Device expulsion | 297911USA | 24-Aug-11 | 26-Sep-11 | Received from QA | | UNKNOWN | | |
| | | | | Device expulsion | 297945USA | 24-Aug-11 | 15-Sep-11 | Sent to QA | | 505006 | | |
| | | | | Device dislocation | 297945USA | 24-Aug-11 | 15-Sep-11 | Sent to QA | | 505006 | | |
| | | | | Device expulsion | 298664USA | 30-Aug-11 | 26-Sep-11 | | | | | |
| | | | | Device expulsion | 299028USA | 01-Sep-11 | 01-Sep-11 | | | J10007 | | |
| | | | | Device expulsion | 299029USA | 01-Sep-11 | 01-Sep-11 | | | 510006 | | |
| | | | | Device expulsion | 299031USA | 01-Sep-11 | 01-Sep-11 | | | 510004 | | |
| | | | | Device expulsion | 299049USA | 01-Sep-11 | 22-Sep-11 | | | 510005 | | |
| | | | | Device dislocation | 299051USA | 01-Sep-11 | 01-Sep-11 | | | 510005 | | |
| | | | | Device expulsion | 299053USA | 01-Sep-11 | 01-Sep-11 | | | 510005 | | |

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC395427

MDL2974TWHLLC395428

| Event | ID | Date 1 | Date 2 | Note | Code |
|---|---|---|---|---|---|
| Device explusion | 299805USA | 01-Sep-11 | 03-Oct-11 | | 510006 |
| Device explusion | 299826USA | 02-Sep-11 | 02-Sep-11 | | UNKNOWN |
| Device explusion | 299327USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device dislocation | 299328USA | 02-Sep-11 | 02-Sep-11 | | UNKNOWN |
| Device explusion | 299329USA | 02-Sep-11 | 02-Sep-11 | | 509006 |
| Device explusion | 299330USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device explusion | 299331USA | 02-Sep-11 | 02-Sep-11 | | 509004 |
| Device explusion | 299332USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device explusion | 299333USA | 02-Sep-11 | 02-Sep-11 | | 510007 |
| Device explusion | 299334USA | 02-Sep-11 | 02-Sep-11 | | 510005 |
| Device explusion | 299457USA | 06-Sep-11 | 06-Sep-11 | | 510005 |
| Device explusion | 299458USA | 06-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device explusion | 299459USA | 06-Sep-11 | 06-Sep-11 | | 510006 |
| Device explusion | 299723USA | 07-Sep-11 | 07-Sep-11 | Sent to QA | |
| Device dislocation | 299758USA | 07-Sep-11 | 23-Sep-11 | | 510004 |
| Device explusion | 299759USA | 07-Sep-11 | 07-Sep-11 | | 510006 |
| Device explusion | 299762USA | 07-Sep-11 | 07-Sep-11 | | 510005 |
| Device explusion | 299763USA | 07-Sep-11 | 07-Sep-11 | | 510006 |
| Device explusion | 299764USA | 07-Sep-11 | 07-Sep-11 | | 509001 |
| Device explusion | 299765USA | 07-Sep-11 | 23-Sep-11 | | UNKNOWN |
| Device explusion | 299828USA | 08-Sep-11 | 08-Sep-11 | Sent to QA | 510004 |
| Device dislocation | 299830USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device explusion | 299831USA | 08-Sep-11 | 08-Sep-11 | | 509006 |
| Device explusion | 299832USA | 08-Sep-11 | 08-Sep-11 | | 503055 |
| Device explusion | 299861USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device breakage | 299872USA | 08-Sep-11 | 08-Sep-11 | Sent to QA | 509007 |
| Device explusion | 299901USA | 08-Sep-11 | 08-Sep-11 | | UNKNOWN |
| Device explusion | 299902USA | 08-Sep-11 | 08-Sep-11 | | 510006 |
| Device explusion | 299903USA | 08-Sep-11 | 08-Sep-11 | | 509005 |
| Device explusion | 299904USA | 08-Sep-11 | 08-Sep-11 | | 510005 |
| Device explusion | 299905USA | 08-Sep-11 | 26-Sep-11 | | UNKNOWN |
| Device explusion | 300156USA | 09-Sep-11 | 09-Sep-11 | | 51002 |
| Device explusion | 300158USA | 09-Sep-11 | 09-Sep-11 | | 509006 |
| Device explusion | 300159USA | 09-Sep-11 | 09-Sep-11 | | 84913001 |
| Compilation of device insertion | 300161USA | 09-Sep-11 | 09-Sep-11 | | 10001061 |
| Device explusion | 300321USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |
| Device explusion | 300322USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |
| Device explusion | 300323USA | 12-Sep-11 | 12-Sep-11 | | 509001 |
| Device explusion | 300354USA | 12-Sep-11 | 12-Sep-11 | | 510007 |
| Device explusion | 300373USA | 12-Sep-11 | 12-Sep-11 | | 510006 |
| Device explusion | 300375USA | 12-Sep-11 | 12-Sep-11 | | 510005 |
| Device explusion | 300376USA | 12-Sep-11 | 12-Sep-11 | | UNKNOWN |

MDL-2974 Confidential - Subject to Protective Order

| Event | Serial | Date 1 | Date 2 | Code |
|---|---|---|---|---|
| Device expulsion | 3003771USA | 12-Sep-11 | 12-Sep-11 | 509007 |
| Device expulsion | 3003781USA | 12-Sep-11 | 12-Sep-11 | 509006 |
| Device expulsion | 3003791USA | 12-Sep-11 | 12-Sep-11 | 510007 |
| Device expulsion | 3005861USA | 13-Sep-11 | 13-Sep-11 | UNKNOWN |
| Device dislocation | 3005871USA | 13-Sep-11 | 13-Sep-11 | 510005 |
| Device expulsion | 3005881USA | 13-Sep-11 | 13-Sep-11 | 509003 |
| Device expulsion | 3005891USA | 13-Sep-11 | 13-Sep-11 | 509002 |
| Device expulsion | 3005911USA | 13-Sep-11 | 13-Sep-11 | 509006 |
| Device dislocation | 3005921USA | 13-Sep-11 | 13-Sep-11 Sent to QA | UNKNOWN |
| Device expulsion | 3007081USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device breakage | 3007331USA | 14-Sep-11 | 24-Oct-11 Sent to QA | UNKNOWN |
| Device expulsion | 3007741USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device expulsion | 3007751USA | 14-Sep-11 | 14-Sep-11 | 510007 |
| Device expulsion | 3007761USA | 14-Sep-11 | 14-Sep-11 | 509006 |
| Device expulsion | 3007771USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007791USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007801USA | 14-Sep-11 | 14-Sep-11 | 510005 |
| Device expulsion | 3007821USA | 14-Sep-11 | 14-Sep-11 | 510002 |
| Device expulsion | 3007831USA | 14-Sep-11 | 14-Sep-11 | 509005 |
| Device expulsion | 3007841USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Device expulsion | 3007851USA | 14-Sep-11 | 14-Sep-11 | 510006 |
| Complication of device insertion | 3008891USA | 15-Sep-11 | 15-Sep-11 | 510006 |
| Device expulsion | 3008901USA | 15-Sep-11 | 16-Sep-11 | 510005 |
| Device expulsion | 3008911USA | 15-Sep-11 | 15-Sep-11 | 510004 |
| Device expulsion | 3008921USA | 15-Sep-11 | 15-Sep-11 | 509001 |
| Device expulsion | 3008931USA | 15-Sep-11 | 15-Sep-11 | 510007 |
| Device expulsion | 3008941USA | 15-Sep-11 | 15-Sep-11 | 510007 |
| Device expulsion | 3009331USA | 15-Sep-11 | 16-Sep-11 | 509005 |
| Device breakage | 3009341USA | 15-Sep-11 | 15-Sep-11 Sent to QA | UNKNOWN |
| Device dislocation | 3009341USA | 15-Sep-11 | 15-Sep-11 Sent to QA | UNKNOWN |
| Device expulsion | 3009351USA | 15-Sep-11 | 15-Sep-11 | 510004 |
| Device expulsion | 3009381USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device expulsion | 3009391USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device breakage | 3011191USA | 15-Sep-11 | 15-Sep-11 | UNKNOWN |
| Device expulsion | 3011191USA | 15-Sep-11 | 15-Sep-11 | 510006 |
| Device expulsion | 3011671USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device dislocation | 3011691USA | 16-Sep-11 | 16-Sep-11 | UNKNOWN |
| Device dislocation | 3011711USA | 16-Sep-11 | 16-Sep-11 | 510007 |
| Device expulsion | 3011721USA | 16-Sep-11 | 16-Sep-11 | 509006 |
| Device expulsion | 3011731USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device expulsion | 3011741USA | 16-Sep-11 | 16-Sep-11 | UNKNOWN |
| Device expulsion | 3011751USA | 16-Sep-11 | 16-Sep-11 | 510006 |
| Device expulsion | 3011911USA | 19-Sep-11 | 16-Sep-11 | 509007 |

MDL2974TWHLLC395429

| | | | | |
|---|---|---|---|---|
| Device expulsion | 3013931USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3013941USA | 19-Sep-11 | 19-Sep-11 | 510004 |
| Device expulsion | 3014161USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3014171USA | 19-Sep-11 | 19-Sep-11 | 510007 |
| Device expulsion | 3014201USA | 19-Sep-11 | 19-Sep-11 | 510005 |
| Device expulsion | 3014211USA | 19-Sep-11 | 19-Sep-11 | 510006 |
| Device expulsion | 3014231USA | 19-Sep-11 | 19-Sep-11 | UNKNOWN |
| Device expulsion | 3016021USA | 20-Sep-11 | 20-Sep-11 | 510005 |
| Device expulsion | 3016031USA | 20-Sep-11 | 20-Sep-11 | 508006 |
| Device expulsion | 3016041USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016061USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016071USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016081USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016091USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device expulsion | 3016101USA | 20-Sep-11 | 20-Sep-11 | 510007 |
| Device expulsion | 3017271USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device dislocation | 3017301USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device dislocation | 3017311USA | 20-Sep-11 | 20-Sep-11 | 509006 |
| Device dislocation | 3017321USA | 20-Sep-11 | 20-Sep-11 | UNKNOWN |
| Device dislocation | 3017331USA | 20-Sep-11 | 20-Sep-11 | 510007 |
| Device dislocation | 3017341USA | 20-Sep-11 | 17-Oct-11 | 510006 |
| Device expulsion | 3017351USA | 20-Sep-11 | 20-Sep-11 | 510006 |
| Device expulsion | 3017361USA | 20-Sep-11 | 20-Sep-11 | 510002 |
| Device expulsion | 3018751USA | 21-Sep-11 | 21-Sep-11 | 510006 |
| Device expulsion | 3018761USA | 21-Sep-11 | 21-Sep-11 | 510005 |
| Device expulsion | 3019351USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device expulsion | 3019381USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device expulsion | 3019401USA | 21-Sep-11 | 21-Sep-11 | 510005 |
| Device expulsion | 3019411USA | 21-Sep-11 | 21-Sep-11 | 510007 |
| Complication of device insertion | 3019421USA | 21-Sep-11 | 21-Sep-11 | UNKNOWN |
| Device dislocation | 3020831USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device expulsion | 3020841USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device dislocation | 3020861USA | 22-Sep-11 | 22-Sep-11 | 5100006 |
| Device expulsion | 3020871USA | 22-Sep-11 | 24-Oct-11 | 510004 |
| Device expulsion | 3020881USA | 22-Sep-11 | 22-Sep-11 | 510007 |
| Device dislocation | 3020891USA | 22-Sep-11 | 22-Sep-11 | 510005 |
| Device expulsion | 3020901USA | 22-Sep-11 | 22-Sep-11 | 510007 |
| Device expulsion | 3020911USA | 22-Sep-11 | 22-Sep-11 | |
| Device expulsion | 3020921USA | 22-Sep-11 | 27-Sep-11 | |
| Complication of device removal | 3020931USA | 22-Sep-11 | 22-Sep-11 | |
| Device dislocation | 3020941USA | 23-Sep-11 | | |
| Device expulsion | 3024211USA | 11-Oct-11 | | 510005 |

| Event | ID | Date 1 | Date 2 | Note | Number |
|---|---|---|---|---|---|
| Device dislocation | 302424USA | 23-Sep-11 | 23-Sep-11 | | 510007 |
| Device expulsion | 302423USA | 23-Sep-11 | 23-Sep-11 | | |
| Device expulsion | 302427USA | 23-Sep-11 | 23-Sep-11 | | 510006 |
| Device expulsion | 302428USA | 23-Sep-11 | 23-Sep-11 | | 510002 |
| Device dislocation | 302582USA | 26-Sep-11 | 26-Sep-11 | | |
| Device dislocation | 302584USA | 26-Sep-11 | 26-Sep-11 | | 509007 |
| Device breakage | 302586USA | 26-Sep-11 | 26-Sep-11 Sent to QA | | UNKNOWN |
| Device expulsion | 302638USA | 26-Sep-11 | 26-Sep-11 | | 510006 |
| Device expulsion | 302640USA | 26-Sep-11 | 26-Sep-11 | | 510005 |
| Device expulsion | 302642USA | 26-Sep-11 | 26-Sep-11 | | 510005 |
| Device expulsion | 302643USA | 26-Sep-11 | 26-Sep-11 | | 510004 |
| Device expulsion | 302742USA | 27-Sep-11 | 27-Sep-11 | | 510007 |
| Device expulsion | 302743USA | 27-Sep-11 | 27-Sep-11 | | 510007 |
| Device expulsion | 302744USA | 27-Sep-11 | 27-Sep-11 | | |
| Device expulsion | 302745USA | 27-Sep-11 | 27-Sep-11 | | |
| Device expulsion | 302746USA | 27-Sep-11 | 27-Sep-11 | | |
| Device expulsion | 302783USA | 27-Sep-11 | 27-Sep-11 | | |
| Device dislocation | 302784USA | 27-Sep-11 | 27-Sep-11 | | 510004 |
| Device dislocation | 302786USA | 27-Sep-11 | 27-Sep-11 | | 510007 |
| Device expulsion | 302801USA | 27-Sep-11 | 27-Sep-11 | | |
| Device dislocation | 302802USA | 27-Sep-11 | 27-Sep-11 | | 510007 |
| Device expulsion | 302803USA | 27-Sep-11 | 27-Sep-11 | | 510006 |
| Device expulsion | 302804USA | 27-Sep-11 | 24-Oct-11 | | 510007 |
| Device dislocation | 302805USA | 27-Sep-11 | 27-Sep-11 | | UNKNOWN |
| Device expulsion | 302807USA | 27-Sep-11 | 27-Sep-11 | | 510007 |
| Device expulsion | 302888USA | 28-Sep-11 | 28-Sep-11 | | 510007 |
| Device dislocation | 302920USA | 28-Sep-11 | 28-Sep-11 | | 510006 |
| Device expulsion | 302921USA | 28-Sep-11 | 21-Oct-11 | | |
| Device expulsion | 302922USA | 28-Sep-11 | 28-Sep-11 | | 510007 |
| Device expulsion | 302923USA | 28-Sep-11 | 17-Oct-11 Sent to QA | | |
| Device expulsion | 302924USA | 28-Sep-11 | 28-Sep-11 | | 509007 |
| Device expulsion | 302925USA | 28-Sep-11 | 28-Sep-11 | | |
| Device expulsion | 303021USA | 29-Sep-11 | 19-Oct-11 | | 510006 |
| Device dislocation | 303022USA | 29-Sep-11 | 04-Oct-11 Received from QA | | |
| Device expulsion | 303023USA | 29-Sep-11 | 17-Oct-11 | | 509006 |
| Device expulsion | 303024USA | 29-Sep-11 | 29-Sep-11 | | 510005 |
| Device expulsion | 303025USA | 29-Sep-11 | 11-Oct-11 | | |
| Device expulsion | 303026USA | 29-Sep-11 | 29-Sep-11 | | 510005 |
| Device expulsion | 303027USA | 29-Sep-11 | 29-Sep-11 | | 510005 |
| Device expulsion | 303233USA | 30-Sep-11 | 30-Sep-11 | | |
| Device expulsion | 303234USA | 30-Sep-11 | 30-Sep-11 | | 510005 |
| Device expulsion | 303236USA | 30-Sep-11 | 30-Sep-11 | | |
| Device expulsion | 303237USA | 30-Sep-11 | 30-Sep-11 | | |

MDL2974TWHLLC395431

MDL2974TWHLLC395432

| PARAGARD COPPER TCU 380A | 18-680 | USA | Device expulsion | 303245USA | 30-Sep-11 | 30-Sep-11 Received from QA | 509007 |
|---|---|---|---|---|---|---|---|
| | | | Device expulsion | 247545USA | 02-Sep-10 | 06-Sep-11 | 509004 |
| | | | Device expulsion | 288137USA | 27-Jun-11 | 12-Sep-11 | UNKNOWN |
| | | | Device expulsion | 285360USA | 09-Jun-11 | 15-Sep-11 | 509006 |
| PARAGARD COPPER | | | | 207 | | | |

# Non-ParaGard Information

MDL-2974 Confidential - Subject to Protective Order

| From: | Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS] |
|---|---|
| Sent: | 6/22/2017 12:30:53 PM |
| To: | Greg Edens [greg.edens@tevapharm.com] |
| CC: | Shannon Carvell [shannon.carvell@tevapharm.com]; Richard Harle [richard.harle@tevapharm.com]; Valerie Hamning [valerie.hamning@tevapharm.com]; Brenda Angelo [brenda.angelo@tevapharm.com]; Cynthia Ryan [cindy.ryan@actavis.com] |
| Subject: | RE: TASK0346000 RE: New Buffalo TW user - Cindy Ryan - Please Expedite ! |

Thanks Andrea!

Best regards,



**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com    sip:Thomas.Mehs@tevapharm.com    www.tevapharm.com

---

**From:** TevaTrackwiseSupport
**Sent:** Thursday, June 22, 2017 6:14 AM
**To:** Greg Edens
**Cc:** TevaTrackwiseSupport; Shannon Carvell; Thomas Mehs; Richard Harle; Valerie Hamning; Brenda Angelo; Cynthia Ryan
**Subject:** RE: TASK0346000 RE: New Buffalo TW user - Cindy Ryan - Please Expedite !

Hello Greg,

Done as requested.

Best regards,
Andrea



**Andrea Bosak**, IT Support Specialist
Global Applications User Support
Tel: +385-1-3721111    Fax: +385-1-3722670
e-mail: Andrea.Bosak@pliva.com

---

**From:** Greg Edens
**Sent:** Wednesday, June 21, 2017 10:42 PM
**To:** TevaTrackwiseSupport
**Cc:** Shannon Carvell; Thomas Mehs; Richard Harle; Valerie Hamning; Brenda Angelo; Cynthia Ryan
**Subject:** FW: New Buffalo TW user - Cindy Ryan - Please Expedite !
**Importance:** High

Hello TW Support,

Please see the attached user access request. Please expedite this request.

Please notify all listed in this email once access is granted.



Thank you.

Best regards,

 Gregory V. Edens   Assoc Director, Regulatory Compliance and Investigations
Tel: 305-575-6912   Cell: 305-308-5397   Fax: 305-575-6811
Greg.Edens@tevapharm.com   sip:Greg.Edens@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH   GETTING   CREATIVITY   CARING   MAKING OUR   LEADING
MAKING PEOPLE FEEL BETTER   IT DONE   WHERE IT      FAMILIES   THE WAY
                            TOGETHER   MATTERS              PROUD

OUR PURPOSE & VALUES

---

**From:** Thomas Mehs
**Sent:** Wednesday, June 21, 2017 4:34 PM
**To:** Greg Edens; Shannon Carvell
**Cc:** Richard Harle; Valerie Hamning; Brenda Angelo; Cynthia Ryan
**Subject:** New Buffalo TW user - Cindy Ryan

Hi Greg and Shannon,

Please see the attached request and documentation to add Cindy Ryan as an approver of Buffalo TW complaint and Gtrend records.

Attached is a signed F517 and user matrix assigning her his roles.
Please let me know if you have any questions

Thanks,
Tom

Best regards,

 Tom Mehs   Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

| | |
|---|---|
| **From:** | TrackWise_US_Ser [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TRACKWISE_US_SER] |
| **Sent:** | 11/29/2015 7:01:53 AM |
| **To:** | Scott Allan [scott.allan@tevapharm.com]; Thomas Mehs [thomas.mehs@tevapharm.com]; Rich Harle [richard.harle@tevapharm.com]; Brenda Angelo [brenda.angelo@tevapharm.com]; Andrew Bocchino [andrew.bocchino@tevapharm.com]; Patrick Heery [patrick.heery@tevapharm.com] |
| **Subject:** | TrackWise: Reminder: gDR Record # 208346 in the US - NY - Buffalo Division Is Due in 7 Days. |

***** Automated Message - Do Not Reply *****

PR #208346

This is to inform you that Deviation record PR #208346 in the US - NY - Buffalo Division will be Due in 7 Days. You can select the link to the record PR #208346 to login to TrackWise and view the details of the deviation.

Notification Summary:
29-Nov-2015 02:01 (GMT-05:00): Admin Activity: triggered by Admin Query: 'gDR - Notify Team of gDR Due in 7 Days'. Additional Information explaining why this activity was triggered for this PR:
* OPEN PRs; Due Date: starts 7 day(s) before today and ends 7 day(s) after today

**PR Details:**
======================
**Division / Project:** US - NY - Buffalo / gDR
**Date Created:** 16-Oct-2015 13:22 (GMT-04:00)
**PR State:** Pending Investigation
**Due Date:** 30-Nov-2015
**Site Responsible:** Teva (US - Buffalo)

**Short Description:** Sterility positive encountered during stability testing
**Short Description (Local):** <Not Set>
**Assigned To:** Thomas Mehs
**Criticality:** Critical
**Area Discovered:** Quality Assurance / Quality Operations
**Site Discovered:** Teva (US - Buffalo)
**Area Responsible:** Quality Assurance
**Department Responsible:** BUF - Quality Assurance

------------------------------------------
TrackWise Services



EXHIBIT
25
MF 3-22-23

| From: | Joyce Godshall [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JGODSHAL] |
| Sent: | 6/25/2013 9:16:48 PM |
| To: | Tal Kleinfeld [tal.kleinfeld@teva.co.il]; Lauren Harrison [lauren.harrison@tevapharm.com] |
| CC: | Siyu Liu [siyu.liu@tevapharm.com] |
| Subject: | RE: FDA in Buffalo |

Nothing yet

**From:** Tal Kleinfeld
**Sent:** Tuesday, June 25, 2013 3:24 PM
**To:** Siyu Liu; Joyce Godshall; Lauren Harrison
**Cc:** Hedva Voliovitch; Eric Elbaz
**Subject:** RE: FDA in Buffalo

Thank you for letting us know. By the end of your working day, if you need something from global, please let us know and we can work on it tomorrow morning.

Best regards,



**Tal Kleinfeld**   Sr. Director Head of Compliance
Global Patient Safety & Pharmacovigilance
Tel: +972-3-9267126    Cell: +97548885803
Tal.Kleinfeld@teva.co.il   sip:Tal.Kleinfeld@tevapharm.com   www.tevapharm.com

**From:** Siyu Liu
**Sent:** Tuesday, June 25, 2013 8:18 PM
**To:** Joyce Godshall; Lauren Harrison
**Cc:** Tal Kleinfeld; Hedva Voliovitch
**Subject:** FW: FDA in Buffalo

Give you a head up.

Thanks,
Siyu

**From:** Joseph De Vito
**Sent:** Tuesday, June 25, 2013 12:51 PM
**To:** Robin Jones; Siyu Liu
**Cc:** Christopher Murdock
**Subject:** FW: FDA in Buffalo

Robin/Dr. Liu:
FDA conducting inspection in Buffalo. Started today. Wanted to give head up. No questions yet but Paragard is one of the highest volume products for complaints and lack of effect. Questions may come up over the next day or two.
Joe

EXHIBIT
Liu-22
mH 9-29-23

**From:** Thomas Mehs
**Sent:** Tuesday, June 25, 2013 10:35 AM
**To:** Rich Harle; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** RE: FDA in Buffalo

This is a routine inspection.

He is planning on two or three systems.

His name James Bridges

**From:** Rich Harle
**Sent:** Tuesday, June 25, 2013 10:33 AM
**To:** Thomas Mehs; Joseph De Vito; Ariel Alon; Christopher Murdock; Kenneth Lavin; Gerard M Greco; Christine Wells; Kathleen Baszczewski; Jennifer Gates; Brenda Angelo; Fran Zipp
**Subject:** FDA in Buffalo

The FDA just arrived in Buffalo

**From:** Brenda Angelo
**Sent:** Tuesday, June 25, 2013 10:22 AM
**To:** Rich Harle; Joe.Devito@tevapharm.com
**Cc:** Jennifer Gates
**Subject:** FDA

Hi Guys,
Tom wanted me to let you know that the FDA just showed up here.
Rich, could you please let Kathy know, I couldn't find her last name, thanks
Brenda

Brenda Angelo
Quality Systems Coordinator
Teva Women's Health, Inc.
825 Wurlitzer Dr.
North Tonawanda NY 14120
Tel: 716-693-6230 x-232
Fax:716- 693-6368
Email: Brenda.Angelo@tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC282728

CONFIDENTIAL

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGE
 2                      ATLANTA DIVISION
 3                   MDL DOCKET NO. 2974
                    (1:20-md-0247-LMM)
 4            This Document Relates to All Cases
 5
        IN RE: PARAGARD IUD PRODUCTS
 6      LIABILITY LITIGATION
 7                                    /
 8
                            Phillips Lytle LLP
 9                          One Canalside
                            125 Main Street,
10                          Buffalo, NY 14203-2887
11                          Thursday, February 3, 2023
                            9:27 a.m. - 6:06 p.m.
12
13
14          * * * * * CONFIDENTIAL * * * * *
15
                    VIDEOTAPED DEPOSITION OF
16
17                       THOMAS MEHS
18
19          Taken on behalf of the Plaintiffs before
20      Lori K. Beck, CSR, CM, Notary Public in and
21      for the State of New York, pursuant to Plaintiffs'
22      Second Amended Notice to Take Deposition of
23      CooperSurgical, Inc. in the above cause.
24
25
                                             Page 1
```

CONFIDENTIAL

```
 1              A.   Yes.
 2              Q.   Do you think that's a good summary of
 3     the work that you did in your position with Teva?
 4              MR. ERNY:  Objection.
 5              THE WITNESS:  Yes.
 6              BY MS. FITZPATRICK:
 7              Q.   Did any of that change between 2008 and
 8     November of 2017?
 9              MR. ERNY:  Objection.
10              THE WITNESS:  No.
11              BY MS. FITZPATRICK:
12              Q.   Okay.  It also goes on to say:
13              Mr. Mehs reports to Richard B. Harle,
14     director of QA, who maintains his office in Pomona,
15     New York.
16              Is that correct?
17              A.   Yes.
18              Q.   And do you know which Teva entity has
19     an office in Pomona, New York?
20              A.   I do not.
21              Q.   Okay.  Mr. Harle reports up the chain
22     of command eventually to Frances M. Zipp, EVP
23     global quality, who maintains his office in North
24     Wales, Pennsylvania.
25              Do you see that?
```

Veritext Legal Solutions
346-293-7000

CONFIDENTIAL

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGE
2                      ATLANTA DIVISION
3                   MDL DOCKET NO. 2974
                     (1:20-md-0247-LMM)
4            This Document Relates to All Cases
5

    IN RE: PARAGARD IUD PRODUCTS
6   LIABILITY LITIGATION
7                                      /
8
                          Phillips Lytle LLP
9                         One Canalside
                          125 Main Street,
10                        Buffalo, NY 14203-2887
11                        Thursday, February 3, 2023
                          9:27 a.m. - 6:06 p.m.
12
13
14          * * * * * CONFIDENTIAL * * * * *
15
                    VIDEOTAPED DEPOSITION OF
16
17                       THOMAS MEHS
18
19          Taken on behalf of the Plaintiffs before
20   Lori K. Beck, CSR, CM, Notary Public in and
21   for the State of New York, pursuant to Plaintiffs'
22   Second Amended Notice to Take Deposition of
23   CooperSurgical, Inc. in the above cause.
24
25
                                          Page 1
```

 1  related to the ParaGard IUD?

 2         A.   I do not.

 3         Q.   Okay.

 4         MS. FITZPATRICK:  Why don't we just -- why

 5  don't -- we've been going about an hour.  Why don't

 6  we take a quick break --

 7         THE WITNESS:  Okay.

 8         MS. FITZPATRICK:  -- five-minute break, and

 9  then we can come back to this.

10         THE WITNESS:  Okay.

11         MS. FITZPATRICK:  Thanks.

12             (A recess was then taken at 10:39 a.m.)

13             (On the record: 10:48 a.m.)

14         BY MS. FITZPATRICK:

15         Q.   Mr. Mehs, when you were working for

16  Teva, who -- to whom did you report?

17         A.   Rich Harle, H-A-R-L-E.

18         Q.   And do you know which Teva entity

19  Mr. Harle worked for?

20         A.   I do not.

21         Q.   Do you know what Teva entity you worked

22  for?

23         A.   Teva Women's Health.

24         Q.   And did you have anyone reporting to

25  you --

Veritext Legal Solutions
346-293-7000

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
                     MDL DOCKET NO. 2974
 3                   (1:20-md-02947-LMM)
 4          This Document Relates to All Cases
 5
 6   IN RE:  PARAGARD IUD PRODUCTS
     LIABILITY LITIGATION
 7
 8
 9              * * *  CONFIDENTIAL  * * *
10
11           Videotaped deposition of KENNETH V. PIPER,
12   taken at Greenberg Traurig, 1717 Arch Street, Suite
13   400, Philadelphia, Pennsylvania, on Friday, November
14   17, 2023, beginning at approximately 9:09 a.m.,
15   before Maureen E. Broderick, Registered Professional
16   Reporter and Notary Public in and of the
17   Commonwealth of Pennsylvania.
18
19
20
21
22
23
             VERITEXT NATIONAL COURT REPORTING COMPANY
24                 MID ATLANTIC REGION
             1801 Market Street, Suite 1800
25                Philadelphia, PA 19103

                                           Page 1
```

```
 1        A     Okay.

 2        Q     And if you look at the email that begins

 3   this string, it is from Brenda Angelo sent on

 4   June 25th of 2013 to Rich Harle, Joe DeVito, with

 5   Jennifer Gates copied.

 6                   Do you see that?

 7        A     I do see that, yes.

 8        Q     And Ms. Angelo is informing the recipients

 9   of this email that Tom wanted her to let them know

10   that the FDA just showed up.

11                   Do you see that?

12        A     Yes, I do.

13        Q     Mr. Harle, who is he, by the way?

14        A     I don't know.  I don't recall.

15        Q     Mr. Harle then sends a message to a number

16   of recipients saying:  The FDA just arrived in

17   Buffalo.

18                   Do you see that?

19        A     I do see that.

20        Q     Mr. Mehs comes into the string and says:

21   This is a routine inspection, he is planning on two

22   or three systems and his name is James Bridges.

23                   Did I read that correctly?

24        A     Yes.

25        Q     Mr. DeVito sends a message to a Robin
```