# EXHIBIT 11O

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order    MDL2974TWHLLC034613



**Memo**

Quality Assurance

| To: | Jen Gates, Brad Raudabaugh, David Bonilla, Don Gee, Yogesh Yadav, Carolyn Paolucci |
|---|---|
| From: | Thomas Mehs, Sr. Manager Quality |
| Date: | October 7, 2016 |
| Topic: | Ongoing Loading/Release review |

**Date of meeting**:   10/7/2016 at 10:30 AM

**Attendees:**   Tom Mehs, David Bonilla, Don Gee, Brad Raudabaugh, Brian Hess
**Absent:**   Jen Gates, Carolyn Paolucci, Jim Young, Yogesh Yodav

The monthly meeting to discuss ongoing efforts to positively affect the number of loading and release complaints was held on 10/7/16. This was the fifth meeting for 2016. (note: There was no August meeting, as a number of conflicts came up). This was originally scheduled in September

Tom reviewed the Loading and Release numbers for 2016. Currently, the numbers are consistent from 2015.

Tom discussed the importance of meeting and discussing the LR complaints at Buffalo Tentatively a meeting in January is discussed, pending the outcome of the Teva travel policy. Maybe January 19th?

David asked about the increase in complaint rate from 2006 to 2012 and the "spike" in 2012. Tom will review and gather information on potential causes of that.

Tom had reached out to R and D. the suggested name he was given was not available in the global address book. He will attempt to gain another name.

Brad discussed current marketing efforts. He is currently in Chicago for speaker training. This is to provide information to speakers on usage demonstrations.   Expect 5-10 clinicians at each training.  These start Monday October 10th. Teva has purchased two pieces of equipment that are a simulator for inserting IUDs.  This will commence next year.  MSLs continue to train. Brad will provide numbers in an email.  Sales reps have been involved with approximately 10 ACOG booths with "1,000s of demonstration".

The meeting concluded. The next meeting is scheduled for August 25, 2016 at 1 PM.

| | |
|---|---|
| **From:** | Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS] |
| **Sent:** | 12/20/2016 2:01:22 PM |
| **To:** | Brian Hess [brian.hess@tevapharm.com] |
| **Subject:** | RE: Buffalo - New Limits |

Thanks Brian – I am still working on the limits for Broken and LOE (because of the nature of the product, I can't really use the same lot #s). To do this I need data from the TW NA system and it is crashing on me when I run some queries.

I have reached out to the helpdesk for assistance….

Tom

Best regards,



Tom Mehs   Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

---

**From:** Brian Hess
**Sent:** Monday, December 19, 2016 1:59 PM
**To:** Thomas Mehs
**Subject:** RE: Buffalo - New Limits

Hi Tom,
Not sure if David got back to you, but yes this is what we are looking for, and if you can provide in a signed memo that would be great and we will update the SOP with the new limits.
Brian

---

**From:** Thomas Mehs
**Sent:** Wednesday, December 14, 2016 4:28 PM
**To:** David Bonilla
**Cc:** Yogesh Yadav; Brian Hess
**Subject:** Buffalo - New Limits

Hi David,

I wanted to send you this – it is the spreadsheet for the new limits for Buffalo complaints, except lot level for Lack of Effect and Broken because I should use a different group of lot numbers for those two due to the way the product is used and how long.

Is this the type of thing you need? Do I just need to add a sign off to it?

Let me know….

Thanks

Tom

Best regards,



Tom Mehs   Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com