# EXHIBIT 11P

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

 Global Patient Safety & Pharmacovigilance

# Medical Scientific Group Meeting Summary
## 8 September-2015

**Participants:**

| Physicians | Canada: Jyotsna (Josy) Gupta, Ilda Bidollari; |
|---|---|
| | Croatia: Gabriella Letinic-Klier, Valentina Galkowski; Klaudija Marijanovic-Barac; |
| | Germany: Nicole Lang, Xenia Hamann, Birgit Proeser-Meinel |
| | Israel: Hila Horovitz, Ari Gershon, Helena Knebel, Natalia Gavrielov, Orit Neudorfer, Yael Shalit, Revital Barrelly, Shiri Uri, Larisa Gorenshtein, Moria Mahanaimy, Maya Margalit |
| | USA: Judith Zander; Haixiao Chen, Delma Broussard, Ming Zhu |
| Additional Attendees: | Margaret Bradbury (non-clinical representative); Frank Schneider (Clin Pharm representative) |

| Topic + description + attachments | Methods/Decisions | Action items + responsible person + deadline |
|---|---|---|
| Signal detection and branded literature review - new workflow  Signals from Branded Literature searches.pp   Signal detection TA based_kickoff_08 Sep | | Miriam Kaminietsky The enhanced process of dividing signal detection by TA and branded products, initiation of a PRR triage meeting, and assignment of cases with special attention is effective as of today. The safety physicians |

 Global Patient Safety & Pharmacovigilance

| | | |
|---|---|---|
| | | will receive signals from their respective branded products.<br>Signals from the literature for branded products will be added, categorized and prioritized on PRR tracker on an additional literature tab. Standardized email to Ezra effective immediately. |
| CCSI - Fentanyl transmucosal formulation for DDI section<br><br>Fentanyl and DDI.pptx   Fentanyl_CCSI_439_0 9_08_14.pdf | Mechanism for pharmacodynamics effect for combined use of partial agonists/antagonists was presented. Search for potential cases in aris g was not done and needs to be done.After this is done, consideration will be made for W&P and DDI. | Ilda Bidollari<br>After searching aris g for cases of DDI, withdrawal, or cases of relevant co suspect or con meds does not change the assessment (ie no increase in specificity or severity), agree to update the CCSI for fentanyl buccal tablets and lozenenges W&P and DDI section "partial opiod agonists (eg buprenorphine and opioid agonist-antagonists (eg nalbuphine, pentazcine, butorphanol)have high affinity to opiod receptors with relatively low intrinsic activity. The concomitant use of opiod agonists or partial opiod agonist-antagonists may partially antagonize the analgesic effet of fentanyl and may induce withdrawal symptoms in opiod dependent patients'.<br>Ilda to provide documentation to Gabriella, who will inform TPC center regarding update of CCSI. No change to RMP |
| Serious Breach | | Nicole Lang |

 Global Patient Safety & Pharmacovigilance

| | | |
|---|---|---|
| [PDF icon] training serious breach (2).pdf | | |
| SD-1077 FIH study<br><br>[DOC icon] SD_1077 FIH Brief overview. doc.doc    [PPT icon] SD1077_MSG_FIH_C2 6_Sept2015_31Aug fir | MSG requests additional detail on the MPTP-lesioned monkey model of PD study-design and results by treatment group and pathology, as this was not presented. Based on the limited information presented on the preclinical study, MSG recommends reviewing the results of the follow up monkey toxicology study to be conducted in healthy monkeys, before initiating FIH in HV. Consider external expert input on the monkey study result. If additional information/details become available, this can come back to MSG before CSB Oct 8th.Results of MPTP monkey study will be included in IB and submitted to CTX (for FIH) and IND (opening study in patients) when opened as it was not available when the previous health authority meetings were conducted. | Delma Broussard<br>Non-clinical and Clin pharm team members will prepare a summary of the MPTP-lesioned monkey model of PD for circulation to MSG in advance of ad hoc MSG meeting 16SEP.  An external expert is also being contacted for review of the study results. |
| Physician's role in reviewing statistical analysis for clinical studies | PhV input into SOP included that PhV will review DRAFT and final tables and listings-to enable input if any changes are required before database lock. | Ming Zhu |

Global Patient Safety & Pharmacovigilance

| | | |
|---|---|---|
| GBP_RD_704_v4.0.comments.8.20.15.lv_JH | | |
| Administrative Updates | none | Judy Zander |



Women's Health- Pharmacovigilance

May 2013

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC139817



MDL2974TWHLLC139818

The Global Drug Safety & Pharmacovigilance 

As per regulations of worldwide health agencies, the Pharmacovigilance unit collects adverse events from all over the world that were caused or might have been caused by the use of a Teva drug.





MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC139820

## PhV -How do we do this ?



- ## Ensure patient safety drug use for assigned Teva products by:

  - Proactively monitoring throughout the product lifecycle (pre-clinical, clinical, and post-marketing)
  - Medical review of individual case safety reports for Teva products
  - Medical review and approval of Periodic Safety Reports for Teva products
  - Identify and evaluate trends/potential safety signals for Teva Women's Health products

5

Global Patient Safety & Pharmacovigilance

PhV -How do we do this ?



Additional activities:

  - Assist in preparing safety responses to global regulatory agencies for Teva Women's Health products
  - Communicate safety information to key internal teams and cross functional Teva Women's Health Teams
  - Provide pharmacovigilance safety expertise to R & D Teams

6

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139822



MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC139823

Safety Board Charter – in Development



Safety Board:

- Purpose -to act as the senior corporate governance body for product safety:
    - providing guidance and oversight the Medical Scientific Group
    - maintaining and fostering continuous benefit risk assessment for all Teva marketed and investigational drug products
- Scope - is global and covers all Teva products.

8

Global Patient Safety & Pharmacovigilance

Safety Board Charter – In Development 

## ROLES AND RESPONSIBILITIES:

- Review periodic updates on ongoing safety issues of product under development, products under special interest, safety strategy and risk management activities.
- Review of emergent safety signals and ad hoc safety topics (can be proposed by any Safety Board member)
- Review of benefit-risk assessments as needed
- Review of first label (key labeling topics) and RMPs for new launching products in major markets.

9

Global Patient Safety & Pharmacovigilance

## Safety Board – In Development



# Team members:

- Chief Medical Officer
- VP of Global Patient Safety and Pharmacovigilance
- Head of Global Regulatory Affairs
- Head of Medical Affairs
- Head of Legal department

- Other key persons may participate as appropriate i.e. :
- Heads of Therapeutic Area, Quality Assurance, and Clinical Development leadership

10

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139826

## Safety Board – In Development



- The Safety Board recommendations may be one or more of the following (but not limited to):
  - Dramatic Changes to product Labeling
  - Termination of a study
  - Changes in study design
  - Applying for Drug Application

11

Global Patient Safety & Pharmacovigilance

MDL-2974 Confidential - Subject to Protective Order

## Product Specific Issues Currently Being Followed



### Current Safety Issues Being Monitored-

- #### Oxybutynine-
  - depression, intestinal obstruction, and cognitive impairment

- #### EE/levo(28 day cycle regimen) –
  - toxic epidermal necrolysis, dermatitis acneiform, and acne
  - Also the effect of low dose EE/LNG on bone minderal density among adolescents

12

Global Patient Safety & Pharmacovigilance

MDL-2974 Confidential - Subject to Protective Order

PhV- Additional Activities 

- **Additional PhV Women's Health Activities**
  - DR-102 and 105- IB Expectedness Updates for PM Sections of
  - PLR Postmarketing Safety Conversion- Paragard

13

Global Patient Safety & Pharmacovigilance

## PhV – Referral Updates



### Referrals

- Article 31
- Article 107

Global Patient Safety & Pharmacovigilance

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC139830

## Article 31



### February 2013

- Notification by France of a referral under Article 31 of Directive 2001/83/EC
- First time - Member States request Agency provide EU-wide recommendation w/new PV legislation
- Review Benefit-risk balance
  - **3rd and 4th generations oral contraceptives**
    - **Risk of venous thrombotic events**
      - **Third generation: progestins-containing products (NAP)**

# Non-ParaGard Information

15

Global Patient Safety & Pharmacovigilance

## Article 31- Teva Decision



* Decision made not to answer the combined oral contraceptives for the generic Article 31 referral
* Reasons included:
    * As the generic it was not believed that Teva could significantly add to the response that will be provided by the innovator
    * Considered referral by France is political in nature since the possible risks they have raised are clearly known and already included in the relevant sections of the SPC and PL.
    * 4th generation COC Classification does not consider the composition of each contraceptive whereas such a composition directly involves the efficacy and the safety profile in terms of venous thromboembolism risks
* However, Theramex (Teva partner) would participate in the referral with regards to Zoely

16

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139832

## Article 107-Background



- Article 107 referral procedure for cyproterone/ ethinylestradiol concurrent with Article 31
- EMA notified of the start of an Article 107i
  - Notification for medicines containing cyproterone acetate 2mg and ethinylestradiol 35mcg
- Urgent union procedure -on whether the marketing authorization for Diane 35 and its generics in all indications approved in Europe should be maintained, varied, suspended or revoked, in the interest of all patients in Europe

17

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139833

## Article 107-Background



- ANSM - benefit/risk ratio of Diane 35 and its generics is negative
- ACNE approved indication in France
  - Rare but severe risk of venous and arterial thrombo-embolic events with potential fatal outcome
  - ONLY moderate effect of the product on acne,
  - disease that can be treated by other medicines
- French review highlighted the extensive use of the combination drugs as a contraceptive use
  - Off label - not consistent with the marketing authorization in France
  - Determined efficacy as a contraceptive has not been demonstrated by appropriate clinical studies.
- ANSM - initiated a national procedure to suspend the marketing authorization of Diane 35 and its generics in France.

18

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139834

## Rapporteur Asessment



- The overall benefit risk balance of Diane-35 remains positive, provided that:
  - **The indication will be limited to treatment of acne, seborrhoea and hirsutism in a context of hyperandrogenism,**
  - **Diane-35 should not be used for patients having acne without hyperandrogenism, who can benefit from topical therapy or systemic antibiotic treatment.**
- The SmPC wording will be harmonised among the EU member states.
- A risk management plan -> additional pharmacovigilance and risk minimisation activities
  - **drug utilisation study**
  - **educational materials ->increase awareness about the narrow indication and diagnosis of VTE**

19

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139835

## Co-Rapporteur Assessment 

- Diane-35 and generics - considered to have a negative benefit-risk ratio.
- Clinical data do not allow to accurately assess the contraceptive efficacy of Diane-35
- The therapeutic fields of Diane-35 and generics are inhomogeneous across Europe.

20

Global Patient Safety & Pharmacovigilance

MDL2974TWHLLC139836



21

Global Patient Safety & Pharmacovigilance

MDL-2974 Confidential - Subject to Protective Order



MDL2974TWHLLC139838