# EXHIBIT 11Q

| | |
|---|---|
| From: | Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS] |
| Sent: | 10/26/2017 2:56:27 PM |
| To: | Hemant Kawadgiri [hemant.kawadgiri@teva.co.in] |
| CC: | Brian Hess [brian.hess@tevapharm.com] |
| Subject: | RE: replacement requests |

Thanks Hemant!

Have a good day

Tom

Best regards,



**Tom Mehs**   Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

---

**From:** Hemant Kawadgiri
**Sent:** Wednesday, October 25, 2017 1:38 PM
**To:** Thomas Mehs
**Cc:** Brian Hess
**Subject:** RE: replacement requests

Hi Thomas,

You are correct.
We mark replacement request as yes if customer request for replacement and on **weekly** basis we run the query in TrackWise to find out the number of reports in which complainant requested a replacement.
Post which, we share that **manually** generated excel sheet with ICS team and further process of replacement gets handled by ICS team.

Thanks,



**Hemant Kawadgiri**   Sr. Executive, Quality Assurance Services.
Phone: 215-293-6544
Hemant.Kawadgiri@teva.co.in   sip:Hemant.Kawadgiri@tevapharm.com   www.tevapharm.com

---

**From:** Brian Hess
**Sent:** Wednesday 25 October 2017 9:56 AM
**To:** Thomas Mehs; Hemant Kawadgiri
**Subject:** RE: replacement requests

Hemant,

Can you clarify for Tom.
Brian

---

**From:** Thomas Mehs
**Sent:** Wednesday, October 25, 2017 9:55 AM
**To:** Yogesh Yadav
**Cc:** Brian Hess
**Subject:** replacement requests

Hi Yogesh,

In regards to product replacements, my current understanding is that your team marks in the parent record if a replacement is needed.

At the end of the day, a report is generated and sent to ICS listing that which customers are owed a replacement record.

Is this correct? Is this an auto generated report or is it manually created?

Thanks,

Tom

Best regards,



**Tom Mehs**   Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com    sip:Thomas.Mehs@tevapharm.com    www.tevapharm.com

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order
MDL2974TWHLLC032510

| PR ID | Division | Project | Creation Date | PR State | Originator | Due Date | Original Due Date | Product - Name | Product - Family | Product - Lot # | Product - Dosage Form | Product - Strength | Product - Code | Product - NDC/DIN/MA # | Product Type | Quantity | Clinical Lot? | Complaint Receipt Date | Intake Center Receipt Date | Complaint Type | Indication for Use | Category | Subcategory | Subcategory Comments | Priority | Responsible Site | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115059 | US - Complaints | gCMPLT | Jan/06/2015 3:49 PM | Closed (Complete) | Mahesh Rane | Feb/20/2015 | Feb/20/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Jan/06/2015 | Jan/06/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 121413 | US - Complaints | gCMPLT | Feb/02/2015 11:39 AM | Closed (Complete) | Santosh Shinde | Mar/14/2015 | Mar/16/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Jan/30/2015 | Feb/02/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 123142 | US - Complaints | gCMPLT | Feb/09/2015 1:26 PM | Closed (Complete) | Hemant Kawadgiri | Mar/25/2015 | Mar/26/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/09/2015 | Feb/09/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 123142 | US - Complaints | gCMPLT | Feb/09/2015 1:26 PM | Closed (Complete) | Hemant Kawadgiri | Mar/25/2015 | Mar/26/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/09/2015 | Feb/09/2015 | Quality | NA | Device - General | Incorrect Assembly of Unit | | Normal | US - NY - Buffalo | United States |
| 123479 | US - Complaints | gCMPLT | Feb/10/2015 2:18 PM | Closed (Complete) | Hemant Kawadgiri | Mar/27/2015 | Mar/27/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/10/2015 | Feb/10/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 125120 | US - Complaints | gCMPLT | Feb/18/2015 10:23 AM | Closed (Complete) | Rahul Shah | Apr/02/2015 | Apr/03/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/17/2015 | Feb/18/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 125263 | US - Complaints | gCMPLT | Feb/18/2015 5:13 PM | Closed (Complete) | Santosh Shinde | Apr/02/2015 | Apr/04/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/18/2015 | Feb/18/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |
| 125521 | US - Complaints | gCMPLT | Feb/19/2015 2:11 PM | Closed (Complete) | Vishal Giram | Apr/03/2015 | Apr/05/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Feb/19/2015 | Feb/19/2015 | Quality | NA | Device - General | Broken / Defective | | Normal | US - NY - Buffalo | United States |

| PR ID | Division | Project | Creation Date | PR State | Originator | Due Date | Original Due Date | Product - Name | Product - Family | Product - Lot # | Product - Dosage Form | Product - Strength | Product - Code | Product - NDC/DIN/MA # | Product Type | Quantity | Clinical Lot? | Complaint Receipt Date | Intake Center Receipt Date | Complaint Type | Indication for Use | Category | Subcategory | Subcategory Comments | Priority | Responsible Site | Country of Origin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129084 | US - Complaints | gCMPLT | Mar/05/2015 11:35 AM | Closed (Complete) | Santosh Shinde | May/02/2015 | Apr/18/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Mar/04/2015 | Mar/05/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 132071 | US - Complaints | gCMPLT | Mar/18/2015 2:01 PM | Closed (Complete) | Santosh Shinde | May/01/2015 | May/01/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Mar/17/2015 | Mar/18/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 148720 | US - Complaints | gCMPLT | May/20/2015 3:19 PM | Closed (Complete) | Santosh Shinde | Jul/02/2015 | Jul/03/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | | No | May/19/2015 | May/20/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 150883 | US - Complaints | gCMPLT | May/28/2015 11:15 AM | Closed (Complete) | Santosh Shinde | Jul/10/2015 | Jul/12/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | May/28/2015 | May/28/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 150980 | US - Complaints | gCMPLT | May/28/2015 1:40 PM | Closed (Complete) | Sheetal Bharati | Jul/10/2015 | Jul/12/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | May/28/2015 | May/28/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 160380 | US - Complaints | gCMPLT | Jun/24/2015 4:55 PM | Pending Investigation | Vishal Giram | Aug/07/2015 | Aug/08/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Jun/24/2015 | Jun/24/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 177972 | US - Complaints | gCMPLT | Aug/10/2015 3:31 PM | Closed (Complete) | Santosh Shinde | Sep/24/2015 | Sep/24/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Aug/10/2015 | Aug/10/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 189117 | US - Complaints | gCMPLT | Sep/04/2015 1:33 PM | Closed (Complete) | Sheetal Bharati | Oct/17/2015 | Oct/19/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Sep/04/2015 | Sep/04/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 212244 | US - Complaints | gCMPLT | Oct/23/2015 12:17 PM | Closed (Complete) | Aniket Rane | Dec/05/2015 | Dec/07/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Oct/22/2015 | Oct/23/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |
| 222877 | US - Complaints | gCMPLT | Nov/12/2015 11:17 AM | In Progress | Muhammad Akram S | Dec/27/2015 | Dec/27/2015 | ParaGard | Copper | 514001 | Intrauterine Contraceptive | Not Applicable | 0204 | 51285-0204-01 | Prescription (Rx) | 1 | No | Nov/12/2015 | Nov/12/2015 | Quality | NA | Device - General | Broken | | Normal | US - NY - Buffalo | United States |

| Short Description | Description | Adverse Health | Event Reporta | PhV Notified On |
|---|---|---|---|---|
| Paragard T 380A - Broken/Defective – MR | 1st complaint received for Broken\Defective - MR 1/6/2015<br><br>On 01/06/2015, QAS received notification of this report via email WRB report stating"The Surgical Coordinator reported a female patient of unknown age experienced "into the cervix" while using PARAGARD. Caller reported the patient's ParaGard came down into the cervix on 12/31/14. It is unknown if the ParaGard has been removed. No further medical or demographic information was provided, because the caller was unable to access the patient's chart at time of call. Follow-up on 1/6/15: The Surgical Coordinator provided updated information. Caller reported the 34 year-old female patient contacted the office reporting she thought she felt the ParaGard. The patient had also reported her husband felt the ParaGard poking during intercourse on 12/30/14. The patient came into the office on 12/31/14, and the Medical Doctor (MD) was able to visualize the ParaGard in the cervix. The MD removed ParaGard on 12/31/14. Caller further stated the MD noted a "mechanical complication" of the IUD, but did not have any additional descriptive information available. The patient's menstrual history is unknown due to her being postpartum, and the caller did not have the ParaGard NDC number available. All tabs in this medical report have been updated to reflect the provided information. K. Meyer, RN. LMP: unknown- patient is postpartum<br>Duration: unknown<br>Menstrual Frequency: unknown<br>Next MP: unknown<br>Gravida: 3<br>Para: 2<br>Date of Last Childbirth: 10/21/14<br>Location of pain/cramps? N/A<br>Is the pain menses-like? N/A<br>Is the bleeding/discharge/vaginal? N/A<br>History of Ectopic Pregnancy?: No<br>Has the patient contacted their health care professional?: yes<br>Can Teva contact the HCP? yes<br>☐ If yes, name and phone number: Dr. Apgar, 301-340-3300<br>If follow-up is required is the reporter willing to be contacted?: yes<br>Can Teva follow-up with the patient? No<br>If unintended pregnancy: N/A<br>☐ Gestation: N/A<br>Initial report also sent to FDA by caller: unknown<br>Co-Suspect Medications?: none - MR 1/6/2015<br><br>Update : I called the complainanat and left message requesting callback - MR 1/6/2015<br><br>Update : The complainant called back and stated that that the patient came to their office and reported that she felt that the IUD is coming out. She stated that the physician examine her and found that the IUD is in cervix and it is displaced. She stated that the physician removed the IUD and he was available to remove it completly. She reported that one of the arm of the IUD was bent. She reported that for the particular patient the lot# is 514001 having expiration Jan-2021. She requested for replacement - MR 1/6/2015 | NA | Yes | Jan/06/2015 8:00 PM |
| PARAGARD T 380A - Broken / Defective – SS | 2nd Complaint for Broken / Defective - SS 02/02/2015<br><br>On 02/02/2015, QAS received notification of this WRB report via email. The report states "Caller reported a Product Complaint. Caller stated the metal was not attached to the ParaGard. Requesting a replacement. NDC: 5128520401 Lot: 514001 Exp: 01/2021 Caller provided alternate contact Ernesto Carbajal at 714-500-0289 if caller is not available when call is returned." - SS 02/02/2015<br><br>Update: I attempted to contact the complainant. Alternate contact person told that there was no damage to the package it was sealed upon receipt. He confirmed the Lot# and expiry date of the IUD. He stated that copper metal was there in the package but he was not sure which parts metal was missing and he does not have any additional information about the report. He also stated that complainant will give call back – SS 02/02/2015<br><br>Update: I attempted to contact the complainant and she was unavailable; I left message requesting call back - SS 02/04/2015 | NA | No | |
| PARAGARD T 380A -Broken/ Defective and Incorrect Assembly of unit  Issue - HK | 3rd Complaint received for Broken/Defective - HK 02/09/2015<br>1st Complaint of Incorrect Assembly of unit  - HK 02/09/2015<br><br>On 2/9/2015, QAS received notification via live call. Caller was an office manage. Caller stated that they received a defective IUD. She stated that "T" part of the IUD was loosely connected with stem of the IUD and string of the IUD was outside of the insertion tube. She stated that they received the IUD in the middle of December. She stated that package was sealed upon receipt and there was no damage upon receipt. She provide me lot number and expiry date. She stated that they did not attempt to insert IUD inside patient body.  Sample is available for return- HK 02/09/2015 | No | No | |
| PARAGARD T 380A -Broken/ Defective and Incorrect Assembly of unit  Issue - HK | 3rd Complaint received for Broken/Defective  - HK 02/09/2015<br>1st Complaint of Incorrect Assembly of unit  - HK 02/09/2015<br><br>On 2/9/2015, QAS received notification via live call. Caller was an office manage. Caller stated that they received a defective IUD. She stated that "T" part of the IUD was loosely connected with stem of the IUD and string of the IUD was outside of the insertion tube. She stated that they received the IUD in the middle of December. She stated that package was sealed upon receipt and there was no damage upon receipt. She provide me lot number and expiry date. She stated that they did not attempt to insert IUD inside patient body.  Sample is available for return- HK 02/09/2015 | No | No | |
| PARAGARD T 380A - Broken/Defective issue - HK | 4th Complaint received for Broken/Defective issue - HK 02/10/2015<br><br>On 2/10/2015, QAS received notification via live call. Caller was a nurse. She stated that patient returned to the clinic on 01/30/2015 for regular check up. She stated that they found that IUD was not in the proper place.  She stated that they observed that middle portion of the IUD was outside of the cervix. She stated they removed the IUD from the patient body and found that two knots was present over the string of the IUD.  She could not confirmed whether the knots was present during the time of insertion or not. Complainant believe that issue occurred because of the manufacturing defect and requested for replacement of the IUD . I asked her whether there was any issue during the cutting of the threads like entanglement with scissor, she replied to me as No. Sample is available for return – HK 02/10/2015<br><br>1 lot number and date of insertion - 514001 and 12/30/2014<br>2. W ere there any issues with the patient's anatomy?No<br>    a. Did you sound the patient? yes- HK 02/10/2015<br><br>Note - Since the complainant could not confirm that the knot was present during/before insertion, this record will be consider as broken/defective issue – HK 02/10/2015<br><br>Update- Complainant left voice mail. She provide me paragard account number in her voice mail - HK 02/17/2015 | No | Yes | Feb/10/2015 8:00 PM |
| Paragard T 380A - Broken / Defective - RS | 6th complaint received for Broken / Defective - RS 2/19/2015<br><br>On 2/18/2015, QAS received notification of this report via email- ICS spreadsheet stating that device was being placed and the arm did not come up the way it was suppose to was removed - RS 2/18/2015<br><br>Update: I called the complainant and the attender stated that she is busy with the patient hence I left a message requesting she return my call - RS 2/18/2015<br><br>Update: I called the complainant and she confirmed the lot# with expiration date. She stated that IUD was inserted on 2/17/2015 and after insertion of IUD the patient was sent for an ultrasound. In an ultrasound it was found that one arm of the IUD did not release hence IUD was removed. She stated that the IUD is available for return - RS 2/19/2015<br><br>Note: Since the issue was identified upon ultrasound after the insertion of IUD and not during insertion hence the category is kept as "Broken/Defective" - RS 2/19/2015 | No | No | |
| PARAGARD T 380A – Broken / Defective - SS | 5th Complaint for Broken / Defective – SS 02/18/2015<br><br>On 02/18/2015, QAS received a notification via live call. She stated that copper part was detached from the T part of the IUD. However, it was found in the IUD package but it was not attached to the T part of the IUD. She stated she does not have any additional information about the report. She provided the Lot# and confirmed expiry date of the IUD. She also stated that IUD package was sealed upon receipt. There was no damage observed to the IUD package. – SS 02/18/2015 | No | No | |
| ParaGard - Broken / Defective - VG | 7th Complaint received for Broken / Defective. VG - 02/19/15<br><br>QAS received this notification via email from WRB on 02/19/15. The report states, "The caller reported a product complaint and is requesting a replacement.<br>"During insertion, the copper uncoiled from the T-bar and the string came completely off of the arm."<br>51285-0204-01<br>514001<br>1/2021" VG - 02/19/15<br><br>Update: I attempted to contact the complainant. She was unavailable; I left a message requesting she return my call. VG - 02/20/15<br><br>Update: I attempted to contact the complainant. She was unavailable; I left a message requesting she return my call. VG - 02/23/15<br><br>Update: the complainant called back on 02/23/15. The lot# is 514001. 02/09/15, the insertion was attempted. When the physician was attempting to insert the IUD, the copper uncoiled from the T bar. She answered AE questions. Return sample is available. VG - 02/23/15 | NA | No | |

| Short Description | Description | Adverse Health | Event Reporta | PhV Notified On |
|---|---|---|---|---|
| PARAGARD T 380A - Broken - SS | On 03/05/2015, QAS received notification of this ICS report via email. The report states "Failed insertion" - SS 03/05/2015<br><br>Update: I attempted to contact the complainant and she was unavailable; I left message requesting call back - SS 03/05/2015<br><br>Update: I received voicemail from complainant. She requested a call back. – SS 03/06/2015<br><br>Update: I attempted to contact the complainant and front desk operator stated that she was unavailable and she will be back on monday (03/09/2015); I left message requesting call back - SS 03/06/2015<br>I could not get answers for the following questions:<br>1. Date of Insertion and Unit Lot #: Unknown and Unknown, as per the ICS report.<br>2. Were there any issues with the patient's anatomy? Unknown<br>a. Did you sound the patient? Unknown<br>3. At what point (Preparation, insertion, post insertion) did the incident occur? Unknown<br>a. If in preparation: Unknown<br>i. Would the arms of the ParaGard unit not fold downward? Unknown<br>ii. Would the arms of the Paragard not go into the insertion tube? Unknown<br>iii. Would the arms of the Paragard not stay in the insertion tube? Unknown<br>b. If during insertion: Unknown<br>i. Would the ParaGard not release from the insertion tube? Unknown<br>ii. Did the ParaGard come out with the insertion tube during removal? Unknown<br>iii. Did the arms of the ParaGard release too soon? Unknown<br>iv. Did the solid white rod not hold the ParaGard in place when the insertion tube was initially withdrawn? Unknown<br>v. Did the ParaGard expel during the cutting of the threads? Unknown<br>c. If post insertion (after the threads were cut) please explain? Unknown<br>4. What component (ParaGard, solid white rod, and/or insertion tube) seemed to cause the incident? Unknown – SS 03/06/2015<br><br>Update: The complainant called me and left voicemail, requesting call back - SS 03/10/2015<br><br>Update: I called the complainant. She stated that on 03/04/2015 she removed previous IUD which was placed ten years ago. She was trying to place a new IUD. IUD bent, due to this IUD was not placed. She provided Lot# and confirmed both Lot# and expiry date of the IUD. – SS 03/10/2015 | No | No | |
| PARAGARD T 380A - Broken - SS | 2nd complaint for Broken - SS 04/29/2015<br><br>On 03/18/2015, QAS received notification of this ICS report via email. The report states "IUD malfunctioned being placed in the sleeve 03/04/2015" - SS 03/18/2015<br><br>Update: I attempted to contact the complainant and she was unavailable; I left message requesting call back - SS 03/18/2015<br><br>Note: based on the verbatim provided in the ICS report, this record was categorized as Loading / Release Issues During Preparation. If in future, QAS receives more information for this record; this record will be updated accordingly. – SS 03/18/2015<br><br>Update: I called the complainant. She stated that NP squeezes the arms of the IUD when she was preparing the IUD and while placing the arms in to the insertion tube, it broke. She also confirmed Lot# and expiry date of the IUD. – SS 03/19/2015 | No | No | |
| Paragard T 380A - Broken - SS | 3rd complaint for Broken - SS 05/21/2015<br><br>On 05/20/2015, QAS received notification of this ICS report via email. The report states "04/17/15 unit bent during insertion procedure" - SS 05/20/2015<br><br>Update: I attempted to contact the complainant. She was unavailable; I left message requesting she return my call. – SS 05/21/2015<br><br>Update: I attempted to contact the complainant. She was unavailable; I left message requesting she return my call. – SS 05/22/2015 | Unknown | No | May/20/2015 8:00 PM |
| PARAGARD T 380A - Broken - SS | 11th complaint for Broken - SS 05/29/2015<br><br>On 05/28/2015, QAS received notification of this report via live call. The complainant stated that string came out from the IUD when they were trying to remove the IUD from the package. She provided date of the insertion attempt 05/21/2015, Lot # and confirmed the expiry date of the IUD. She was seeking replacement. – 05/29/2015 | No | No | |
| PARAGARD T 380A - Broken - SB | 12th complaint for Broken - SB 05/28/2015<br><br>On 05/28/2015, QAS received notification of this report via Email from WRB. The report states "PC reported of two (2) "defective" units.<br>NDC 51285-204-01<br>Lot 513005, 514001<br>Exp 7/2020, 1/2021" - SB 05/28/2015<br><br>Note: 2 complaints will be created for the 2 reported lot numbers - SB 05/28/2015<br><br>Update: I called the complainant. She stated that the only information she has is that the units were defective. Upon asking, she stated that there is no one else in the office who could help me with more information. Upon asking, she declined to receive an acknowledgement letter - SB 05/28/2015 | NA | No | |
| Paragard - Broken - VG | 13th complaint received for Broken. VG - 06/25/15<br><br>QAS received this notification via email from WRB on 06/24/15. The report states, "PC reported.<br>Caller stated a ParaGard was placed in a patient and four weeks later upon examination it was found<br>the strings are dark black.<br>NDC number: 5125-204-01<br>Lot number: 514001<br>Expiration date: 2021" VG - 06/24/15<br><br>Update: I attempted to contact the physician on 06/25/15. He was unavailable; I left a message requesting he return my call. VG - 06/25/15<br><br>Update: I attempted to contact the physician on 06/25/15. He was unavailable; I left a message requesting he return my call. VG - 06/26/15 | No | No | |
| PARAGARD T 380A - Broken - SMS | 14th complaint for Broken - SMS 08/10/2015<br><br>On 08/10/2015, QAS received notification of this report via live call. This call was transferred from medical information department to QAS. The complainant stated that IUD was placed to patient on 01/12/2015. Patient came back to hospital on 08/03/2015. She stated that IUD was falling out of patient uterus. They did ultrasound & found that left arm of the IUD was never opened, it was bent. She stated IUD was removed on 08/03/2015. She provided Lot # & confirmed the expiry date of the IUD. she also stated that used IUD is available for return. She was seeking replacement IUD – SMS 08/10/2015 | No | Yes | Aug/10/2015 8:00 PM |
| PARAGARD T 380A - Broken - SCB | 15th complaint for Broken - SCB 09/04/2015<br><br>On 09/04/2015, QAS received notification of this report via live call. The complainant stated that the T-part of the IUD broke during insertion on 08/12/2015. She stated that when the doctor attempted to insert the IUD, one arm of the IUD broke. She provided the lot, NDC number and date of expiration. She stated that the package was sealed and without any damage upon receipt. The sample was discarded by the complainant and is not available. Upon asking, she declined to receive an acknowledgement letter. She will call back to provide the Paragard Account Number - SCB 09/04/2015 | No | No | |
| PARAGARD T 380A - Broken - ASR | 16th complaint for Broken - ASR 10/23/2015<br><br>On 10/23/2015, QAS received this notification via email through ICS spreadsheet stating failed insertion, inserter bent during the procedure10/22/15- ASR 10/23/2015<br><br>Update: Called complainant and left message requesting callback - ASR 10/23/2015<br><br>Update: I got a call from complainant and she stated that insertion tube bent while inserting.Date of Insertion and Unit Lot # 10/22/2015, 514001 .There were no issues with the patient's anatomy. Patient was not sounded before, the incident occurred during insertion. She stated that the introducer was placed into the OS and gentle pressure used to facilitate the insertion, once the introducer was 2 cm within the OS , It bent to the patient's right side leaving the IUD partially inserted and then the IUD was removed as it was partially stuck. The insertion was performed by a certified Nurse mid-wife and the sample is available for return. She did not have the Paragard account number for replacement and stated that she will callback once she does - ASR 10/23/2015 | Yes | Yes | Oct/23/2015 8:00 PM |
| PARAGARD T 380A - Broken - MAS | 17 Complaints received for Broken - MAS 11/12/2015 . A lot level trend is identified for Broken under the PR#223158 - MAS 11/13/2015<br><br>On 11/12/2015, QAS received notification of this report via live call. The complainant stated that the IUD was inserted on 07/22/2015, then patient came back in September for regular checkup, after ultrasound it was found that the arm of the IUD was not open. She stated that the patient comeback again in November and reported partially expelled IUD. The IUD was removed on 11/10/2015. She stated that she does not know anything what actions were taken in September when it was found that the arm of the IUD is not open. She stated that the IUD was removed on 11/10/2015 and another IUD was inserted successfully. She stated that the defective IUD is available for return. Upon asking, the complainant declined to receive an acknowledgement letter - MAS 11/12/2015<br><br>Update: Medwatch# 610765ACC(0.0) received from PV and has been reviewed. No additional information applicable to QAS was provided and the report has been attached to this record. - CDK 11/20/2015 | No | Yes | Nov/12/2015 8:00 PM |

| Regulatory Au | Other Source | ARISg # | Controlled Dr | PhV Referenc | Compensatio | Tax ID # | Will Sample b | Sample Retur | Complainant | Complainant | Complainant | Complainant | Reporter 1 - T | Reporter 1 - S | Reporter 1 - S | Reporter 1 - C | Reporter 2 - T | Reporter 2 - S | Reporter 2 - S | Reporter 2 - C | Investigation Conclusion(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WRB15-0000 | 532971USA | | | Replacement | | No | | Private | Institution | MD | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | BA15-001712 | | | | NA | | No | | Private | Institution | CA | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | | | | | Replacement | | Yes | | Private | Institution | NY | United States | | | | | | | | | Complaint likely due to customer use / handling.; Inconclusive whether any product quality defects occurred under Teva's control. |
| | | | | | Replacement | | Yes | | Private | Institution | NY | United States | | | | | | | | | Complaint likely due to customer use / handling.; Inconclusive whether any product quality defects occurred under Teva's control. |
| | | 540349USA | | | Replacement | | Yes | | Private | Institution | AK | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | | | | | Replacement | | Yes | | Private | Pharmacist / I | CO | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control.; One or more product quality defects reported were confirm |
| | | | | | Replacement | | Yes | | Private | Institution | CA | United States | | | | | | | | | Complaint likely due to customer use / handling. |
| | BA15-002790 | | | | Replacement | | Yes | | Private | Institution | FL | United States | | | | | | | | | Complaint likely due to customer use / handling. |

| Regulatory Au | Other Source | ARISg # | Controlled Dru | PhV Referenc | Compensation | Tax ID # | Will Sample b | Sample Retur | Complainant | Complainant | Complainant | Complainant | Reporter 1 - T | Reporter 1 - S | Reporter 1 - S | Reporter 1 - C | Reporter 2 - T | Reporter 2 - S | Reporter 2 - S | Reporter 2 - C | Investigation Conclusion(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Replacement | | Yes | | Private | Institution | IN | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | | | | | Replacement | | Yes | | Private | Hospital | CA | United States | | | | | | | | | Complaint likely due to customer use / handling. |
| | | | | | Replacement | | No | | Private | Institution | WI | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | | | | | Replacement | | Yes | | Private | Wholesaler | ME | United States | | | | | | | | | Complaint likely due to customer use / handling. |
| | | BA15-009028, BA15-009024, Linked 150975, 150980 | | | Replacement | | Yes | | Private | Institution | PA | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | BA15-010792 | | | | NA | | No | | Private | Institution | MI | United States | | | | | | | | | |
| | | 587863ACC | | | Replacement | | Yes | | Private | Institution | GA | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control.; One or more product quality defects occurred under Teva |
| | | | | | | | No | | Private | Institution | CA | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | Linked 21224 | 604927ACC | | | Replacement | | Yes | | Private | Institution | CA | United States | | | | | | | | | Inconclusive whether any product quality defects occurred under Teva's control. |
| | | 610765ACC | | | Replacement | | Yes | | Private | Institution | GA | United States | | | | | | | | | |