# EXHIBIT 11R

| | |
|---|---|
| From: | Eileen Keevill [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EKEEVILL01] |
| Sent: | 11/17/2017 6:49:42 PM |
| To: | Powell, Kathryn [kathryn.powell@wrbcorp.com] |
| CC: | Susan Larijani [susan.larijani@tevapharm.com]; Lisa DiPaolo-Fischer [lisa.fischer@tevapharm.com]; Betsy Woodall [betsy.woodall@tevapharm.com]; Kenneth Piper [kenneth.piper@tevapharm.com]; Renise Hobbs [renise.hobbs01@tevapharm.com]; Koyfman, Ilana [ilana.koyfman@wrbcorp.com] |
| Subject: | RE: Weekly Qualitative PhV Report for the date of 15NOV2017 |

Sorry I forgot to copy the number.

| | | | | | |
|---|---|---|---|---|---|
| | | | PC Reported: | | |
| TGN17-022709 | 11/15/2017 12:01 | ZolpiTAB | PC: The patient reported he had taken zolpedem 5 mg in the past on unknown dates and had worked intermittently to help him sleep.<br><br>NDC: unknown / patient described as 5 mg<br><br>Lot number: unknown<br><br>Expiration Date: unknown | | PC documented and case snap shot sent to QAS@tevapharm.com |

Best Regards,

Eileen



**425 Privet Road
P.O. Box 1005
Horsham, PA  19044**

**Eileen D. Keevill
Pharmacovigilance Compliance Associate
Phone: 215-293-6347
Cell : 267-542-8623
1-888-838-2872 Ext 1006347
Fax: 215-293-6398
E-mail:** Eileen.Keevill@tevapharm.com

www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Powell, Kathryn [mailto:kathryn.powell@wrbcorp.com]
**Sent:** Friday, November 17, 2017 1:41 PM

**To:** Eileen Keevill
**Cc:** Susan Larijani; Lisa DiPaolo-Fischer; Betsy Woodall; Kenneth Piper; Renise Hobbs; Koyfman, Ilana
**Subject:** RE: Weekly Qualitative PhV Report for the date of 15NOV2017

Eileen,

The ParaGard cases were transferred to QAS to process the AE/PQC and therefore, no AE module was initiated on our end.

## Non-ParaGard Information

Thanks,

Kathryn Powell, RN, BSN, Program Manager
kathryn.powell@wrbcorp.com | wrbcorp.com
p: 703.449.0520 ext. 2221



Confidentiality Statement: This electronic message is intended for the use of the recipient to which it is addressed, and may contain confidential and privileged information which is exempt from disclosure under applicable laws, including the Health Insurance Portability and Accountability Act (HIPAA). Please contact us immediately, by email or telephone at 703.449.0520, if you are not the intended recipient of this communication, and do not copy, distribute, or take action relying on it. Any communication received in error, or subsequent reply, should be deleted or destroyed. Thank you.

---

**From:** Eileen Keevill [mailto:Eileen.Keevill@tevapharm.com]
**Sent:** Friday, November 17, 2017 1:36 PM
**To:** Powell, Kathryn
**Subject:** RE: Weekly Qualitative PhV Report for the date of 15NOV2017

Hi Kathryn,

Here are 3 reports that need to be transferred to PHV. I do not see any information where they were transferred to PhV for processing. Please let me know if they were transferred to PhV, if not, we will need this information forwarded to us.

| Case Received Date | Product | Question | Response |
|---|---|---|---|
| 11/15/2017 16:27 | ParaGard | AE/PC reported.<br><br>Caller reported ParaGard was immediatey removed after insertion as it was not in the correct postion, causing the patient pain. | Transferred to QAS agent. |
| 11/15/2017 16:35 | ParaGard | AE/PC reported.<br><br>Caller reported on removal arms broke and stayed in the uterus, and required surgical removal 1/2017.<br><br>Caller gave a reference number of 437732, but QAS did not have the callers name under that reference number. | Transferred to QAS agent.<br><br>Requested QAS agent please transfer caller to ParaGard Direct for dropped device replacement request. Provided caller with ParaGard Direct contact information: 877-727- |

| | | | |
|---|---|---|---|
| 11/15/2017 12:01 ZolpiTAB | Caller requested reimbursement for surgical expenses for the removal.<br><br>PC Reported:<br><br>PC: The patient reported he had taken zolpedem 5 mg in the past on unknown dates and had worked intermittently to help him sleep.<br><br>NDC: unknown / patient described as 5 mg<br><br>Lot number: unknown<br><br>Expiration Date: unknown | | 2427, option 1, Monday - Friday 8:00 AM - 8:00 PM EST.<br><br><br>PC documented and case snap shot sent to QAS@tevapharm.com |

Best Regards,

Eileen



425 Privet Road
P.O. Box 1005
Horsham, PA  19044

**Eileen D. Keevill**
**Pharmacovigilance Compliance Associate**
Phone: 215-293-6347
Cell : 267-542-8623
1-888-838-2872 Ext 1006347
Fax: 215-293-6398
E-mail: Eileen.Keevill@tevapharm.com

www.tevapharm.com

IMPROVING HEALTH. MAKING PEOPLE FEEL BETTER    GETTING IT DONE TOGETHER    WHERE IT MATTERS    CARING    MAKING OUR FAMILIES PROUD    LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Powell, Kathryn [mailto:kathryn.powell@wrbcorp.com]
**Sent:** Friday, November 17, 2017 8:59 AM
**To:** Eileen Keevill; Renise Hobbs; Kenneth Piper; Safety_USA
**Cc:** Susan Larijani; Lisa DiPaolo-Fischer; Betsy Woodall; Hewitt, Mark; Koyfman, Ilana
**Subject:** Weekly Qualitative PhV Report for the date of 15NOV2017

Good Morning,

Attached if the PhV Qualitative Report for the date of 15NOV2017. Please contact us if you have any questions.

Thanks,

**Kathryn Powell**, RN, BSN, Program Manager
kathryn.powell@wrbcorp.com | wrbcorp.com
p: 703.449.0520 ext. 2221



**Confidentiality Statement:** This electronic message is intended for the use of the recipient to which it is addressed, and may contain confidential and privileged information which is exempt from disclosure under applicable laws, including the Health Insurance Portability and Accountability Act (HIPAA). Please contact us immediately, by email or telephone at 703.449.0520, if you are not the intended recipient of this communication, and do not copy, distribute, or take action relying on it. Any communication received in error, or subsequent reply, should be deleted or destroyed. Thank you.

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

| | |
|---|---|
| From: | Susan Larijani [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLARIJAN] |
| Sent: | 7/7/2017 4:59:03 PM |
| To: | Koyfman, Ilana [ilana.koyfman@wrbcorp.com] |
| CC: | Lisa DiPaolo-Fischer [lisa.fischer@tevapharm.com] |
| Subject: | RE: Weekly Qualitative PhV Report for the date of 05JUL2017 |

Ilana,

I would prefer not proposing any action on our part until we have a discussion with Teva PhV. If we are only sending a case snapshot without opening an AE module (if PhV deems these cases to be reportable), then they may continue to flag these based on their review of the Weekly PhV Qualitative report.

Waiting to hear back from PhV on potential dates for a meeting.

Best regards,

Susan



**Susan Larijani**   RN, BSN, Sr Dir Med Info, North America Medical Affairs
Tel: +1-610-786-7187   Cell: +1-484-557-7584   Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com   sip:Susan.Larijani@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Koyfman, Ilana [mailto:ilana.koyfman@wrbcorp.com]
**Sent:** Friday, July 07, 2017 12:28 PM
**To:** Susan Larijani
**Cc:** Lisa DiPaolo-Fischer
**Subject:** RE: Weekly Qualitative PhV Report for the date of 05JUL2017

Susan,

As I was just formulating the exact type of email, your fingers beat me to the punch.

Since, this has not been our scope in the past, may I recommend that with this batch of cases requested, WRB send case snapshots only without opening an AE module within IRMS?

Please let us know if you are in agreement with such actions or advise otherwise.

We will also follow-up with all on the email thread regarding the Paragard case. This was warm-transferred to Teva QAS to capture the AE/PC accordingly. Hence, we would not need to send directly to PhV. It would be on QAS.

Regards,

**Ilana Koyfman, PharmD**
Account Manager
**WRB Communications, Inc.**
4200 Lafayette Center Drive
Chantilly, Virginia 20151
Office: 703-449-0520 ext. 2204
Fax: 703-449-0523
Ilana.Koyfman@wrbcorp.com

---

**From:** Susan Larijani [mailto:Susan.Larijani@tevapharm.com]
**Sent:** Friday, July 07, 2017 12:24 PM
**To:** Eileen Keevill; Renise Hobbs
**Cc:** DiPaolo-Fischer, Lisa; Woodall, Betsy; Kenneth Piper; Koyfman, Ilana; Powell, Kathryn
**Subject:** RE: Weekly Qualitative PhV Report for the date of 05JUL2017
**Importance:** High

Eileen and Renise,

As requested by Ilana last week, we need to have a meeting set up to discuss some scenarios whereby a consumer or HCP contacts us with a question on use of a product that has not been stored in accordance with the labeling and whereby the product was not dispensed and/or used (see highlighted, requested cases below).

We receive multiple inquiries such as this and we have not sent over such cases unless there was known use by the patient or HCP.

Has something changed?  If Teva PhV needs to receive all such cases even those where the product was not dispensed or used, then we need to discuss this and additional training of WRB is required ASAP since this has not been our understanding, and all 3 programs at WRB would need training.

And, if that is PhV's expectation going forward, the number of cases being sent to Teva PhV on a daily basis as a reportable event will increase.

I just want to assure that all respective parties are aligned.   Please provide use with some dates.  It would be prudent to have this discussion and alignment ahead of the upcoming Janssen audit.

Best regards,

Susan



**Susan Larijani**   RN, BSN, Sr Dir Med Info, North America Medical Affairs
Tel: +1-610-786-7187    Cell: +1-484-557-7584   Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com    sip:Susan.Larijani@tevapharm.com    www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATING WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Eileen Keevill
**Sent:** Friday, July 07, 2017 11:54 AM
**To:** Koyfman, Ilana
**Cc:** Susan Larijani; Lisa DiPaolo-Fischer; Betsy Woodall; Renise Hobbs
**Subject:** RE: Weekly Qualitative PhV Report for the date of 05JUL2017

Hi Ilana,

Please send the following Reports to PhV for review.

Thank you,

Eileen

| | | | | |
|---|---|---|---|---|
| BA17-007285 | 7/5/2017 3:41:03 PM | ParaGard | Reported a PC (pregnant with ParaGard) for her daughter:<br><br>NDC #:        Unknown to caller<br><br>Lot #:         Unknown to caller<br><br>Exp Date:    Unknown to caller<br><br>Ins. Date:    Within the past year<br><br>Ins. HCP:    Unknown to caller | Transferred to QAS agent. |
| TGN17-014014 | 7/5/2017 9:17 | CefdiFOS | Patient accidently put in refrigerator. Is this still good? Pharmacist stated the patient has not administered the medication at this time. | The prescribing information states after mixing, the suspension can be stored at room temperature (25°C/77°F). The container should be kept tightly closed, and the suspension should be shaken well before each administration. The<br><br>suspension may be used for 10 days, after which any unused portion must be discarded. Teva's products have undergone stability testing to support storage of the product as approved in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. Please have patient speak to their healthcare provider with concerns. |

| | | | | |
|---|---|---|---|---|
| TGN17-014021 | 7/3/2017 12:34 | MethotINJ | Voicemail received on 7/3/17 at 1234:<br><br>Can the methotrexate injection be used after it had been frozen for a couple hours?<br><br>During callback- caller stated the product had not been administered or dispensed. | Callback made on 7/5/17 at 0949. Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].<br><br>PROTECT FROM LIGHT. If left outside of the labeled recommendations we cannot recommend the use of the product. |
| TGN17-014086 | 7/5/2017 12:59 | DorzoTimolSLN-A | Can this be used if inadvertently stored in the refrigerator? Caller stated the patient had not administered the product since storing in refrigerator. | The prescribing information does state to store dorzolamide hydrochloride-timolol maleate ophthalmic solution at 20° to 25°C (68° to 77°F) [SeeUSP Controlled Room Temperature]. Protect from light. Teva's products have undergone stability testing to support storage of the product as approved in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. |
| TGN17-014088 | 7/5/2017 13:06 | TestoCypINJ-A | Is there any information on the use of product after it has been stored outside of labeled storage conditions?<br><br>Caller stated that product was stored in refrigerator at 38-41F and not administered after it was outside labeled recommendations. | Store at 20° to 25°C (68° to 77°F) Protect From Light.<br><br>Teva's products have undergone stability testing to support storage of the product as approved in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. |
| TGN17-014095 | 7/5/2017 13:23 | OlopaSLN | Is there any information on the use of product after it has been stored outside of labeled storage conditions?<br><br>Pharmacist confirmed | According to the prescribing information it states to store at 2° to 25°C (36° to 77°F).Teva's products have undergone stability testing to support storage of the product as approved in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. |

| ID | Date | Product | Question | Response |
|---|---|---|---|---|
| | | | the product has not been used or dispensed after being stored outside of the labeled recommendations. | |
| TGN17-014105 | 7/5/2017 14:23 | CycloCAP | Is there any information on the use of product after it has been stored outside of labeled storage conditions?<br><br>Caller has not used the product after being stored outside of the labeled recommendations. | According to the prescribing information it states to store at 20° to 25°C (68° to 77°F). Teva's products have undergone stability testing to support storage of the product as approved by the FDA in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. Please discuss your concerns with your healthcare provider. |
| TGN17-014117 | 7/5/2017 15:12 | CycloCAP | Caller transferred from Sumit from Teva QAS.<br><br>Is there any information on the use of product after it has been stored outside of labeled storage conditions?<br><br>Product was left in hot car and was not administered after it was stored outside of labeled recommendations. | Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature]. Teva's products have undergone stability testing to support storage of the product as approved in the package labeling. Teva does not recommend the use of our products if stored outside the labeled recommendations. |

| TGN17-014126 | 7/5/2017 15:45 | CloniPAT-A | I have a clonidine patch that was left in a hot car for several hours, can I still use it?<br><br>Caller did not use the product after it was left in the car. | Store at 20º to 25ºC (68º to 77ºF) [See USP Controlled Room Temperature]. If left outside of the labeled recommendations we cannot recommend the use of the product. Please contact your healthcare provider with any questions or concerns you may have. |

Best Regards,

Eileen



425 Privet Road
P.O. Box 1005
Horsham, PA  19044

Eileen D. Keevill
Pharmacovigilance
Phone: 215-293-6347
Cell : 267-542-8623
1-888-838-2872 Ext 1006347
Fax: 215-293-6398
E-mail: Eileen.Keevill@tevapharm.com

www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER · GETTING IT DONE TOGETHER · CREATIVITY WHERE IT MATTERS · CARING · MAKING OUR FAMILIES PROUD · LEADING THE WAY

OUR PURPOSE & VALUES

**From:** Renise Hobbs
**Sent:** Friday, July 07, 2017 9:50 AM
**To:** Eileen Keevill
**Cc:** Kenneth Piper
**Subject:** FW: Weekly Qualitative PhV Report for the date of 05JUL2017

Hi Eileen,

Please find attached the report for the WRB qualitative review.

Kind regards,

Renise



**Renise Hobbs**  Associate Director, Global PhV Operations, US
**Global Patient Safety & Pharmacovigilance**
Tel: 215-293-6645   Cell: 215-421-2005
Renise.Hobbs01@tevapharm.com   sip:Renise.Hobbs@tevapharm.com

 

**From:** Koyfman, Ilana [mailto:ilana.koyfman@wrbcorp.com]
**Sent:** Friday, July 07, 2017 8:50 AM
**To:** Kenneth Piper; Renise Hobbs; Safety_USA
**Cc:** Susan Larijani; Lisa DiPaolo-Fischer; Betsy Woodall; Hewitt, Mark; Powell, Kathryn
**Subject:** Weekly Qualitative PhV Report for the date of 05JUL2017

Good Morning All,

Attached is the PhV Qualitative Report for the date of 05JUL2017.

Thanks and have a good weekend.

Regards,

**Ilana Koyfman, PharmD**
Account Manager
**WRB Communications, Inc.**
4200 Lafayette Center Drive
Chantilly, Virginia 20151
Office: 703-449-0520 ext. 2204
Fax: 703-449-0523
Ilana.Koyfman@wrbcorp.com

The contents of this e-mail message and any attachments are confidential and are intended solely for the designated recipient(s). The information may also be legally privileged. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by e-mail or phone and delete this message and its attachments, if any.

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

The contents of this e-mail message and any attachments are confidential and are intended solely for the designated recipient(s). The information may also be legally privileged. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

The contents of this e-mail message and any attachments are confidential and are intended solely for the designated recipient(s). The information may also be legally privileged. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by e-mail or phone and delete this message and its attachments, if any.