# EXHIBIT 11S

**TEVA** | Global Drug Safety & Pharmacovigilance

# Clinical Overview, Risk of Breastfeeding on Uterine Perforation

| Date of review | 22-Feb-2016 |
|---|---|
| Product name | ParaGard |
| Authors (including titles) | Nancy Krayger and Siyu Liu |

1

CONFIDENTIAL

MDL-2974 Confidential - Subject to Protective Order                                    MDL2974TWHLLC006678

 Global Drug Safety & Pharmacovigilance

## Executive summary

A publication (Keinemann K at al.) retrieved by literature search for the Annual Report for ParaGard suggested a higher risk of uterine perforation when levonorgestrel releasing intrauterine system (IUS) and copper intrauterine devices (IUD) were inserted in breast feeding women. Teva Global Patient Safety and Pharmacovigilance (PhV) assessed our post marketing reports and found the similar finding. Product Safety Group (PSG) discussed the finding and agreed to designate it as a potentrial safety signal. PhV evaluated and confirmed the signal and suggested to update the US Prescribing Information (USPI) with the the information.

## 1. Introduction

A publication (Keinemann K at al.) retrieved by literature search for the Annual Report for ParaGard suggested a higher risk of uterine perforation when levonorgestrel releasing intrauterine system (IUS) and copper intrauterine devices (IUD) were inserted in breast feeding women.

The title of the publication is Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European Active Surveillance Study on intrauterine devices.

- The European Active Surveillance Study on Intrauterine Device (EURAS IUD) was a prospective cohort study with recruitment in six European countries (Austria, Finland, Germany, Poland, Sweden and UK) from 2006 to 2012

- New users of levonorgestrel-releasing IUDs vs all copper IUDs

- Objectives

  To identify and compare the incidence of uterine perforation and other medically adverse events associated with levonorgestrel-releasing intrauterine systems (LNG-IUS) and copper intrauterine devices (IUDs) under routine conditions of use in a study population representative of typical users

- Methods and materials

2

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC006679

 Global Drug Safety & Pharmacovigilance

This is a multinational, prospective, non-interventional cohort study with new users of LNG-IUSs and copper IUDs. In addition to a baseline questionnaire, women and their treating health care professional completed a single follow-up questionnaire after 12 months. All patient-reported outcomes were validated by the treating physicians.

– Patient baseline characteristics

|  | LND-IUS | Copper IUD |
|---|---|---|
| N | 43,078 | 18,370 |
| Age, mean years | 37.4 | 33.3 |
| Ever Pregnant | 93.0% | 88.0% |
| Delivery ≤ 36 weels before IUD insertion | 17.3% | 24.7% |
| Delivery ≤ 1 year before IUD insertion | 19.8% | 28.7% |
| Current breastfeeding | 9.2% | 14.6% |

– Main Results

A total of 61,448 women in six European countries were followed between 2006 and 2013 for more than 68,000 women-years of observation (70% LNG, 30% copper devices).

Overall, uterine perforation incidences were reported: LNG-IUSs: 1.4 per 1000 insertions (95% CI: 1.1–1.8); copper IUDs:1.1 per 1000 insertions (95% CI: 0.7–1.7)], for an adjusted risk ratio (RRadj) of 1.6 (95% CI: 1.0–2.7) when adjusted for age, body mass index, breastfeeding at time of insertion and parity.  None of the perforations resulted in serious sequelae, such as bowel or bladder injury, septicemia or peritonitis.

3

CONFIDENTIAL

 MDL2974TWHLLC006680

**TENA** Global Drug Safety & Pharmacovigilance

Perforation incidence with 95% CI stratied by IUD and breastfeeding at time fo insertion



The relative perforation risk for women breastfeeding versus not breastfeeding was 6.1 (95%CI: 3.9–9.6); the respective relative risks for LNG-IUS and copper IUD users were 6.3 (95% CI: 3.8–10.5) and 7.8 (95% CI: 2.8–21.4).

Perforation incidence and Risk Ratio stratified by breastfeeding status and time since last delivery interval (the selection of 36 weeks cut off was driven by data distribution, not based on clinical consideration):

| Time since last delivery | Breastfeeding | | |
|---|---|---|---|
| | Yes | No | RR (95% CI) |
| ≤36 weeks | 5.6 (3.9-7.9) | 1.7 (0.8-3.1) | 3.3 (1.6-6.7) |
| ≥ 36 weeks | 1.6 (0.0-9.1) | 0.7 (0.5-1.1) | 2.2 (0.3-16.3) |
| RR (95% CI) | 3.4 (0.5-24.8) | 2.3 (1.1-4.7) | |

**Summary:**

4

CONFIDENTIAL

MDL2974TWHLLC006681

 **Global Drug Safety & Pharmacovigilance**

- Breastfeeding and proximity to a recent delivery (up to 36 weeks) were both independently associated with an increased risk of uterine perforation.

- The presence of these two factors in combination was associated with an additive increase

**Discussion on the study**

- Strength

  - Prospective noninterventional study in 6 European countries

  - All patient reported outcomes were validated by the treating physicians

  - Real life data

  - Robust sample size

  - Very low rate of follow up

- Weakness

  - Definition of perforation: any part of device was considered to have crossed the endometrium and entered the myometrium

  - This definition may include some cases of IUD embedment

  - The follow up questionnaires were obtained 1 year after baseline assessment.  Patient reported events triggered validation.  However, if patients did not report the event, it would be missing.

  - Breastfeeding is always postpartum (residual confounding, although the effect of breastfeeding was assessed in strata of time-since-last-delivery)

**Some other published data**

| First Author | Publication | Relevant Main Findings | Comment |
|---|---|---|---|
| Heartwell SF | Obstet Gynecol 1983 | Women who were lactating at the time of IUD insertion were 10x as likely to have had an uterine perforation | Retrospective data analysis |

5

CONFIDENTIAL

 Global Drug Safety & Pharmacovigilance

| Houdenhoven KV | Contracption 2006 | 9 women with LNG IUS ubserted post partum (PP) had perforation; 5 were breastfeeding | Retrospective case study in Limburg NL; small number |
|---|---|---|---|
| Andersson K | Contraception 1998 | For 50 perforations: 62% inserted within 12 wks after delivery; 54% breastfeeding at insertion | A survey in Sweden for any IUD |
| Caliskan E | Eur J Contracept Reprod Health Care 2003 | OR 11.7 (2.3-49.2) inserted 0-3 months PP; 13.2 (2.8-62) 3-6 monhts PP | 1 single hospital in Turkey, copper IUD, 18 perforations |

## 2. Background

<u>The current USPI.</u>

Warnings

▪ Perforation:

Partial or total perforation of the uterine wall or cervix may occur rarely during placement, although it may not be detected until later.  Spontaneous migration has been reported.  If perforation does occur, remove ParaGard promptly, since the copper can lead to intraperitoneal adhesion.  Intestinal perforation, intestinal obstruction, and/or damage to adjacent organs may result if an IUD is left in the peritoneal cavity.  Pre-operative imaging followed by laparoscopy or laparotomy is often required to remove an IUD from the peritoneal cavity.

Comment: It does not contain risk factors for uterine perforation.

<u>Proposed PLR labeling.</u>

In response to a FDA request, Teva submitted a proposed labeling in PRL format in August 2015.  The proposed labeling contains some languages from newly approval IUS/IUD as class device effects.  It has not been approved by the FDA. The proposed labeling has the following section of "perforation" under warning:

▪ Perforation:

6

 Global Drug Safety & Pharmacovigilance

Partial or total perforation of the uterine wall or cervix may occur during placement, although it may not be detected until later.  Spontaneous migration outsider the uterus has also been reported.   Perforation may reduce contraceptive efficacy and result in pregnancy. The incidence of perforation during or following ParaGard insertion in the clinical trials was 0.3%.

If perforation does occur, locate and remove ParaGard promptly.  Surgery may be required.  Delayed detection or removal of ParaGard in cases of perforation may result in intraperitoneal adhesion, intestinal penetration, intestinal obstruction, migration outside the uterine cavity, adhesions, peritonitis, abscesses, and/or damage to adjacent organs. Pre-operative imaging followed by laparoscopy or laparotomy is often required to remove an IUD from the peritoneal cavity.

The literature is conflicting, but limited data suggested that there may be an increased risk of perforation and expulsion if a woman is lactating.

A large postmarketing safety study with other IUDs demonstrated an increased risk of perforation in lactating women.  The risk of perforation may be increased if an IUD is inserted when the uterus is fixed retroverted or not completely involuted during the postpartum period.

## 3. Data sources reviewed

- ### Labeling

See above.

- ### Published literature

The literature publication for the Annual report:

Heinemann K, Reed S, Moehner S and Do Minh T.  Risk of uterine perforation with levonorgestrel-releasing and copper intrauterine devices in the European Active Surveillance Study on intrauterine devices.  Contraception 91 (2015): 274-279

Additional published literature:

7

CONFIDENTIAL

 Global Drug Safety & Pharmacovigilance

Calskan E, Ozturk N, Dilbaz S.   Analysis of risk factors associated with uterine performation by intrauterine devices.  Eur J Contracept Reprod Heath Care 2003; 8(3): 150-5

van Houdenhoven K, van Kaam KJAF, van Grootheest AC, Salemans THB, Dunselman GAJ.  Uterine perforation in women using a levonorgestrel-releasing intrauterine system.  Contraception 2006; 73(3): 257-60

Heartwell SF, Schesselman S.   Risk of uterine perforation among users of intrauterine devices.  Obstet Gynecol 1983; 61(1): 31-6

Andersson K, Ryde-Blomqvist E, Lindell K, Odlind V, Milson I.  Perforations with intrauterine devices.   Report from a Swedish survey.   Contraception 1998; 57(4):251-5


- ## **Teva's Global Pharmacovigilange Database (ARISg)**

  ### **3..1.   Search strategy**

- All post marketing reports of ParaGard in Aris G up to 11-Jan-2016

- Among those, all reports of perforation (PT)

- All post marketing report of ParaGard with breastfeeding

     May miss some breastfeeding cases with underreporting

- Identified all reports of perforation and breast feeding

8

CONFIDENTIAL

MDL2974TWHLLC006685

 Global Drug Safety & Pharmacovigilance

## 3..1.  Results

| Data | Number of Reports |
|------|-------------------|
| All Paragard users in Aris | 50396 |
| Breast feeding | 166 |
| Non breast feeding | 50230 |
| Perforation | 511 |
| Perforation and breast feeding | 10 |
| Perforation and non breast feeding | 501 |

## 3..2.  Summary

- Proportion of uterine perforation in breast feeding women who used ParaGard and had a post marketing report:

  10/166 = 6.0%

- Proportion of uterine perforation in non breast feeding women who used ParaGard and had a post marketing report:

  501/50230 = 1.0%

- Chi square test for the two proportions, $p < 0.0001$

  - Relative Risk 6.041 (95% CI 3.078-11.223)

- Review the 10 reports of perforation in breast feeding women

  - Perforation occurred during insertion in 6 cases

  - Perforation was discovered after the insertion in 3 cases, ranging 3 days to 1 month after the IUD insertion

  - 1 report did not provide sufficient information

9

CONFIDENTIAL



### 3..3. Comparison to incidence rates in external databases and the literature

The European Active Surveillance Study on Intrauterine Device study showed breast feeding at time of insertion was associated with a sixfold increase in risk of uterine perforation.

Data analysis using US post marketing database (Teva Aris) showed a similar increase in uterine perforation in breast feeding women in the database.

## 4. Overall summary and discussion

The European Active Surveillance Study on Intrauterine Device study showed breast feeding at time of insertion was associated with a sixfold increase in risk of uterine perforation, with a benign clinical course.  Data analysis using US post marketing database (Teva Aris) showed a similar increase in uterine perforation in breast feeding women in the database.

Postpartum status is a confounding factor, although the European study claimed breastfeeding and postpartum status were two independent risks.   The publication analyzed the data using a postpartum cut off at 36 weeks (8 months after birth) which could be too long after delivery as clinical consideration.  The postmarketing reports in Teva safety database did not contain postpartum details in most cases.

Suggest to modify USPI including insertion during breast feeding  and postpartum status as a risk factor for uterine perforation for Paragard.

- **Changes to the Package Leaflet**

Proposed addition:  The risk of perforation may be increased when ParaGard is placed in lactating womon and when the uterus has not completely involuted during the postpartum period.

10

CONFIDENTIAL

1            IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF GEORGIA ATLANTA DIVISION

2                      -   -   -

3    IN RE:  PARAGARD IUD   )  MDL DOCKET NO. 2974
     PRODUCTS LIABILITY      )

4    LITIGATION               )  (1:20-md-02974-LMM)
                              )    This Document Relates

5                            )    to All Cases

6

7

8                      -   -   -

9                September 29, 2023

10                     -   -   -

11                  Videotaped deposition of SIYU

12            LIU, taken pursuant to Notice, held

13            at Starfield & Smith, P.C., 1300

14            Virginia Drive, Suite 325, Fort

15            Washington, Pennsylvania 19034,

16            beginning at approximately 10:07

17            a.m., before Mary Hammond, a

18            Registered Professional Reporter

19            and Notary Public in the state of

20            Pennsylvania.

21

22

23

24

                                        Page 1

```
 1                Foundation.
 2                     THE WITNESS:  But I'm not
 3                surprised.  If I have to review
 4                this new format, yeah, it could be.
 5    BY MS. COPELAND:
 6         Q.   Okay.  And can you remember working
 7    with a Nancy Krayger and an Aliceson King on
 8    collecting data to come up with this
 9    post-market experience?
10         A.   Nancy --
11         Q.   Nancy Krayger?
12                     MR. HEWES:  Objection.
13                Foundation.
14                     THE WITNESS:  If I remember
15                Nancy, she's the employee of --
16                Nancy Krayger -- that -- or she's a
17                nurse.  I'm confused about this
18                name.
19                     I have a certain Nancy
20                probably.  That could be.  I mean,
21                I -- Nancy -- I mean, yeah, I
22                don't...
23    BY MS. COPELAND:
24         Q.   Do you remember working with an
```

Veritext Legal Solutions
346-293-7000

| | |
|---|---|
| **From:** | Aliceson King [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AKING02] |
| **Sent:** | 1/31/2014 6:02:09 PM |
| **To:** | Siyu Liu [siyu.liu@tevapharm.com] |
| **Subject:** | Fw: Request for Paragard Data |
| **Attachments:** | CA # 3588320 PARAGARD_COPPER_TCU_380A_01-Jan-2007_to_31-Dec-2013.xls |

---

**From:** Aliceson King
**Sent:** Thursday, January 30, 2014 11:39 AM
**To:** Brandon Howard
**Subject:** FW: Request for Paragard Data

Hi Brandi,

 Yes, please see attached dataset and pivot table outlining the count of different adverse events occuring with Paragard.

Kind regards,

Aliceson

---

**From:** Manigandan D [mailto:Manigandan.Devan@Synowledge.com]
**Sent:** Tuesday, January 28, 2014 1:04 AM
**To:** Joanne McCreery; TevaUS_PhVITSystems
**Cc:** Aliceson King; Siyu Liu; Nancy Krayger; Giridhara Agili; Rikki Scholz; Todd Welch
**Subject:** RE: Request for Paragard Data

Dear Joanne,

Good Morning!!!

As promised we have consolidated the report into one single report and attached for your review.

We kindly request you to review and let us know for any corrections.

Have a nice day!!!

Thank you.

Kind Regards,
Mani

---

**From:** Joanne McCreery [Joanne.McCreery@tevapharm.com]
**Sent:** Monday, January 13, 2014 9:56 PM
**To:** TevaUS_PhVITSystems
**Cc:** Aliceson King; Siyu Liu; Manigandan Devan; Nancy Krayger
**Subject:** Request for Paragard Data

Hello
We have received a request to identify the top 10 reported AEs associated with Paragard since 01Jan2007 to
31Dec2013. I conducted a query and found that there are over 20, 000 case reports received for
Paragard. Unlike the last few requests I've submitted I'm not sure if feasible to save this particular query in
ARISg. Therefore, please see the request for search criterion and display.

MDL-2974 Confidential - Subject to Protective Order



MDL2974TWHLLC387668

**1 Search**:
Last received date 01Jan2007 to 31Dec2013
Case Type: M
Approval number: 18-680

**2) Please provide in a excel format**:

Product
SOC
PT
Verbatim
US Labeling for each event
PT count

If possible, please try to complete no later than Tuesday, 21 Jan 2014.  If this timeline is not possible, please let me know and include Aliceson in your correspondence.

Thanks
Joanne

*Joanne McCreery Manager, Pharmacovigilance-North America*
*425 Privet Road, Horsham PA 19044-8005*
*Telephone: 215-293-6365  Mobile: 215-450-8015  Fax: 215-591-8853*
*Email: joanne.mccreery@tevapharm.com*
*Safety USA: drug.safety@tevapharm.com*



This message is intended solely for the designated recipient(s). It may contain confidential or proprietary information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a designated recipient you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

[CONFIDENTIALITY AND PRIVACY NOTICE]: Information transmitted by this email is proprietary to Synowledge and is intended for use only by the individual or entity to which it is addressed, and may contain information that is private, privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient or it appears that this email has been forwarded to you without proper authority, you are notified that any use or dissemination of this information in any manner is strictly prohibited. In such cases, please delete this email from your records.

MDL2974TWHLLC387669

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC387670

From:       Siyu Liu [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLIU]
Sent:       2/26/2015 3:39:43 PM
To:         Nancy Krayger [nancy.krayger@tevapharm.com]
Subject:    RE: Paragard AE Trends 2014

Dear Nancy,

I do not plan to attend the meeting.  I got the request from Matt (no more details).  In the past marketing team tried to ask me for post marketing data to generate publications and I refused.  If you wish to discuss what he really wants, please contact him directly.

Thanks,
Siyu

**From:** Nancy Krayger
**Sent:** Thursday, February 26, 2015 10:24 AM
**To:** Siyu Liu
**Subject:** RE: Paragard AE Trends 2014

Dear Siyu,

Are you going to the meeting?
Should I use the spreadsheet to obtain the exact numbers for the PTs?
Are they going to be looking for a data review of those cases from the PTs below?

Regards,



TEVA
425 Privet Road
P.O. Box 1005
Horsham, PA  19044

Nancy Krayger, RN, BSN
Drug Safety Specialist Pharmacovigilance
Phone:  215-293-6584
Fax: 215-293-8853
E-mail: Nancy Krayger@tevapharm.com

Teva Branded Pharmaceutical
Products R&D, Inc.
www.tevapharm.com

Integrity   Respect   Collaboration   Excellence   Leadership

**From:** Siyu Liu
**Sent:** Thursday, February 26, 2015 8:12 AM
**To:** Nancy Krayger
**Subject:** FW: Paragard AE Trends 2014

Here are the numbers.



EXHIBIT
Liu - 30
MH 9-29-23

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC284159

The Teva proprietary database was queried for a cumulative review of all cases reported with an association to ParaGard use since product launch (no limit in starting time) to January 9, 201 (the date of database search was performed).

This yielded 47,467 unique reports in which 82,030 events were reported.  Of the reported events, the dataset contains 1,115 unique Preferred Terms (PTs).

Please make sure to include the statement that post marketing data have many limits and cannot be used to publish, cannot be used for promotion.

Do you give them the slides.  Use it for presentation.

Let me know for additional information or clarifications.

Good luck,

Siyu

---

**From:** Matthew Hall
**Sent:** Wednesday, February 25, 2015 4:00 PM
**To:** Siyu Liu
**Subject:** RE: Paragard AE Trends 2014

Thanks Siyu,

We are looking for the following information:

# of reported broken PG upon removal- 459
# of expulsions- 20715
# of perforations- 471 plus 12 GI perforations
# of pain upon insertion- No AE code for pain upon insertion.  Abdominal pain- 5939, pelvic pain- 1703, backpain- 1138.....
# of pregnancies- pregnancy cases have been reported by various terms.  We have at least 2500 reports (or more than 3000)
# of ectopic pregnancies- at least 150
# of abnormal bleeding / cramping- too broad term for abnormal bleeding- at least 13300 cases.
# of PID- 343

Hope that helps



Matthew Hall   Director, TSB & TWH Field Medical Affairs
Tel: 484 552-8511    Cell: 215 776-5708   Fax: +1-215-795-4139
Matthew.Hall@tevapharm.com    sip:Matthew.Hall@tevapharm.com    www.tevapharm.com

---

**From:** Siyu Liu
**Sent:** Wednesday, February 25, 2015 1:34 PM
**To:** Matthew Hall
**Subject:** RE: Paragard AE Trends 2014

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC284160

Hi Matt,

Good to hear from you.  Noted you another day in a telecon.

We have a very large database for Paragard.  You need to specify what you want.  Do you mean the most frequent AE terms, new safety signals (there is none), increasing frequency of certain AEs (what AEs)?  Or any particular AE terms of your interest?

We do not have a post marketing section in the label although the product has been marketed for 15 years.  I am working to generate a post marketing section for the label.  We have the data.

Let me know.

Best
Siyu

---

**From:** Matthew Hall
**Sent:** Wednesday, February 25, 2015 12:49 PM
**To:** Siyu Liu
**Subject:** Paragard AE Trends 2014

Siyu,

How are you?  Long time no talk.  I hope you and your family are doing well.

Would your team be able to provide our MSL team with the AE trends for Paragard in 2014?  I would love to have someone from your team come on one of our team meetings to discuss these results.

Let me know if this is doable.

Thanks so much,

Matt



**Matthew Hall**   Director, TSB & TWH Field Medical Affairs
Tel: 484 552-8511    Cell: 215 776-5708    Fax: +1-215-795-4139
Matthew.Hall@tevapharm.com    sip:Matthew.Hall@tevapharm.com    www.tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC284161

1              IN THE UNITED STATES DISTRICT COURT
             DISTRICT OF GEORGIA ATLANTA DIVISION
2                        -   -   -
3      IN RE:  PARAGARD IUD    )  MDL DOCKET NO. 2974
       PRODUCTS LIABILITY      )
4      LITIGATION              )  (1:20-md-02974-LMM)
                              )   This Document Relates
5                              )   to All Cases
6
7
8                         -   -   -
9                  September 29, 2023
10                        -   -   -
11              Videotaped deposition of SIYU
12         LIU, taken pursuant to Notice, held
13         at Starfield & Smith, P.C., 1300
14         Virginia Drive, Suite 325, Fort
15         Washington, Pennsylvania 19034,
16         beginning at approximately 10:07
17         a.m., before Mary Hammond, a
18         Registered Professional Reporter
19         and Notary Public in the state of
20         Pennsylvania.
21
22
23
24
                                              Page 1

```
 1              Foundation.
 2                   THE WITNESS:  But I'm not
 3              surprised.  If I have to review
 4              this new format, yeah, it could be.
 5    BY MS. COPELAND:
 6         Q.   Okay.  And can you remember working
 7    with a Nancy Krayger and an Aliceson King on
 8    collecting data to come up with this
 9    post-market experience?
10         A.   Nancy --
11         Q.   Nancy Krayger?
12                   MR. HEWES:  Objection.
13              Foundation.
14                   THE WITNESS:  If I remember
15              Nancy, she's the employee of --
16              Nancy Krayger -- that -- or she's a
17              nurse.  I'm confused about this
18              name.
19                   I have a certain Nancy
20              probably.  That could be.  I mean,
21              I -- Nancy -- I mean, yeah, I
22              don't...
23    BY MS. COPELAND:
24         Q.   Do you remember working with an
```

Page 44