# EXHIBIT 11T

| | |
|---|---|
| **From:** | Daniel Loss [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DLOSS] |
| **Sent:** | 3/2/2011 4:28:05 PM |
| **To:** | Thomas Mehs [tmehs@barrlabs.com] |
| **Subject:** | RE: ParaGard LOE reports |

Thanks for your input Tom.  I'll make the recommended change.

Dan

**From:** Thomas Mehs
**Sent:** Wednesday, March 02, 2011 11:27 AM
**To:** Daniel Loss
**Subject:** RE: ParaGard LOE reports

Hi Daniel,

I agree with the statement but would make one small change – I would say the use life is "prescribed for up to 10 years". This takes into account units not used for ten years and for the occasional unit used past its prescribed time frame.

Tom

**From:** Daniel Loss
**Sent:** Wednesday, March 02, 2011 10:39 AM
**To:** Thomas Mehs
**Subject:** FW: ParaGard LOE reports

Tom,

would you agree with the following statement:

The uniqueness of the product, in comparison to other drug products that experience a one-time consumption, has some bearing on Lack of Effect reports since a report can be generated any time during the use life of the product (10 years).  As more units are utilized, a corresponding increase in the number of Lack of Effect reports would be expected.

Thanks,
Daniel L. Loss, MS
Auditor
Quality Assurance Services
Phone: 215-591-3162
email: daniel.loss@tevausa.com

MDL2974TWHLLC066541

**From**:      Daniel Loss [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DLOSS]
**Sent**:      2/17/2012 2:13:27 PM
**To**:        Thomas Mehs [thomas.mehs@tevapharm.com]
**Subject**:   Annual Report
**Attachments**: 2010 Buffalo Annual Report.doc; 2010 BUFFALO Annual Report Spreadsheet.xls

Hi Tom,

see attached.

Daniel L. Loss, MS
Supervisor
Teva U.S. Generics
Privet Road
Horsham, PA 19044
Phone: 215-591-3162
email: Daniel.Loss@tevapharm.com

MDL-2974 Confidential - Subject to Protective Order

# 2010 Quality Complaint Report
## For
## Buffalo
## Manufactured Products

**2010 Quality Complaint Report For**

**Buffalo Manufactured Products**

Prepared by: _____     _____

Daniel L. Loss                                                     Date

Auditor

Alliance Quality Assurance

Approved by: _____     _____

Don Gee                                                            Date

Associate Manager

Alliance Quality Assurance

_____     _____

Carrie Groff                                                       Date

Associate Director

Alliance Quality Assurance

**2010 Quality Complaint Report For**

**Buffalo Manufactured Products**

## TABLE OF CONTENTS

| Section No. | | Page No. |
|---|---|---|
| **I.** | **Introduction** | 2 |
| **II.** | **Purpose** | 2 |
| **III.** | **Summary** | 2 - 5 |

## ATTACHMENTS

**I.**    **Quality Complaints by Subcategory 2010 (Graph)**

**II.**    **Quality Complaints by Subcategory 2010 (Table)**

**III.**    **Quality Complaints by Product 2010 (Graph)**

**IV.**    **Quality Complaints by Product 2010 (Table)**

**V.**    **Lots Distributed 2010 (Graph)**

**VI.**    **Units Distributed 2010 (Graph)**

**VII.**    **Quality Complaints Received in 2010 Divided By Lots Distributed (Graph)**

**VIII.**    **Quality Complaints Per Million Units Distributed (2010) (Graph)**

**IX.**    **Quality Complaints Per Lot and Million Units Distributed (2010) (Table)**

**X.**    **Non-Quality Related Complaints Received in 2010 (Table)**

**XI.**    **Quality Complaints Received in 2010 (Table)**

## 2010 Quality Complaint Report For

### Buffalo Manufactured Products

**I**.   **Introduction**

The Buffalo Manufacturing site Product Quality Complaint Report for 2010 is presented. All batches distributed in the United States as well as all quality-related complaints have been compiled and evaluated.

**II**.   **Purpose**

The purpose of this report is to provide an overview of quality related complaints received for products manufactured by Buffalo Manufacturing site.

**III**.   **Summary**

**A.  Complaint Summary Table**

| | 2008 | | 2009 | | 2010 | |
|---|---|---|---|---|---|---|
| | Spontaneous AE & Product Complaint | Product Complaint | Spontaneous AE & Product Complaint | Product Complaint | AE/LOE | Quality |
| **Complaints** | 146 | 382 | 140 | 227 | 273 | 798 |
| **% Δ from Previous Year** | N/A | +17% | -4.1% | -41% | +95% | +252% |
| **Lots Distributed** | 8 | 8 | 8 | 8 | 8 | 8 |
| **Units Distributed** | 272108 | 272108 | 285106 | 285106 | 333437 | 333437 |
| **Complaints per Lots Distributed** | 18.25 | 47.75 | 17.50 | 23.38 | 34.13 | 99.75 |
| **Complaints Per Million Units Distributed** | 537 | 1404 | 491 | 796 | 819 | 2393 |

ParaGard® T380A Intrauterine Copper Contraceptive is the only product currently manufactured at the site.  One Adverse Event report was received for Gyne-T; however, the product is no longer manufactured at the site.   There was a significant increase in the number of reports for Loading/Release Issues, Defective units and Lack of Effect reports in 2010.  The increase in distribution numbers cannot fully explain the increase in complaints.  The uniqueness of the product, in comparison to other drug products that experience a one-time consumption, has some bearing on Lack of Effect reports since a report can be generated any time during the use life of the product (prescribed for up to 10 years).  As more units are utilized, a corresponding increase in the number of Lack of Effect reports would be expected.

**2010 Quality Complaint Report For**

**Buffalo Manufactured Products**

**B.  Complaints by Category**

Complaints for the top three product complaint categories are summarized below.
The top three products that appear in each of the three categories are also provided.

| Subcategory | Total Complaints Per Subcategory | Products | Total Complaints Per Product | % of Product Complaints Per Complaint Subcategory |
|---|---|---|---|---|
| **Loading/Release Issues** | 415 | ParaGard® T380A Intrauterine Copper Contraceptive | 415 | 100% |
| **Defective** | 301 | ParaGard® T380A Intrauterine Copper Contraceptive | 301 | 100% |
| **Lack of Effect** | 178 | ParaGard® T380A Intrauterine Copper Contraceptive | 178 | 100% |

**1.   Loading/Release Issues (415 Complaints)**

| Product | Number | Result |
|---|---|---|
| **ParaGard® T380A Intrauterine Copper Contraceptive** | 415 | • The reports involved various load/release issues.  Typically, the physician/clinician either could not get the IUD to release from the tube or to deploy properly (released too soon or in the wrong location).<br>• For investigations where the unit was returned in reasonable condition, all simulated insertions by site personnel were successful.  The root cause of 2.4% of the completed investigations was able to be determined to be Customer Related.<br>• Since the remaining 97.6% of the reports either did not have a viable return sample or the returned sample was successfully inserted during simulated insertions, the root cause for the remaining load/release issues was inconclusive. |

**2010 Quality Complaint Report For**

**Buffalo Manufactured Products**

### 2. Defective (301)

| Product | Number | Result |
|---|---|---|
| **ParaGard® T380A Intrauterine Copper Contraceptive** | 301 | • The majority of these reports were for Loading/Release issues. Loading/Release Issues was not available as a category selection until mid-April 2010. Unit arm deployment malfunction and suture length were also commonly reported issues.<br>• The Root Cause for 6.6% of the reports was determined to be Customer Related, 2.3% were determined to be Human Related (Clinician error) and 90.4% were Inconclusive. One report was for copper disintegration. The report involved a used unit where wire fragmentation was observed upon removal from the patient. Based upon data available from clinical studies, IUD's "have shown various patterns of erosion" and that on occasion "the wire is destroyed at one or more points resulting in losses of copper coils." However, the IUD remains effective.<br>• No CAPA's were initiated in response to these reports. |

### 3. Lack of Effect (178)

| Product | Number | Result |
|---|---|---|
| **ParaGard® T380A Intrauterine Copper Contraceptive** | 178 | • Reports were for unintended pregnancy.<br>• The root cause in all cases was inconclusive. |

Complaints for all categories are presented in Attachment I and II.

### C. Complaints by Product

Complaints for the top three products are summarized below. The top three products complaint categories that appear in each of the top three products are also provided.

| Product | Total Complaints Per Product | Top 3 Subcategories | Total Complaints Per Subategory | % of Complaint Subcategories Per Product Complaint |
|---|---|---|---|---|
| **Paragard T380A®** | 1070 | Loading/Release Issues | 415 | 39% |
| | | Defective | 301 | 28% |
| | | Lack of Effect | 178 | 17% |
| **Gyne-T 380A** | 1 | Adverse Event | 1 | 100% |

### 1. Paragard T380A® (1072 Complaints)

**2010 Quality Complaint Report For**

**Buffalo Manufactured Products**

| Subcategory | Number | Result |
|---|---|---|
| Loading/Release Issues | 415 | • Refer to above for Loading/Release Issues (Section B1). |
| Defective | 301 | • Refer to above for Defective (Section B2). |
| Lack of Effect | 178 | • Refer to above for Lack of Effect (Section B3). |

### 2.  Gyne-T 380 A (1 Complaint)

| Subategory | Number | Result |
|---|---|---|
| Adverse Event | 1 | • A report was forwarded from Johnson & Johnson regarding a Swedish patient who experienced an infection and prolonged bleeding after insertion of the unit.  The results of the investigation were inconclusive. |

Complaints for all products are presented in Attachment III and IV

### D.    Field Alerts & Recalls

No Recalls or Field Alerts were initiated for product quality complaints in 2010 for Buffalo manufactured product.

### E.    Non-Quality Related Complaints

A total of 277 Non-Quality Related Complaints were received for Buffalo Manufacturing site products in 2010. 217 of these reports (78.3%) were related to an inability to insert the ParaGard® due to patient anatomy issues.  24 reports (8.7%) involved units that were dropped on the floor by the clinician and 17 reports (6.1%) were various other clinician errors.  The remaining 19 reports were for various issues including contamination due to touching the patient's leg prior to insertion, patients refusing to follow through with the procedure after the unit packaging had been opened, and preference issues with packaging and components.  The Non-quality related complaints are presented in Attachment X.

### F.    Recommendations

Due to the number of complaints for Loading/Release issues, it is recommended that Buffalo review their process to determine if a process improvement can be made.

All quality related complaints received by TEVA USA's Alliance Quality Assurance Department are graphically illustrated and/ or presented in tabular format in Attachments I-IX.