# EXHIBIT 11U

| **From:** | Timothy Glennon [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TGLENNON] |
|---|---|
| **Sent:** | 6/19/2015 12:32:44 PM |
| **To:** | Deborah Panning [deborah.panning@tevapharm.com]; Diaz, Gabriella [gabriella.diaz@wrbcorp.com]; TevaUSMedInfo [tevausmedinfo@wrbcorp.com] |
| **CC:** | Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; Jennifer Gates [jennifer.gates@tevapharm.com] |
| **Subject:** | RE: Replacement of Paragard |

Deb,

That is perfect.  I am just trying to better understand our overall process as I am trying to determine if there is a more efficient way to get our customers a replacement.

Regards,

*Tim Glennon*



**Tim Glennon**
Sr. Brand Manager - Contraception | Teva Women's Health
Office: 610-786-7188  Cell: 610-427-9248
Timothy.Glennon@tevapharm.com   www.tevapharm.com

---

**From:** Deborah Panning
**Sent:** Friday, June 19, 2015 8:13 AM
**To:** Timothy Glennon; Diaz, Gabriella; TevaUSMedInfo
**Cc:** Cynthia D'Angelo
**Subject:** RE: Replacement of Paragard

Hi Tim:  I found two cases from Liz Hanseling at Lincoln OB/GYN who called into Women's Health Med Info.
1)      Liz Called 5/22/15:  AE was reported and sent to PhV and Liz was transferred to ICS regarding replacement (IRMS Case #8705)
2)      Liz called 6/16/15: AE and PC were reported and Liz was transferred to QAS to report PC and request replacement (IRMS Case #10224).

I believe that WRB followed our processes from what I see on these two cases but asking the supervisor to review and clarify.  Callers with product complaints (PC) and combination AE/PCs  are warm transferred to QAS.

** Gabbie:  Can you review and provide any additional info?

Thanks,

Deborah L. Panning RN, MSN
Associate Director US Medical Information
North America Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com

---

**From:** Timothy Glennon
**Sent:** Thursday, June 18, 2015 5:56 PM
**To:** Deborah Panning

**Cc:** Cynthia D'Angelo
**Subject:** Fwd: Replacement of Paragard

Deb,

Please see the email string below.  To be honest, this is a real mess!  Can you please confirm that  this case was received by your team?  Further, can you advise on any recommendations they might have made, if any?  I appreciate you help with this as I am trying to better understand what is going on here.

Tim Glennon
Sr. Brand Manager - Contraception
(O) 610 786-7188

Begin forwarded message:

**From:** Robert Britting <Robert.Britting02@tevapharm.com>
**Date:** June 18, 2015 at 4:28:01 PM CDT
**To:** Alex Barker <Alex.Barker@tevapharm.com>
**Cc:** Brian Singer <Brian.Singer@tevapharm.com>, Timothy Glennon <Timothy.Glennon@tevapharm.com>, Shane Swanson <Shane.Swanson@tevapharm.com>
**Subject: RE: Replacement of Paragard**

Hi Alex:

Let me hear from Tim.  But, the short answer is it looks like Teva needs to send a replacement.  I am just trying understand the appropriate process and person to contact.

I'll get back to as soon as I hear from Tim.  Thanks for your patience.


Best,

Bob



Robert Britting, MBA

Personal Cell (Please Call First) 609-306-1078
Bus Cell Phone 484-787-4032
Tel: +1-610-786-7226
Robert.Britting02@tevapharm.com   www.tevapharm.com



-----Original Message-----
From: Alex Barker
Sent: Thursday, June 18, 2015 5:25 PM
To: Robert Britting
Cc: Brian Singer; Timothy Glennon; Shane Swanson
Subject: Re: Replacement of Paragard

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC020053

So the call was transferred wrong at no fault of the account and we need to send out a replacement?  I want to make sure that we are clear on this as they have a patient coming in next week.
Thanks again for your help I know it can't be easy being the middle man.

Alex Barker
Teva Pharmaceuticals
Sr. Regional Manager / Midwest
801.201.3017


On Jun 18, 2015, at 3:14 PM, Robert Britting <Robert.Britting02@tevapharm.com> wrote:


Hi Shane:


I have some new information that may be helpful.


This call was with Medical Safety and not ICS.  ICS does not have a Diana that works for them.


ICS shipped a replacement to this site on 05/22/2015.  That is the only replacement that has been requested and ICS had been approved to send.    At this point, ICS has not received any information from Medical Safety for the replacement request from June 16th.


It is my understanding that the call should have been transferred to ICS like the one from 5/22.


FYI, ICS has suggested that I send this information to the WRB (Medical Safety) to determine why they told the customer they could not have a replacement.  I am passing this by Tim Glennon to determine how to go forward on this.


TIM, the email address that was given to me is tevausmedinfo@wrbcorp.com (file://tevausmedinfo@wrbcorp.com/).


Let me know if you or I are to handle this.


Best,


Bob


Robert Britting, MBA

MDL2974TWHLLC020054

Personal Cell (Please Call First) 609-306-1078 Bus Cell Phone

484-787-4032

Tel: +1-610-786-7226

Robert.Britting02@tevapharm.com    www.tevapharm.com


-----Original Message-----

From: Shane Swanson

Sent: Thursday, June 18, 2015 2:06 PM

To: Robert Britting

Cc: Alex Barker; Brian Singer; Timothy Glennon

Subject: Replacement of Paragard


Hi Bob, I have an account Lincoln OB/GYN BP 69721 that inserted Paragard In late April. When patient can back for string check on May 22nd paragard was located in the lower  uterun segment. They removed it and call for a replacement which ICS authorized.


They inserted a 2nd  Paragard May 28th then patient returned June 11th

Paragard was again located in lower segment, called ICS June 16th to

request replacement, first talked with Diana in claims was transferred

to Santoh-pharmacy rep, was told it wouldn't be replaces. When Liz

asked why  she was was told "I don't know", was directed to the safety

department to leave a message.  She has not heard anything back since

then


The patient is coming in Tuesday June 23 to have another one inserted under ultrasound guided insertion. Can you look into this so this account get a replacement?  Liz is the point person at 402-483-7641.


Thank you


Shane D Swanson

Executive Sales Specialist

Teva Women's Health, Inc.

402-681-9871 cell

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC020055

| | |
|---|---|
| **From:** | Deborah Panning [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DPANNING] |
| **Sent:** | 3/20/2014 6:55:27 PM |
| **To:** | Christopher Unger [christopher.unger@tevapharm.com]; Bruce Cannelongo [bruce.cannelongo@tevapharm.com]; Sandra Mort [sandra.mort@tevapharm.com]; Sean Israel [sean.israel@tevapharm.com]; Kenneth Lavin [kenneth.lavin@tevapharm.com]; Siyu Liu [siyu.liu@tevapharm.com]; Marianne Geiger [marianne.geiger@tevapharm.com]; Maisha Robinson [maisha.robinson@tevapharm.com]; Christopher Murdock [christopher.murdock@tevapharm.com]; Susan Larijani [susan.larijani@tevapharm.com]; Kateryna Olchowecky [kateryna.olchowecky@tevapharm.com]; Rich Harle [rich.harle@tevapharm.com]; Thomas Mehs [thomas.mehs@tevapharm.com]; Jennifer Gates [jennifer.gates@tevapharm.com]; Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com] |
| **Subject:** | RE: Q&A PARAGARD 2014 DRAFT.doc |

Hi Chris: Please change:  **Any Adverse Event should be reported to Teva Pharmacovigilance by calling Medical Affairs at 877-ParaGard (877-727-2427).**

**Thanks,**

Deborah L. Panning RN, MSN
Senior Manager Medical Information
Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com

---

**From:** Christopher Unger
**Sent:** Thursday, March 20, 2014 2:01 PM
**To:** Bruce Cannelongo; Sandra Mort; Sean Israel; Kenneth Lavin; Siyu Liu; Marianne Geiger; Maisha Robinson; Christopher Murdock; Susan Larijani; Deborah Panning; Kateryna Olchowecky; Rich Harle; Thomas Mehs; Jennifer Gates
**Subject:** Q&A PARAGARD 2014 DRAFT.doc
**Importance:** High

Good Afternoon – Please review the attached Q&A and send immediate comments by the end of business today.  We plan on initiating this recall tomorrow.  Thank you… Chris

| From: | Susan Larijani [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SLARIJAN] |
|---|---|
| Sent: | 10/22/2014 2:31:06 AM |
| To: | Hewitt, Mark [Mark.Hewitt@wrbcorp.com] |
| CC: | Rossigion, Sandra [sandra.rossigion@wrbcorp.com]; Martinez, Chicata [chicata.martinez@wrbcorp.com]; Deborah Panning [deborah.panning@tevapharm.com]; Dixon, Denise [Denise.Dixon@wrbcorp.com]; Abel, Ron [ron.abel@wrbcorp.com] |
| Subject: | RE: CAPA |
| Attachments: | Teva Pharm WRB CAPA 002- OCT-21-2014.docx |

Mark,

Please see my edits and comments in the attached CAPA document that Chicata sent to me late this afternoon.  We need to schedule time to discuss this further when I am on site later this week at WRB.  Totally unacceptable that this many safety or quality-related cases were not identified and processed appropriately.  The current QC processes of a new employee are clearly not adequate.  I need assurance that closer monitoring of case intake and processing will take place for not only new employees, but also for other MISs on our project.  And, going forward, my expectation for any new employee hired to the Teva project, active QC monitoring will be in place for a longer period of time.

Best regards,

Susan



Susan M. Larijani  RN, BSN, Sr. Director, US Medical Information, North America Medical Affairs, Global Specialty Medicines
Tel: +1-610-786-7187    Cell: +1-484-557-7584    Fax: +1-610-344-0065
Susan.Larijani@tevapharm.com    www.tevapharm.com



---

**From:** Martinez, Chicata [mailto:chicata.martinez@wrbcorp.com]
**Sent:** Tuesday, October 21, 2014 6:12 PM
**To:** Susan Larijani
**Cc:** Hewitt, Mark; Rossigion, Sandra
**Subject:** CAPA

Hello Susan,

Please see the attached CAPA which includes the reported findings of the preliminary investigation. Should you have any additional questions please do not hesitate to contact me via email or phone.

Kind Regards,

Chicata Martinez, Pharm.D.

EXHIBIT 5
Larijani
5/23/23 ML
PENGAD 800-631-6989

                    MDL2974TWHLLC148170

Operations Supervisor for Teva Pharmaceuticals Program
WRB Communications
(703) 449-0520 x2338
chicata.martinez@wrbcorp.com

MDL2974TWHLLC148171

Document Produced Natively

MDL2974TWHLLC148172



**WRB COMMUNICATIONS**
Healthcare Contact Centers

### CORRECTIVE ACTION REPORT

| CAR#: 001-2014 | | | |
|---|---|---|---|
| **Initiated By:** Sandra L. Rossigion | | **Title:** Manager, QA/Training | **Date:** 10/13/2014 |
| **Department Responsibility:** | Teva-Pharm Operations | | |
| **Description of Incident:** | A review of ~~Teva~~ weekly call calibrations by Teva, on October 13, 2014, ~~revealed~~ identified that a case where a WRB medical information specialist (MIS) failed to document an adverse event. | | |
| **Assigned for Resolution To:** **Due Date for Response:** | Chicata Martinez, Program Supervisor 10/21/2014 | | |
| **Description of Findings:** | The MIS failed to identify an adverse event reported during the call associated with case number TBP14-008955. An internal investigation was initiated on October 13, 2014, in which all call recordings on file for this MIS, from the last three weeks (September 22, 2014 through October 10, 2014), were reviewed. The investigation identified four undocumented adverse events (AE) and nine under reported AEs (not capturing all of the verbatim terms). In addition, six undocumented product complaints were identified. The following cases were found to be documented inappropriately: <ul><li>TBP14-008707 – Undocumented AE</li><li>TBP14-008802 – Undocumented AE</li><li>TBP14-008955 – Undocumented AE</li><li>TBP14-008959 – Undocumented AE and PC</li><li>TBP14-006356 – Under reported AE</li><li>TBP14-008670 – Under reported AE</li><li>TBP14-008655 – Under reported AE and undocumented PC</li><li>TBP14-008685 – Under reported AE and undocumented PC</li><li>TBP14-008856 – Under reported AE</li><li>TBP14-008861 – Under reported AE</li><li>TBP14-008879 – Under reported AE</li><li>TBP14-008918 – Under reported AE and undocumented PC</li><li>TBP14-008966 – Under reported AE</li><li>TBP14-008919 – Undocumented PC</li><li>TBP14-008972 – Undocumented PC</li></ul> | | |

Revision 3, September 2012
QA Dept.

| | |
|---|---|
| **Root Cause Analysis** | For all ~~of the missed~~ cases ~~reported~~identified from the review of retained call recordings, the MIS had failed to follow work instructions WI-2931 (Processing Adverse Event Reports and Other Reportable Safety Events) and/or WI-2932 (Processing Reports of Product Complaints). As a result, the MIS failed to recognize and document adverse events and product complaints. |
| **Description of Corrective Action:** | All identified cases ~~which~~ that contained undocumented product complaints, undocumented adverse events, or under reported adverse event were re-opened. The adverse events were documented and/or additional adverse event terms were documented and a case snapshot was sent to Teva Pharmacovigilance. The product complaints were documented and a case snapshot was sent to Teva Quality Assurance Services.<br><br>The MIS was discharged and is no longer employed with WRB Communications.<br><br>All of the MIS call recordings from August 18 to September 21, 2014 will be audited. Results of the audit will be reported to Teva Medical Information and Pharmacovigilance.<br><br>The Account Supervisor and Quality Assurance Manager will monitor and review 100% of calls and provide immediate feedback to each new MIS for the first two weeks when the MIS begins taking phone inquiries. Upon successful completion of AE/PC intake and case documentation (i.e., appropriate identification of adverse events and product complaints), the Account Supervisor and Quality Assurance will then monitor and score 20 calls per new MIS.<br><br>The current dedicated QC Specialist for Teva is transitioning off of the Teva program effective November 1, 2014. Another internal candidate has accepted the position of dedicated QC Specialist for Teva effective November 1, 2014.<br><br>Refresher training regarding adverse event capture and documentation will be provided to current staff. |
| **Corrective Action Verified By:** | Mark Hewitt |
| **Closeout Approved By: (Name, Title, Date)** | |

**Commented [s1]:** 2 weeks is obviously not an adequate amount of time. Needs to be longer.

**Commented [s2]:** Over what time period. This time period is also not long enough to evaluate compliance with WIs and/or identify need for additional training needs for a new employee. A program such as Teva's has a diverse portfolio of Specialty Medicine products and therapeutic areas that WRB supports. The MISs on the program need to be well versed in the products, Teva policies, procedures and WIs.

**Commented [s3]:** Who will this be?

| From: | Diaz, Gabriella [gabriella.diaz@wrbcorp.com] |
|---|---|
| Sent: | 4/1/2015 4:03:04 PM |
| To: | Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; TevaUSMedInfo [tevausmedinfo@wrbcorp.com] |
| CC: | Susan Larijani [susan.larijani@tevapharm.com]; Deborah Panning [deborah.panning@tevapharm.com]; Smith, Yvonne [yvonne.smith@wrbcorp.com] |
| Subject: | RE: Sales Rep Response |

Thank you Cynthia,

Yvonne, Please see the instructions below.

Gabbs

**From:** Cynthia D'Angelo [mailto:Cynthia.D'Angelo@tevapharm.com]
**Sent:** Wednesday, April 01, 2015 11:44 AM
**To:** TevaUSMedInfo; Diaz, Gabriella
**Cc:** Susan Larijani; Deborah Panning
**Subject:** RE: Sales Rep Response

Hi Gabbie,
I left you a voicemail and also spoke with Susan. If someone at WRB could please call the HCP back, and let her know that she can be assured her AE/PC report has been forwarded to our Pharmacovigilance/Safety and Quality Assurance Groups (and reported to the FDA), and those Groups will contact her if further information is required.  If she reports additional AE/PC information to WRB then add that to the case (crosslink the cases) to be sent to PharmVig/QA.

Best Regards,
Cynthia

**Cynthia D'Angelo, Pharm.D.**
**Teva Pharmaceuticals**
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd.  Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office):
Email: Cynthia.D'Angelo@tevapharm.com   www.tevapharm.com

**From:** TevaUSMedInfo (External) [mailto:tevausmedinfo@wrbcorp.com]
**Sent:** Wednesday, April 01, 2015 8:13 AM
**To:** Cynthia D'Angelo
**Cc:** Susan Larijani; Deborah Panning
**Subject:** Sales Rep Response

Cynthia,

Please see the email string listed below.  This is regarding the case we discussed with you yesterday to obtain additional information (AE/PC Broken Piece- BA15-005347) .

Highlighted in yellow is the response from the Sales Rep found in the project box this morning.  We have already reported the event and I am not sure what form the Sales Rep is requesting as it is not our process to send out forms to the HCPs regarding AEs.  Please advise?

Thanks!

EXHIBIT 10
Larijani
5/23/23

Gabbs


-----Original Message-----
From: Maureen Andren [mailto:Maureen.Andren@tevapharm.com]
Sent: Tuesday, March 31, 2015 6:09 PM
To: TevaUSMedInfo
Subject: Re:

The HCP listed below is looking for a form to report the incident described below. [Redacted PHI/PII] has already received some information from ParaGard regarding this issue according to the account but she is still requesting a form to report the incident.

Please advise if this is something you can provide to the account.

I will wait to hear back at your earliest convenience.

Thank you,
Maureen Andren

Sent from my iPad

> On Mar 31, 2015, at 11:00 AM, TevaUSMedInfo (External) <tevausmedinfo@wrbcorp.com> wrote:
>
> Dear Maureen Andren;
>
> The Medical Information department has received an electronic Medical Information Request Form (e-MIRF) for PARAGARD by [Redacted PHI/PII] for the following information: [Redacted PHI/PII]
> [Redacted PHI/PII] removed a ParaGard this morning which was missing one of its arms when it came out. It was inserted in 2008. [Redacted PHI/PII] would like to know How often has this issue occurred?
>
> Please fax any pertinent information to [Redacted PHI/PII] She would appreciate a response from ParaGard as soon as possible! Thank you".
>
> The question you submitted has two different addresses. The first is [Redacted PHI/PII]
> The second one is [Redacted PHI/PII] Could you provide the one that is to be used for this case ? To appropriately respond to this question, we would like to clarify the request by replying to this e-mail.
>
> We appreciate your prompt response to this matter.
>
> Sincerely,
>
> Sincerely,
>
> US Medical Information
> Medical Affairs
> Teva US Specialty Medicines
>
> Reference ID: BA15-005347
>

MDL2974TWHLLC150833

>

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary
information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a
designated recipient you may not review, copy or distribute this message. If you receive this in error, please
notify the sender by reply e-mail and delete this message. Thank you.

This message is intended solely for the designated recipient(s). It may contain confidential or proprietary
information and may be subject to attorney-client privilege or other confidentiality protections. If you are not a
designated recipient you may not review, copy or distribute this message. If you receive this in error, please
notify the sender by reply e-mail and delete this message. Thank you.

MDL-2974 Confidential - Subject to Protective Order

| From: | Deborah Panning [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DPANNING] |
|---|---|
| Sent: | 11/14/2014 7:05:38 PM |
| To: | Diaz, Gabriella [gabriella.diaz@wrbcorp.com]; Patterson, Kendra [kendra.patterson@wrbcorp.com]; Hewitt, Mark [Mark.Hewitt@wrbcorp.com]; chicata.martinez@wrbcorp.com |
| CC: | Susan Larijani [susan.larijani@tevapharm.com]; Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; Rossigion, Sandra [sandra.rossigion@wrbcorp.com] |
| Subject: | FW: PV Training Question |
| Attachments: | ParaGard.pdf |

Hi Gabriella, Kendra, Chicata & Mark: To follow-up on discussions about the attached training sheet, dated as 'Revised 8/24/10 KLL'—When these training sheets and similar items are reviewed and re-confirmed as accurate each year even with no revisions, the date and who reviewed/approved should be added each year. It makes it easier to track the history of the directions/guidances and when revisions are made.

This is similar to the request that came out of our audit in May that WRB SOPs should have documentation that they were reviewed each year so that it doesn't look like that they haven't been reviewed since the original date listed.

Let me know if we need to discuss or it can be added to our next meeting—

Thanks!

Deborah L. Panning RN, MSN
Senior Manager Medical Information
Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com

---

**From:** Diaz, Gabriella [mailto:gabriella.diaz@wrbcorp.com]
**Sent:** Thursday, November 13, 2014 1:18 PM
**To:** Susan Larijani; Deborah Panning; Joanne McCreery
**Cc:** Hewitt, Mark; Patterson, Kendra
**Subject:** PV Training Question



Susan, Deb and Joanne,

A few of the staff have questions regarding a potential change in process for Teva Women's Health. Please see the attached information that has been provided to us in the ParaGard training by previous supervisors leading the project. This specific form is housed in our ParaGard training binder and is provided during new hire training. This specific form was last updated in 2010 and Kendra also confirmed the accuracy of the this specific reporting instruction during her tenure of leading the project in 2013. We understand that project needs and requirements can change and want to ensure that we are promoting consistency throughout the project.

Additionally, it may be beneficial to discuss the potential impact of these changes. Assuming that Teva Women's Health will start a new process to report failed insertions as Adverse Events for the purposes of tracking insertion errors. In the anticipation of this change, Kendra and I estimated the number of failed insertions reported as compared to the total number of ParaGard AE reports. This specific change could possibly increase adverse event reporting to an additional +/-100 cases/month which would increase our AE reporting by ~50% for ParaGard. The downstream results of course being a possible increase in call handling, decrease in call capture and possible redistribution of labor in the early hours of the program.

## PARAGARD

## Differentiating ParaGard Adverse Events from Quality Issues

1) IUD insertion failures /load and release issues are quality issues only
It would only be considered an adverse event if there is another event involved (example bleeding)

2) String broke during removal is a quality issue only
If surgical intervention was needed, then it is an adverse event (IUD complication)

3) IUD broke and a fragment retained is a quality issue and an adverse event

4) Expulsion is an adverse event only. It is not a quality issue

5) Feels string during intercourse is not an adverse event or a quality issue

6) Migration by itself is not a quality issue

7) Pregnancy is an adverse event
(Horsham will add LOE and send to QAS)

8) I did my monthly check and I can't feel my strings – not an adverse event or quality issue, refer to HCP

9) Failed insertion, insertion was attempted but the patient's cervical os was too small to insert the ParaGard – not adverse event or quality issue

10) ParaGard was removed from the patient and one of the arms was missing. An ultrasound had not been performed and no further information was available at the time of the call. **This is a quality issue and an adverse event.**

### Examples to further clarify:

1) If ParaGard is inserted and then found not to be in the right place on the ultrasound at the same visit, then it is considered an operator error for insertion then it is not considered as an adverse event.

2) If ParaGard is inserted and then found not to be in the right place on ultrasound at a follow-up visit, then it is considered as an adverse event.

3) If ParaGard is inserted and expelled while the patient is still on the table, it is not considered an expulsion or adverse event unless another event is involved.

4) If ParaGard is inserted and expelled after the patient has left the office, then it is considered an adverse event.

### Determining seriousness of AE cases
Please use your best judgment in determining the Seriousness of the case.
Example of events:
IUD perforation is Serious
IUD complications (depends on what kind of complications).

*ooo Information regarding the safety of MCI in patients using P—* (av) Revised 8/24/10 KLL

MDL2974TWHLLC148585

| | |
|---|---|
| **From:** | Cynthia D'Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDANGELO01] |
| **Sent:** | 8/13/2015 2:29:31 PM |
| **To:** | Deborah Panning [deborah.panning@tevapharm.com]; Susan Larijani [susan.larijani@tevapharm.com] |
| **Subject:** | RE: Medical Information/QAS/PhV Case Escalation Best Practices |

Thanks Deb,

Best Regards,

Cynthia D'Angelo, Pharm.D.
Teva Pharmaceuticals
Senior Manager Medical Affairs - TEVA Women's Health
US Medical Information
Address: 41 Moores Rd., Frazer, Pennsylvania 19355
Phone: 610-786-7159 (Office); (484) 682-7421 (Mobile)
Email: Cynthia.D'Angelo@tevapharm.com

---

**From:** Deborah Panning
**Sent:** Thursday, August 13, 2015 9:50 AM
**To:** Cynthia D'Angelo; Susan Larijani
**Subject:** RE: Medical Information/QAS/PhV Case Escalation Best Practices

Hi Cynthia:    Thanks for putting this together.    I edited some of the language and added the reminder request for training. Also noted in red, the changes to the current MI/WRB process.    I am also sending to Susan in case she has any additional info to add before you send it to David.

Thanks!

Deborah L. Panning RN, MSN
Associate Director US Medical Information
North America Medical Affairs
Teva Pharmaceuticals
Tel. 610-786-7252 Cell 610-457-3282
deborah.panning@tevapharm.com


<< OLE Object: Picture (Device Independent Bitmap) >>



---

**From:** Cynthia D'Angelo
**Sent:** Wednesday, August 12, 2015 6:00 PM
**To:** Deborah Panning
**Subject:** Medical Information/QAS/PhV Case Escalation Best Practices


Hi Deb for your review.    I added on question 11 not sure if he'll go for that but QAS should really make the decision.    I believe these are product complaints and should be escalated.
Thanks,
Cynthia

b.      This is a quality issue, should report to QAS.

4)      I inserted a PARAGARD and it expelled (or partially expelled) while the patient was on the table in the office.

a.      Not reported to PhV, because this is a placement issue.

b.      Not reported to QAS

5)      I inserted a PARAGARD and it expelled after the patient got off the table (during the same visit, patient has not left the office)

a.      Not reported to PhV. Because this would be a placement issue.

b.      Not a QAS report.

6)      Partial or complete expulsion of a woman's PARAGARD (after she already left the doctor's office).

a.      Send to PhV it is an AE

b.      Not reported to QAS.

7)      Lack of Efficacy – Patient gets Pregnant

a.      Send to PhV it is an AE

b.      Send to QAS it could be a quality issue.

8)      Partner feels woman's PARAGARD strings during intercourse.

MDL2974TWHLLC152073

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152075

| | |
|---|---|
| **From:** | Hewitt, Mark [Mark.Hewitt@wrbcorp.com] |
| **Sent:** | 11/5/2015 1:05:14 PM |
| **To:** | Susan Larijani [susan.larijani@tevapharm.com]; Deborah Panning [deborah.panning@tevapharm.com]; Cynthia D'Angelo [cynthia.d'angelo@tevapharm.com]; Lisa DiPaolo-Fischer [lisa.fischer@tevapharm.com] |
| **CC:** | Linda Chappell [linda.chappell@wrbcorp.com] |
| **Subject:** | Teva Women's Health Monthly Activity Report - October 2015 |
| **Attachments:** | Teva Pharmaceuticals Women's Medical Information October 2015.pdf; New Transfer Information for ParaGard.pdf; Updated Women's Health Scenarios.pdf |

Good afternoon! Please find attached the monthly report for TWH for October 2015 along with October training sign-off sheets. Please let me know if you have any questions.

Best regards,

**Mark Hewitt, RN, MSIM**
**Vice President, Operations**
**WRB Communications, Inc.**
**(703) 449-0520 Ext. 2222**
**(703) 449-0523 (Fax)**

The contents of this e-mail message and any attachments are confidential and are intended solely for the designated recipient(s). The information may also be legally privileged. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by e-mail or phone and delete this message and its attachments, if any.


EXHIBIT 14
Larijani
5/03/23 M

MDL2974TWHLLC152813



**Training Documentation**

| Client Program/Corporate Dept.: TEVA | | | | Date:   10/06/2015 | |
|---|---|---|---|---|---|
| Topic:  Updated Women's Health Scenarios | | | | | |
| Training Method: | Presentation | Teleconference | Webinar | WebEx | Self-Study   X |

# Non-ParaGard Information

*May also designate the individual distributing or authorizing an independent study packet; hosting the teleconference, Webinar, or WebEx

Revision 2, September 2012
QA Dept.

MDL-2974 Confidential - Subject to Protective Order

**Kieler, Dianna**

| | |
|---|---|
| **From:** | Chappell, Linda |
| **Sent:** | Tuesday, October 06, 2015 12:35 PM |
| **To:** | TevaWomems Distribution |
| **Subject:** | Women's Health REal World Scenarios |
| **Attachments:** | Women's Health Real World Scenarios FINAL 10.2.2015.doc |

Hi All,

Please see the attached final version of Teva Women's Health Real World Scenarios. Items 31, 32 and 33 are new.  #31 and #32 are answers to the Training questions, and #33 was changed by PV who contacted Cynthia with this new information.  Cynthia also updated the highlighted information in the Takeaways.

Thanks,

# Redacted PHI/PII

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152827

**Women's Health Scenarios:**

1) The strings on the PARAGARD punctured a condom *(nothing else happened). (*change in process)*
   - **Not reported to PhV.  This is not an AE.**
   - **This is not a quality issue, should not report to QAS.**
   - **The patient should be advised to follow up for an examination by her healthcare professional.**

2) The strings on the PARAGARD punctured a condom *(and something happened, e.g., she or her partner got a sexually transmitted infection [STI/STD] as a result of the puncture).*
   - **This should be reported to PhV.  This is an AE.**
   - **This is not a quality issue, should not report to QAS.**
   - **The patient should be advised to follow up for an examination by her healthcare professional.**

3) The strings on the PARAGARD cut the partner's penis.
   - **This should be reported to PhV.  This is an AE.**
   - **This is not a quality issue, should not report to QAS.**
   - **The patient should be advised to follow up for an examination by her healthcare professional.**

4) I inserted PARAGARD into a patient but one of the wings did not extend. *(*change in process)*
   - **Not reported to PhV – not an AE.**
   - **This is a quality issue, should report to QAS.**
   - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

5) I inserted a PARAGARD and it expelled (or partially expelled) while the patient was on the table in the office. *(*change in process)*
   - **Not reported to PhV, because this is a placement issue.**
   - **This is a quality issue, should report to QAS.**
   - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

6) I inserted a PARAGARD and it expelled after the patient got off the table *(during the same visit, patient has not left the office).  (*change in process)*
   - **Not reported to PhV, because this would be a placement issue.**
   - **This is a quality issue, should report to QAS.**
   - *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

MDL-2974 Confidential - Subject to Protective Order                                          MDL2974TWHLLC152828

7) Partial or complete expulsion of a woman's PARAGARD *(after she has already left the doctor's office)*.
- **This should be reported to PhV. This is an AE.**
- **This is not a quality issue, should not report to QAS.**

8) Lack of Efficacy – Patient gets Pregnant.
- **Send to PhV it is an AE.**
- **Send to QAS it could be a quality issue.**

9) Partner feels woman's PARAGARD strings during intercourse. *(\*change in process)*
- **Not reported to PhV – not an AE.**
- **This is not a quality issue, should not report to QAS.**
- **The patient should be advised to follow up for an examination by her healthcare professional.**

10) Partner feels woman's PARAGARD strings during intercourse and they hurt him (he has pain).
- **Send to PhV as an AE (because of the pain, not because the strings can be felt).**
- **This is not a quality issue, should not report to QAS.**
- **The patient should be advised to follow up for an examination by her healthcare professional.**

11) I removed a PARAGARD from a patient and one (or both) of the arms is (are) broken/fragmented *[probe the caller to see if they know where the missing piece(s) is (are). If a piece is still inside of the patient and has perforated, migrated, or embedded then is an AE/PC].*
- **Send to PhV as a possible AE.**
- **Send to QAS, breakage can be a quality issue.**

12) I removed a PARAGARD from a patient and one (or both) of the arms broke off/fragmented during the removal process. The whole IUD has come out, and no part of the IUD has been left in the patient. *(probe the caller to make sure the whole PARAGARD has been removed from the patient).*
- **Not an AE, does not go to PhV.**
- **Send to QAS, breakage can be a quality issue.**

13) I removed a PARAGARD from a patient and one of the arms is missing (or is 'lost').
- **Send to PhV as a possible AE.**
- **Send to QAS, can be a quality issue.**

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152829

14) For PARAGARD, reports of: perforation, migration, embedment, and/or expulsion by themselves *(IUD is intact).*
- **Send to PhV, they are AEs.**
- **Not quality issues; Not reported to QAS.**

15) If the PARAGARD breaks and/or fragments AND perforates, migrates, embeds, or is expulsed. *(\*change in process)*
- **Send to PhV, they are AEs.**
- **Send to QAS, can be a quality issue.**

16) For PARAGARD, any loading and/or release issues by themselves.
- **Not reported to PhV – not an AE.**
- **Send to QAS, may be a quality issue.**
- ***If an AE is reported along with the load/release issue, this would be reported to PhV (e.g., pain or discomfort).***

17) I inserted a PARAGARD in a patient whose uterus sounded to 12 cms will it still be effective.
- **Report to PhV – may be an AE. If a device migration occurs, then we already have this baseline information.**
- **Not quality issue; Not reported to QAS.**

18) A Sales Representative called to report that a female patient underwent PARAGARD insertion. The patient's uterus measured 10 cm. All other information was declined.
- **Report to PhV – may be an AE. If a device migration occurs thereafter, then we already have the patient's baseline information.**
- **Not quality issue; Not reported to QAS.**

19) Can I place a PARAGARD in a distorted uterine cavity (Physician has not placed the PARAGARD yet).
- **Question only. Not reported to PhV – not an AE.**
- **Not quality issue; Not reported to QAS.**

20) Patient reports, I cannot feel the strings of my PARAGARD.
- **Not reported to PhV right now, given the limited details provided.**
- **Not quality issue; Not reported to QAS with this limited information.**
- **The patient should be advised to follow up for an examination by her healthcare professional.**

21) I inserted a PARAGARD, and the patient had an ultrasound the same day after the patient left the office, which showed that it was not in place.
- **Send to PhV because patient had left the office.**
- **Not quality issue; Not reported to QAS.**

MDL-2974 Confidential - Subject to Protective Order                     MDL2974TWHLLC152830

22) I don't like that [Redacted PHI/PII] One-Step is/has...(one tablet not two, not scored, a different flavor, a different size, a different color, numbers written on it that are too small, etc).
   - **Not reported to PhV – not an AE.**
   - **Send to QAS, it is a customer preference and QAS tracks them.**

23) Last time I bought [Redacted PHI/PII] One-Step it was a different color or size than it is this time, is something wrong with the product. (no AE reported).
   - **Not reported to PhV – not an AE.**
   - **Send to QAS.**

24) I am on birth control pills, but I took [Redacted PHI/PII] because I was on my placebo pills.
   - **Not reported to PhV – not an AE. The patient took appropriate precautionary measures.**
   - **Not quality issue; Not reported to QAS.**

25) I normally use condoms and birth control pills, I took [Redacted PHI/PII] because the condom broke, but I have not missed any of my birth control pills.
   - **Not reported to PhV – not an AE. The patient took appropriate precautionary measures.**
   - **Not quality issue; Not reported to QAS.**

26) Can I give my dog [Redacted PHI/PII] One-Step (animal exposure question).
   - **Not reported to PhV – not an AE; PhV only reports products for human use.**
   - **Not quality issue; Not reported to QAS.**

27) I am breastfeeding and I am going to take [Redacted PHI/PII] One-Step. Do I need to pump and dump? (Caller has not taken Plan B One-Step).
   - **Question only based on the current details provided.  Not reported to PhV.**
   - **Not quality issue; Not reported to QAS.**
   - ***If patient did take Plan B One-Step, then report to PhV as drug exposure during breastfeeding.***

28) If Planned Parenthood or an HCP tells a consumer it is ok to use PBOS past 72 hours and the consumer has not taken the product yet, and has not used the product outside of its indication.
   - **Although information provided to patient is inconsistent with PI, there is no indication that any patient took PBOS past the 72 hours.  Right now it is a question only, and not reported to PhV.**
   - **Not quality issue; Not reported to QAS.**
   - ***If patient took PBOS past 72 hours as wrongly advised, then it is reported to PhV as a medication error.***

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152831

29) The HCP prescribes PBOS to be taken after 72 hours, and patient takes it after 72 hours.
- **Report to PhV.**
- **Not quality issue; Not reported to QAS.**

30) This also brought up another question as to how far does this extend, since HCPs can prescribe "off label", do we consider any prescription outside of the indication a safety report?
- **Yes, this is off-label prescribing and possibly a prescribing error (depending on the information/situation described), and is reported to PhV.**
- **Not quality issue; Not reported to QAS. (depending on the information/situation described)**

31) I inserted a PARAGARD into a patient and it expelled due to the patient's anatomy (stenosis, scar tissue within the patient), while the patient was still in the office.
- **PhV – Not an AE (placement issue)**
- **QAS – This is a quality issue, report to QAS**
- *If an AE is reported along with the insertion, this would be reported to PhV (e.g., pain or discomfort).*

32) If a patient comes back after insertion of PARAGARD (she has left the office, or months and years after insertion) and one of the arms is bent down but the PARAGARD is still in the correct place at the fundus or within the uterine cavity. Originally, it did deploy correctly with both arms up but now one is bent down.
- **PhV – Not an AE**
- **QAS – This is a quality issue, report to QAS (release issue)**
- *If an AE is also reported, this would be reported to PhV (e.g., pain, cramping, bleeding, discomfort).*

33) The following are considered "Special Situations": Pregnancy, Breastfeeding, Overdose, Abuse, Off-label use, Misuse, Medication error, and Occupational Exposure. These are considered adverse events, even if there were no AEs that were reported.*(change in process)*
- **These cases should be forwarded to PhV, if the product was used/taken.**

**TakeAways from Pharmacovigilance (PhV)**

- Misuse by a patient with or without an AE, is reported to PhV. *(change in process)*

- **The following are considered as "Special Situations": Pregnancy, Breastfeeding, Overdose, Abuse, Off-label use, Misuse, Medication error, and Occupational Exposure. These are considered adverse events, even if there were no AEs that were reported. Therefore, should be forwarded to PhV if the product was used/taken.** *(change in process)*

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC152832

- Misuse by patient and there is an AE (clarify if it was prescribed that way, for example, doctor wrote to cut the pill in half) –report AE to PhV.

- <u>Do not</u> forward any animal exposure reports to PhV or QAS.

- PARAGARD -Feeling strings <u>during intercourse</u> by itself is NOT an AE; however, any reports of pain and/or discomfort by the patient or partner would warrant a report to PhV. Refer patient to HCP for follow-up examination.

- PARAGARD -Failed insertions
  - If the HCP is calling for a replacement due to expulsion then continue to clarify the nature of the expulsion, by saying such things as:
    - When did the expulsion occur?
      - After initial visit and patient left the office; or occurred on a different day from the procedure. Report to PhV.

      - <u>During the insertion visit?</u>
        - Was there a problem with the patient after insertion such as (bleeding, pain, and/or cramping)? If yes, report to PhV, as an AE.
        - Was there a problem with the product? If yes, report to QAS as a PC.
        - Was an ultrasound performed right after insertion while patient was still in the office? If yes,
          - Was the device noted out of place? If yes, not reported to PhV because it's a placement issue.
        - If no ultrasound was performed after insertion, but device was visibly found to be located in the vagina or expelled while patient was still on the table? Not reported to PhV because it is a placement issue.

      - <u>After insertion visit (patient has left the office), or occurred on a different day from the insertion visit</u> – if IUD is expelled report to PhV.

- If an HCP places the PARAGARD outside of the PI recommendations for (see below for examples),
  - Uterus sounds to 10 cm
  - Placed against the contraindications such as; active infection or mal shaped uterus
  - Report to PhV. Also ask if any AE's occurred.

- If HCP has not inserted PARAGARD yet and just asks a question outside of the PI recommendations, then this is not reported to PhV.

MDL-2974 Confidential - Subject to Protective Order                    MDL2974TWHLLC152833

- PARAGARD - If the patient can no longer feel her strings and it has not yet been confirmed to be out of place, not reported to PhV. Refer patient to HCP (see PI for language).

- Lack of Efficacy is an AE (report to PhV) and a PC (report to QAS)

- Incorrect advice by HCP to the patient concerning PBOS/Take Action/Aftera and the patient has not used the product yet outside the indication or usage information---
  - Not reported to PhV
  - If the patient followed the HCP's incorrect advice and took the product outside of its indication or instructions for use- Should be reported to PhV. Clarify with caller if there was also an AE which should also be reported to PhV.
  - PBOS/Take Action/Aftera- are OTC and HCP prescribing errors do not apply as these products no longer require a prescription. If the patient takes 2 pills on the advice of a HCP or takes them on her own accord, this should be reported to PhV. Clarify with caller if there was also an AE which should also be reported to PhV.

- Medication errors should be reported to PhV, and also ask caller if an AE occurred.

- Report patient misuse of a product to PhV, even if no AE is involved.

- PARAGARD: Major reporting change for WRB is that if an ultrasound confirms that the product is not in the correct location, even if it was inserted on the same day but the patient left the office after the procedure, the report should be forwarded to PhV. This could be a placement issue.

MDL-2974 Confidential - Subject to Protective Order                    MDL2974TWHLLC152834