# EXHIBIT 11V

Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC139813



**Women's Health- Pharmacovigilance**

May 2013

# Medical Safety Evaluation Organization Chart

February 2013

**Medical Scientific Evaluation**
Hedva Voliovitch

**Coordination**
Hila Horovitz

## US

**Safety Physician**
Siyu Liu

**Safety Physician**
Ginneh Earle

**Safety Physician**
Leonard James

**Safety Physician**
Aliceson King

**Safety Physician**
Andrea Kesack

## Israel

**Safety Physician**
Ari Gershon

**Safety Physician**
Orit Neudorfer

**Safety Physician**
Gal Maydan

**Safety Physician**
Yael Shalit

**Safety Physician**
Helena Knebel

**Pharmaco-epidemiologist**
Sigal Kaplan

**Safety Physician**
Maya Margalit

## Germany

**Safety Physician**
Nicole Lang

**Safety Physician**
Birgit Proeser-Meinel

**Safety Physician**
Xenia Graner

vacant

## Croatia

**Generic RMPs**
Klaudija Marajanovic-Barac

**Safety Physician**
Gabriella Letinic-Klier



Case 1:20-md-02974-LMM   Document 703-32   Filed 08/22/24   Page 5 of 59



As per regulations of
worldwide health agencies,
the Pharmacovigilance unit
collects adverse events from
all over the world that were
caused or might have been
caused by the use
of a Teva drug.



# One Global Safety Database for all Teva Products



# PhV -How do we do this ?



- Ensure patient safety drug use for assigned Teva products by:

  - Proactively monitoring throughout the product lifecycle (pre-clinical, clinical, and post-marketing)
  - Medical review of individual case safety reports for Teva products
  - Medical review and approval of Periodic Safety Reports for Teva products
  - Identify and evaluate trends/potential safety signals for Teva Women's Health products



PhV -How do we do this ?

# Additional activities:

- Assist in preparing safety responses to global regulatory agencies for Teva Women's Health products
-  Communicate safety information to key internal teams and cross functional Teva Women's Health Teams
-  Provide pharmacovigilance safety expertise to R & D Teams





Safety Board

Medical Scientific Group

Product Safety Group



## Safety Board:

- ## Purpose -to act as the senior corporate governance body for product safety:

  - providing guidance and oversight the Medical Scientific Group

  - maintaining and fostering continuous benefit risk assessment for all Teva marketed and investigational drug products

- ## Scope - is global and covers all Teva products.

Safety Board Charter – In Development



# ROLES AND RESPONSIBILITIES:

- Review periodic updates on ongoing safety issues of product under development, products under special interest, safety strategy and risk management activities.

- Review of emergent safety signals and ad hoc safety topics (can be proposed by any Safety Board member)

- Review of benefit-risk assessments as needed

- Review of first label (key labeling topics) and RMPs for new launching products in major markets.



# Team members:

- Chief Medical Officer
- VP of Global Patient Safety and Pharmacovigilance
- Head of Global Regulatory Affairs
- Head of Medical Affairs
- Head of Legal department

- Other key persons may participate as appropriate i.e. :
- Heads of Therapeutic Area, Quality Assurance, and Clinical Development leadership

Safety Board – In Development



- **The Safety Board recommendations may be one or more of the following (but not limited to):**
  - ❑ Dramatic Changes to product Labeling
  - ❑ Termination of a study
  - ❑ Changes in study design
  - ❑ Applying for Drug Application

**11**

Case 1:20-md-02974-LMM   Document 703-32   Filed 08/22/24   Page 14 of 59



- # Current Safety Issues Being Monitored-
  - ## Oxybutynine-
    - depression, intestinal obstruction, and cognitive impairment
  - ## EE/levo(28 day cycle regimen) –
    - toxic epidermal necrolysis, dermatitis acneiform, and acne
    - Also the effect of low dose EE/LNG on bone minderal density among adolescents

PhV- Additional Activities



- ## Additional PhV Women's Health Activities

  - DR-102 and 105- IB Expectedness Updates for PM Sections of

  - PLR Postmarketing Safety Conversion- Paragard



# Referrals

- Article 31
- Article 107



**February 2013**

- **Notification by France of a referral under Article 31 of Directive 2001/83/EC**

- **First time - Member States request Agency provide EU-wide recommendation w/new PV legislation**

- **Review Benefit-risk balance**

    - **3rd and 4th generations oral contraceptives**

    - **Risk of venous thrombotic events**

        - **Third generation: progestins-containing products (NAP)**

        - **Fourth generation: chlormadinone-, dienogest-, drospirenone-  and nomegestrol-containing products (NAP), nomegestrol acetate / estradiol – IOA (CAP), ZOELY (CAP)**

# Article 31- Teva Decision



- Decision made not to answer the combined oral contraceptives for the generic Article 31 referral
- Reasons included:
  - As the generic it was not believed that Teva could significantly add to the response that will be provided by the innovator
  - Considered referral by France is political in nature since the possible risks they have raised are clearly known and already included in the relevant sections of the SPC and PL.
  - 4th generation COC Classification does not consider the composition of each contraceptive whereas such a composition directly involves the efficacy and the safety profile in terms of venous thromboembolism risks
- However, Theramex (Teva partner) would participate in the referral with regards to Zoely

**16**

# Article 107-Background



- Article 107 referral procedure for cyproterone/ ethinylestradiol concurrent with Article 31

- EMA notified of the start of an Article 107i
  - Notification for medicines containing cyproterone acetate 2mg and ethinylestradiol 35mcg

- Urgent union procedure -on whether the marketing authorization for Diane 35 and its generics in all indications approved in Europe should be maintained, varied, suspended or revoked, in the interest of all patients in Europe



- ANSM - benefit/risk ratio of Diane 35 and its generics is negative
- ACNE approved indication in France
  - Rare but severe risk of venous and arterial thrombo-embolic events with potential fatal outcome
  - ONLY moderate effect of the product on acne,
  - disease that can be treated by other medicines
- French review highlighted the extensive use of the combination drugs as a contraceptive use
  - Off label - not consistent with the marketing authorization in France
  - Determined efficacy as a contraceptive has not been demonstrated by appropriate clinical studies.
- ANSM - initiated a national procedure to suspend the marketing authorization of Diane 35 and its generics in France.

# Rapporteur Asessment



- **The overall benefit risk balance of Diane-35 remains positive, provided that:**
  - The indication will be limited to treatment of acne, seborrhoea and hirsutism in a context of hyperandrogenism,
  - Diane-35 should not be used for patients having acne without hyperandrogenism, who can benefit from topical therapy or systemic antibiotic treatment.
- **The SmPC wording will be harmonised among the EU member states.**
- **A risk management plan -> additional pharmacovigilance and risk minimisation activities**
  - drug utilisation study
  - educational materials ->increase awareness about the narrow indication and diagnosis of VTE

Case 1:20-md-02974-LMM   Document 703-32   Filed 08/22/24   Page 22 of 59



- **Diane-35 and generics - considered to have a negative benefit-risk ratio.**

- **Clinical data do not allow to accurately assess the contraceptive efficacy of Diane-35**

- **The therapeutic fields of Diane-35 and generics are inhomogeneous across Europe.**





Global Patient Safety & Pharmacovigilance



Document Produced Natively

MDL-2974 Confidential - Subject to Protective Order

MDL2974TWHLLC286105

 Global Patient Safety & Pharmacovigilance

# Medical Scientific Group Meeting

# 17 February  2016

**Participants:**

| Physicians | Canada: Jyotsna (Josy) Gupta, Ilda Bidollari;<br>Croatia: Gabriella Letinic-Klier, Valentina Galkowski; Klaudija Marijanovic-Barac;<br>Germany: Nicole Lang, Xenia Hamann;  Birgit Proeser-Meinel; Nicola Faulhaber; Adolf Meister<br>Israel:  Hedva Voliovitch, Hila Horovitz, Ari Gershon, Helena Knebel, Natalia Gavrielov, Orit Neudorfer, Sigal Kaplan, Yael Shalit, Revital Barrelly, Shiri Uri, Vicky Goler Baron, Maya Margalit<br>USA: Judith Zander, Leonard James, Siyu Liu, Haixiao Chen, Delma Broussard, Ming Zhu |
|---|---|
| **Additional Attendees:** | |

| Topic + description + attachments | Estimated Duration | Presenter |
|---|---|---|
| Risk of uterine perforation and breastfeeding, ParaGard<br><br>breast feeding and perforation V3.pptx | 30 Min | Siyu |
| Administrative Updates – Goal Setting<br>CSB:<br>Presentations for csb should be more focused on the questions being asked and the data required to make | 20 Min | Judy |

**TEVA** | Global Patient Safety & Pharmacovigilance

| | | |
|---|---|---|
| an informed decision. | | |

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 62 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Redacted PHI/PII |
| Manuf. Site / QA unit | Non-ParaGard Information (Sterile), Teva Non-ParaGard Information |
| Product (Active Ingredient*) | Non-ParaGard Information Device); Non-ParaGard Information (Active Used in Device) |
| Quality Complaint | Bent Needle while using AJ2, Not Injecting Properly |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 32, 23 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | Unknown |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Yes |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site Investigation In-process) |
| Other relevant Info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: Non-ParaGard Information |
| AE review result | N/A |
| Previous AE Signal detection | Hepatic failure in Jun-2011,Oct-2011,Jan-2011,Apr-2011(no safety signal),Aplastic anemia in Apr-2011,SJS in Jan-2011 and Feb-2011,Aplastic anaemia in Apr-2011(no safety signal) SJS in Feb-2011, Jan-2011 |
| Safety conclusion | The above complaint may be associated with injection of insufficient dose, and subsequent risk of decreased efficacy in the product's users. No relevant signal found during routine signal detection. |

Assesed By:

7 5/13
Date

Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

 **Global Patient Safety & Pharmacovigilance**

<u>**Safety Assessment Due to Quality Complaints Trend Investigation**</u>

| | |
|---|---|
| PhV Complaint Log No. | 63 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Piramal |
| Product (Active Ingredient*) | Carvedilol |
| Quality Complaint | Taste / Odor |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 5 |
| Any **Change** in Product **distribution / sales** within **last 2 years?** (Yes/No) - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly for > 2 years |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| Relevant AEs | AE review cannot be done unless the nature of impurity asociated with the odor/ bad taste is specified. |
| AE Review description | |
| AE review result | |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | No safety signal was detected in routine signal detection process. AE review cannot be done unless the nature of impurity asociated with the odor/ bad taste is specified. |

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

$\frac{25}{18}$
Date

MDL2974TWHLLC293863

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 64 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Sellersville |
| Product (Active Ingredient*) | Dexmethylphenidate HCL |
| Quality Complaint | Incorrect Quantity / Volume |
| Complaint Period | מרץ-13 |
| # of Complaints Received during the Complaint Period | 6 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | The incorrect quantity / Volume reports for Dexmethylphenidate were for lower quantities. The shortages reported range from 1-35 tablets missing from the bottle. No need for PHV assessment |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: Dexmethylphenidate HCL |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | No need for PHV assessment |

Assessed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

Y S 13
Date

 **TEVA** Global Patient Safety & Pharmacovigilance

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 65 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Kfar Saba (non-sterile) |
| **Product** (Active Ingredient*) | Fluvastatin |
| **Quality Complaint** | Defective Capsules |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 7 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly since September 2012 |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ?  (Yes/No) - If Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Fluvastatin |
| **AE review result** | N/A |
| **Previous AE Signal detection** | No signal during routine signal detection |
| **Safety conclusion** | The above complaint may be associated with administration of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7 5 13
Date

MDL2974TWHLLC293865

 **TEVA** Global Patient Safety & Pharmacovigilance

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 66 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Jerusalem |
| **Product** (Active Ingredient*) | Irbesartan |
| **Quality Complaint** | Defective Tablets |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 10 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | New Product; Steady Distribution since Product Introduction in March 2012 |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly since April 2012 |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Irbesartan Tablets, 300mg was re-validated with improved granulation and increased hardness |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u>Irbesartan |
| **AE review result** | N/A |
| **Previous AE Signal detection** | No signal during routine signal detection |
| **Safety conclusion** | Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. No signal found during routine signal detection. |

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7/5/13
Date

MDL2974TWHLLC293866

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 67 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Jerusalem |
| Product (Active Ingredient*) | Irbesartan / HCTZ |
| Quality Complaint | Defective Tablets |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 11 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | New Product; Steady Distribution since Product Introduction in March 2012 |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly since April 2012 |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | The product was re-validated with improvements to the product manufacturing. Specifically, the granulation was formulated with a high water percentage, the compression speed was decreased, a target hardness value was implemented, and the tablets were coat |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u> <br> Irbesartan / HCTZ |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. No signal found during routine signal detection. |

Assesed By: 
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7|5|13
Date

MDL2974TWHLLC293867

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 68 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Kfar Saba (non-sterile), Jerusalem |
| Product (Active Ingredient*) | Lansoprazole |
| Quality Complaint | Defective Tablets |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 6 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | **Initial received date:** 1-FEB-10 to 30-March-13<br>**Preferred product description:**<br>Lansoprazole |
| AE review result | N/A |
| Previous AE Signal detection | Drug ineffective on March-11(Cases were fowarded to QA),Device occlusion on Feb-11(All cases related to delayed release tablets),<br>Therapeutic response unexpected with drug substitution in Feb-2011(All cases related to delayed release tablets). |
| Safety conclusion | No safety signal was recently detected in routine signal detection process. Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. |

7/5/13
Date

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293868

 **Global Patient Safety & Pharmacovigilance**

<u>**Safety Assessment Due to Quality Complaints Trend Investigation**</u>

| | |
|---|---|
| PhV **Complaint Log No.** | 69 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manut. Site** / QA unit | Buffalo |
| **Product** (Active Ingredient*) | Paragard (copper) |
| **Quality Complaint** | Broken / Defective; Loading / Release Issues; Incorrect Assembly of Unit; Damaged Container / Packing Unit (primary) |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 42; 71; 6; 7 |
| Any **Change** in Product **distribution / sales** within **last 2 years?** (Yes/No) - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received since June 2012 for Broken / defective and Loading / Release issue |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Paragard (copper) |
| **AE review result** | N/A |
| **Previous AE Signal detection** | Autoimmune disorder in Sep-11 (No safety siganl),Complication of device insertion complication of device removal,Device breakage,Device dislocation in Sep-11(Cases were fowarded to QA),Device explusion in Sep-11 and Feb-11 and Jan-13,Device explusion in in Jan-13,Medical device compliction in Jan-13,Blood copper increased in Nov and Oct-12,Jun-12,SJS in Jan-12 and Feb-12 |
| **Safety conclusion** | In routine signal detection an increase in reporting rates of Device dislocation, expulsion and complication. The above complaint may be associated with increased risk of device complications to the product's users and increased risk of undesired pregnancy |

7/5/13
Date

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293869

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 70 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford / 3M |
| Product (Active Ingredient*) | QNASL |
| Quality Complaint | Difficult to Dispense |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 29 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | New Product; Variable Distribution since Product Introduction in April 2012 |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly since May 2012 |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: BECLOMETASONE |
| AE review result | N/A |
| Previous AE Signal detection | Abnormal behaviour ,Agression,Anger in Sep-11(no safety signal),Drug ineffective in Apr-11(Cases were fowarded to QA) |
| Safety conclusion | The above complaint may be associated with insufficient drug dispensing and therefore insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7/5/13
Date

 Global Patient Safety & Pharmacovigilance

## Safety Assessment Due to Quality Complaints Trend Investigation

| PhV Complaint Log No. | 71 |
|---|---|
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford |
| Product (Active Ingredient*) | ProAir HFA |
| Quality Complaint | Faulty Counter |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 33 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Since December 2012 |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: Salbutamol |
| AE review result | N/A |
| Previous AE Signal detection | Hepatic failure in Jan-13 and Feb-13(A patient with pre-existing liver disease-not a signal),Device malfunction in Dec-11 and Sep-11,Aug-11,March-11,Drug effect decreased in Aug-11,July-11,June-11,March-11,Feb-11,Drug effect delayed in Dec-11,Drug ineffective on every month of 2011(all cases were fowarded to QA). |
| Safety conclusion | The above complaint may be associated with use of an empty device (with the counter showing that product is still available), and therefore dispense of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7/5/13
Date

MDL2974TWHLLC293871

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint** Log No. | 72 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Gedeon Richter |
| **Product** (Active Ingredient*) | Plan B One-Step |
| **Quality Complaint** | Tablets Dissolves too Rapidly |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 6 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | Unknown |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Since December 2012 |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u>  LEVONORGESTREL |
| **AE review result** | |
| **Previous AE Signal detection** | Expired drug administered in Feb-2012(no safety signal),Pollakiuria in July-11 and May-11(no safety siganl) |
| **Safety conclusion** | The complaint may be associated with decrease in dose availability due to rapid dissolution, and subsequent risk of decreased efficacy (Pregnancy) to the product's users. |

Assessed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

2/5/13
Date

MDL-2974 Confidential - Subject to Protective Order

TEVA   Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 73 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Antares |
| **Product** (Active Ingredient*) | Tjet Needle Free Device (Device); Tev-Tropin (Active Used in Device) |
| **Quality Complaint** | Broken / Defective |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 18 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years**? {Yes/No} - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly for > 2 years |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ?  (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> GROWTH HORMONE (TEV-TROPiN) |
| **AE review result** | N/A |
| **Previous AE Signal detection** | No signal during routine signal detection |
| **Safety conclusion** | The above complaint may be associated with injection of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assessed By:
Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7/5/13
Date

MDL2974TWHLLC293873

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 74 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Antares |
| Product (Active Ingredient*) | Tjet Syringe Head A Carton (Device); Tev-Tropin (Active Used in Device) |
| Quality Complaint | Broken / Defective |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 15 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly for > 2 years |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> GROWTH HORMONE (TEV-TROPIN) |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | The above complaint may be associated with injection of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assessed By: _____

7|5|13
Date

Orit Neudorfer, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293874

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 75 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Waterford |
| **Product** (Active Ingredient*) | QNASL |
| **Quality Complaint** | Difficult to Dispense; Faulty Counter |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 61; 6 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | New Product; Variable Distribution since Product Introduction in April 2012 |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | Complaints received monthly since May 2012 for all lots |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - If Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u>  BECLOMETASONE |
| **AE review result** | N/A |
| **Previous AE Signal detection** | Abnormal behaviour ,Agression,Anger in Sep-11(no safety signal),Drug ineffective in Apr-11(Cases were fowarded to QA) |
| **Safety conclusion** | The above complaint may be associated with use of an empty device (with the counter showing that product is still available) as well as insufficient drug dispensing and therefore  insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
7-5-13
Date

Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 76 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Novopharm (Markham) |
| Product (Active Ingredient*) | Amoxicillin |
| Quality Complaint | Defective Component / Packaging Materials |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 8 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | Yes |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13<br>**Preferred product description:**<br>Amoxicillin |
| AE review result | N/A |
| Previous AE Signal detection | Eye swelling on Jan-2012(no safety signal),Abnormal behaviour on Dec-2011 and Apr-2011(no safety signal),Agression and screaming on Apr-2011,Psychomotor and hyperactivity on Jan-2011, |
| Safety conclusion | The above complaint may be associated with administration of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assessed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

Date    7.5.13

MDL2974TWHLLC293876

 Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 77 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Jerusalem |
| **Product** (Active Ingredient*) | Irbesartan / HCTZ |
| **Quality Complaint** | Defective Tablets |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 7 |
| Any **Change** in Product **distribution / sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | New Product; Steady Distribution since Product Introduction in March 2012 |
| **Complaint reported** in the past for this Product? (Yes/No) - if Yes, When? | No |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the reason | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Irbesartan / HCTZ |
| **AE review result** | N/A |
| **Previous AE Signal detection** | No signal during routine signal detection |
| **Safety conclusion** | Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. No signal found during routine signal detection. |

Assesed By: _____
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

Date

MDL2974TWHLLC293877

 **Global Patient Safety & Pharmacovigilance**

<u>**Safety Assessment Due to Quality Complaints Trend Investigation**</u>

| | |
|---|---|
| PhV Complaint Log No. | 78 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Jerusalem |
| Product (Active Ingredient*) | Irbesartan |
| Quality Complaint | Defective Tablets |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 12 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | New Product; Steady Distribution since Product Introduction in March 2012 |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> Preferred product description: <br> Irbesartan |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. No signal found during routine signal detection. |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7-5.13
Date

MDL2974TWHLLC293878

**TEVA**  Global Patient Safety & Pharmacovigilance

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 79 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manut. Site** / QA unit | Waterford |
| **Product** (Active Ingredient*) | ProAir HFA |
| **Quality Complaint** | Faulty Counter |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 8 |
| Any **Change** in Product **distribution** / **sales** within **last 2 years?** (Yes/No) - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - if Yes, When? | No |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Salbutamol |
| **AE review result** | N/A |
| **Previous AE Signal detection** | Hepatic failure in Jan-13 and Feb-13(A patient with pre-existing liver disease-not a sigaml),Device malfunction in Dec-11 and Sep-11,Aug-11,March-11,Drug effect decreased in Aug-11,July-11,June-11,March-11,Feb-11,Drug effect delayed in Dec-11,Drug ineffective on every month of 2011(all cases were fowarded to QA). |
| **Safety conclusion** | The above complaint may be associated with use of an empty device (with the counter showing that product is still available), and therefore dispense of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

MDL2974TWHLLC293879

**TEVA**   Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV **Complaint Log No.** | 80 |
| **Date of Request** | 10 Apr 13 |
| **Requested by** (QA person) | Veronica Rosa |
| **Manuf. Site** / QA unit | Waterford; 3M |
| **Product** (Active Ingredient*) | QNASL |
| **Quality Complaint** | Difficult to Dispense |
| **Complaint Period** | Mar-13 |
| **# of Complaints** Received during the Complaint Period | 76 |
| Any **Change** in Product **distribution / sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | New Product; Variable Distribution since Product Introduction in April 2012 |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| **Relevant AEs** | No relevant AEs |
| **AE Review description** | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u>  BECLOMETASONE |
| **AE review result** | N/A |
| **Previous AE Signal detection** | Abnormal behaviour ,Agression,Anger in Sep-11(no safety signal),Drug ineffective in Apr-11(Cases were fowarded to QA) |
| **Safety conclusion** | The above complaint may be associated with insufficient drug dispensing and therefore insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:

Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

 **Global Patient Safety & Pharmacovigilance**

**Safety Assessment Due to Quality Complaints Trend Investigation**

| | |
|---|---|
| PhV Complaint Log No. | 81 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Antares |
| Product (Active Ingredient*) | Tjet Syringe Head A Carton (Device); Tev-Tropin (Active Used in Device) |
| Quality Complaint | Broken / Defective |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 9 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> GROWTH HORMONE (TEV-TROPIN) |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | The above complaint may be associated with injection of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assessed By:                                    7.5.13
Yael Shalit, MD                                  Date
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293881

 **TEVA** Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 82 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Perrigo |
| Product (Active Ingredient*) | Triamcinolone Acetonide |
| Quality Complaint | Difficult to Dispense |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 4 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> **Preferred product description:** <br> Triamcinolone Acetonide |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | The above complaint may be associated with insufficient drug dispensing and therefore insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:                                                          7.5.13
Yael Shalit, MD                                                     Date
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293882

 Global Patient Safety & Pharmacovigilance

**Safety Assessment Due to Quality Complaints Trend Investigation**

| | |
|---|---|
| PhV Complaint Log No. | 83 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford |
| Product (Active Ingredient*) | ProAir HFA |
| Quality Complaint | Difficult to Dispense |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 56 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u> <br> Salbutamol |
| AE review result | N/A |
| Previous AE Signal detection | Hepatic failure in Jan-13 and Feb-13(A patient with pre-existing liver disease-not a siganl),Device malfunction in Dec-11 and Sep-11,Aug-11,March-11,Drug effect decreased in Aug-11,July-11,June-11,March-11,Feb-11,Drug effect delayed in Dec-11,Drug ineffective on every month of 2011(all cases were fowarded to QA). |
| Safety conclusion | The above complaint may be associated with insufficient drug dispensing and therefore  insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

MDL2974TWHLLC293883

 **TEVA** Global Patient Safety & Pharmacovigilance

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 84 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Buffalo |
| Product (Active Ingredient*) | Paragard |
| Quality Complaint | Damaged Container / Packaging Unit (Primary) |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 4 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: Paragard (copper) |
| AE review result | N/A |
| Previous AE Signal detection | Autoimmune disorder in Sep-11(No safety siganl),Complication of device insertioncomplication of device removal,Device breakage,Device dislocation in Sep-11(Cases were fowarded to QA),Device explusion in Sep-11 and Feb-11 and Jan-13,Device explusion in in Jan-13,Medical device compliction in Jan-13,Blood copper increased in Nov and Oct-12,Jun-12,SJS in Jan-12 and Feb-12 |
| Safety conclusion | In routine signal detection an increase in reporting rates of Device dislocation, expulsion and complication. The above complaint may be associated with increased risk of device complications to the product's users and increased risk of undesired pregnancy |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

4.5.13
Date

**TEVA**  Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 85 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Jerusalem |
| Product (Active Ingredient') | Irbesartan |
| Quality Complaint | Defective Tablets |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 4 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | New Product; Steady Distribution since Product introduction in March 2012 |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Irbesartan |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. No signal found during routine signal detection. |

Assessed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

MDL2974TWHLLC293885

 **TEVA**   Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 86 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Kfar Saba (Non-Sterile) |
| Product (Active Ingredient*) | Fluvastatin |
| Quality Complaint | Defective Capsules |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 5 |
| Any **Change** in **Product distribution** / **sales** within **last 2 years**? (Yes/No) - if Yes, Attach breakdown per month | No |
| **Complaint reported** in the past for this Product? (Yes/No) - if Yes, When? | No |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the **reason** | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <br> <u>Preferred product description:</u> <br> Fluvastatin |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | The above complaint may be associated with administration of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

MDL-2974 Confidential - Subject to Protective Order

**TEVA**  Global Patient Safety & Pharmacovigilance

### Safety Assessment Due to Quality Complaints Trend Investigation

| PhV Complaint Log No. | 87 |
|---|---|
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Kfar Saba (Non-Sterile) |
| Product (Active Ingredient*) | Lansoprazole |
| Quality Complaint | Defective Capsules |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 6 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | **Initial received date:** 1-FEB-10 to 30-March-13 <br> **Preferred product description:** <br> Lansoprazole |
| AE review result | N/A |
| Previous AE Signal detection | Drug ineffective on March-11(Cases were fowarded to QA),Device occlusion on Feb-11(All cases related to delayed release tablets), <br> Therapeutic response unexpected with drug substitution in Feb-2011(All cases related to delayed release tablets). |
| Safety conclusion | No safety signal was recently detected in routine signal detection process. Consumption of broken/defective tablets may potentially be associated with administration of insufficient dose, and therefore a decrease in drug effect. |

Assesed By:                                    7.5.13
Yael Shalit, MD                                Date
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

MDL2974TWHLLC293887

 **Global Patient Safety & Pharmacovigilance**

### Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 88 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford |
| Product (Active Ingredient*) | ProAir HFA |
| Quality Complaint | Difficult to Dispense; Faulty Counter |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 77; 14 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | <u>Initial received date:</u> 1-FEB-10 to 30-March-13 <u>Preferred product description:</u> Salbutamol |
| AE review result | N/A |
| Previous AE Signal detection | Hepatic failure in Jan-13 and Feb-13(A patient with pre-existing liver disease-not a siganl),Device malfunction in Dec-11 and Sep-11,Aug-11,March-11,Drug effect decreased in Aug-11,July-11,June-11,March-11,Feb-11,Drug effect delayed in Dec-11,Drug ineffective on every month of 2011(all cases were fowarded to QA). |
| Safety conclusion | The above complaint may be associated with use of an empty device (with the counter showing that product is still available) as well as insufficient drug dispensing and therefore insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:  
Yael Shalit, MD  
Medical Reviewer  
Global Patient Safety and Pharmacovigilance  
Teva Pharmaceutical Industries Ltd.

Y - S. 13
Date

MDL2974TWHLLC293888

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 89 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford |
| Product (Active Ingredient*) | ProAir HFA |
| Quality Complaint | Faulty Counter |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 8 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | **Initial received date:** 1-FEB-10 to 30-March-13 **Preferred product description:** Salbutamol |
| AE review result | N/A |
| Previous AE Signal detection | Hepatic failure in Jan-13 and Feb-13(A patient with pre-existing liver disease-not a siganl),Device malfunction in Dec-11 and Sep-11,Aug-11,March-11,Drug effect decreased in Aug-11,July-11,June-11,March-11,Feb-11,Drug effect delayed in Dec-11,Drug ineffective on every month of 2011(all cases were fowarded to QA). |
| Safety conclusion | The above complaint may be associated with use of an empty device (with the counter showing that product is still available), and therefore dispense of insufficient dose, and subsequent risk of decreased efficacy in the product's users |

Assessed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7.5.13
Date

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 90 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Corium International |
| Product (Active Ingredient*) | Clonidine Transdermal |
| Quality Complaint | Incorrect Quantity / Volume |
| Complaint Period | מרץ-13 |
| # of Complaints Received during the Complaint Period | 6 |
| Any Change in Product distribution / sales within last 2 years? (Yes/No) - if Yes, Attach breakdown per month | No |
| Complaint reported in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related Manuf. Changes (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other relevant info. | N/A |
| If reply requested urgently (less then 30 days), detail the reason | N/A |
| Relevant AEs | There is a incorrect amount of patches in a box. The box is supposed to contain four patches but pts are only receiving two or three patches in a box. No need for PHV assessment |
| AE Review description | Initial received date: 1-FEB-10 to 30-March-13 Preferred product description: Clonidine |
| AE review result | N/A |
| Previous AE Signal detection | No signal during routine signal detection |
| Safety conclusion | No need for PHV assessment |

Assesed By
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

7 - 5 . 13
Date

MDL2974TWHLLC293890

 **Global Patient Safety & Pharmacovigilance**

## Safety Assessment Due to Quality Complaints Trend Investigation

| | |
|---|---|
| PhV Complaint Log No. | 91 |
| Date of Request | 10 Apr 13 |
| Requested by (QA person) | Veronica Rosa |
| Manuf. Site / QA unit | Waterford, 3M |
| Product (Active ingredient*) | QNASL |
| Quality Complaint | Difficult to Dispense |
| Complaint Period | Mar-13 |
| # of Complaints Received during the Complaint Period | 4 |
| Any **Change** in Product **distribution / sales** within **last 2 years?** (Yes/No) - if Yes, Attach breakdown per month | New Product; Variable Distribution since Product Introduction in April 2012 |
| **Complaint reported** in the past for this Product? (Yes/No) - If Yes, When? | No |
| Potentially related **Manuf. Changes** (changes to API / raw materials / components / equipment / facility / processes) ? (Yes/No) - if Yes, Detail | Unknown (Site investigation in-process) |
| Other **relevant info.** | N/A |
| If reply requested **urgently** (less then 30 days), detail the reason | N/A |
| Relevant AEs | No relevant AEs |
| AE Review description | **Initial received date:** 1-FEB-10 to 30-March-13 **Preferred product description:** BECLOMETASONE |
| AE review result | N/A |
| Previous AE Signal detection | Abnormal behaviour ,Agression,Anger in Sep-11(no safety signal),Drug Ineffective in Apr-11(Cases were fowarded to QA) |
| Safety conclusion | The above complaint may be associated with insufficient drug dispensing and therefore insufficient dosing, and subsequent risk of decreased efficacy in the product's users |

Assesed By:
Yael Shalit, MD
Medical Reviewer
Global Patient Safety and Pharmacovigilance
Teva Pharmaceutical Industries Ltd.

Date

MDL-2974 Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION
                     MDL DOCKET NO. 2974
 3                    (1:20-md-02947-LMM)
 4           This Document Relates to All Cases
 5
 6    IN RE:  PARAGARD IUD PRODUCTS
      LIABILITY LITIGATION
 7
 8
 9                * * *  CONFIDENTIAL  * * *
10
11              Videotaped deposition of KENNETH V. PIPER,
12    taken at Greenberg Traurig, 1717 Arch Street, Suite
13    400, Philadelphia, Pennsylvania, on Friday, November
14    17, 2023, beginning at approximately 9:09 a.m.,
15    before Maureen E. Broderick, Registered Professional
16    Reporter and Notary Public in and of the
17    Commonwealth of Pennsylvania.
18
19
20
21
22
23
              VERITEXT NATIONAL COURT REPORTING COMPANY
24                   MID ATLANTIC REGION
              1801 Market Street, Suite 1800
25                 Philadelphia, PA 19103
                                              Page 1
```

```
 1          Q     The procedure was for you to provide this
 2     data or these tables to these individuals in Israel?
 3          A     The -- what we needed to do as part of
 4     that process is to forward information to them so
 5     that they have time to review in preparation of the
 6     meeting.
 7          Q     Would these individuals from Israel
 8     participate in this review meeting?
 9          A     Not necessarily.  One of the safety
10     physicians or medical reviewers, I believe they were
11     called at the time, would need to attend, which
12     would have been either Dr. Orit Neudorfer or
13     Dr. Yael Shalit.  Tammy Bakalchuk,
14     B-A-K-A-L-C-H-U-K, she was not a physician and not
15     a -- she did not always participate in those
16     meetings.  She was in the global pharmacovigilance
17     compliance group.
18          Q     So on the second page of Exhibit 18 are
19     one of the quarter 3 2013 product complaint trend
20     summaries.
21                     Do you see that?
22          A     Yes, I do.
23          Q     And what's reflected here is that one of
24     the product complaint trends is IUD component
25     distortion.
```

                                          Page 175