# EXHIBIT 11X



| **Meeting Title:** Paragard: New and Ongoing Trends | |
|---|---|
| **Date:** 09 January 2014 | **Facilitator:** Ken Piper |
| **Participants in Attendance:**<br>• Mike Brennan<br>• Don Gee<br>• Ken Piper<br>• Thomas Mehs<br>• Yogesh Yadav<br><br>**Participants Unable to Attend:**<br>• Avinash Dhawade<br>• Orit Neudorfer<br>• Yael Shalit | **Distribution:** Participants |

## AGENDA

| Ref# | Topic |
|---|---|
| 1 | Background and Review of Global Trends |
| 2 | Intake: Determining Categories/Subcategories |
| 3 | Site Trend Investigation Report |

## MEETING NOTES

1. Background and Review of Global Trends
   - Ongoing global complaint trend for "Broken Defective" and new Q3 2013 global complaint trend for "IUD Component Distortion"
   - Discussed at the Q3 2013 AE-PC Joint Review of Global Trends and Safety Signals Meeting where it was acknowledged most of these complaints are independent of patient use, but if administered to a patient, it was difficult to determine if potential safety concerns based on limited information available at the time of the discussion.
   - Telephone conversation between K. Piper and T. Mehs on 30Dec2013 stating no manufacturing issues identified and complaints on returned samples determined as invalid. Global trends may be due to some confusion at complaint intake for identifying categories/subcategories. The Buffalo site has prepared reports to address these trends. Decision made to have separate meeting after the holidays to discuss further.
2. Intake: Determining Categories/Subcategories
   - All agreed that IUDs like Paragard pose additional challenges when identifying Categories/Subcategories at Intake and additional guidance to improve consistency would be valuable.
   - Don G. to forward Global Keywords to T. Mehs to review and provide clarification for "grey" areas when identifying Categories/SubCategories
3. Site Trend Investigation Report
   - T. Mehs discussed results of investigation reports and agreed to forward the final reports to participants.
   - T. Mehs agreed to forward site Trend Investigation Reports, and review with the AE-PC Joint Global Trend and Safety Signal Team at the next scheduled meeting to determine if additional actions are required.

## ACTION ITEMS

| No. | Action | Responsible | Target Due Date |
|---|---|---|---|
| 1. | Forward Global Keywords to T. Mehs | D. Gee | 09Jan2014 (Completed) |
| 2. | Review and provide Category/Subcategory clarifications | T. Mehs | 14Feb2014 |
| 3. | Forward final Trend Investigation Reports for "Broken/Defective" IUD and "IUD Component Distortion" | T. Mehs | 09Jan2014 (Completed) |
| 4. | Add review of Paragard Trend Investigation Reports to next scheduled AE-PC Joint Global Trend Review Meeting agenda as follow-up to open Action Item from Q3 2013 Meeting | K. Piper | 09Jan2014- (Completed) |

MDL-2974 Confidential - Subject to Protective Order

| From: | David Bonilla [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DBONILLA] |
|---|---|
| Sent: | 9/2/2015 12:42:46 PM |
| To: | Timothy Glennon [timothy.glennon@tevapharm.com]; Thomas Mehs [thomas.mehs@tevapharm.com]; Yogesh Yadav [yogesh.yadav@teva.co.in] |
| Subject: | RE: Meet to discuss Paragard Replacements |
| Attachments: | Picture (Device Independent Bitmap); Picture (Device Independent Bitmap) |

I will reschedule for later Not a problem



**David Bonilla**   Assoc Dir Quality & Compliance
Tel: +1-215-293-7231   Cell: +1-215-601-9647
David.Bonilla@tevapharm.com   sip:David.Bonilla@tevapharm.com   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE   QUALITY MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Timothy Glennon
**Sent:** Wednesday, September 02, 2015 8:42 AM
**To:** David Bonilla; Thomas Mehs; Yogesh Yadav
**Subject:** RE: Meet to discuss Paragard Replacements

Sorry all -- I was in another meeting that ran over.   I am on hold, if needed.   If the call has already concluded, please advise.

Best regards,

<< OLE Object: Picture (Device Independent Bitmap) >>

**Tim   Glennon**   Sr. Brand Manager - Teva Women's Health
Tel: 610-786-7188   Cell: 610-427-9248
Timothy.Glennon@tevapharm.com   ././././TevaValuesSignature/SigFiles/   www.tevapharm.com

<< OLE Object: Picture (Device Independent Bitmap) >>

-----Original Appointment-----
**From:** David Bonilla
**Sent:** Monday, August 31, 2015 3:55 PM
**To:** David Bonilla; Thomas Mehs; Timothy Glennon; Yogesh Yadav
**Subject:** Meet to discuss Paragard Replacements
**When:** Wednesday, September 02, 2015 8:30 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://teva.globalmeet.com/DBonilla (mobile 1-719-325-2623x*x6302160916#)

> << File: Paragard Replacement Porcess.pptx >>
>
> Tim, Tom and Yogesh,    This meeting is for us to finalize the discussion on the replacement of Paragard samples process and when to give credit/replacement or not.

# You're Invited.

You've been invited to a GlobalMeet® web meeting.

**Have the meeting call you.**
Click the Connect Me link below. **No need to dial-in.**



**Not at your computer?**
You can join by dialing one of the access numbers below.

| | |
|---|---|
| BlackBerry®: | 1-719-325-2623x*x6302160916# |
| iPhone® and BlackBerry® 7: | tel://1-719-325-2623,*,,6302160916# |
| Web Meeting: | https://teva.globalmeet.com/DBonilla |
| Primary Access Number: | 1-719-325-2623 |
| Guest Passcode: | 630 216 0916 |
| Additional Access: | |
| USA | 1-719-325-2623 |
| Canada, Calgary | +1 403 407 5778 |
| Canada, Montreal | +1 514 669 5929 |
| Canada, Toronto | +1 647 426 9180 |
| Canada, Vancouver | +1 604 221 1658 |
| Argentina (toll free) | 0800 444 6021 |
| Australia (toll free) | 1 800 803 167 |
| Australia, Brisbane | +61 (0) 7 3015 0527 |
| Australia, Melbourne | +61 (0) 38 687 0621 |
| Australia, Sydney | +61 (0) 2 8017 5267 |
| Austria (toll free) | 0800 886 63412 |
| Austria, Vienna | +43 (0) 1 25302 1784 |
| Bahrain (toll free) | 8000 4546 |
| Bahrain, Manama | +973 1619 8743 |
| Belgium (toll free) | 0800 39278 |
| Belgium, Brussels | +32 (0) 2 401 2602 |
| Brazil, Rio de Janeiro | +55 21 2730 0299 |
| Brazil, Sao Paulo | +55 11 2730 0283 |
| Bulgaria (toll free) | 00800 111 4949 |
| Bulgaria, Sofia | +359 (0) 2 491 7652 |
| Chile (toll free) | 123 0020 9379 |
| China (national) | +4006 183 139 |
| China, Beijing | +86 10 5667 0019 |
| China, Shanghai | +86 21 2039 7156 |
| Colombia (toll free) | 01 800 518 1840 |
| Croatia (toll free) | 0800 805 911 |
| Cyprus (toll free) | 800 97423 |
| Czech Republic (toll free) | 800 701 226 |
| Czech Republic, Prague | +420 225 986 553 |

| | |
|---|---|
| Denmark (toll free) | 80 70 35 63 |
| Denmark, Copenhagen | +45 32 72 78 09 |
| Egypt (toll free) | 0800 000 0811 |
| Estonia (toll free) | 8000 111 562 |
| Estonia, Tallinn | +372 622 6550 |
| Fiji (toll free) | 00800 3315 |
| Finland (toll free) | 0800 772 215 |
| Finland, Helsinki | +358 (0) 9 2310 1530 |
| France (national) | 0811 657 731 |
| France (toll free) | 0800 946 516 |
| France, Lyon | +33 (0) 4 26 84 04 47 |
| France, Paris | +33 (0)1 7037 1381 |
| Germany (national) | 01801 003 882 |
| Germany (toll free) | 0800 320 2295 |
| Germany, Frankfurt | +49 (0) 69 2222 10600 |
| Germany, Munich | +49 (0) 89 2030 35500 |
| Greece (toll free) | 00800 128 804 |
| Greece, Athens | +30 211 181 3822 |
| Hong Kong | +852 3018 9101 |
| Hong Kong (toll free) | 800 901 144 |
| Hungary (toll free) | 068 001 9656 |
| Hungary, Budapest | +36 1408 8960 |
| Iceland (toll free) | 800 9846 |
| India (toll free) | 000 800 100 8366 |
| India, Bangalore | +91 (0) 80 6127 5118 |
| India, Chennai | +91 (0)44 6688 6055 |
| India, Delhi | +91 (0) 11 6641 1355 |
| India, Mumbai | +91 (0)22 6187 5042 |
| Indonesia (toll free) | 001 803 016 2547 |
| Ireland (national) | 1890 907 696 |
| Ireland (toll free) | 1800 937 890 |
| Ireland, Dublin | +353 (0) 1 526 9406 |
| Israel (toll free) | 180 921 3165 |
| Israel, Tel Aviv | +972 (0)3 721 7944 |
| Italy (toll free) | 800 146 048 |
| Italy, Milan | +39 02 0066 1714 |
| Italy, Rome | +39 06 4523 6760 |
| Japan (mobile) | 0120 563 070 |
| Japan (toll free) | 0120 353 045 |
| Japan, Osaka | +81 (0) 6 4560 2406 |
| Japan, Tokyo | +81 (0) 3 4560 1265 |
| Kazakhstan (toll free) | 8800 333 7602 |
| Latvia (toll free) | 8000 4228 |
| Latvia, Riga | +371 6601 3626 |
| Lithuania (toll free) | 8800 31314 |
| Lithuania, Vilnius | +370 5205 5467 |
| Luxembourg | +352 2088 1771 |
| Luxembourg (toll free) | 800 28423 |
| Malaysia (toll free) | 1 800 816 158 |
| Malaysia, Kuala Lumpur | +60 (0) 3 7724 8006 |
| Mexico (toll free) | 001 800 514 4667 |
| Mexico, Mexico City | +52 55 1205 0738 |
| Morocco (toll free) | 0800 092 257 |
| Morocco, Casablanca | +212 (0)520 480 127 |
| Netherlands (toll free) | 0800 020 2594 |
| Netherlands, Amsterdam | +31 (0) 20 716 8343 |
| New Zealand (toll free) | 0800 452 934 |
| New Zealand, Auckland | +64 (0) 9 929 1816 |
| New Zealand, Christchurch | +64 (0) 3974 2616 |

| Location | Number |
|---|---|
| New Zealand, Wellington | +64 (0) 4974 7857 |
| Norway (toll free) | 800 56603 |
| Norway, Oslo | +47 21 00 48 19 |
| Panama (toll free) | 00 800 226 4662 |
| Peru (toll free) | 0800 54 851 |
| Philippines (toll free) | 1 800 111 014 06 |
| Philippines, Manila | +63 (0)2 395 3421 |
| Poland (toll free) | 00 800 121 4057 |
| Poland, Warsaw | +48 22 295 3569 |
| Portugal (toll free) | 800 784 441 |
| Portugal, Lisbon | +351 2131 64073 |
| Qatar (toll free) | 00 800 100 502 |
| Romania (toll free) | 0800 801 025 |
| Romania, Bucharest | +40 (0) 21 529 3991 |
| Russia (toll free) | 8 800 500 9315 |
| Russia, Moscow | +7 495 646 5135 |
| Saudi Arabia (toll free) | 800 844 9504 |
| Saudi Arabia (toll free) | 800 850 0231 |
| Singapore | +65 6622 1923 |
| Singapore (toll free) | 800 616 3182 |
| Slovakia (toll free) | 0800 002 000 |
| Slovakia, Bratislava | +421 (0)2 3321 5502 |
| Slovenia (toll free) | 0800 81194 |
| Slovenia, Ljubljana | +386 1 888 8192 |
| South Africa (toll free) | 0800 999 606 |
| South Africa, Johannesburg | +27 (0)11 589 8320 |
| South Korea (toll free) | 00798 6136 1450 |
| South Korea, Seoul | +82 (0) 2 6007 0070 |
| Spain (toll free) | 900 828 034 |
| Spain, Barcelona | +34 93 800 1944 |
| Spain, Madrid | +34 91 114 6651 |
| Sweden (toll free) | 0200 125 587 |
| Sweden, Stockholm | +46 (0) 8 5065 3954 |
| Switzerland (toll free) | 0800 740 345 |
| Switzerland, Geneva | +41 (0) 22 592 7984 |
| Switzerland, Zurich | +41 (0) 44 580 1023 |
| Taiwan (toll free) | 0800 666 581 |
| Taiwan, Taipei | +886 (0) 2 2650 7325 |
| Thailand (toll free) | 001 800 6136 1469 |
| Turkey (toll free) | 00800 448 829 505 |
| UAE (toll free) | 8000 3570 2656 |
| UK (03) | +44 (0)330 336 6013 |
| UK (national) | 0844 581 8051 |
| UK (national) | 0845 351 3017 |
| UK (toll free) | 0800 368 0636 |
| Ukraine (toll free) | 0800 500 897 |
| Uruguay (toll free) | 0004 019 0516 |
| USA /Canada (toll free) | 1-800-425-1122 |
| Venezuela (toll free) | 0 800 102 9700 |
| Vietnam (toll free) | 1800 9276 |

Questions? Go to **GlobalMeet Support**

© Premiere Global Services, Inc. and/or its affiliates | PGi

**From:** Rajesh Chandrasekar on behalf of QAS
**To:** Rahul Shah
**Subject:** FW: A potential complaint
**Date:** Monday 05 December 2016 15:13:30
**Attachments:** 2182122(1)_314419USA - MedWatch.pdf
image001.png
image002.png
314419USA Letter.pdf

To Process

Thank You,

**Rajesh Chandrasekar**  Assistant Manager – Quality Assurance Services (QAS)
Phone: +1 215-293-6530
Rajesh.Chandrasekar@teva.co.in    Rajesh.Chandrasekar@tevapharm.com    www.tevapharm.com

OUR PURPOSE & VALUES

**From:** Yogesh Yadav
**Sent:** Monday 05 December 2016 10:57 AM
**To:** Rajesh Chandrasekar
**Subject:** FW: A potential complaint

RC, can you check on this one as well?

**Yogesh Yadav**  Manager – Quality Assurance Services
Phone: +1-215-293-6361 or dial extension 1006361. Cellphone: +91-8879791356
Yogesh.Yadav@teva.co.in    sip:Yogesh.Yadav@tevapharm.com    www.tevapharm.com

OUR PURPOSE & VALUES

**From:** Thomas Mehs
**Sent:** Monday 05 December 2016 9:36 AM
**To:** Yogesh Yadav
**Subject:** RE: A potential complaint

Hi Yogesh,

We might have another one of these – I couldn't find this in any of the TW databases either. I looked around on Friday with no luck.

Can you (or somebody) look and let me know?

Thanks,



Confidential-Subject to Protective Order

EstradaTWH007592

Tom

Best regards,

**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

---

**From:** Thomas Mehs
**Sent:** Friday, December 02, 2016 2:22 PM
**To:** Yogesh Yadav
**Subject:** A potential complaint

Hi Yogesh,

Please see attached. ███████████████████ I could not find a corresponding complaint in TW for this report.

Can you let me know if I am missing something or if one is needed?

If you have any questions please call me about this. (1222569)

I am sending this directly to you, rather than QAS because of its unique nature.

Thanks,

Tom

Best regards,

**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716 930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

Confidential-Subject to Protective Order

EstradaTWH007593

Confidential - Thomas E. Mehs

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF CALIFORNIA
 3   ------------------------------------------
 4   ANN MARIE ESTRADA and
 5   JOSE ESTRADA,
 6              Plaintiffs,
 7                              Case No.
 8              - vs -    3:14-cv-01875-AJB-AGS
 9   TEVA PHARMACEUTICALS USA, INC., et al.,
10              Defendants.
     ------------------------------------------
11
                      CONFIDENTIAL
12
13
14
15         Video deposition of THOMAS E. MEHS, taken
16   pursuant to Rule 30 of the Federal Rules of Civil
17   Procedure, at the location of 424 Main Street, 1120
18   Liberty Building, Buffalo, New York, on January 26,
19   2017, commencing at 10:24 a.m., before JOAN M.
20   METZGER-HUBBELL, CRR, RMR, RPR, Notary Public.
21
22
23
24
25
```

```
 1   is that fair?
 2          MR. ERNY:  No.
 3          THE WITNESS:  It was with counsel at the
 4   time.
 5          BY MR. CLARK:
 6       Q.   Was it outside counsel or internal?
 7       A.   It was outside counsel.
 8       Q.   Okay.  Someone from the law firm of
 9   Ulmer Berne?
10       A.   Yes.
11       Q.   Okay.  I just want to understand so
12   we're clear, okay?
13       A.   Okay.  That's fine.
14       Q.   And that's all we're going to go -- ask
15   about that specific thing.
16       A.   Okay.
17       Q.   Now, who is Yogesh Yadav?  And how do
18   you pronounce his name?
19       A.   It's Yogesh.
20       Q.   Okay.
21       A.   Yogesh.  Yes, he is a member of the QAS
22   department.
23       Q.   Okay.
24       A.   Intake center.
25       Q.   And where is he located?
```

Confidential - Thomas E. Mehs

```
 1        A.    He is in India.
 2        Q.    Okay.  When did the QAS intake center
 3   move to India?
 4        A.    That I -- that I don't recall.  I know
 5   it's been there for a few years now.  I don't
 6   recall when they moved it to India.
 7        Q.    Was it after Teva --
 8        A.    Yes.
 9        Q.    -- took over ParaGard?
10        A.    Yes, yes.
11        Q.    Okay.  Where was it prior to India?
12        A.    It was in Horsham, Pennsylvania.
13        Q.    Okay.  Was it ever in Michigan?
14        A.    No.
15        Q.    Okay.
16        A.    QAS was never in Michigan.
17        Q.    Okay.  So then we see -- now, Mr. Mehs,
18   did you receive later at any point a further email
19   on this chain?  One was not produced to us, so I
20   just want to understand if you ever received
21   additional information from Rajesh or Rahul.
22            MR. ERNY:  By email.
23            MR. CLARK:  By email.
24            THE WITNESS:  No, not -- not to my
25   knowledge, I did not.
```

**From:** Thomas Mehs [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=THOMAS.MEHS]
**Sent:** 7/12/2017 8:42:43 PM
**To:** Nitesh Prajapati [nitesh.prajapati02@teva.co.in]
**Subject:** RE: PR 680645

Thanks!

Best regards,

**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569    Cell: 716 930-3662
Thomas.Mehs@tevapharm.com    sip:Thomas.Mehs@tevapharm.com    www.tevapharm.com

---

**From:** Nitesh Prajapati
**Sent:** Wednesday, July 12, 2017 4:07 PM
**To:** Thomas Mehs
**Subject:** RE: PR 680645

Thank you Thomas

Changes have been made in to the report

Regards

**Nitesh Prajapati** Senior Executive – Quality Assurance Services (QAS)
Phone: +1 215-293-6472
Nitesh.Prajapati02@Teva.co.in   www.tevapharm.com

IMPROVING HEALTH, MAKING PEOPLE FEEL BETTER   GETTING IT DONE TOGETHER   CREATIVITY WHERE IT MATTERS   CARING   MAKING OUR FAMILIES PROUD   LEADING THE WAY

OUR PURPOSE & VALUES

---

**From:** Thomas Mehs
**Sent:** July 12, 2017 1:52 PM
**To:** Nitesh Prajapati
**Cc:** Brenda Angelo; Yogesh Yadav
**Subject:** PR 680645


EXHIBIT 12
2.3.23 LKD

Hi Nitesh,

Please review complaint 680645. The Description says "On 06/16/2017, QAS received this notification via email from WRB Team stating "PC reported
PC: One arm of "T" missing and pregnant". However, lack of effect is not listed as a category in the record.

Please add to the parent record and make associated corrections. I will fix the child record and investigate both categories.

Thanks,

Tom

Best regards,



**Tom Mehs**  Sr Mgr Quality Assurance
Tel: 716-744-2569   Cell: 716-930-3662
Thomas.Mehs@tevapharm.com   sip:Thomas.Mehs@tevapharm.com   www.tevapharm.com

```
1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGE
2                         ATLANTA DIVISION
3                       MDL DOCKET NO. 2974
                         (1:20-md-0247-LMM)
4              This Document Relates to All Cases
5
     IN RE: PARAGARD IUD PRODUCTS
6    LIABILITY LITIGATION
7                                      /
8
                                   Phillips Lytle LLP
9                                  One Canalside
                                   125 Main Street,
10                                 Buffalo, NY 14203-2887
11                                 Thursday, February 3, 2023
                                   9:27 a.m. - 6:06 p.m.
12
13
14            * * * * * CONFIDENTIAL * * * * *
15
                    VIDEOTAPED DEPOSITION OF
16
17                         THOMAS MEHS
18
19           Taken on behalf of the Plaintiffs before
20   Lori K. Beck, CSR, CM, Notary Public in and
21   for the State of New York, pursuant to Plaintiffs'
22   Second Amended Notice to Take Deposition of
23   CooperSurgical, Inc. in the above cause.
24
25

                                                     Page 1
```

```
 1          A.   He was also a member of the QAS team in
 2     India.
 3          Q.   Okay.  And you've CCed this to Brenda
 4     Angelo and Yogesh Yadav.  Do you see that?
 5          A.   Yes.
 6          Q.   And who is Yogesh Yavad -- Yadav?
 7          A.   He was a supervisor in India at the QAS
 8     facility.
 9          Q.   Okay.  And what you have done here is
10     you're looking at a different complaint.  This is
11     now PR680645.  Do you see that?
12          A.   Yes.
13          Q.   And the description says:
14          On 6/16/2017, QAS received this notification
15     via email from WRB team stating, quote, PC
16     reported, PC colon, one arm of T missing and
17     pregnant; however, lack of effect is not listed as
18     a category in the record.  Please add to the parent
19     record and make associated corrections.  I will fix
20     the child record and investigate both categories.
21          Do you see that?
22          A.   Yes.
23          Q.   So what are the two categories that you
24     were investigating here?
25          A.   So this would have been for broken and
```

Page 287

| | |
|---|---|
| From: | Brenda Angelo [/O=TEVA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRENDA.ANGELO] |
| Sent: | 7/12/2017 12:14:53 PM |
| To: | Prashant Shelar [prashant.shelar01@teva.co.in] |
| CC: | Yogesh Yadav [yogesh.yadav@teva.co.in]; Thomas Mehs [thomas.mehs@tevapharm.com] |
| Subject: | PR679436 |

Hi Prashant,
I started working on this report and wondered why it is not categorized as IUD component distortion as the bent tee was noticed when the package was opened?
Please let me know if this will be changed
Thanks,
Brenda

Best regards,



**Brenda Angelo**  Quality Systems Coordinator- Buffalo Facility
Tel: 716-744-2562    Fax: 716-693-6368
Brenda.Angelo@tevapharm.com    sip:Brenda.Angelo@tevapharm.com    www.tevapharm.com



EXHIBIT
11
2.3.23 LKB

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGE
 2                     ATLANTA DIVISION
 3                   MDL DOCKET NO. 2974
                      (1:20-md-0247-LMM)
 4           This Document Relates to All Cases
 5
     IN RE: PARAGARD IUD PRODUCTS
 6   LIABILITY LITIGATION
 7                              /
 8
                                 Phillips Lytle LLP
 9                               One Canalside
                                 125 Main Street,
10                               Buffalo, NY 14203-2887
11                               Thursday, February 3, 2023
                                 9:27 a.m. - 6:06 p.m.
12
13
14          * * * * * CONFIDENTIAL * * * * *
15
                 VIDEOTAPED DEPOSITION OF
16
17                     THOMAS MEHS
18
19        Taken on behalf of the Plaintiffs before
20   Lori K. Beck, CSR, CM, Notary Public in and
21   for the State of New York, pursuant to Plaintiffs'
22   Second Amended Notice to Take Deposition of
23   CooperSurgical, Inc. in the above cause.
24
25

                                                    Page 1
```

```
 1           A.   He was also a member of the QAS team in
 2    India.
 3           Q.   Okay.  And you've CCed this to Brenda
 4    Angelo and Yogesh Yadav.  Do you see that?
 5           A.   Yes.
 6           Q.   And who is Yogesh Yavad -- Yadav?
 7           A.   He was a supervisor in India at the QAS
 8    facility.
 9           Q.   Okay.  And what you have done here is
10    you're looking at a different complaint.  This is
11    now PR680645.  Do you see that?
12           A.   Yes.
13           Q.   And the description says:
14           On 6/16/2017, QAS received this notification
15    via email from WRB team stating, quote, PC
16    reported, PC colon, one arm of T missing and
17    pregnant; however, lack of effect is not listed as
18    a category in the record.  Please add to the parent
19    record and make associated corrections.  I will fix
20    the child record and investigate both categories.
21           Do you see that?
22           A.   Yes.
23           Q.   So what are the two categories that you
24    were investigating here?
25           A.   So this would have been for broken and
```

Page 287