# EXHIBIT 11Y



## Diligent Health Solutions and CooperSurgical Monthly Meeting

<u>Date:</u> **March 14, 2022**

❖ <u>**Attendees:**</u>

| <u>Diligent Health:</u><br>Katie Powell, Program Manager<br>Janine Moran, Program Supervisor<br>Denise Dixon, COO<br>Mary Anne Greenberg, CEO | <u>CooperSurgical:</u><br>Tom Mehs, Sr. Manager Quality Assurance<br>Mauro Castro, Director of Regulatory Compliance<br>Kim Shaffer, Corporate Counsel<br>Regina Shih, VP of Regulatory Affairs<br>Michele Dibartolo, Contractor<br>Vrunda Desai, Medical Director<br>Jennifer Johnson, Sr. Medical Science Liaison |
|---|---|

| Topics | Parties Involved | Next steps/Outcomes |
|---|---|---|
| **Redacted Attorney-Client Privilege** | | |
| Recall Update<br>• MICC is continuing to receive a few inquiries regarding the recall<br>• PVG is monitoring AE reports associated with recalled lot | Quality | • Continue to monitor |
| **Redacted Attorney-Client Privilege** | | |



**Redacted Attorney-Client Privilege**

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00592986