# EXHIBIT 11Z

| | |
|---|---|
| **From:** | Jennifer Gates [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53033A1581C74A25A131598D44B3DAA7-JENNIFER GA] |
| **Sent:** | 6/19/2018 12:29:03 AM |
| **To:** | Andy Young [andy.young@coopersurgical.com] |
| **Subject:** | RE: Quality Concern |

Thanks. NO picture attached. Can you send to me. Thanks.

---

**From:** Andy Young
**Sent:** Monday, June 18, 2018 8:28 PM
**To:** Jennifer Gates <Jennifer.Gates@coopersurgical.com>; Kerry Blair <Kerry.Blair@coopersurgical.com>; Matt Donnelly <Matt.Donnelly@coopersurgical.com>
**Cc:** Jack Gardella <Jack.Gardella@coopersurgical.com>; Mark Valentine <Mark.Valentine@coopersurgical.com>
**Subject:** RE: Quality Concern

Thanks Jen. I just forwarded order # and date of the pictured issue.

Andy

---

**From:** Jennifer Gates
**Sent:** Monday, June 18, 2018 8:17 PM
**To:** Kerry Blair <Kerry.Blair@coopersurgical.com>; Matt Donnelly <Matt.Donnelly@coopersurgical.com>
**Cc:** Andy Young <Andy.Young@coopersurgical.com>; Jack Gardella <Jack.Gardella@coopersurgical.com>; Mark Valentine <Mark.Valentine@coopersurgical.com>
**Subject:** RE: Quality Concern

It would be helpful to know if this is a recent or on-going long term issue as they mentioned it's happened before. I will follow up to see if I can find lot numbers on sales to Houston's Women Care Associates. Can Stacey provide the names of the additional accounts that have noted this and any additional information so that we can try to better understand the issue.

Serialization began in February. Although our long term vendor provided serialized boxes according to our specification, we did not like the boxes and have subsequently ordered from an alternative vendor. We did not like the outer coating on the box required to print the serialized number – they were harder for the operators to work with. This was one lot of boxes and they were 100% inspected prior to shipping. These boxes would not have reached the marketplace until April or May– so if this is an ongoing issue – it would not be the result of this one lot of serialized boxes. Our concern was with the outer coating, not that the box did not hold it's shape.

ICS rejects any ParaGard box that has been damaged and returns to CooperSurgical; so to Kerry's point – if there was damage, it was in the shipment from ICS to the customer. We can also follow up with ICS.

Please forward any additional feedback received so we can better understand and address.

Thanks, Jen

---

**From:** Kerry Blair
**Sent:** Monday, June 18, 2018 6:52 PM
**To:** Matt Donnelly <Matt.Donnelly@coopersurgical.com>; Jennifer Gates <Jennifer.Gates@coopersurgical.com>
**Cc:** Andy Young <Andy.Young@coopersurgical.com>; Jack Gardella <Jack.Gardella@coopersurgical.com>; Mark Valentine <Mark.Valentine@coopersurgical.com>
**Subject:** Re: Quality Concern

Matt,

I think that we have already addressed this in how Buffalo stacks the units as they ship to ICS.

Please keep the info coming because it is vital to getting this fixed.   This is not rocket science - we just need to jump on it - which I think has ALREADY been done.

Jen:  Any thoughts here?

Kerry

Sent from my iPhone
c: (203)400-5950
o: (203)601-5200


Kerry L Blair
Chief Operating Officer
Kerry.Blair@coopersurgical.com

**CooperSurgical**
*Keeping you at the forefront of women's health care*
75 Corporate Drive  |  Trumbull, CT 06611
(203) - 601 - 5200  |  (800) - 645 - 3760  |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.
Please consider the environment before printing this email

On Jun 18, 2018, at 4:27 PM, Matt Donnelly <Matt.Donnelly@coopersurgical.com> wrote:

Andy-
Is this normal, or an exception?  In the picture, it calls out the sturdiness of the packaging.  Seems like a problem


Matt W Donnelly
Vice President, Corporate Accounts
Matt.Donnelly@coopersurgical.com

**CooperSurgical**
*Keeping you at the forefront of women's health care*
75 Corporate Drive  |  Trumbull, CT 06611
(203) - 601 - 5200 ext. 4832  |  (800) - 645 - 3760  |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.
Please consider the environment before printing this email

**From:** Alex Barker
**Sent:** Monday, June 18, 2018 4:05 PM
**To:** Andy Young <Andy.Young@coopersurgical.com>; Matt Donnelly <Matt.Donnelly@coopersurgical.com>; Jack

Gardella <Jack.Gardella@coopersurgical.com>
**Subject:** FW: Quality Concern

Wanted to make you aware of this,

Alex Barker
Sales Director Midwest, Contraceptives Business Unit
Alex.Barker@coopersurgical.com
<h-line_a347771f-3d2d-4f00-b52c-881a1dc74d5b.png>
<image001.jpg>
*Keeping you at the forefront of women's health care*
905 Airport Road   |   West Chester, PA 19380
801.201.3017 (Cell)   |   208.895.3876 (Office)
www.coopersurgical.com   | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

Alex.Barker@coopersurgical.com
<h-line_a347771f-3d2d-4f00-b52c-881a1dc74d5b.png>

CooperSurgical

*Keeping you at the forefront of women's health care*
95 Corporate Drive   |   Trumbull, CT 06611
   |   Mobile: (203) 895-3876

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.
<environment_tag_5dc27f08-9807-4ad0-bc72-6aaf19b117ed.gif>

**From:** Stacey Brooks
**Sent:** Monday, June 18, 2018 12:07 PM
**To:** ICS-TWH <ICS-TWH@coopersurgical.com>
**Cc:** Alex Barker <Alex.Barker@coopersurgical.com>
**Subject:** Quality Concern

I was visiting with Christine Brawdy, office manager for Houston Women's Care Associates this morning and happened to notice the condition of the Paragard units on her shelf. She said this was actually after she tried to "fluff them up a bit" and she definitely checked each box to make sure the devices were ok. This is not the first time they have arrived in this condition so I wanted to pass along. I am not sure if packaging possibly needs to be reevaluated as this is not the first account to bring this concern to my attention.
Thanks,


Stacey K Brooks
Territory Manager
Paragard Sales
Stacey.Brooks@coopersurgical.com

<h-line_a347771f-3d2d-4f00-b52c-881a1dc74d5b.png>



*Keeping you at the forefront of women's health care*
95 Corporate Drive  |  Trumbull, CT 06611
|  Mobile: (203) 895-3631

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

<environment_tag_5dc27f08-9807-4ad0-bc72-6aaf19b117ed.gif>

<20180618_111711.jpg>

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00017155