# EXHIBIT 11AA

| | |
|---|---|
| **From:** | Marc Gelnett (External) [Marc.Gelnett@coopersurgical.com] |
| **Sent:** | 10/25/2017 6:33:27 PM |
| **To:** | Kerry Blair [Kerry.Blair@coopersurgical.com]; Robert Auerbach [Robert.Auerbach@coopersurgical.com]; Cheryl Bogardus [Cheryl.Bogardus@coopersurgical.com] |
| **CC:** | James Keller [James.Keller@coopersurgical.com]; Kurt Karcher [Kurt.Karcher@coopersurgical.com]; Jennifer Gates [jennifer.gates@tevapharm.com] |
| **Subject:** | Re: Paragard NPE |

I have reinitiated an NPE using TEVA's NDC number.  Cheryl you will see it come across your desk shortly.

---

**From:** Kerry Blair <Kerry.Blair@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 2:20 PM
**To:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>, Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Cc:** James Keller <James.Keller@coopersurgical.com>, Kurt Karcher <Kurt.Karcher@coopersurgical.com>, Jennifer Gates <Jennifer.Gates@tevapharm.com>
**Subject:** Re: Paragard NPE

I agree also.

---

**From:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 2:13 PM
**To:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, Kerry Blair <Kerry.Blair@coopersurgical.com>, CR Marc <marc.gelnett@coopersurgical.com>
**Cc:** James Keller <James.Keller@coopersurgical.com>, Kurt Karcher <kurt.karcher@coopersurgical.com>, Jennifer Gates <Jennifer.Gates@tevapharm.com>
**Subject:** Re: Paragard NPE

I agree

---

**From:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 2:11 PM
**To:** Kerry Blair <kerry.blair@coopersurgical.com>, Robert Auerbach <robert.auerbach@coopersurgical.com>, Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Cc:** James Keller <James.Keller@coopersurgical.com>, Kurt Karcher <kurt.karcher@coopersurgical.com>, Jennifer Gates <Jennifer.Gates@tevapharm.com>
**Subject:** RE: Paragard NPE

I vote no change from what Teva currently has for the product.  Even if we use Teva's NDC as our part number, we don't have to change it at a later date.


Cheryl Bogardus
Vice President, Marketing
Cheryl.Bogardus@coopersurgical.com


*Keeping you at the forefront of women's health care*

MDL2974 Confidential - Subject to Protective Order

75 Corporate Drive | Trumbull, CT 06611
(203) - 601 - 5200 | (800) - 645 - 3760 |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

🌿 Please consider the environment before printing this email

**From:** Kerry Blair
**Sent:** Wednesday, October 25, 2017 1:30 PM
**To:** Robert Auerbach; Marc Gelnett
**Cc:** Cheryl Bogardus; James Keller; Kurt Karcher; Jennifer Gates
**Subject:** Re: Paragard NPE

I would prefer to have a P/N that "never changes".    Problem is that doing that creates Shipping Paperwork that is not consistent with Teve's legacy practice.

So, what do we want?   On Day 1, shall we copy Teve's legacy practice (with Shipping Paperwork and ICS Order #'s?   Or do we institute a change?

My vote is that we minimize changes on Day 1.

Thoughts?
Kerry


**Kerry L Blair**
Vice President, Operations
Kerry.Blair@coopersurgical.com

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

CooperSurgical
*Keeping you at the forefront of women's health care*
75 Corporate Drive | Trumbull, CT 06611
(203) - 601 - 5200 | (800) - 645 - 3760 |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

🌿 Please consider the environment before printing this email

**From:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 1:22 PM
**To:** CR Marc <marc.gelnett@coopersurgical.com>
**Cc:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, James Keller <James.Keller@coopersurgical.com>, Kurt Karcher <kurt.karcher@coopersurgical.com>, Kerry Blair <Kerry.Blair@coopersurgical.com>
**Subject:** Re: Paragard NPE

Not my area of expertise and probably need Jim Keller to comment but if it's just a part number and doesn't need to be the NDC can we just leave it alone for good?  We will have sterilization traceability on manufacture.
Bob

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**From:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:34 PM
**To:** Robert Auerbach <robert.auerbach@coopersurgical.com>

MDL2974COOPERSURG-00015119

**Cc:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, James Keller <James.Keller@coopersurgical.com>, Kurt Karcher <kurt.karcher@coopersurgical.com>, Kerry Blair <kerry.blair@coopersurgical.com>
**Subject:** Re: Paragard NPE

Bob,

We can do that.  (use the NDC number for the PN and then create a new PN with our NDC code when it is available)

I need to quickly restart the NPE process using the NDC # (51285-204-01) as the part number.  This should go quickly as everyone that has signed the current NPE already know what to enter.

Marc

```
Ship to/ ICS - ABC SPECIALTY GROUP          Bill To: ICS - ABC SPECI
Sold To: 345 INTERNATIONAL BLVD                      ATTN ACCOUNTS F
         SUITE 400                                   PO BOX 247
         BROOKS, KY 40109                            THOROFARE, NJ (
         United States                              United States


         DEA#:
         RX License # : W01162

Sold By: TEVA PHARMACEUTICALS USA,, 1090 HORSHAM ROAD, NORTH WALES, F
License# : N/A

Shipment#: 0006139785          Total Pallets on Shipment:
BOL# . .: 09000930003580663    Total Cartons on Shipment:
PRO # . .: 646009155           Ship Date             : 10/04/

------------------------------------------------------------------

Customer PO        Item          Item Description
------------------------------------------------------------------

600010920          51285-204 -01    PARAGARD T380A 1
                                    309 MG

                   51285-204 -01    PARAGARD T380A 1
                                    309 MG

                   TOTAL SHIPPED FOR PO 600010920

"Teva has complied with each applicable subsection of FDCA section 581

------------------------------------------------------------------

                                          --- End Of Ship

                                          --- End Of Repc
```

**Marc Gelnett**
Director, Operations
Marc.Gelnett@coopersurgical.com



*Keeping you at the forefront of women's health care*

11211 Cash Road | Stafford, TX 77477
+506 8490 3965 |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

🌿 Please consider the environment before printing this email

**From:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:27 PM
**To:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Cc:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, James Keller
<James.Keller@coopersurgical.com>, Kurt Karcher <Kurt.Karcher@coopersurgical.com>, Kerry Blair
<Kerry.Blair@coopersurgical.com>
**Subject:** Re: Paragard NPE

Why wouldn't we use their NDC as our part number to start and then replace by ECN when we make it under ours?
Bob


Sent by my iPhone

Robert D. Auerbach, M.D.
Executive Vice President
Chief Strategy & Medical Officer
CooperSurgical, Inc.


On Oct 25, 2017, at 12:20 PM, Marc Gelnett <Marc.Gelnett@coopersurgical.com> wrote:

So currently what goes on the shipping documents (the critical item for this topic) is:
PN: NDC code
Description: ParaGard T 380A

We cannot use the NDC code as our PN since this will change under CSI. Possibly we can overwrite the PN field on the shipping document with the NDC code? (Kurt?)

**From:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:15 PM
**To:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>, Cheryl Bogardus
<Cheryl.Bogardus@coopersurgical.com>, James Keller <James.Keller@coopersurgical.com>, Kurt Karcher
<Kurt.Karcher@coopersurgical.com>
**Cc:** Kerry Blair <Kerry.Blair@coopersurgical.com>
**Subject:** Re: Paragard NPE

Is this what Teva uses today? I just wouldn't vary that one bit so a change can't come back to bite us.
Bob

**From:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:10 PM
**To:** Robert Auerbach <robert.auerbach@coopersurgical.com>, Cheryl Bogardus
<Cheryl.Bogardus@coopersurgical.com>, James Keller <James.Keller@coopersurgical.com>, Kurt Karcher
<kurt.karcher@coopersurgical.com>

**Cc:** Kerry Blair <kerry.blair@coopersurgical.com>
**Subject:** Re: Paragard NPE

Just for clarification we currently are pushing for product to be entered in DW as:
**PN:** T380A
**Part Description:** ParaGard T 380A

The PN & Description will impact what shows up on our shipping documents & SO's.

---

**From:** Robert Auerbach <Robert.Auerbach@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:08 PM
**To:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>, James Keller
<James.Keller@coopersurgical.com>
**Cc:** Kerry Blair <Kerry.Blair@coopersurgical.com>, Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Subject:** Re – Paragard NPE

Just a note – 380 A is important as it relates to the amount of copper and the style of placement of the copper. If we
have any numbers in the name of the product, these should remain as is.
Bob

**From:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>
**Date:** Wednesday, October 25, 2017 at 12:05 PM
**To:** James Keller <James.Keller@coopersurgical.com>
**Cc:** Kerry Blair <kerry.blair@coopersurgical.com>, Marc Gelnett <Marc.Gelnett@coopersurgical.com>, Robert Auerbach
<robert.auerbach@coopersurgical.com>
**Subject:** FW: Paragard NPE

Jim,
FYI. We are changing the product name on the NPE to ParaGard T 380A. This is the name that Teva currently has on the NDC
record. I think this is appropriate because later on when we change the inserter, it will allow us to keep ParaGard but use a different
number.
Cheryl

---

**From:** Marc Gelnett
**Sent:** Wednesday, October 25, 2017 12:01 PM
**To:** Cheryl Bogardus; Andrea Rebollar
**Subject:** Re: Paragard NPE

Cheryl/Andrea,

We (Jen,Kerry,me) just discussed this. You are correct, we need to update the description field to: ParaGard T 380A

Cheryl,

Could you put a single line through the description field on the NPE and update it to the above (initial and date the
change)?

Andrea,

Would you like to update the parts master? Or do you want to do it?

Thanks,

Marc


**Marc Gelnett**
Director, Operations
Marc.Gelnett@coopersurgical.com
<image001.png>

<image002.jpg>
*Keeping you at the forefront of women's health care*
11211 Cash Road  ┊  Stafford, TX 77477
+506 8490 3965  ┊
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

<image003.gif>

**From:** Cheryl Bogardus <Cheryl.Bogardus@coopersurgical.com>
**Date:** Tuesday, October 24, 2017 at 2:13 PM
**To:** Andrea Rebollar <andrea.rebollar@coopersurgical.com>
**Cc:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Subject:** Re: Paragard NPE


Kerry and I discussed because I want to be sure product name is correct. Currently it is not the description on the NDC.  Kerry said to hold it until tomorrow when Marc and he are in Buffalo and he will confirm then.


Sent from my iPhone


**Cheryl Bogardus**
Vice President, Marketing
Cheryl.Bogardus@coopersurgical.com
<image004.png>

<image005.jpg>
*Keeping you at the forefront of women's health care*
75 Corporate Drive  ┊  Trumbull, CT 06611
(203) - 601 - 5200  ┊  (800) - 645 - 3760  ┊
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

<image006.gif>
On Oct 24, 2017, at 1:36 PM, Andrea Rebollar <andrea.rebollar@coopersurgical.com> wrote:

I believe that Cheryl Bogardus was the last person to have the form.


**From:** Marc Gelnett
**Sent:** Tuesday, October 24, 2017 12:45 PM
**To:** Andrea Rebollar <andrea.rebollar@coopersurgical.com>
**Subject:** Re: Discontinue Forms


Andrea,

MDL2974COOPERSURG-00015123

Do you know the status of the Paragard NPE?  Who is it with?
This is a high priority NPE for us.

Thanks,

Marc


**Marc Gelnett**
Director, Operations
Marc.Gelnett@coopersurgical.com
<image004.png>

<image005.jpg>
*Keeping you at the forefront of women's health care*
11211 Cash Road  |  Stafford, TX 77477
+506 8490 3965  |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.
<image006.gif>

**From:** Andrea Rebollar <andrea.rebollar@coopersurgical.com>
**Date:** Tuesday, October 24, 2017 at 9:09 AM
**To:** Marc Gelnett <Marc.Gelnett@coopersurgical.com>
**Subject:** Discontinue Forms

Marc,

Matt Gregoire has requested that I send these to you for processing  the Production action item.

Please process and return to me at your earliest convenience.

Thanks.

Andrea


**Andrea Rebollar**
Administrative Assistant, Engineering
andrea.rebollar@coopersurgical.com
<image007.png>

<image008.jpg>
*Keeping you at the forefront of women's health care*
50 Corporate Drive  |  Trumbull, CT 06611
(203) - 601 - 5200 ext. 4742  |  (800) - 645 - 3760  |
www.coopersurgical.com | also on YouTube at www.YouTube.com/coopersurgical

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

<h-line_b853f902-8e79-4ddb-92a9-d70548fbd593.png>
<logo_2dfd3b57-c42e-41d8-bd4c-de0d39283ea3.jpg>
<green_f6ba2b90-6c6a-485e-b19c-93d3a24cbda5.gif>
<h-line_c629ff3b-b2d1-4b09-8a98-f2052ef686a7.png>
<logo_9fe90c68-feb5-4b4b-aa3f-7bd7252c4ffd.jpg>
<green_5f31bf23-209a-412b-be5e-fe4f9d16769d.gif>

MDL2974COOPERSURG-00015125

CONFIDENTIAL

1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF GEORGIA
2                      ATLANTA DIVISION
3                  MDL DOCKET NO. 2974
                   (1:20-md-02947-LMM)
4            This Document Relates to All Cases
5

IN RE: PARAGARD IUD PRODUCTS
6   LIABILITY LITIGATION
7                                    /
8

                        Phillips Lytle LLP
9                       One Canalside
                        125 Main Street,
10                      Buffalo, NY 14203-2887
11                      Tuesday, September 12, 2023
                        9:42 a.m. -  4:35 p.m.
12
13

        * * * * * CONFIDENTIAL * * * * *
14

                VIDEOTAPED DEPOSITION OF
15
16                PAUL WASIELEWSKI
17
18       Taken on behalf of the Plaintiffs before
19   JOAN M. METZGER-HUBBELL, CM, Realtime Reporter,
20   Notary Public in and for the State of New York,
21   pursuant to the Federal Rules of Civil Procedure in
22   the above cause.
23
24
25

                                        Page 1

1  him where the -- where there was any discussion

2  about -- the safety of the ParaGard product was

3  discussed?

4          MR. ERNY:  Objection.

5          THE WITNESS:  No.

6          BY MR. WALLACE:

7          Q.   Were you ever on any phone calls with

8  him where the performance of the ParaGard product

9  inside of a woman was discussed?

10         A.   No.

11         MS. BLAKE:  Form.

12         BY MR. WALLACE:

13         Q.   What about with respect to Marc

14  Gelnett?  Did I pronounce that correctly?

15         A.   Yes.

16         Q.   Okay.  Have you ever met Marc Gelnett?

17         A.   Yes.  He visited the site once or

18  twice.

19         Q.   Did you ever have any interactions with

20  him outside of those visits?

21         A.   Again, probably -- maybe a call or two

22  he was on.

23         Q.   And, again, none of those calls

24  concerned the safety of the ParaGard product, did

25  they?

Veritext Legal Solutions
346-293-7000