# EXHIBIT 11BB

UNCONTROLLED
DOCUMENT

CONFIDENTIAL



Teva Women's Health, Inc.



UNCONTROLLED DOCUMENT

CONFIDENTIAL

COPY

Teva Women's Health, Inc

Jennifer Gates
General Manager,
Buffalo Operations

Paul
Wasiewlewski
Associate
Production
Manager

Paul
McCarthy
MIS
Administrator

Gary
Tschamber
Materials
Supervisor

Nicole Bors
Accounting
Clerk

Site Quality
(Thomas Mehs)

Dawn Haake
Materials
Handler

Mark Hoerner
Manufacturing
Technician II

Kathy Rusaw
Teena Adams
Operator I
(2)

Kay Reid
Diane Fountain
Operator II
(2)

Janice Craig
Lead
Manufacturing
Technician

MDL2974 Confidential - Subject to Protective Order

CONFIDENTIAL

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGE
2                  ATLANTA DIVISION
3               MDL DOCKET NO. 2974
                 (1:20-md-0247-LMM)
4         This Document Relates to All Cases
5

   IN RE: PARAGARD IUD PRODUCTS
6  LIABILITY LITIGATION
7                                /
8
                              Phillips Lytle LLP
9                             One Canalside
                              125 Main Street,
10                            Buffalo, NY 14203-2887
11                            Thursday, February 3, 2023
                              9:27 a.m. - 6:06 p.m.
12
13
14        * * * * * CONFIDENTIAL * * * * *
15
                  VIDEOTAPED DEPOSITION OF
16
17                    THOMAS MEHS
18
19        Taken on behalf of the Plaintiffs before
20  Lori K. Beck, CSR, CM, Notary Public in and
21  for the State of New York, pursuant to Plaintiffs'
22  Second Amended Notice to Take Deposition of
23  CooperSurgical, Inc. in the above cause.
24
25

                                              Page 1

1    related to the ParaGard IUD?

2           A.   I do not.

3           Q.   Okay.

4           MS. FITZPATRICK:  Why don't we just -- why

5    don't -- we've been going about an hour.  Why don't

6    we take a quick break --

7           THE WITNESS:  Okay.

8           MS. FITZPATRICK:  -- five-minute break, and

9    then we can come back to this.

10          THE WITNESS:  Okay.

11          MS. FITZPATRICK:  Thanks.

12               (A recess was then taken at 10:39 a.m.)

13               (On the record: 10:48 a.m.)

14          BY MS. FITZPATRICK:

15          Q.   Mr. Mehs, when you were working for

16   Teva, who -- to whom did you report?

17          A.   Rich Harle, H-A-R-L-E.

18          Q.   And do you know which Teva entity

19   Mr. Harle worked for?

20          A.   I do not.

21          Q.   Do you know what Teva entity you worked

22   for?

23          A.   Teva Women's Health.

24          Q.   And did you have anyone reporting to

25   you --

Page 66

1        A.    Yes.

2        Q.    -- while you were working at Teva?  Who

3   was that?

4        A.    Brenda Angelo, Dawn Haake, and then

5   Kongngeun Semthammavong for a period of time as

6   well.

7        Q.    We'll get that spelling for you.

8   Thanks.  Okay.

9        And do you know what Teva entities they

10   worked for?

11        A.    Teva Women's Health.

12        Q.    Okay.  And when you transitioned over

13   to CooperSurgical, to whom do you report at

14   CooperSurgical?

15        A.    Are you saying currently?

16        Q.    At the time of the transition.

17        A.    James Keller.

18        Q.    And who do you currently report to?

19        A.    William Senatore.

20        Q.    Are both Mr. -- was Mr. Keller here at

21   the Buffalo facility?

22        A.    No.

23        Q.    Where was he located?

24        A.    Trumbull, Connecticut.

25        Q.    And what Cooper entity did he work for?

Page 67

Teva Organizational Chart as of 05/15/2012







UNCONTROLLED
DOCUMENT

CONFIDENTIAL

COPY

Shown head count: 8    Open positions: 0    Planned:    8

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834668

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:29:04

UNCONTROLLED DOCUMENT

CONFIDENTIAL

Shown head count: 7 Open positions: 0 Planned: 7

MDL2974 Confidential - Subject to Protective Order

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:26:34



UNCONTROLLED
DOCUMENT

Shown head count: 9    Open positions: 0    Planned:    9

1

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834670

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:28:34



| | Kenneth S. Manning | |
|---|---|---|
| | VP Quality | |
| | | Quality Management |
| | | EDP |
| Kenneth.Manning@tevapharm.com | | |

| | Bruce R. Murray | |
|---|---|---|
| | VP, Supply Chain | |
| TGS | | Purchasing |
| AOSC | | Mgmt |
| Headcount: Mic,hae,l J | | NW |
| Bruce.Murray@tevapharm.com | | |

| | Elizabeth A. Pileggi | |
|---|---|---|
| | VP, Quality - Compliance | |
| | | Regulatory Compliance |
| | | HM |
| Betsy.Pileggi@tevapharm.com | | |

| | George Svokos | |
|---|---|---|
| | Sr VP, Operations | |
| TGS | | Ops Mgmt |
| AOSC | | Executive |
| Headcount: Mic,hae,l J | | WCL |
| George.Svokos@tevapharm.com | | |

| | Robert J. Urban | |
|---|---|---|
| | VP, Engineering | |
| TGS | | Engineering |
| AOSC | | Admin |
| Headcount: Mic,hae,l J | | NW2 |
| Robert.Urban@tevapharm.com | | |

| | Natasa Vidmar | |
|---|---|---|
| | Sr Dir, NA Procurement | |
| TGS | | Supply Chain |
| AOSC | | |
| Headcount: Mic,hae,l J | | NW2 |
| Natasa.Vidmar@tevapharm.com | | |

UNCONTROLLED DOCUMENT

CONFIDENTIAL

Shown head count: 9     Open positions: 0     Planned:        9

2

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834671



UNCONTROLLED DOCUMENT

Shown head count: 11    Open positions: 0    Planned:    11

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:28:22



UNCONTROLLED
DOCUMENT



Shown head count: 11    Open positions: 0    Planned:    11

2

MDL2974 Confidential - Subject to Protective Order

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:31:09



UNCONTROLLED
DOCUMENT

CONFIDENTIAL

Shown head count: 8    Open positions: 0    Planned:    8

1

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834674

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:31:20

UNCONTROLLED
DOCUMENT

CONFIDENTIAL



Shown head count: 5    Open positions: 0    Planned:    5

1

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834675

Teva Organizational Chart as of 05/15/2012

Date/Time: 05/15/2012 14:31:39

UNCONTROLLED
DOCUMENT

CONFIDENTIAL



Shown head count: 7    Open positions: 0    Planned:    7

MDL2974 Confidential - Subject to Protective Order

Teva Organizational Chart as of 05/15/2012

UNCONTROLLED
DOCUMENT

CONFIDENTIAL

| Gary J. Tschamber | |
|---|---|
| Supvr, Materials | |
| TGS | Manufacturing |
| AOSC | |
| Headcount: | |
| enn,ife,r M | BUFF |
| Gary.Tschamber@tevapharm.com | |

| Dawn M. Haake | |
|---|---|
| Materials Handler - WH | |
| TGS | Manufacturing |
| AOSC | |
| Headcount: | |
| er,,Gar,y J | BUFF |
| Dawn.Haake@tevapharm.com | |

Shown head count: 2     Open positions: 0     Planned:          2

1

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00834677