# EXHIBIT 11CC

| | |
|---|---|
| From: | Kerry Tehan [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDDE91CC677245EC8B433E933C2933FE-KERRY TEHAN] |
| Sent: | 2/5/2020 10:12:40 PM |
| To: | Lauren Abrams [lauren.abrams@coopersurgical.com]; Jonathan Acosta [jonathan.acosta@coopersurgical.com]; Ariel Acosta [ariel.acosta@coopersurgical.com]; Motolani Adeboye-Daini [motolani.adeboyedaini@coopersurgical.com]; Ryan Aley [ryan.aley@coopersurgical.com]; Roger Alfaro Gonzalez [roger.alfarogonzalez@coopersurgical.com]; Nada Alkis [nada.alkis@coopersurgical.com]; Tina Allan [tina.allan@coopersurgical.com]; delberth25@hotmail.com; Nancy Alvarez-Torres [nancy.torres@coopersurgical.com]; Michael Alway [michael.alway@coopersurgical.com]; Catherine Ames [catherine.ames@coopersurgical.com]; Lisa Anderson [lisa.anderson@coopersurgical.com]; Maureen Andren [maureen.andren@coopersurgical.com]; Brenda Angelo [brenda.angelo@coopersurgical.com]; John Arici [john.arici@coopersurgical.com]; Adrien Arnoult [adrien.arnoult@coopersurgical.com]; Pamela Atwell [pamela.atwell@coopersurgical.com]; Monika Bak [monika.bak@coopersurgical.com]; Beverly Bakes [beverly.bakes@coopersurgical.com]; Rajiv Bakshi [rajiv.bakshi@coopersurgical.com]; Tom Bancroft [tom.bancroft@coopersurgical.com]; Keyla Barahona-Ramirez [keyla.barahonaramirez@coopersurgical.com]; Alex Barker [alex.barker@coopersurgical.com]; Alana Bartolotta [alana.bartolotta@coopersurgical.com]; Linda Bastholm [linda.bastholm@coopersurgical.com]; Bobby Bateman [bobby.bateman@coopersurgical.com]; Stine Bauer [stine.bauer@coopersurgical.com]; Jack Bauerle [jack.bauerle@coopersurgical.com]; Charles Bedros [charles.bedros@coopersurgical.com]; Thomas Beishke [thomas.beishke@coopersurgical.com]; Jeffrey Bendall [jeffrey.bendall@coopersurgical.com]; LaDawn Benkosky [ladawn.benkosky@coopersurgical.com]; Natalie Bernot [natalie.bernot@coopersurgical.com]; Stacy Berry [stacy.berry@coopersurgical.com]; Pasha Billimoria [pasha.billimoria@coopersurgical.com]; John Blackmon [john.blackmon@coopersurgical.com]; Tracy Boehn [tracy.boehn@coopersurgical.com]; Andrea Boehm Contact [andrea.boehm@leisegang.de]; Martina Boisvert [martina.boisvert@coopersurgical.com]; Suzette Booth [suzette.booth@coopersurgical.com]; Claudia Brakop [claudia.brakop@coopersurgical.com]; Cathy Breck [cathy.breck@coopersurgical.com]; Barbera Breitfeld [barbara.breitfeld@coopersurgical.com]; Rodolfo Brenes [rodolfo.brenes@coopersurgical.com]; Sebastian Brenes [sebastian.brenes@coopersurgical.com]; Stacey Brooks [stacey.brooks@coopersurgical.com]; Craig Brown [craig.brown@coopersurgical.com]; Ryan Brunson [ryan.brunson@coopersurgical.com]; Jeff Burdick [jeff.burdick@coopersurgical.com]; Alan Cabezas [alan.cabezas@coopersurgical.com]; Denise Calderon [denise.calderon@coopersurgical.com]; Linda Callon [linda.callon@coopersurgical.com]; Dennys Carphio [dennys.carphio@coopersurgical.com]; jessica.n.carpio@gmail.com; Tracy Caruso [tracy.caruso@coopersurgical.com]; Heather Chaloux [heather.chaloux@coopersurgical.com]; Nicole Chater [nicole.chater@coopersurgical.com]; Nancy Chowanec [nancy.chowanec@coopersurgical.com]; Carmen Christy [carmen.christy@coopersurgical.com]; Jennifer Coady [jennifer.coady@coopersurgical.com]; Michelle Cole [michelle.cole@coopersurgical.com]; Millie Colon [millie.colon@coopersurgical.com]; Christopher Conn [christopher.conn@coopersurgical.com]; Lorena Conner [lorena.conner@coopersurgical.com]; Anne Sofie Conrad [annesofie.conrad@coopersurgical.com]; Humberto Contreras [humberto.contreras@coopersurgical.com]; Barbara Convertito [barbara.convertito@coopersurgical.com]; Bruce Cornett [bruce.cornett@coopersurgical.com]; Edward Costello [edward.costello@coopersurgical.com]; Kirk Cunningham [kirk.cunningham@coopersurgical.com]; Jennifer Cunningham [jennifer.cunningham@coopersurgical.com]; Suzanne Curry [suzanne.curry@coopersurgical.com]; Michael Curtis [michael.curtis@coopersurgical.com]; Bob DAmico [bob.damico@coopersurgical.com]; Erik Dahlstrom [erik.dahlstrom@coopersurgical.com]; Sherry Davidson [sherry.davidson@coopersurgical.com]; Courtney Gambino Davis [courtney.gambinodavis@coopersurgical.com]; Nate DeBoer [nate.deboer@coopersurgical.com]; Christine DeCastro [christine.decastro@coopersurgical.com]; Daria DeFusto [daria.defusto@coopersurgical.com]; Veronica Hernandez [veronica.hernandez@coopersurgical.com]; Samuel Deckard [samuel.deckard@coopersurgical.com]; Anthony DePalma [anthony.depalma@coopersurgical.com]; Shivani Desai [shivani.desai@coopersurgical.com]; Vrunda Desai [vrunda.desai@coopersurgical.com]; Kevin Desing [kevin.desing@coopersurgical.com]; Susan Desrosiers [susan.desrosiers@coopersurgical.com]; Maria Diavolitsis [maria.diavolitsis@coopersurgical.com]; Matt Donnelly [matt.donnelly@coopersurgical.com]; Jim DosSantos [jim.dossantos@coopersurgical.com]; Jeremy Drish [jeremy.drish@coopersurgical.com]; Richard Eberle [richard.eberle@coopersurgical.com]; Dea Edney [dea.edney@coopersurgical.com]; Josue Efigenio [josue.efigenio@coopersurgical.com]; Susanne Eskildsen [susanne.eskildsen@coopersurgical.com]; Mark Estes [mark.estes@coopersurgical.com]; Tammi Fazio [tammi.fazio@coopersurgical.com]; Ashley Feliciano [ashley.feliciano@coopersurgical.com]; Temeka Fernandez [temeka.fernandez@coopersurgical.com]; Tony Ferrucci [tony.ferrucci@coopersurgical.com]; Alexandre Flaith [alexandre.flaith@coopersurgical.com]; Quinn Foote [quinn.foote@coopersurgical.com]; Richard Fox [richard.fox@coopersurgical.com]; Pamela Franklin-Greenway [pamela.franklin-greenway@coopersurgical.com]; Jesse Frazier [jesse.frazier@coopersurgical.com]; Amanda McCall [amanda.mccall@coopersurgical.com]; Drake Fredrickson [drake.fredrickson@coopersurgical.com]; Chuck Fulton |

[chuck.fulton@coopersurgical.com]; Jeanie Fusco [jeanie.fusco@coopersurgical.com]; Kate Gabriel [kate.gabriel@coopersurgical.com]; Kerri Galley [kerri.galley@coopersurgical.com]; Jeff Garbett [jeff.garbett@coopersurgical.com]; Pablo Garcia [pablo.garcia@coopersurgical.com]; Jack Gardella [jack.gardella@coopersurgical.com]; Susan Gargano [susan.gargano@coopersurgical.com]; Darrel Gazzola [darrel.gazzola@coopersurgical.com]; Paula Genovese [paula.genovese@coopersurgical.com]; Nikole Gettings [nikole.gettings@coopersurgical.com]; Tony Giannobile [tony.giannobile@coopersurgical.com]; Jody Giaquinto [jody.giaquinto@coopersurgical.com]; Todd Gilliam [todd.gilliam@coopersurgical.com]; Elisa Gimenz [elisa.gimenz@coopersurgical.com]; Phoebe Goldstein [phoebe.goldstein@coopersurgical.com]; Carmen Gonzalez [carmen.gonzalez@coopersurgical.com]; Kristie Goy [kristie.goy@coopersurgical.com]; Kate Green [kate.green@coopersurgical.com]; Carlton Green [carlton.green@coopersurgical.com]; Casey Green [casey.green@coopersurgical.com]; Maggie Grove [maggie.grove@coopersurgical.com]; Sandra Groves [sandra.groves@coopersurgical.com]; Shannon Guadi [shannon.guadi@coopersurgical.com]; Glen Gupana [glen.gupana@coopersurgical.com]; Dawn Haake [dawn.haake@coopersurgical.com]; Heiko Hafemann Contact [heiko.hafemann@leisegang.de]; Denise Hall [denise.hall@coopersurgical.com]; Ashley Saye Hammonds [ashleysaye.hammonds@coopersurgical.com]; Rosa Hanks [rosa.hanks@coopersurgical.com]; Dan Hannon [dan.hannon@coopersurgical.com]; Rikke Kvist Hansen [rikke.kvisthansen@coopersurgical.com]; Kelly Hardeman [kelly.hardeman@coopersurgical.com]; Wendy Hassan [wendy.hassan@coopersurgical.com]; Anna Hendricks [anna.hendricks@coopersurgical.com]; Dale Hendrix [dale.hendrix@coopersurgical.com]; mercedes14h@gmail.com; Cynthia Hilsabeck [cynthia.hilsabeck@coopersurgical.com]; Erik Hirs [erik.hirs@coopersurgical.com]; Kyle Hooper [kyle.hooper@coopersurgical.com]; Steven Horton [steve.horton@coopersurgical.com]; Elaine Huang [elaine.huang@coopersurgical.com]; Jehan Huleisy [jehan.huleisy@coopersurgical.com]; Sondra Hunt [sondra.hunt@coopersurgical.com]; Cas Hurtado [cas.hurtado@coopersurgical.com]; Sarah Hutti [sarah.hutti@coopersurgical.com]; Bill Inman [bill.inman@coopersurgical.com]; Kirsten Jakobsen [kirsten.jakobsen@coopersurgical.com]; Robert Jamison [robert.jamison@coopersurgical.com]; Stephen Jansen [stephen.jansen@coopersurgical.com]; Scott Jelstrom [scott.jelstrom@coopersurgical.com]; Chris Jensen [chris.jensen@coopersurgical.com]; Dennis Jensen [dennis.jensen@coopersurgical.com]; Lasse Jensen [lasse.jensen@coopersurgical.com]; Dijana Jerkovic [dijana.jerkovic@coopersurgical.com]; Randall Jimenez [randall.jimenez@coopersurgical.com]; Andres Jimenez [andres.jimenez@coopersurgical.com]; Ling Jin [ling.jin@coopersurgical.com]; Roaida Johnson [roaida.johnson@coopersurgical.com]; Sydney Johnson [sydney.johnson@coopersurgical.com]; Guylaine Julien [guylaine.julien@coopersurgical.com]; Tina Thorvøe Kaalund [tina.thorvoeekaalund@coopersurgical.com]; Anna Karbowniczek [anna.karbowniczek@coopersurgical.com]; Allison Kelly [allison.kelly@coopersurgical.com]; Charles Kennedy [charles.kennedy@coopersurgical.com]; Jodi Kleimola [jodi.kleimola@coopersurgical.com]; Christine Kupchick [christine.kupchick@coopersurgical.com]; Aimee Kutovy [aimee.kutovy@coopersurgical.com]; Daniel Lai [daniel.lai@coopersurgical.com]; Yujin Lane [yujin.lane@coopersurgical.com]; Alice K. Larsen [alice.larsen@coopersurgical.com]; Chris Leiton [chris.leiton@coopersurgical.com]; Robert Lema [robert.lema@coopersurgical.com]; fdyland1629@gmail.com; Sally Lloyd [sally.lloyd@coopersurgical.com]; Albert Lobuglio [albert.lobuglio@coopersurgical.com]; Patty Lopacinski [patty.lopacinski@coopersurgical.com]; Debbie Lopez [debbie.lopez@coopersurgical.com]; William Lovett [william.lovett@coopersurgical.com]; Benvinda Lucas [benvinda.lucas@coopersurgical.com]; Jennifer Lyons [jennifer.lyons@coopersurgical.com]; Theresa Madigan [theresa.madigan@coopersurgical.com]; Griselda Madrid [griselda.madrid@coopersurgical.com]; Maria Maione-Tobin [maria.maione@coopersurgical.com]; Niloufar Majdzadeh [niloufar.majdzadeh@coopersurgical.com]; Carl Malinosky [carl.malinosky@coopersurgical.com]; Autumn Manelis [autumn.manelis@coopersurgical.com]; Genti Manjani [genti.manjani@coopersurgical.com]; Martin Mankee [martin.mankee@coopersurgical.com]; Erik Marghella [erik.marghella@coopersurgical.com]; Kathy Marino [kathy.marino@coopersurgical.com]; Michael Marone [michael.marone@coopersurgical.com]; Christopher May [christopher.may@coopersurgical.com]; Christopher Maynard [chris.maynard@coopersurgical.com]; Michael McGowan [michael.mcgowan@coopersurgical.com]; Kimberly McGuire [kimberly.mcguire@coopersurgical.com]; Keith McKenna [keith.mckenna@coopersurgical.com]; Michelle McKinley [michelle.mckinley@coopersurgical.com]; Heather Meherg [heather.meherg@coopersurgical.com]; Thomas Mehs [thomas.mehs@coopersurgical.com]; Kathy Melvin [kathy.melvin@coopersurgical.com]; Sarah Anne Midzenski [sarah.midzenski@coopersurgical.com]; Trish Miller-Crague [trish.millercrague@coopersurgical.com]; Kallie Mills [kallie.mills@coopersurgical.com]; Tim Miravalle [tim.miravalle@coopersurgical.com]; Arpita Misra [arpita.misra@coopersurgical.com]; John Mitchell [john.mitchell@coopersurgical.com]; Petra Mofazelli [petra.mofazelli@coopersurgical.com]; Renee Mollo [renee.mollo@coopersurgical.com]; Jonathan Moore [jonathan.moore@coopersurgical.com]; Ginger Moore [ginger.moore@coopersurgical.com]; Jack Moothart [jack.moothart@coopersurgical.com]; Elynes Morales [elynes.morales@coopersurgical.com]; Alexander Morris [alexander.morris@coopersurgical.com]; Melissa Morris [melissa.morris@coopersurgical.com]; Dom Moura [dom.moura@coopersurgical.com]; Dulce Murray [dulce.murray@coopersurgical.com]; Randy Nagel [randy.nagel@coopersurgical.com]; Claudia Navarro

[claudia.navarro@coopersurgical.com]; Lauren Neal [lauren.neal@coopersurgical.com]; Jordan Nelson [jordan.nelson@coopersurgical.com]; Christopher Nelson [christopher.nelson@coopersurgical.com]; Faythe Ness [faythe.ness@coopersurgical.com]; Patricia Neuenschwander [patricia.neuenschwander@coopersurgical.com]; Troy Nguyen [troy.nguyen@coopersurgical.com]; Liselotte Nielsen [liselotte.nielsen@coopersurgical.com]; Martine Nijs [martine.nijs@coopersurgical.com]; Peter Niziolek [peter.niziolek@coopersurgical.com]; Bridget Norah [bridget.norah@coopersurgical.com]; Brith Nordberg [brith.nordberg@coopersurgical.com]; Helen Norton [helen.norton@coopersurgical.com]; Evelyn Nunez [evelyn.nunez@coopersurgical.com]; Doug Oberly [doug.oberly@coopersurgical.com]; Hank Olbricht [hank.olbricht@coopersurgical.com]; Karen Lambæk Olesen [karen.lambaekolesen@coopersurgical.com]; Kathy Oliveri [kathy.oliveri@coopersurgical.com]; Carlos Olmos [carlos.olmos@coopersurgical.com]; Kazunobu Omura [kazunobu.omura@coopersurgical.com]; Teresa Paniccia [teresa.paniccia@coopersurgical.com]; Carolyn Paolucci [carolyn.paolucci@coopersurgical.com]; Gaurang Patel [gaurang.patel@coopersurgical.com]; Arch Patel [arch.patel@coopersurgical.com]; Ann Peets [ann.peets@coopersurgical.com]; Aldina Pemberton [aldina.pemberton@coopersurgical.com]; Rodolfo Brenes [rodolfo.brenes@coopersurgical.com]; Rebecca Peterkins [rebecca.peterkins@coopersurgical.com]; Robert Petty [robert.petty@coopersurgical.com]; Shlomo Pinhas [shlomo.pinhas@coopersurgical.com]; Luan Pino [luan.pino@coopersurgical.com]; jelani.perulli@coopersurgical.com; Erin Pittenger [erin.pittenger@coopersurgical.com]; Jared PoVey [jared.povey@coopersurgical.com]; Mark Podkul [mark.podkul@coopersurgical.com]; Steve Preston [steve.preston@coopersurgical.com]; Robert Prusak [robert.prusak@coopersurgical.com]; Kelley Quigley [kelley.quigley@coopersurgical.com]; Anne Racz [anne.racz@coopersurgical.com]; Ana Rasack [ana.rasack@coopersurgical.com]; Latha Ravi [latha.ravi@coopersurgical.com]; Maritza Reyes [maritza.reyes@coopersurgical.com]; Terri Richard [terri.richard@coopersurgical.com]; John Riegle [john.riegle@coopersurgical.com]; Jessica Rios [jessica.rios@coopersurgical.com]; Kirk Robinson [kirk.robinson@coopersurgical.com]; Carmen Rodriguez [carmen.rodriguez@coopersurgical.com]; Leslie Rosado [leslie.rosado@coopersurgical.com]; Christy Rose [christy.rose@coopersurgical.com]; Mark Roth [mark.roth@coopersurgical.com]; Stuart Rugama [stuart.rugama@coopersurgical.com]; Carl Sabbagh [carl.sabbagh@coopersurgical.com]; Angie Salas [angie.salas@coopersurgical.com]; Erick Salvatierra [erick.salvatierra@coopersurgical.com]; Falko Sandmann Contact [falko.sandmann@leisegang.de]; Ashley Sanguinetti [ashley.sanguinetti@coopersurgical.com]; Vicki Schier [vicki.schier@coopersurgical.com]; Rowena Schimmel [rowena.schimmel@coopersurgical.com]; Marcie Seiler [marcie.seiler@coopersurgical.com]; Amanda Sekiguchi [amanda.sekiguchi@coopersurgical.com]; Susan Sellers [susan.sellers@coopersurgical.com]; Rick Sharar [rick.sharar@coopersurgical.com]; Hany Shenouda [hany.shenouda@coopersurgical.com]; David Shott [david.shott@coopersurgical.com]; Gwenn Silverman [gwenn.silverman@coopersurgical.com]; Michele Simon [michele.simon@coopersurgical.com]; Marianne Smith [marianne.smith@coopersurgical.com]; Jill Snook [jill.snook@coopersurgical.com]; Kipp Snow [kipp.snow@coopersurgical.com]; Aarron Soares [aarron.soares@coopersurgical.com]; Anthony Sola [anthony.sola@coopersurgical.com]; Kelly Soldra [kelly.soldra@coopersurgical.com]; Francini Solis [francini.solis@coopersurgical.com]; Alicia Sotolongo [alicia.sotolongo@coopersurgical.com]; Matthew Sovereign [matthew.sovereign@coopersurgical.com]; Stuart Spicer [stuart.spicer@coopersurgical.com]; Sandra Spinelli [sandra.spinelli@coopersurgical.com]; Kathryn Spray [kathryn.spray@coopersurgical.com]; Michelle Stallwood [michelle.stallwood@coopersurgical.com]; Kari Stender [kari.stender@coopersurgical.com]; Kira Stennicke [kira.lykkestennicke@coopersurgical.com]; Nichole Stone [nichole.stone@coopersurgical.com]; Amy Tariq [amy.tariq@coopersurgical.com]; Priscilla Tavener [priscilla.tavener@coopersurgical.com]; Reagan Taylor [reagan.taylor@coopersurgical.com]; Daniel Terracciano [daniel.terracciano@coopersurgical.com]; Dorte Thulstrup [dorte.thulstrup@coopersurgical.com]; Jesper Tirsgaard [jesper.tirsgaard@coopersurgical.com]; Frank Tizzano [frank.tizzano@coopersurgical.com]; Sue Tooth [sue.tooth@coopersurgical.com]; Roberto Troyo [roberto.troyo@coopersurgical.com]; Dorthe Aakilde Ullitz [dorthe.aakildeullitz@coopersurgical.com]; Aimee Unroe [aimee.unroe@coopersurgical.com]; Senta Valenteyn [senta.valenteyn@coopersurgical.com]; Katherine Van Deman [katherine.vandeman@coopersurgical.com]; Margarita Vargas [margarita.vargas@coopersurgical.com]; Daniela Vargas [daniela.vargas@coopersurgical.com]; Sayira Vasquez [sayira.vasquez@coopersurgical.com]; Sharon Verra [sharon.verra@coopersurgical.com]; Maria Vertuccio [maria.vertuccio@coopersurgical.com]; Sterlin Victor [sterlin.victor@coopersurgical.com]; Christopher Von Feldt [christopher.vonfeldt@coopersurgical.com]; Carrie Vosburg [carrie.vosburg@coopersurgical.com]; Peter Schledermann Walmod [peter.schledermannwalmod@coopersurgical.com]; BrieAnn Webster [brieann.webster@coopersurgical.com]; Victoria Wilson [victoria.wilson@coopersurgical.com]; Shaun Winterbourne [shaun.winterbourne@coopersurgical.com]; Matthew Woelfel [matthew.woelfel@coopersurgical.com]; Christine Wolf [christine.wolf@coopersurgical.com]; Mike Wood [mike.wood@coopersurgical.com]; Duffy Woodford [duffy.woodford@coopersurgical.com]; Wakillah Young [wakillah.young@coopersurgical.com]; Jim Young [jim.young@coopersurgical.com]; Patrice Young [patrice.young@coopersurgical.com]; Jennifer Young

|  | |
|---|---|
| | [jennifer.young@coopersurgical.com]; Suzette Zapanta [suzette.zapanta@coopersurgical.com]; Jessica Zeleny [jessica.zeleny@coopersurgical.com]; Chad Zimmer [chad.zimmer@coopersurgical.com]; Tanja Zoellner [tanja.zoellner@coopersurgical.com]; Bjarne Zornig [bjarne.zornig@coopersurgical.com]; Debra Zrelak [debra.zrelak@coopersurgical.com] |
| CC: | Courtney Boyle [courtney.boyle@coopersurgical.com] |
| Subject: | Organizational Announcement: Chuck Kennedy |

Sent On Behalf of Vrunda Desai

Team,

It is my pleasure to introduce Chuck Kennedy, who is joining CooperSurgical as Senior Director, Worldwide Training, Education, and Development reporting to me.

Chuck has over 33 years of experience working in the medical device industry. Starting at U.S. Surgical, as a sales representative and, was quickly elevated to a regional sales director, and then to a sales trainer director before transitioning to Customer Education. U.S. Surgical was acquired by Tyco International, and then spun off as Covidien, which was ultimately acquired by Medtronic.

It was during the Minimally Invasive Surgery (MIS) revolution that Chuck focused on a new career path in Professional Education, which has been his focused for the past 20 years. Chuck brings extensive experience in customer-facing activities, including managing key relationships with prestigious academic centers, surgical societies, and developing and implementing clinical education strategies for healthcare professionals. He has also successfully developed and led U.S. and global education teams in executing strategic partnerships and managing corporate training centers that provided educational programs to healthcare professionals.

In 2015, the American Society of Metabolic and Bariatric Surgery (ASMBS) awarded him The Distinguished Industry Partner Award, which is presented to a worthy colleague from the bariatric industry for providing a steadfast commitment to the goals and vision of the ASMBS.

Additionally, this April, Chuck will receive the Society of American Gastrointestinal and Endoscopic Surgeons (SAGES) Pioneer in Surgical Endoscopy Award. The award which is designated for a person in "industry", or a surgeon for their significant, long-term scientific or technological contributions to the field of surgical endoscopy.

Chuck will work out of the Corporate Office in Trumbull, CT., where fortunately, Chuck and his family have lived for the past 30 years.  Please join me in welcoming Chuck to the CooperSurgical team.

Best regards,


Vrunda Desai MD

Medical Director


Kerry Tehan
Global VP, Human Resources
CooperSurgical, Inc.
75 Corporate Drive | Trumbull, CT 06611

P +1 203-601-5200 ext. 4885 | +1 800-645-3760

www.coopersurgical.com



This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

MDL2974 Confidential - Subject to Protective Order

MDL2974COOPERSURG-00291999