# EXHIBIT 11DD



# Paragard Call Center Warm Transfer SOP
## 2.26.19

### Healthcare Provider/HCP Office Administrator Calls

1. **Healthcare Provider or Office Administrator would like to purchase Paragard, inquire about cost, set up an account to order, follow up on an existing order, pay an invoice or has a billing question.**

   **ACTION:** Warm transfer caller to Paragard Direct (ICS) at 1-800-322-4966

2. **Healthcare Provider or Office Administrator would like to obtain information regarding Paragard insurance benefits or follow up on an existing benefit verification request.**

   **ACTION:** Warm transfer caller to Paragard Benefits Verification (Biologics) at 919-459-5342

3. **Healthcare Provider or Office Administrator would to place an order through our specialty pharmacy.**
   **ACTION:** Warm transfer caller to Paragard Specialty Pharmacy (Biologics) at 919-459-5342

4. **Healthcare Provider or Office Administrator would like to request support from a Paragard sales representative for Paragard insertion training or to obtain patient information materials their office.**

   **ACTION:** Warm transfer caller to Paragard Sales Support (Paragard Internal Sales Team) at 610-786-7800.

5. **Healthcare Provider or Office Administrator has a medical or product related question about Paragard, would like to report or does report an adverse event, would like to report or does report a product quality complaint, or would like to request a replacement unit.**

   **ACTION:** Warm transfer caller to Paragard Medical Information Center (Envoy) at 866-633-6194

6. **Healthcare Provider or Office Administrator wants to share feedback or opinion on Paragard TV Commercial and/or Paragard Marketing Campaign.**

   **ACTION:** Send feedback shared in email to Paragard marketing team (Priscilla Tavener [Priscilla.Tavener@coopersurgical.com] and Carolyn Paolucci [Carolyn.Paolucci@coopersurgical.com]

   Respond to customer in same mechanism in which in-bound feedback received with the below response (e.g. verbally if inbound by phone, email if inbound was email. If caller leaves voicemail response phone call is not required):

   "Thank you for your feedback and for reaching out. We appreciate your comments and your feedback will be shared with our marketing department.

   CooperSurgical believes it is important for women to be informed about the birth control options that are available to them, including Paragard, and television is a useful tool for reaching large audiences across the country.

   We make every effort to consider all opinions and reactions as we plan future marketing efforts."



## Consumer/ Patient Calls

1. **Consumer or Patient would like to obtain information regarding insurance benefits or follow up on an existing insurance benefit verification request.**

   **ACTION:** Warm transfer caller to Paragard Benefits Verification (Biologics) at 919-459-5342

2. **Consumer or Patient has a medical or product related question about Paragard, would like to report or does report an adverse event, would like to report or does report a product quality complaint.**

   **ACTION:** Warm transfer caller to Paragard Medical Information Center (Envoy) at 866-633-6194

7. **Consumer or Patient wants to share feedback or opinion on Paragard TV Commercial and/or Paragard Marketing Campaign.**

   **ACTION:** Send feedback shared in email to Paragard marketing team (Priscilla Tavener [Priscilla.Tavener@coopersurgical.com] and Carolyn Paolucci [Carolyn.Paolucci@coopersurgical.com]

   Respond to customer in same mechanism in which in-bound feedback received with the below response (e.g. verbally if inbound by phone, email if inbound was email. If caller leaves voicemail response phone call is not required):

   "Thank you for your feedback and for reaching out. We appreciate your comments and your feedback will be shared with our marketing department.

   CooperSurgical believes it is important for women to be informed about the birth control options that are available to them, including Paragard, and television is a useful tool for reaching large audiences across the country.

   We make every effort to consider all opinions and reactions as we plan future marketing efforts."

MDL2974 Confidential - Subject to Protective Order