# EXHIBIT 11EE

| | |
|---|---|
| From: | Jennifer Gates [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53033A1581C74A25A131598D44B3DAA7-JENNIFER GA] |
| Sent: | 7/16/2019 10:23:19 PM |
| To: | Silver, Deidra [Deidra.Silver@McKesson.com]; Matherne, Benjamin [Benjamin.Matherne@McKesson.com] |
| CC: | Pamela Atwell [pamela.atwell@coopersurgical.com] |
| Subject: | RE: Patient Coverage |

HI Deidra,

Just checking if there is an update on this one. Thanks,

Best regards,
Jen

---

**From:** Silver, Deidra <Deidra.Silver@McKesson.com>
**Sent:** Tuesday, July 16, 2019 11:43 AM
**To:** Jennifer Gates <Jennifer.Gates@coopersurgical.com>; Matherne, Benjamin <Benjamin.Matherne@McKesson.com>
**Cc:** Pamela Atwell <Pamela.Atwell@coopersurgical.com>
**Subject:** RE: Patient Coverage

Hi Jen-

We will research this case and provide you with an update shortly.

Thanks,

**Deidra Silver**
Customer Manager | t 919-447-8695 | toll free 800.856.1984

Biologics by McKesson | 11800 Weston Parkway, Cary, NC 27513 | McKesson.com | www.Biologicsinc.com

---

**From:** Jennifer Gates <Jennifer.Gates@coopersurgical.com>
**Sent:** Tuesday, July 16, 2019 11:35 AM
**To:** Matherne, Benjamin <Benjamin.Matherne@McKesson.com>; Silver, Deidra <Deidra.Silver@McKesson.com>
**Cc:** Pamela Atwell <Pamela.Atwell@coopersurgical.com>
**Subject:** [EXTERNAL] Patient Coverage

CAUTION: This email was sent from an EXTERNAL source. Use caution when clicking links or opening attachments.

HI Ben and Deidra,

Can you please give some additional context on this one.  Biologics said it was covered but now the patient is being told they have to pay.  I am hoping this is just something that has to be addressed with insurance.  Please let us know.  Thanks in advance.

Best regards,
Jen

Jennifer M Gates
Site General Manager I
CooperSurgical, Inc.
75 Corporate Drive | Trumbull, CT 06611
P +1 203-601-5200 ext. (716) 241-0312 | +1 800-645-3760 | M (716) 609-9719
www.coopersurgical.com



Healthy women, babies, and families™

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

**From:** Pamela Atwell <Pamela.Atwell@coopersurgical.com>
**Sent:** Tuesday, July 16, 2019 11:28 AM
**To:** Jennifer Gates <Jennifer.Gates@coopersurgical.com>
**Cc:** Jack Gardella <Jack.Gardella@coopersurgical.com>; Rosa Hanks <Rosa.Hanks@coopersurgical.com>
**Subject:** patient coverage

Hi Jenn,

Please find attached the practice info and patient info for the patient that was inserted with Paragard based on Biologics BV info to have it come back that the patient was not covered for a Paragard per the practice.

I will be reaching out the practice to get more details. I will let you know what they say as I'm trying to determine who the bill came from - Health plan or Biologics that the patient received?

Jenn, can we have Biologics pull records of communications on this patient to see what they are saying etc...

Thanks
pamela

Pamela D Atwell
Director Market Access
CooperSurgical, Inc.
75 Corporate Drive | Trumbull, CT 06611
P +1 203-601-5200 | +1 800-645-3760 | M (203) 400-0743
www.coopersurgical.com



Healthy women, babies, and families™

This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.



On 7/16/19, 4:29 AM, "Rosa Hanks" <Rosa.Hanks@coopersurgical.com> wrote:

Sorry I forgot to attach this form.


Rosa S Hanks

Territory Manager
CooperSurgical, Inc.
75 Corporate Drive | Trumbull, CT 06611
P +1 203-601-5200 | +1 800-645-3760 | M (475) 239-6229
www.coopersurgical.com


This email and any attachments are intended to be disclosed only to the addressee named herein and may contain information which is confidential. If you are not the named addressee, you are hereby notified that your receipt of the email was unintentional and that any disclosure, copying or distribution of the email and attachments thereto is strictly prohibited. Please immediately and permanently delete the email and any copies thereof.

_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____