# EXHIBIT 12

| | |
|---|---|
| **From:** | Erin Copeland |
| **To:** | Chris Morris; Pamela Ferrell; Caroline D. Walker; Tara Blake; nga@gtlaw.com |
| **Cc:** | Fitzpatrick, Fidelma; Hermiz, Kristen M.; C. Andrew Childers; Lee Floyd; Teresa Kapelle; Holcomb, Laura; Scott Kean; Danae Benton |
| **Subject:** | Paragard: Custodial Files - Substantial Completion |
| **Date:** | Tuesday, July 30, 2024 2:07:55 PM |
| **Attachments:** | 07.29.2024 Custodial list with dates due and dates confirmed substantially complete.pdf |



Chris - In a recent meet and confer, you requested our notes regarding past due custodial file dates on which defense represented the files were substantially complete. See attached. Please let us know if you have disagreement with any of this.

We know the previously represented complete files continue to be supplemented and overdue files continue to be produced. Please let us know the status on completion of all past due custodial files, including those that were due on 7/29/24 (highlighted).

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
**ecopeland@fibichlaw.com**

| | |
|---|---|
| **From:** | Erin Copeland |
| **To:** | Brittany_Poley@gand.uscourts.gov |
| **Cc:** | Chris Morris; Pamela Ferrell; nga@gtlaw.com; Tara Blake; Caroline D. Walker; C. Andrew Childers; Fitzpatrick, Fidelma; Hermiz, Kristen M.; Lee Floyd |
| **Subject:** | Paragard MDL: Plaintiffs" Motion to Compel Newly Identified Custodial Files & Proposed Order |
| **Date:** | Friday, August 9, 2024 1:55:16 PM |
| **Attachments:** | 2024-08-08 Paragard- MTC New Custodial Files with exhibits and proposed order-stamped.pdf<br>Proposed Order (MTC New Custodial Files).docx |



Good afternoon Ms. Poley,

Attached please find a file stamped courtesy copy of Plaintiffs' Motion to Compel (Newly Identified Custodial Files) with exhibits and a Proposed Order in Word. This material was filed yesterday on the MDL docket (Doc. 698).

Have a great weekend!

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
**ecopeland@fibichlaw.com**