# EXHIBIT 13

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


IN RE: PARAGARD IUD           )
PRODUCTS LIABILITY            )
LITIGATION                    )
                              )        DOCKET NUMBER
                              )        1:20-MD-2974-LMM
                              )
                              )        ATLANTA, GEORGIA
                              )          MAY 24, 2024
                              )
                              )
_____)



         TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE LEIGH MARTIN MAY,
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ERIN COPELAND
                            FIBICH, LEEBRON, COPELAND & BRIGGS
                            HOUSTON, TEXAS  77005

                            ANDREW CHILDERS
                            CHILDERS, SCHLUETER & SMITH, LLC
                            ATLANTA, GEORGIA 30319



          (APPEARANCES CONTINUED ON THE NEXT PAGE.)



            MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:    MONTRELL VANN, RPR, RMR, RDR, CRR
                            2160 UNITED STATES COURTHOUSE
                            75 TED TURNER DRIVE, SOUTHWEST
                            ATLANTA, GEORGIA  30303
                            (404)215-1549
```

```
                    APPEARANCES CONTINUED

FOR THE PLAINTIFF:       LEE FLOYD
                         BREIT, BINIAZIN
                         RICHMOND, VIRGINIA  23223

                         JENNIFER HOEKSTRA
                         AYLSTOCK, WITKIN, KERIS & OVERHOLTZ
                         PENSACOLA, FLORIDA  32502

FOR THE DEFENDANT:       CHRISTOPHER MORRIS, PAMELA FERRELL &
                         CAROLINE WALKER
                         BUTLER, SNOW, LLP
                         RIDGELAND, MISSISSIPPI  39157
                         ATLANTA, GEORGIA  30309
                         BIRMINGHAM, ALABAMA  35203
```

1  DON'T KNOW GRAPHICALLY HOW Y'ALL WANT TO DO THIS OR WHAT YOU
2  WANT ME TO HEAR FROM YOU ON TODAY, BUT I'M PRETTY OPEN IN THE
3  WAY WE APPROACH IT, SO WHAT DO YOU GUYS THINK?
4              MS. COPELAND:  THE GOOD NEWS IS THIS WAS ALSO PART OF
5  OUR LARGE DISCUSSION THIS MORNING.  AND WE DO HAVE SOME AGREED
6  UPON DATES THAT WE'VE WORKED OUT THAT WHAT WE WERE GOING TO DO
7  WAS TODAY RECITE FOR YOU AND ON THE RECORD WHERE WE BELIEVE WE
8  STAND.
9              THE COURT:  OKAY.
10             MS. COPELAND:  AND THEN NEXT WEEK SUBMIT TO YOU A --
11 WHAT WE BELIEVE WILL BE AN AGREED UPON IN WRITING.
12             THE COURT:  OKAY.
13             MS. COPELAND:  FOR YOU FOR SIGN OFF ON.
14             THE COURT:  THAT'S GREAT.  Y'ALL HAVE ACCOMPLISHED A
15 LOT TODAY BECAUSE WHAT I WAS LOOKING AT EARLIER WAS NOT THE
16 SAME THING, SO THIS WAS A VERY GOOD USE OF YOUR TIME, SO THANK
17 YOU.
18             MS. WALKER:  WE THINK SO.  SO, YOUR HONOR, CAROLINE
19 WALKER FOR THE COOPER DEFENDANTS.  WE'LL GO AHEAD AND READ IN
20 WHAT WE HAVE AGREED TO --
21             THE COURT:  OKAY.
22             MS. WALKER:  -- AND WHAT WE'LL MEMORIALIZE IN WRITING
23 NEXT WEEK.  THE PARTIES HAVE AGREED TO A JUNE 12TH DEADLINE FOR
24 THE COOPER DEFENDANTS TO PROVIDE PLAINTIFFS WITH AN UPDATED
25 LIST OF POTENTIAL CUSTODIANS.  DEFENDANTS AGREE TO REMOVE OUR

```
 1   PROPOSED DEADLINE FOR PLAINTIFF TO REQUEST CUSTODIAL FILES SO
 2   LONG AS THERE IS AN AGREEMENT THAT DEFENDANTS GET 75 DAYS FROM
 3   THE DATE WHEN THE CUSTODIAN REQUEST WAS MADE IN ORDER TO
 4   PRODUCE THOSE FILES.  WE AGREED TO A JULY 5TH DEADLINE FOR
 5   PLAINTIFFS AND TEVA, THE TEVA DEFENDANTS, TO CONCLUDE TAR
 6   SAMPLING AND VALIDATION AND RELATED MEET-AND-CONFERS, AND TO
 7   RAISE ANY DISPUTED ISSUES TO THE COURT FOR RESOLUTION.  WE
 8   AGREE TO A JULY 12TH DEADLINE FOR PLAINTIFFS AND COOPER
 9   DEFENDANTS TO CONCLUDE THAT SAME PROCESS OF TAR SAMPLING AND
10   VALIDATION, RELATED MEET-AND-CONFERS, AND TO RAISE ANY DISPUTED
11   ISSUES TO THE COURT FOR RESOLUTION.
12        JULY 19TH IS THE AGREED DEADLINE FOR THE TEVA DEFENDANTS
13   TO CONCLUDE THE MEET-AND-CONFERRAL PROCESS FOR PLAINTIFFS'
14   REQUEST FOR PRODUCTION AND INTERROGATORIES.  AUGUST 16TH IS THE
15   AGREED DEADLINE FOR THE COOPER DEFENDANTS TO CONCLUDE THE
16   MEET-AND-CONFER PROCESS FOR PLAINTIFFS' REQUEST FOR PRODUCTION
17   AND INTERROGATORIES.  THE DEADLINE FOR THE TEVA DEFENDANTS TO
18   COMPLETE PRODUCTION WILL BE AUGUST 26TH.  THE PARTIES AGREE TO
19   CONTINUE ROLLING PRODUCTION, AND WE WILL INCLUDE WITH OUR
20   WRITTEN SUBMISSION TO THE COURT NEXT WEEK SOME SOFT LANGUAGE
21   THAT WOULD ALLOW FOR A SHORT PRODUCTION EXTENSION WITHOUT
22   PENALTY SHOULD THE NEED ARISE.
23            MS. COPELAND:  ONE POINT OF CLARIFICATION, IF I
24   COULD.  WHEN -- AND CORRECT ME IF I'M WRONG -- WHEN MS. WALKER
25   SAYS THE PARTIES HAVE AGREED TO A ROLLING PRODUCTION, WE'RE
```

```
 1   TALKING ABOUT ROLLING PRODUCTION NOW, NOT AFTER THAT DEADLINE.
 2              MS. WALKER:  THAT'S CORRECT, YES.  YOUR HONOR, OUR
 3   INTENTION THERE IS THAT WE'RE NOT -- WE DO NOT PLAN TO DROP A
 4   BIG PRODUCTION ON THE DEADLINE DATE, BUT CONTINUE THE ROLLING
 5   PRODUCTION AS WE HAVE BEEN.
 6              THE COURT:  OKAY.
 7              MS. WALKER:  THE COMMENSURATE DATE FOR COPPER WOULD
 8   BE OCTOBER 11TH, IS THE DATE BY WHICH THE COOPER DEFENDANTS'
 9   PRODUCTION WOULD BE COMPLETE.  AGAIN, COOPER DEFENDANTS AGREE
10   TO CONTINUE A ROLLING PRODUCTION UP TO THAT DATE, AND WE WILL
11   INCLUDE A WRITTEN SUBMISSION NEXT WEEK THE SAME KIND OF SOFT
12   LANGUAGE THAT WOULD ALLOW FOR A SHORT PRODUCTION EXTENSION
13   WITHOUT PENALTY SHOULD THE NEED ARISE.  SEPARATELY, THE COOPER
14   AND TEVA DEFENDANTS HAVE PRODUCED THE IRON MOUNTAIN BOX INDICES
15   THAT WE DISCUSSED AT THE LAST C.M.C., AND THE PARTIES HAVE
16   AGREED TO MEET AND CONFER ABOUT THOSE REQUESTS, ANY REQUESTS
17   THAT MAY COME FROM THOSE INDICES, AND CONFER ABOUT THE TIMING
18   OF PRODUCTION FROM THE IRON MOUNTAIN BOX INDICES.
19        DEFENDANTS HAVE ALSO AGREED TO REMOVE A PROPOSED DEADLINE
20   FOR PLAINTIFFS TO REQUEST 30(B)(6) DEPOSITION AND FACT WITNESS
21   DEPOSITIONS FROM THE COOPER AND TEVA DEFENDANTS WITH THE
22   UNDERSTANDING THAT PLAINTIFFS WILL REQUEST -- WILL MAKE THOSE
23   REQUESTS ON A ROLLING BASIS.  AND, FINALLY, THE PARTIES AGREE
24   TO JANUARY 31ST OF 2025 AS THE DEADLINE FOR THE CLOSE OF
25   CORPORATE DISCOVERY.  AND, LIKE I SAID, YOUR HONOR, WE'LL
```