# EXHIBIT 14

# DECLARATION OF GREGORY WALSH

I, Gregory Walsh, hereby declare as follows:

1. I am a Project Director of Consilio.

2. I make this declaration in connection with Defendants' Response To Plaintiffs' Motion To Compel Custodial Files.

3. I hold a bachelor's degree in History from the University of Portland and a Master's degree from the University of San Francisco. I have worked in eDiscovery for 13 years. During that time, I have managed or assisted in all aspects of the eDiscovery lifecycle including complex litigations.

4. There are multiple variables with each person's custodial file requested by Plaintiffs for production. The estimate on average for Teva to process, review, and produce one of these selected person's custodial files in this matter is $69,462.08.[1] This figure does not include ongoing hosting costs, which are substantial.

5. Below is a table reflecting those variables for the average estimated cost per custodian:

| Number of Custodial Files | Approximate Cost to Defendants |
|---|---|
| 1 | $69,462.08 |
| 2 | $138,924.16 |
| 3 | $208,386.24 |
| 4 | $277,848.32 |
| 5 | $347,310.40 |
| 6 | $416,772.48 |
| 7 | $486,234.56 |
| 8 | $555,696.64 |
| 9 | $625,158.72 |
| 10 | $694,620.80 |
| 11 | $764,082.88 |
| 12 | $833,544.96 |

---

[1] The average cost for Cooper to produce a single person's custodial file is higher than Teva's.

| | |
|---:|---:|
| 13 | $903,007.04 |
| 14 | $972,469.12 |
| 15 | $1,041,931.20 |
| 16 | $1,111,393.28 |
| 17 | $1,180,855.36 |
| 18 | $1,250,317.44 |
| 19 | $1,319,779.52 |
| 20 | $1,389,241.60 |
| 21 | $1,458,703.68 |
| 22 | $1,528,165.76 |
| 23 | $1,597,627.84 |
| 24 | $1,667,089.92 |
| 25 | $1,736,552.00 |
| 26 | $1,806,014.08 |
| 27 | $1,875,476.16 |
| 28 | $1,944,938.24 |
| 29 | $2,014,400.32 |
| 30 | $2,083,862.40 |
| 31 | $2,153,324.48 |

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on August 22, 2024.

   *[signature: Greg Walsh]*
   Gregory Walsh