# EXHIBIT L

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION



IN RE: PARAGARD IUD          )
PRODUCTS LIABILITY           )
LITIGATION                   )
                             )        DOCKET NUMBER
                             )        1:20-MD-2974-LMM
                             )
                             )        ATLANTA, GEORGIA
                             )           MAY 24, 2024
                             )
                             )
_____)



         TRANSCRIPT OF DISCOVERY CONFERENCE PROCEEDINGS
            BEFORE THE HONORABLE LEIGH MARTIN MAY,
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ERIN COPELAND
                            FIBICH, LEEBRON, COPELAND & BRIGGS
                            HOUSTON, TEXAS   77005

                            ANDREW CHILDERS
                            CHILDERS, SCHLUETER & SMITH, LLC
                            ATLANTA, GEORGIA 30319



          (APPEARANCES CONTINUED ON THE NEXT PAGE.)




            MECHANICAL STENOGRAPHY OF PROCEEDINGS
          AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:    MONTRELL VANN, RPR, RMR, RDR, CRR
                            2160 UNITED STATES COURTHOUSE
                            75 TED TURNER DRIVE, SOUTHWEST
                            ATLANTA, GEORGIA  30303
                            (404)215-1549
```

<u>APPEARANCES CONTINUED</u>

```
FOR THE PLAINTIFF:        LEE FLOYD
                          BREIT, BINIAZIN
                          RICHMOND, VIRGINIA  23223

                          JENNIFER HOEKSTRA
                          AYLSTOCK, WITKIN, KERIS & OVERHOLTZ
                          PENSACOLA, FLORIDA  32502

FOR THE DEFENDANT:        CHRISTOPHER MORRIS, PAMELA FERRELL &
                          CAROLINE WALKER
                          BUTLER, SNOW, LLP
                          RIDGELAND, MISSISSIPPI  39157
                          ATLANTA, GEORGIA  30309
                          BIRMINGHAM, ALABAMA  35203
```

1  TOO.  SO DON'T FORGET THAT PART OF THIS PROCESS.
2              MS. COPELAND:  I'VE GOT STARS AROUND THAT PART, YOUR
3  HONOR.
4              MR. MORRIS:  I PUT IT IN RED.
5              THE COURT:  YEAH.
6              MR. CHILDERS:  SO YOU KNOW, TOO, GINO'S (PHONETIC)
7  BEEN VERY AVAILABLE AND RESPONSIVE WHEN WE HAVE NEEDED HIM, SO
8  THANK YOU FOR THAT APPOINTMENT.  I THINK IT'S WORKED OUT.
9              THE COURT:  YEAH, AND I THINK IT'S GOOD TO HAVE
10 SOMEONE WHO IS READY WHEN Y'ALL ARE READY AND WE'RE NOT IN THE
11 THREE MONTHS OF GETTING A MEDIATOR PROCESS.  BUT I THINK
12 SOMETIMES THAT IT'S HARD TO FIGURE OUT WHEN THE BEST TIME --
13 WHAT ARE THE POINTS WHERE IT'S BETTER TO CHECK BACK IN AND WHEN
14 IS THE RISK KIND OF GETTING MORE KNOWN OR SCARILY UNKNOWN.
15 THOSE ARE THE DIFFERENT POINTS THAT NEED TO BE PART OF THE
16 PROCESS AS WELL.  SO DO Y'ALL HAVE NOTHING FOR ME TO DECIDE?
17 IS THAT WHAT WE HAVE HERE?
18             MS. COPELAND:  WE'RE GETTING CLOSE.
19             MS. FERRELL:  IF ANDY AND I CAN'T FIGURE OUT THIS ONE
20 SENTENCE, PERHAPS WE WILL APPROACH THAT WITH THE COURT NEXT
21 WEEK.
22             MS. COPELAND:  WE HAVE AN OUTSTANDING ISSUE AS IT
23 RELATES TO ADDITIONAL CUSTODIAL FILES REQUESTS.
24             THE COURT:  OKAY.
25             MS. COPELAND:  THAT SAID, WE SPOKE TODAY, AND WE ARE

1  SPEAKING AGAIN NEXT WEEK TO HAVE A MEETING ON THE MINDS --
2  MEETING OF THE MINDS, IF YOU WILL, ON EXACTLY HOW MANY HAVE
3  BEEN REQUESTED BECAUSE WE ACTUALLY HAVE A DISAGREEMENT ON THAT.
4  AND I THINK WE JUST NEED TO MAKE SURE OUR NOTES MATCH UP, AND
5  THAT HONESTLY MAY BE A BYPRODUCT OF THE CHANGE IN COUNSEL.  I
6  DON'T KNOW.  BUT WE'RE GOING TO WORK OUT EXACTLY HOW MANY HAVE
7  BEEN REQUESTED AND EXACTLY HOW MANY WE ARE LOOKING FOR IN TERMS
8  OF THESE NEWLY IDENTIFIED CUSTODIANS.  SO WHAT I'M THINKING
9  WE'LL DO, YOUR HONOR, IS COME BACK TO YOU WITH THAT PROPOSAL.
10 SO ESSENTIALLY A FOLLOW-UP ON PLAINTIFFS' LETTER BRIEF BECAUSE,
11 AS I UNDERSTAND IT RIGHT NOW, THE DEFENDANTS ARE NOT HOLDING US
12 HARD AND HEAVY TO A 50, BUT WHAT THAT NUMBER LOOKS LIKE IS
13 SOMETHING THAT NEEDS TO BE DISCUSSED.
14         THE COURT:  AND I'LL SAY JUST AS A GENERAL IDEA, IS
15 THAT, I MEAN, IF THE NEED FOR MORE IS NECESSARY BECAUSE OF THE
16 WAY THAT PRODUCTION HAS HAPPENED, AND THERE IS A JUSTIFIABLE
17 EXPLANATION FOR THAT FROM THE PLAINTIFFS' PERSPECTIVE, IN OTHER
18 WORDS, WE NEED THIS ADDITIONAL ONE BECAUSE THIS HAPPENED, AND
19 NOW WE HAVE IDENTIFIED THIS PERSON AS SOMEONE WE DIDN'T KNOW OR
20 REALLY COULDN'T HAVE FOUND OUT ABOUT BEFORE, THAT'S MORE LIKELY
21 FOR ME TO ALLOW VERSUS, WE HAD A NUMBER SET, WE JUST WANT MORE.
22 AND SO I THINK HARD NUMBERS ARE ONE THING, BUT IT'S ALSO THE
23 CONTEXT OF HOW THEY COME UP AND WHY THEY'RE CHANGING THAT IS
24 ULTIMATELY MORE IMPORTANT TO ME IF I HAVE TO MAKE THE DECISION.
25 SO IT COULD BE THAT YOU CAN AGREE ON A HARD NUMBER, BUT IF YOU

1  CAN'T, FROM MY PERSPECTIVE IF THE PLAINTIFFS NEED MORE, THEN
2  IT'S GOING TO BE, WHY DO YOU NEED MORE?  WHY DO YOU NEED THIS
3  ONE?  WHY WAS THIS ONE NOT INCLUDED?  AND IF THAT MAKES SENSE,
4  AND THE ONES WEREN'T WASTED THAT WERE MADE EARLIER, THEN I'M
5  GOING TO MORE LIKELY ALLOW IT.  SO THAT'S KIND OF MY THOUGHT
6  PROCESS ON DEALING WITH THAT.  BECAUSE SOME THINGS HAVE CHANGED
7  IN THE WAY THAT DOCUMENTS HAVE BEEN PRODUCED AND REVIEWED AND
8  SUCH, SO I WOULD BE WILLING TO BE OPEN TO THAT IF IT IS TIED TO
9  THE PRODUCTION ISSUES.
10           MR. MORRIS:  CHRIS MORRIS, YOUR HONOR, FOR THE TEVA
11 DEFENDANTS.  SO, YES, WE'RE WILLING AND HAPPY TO MEET AND
12 CONFER WITH PLAINTIFFS ON SOME ADDITIONAL NUMBER OF CUSTODIANS,
13 AND WE'RE TRYING TO FIGURE THAT OUT, AND HOPEFULLY WE'LL WRAP
14 THAT UP NEXT WEEK.
15           THE COURT:  OKAY.  WELL, Y'ALL ARE DOING A LOT OF
16 HARD WORK, SO -- WHEN I SAID THAT Y'ALL MIGHT HAVE TO COME IN
17 PERSON, I HAD NO IDEA IT WAS THE FRIDAY BEFORE MEMORIAL DAY, SO
18 SORRY ABOUT THAT.
19           MS. COPELAND:  THANK YOU.
20           THE COURT:  BUT Y'ALL DID GET A LOT DONE, SO I WAS,
21 LIKE, OH, THAT WAS PROBABLY BAD OF ME, BUT THEY'RE GETTING A
22 LOT DONE, SO MAYBE IT WAS, LIKE, GENIUS.  I DON'T KNOW.  I
23 WASN'T GOING ANYWHERE, SO FROM THAT STANDPOINT I'M FINE.
24      ANYTHING ELSE?
25           MS. COPELAND:  TAR.

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT REPORTER FOR THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF GEORGIA, DO HEREBY CERTIFY THAT THE FOREGOING 22 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS HAD BEFORE THE SAID COURT, HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE 31ST DAY OF MAY 2024.

/S/ MONTRELL VANN
MONTRELL VANN, RPR, RMR, RDR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT