# EXHIBIT M

**Paragard Custodial File Summary as of 09/03/2024**

| Custodial File | Date Requested | Due Date | First Production Date | Last Production Date | Produced After Due Date |
|---|---|---|---|---|---|
| Mehs, Thomas | 12/28/2021 (via RFP 1) | 01/09/2023 | 6/13/2022 | 8/14/2024 | 21,363 documents 77,670 pages |
| Gates, Thomas | 12/28/2021 (via RFP 1) | 11/30/2022 | 6/13/2022 | 08/14/2014 | 23,327 documents 56,751 pages |
| Mulligan, Valerie | 09/26/2022 (during MC) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 909 documents 6,664 pages |
| Larijani, Susan | 09/26/2022 (during MC) | 01/09/2023 | 11/14/2022 | 08/08/2024 | 3,282 documents 9,121 pages |
| Wieslewski, Paul | 09/26/2022 (during MC) | 01/09/2023 | 6/13/2022 | 08/02/2024 | 385 documents 1,913 pages |
| Desai, Vrunda | 09/26/2022 (during MC) | 01/09/2023 | 10/21/2022 | 6/17/2024 | 66,339 documents 211,731 pages |
| Keller, James | 09/26/2022 (during MC) | 01/09/2023 | 10/21/2022 | 6/17/2024 | 47,965 documents 175,384 pages |
| ~~Tschamber, Gary~~ | | | | | |
| ~~Allan, Scott~~ | | | | | |
| Bonilla, David | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 4,980 documents 31,521 pages |
| Bonk, Kenneth | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 1,368 documents 5,672 pages |
| Chappell, Ali | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 08/02/2024 | 23,307 documents 56,825 pages |
| Colon, Mildred | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 08/02/2024 | 22,903 documents 73,170 pages |

| Gee, Donald | 10/26/2022 (via email) | 01/09/2023 | 1/10/2023 | 8/8/2024 | 1,386 documents 8,347 pages |
|---|---|---|---|---|---|
| Glennon, Timothy | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 7/22/2024 | 20,110 documents 55,535 pages |
| Liu, Siyu | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 4,140 documents 25,981 pages |
| ~~Olidapo, Anthony~~ | | | | | |
| ~~Ochana, Oli~~ | | | | | |
| Piper, Kenneth | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 5,456 documents 36,626 pages |
| Reape, Kathleen | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/2/2024 | 181 documents 849 pages |
| Rose, Erin | 10/26/2022 (via email) | 01/09/2023 | 1/8/2023 | 08/08/2024 | 2,489 documents 10,535 pages |
| Sheehan, Matt | 10/26/2022 (via email) | 01/09/2023 | 11/14/2022 | 8/8/2024 | 1,202 documents 4,632 pages |
| | | | | | |
| Angelo, Brenda | 02/02/2023 (via email) | 04/18/2023 | 2/6/2023 | 8/8/2024 | 843 documents 2,827 pages |
| | | | | | |
| Basczewski, Kathleen | 02/27/2023 (via email) | 05/15/2023 | 3/21/2023 | 8/8/2024 | 67 documents 381 pages |
| Topliff, Matthew | 02/27/2023 (via email) | 05/15/2023 | 5/26/2023 | 8/16/2024 | 6,788 documents 22,854 pages |
| Godshall, Joyce | 02/27/2023 (via email) | 05/15/2023 | 3/21/2023 | 8/8/2024 | 4,995 documents 34,003 pages |
| Heinrich, Russell | 02/27/2023 (via email) | 05/15/2023 | 5/26/2023 | 6/17/2024 | 1,981 documents 7,307 pages |
| Das, Ajaya | 02/27/2023 ((via email) | 05/15/2023 | 4/5/2023 | 8/8/2024 | 20,827 documents 67,029 pages |
| | | | | | |
| Schiliro, Mary | 04/21/2023 (via email) | 07/05/2023 | 7/7/2023 | 8/8/2024 | 9,195 documents 41,376 pages |

| Voliovitch, Hedva | 04/21/2023 (via email) | 07/05/2023 | 7/7/2023 | 8/8/2024 | 5,730 documents 53,714 pages |
|---|---|---|---|---|---|
| James, Leonard | 04/21/2023 (via email) | 07/05/2023 | 7/7/2023 | 8/2/2024 | 785 documents 6,195 pages |
|  |  |  |  |  |  |
| Howard, Brandon | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 7/7/2023 | 7/26/2024 | 7,993 documents 34,990 pages |
| McCarthy, Katie | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 7/7/2023 | 8/2/2024 | 2,751 documents 10,459 pages |
| Hobbs (Blythe), Renise | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 7/7/2023 | 8/2/2024 | 3,766 documents 15,187 pages |
| Peets, Ann | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 6/30/2023 | 6/17/2024 | 15,172 documents 36,800 pages |
| Zander, Judith | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 8/14/2023 | 8/2/2024 | 2,725 documents 24,449 pages |
| Johnson, Roaida | 05/23/2023 (via email) | 08/07/2023 (actual 8/6) | 6/30/2023 | 6/17/2024 | 5,764 documents 16,685 pages |
|  |  |  |  |  |  |
| Nicholas, Michael J | 06/06/2023 (via email) | 08/21/2023 | 7/7/2023 | 8/8/2024 | 409 documents 3,457 pages |
|  |  |  |  |  |  |
| Delahanty, Patrick | 09/15/2023 (via email) | 11/29/2023 | 9/29/2023 | 08/02/2024 | 364 documents 1,531 pages |
|  |  |  |  |  |  |
| Miley, Dennis | 10/03/2023 (via email) | 12/18/2023 | 11/28/2023 | 8/8/2024 | 539 documents 2,877 pages |
|  |  |  |  |  |  |
| Avidan, Hila | 05/15/2024 (via email) | 07/29/2024 | 3/14/2024 | 8/8/2024 | 112 documents 486 pages |
| Cullen, Valerie | 05/15/2024 (via email) | 07/29/2024 | 7/12/2024 | 07/22/2024 | NA |
| Elbaz, Eric | 05/15/2024 (via email) | 07/29/2024 | 3/14/2024 | 8/8/2024 | 80 documents 249 pages |

| Hall, Matt | 05/15/2024 (via email) | 07/29/2024 | 7/12/2024 | 8/8/2024 | 5 documents 25 pages |
|---|---|---|---|---|---|
| Paolucci, Carolyn | 05/15/2024 (via email) | 07/29/2024 | 6/17/2024 | 08/02/2024 | 2 documents 2 pages |
| Spotts, Kimberly | 05/15/2024 (via email) | 07/29/2024 | 7/12/2024 | 8/8/2024 | 19 documents 96 pages |
| | | | | | |
| D'Angelo, Cynthia | 07/22/2024 (via email) | 10/07/2024 (actual 10/5) | 7/12/2024 | 08/02/2024 | NA |
| Kawadgiri, Hermant | 07/22/2024 (via email) | 10/07/2024 (actual 10/5) | N/A | NA | NA |
| Donnelly, Matt | 07/22/2024 (via email) | 10/07/2024 (actual 10/5) | N/A | NA | NA |
| Kennedy, Charles | 07/22/2024 (via email) | 10/07/2024 (actual 10/5) | N/A | NA | NA |
| Harle, Richard | 07/22/2024 (via email) | 10/07/2024 (actual 10/5) | 7/12/2024 | 08/08/2024 | NA |
| | | | | | |
| Wackenhut, Judy | 08/09/2024 (via email) | 10/23/2024 | NA | NA | NA |