# EXHIBIT N

| | |
|---|---|
| **From:** | Fitzpatrick, Fidelma |
| **To:** | Chris Morris |
| **Cc:** | Pamela Ferrell; Erin Copeland; Holcomb, Laura; Hermiz, Kristen M. |
| **Subject:** | RE: Eric Elbaz [IWOV-BUTLERSNOW.FID8096744] |
| **Date:** | Thursday, August 8, 2024 1:03:13 PM |
| **Attachments:** | image001.png |

Thanks Chris. Will discuss with my side but in the meantime, we would like to know that this was not a problem across the entire new production. We have no reason to believe that it was limited to the Elbaz and Avidan files, although those are the first where we noticed the issue. Can you please review the additional documents that were redacted / withheld in the same way and let us know if there are other documents that were miscoded. Thanks.



**Fidelma Fitzpatrick**
**Attorney at Law**

40 Westminster St., 5th Fl, Providence, RI 02903
**o.** 401.457.7728
ffitzpatrick@motleyrice.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Thursday, August 8, 2024 12:47 PM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; EKC <ecopeland@fibichlaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** Re: Eric Elbaz [IWOV-BUTLERSNOW.FID8096744]

CAUTION:EXTERNAL

Fidelma,

We have determined that the attachments referenced in par. #1, were inadvertently miscoded in the document review process. This will be corrected in a supplemental production, which we expect to be ready today. Per your request, we reviewed the other Elbaz and Avidan documents that had been recently withheld. We expect to produce a small number of these documents today as well. We are still working with the technical team to investigate the issue you raised in #2, but we plan to circle back with you soon.

Best,

**Christopher D. Morris**
**Butler Snow LLP**

D: 601-985-4437 | C: 769-226-3307| F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

On Aug 6, 2024, at 2:12 PM, Chris Morris <Chris.Morris@butlersnow.com> wrote:

Hi Fidelma,

Almost, but not quite. We plan to circle back with you by Friday, but we'll do our best to wrap this up before then.

Best,

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Sent:** Tuesday, August 6, 2024 12:41 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; EKC <ecopeland@fibichlaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** RE: Eric Elbaz [IWOV-BUTLERSNOW.FID8096744]

Chris – are you in a position to circle back on this issue?  Let me know when you can chat.

### Fidelma Fitzpatrick
**Attorney at Law**

40 Westminster St., 5th Fl, Providence, RI 02903
**o.** 401.457.7728
ffitzpatrick@motleyrice.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>

**Sent:** Thursday, August 1, 2024 6:25 PM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; EKC <ecopeland@fibichlaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** RE: Eric Elbaz [IWOV-BUTLERSNOW.FID8096744]

CAUTION:EXTERNAL

Fidelma,

Thanks for the well-wishes. I'm not 100% yet, but I'm recovering. We will dig into the questions/issues raised in your email below. In the meantime, I wanted to let you know that all the documents attached as children to MDL2974TWHLLC01458608 and MDL2974TWHLLC01458860 (but withheld) were produced elsewhere in the production. For your ease of reference, here are two charts with the Bates numbers for where you can find these documents:

| MDL2974TWHLLC01458608 (all contained within the document beginning with MDL*2974*TWHLLC594102) |
| --- |
| MDL2974TWHLLC594161 |
| MDL2974TWHLLC594162 |
| MDL2974TWHLLC594163 - 65 |
| MDL2974TWHLLC594166 - 68 |
| MDL2974TWHLLC594169 |
| MDL2974TWHLLC594170 - 71 |
| MDL2974TWHLLC594172 - 73 |
| MDL2974TWHLLC594158 |

| MDL2974TWHLLC01458860 |
| --- |
| MDL2974TWHLLC01457872 - 89 |
| MDL2974TWHLLC01445650 - 60 |
| MDL2974TWHLLC01190203 |
| MDL2974TWHLLC01445469 |

Best,

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com| vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Sent:** Thursday, August 1, 2024 2:25 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; EKC <ecopeland@fibichlaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>
**Subject:** RE: Eric Elbaz

Chris – Hope you are feeling better and made it back home.

While we have only been able to do a preliminary review, there are two immediate issues we are noting from the Avidan and Elbaz custodial files.

- 111 Relevant documents have been withheld as non-responsive. See attached MDL2974TWHLLC01458608 and MDL2974TWHLLC01458860 as examples. As to these, we put in quite a bit of work to reconstruct the withheld attachments based on filenames and can confirm that they are highly relevant.  However, we should not have to undertake this task ; all emails and their attachments – all of which are relevant to the audit conducted by Dr. Cobert – should have been produced as maintained in the ordinary course of business.  I would ask that within the next 7 days you re-review all withheld attachments across the new productions to make sure that others are not similarly withheld.  Also, let's talk about what happened here and how these came to be withheld – I want to understand the process so we can trouble shoot a solution.

- 111 The second issue is documents that obviously should be found in the Elbaz custodial file, including emails from Eric Elbaz to others, were produced from Hila Avidan's custodial file, but not from Eric Elbaz's custodial file. See attached screenshots "Elbaz email in Avidan file" and "Screen shot of search in Elbaz." Since relevant emails were not produced from his file, it brings into question as to the completeness of the production of his custodial files – what other relevant documents were not produced to us.  These again are just examples but

should be sufficient to start a discussion.

Let me know when we can connect on these issues.

Thanks.

---

**Fidelma Fitzpatrick**
**Attorney at Law**

40 Westminster St., 5th Fl, Providence, RI 02903
**o.** 401.457.7728
ffitzpatrick@motleyrice.com

---

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Wednesday, July 31, 2024 11:21 AM
**To:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>
**Subject:** Eric Elbaz

CAUTION:EXTERNAL

Hi Fidelma,

I wanted to send you a separate note on Eric Elbaz before it slips my mind. If you could send me examples of the documents you referenced and a brief description of what the issue(s) are, then I will dig into this further for you.

Best,

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.