# EXHIBIT O

| | |
|---|---|
| **From:** | Chris Morris |
| **To:** | Erin Copeland; Suzanne Smith; Teresa Kapelle; Tim Porter; C. Andrew Childers; Nicole Berg; Rob Hammers; Fitzpatrick, Fidelma; Ed Wallace; Hermiz, Kristen M.; Patrick Luff; Holcomb, Laura; Jennifer Hoekstra; Suzanne Smith |
| **Cc:** | Pamela Ferrell; "nga@gtlaw.com"; "CohenL@gtlaw.com"; Caroline D. Walker; Rock Taveau |
| **Subject:** | RE: Paragard - PROD083 - Additional Elbaz Documents [IWOV-BUTLERSNOW.FID8096744] |
| **Date:** | Thursday, September 5, 2024 8:50:42 AM |
| **Attachments:** | image001.png |

Yes, the custodians who are potentially impacted are Avidan, Cullen, Elbaz, Hall, Paolucci, and Spotts. As I understand it, when the vendor was pulling the documents into the review workstream, it inadvertently filtered out some documents that should have been included. The audit/investigation is still underway, but it appears that the error was limited to just that one production.

Thanks,

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Wednesday, September 4, 2024 4:38 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>; Suzanne Smith <ssmith@portermalouf.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Tim Porter <Tporter@portermalouf.com>; C. Andrew Childers <achilders@cssfirm.com>; Nicole Berg <ncb@kellerpostman.com>; Rob Hammers <rob@schneiderhammers.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Ed Wallace <eaw@wallacemiller.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Patrick Luff <luff@lufflaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>; Jennifer Hoekstra <JHoekstra@awkolaw.com>; Suzanne Smith <ssmith@portermalouf.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Rock Taveau <Rock.Taveau@butlersnow.com>
**Subject:** Re: Paragard - PROD083 - Additional Elbaz Documents [IWOV-BUTLERSNOW.FID8096744]

Thanks Chris. (1) Can you please tell us who the other custodians are that are impacted by this vendor error? (2) Can you provide us with any further insight into what the error was? (3) Have you investigated whether that same problem occurred with any prior custodial file productions?

### Erin Copeland

**Fibich, Leebron, Copeland & Briggs**
ecopeland@fibichlaw.com

**From:** Chris Morris <Chris.Morris@butlersnow.com>
**Sent:** Wednesday, September 4, 2024 3:41 PM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Suzanne Smith <ssmith@portermalouf.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Tim Porter <Tporter@portermalouf.com>; C. Andrew Childers <achilders@cssfirm.com>; Nicole Berg <ncb@kellerpostman.com>; Rob Hammers <rob@schneiderhammers.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Ed Wallace <eaw@wallacemiller.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Patrick Luff <luff@lufflaw.com>; Holcomb, Laura <lholcomb@motleyrice.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>; 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Rock Taveau <Rock.Taveau@butlersnow.com>
**Subject:** Paragard - PROD083 - Additional Elbaz Documents [IWOV-BUTLERSNOW.FID8096744]

Erin,

Here is the production link for additional Elbaz documents (TEVAMDL2974-PROD083):

> https://link.edgepilot.com/s/1163e08c/pRnKFz-0wkyHJ-udUOXh1g?u=https://ftpus.consilio.com/public/file/wo3ljou_f0mfokcgfiq2sq/TEVAMDL2974-PROD083.zip

I will send a separate email with the password. When we qc'ed this production we came across what we thought was an irregularity, so we asked the document vendor to investigate. The vendor was able to confirm that it made an error when it was moving data over to be processed. This error led to some documents not being processed. Some of the documents are for Elbaz and some are for other custodians. Those documents are going through the review process right now, and we will produce any additional responsive materials next week. We do not yet know what the number of additional documents will be, except that it appears at this point to be less than 1,500. We instructed the vendor to conduct an audit to ensure that the irregularity we found did not occur with respect to other custodians.

**Christopher D. Morris**

**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.