IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | This Document Relates to All Cases |

## PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE THE ORAL DEPOSITION OF DR. BARTON COBERT AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Barton Cobert, MD, FACP, FACG, FFPM. The deposition will take place beginning at 9:30 AM EST on November 25, 2024 at Neuberger Quinn Gielen Rubin Gibber P.A., One South Street, 27th Floor, Baltimore, MD 21202, before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time and location negotiated by the parties. The deposition, if not completed on the specified date, will continue on a mutually agreeable date from day-to-day, excluding Saturdays, Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P.32(a).

Pursuant to Fed. R. Civ. P.34, the deponent is requested to produce within

thirty (30) days of service of this notice and, thereafter, supplement on or before the deposition date the following documents:

## **REQUEST FOR PRODUCTION**

1. All documents, records, information, communications, or other materials in your possession related to Paragard.

2. All documents, records, information, communications, or other materials in your possession related to the pharmacovigilance audit you and/or BLCMD Associates performed for Teva Pharmaceuticals in 2010 and/or 2011.

3. Any and all agreements between you and/or BLCMD Associates and any Teva entity, including but not limited to Teva Pharmaceuticals.

4. All documents, records, information, communications, or other materials reviewed and/or requested by you in preparation for deposition.

5. All documents the deponent creates (or are created on his behalf) in preparation for this deposition.

6. A copy of any and all prior testimony given by Deponent including, but not limited to, deposition testimony, trial testimony, and/or FDA testimony (if applicable).

7. Deponent's most current CV and/or resume.

Dated: September 9, 2024

    ***s/Erin Copeland***

Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND
&  BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Plaintiffs' Lead Counsel*

*/s/ Fidelma L. Fitzpatrick*

Fidelma L. Fitzpatrick
Rhode Island Bar No. 5417
**Motley Rice, LLC**
55 Cedar St. Ste. 100
Providence, RI 02903
tel: 401.457.7728
fax: 401.374.7685
ffitzpatrick@motleyrice.com

*/s/ **Kristen Hermiz***

Kristen Hermiz
SC No. 100482
**Motley Rice, LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel: (843) 216-9390
Fax: (843) 216-9450
khermiz@motleyrice.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2024 Plaintiffs' Second Amended Notice of Deposition of Barton Cobert and Request for Production of Documents was served electronically on Mr. Cobert's counsel, Nathan Adler, and Defendants via their lead and liaison counsel.

Dated: September 9, 2024

*/s/ Erin Copeland*
Erin Copeland
Tx Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet St.
Houston, TX 77005
Telephone: (713) 751-0025
Facsimile: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Plaintiffs' Lead Counsel*