IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974 <br> ) Case No. 1:20-md-02974-LMM <br> ) <br> ) This Document Relates <br> ) To All Cases |

# AMENDED CROSS-NOTICE OF PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE ORAL DEPOSITION OF DR. BARTON COBERT

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the following deposition will be taken in connection with *In re: ParaGard IUD Products Liability Litigation*, MDL 2974, United States District Court, Northern District of Georgia, Atlanta Division, upon oral examination at the time and location listed below. A copy of the second amended notice of deposition is attached hereto as Exhibit "A".

| **Deponent** | **Date and Time** | **Location** |
|---|---|---|
| Dr. Barton Cobert | November 25, 2024 at 9:30 a.m. Eastern Standard Time | Neuberger Quinn Gielen Rubin Gibber P.A. One South Street, 27th Floor Baltimore, MD 21202 |

PLEASE TAKE FURTHER NOTICE that in accordance with Fed. R. Civ. P. 30 and the procedures set forth in *In re: ParaGard IUD Products Liability Litigation*, MDL 2974, Defendants Teva Branded Pharmaceutical Products R&D, Inc., Teva Pharmaceutical USA, Inc., and Teva Women's Health, LLC hereby

1

cross-notice this deposition for any and all purposes permitted by the Federal Rules of Civil Procedure and the rules of the MDL Court and any other state or local rules that apply to this action.  Defendants Teva Branded Pharmaceutical Products R&D, Inc., Teva Pharmaceutical USA, Inc., and Teva Women's Health, LLC further state that this deposition shall be conducted in accordance with and subject to the Agreed Protective Order, (attached as Exhibit "B", "the "Protective Order") entered in *In re: ParaGard IUD Products Liability Litigation,* MDL 2974, which may be accessed at https://www.gand.uscourts.gov/20md2974/orders-and-opinions.

This deposition will be taken before a person authorized by law to administer oaths.  When available, opposing counsel may participate in the above-noticed deposition via teleconference.  All participants must state their name for the record, and receive confirmation from the court reporter that they have been identified, before the deposition begins.  In addition, any participants who are not already parties to the Agreed Protective Order must sign Exhibit "A" to the Protective Order or acknowledge same on the record before the deposition begins.

Dated:  September 10, 2024

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel: (601) 985-4437
Fax: (601) 985-4500
Email: chris.morris@butlersnow.com

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
1170 Peach Street, NE
Atlanta, GA 30309
Tel: (678) 515-5011
Fax: (678) 515-5001
Email: Pamela.Ferrell@butlersnow.com

***Co-Lead Counsel for Teva Defendants***

3

## CERTIFICATION OF SERVICE

I hereby certify that on September 10, 2024, Defendants' Amended Cross-Notice of Plaintiff's Second Amended Notice to Take Oral of Deposition of Dr. Barton Cobert was served electronically on all counsel of record.

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS 39157
Tel: (601) 985-4437
Fax: (601) 985-4500
Email: chris.morris@butlersnow.com

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
1170 Peach Street, NE
Atlanta, GA 30309
Tel: (678) 515-5011
Fax: (678) 515-5001
Email: Pamela.Ferrell@butlersnow.com

*Co-Lead Counsel for Teva Defendants*

## **CERTIFICATE OF COMPLIANCE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 10th day of September, 2024.

/s/ Christopher D. Morris
Christopher D. Morris
