# EXHIBIT 3



January 12, 2023

**VIA E-MAIL**: Brittany_Poley@gand.uscourts.gov

Honorable Leigh Martin May
United States District Court
Northern District of Georgia
2167 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA  30303

Re:   *In Re Paragard IUD Products Liability Litigation*
      Case No. 1:20-md-2974-LMM

Dear Judge May:

Plaintiffs write to request the Court's intervention regarding the late and incomplete production of the custodial files of Thomas Mehs and Jennifer Gates.  As Your Honor is aware, after multiple extensions, the Court ordered the final production of these custodial files to occur on or before November 30, 2022.[1]  (Nov. 21, 2022 CMO Regarding Custodial File Production at ¶ 1.)  Despite the Court's clear directive, on January 6, 2023, just hours after our Status Conference with the Court, Defendants produced 23,000 additional documents (comprised of approximately 128,000 pages) that were housed in Thomas Mehs' laptop computer. Rather than being a small supplemental production, Defendants' January 6, 2023 production constitutes approximately sixteen percent (16%) of the total volume of Mr. Mehs' custodial file.[2]  To put it into perspective, in the time since the Court-ordered deadline for complete production passed, Defendants have produced approximately **76 banker's boxes** of Mehs and Gates custodial documents.

On January 11, 2023 at 10:45 pm EST, Defendants confirmed that the custodial files for Mr. Mehs and Ms. Gates remain incomplete, and indicated that additional documents will be produced in the coming days.  Defendants also confirmed that the Mehs and Gates custodial file privilege logs, which were due on December 30, 2022 per this Court's Order (Nov. 21, 2022 CMO Regarding Custodial File Production at ¶ 1), are also incomplete and that they will not be provided to Plaintiffs until late February, which is *after* the latest dates offered to Plaintiffs to depose these two witnesses.

---

[1] At the October 25, 2022 status conference, the Court ordered November 15, 2022 as the "drop dead" date for production of these files. *See* October 25, 2022 Status Conference Tr. at pp. 30-31.
[2] After the November 30, 2022 final production deadline, Defendants continued to produce voluminous material from both the Mehs/Gates files throughout the month of December 2022.



January 12, 2023
Page 2

As described more fully herein, Plaintiffs ask that the Court grant the following relief, and we stand ready to discuss same with the Court as soon as possible:

1. Order Defendants to provide Plaintiffs an accounting of the complete volume of documents (both by document count and number of pages) that remain to be produced from Mr. Mehs' and Ms. Gates' custodial files no later than January 14, 2023;

2. Order Defendants to provide Plaintiffs and the Court with a date certain for the completion of the Mehs and Gates custodial file productions;

3. Order Defendants to provide attorney certification that the productions of the Mehs and Gates custodial files are complete;[3]

4. Order Defendants to produce the corresponding privilege logs for the Mehs and Gates custodial files within seven days;

5. Order that Defendants produce Mr. Mehs on *at least* two non-sequential days for his deposition and produce and Ms. Gates on *at least* two non-sequential days for her deposition, and require that they provide dates certain for each set of depositions; and

6. Order that once the depositions of Mr. Mehs and Ms. Gates commence, neither the Defendants nor any of their attorneys are permitted to communicate with these witnesses until direct examination by the Plaintiffs is complete.

**Plaintiffs' Requested Relief Is Reasonable**

The timeline of events relevant to Plaintiffs' request is as follows:

| | |
|---|---|
| December 22, 2021 | Plaintiffs Request the Custodial Files for Mr. Mehs and Ms. Gates as part of RFP 1 |
| January 20, 2022 | The Court grants Defendants' request for an extension of time to respond to Plaintiffs' RFP 1 (*See* January 20, 2022 Status Conference Tr. at pp. 13, 19-20.) |
| March 7, 2022 | Court ordered deadline for Defendants to respond to RFP 1 |
| June 13, 2022 | Defendants' first custodial file production for Mr. Mehs and Ms. Gates is transmitted to Plaintiffs |
| June-September 2022 | Additional rolling productions of Mr. Mehs' and Ms. Gates' custodial files are transmitted to Plaintiffs |

---

[3] Defense counsel has represented to both Plaintiffs' counsel and the Court on multiple occasions that the Mehs and Gates custodial file productions were near completion. *See e.g.* September 27, 2022 Status Conference Tr. at pp. 7-8, and October 25, 2022 Status Conference Tr. at p. 29.



| September 27, 2022 | Counsel for Defendants represents to the Court and Plaintiffs that the custodial file production for Mr. Mehs and Ms. Gates is substantially complete. (Sept. 27, 2022 Status Conference Tr. at pp. 7-8). |
|---|---|
| October 19, 2022 | Plaintiffs serve Defendants with notices to depose Mr. Mehs and Ms. Gates on November 18, 2022. |
| October 25, 2022 | Counsel for Defendants represents to the Court and Plaintiffs that the custodial file productions for Mr. Mehs and Ms. Gates are nearly complete, and will be completed by the end of November 2022. (Oct. 25, 2022 Status Conference Tr. at p. 29.)<br><br>The Court orders the Mehs and Gates productions to be complete on or before November 15, 2022. (Oct. 25, 2022 Status Conference Tr. at p. 30 ["I'll give you 21 more days to get that done, and that's your drop-dead date. This has been out there percolating for a long time, we we've got to get that done. So 21 days from today drop-dead to have those productions made."].) |
| October 2022 | Plaintiffs withdraw deposition notices of Mehs and Gates due to extended document production deadline.<br><br>Additional rolling production of Mr. Mehs' and Ms. Gates' custodial files continues. |
| November 15, 2022 | Court-ordered deadline for complete production of the Mehs and Gates custodial files.<br><br>Defendants disclose in a meet and confer that there are additional documents found in boxes and laptops that have not been produced for both Mr. Mehs and Ms. Gates. |
| November 18, 2022 | Counsel for Defendants again represents to the Court and Plaintiffs that the custodial file production for Mr. Mehs and Ms. Gates is substantially complete, with the exception of some hard copy materials that would be produced the following week, as well as some laptop productions that would be complete by the end of November. (Nov. 18, 2022 Status Conference Tr. at 7-9). |
| November 21, 2022 | The Court orders Defendants to "complete production of the custodial files from all relevant Defendants for Thomas Mehs and Jennifer Gates on or before November 30, 2022. Privilege logs for both files will be completed by all relevant Defendants and produced to Plaintiffs on or before December 30, 2022."].) (November 21, 2022 CMO Regarding Custodial Files). |



January 12, 2023
Page 4

| December 2022 | Defendants produce 21,232 additional documents from Mr. Mehs' custodial file and 5,740 additional documents from Ms. Gates' custodial file. |
|---|---|
| January 6, 2023 | Defendants produce an additional 21,300 documents (consisting of approximately 128,000 pages) from Mr. Mehs' custodial file and indicate that the Mehs privilege log will not be produced until late February 2023. |
| January 11, 2023 | Defendants inform Plaintiffs that the Mehs and Gates custodial productions are still not complete. |

      To date, Plaintiffs have not received what the Court ordered Defendants to produce in November—the complete relevant custodial file material from Thomas Mehs and Jennifer Gates and the privilege logs for such productions.  On January 10, 2023, Plaintiffs notified Defendants of their intent to seek from the Court the relief requested above if Defendants would not agree to such relief.  On January 11, 2023, Defendants declined to agree to cure the prejudice to the Plaintiffs from their non-compliance with the Court's orders, and alerted the Plaintiffs to the fact that the Mehs and Gates custodial productions are still not complete.

      Plaintiffs believe that the above requested relief is reasonable and proportional based upon Defendants' ongoing pattern of deficient and delayed productions, as well as their inconsistent representations to the Court and to Plaintiffs regarding the status of these productions.  Plaintiffs appreciate the Court's attention to these matters and look forward to discussing them with the Court at its earliest convenience.

      Respectfully submitted,

      */s/ C. Andrew Childers*

      C. Andrew Childers
      Plaintiffs' Liaison Counsel

cc:  Fred Erny, Esq.
    Gina Saelinger, Esq.
    Allison Ng, Esq.
    Plaintiffs' Executive Committee