# EXHIBIT 7

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT. OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED WITH THE COURT.

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF GEORGIA
                             ATLANTA DIVISION



IN RE: PARAGARD IUD          )
PRODUCTS LIABILITY           )
LITIGATION                   )
                             )           DOCKET NUMBER
                             )           1:20-MD-2974-LMM
                             )
                             )           ATLANTA, GEORGIA
                             )             JUNE 12, 2023
                             )
                             )
_____)



              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
                 BEFORE THE HONORABLE LEIGH MARTIN MAY,
                      UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:           ANDREW CHILDERS
                             CHILDERS, SCHLUETER & SMITH, LLC
                             ATLANTA, GEORGIA 30319

                             ERIN COPELAND
                             FIBICH, LEEBRON, COPELAND & BRIGGS
                             HOUSTON, TEXAS  77005



             (APPEARANCES CONTINUED ON THE NEXT PAGE.)



               MECHANICAL STENOGRAPHY OF PROCEEDINGS
              AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY

OFFICIAL COURT REPORTER:     MONTRELL VANN, RPR, RMR, RDR, CRR
                             2160 UNITED STATES COURTHOUSE
                             75 TED TURNER DRIVE, SOUTHWEST
                             ATLANTA, GEORGIA  30303
                             (404)215-1549
```

APPEARANCES CONTINUED

FOR THE PLAINTIFF:  FIDELMA FITZPATRICK & KRISTEN HERMIZ
                    MOTLEY, RICE, LLC
                    PROVIDENCE, RHODE ISLAND  02903

                    EDWARD WALLACE
                    WALLACE, MILLER
                    CHICAGO, ILLINOIS  60606

                    LEE FLOYD
                    BREIT, BINIAZIN
                    RICHMOND, VIRGINIA  23223

FOR THE DEFENDANT:  FREDERICK ERNY & GINA SAELINGER
                    ULMER & BERNE, LLP
                    CINCINNATI, OHIO  45202

                    ALLISON NG
                    GREENBERG, TRAURIG
                    ATLANTA, GEORGIA  30305

```
 1   WHICH WOULD BE ABOUT THE DETAILS OF THE R.F.P. FOUR WHICH IS
 2   THE INTERRELATIONSHIP BETWEEN THESE ENTITIES.
 3           THE COURT:  I DON'T REALLY WANT TO TALK ABOUT THE
 4   DETAILS OF THE R.F.P. YET.
 5           MS. FITZPATRICK:  OKAY.
 6           THE COURT:  BECAUSE I HAVE SOME CONCERNS THAT THAT
 7   MAY BE NOT THE BEST WAY TO HANDLE THIS.
 8           MS. FITZPATRICK:  OKAY.
 9           THE COURT:  WHY DON'T WE DO THIS.  LET ME HEAR FROM
10   DEFENSE COUNSEL AS TO WHAT YOU'VE JUST SAID, AND LET ME KIND OF
11   START A DISCUSSION ABOUT THAT.
12      SO WHO WAS GOING TO RESPOND TO THAT FROM THE DEFENSE SIDE?
13           MR. ERNY:  MS. NG WILL.
14           MS. NG:  YOUR HONOR, ALLISON NG FOR THE DEFENDANTS.
15   AND I DON'T -- I THINK THAT WE'VE BEEN VERY TRANSPARENT ABOUT
16   HOW WE'RE PRODUCING DOCUMENTS FROM DAY ONE.  WE'VE TOLD THEM
17   THAT WE'RE SEARCHING THROUGH -- YOU KNOW, REGARDLESS OF WHETHER
18   IT'S A NON-PARTY TEVA ENTITY OR IT'S A, YOU KNOW, TEVA R.N.D.
19   OR TEVA WOMEN'S HEALTH OR TEVA U.S.A.  IF WE HAVE ACCESS TO A
20   DOCUMENT, WE WILL PRODUCE IT THROUGH T.W.H., TEVA WOMEN'S
21   HEALTH.  AND I DON'T KNOW THAT I'VE -- YOU KNOW, AND
22   FRED AND -- MR. ERNY AND MS. SAELINGER CAN CORRECT ME IF I'M
23   WRONG, BUT I DON'T THINK THAT THERE'S EVER BEEN OBJECTION TO
24   THE WAY THAT WE'RE PRODUCING DOCUMENTS.  WE'RE NOW MILLIONS OF
25   PAGES INTO PRODUCING, YOU KNOW, DOCUMENTS, AND WE CONTINUE TO
```

C E R T I F I C A T E

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF GEORGIA

    I, MONTRELL VANN, RPR, RMR, RDR, CRR, OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA, DO HEREBY CERTIFY THAT THE FOREGOING 63 PAGES CONSTITUTE A TRUE TRANSCRIPT OF PROCEEDINGS HAD BEFORE THE SAID COURT, HELD IN THE CITY OF ATLANTA, GEORGIA, IN THE MATTER THEREIN STATED.

    IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND ON THIS, THE 21ST DAY OF JUNE 2023.

/S/ MONTRELL VANN
MONTRELL VANN, RPR, RMR, RDR, CRR
OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT