IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | This Document Relates to All Cases |

## <u>RULE 5.4 CERTIFICATE OF SERVICE</u>

NOW COME Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc., by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc.'s Objections and Responses to Plaintiffs' Third Request for Admission and Sixth Request for Production** upon all appropriate parties.

Respectfully submitted this 16th day of September, 2024.

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
*Co-Lead Counsel for The Teva Defendants*

1

*/s/ Pamela L. Ferrell*
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peach Street NE
 Suite 1900
Atlanta, GA 30309
 Telephone: (678) 515-5011
 Pamela.ferrell@butlersnow.com
***Co-Lead Counsel for The Teva***
***Defendants***

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
 Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com
nga@gtlaw.com
***Co-Liaison Counsel for***
***Defendants***

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 16th day of September, 2024.

<i>/s/ Christopher D. Morris</i>
Christopher D. Morris
Mississippi Bar No. 102981

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 16th day of September, 2024, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

<i>/s/ Christopher D. Morris</i>
Christopher D. Morris
Mississippi Bar No. 102981