IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

## **RULE 5.4 CERTIFICATE OF SERVICE**

NOW COME Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc., by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc.'s Objections and Responses to Plaintiffs' Fourth Request for Admission and Seventh Request for Production** upon all appropriate parties.

Respectfully submitted this 17th day of September, 2024.

>  */s/ Christopher D. Morris*
> Christopher D. Morris
> Butler Snow LLP
> Mississippi Bar No. 102981
> 1020 Highland Colony Parkway
> Ridgeland, MS 39158
> Telephone: (601) 985-4437
> chris.morris@butlersnow.com
> ***Co-Lead Counsel for The Teva Defendants***

<u>/s/ Pamela L. Ferrell</u>
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peach Street NE
Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5011
Pamela.ferrell@butlersnow.com
***Co-Lead Counsel for The Teva Defendants***

<u>/s/ Lori G. Cohen</u>
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com
nga@gtlaw.com
***Co-Liaison Counsel for Defendants***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 17th day of September, 2024.

/s/ Christopher D. Morris
Christopher D. Morris
Mississippi Bar No. 102981

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2024, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

/s/ Christopher D. Morris
Christopher D. Morris
Mississippi Bar No. 102981