# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL DOCKET NO. 2974<br><br>Case No. 1:20-md-02974-LMM<br><br>This Document Relates To All Cases |

## STIPULATED PROTOCOL FOR THE REVIEW OF SELECT HARDCOPY MATERIALS

Plaintiffs and Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc. ("Defendants") stipulate and agree as follows:

1. Plaintiffs' counsel and their support staff will not photocopy, photograph, or reproduce by any other means any document or portion of any document contained in these boxes.

2. Plaintiffs' counsel and their support staff will make no notes or in any other manner summarize or memorialize the contents of any documents in these boxes that do not relate to Paragard.

3. Plaintiffs' counsel and their support staff will return all documents from each box to the same box in which they were originally located before review and that they will replace all documents in each box in their original order and condition after review.

4. If Plaintiffs identify any documents that they believe are relevant and responsive to discovery sought in this litigation, they will flag these documents before returning the documents to their respective boxes. The parties will raise any disputes over the relevancy or responsiveness of these documents with the Court.

5. The documents in these boxes are not being produced at this time, but Plaintiffs agree that their confidentiality will be maintained in accord with the Parties' Agreed Protective Order. [Doc. 36]. Plaintiffs' counsel and their support stuff will not use either the documents reviewed or information obtained through this process in any other litigation. The parties agree that Judge Leigh Martin May will resolve any disputes about any failure to abide by the Confidentiality Order as to these documents.

**IN WITNESS WHEREOF**, the Parties hereto have caused this Stipulation to be executed, by their duly authorized attorneys, as of September 27, 2024.

*/s/ Erin Copeland*
Erin Copeland
Texas Bar No. 24028157
Fibich Leebron Copeland & Briggs
1150 Bissonnet Street
Houston, TX 77005
Telephone: (713) 751.0025
Email: ecopeland@fibichlaw.com

**Lead Counsel for Plaintiffs**

*/s/ C. Andrew Childers*
C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Rd., Suite 100
Atlanta, GA 30319
Tel: (404) 419-9500
Fax: (404) 419-9501
AChilders@cssfirm.com

**Liaison Counsel for Plaintiffs**

*/s/ Pamela L. Ferrell*
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 569713
1170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5011
pamela.ferrell@butlersnow.com

***Co-Lead Counsel for the***
***Teva Defendants***

*/s/ Caroline D. Walker*
Caroline D. Walker, Esq.
Butler Snow LLP
Alabama Bar No. ASB-3439-B10T
One Federal Place
Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2220
caroline.walker@butlersnow.com

***Co-Lead Counsel for the***
***Cooper Defendants***

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com
nga@gtlaw.com

***Co-Liaison Counsel for Defendants***