IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974 |
| | | 1:20-MD-02974-LMM |
| | | **This Document relates to All Cases** |

## ORDER

The Court has reviewed the parties' submissions regarding a scheduling order in this case. Defendants are requesting that bellwether discovery proceed on a parallel track with general discovery and have proposed a scheduling order to govern this discovery. In opposition, Plaintiffs raise issues with Defendants' compliance with its own discovery obligations. Although the Court is mindful of Defendants' role in delaying the close of discovery, the Court will allow bellwether discovery to proceed on a parallel track. Plaintiffs are to provide their own proposed scheduling order for conducting this discovery with the understanding that it will not be delayed as Plaintiffs request. That way, we will be closer to scheduling the bellwether trials and ultimately finalizing discovery.

As to the issues Plaintiffs raise as to Defendants' discovery obligations, these are all serious issues that that the Court will address. The Court is willing to require Defendants to certify completion of all outstanding discovery no later than March 15, 2025, as Plaintiffs request. The Court is also willing to schedule a case management conference in January 2025 to assess Defendants' compliance

with the March 15, 2025 deadline. It is unclear as to what Defendants' opposition is to these requests. Given that there is some time before these deadlines, the Court will hear from Defendants as to their opposition to these requests at the next discovery conference. As to the issues Plaintiffs raise with the custodial file productions, it is unclear as to whether there is any issue for the Court to address at this time.

**IT IS SO ORDERED** this 11th day of October, 2024.

**Leigh Martin May**
**United States District Judge**