IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following entity:

**Lachman Consultant Services Inc.**
**c/o C T Corporation System**
**28 Liberty Street**
**New York, NY 10005**

who is a nonparty in this lawsuit for the production of documents as specified in Attachment A included with the subpoena. Full and complete copies of said subpoena and attachment are being provided concurrent with this notice.

DATED:  October 17, 2024           */s/ R. Andrew Jones*
                                    R. Andrew Jones (*pro hac vice*)
                                    Stephen Hunt, Jr. (*pro hac vice*)
                                    CORY WATSON, P.C.
                                    2131 Magnolia Avenue South
                                    Birmingham, AL 35205
                                    Telephone: (205) 328-2200
                                    ajones@corywatson.com
                                    shunt@corywatson.com

1

2

        Erin K. Copeland
        FIBICH, LEEBRON, COPELAND & BRIGGS
        1150 Bissonnet Street
        Houston, TX 77005
        Telephone: (713) 352-0470
        ecopeland@fibichlaw.com
        **Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: October 17, 2024

*/s/ R. Andrew Jones*
R. Andrew Jones