UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: Paragard IUD Products Liability Litigation | MDL Docket No. 2974 Case No. 1:20-md-02974-LMM |
| This Document Relates to: | |
| Picazo v. Teva Pharmaceuticals USA, Inc., et al. | Case No. 1:21-cv-0158 |

## MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.1, Carolyn G. Anderson of Zimmerman Reed LLP requests to be withdrawn as counsel for Plaintiff in this action.

J. Gordon Rudd, Jr. and Jennifer K. Sustacek of Zimmerman Reed LLP will continue to represent the Plaintiff in this action. There will be no prejudice to Plaintiff as she is adequately represented by counsel.

WHEREFORE, Plaintiff respectfully requests an Order withdrawing Carolyn G. Anderson of Zimmerman Reed LLP as counsel for Plaintiff only, and substituting J. Gordon Rudd, Jr. and Jennifer K. Sustacek of Zimmerman Reed LLP as counsel for Plaintiff in this action. A Proposed Order is attached as Exhibit A.

Dated: October 22, 2024            Respectfully submitted,

                                                       **ZIMMERMAN REED LLP**

                                                       s/ Carolyn G. Anderson
                                                       CAROLYN G. ANDERSON, MN #275712
                                                       1100 IDS Center
                                                       80 South 8th Street
                                                       Minneapolis, MN 55402
                                                       Telephone: (612) 341-0400
                                                       Carolyn.Anderson@zimmreed.com

                                                       s/ J. Gordon Rudd, Jr.
                                                       J. GORDON RUDD, JR., MN #222082
                                                       1100 IDS Center
                                                       80 South 8th Street
                                                       Minneapolis, MN 55402
                                                       Telephone: (612) 341-0400
                                                       Gordon.Rudd@zimmreed.com

                                                       s/ Jennifer K. Sustacek
                                                       JENNIFER K. SUSTACEK, MN #251598
                                                       1100 IDS Center
                                                       80 South 8th Street
                                                       Minneapolis, MN 55402
                                                       Telephone: (612) 341-0400
                                                       Jennifer.Sustacek@zimmreed.com

                                                       **ATTORNEYS FOR PLAINTIFF**

## FONT CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document was prepared using Times New Roman 14-point type, as provided in Local Rule 5.1.

s/ J. Gordon Rudd, Jr.
J. GORDON RUDD, JR.

## CERTIFICATE OF SERVICE

I certify that on October 22, 2024, a copy of the foregoing Motion to Withdraw and for Substitution of Counsel was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

s/ J. Gordon Rudd, Jr.
J. GORDON RUDD, JR.

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re: Paragard IUD Products       MDL Docket No. 2974
Liability Litigation       Case No. 1:20-md-02974-LMM

_____

This Document Relates to:

Picazo v. Teva Pharmaceuticals       Case No. 1:21-cv-0158
USA, Inc., et al.

## [PROPOSED] ORDER

Having considered the Motion to Withdraw and for Substitution of Counsel [Doc ___ ] and for good cause shown, this Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Carolyn G. Anderson of Zimmerman Reed LLP as counsel of record for Plaintiff only in this MDL.

The Clerk is further directed to substitute J. Gordon Rudd, Jr. and Jennifer K. Sustacek of Zimmerman Reed LLP as counsel of record for Plaintiff.

**IT IS SO ORDERED**, this _____ day of _____, 2024.

_____
Hon. Leigh Martin May