IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

## RULE 5.4 CERTIFICATE OF SERVICE

NOW COMES Defendant Teva Women's Health, LLC ("TWH, LLC") by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **Teva Women's Health, LLC's Objections and First Supplemental Responses to Plaintiffs' Second [Third] Request for Production of Documents and Teva Women's Health, LLC's Objections and Second Supplemental Responses to Plaintiffs' First Request for Production of Documents** upon all appropriate parties.

Respectfully submitted this 22nd day of October, 2024.

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Co-Lead Counsel for The Teva Defendants***

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peach Street NE
 Suite 1900
Atlanta, GA 30309
 Telephone: (678) 515-5011
 Pamela.ferrell@butlersnow.com
***Co-Lead Counsel for The Teva Defendants***

/s/ Lori G. Cohen
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
 Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com
nga@gtlaw.com
  ***Co-Liaison Counsel for Defendants***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 22nd day of October, 2024.

/s/ *Pamela L. Ferrell*
Pamela L. Ferrell
Georgia Bar No. 596713

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2024, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

/s/ *Pamela L. Ferrell*
Pamela L. Ferrell
Georgia Bar No. 596713