IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| STEPHANIE PICAZO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-00158-LMM |
| TEVA PHARMACEUTICALS USA, INC., et al., | : | |
| | : | MDL ACTION NO. |
| | : | 1:20-md-2974-LMM |
| Defendants. | : | |

## ORDER

This case comes before the Court on a motion to withdraw as counsel of record for Plaintiff Stephanie Picazo, filed by attorney Carolyn G. Anderson. Dkt. No. [722]. Ms. Picazo will remain represented by other counsel.

Accordingly, the motion to withdraw, Dkt. No. [722], is **GRANTED**. The Clerk is **DIRECTED** to terminate attorney Carolyn G. Anderson as counsel for Plaintiff Stephanie Picazo in the individual case and on the MDL docket.

**IT IS SO ORDERED** this 22nd day of October, 2024.

_____
**Leigh Martin May**
**United States District Judge**