IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court is in receipt of the parties' emails regarding a production schedule for the custodial files the Court ordered produced in its order of October 7, 2024. The Court **ORDERS** that these productions should be completed no later than December 11, 2024. Defendants are ordered to produce these documents on a rolling basis so that Plaintiffs can begin review of the documents as soon as they are ready. The Court will not grant Defendants any extensions to this deadline. The Court is willing to consider Plaintiffs' proposals for expediting production of certain documents, but the Court does not have enough information to understand exactly what Plaintiffs are requesting and what Defendants oppose. The parties are **ORDERED** to further **CONFER** regarding ways to expedite parts of this production.

**IT IS SO ORDERED** this 24th day of October, 2024.

_____
**Leigh Martin May**
**United States District Judge**