IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | MDL DOCKET NO. 2974 |
| | 1:20-MD-02974-LMM |
| | **This Document relates to All Cases** |

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following entity:

**Integrated Commercialization Solutions, LLC**
**c/o C T Corporation System**
**1999 Bryan St, Ste 900**
**Dallas, TX 75201**

who is a nonparty in this lawsuit for the production of documents as specified in Attachment A included with the subpoena. Full and complete copies of said subpoena and attachment are being provided concurrent with this notice.

DATED: October 28, 2024

/s/ R. Andrew Jones
R. Andrew Jones (*pro hac vice*)
Stephen Hunt, Jr. (*pro hac vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
ajones@corywatson.com
shunt@corywatson.com

        Erin K. Copeland
        FIBICH, LEEBRON, COPELAND & BRIGGS
        1150 Bissonnet Street
        Houston, TX 77005
        Telephone: (713) 352-0470
        ecopeland@fibichlaw.com
        **Lead Counsel for Plaintiffs**

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: October 28, 2024

                                           */s/ R. Andrew Jones*
                                           R. Andrew Jones