# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 10/29/2024.

TIME COURT COMMENCED: 11:46 A.M.
TIME COURT CONCLUDED: 12:59 P.M.
TIME IN COURT: 1:13
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Nicole Berg representing Plaintiffs (PEC)
Robert M. Hammers, Jr., representing Plaintiffs (PEC)
Lee Adair Floyd representing Plaintiffs (PSC)
Kristen M. Hermiz representing Plaintiffs (PSC)

PROCEEDING CATEGORY: Status Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT: The Court held its monthly status conference. See transcript for details. The Court will schedule the first bellwether trial for December 1, 2025, and the second bellwether trial for February 2, 2026, subject to the availability of Defendants' trial counsel.

HEARING STATUS: Hearing Concluded