# EXHIBIT A

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Abraham, Elina | 1:22-cv-04465 | Illinois | | Yes | V.B. | |
| Acevedo, Anny | 1:23-cv-01656 | New York | | Yes | III.A., III.B.v. | |
| Ahlfeld, Julie | 1:23-cv-05256 | Illinois | | Yes | V.B. | |
| Allen, Michelle | 1:23-cv-03206 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Alvarez, Esther | 1:22-cv-00788 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Amos, Sarah | 1:21-cv-04199 | Illinois | | Yes | V.B. | |
| Anaya, Ana Valenica | 1:22-cv-04127 | Georgia | | Yes | V.A. | |
| Anderson, Courtney | 1:21-cv-03658 | Virginia | North Carolina | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Arceneaux, Richandra | 1:23-cv-04668 | Texas | | Yes | IV.D. | |
| Armijo, Marina | 1:22-cv-02497 | New York | | Yes | III.A., III.B.v. | |
| Armstrong, Allison | 1:23-cv-01647 | Georgia | Washington D.C. | Yes | V.A., VI. | Choice-of-law conflict |
| Aros, Sabrine | 1:21-cv-04731 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Austin, Felica | 1:22-cv-03520 | New York | Georgia, Pennsylvania, Unknown Placement | Yes | III.A, III.B.v., VI., VII. | Choice-of-law conflict |
| Bade, Purevbadam Makhburiad | 1:23-cv-02469 | Illinois | | Yes | V.B. | |
| Barba, Monica | 1:22-cv-00724 | Illinois | | Yes | V.B. | |
| Barrett, Angelia | 1:23-cv-04012 | Virginia | | Yes | III.A., III.B.vi. | |
| Bell-Powell, Akyva | 1:22-cv-05077 | Illinois | | Yes | V.B. | |
| Billups, Latrice | 1:22-cv-05078 | Illinois | | Yes | V.B. | |
| Bjorgo, Lindsey | 1:24-cv-00341 | Illinois | | Yes | V.B. | |
| Blasingame, Shandral | 1:23-cv-00264 | Georgia | | Yes | V.A. | |
| Blaylock, La'shara | 1:24-cv-01918 | Georgia | Arizona, California | Yes | V.A., VI. | Choice-of-law conflict |
| Blye, Nikki | 1:24-cv-00534 | Georgia | | Yes | V.A. | |
| Bones, Luz | 1:22-cv-03021 | New York | | Yes | III.A., III.B.v. | |
| Brandenburg, Michelle | 1:23-cv-05020 | Iowa | | Yes | IV.A. | |
| Brannen, Amy | 1:20-cv-04200 | Georgia | | Yes | V.A. | |
| Brewer, Tanisha | 1:21-cv-04204 | Illinois | | Yes | V.B. | |
| Brown, Tamara | 1:23-cv-02406 | Georgia | | Yes | V.A. | |
| Brown, Virona | 1:24-cv-00039 | Georgia | California | Yes | V.A., VI. | Choice-of-law conflict |
| Buffington, Princess | 1:23-cv-00370 | Georgia | | Yes | V.A. | |
| Burnett, Gerilyn | 1:21-cv-02424 | Tennessee | | Yes | IV.C. | |
| Cagley, Jacqueline Bissett | 1:22-cv-01744 | Georgia | | Yes | V.A. | |
| Carrion, Maritza Frias | 1:22-cv-04707 | New York | | No | III.A., III.B.v. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Carson, Nateshia | 1:23-cv-01705 | Michigan | | Yes | III.A, III.B.iii. | |
| Chambers, Carol | 1:21-cv-04593 | North Carolina | | Yes | IV.B. | |
| Chin, Hannah | 1:22-cv-03140 | New York | California | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |
| Clayton, Elizabeth | 1:21-cv-03810 | North Carolina | New Jersey | Yes | IV.B., VI. | Choice-of-law conflict |
| Coats, Kristen | 1:22-cv-03689 | Alabama | | Yes | III.A, III.B.i., VII. | State of placement is not alleged in the SFC so there may be a COL issue (section VI) |
| Coleman, Charlena | 1:22-cv-04624 | Illinois | | Yes | V.B. | |
| Collantes, Ana | 1:23-cv-01651 | Virginia | | Yes | III.A., III.B.vi. | |
| Colunga, Stephany | 1:23-cv-01336 | Illinois | | Yes | V.B. | |
| Compass, Bettina | 1:23-cv-01659 | New York | | Yes | III.A., III.B.v. | |
| Connell, Melissa | 1:24-cv-00440 | North Carolina | | Yes | IV.B. | |
| Cook, Annathea | 1:23-cv-01120 | Virginia | California, Washington D.C. | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Cook, Tabitha | 1:21-cv-02867 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Coral, Jacqueline | 1:21-cv-04699 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Cornelius, Tekila M | 1:22-cv-01959 | North Carolina | | Yes | IV.B. | |
| Coss, Ivonne | 1:22-cv-03152 | New York | | Yes | III.A., III.B.v. | |
| Craft, April | 1:23-cv-02008 | Illinois | | Yes | V.B. | |
| Crayton-Gay- Christina | 1:23-cv-01262 | Virginia | | Yes | III.A., III.B.vi. | Because the state of removal is not alleged in the SFC, there may be a COL issue (section VI) |
| Cromwell, Emily | 1:21-cv-02857 | New York | Oklahoma, Unknown Placement/Removal | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |
| Crump, Sharon F | 1:23-cv-01338 | Georgia | | Yes | V.A. | |
| Dapena, Wilma | 1:23-cv-01738 | New York | | Yes | III.A., III.B.v. | |
| Davenport, Latosha | 1:21-cv-03676 | Georgia | | Yes | V.A. | |
| Day, Reuvean | 1:22-cv-00274 | Illinois | | Yes | V.B. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Dean-Prince, Stacy | 1:23-cv-05449 | New York | | Yes | III.A., III.B.v. | |
| Deeb, Mazel | 1:23-cv-05156 | Virginia | | Yes | III.A., III.B.vi. | |
| Deising, Tammy | 1:21-cv-03045 | Michigan | | Yes | III.A, III.B.iii. | |
| Diaz, Marilina | 1:23-cv-01700 | Illinois | | Yes | V.B. | |
| Dominique, Dana | 1:21-cv-03786 | North Carolina | | No | IV.B. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Dorfman, Susan | 1:23-cv-01263 | New York | Connecticut | Yes | III.A, III.B.v., VI. | Choice-of-law conflict |
| Dorsey, Victoria | 1:21-cv-00358 | Georgia | | No | V.A. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |
| Dotson, Tiffany | 1:21-cv-04023 | Tennessee | | Yes | IV.C. | |
| Doty, Catherine | 1:21-cv-03552 | North Carolina | | Yes | IV.B. | |
| Dunn, Rene | 1:23-cv-02630 | Illinois | | Yes | V.B. | |
| Durham, Angie | 1:22-cv-01576 | Virginia | North Carolina, Unknown Removal | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Earley, Precious | 1:22-cv-02550 | Michigan | Georgia | Yes | III.A, III.B.iii., VI. | Choice-of-law conflict |
| Eberley, Amanda | 1:22-cv-02493 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Edgecomb, Angela | 1:23-cv-00846 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Erb, Lisa Pendergrass | 1:22-cv-02341 | North Carolina | | Yes | IV.B. | |
| Ero, Ruth | 1:23-cv-05157 | Georgia | Virginia | Yes | V.A., VI. | Choice-of-law conflict |
| Farr, Bernadette | 1:23-cv-00845 | Illinois | | Yes | V.B., VII. | |
| Fausto, Rocio | 1:23-cv-00698 | Illinois | | Yes | V.B. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Ferber, Ileana | 1:22-cv-04982 | Texas | | Yes | IV.D. | |
| Fernandez, Yanet | 1:23-cv-01024 | New York | Florida, Dominican Republic, Unknown Placement | Yes | III.A, III.B.v., VI., VII. | Choice-of-law conflict |
| Fling, Alia E Roberts | 1:23-cv-01616 | Michigan | Colorado | Yes | III.A, III.B.iii., VI. | Choice-of-law conflict |
| Flores, Carla | 1:23-cv-03842 | Illinois | | Yes | V.B. | |
| Foster, Audra | 1:23-cv-04748 | Idaho | | Yes | III.A, III.B.ii. | |
| Francis, Treasure | 1:22-cv-01021 | Georgia | | Yes | V.A. | |
| Freeman, Megan | 1:23-cv-02990 | Illinois | | Yes | V.B. | |
| Gallardo, Blanca | 1:22-cv-04568 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Garrett, Tela L | 1:22-cv-01561 | Iowa | | Yes | IV.A., VII. | |
| Gilmore, Amanda | 1:21-cv-04315 | Georgia | Wisconsin | Yes | V.A., VI. | Choice-of-law conflict |
| Glowacz, Patrycja | 1:21-cv-04563 | New York | | Yes | III.A., III.B.v. | |
| Goines, Kimberly | 1:23-cv-01332 | Georgia | | Yes | V.A. | |
| Goldstein, Nicole | 1:23-cv-01708 | Georgia | | Yes | V.A. | |
| Gomez, Vanessa | 1:22-cv-01636 | Illinois | | Yes | V.B. | |
| Gotham, Bobbie | 1:21-cv-03585 | Michigan | | Yes | III.A, III.B.iii. | |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Graye, Stephanie | 1:23-cv-00861 | Illinois | | Yes | V.B. | |
| Gresham, Keesha | 1:23-cv-05309 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Griffin, Dana | 1:22-cv-03296 | New York | | Yes | III.A., III.B.v. | |
| Hadley, Whitney | 1:22-cv-01029 | Georgia | | Yes | V.A. | |
| Haefelin, Margi | 1:22-cv-03812 | Illinois | | Yes | V.B. | |
| Hamel, Mary Elizabeth | 1:21-cv-03554 | Virginia | Maryland | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Harger, Harley | 1:22-cv-01546 | Georgia | | Yes | V.A. | |
| Hernandez, Elizabeth C | 1:23-cv-02125 | Illinois | | Yes | V.B. | |
| Higgins, Jessica | 1:22-cv-01506 | Michigan | | Yes | III.A, III.B.iii. | |
| Hill, Lauren | 1:23-cv-05276 | Georgia | | Yes | V.A. | |
| Hopkins, Frances | 1:22-cv-01512 | Georgia | Illinois | Yes | V.A., VI. | Choice-of-law conflict |
| Hyde, Angelika | 1:23-cv-04217 | Illinois | | Yes | V.B. | |
| Hyde, Angelika | 1:23-cv-00605 | Illinois | | Yes | V.B. | |
| Jackson, Latrice | 1:23-cv-00135 | Illinois | | Yes | V.B. | |
| Jackson, Winter | 1:23-cv-01012 | Illinois | | Yes | V.B. | |
| Jemiolo, Patricia | 1:22-cv-00464 | New York | | Yes | III.A., III.B.v. | |
| Jerome, Stacy | 1:23-cv-01712 | Texas | | Yes | IV.D. | |
| Johnson, Brittany | 1:22-cv-01970 | Texas | | Yes | IV.D., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Johnson, Linda | 1:22-cv-00454 | Virginia | | Yes | III.A., III.B.vi. | |
| Johnson, Sabrina | 1:22-cv-00766 | Illinois | | Yes | V.B. | |
| Jones, Sarah L | 1:23-cv-01426 | North Carolina | | Yes | IV.B. | |
| Kamuleta, Mamyna | 1:23-cv-02396 | Georgia | | Yes | V.A. | |
| Karabetsos, Nicole | 1:24-cv-01617 | Illinois | | Yes | V.B. | |
| Keenan, Aimee | 1:22-cv-03237 | North Carolina | | Yes | IV.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Kettler, Amber | 1:23-cv-05990 | Mississippi | | Yes | III.A, III.B.iv. | |
| Koncz, Makenzie | 1:23-cv-01414 | Idaho | | Yes | III.A, III.B.ii. | |
| Kwitkowski, Jennifer | 1:23-cv-03648 | Illinois | | Yes | V.B. | |
| Lane, Brenna | 1:22-cv-02499 | Michigan | | Yes | III.A, III.B.iii. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Lee, Jessica | 1:21-cv-00132 | Illinois | | Yes | V.B. | |
| Lemus Diaz, Milagros | 1:23-cv-00312 | Virginia | | Yes | III.A., III.B.vi. | |
| Leonard, Romina | 1:23-cv-04258 | Illinois | | Yes | V.B. | |
| Levens, Shonte D | 1:21-cv-04132 | Michigan | | Yes | III.A, III.B.iii. | |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Lewerenz, Samantha | 1:22-cv-02495 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Lewis, Allison | 1:20-cv-03942 | Georgia | | Yes | V.A. | |
| Lish, Stephanie | 1:24-cv-00892 | Georgia | | No | V.A. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |
| Look, Katelynn | 1:23-cv-02973 | New York | | Yes | III.A., III.B.v., VII. | Because the state of removal is not alleged in the SFC, there may be a COL issue (section VI) |
| Lopez Hernandez, Marilu | 1:22-cv-01300 | Iowa | | Yes | IV.A. | |
| Lusk, Christi | 1:21-cv-04222 | Illinois | | Yes | V.B. | |
| Magana, Joann | 1:24-cv-02319 | Illinois | | Yes | V.B. | |
| Major, Jonzoreika | 1:22-cv-02682 | Georgia | | Yes | V.A. | |
| Mascenic, Jessica | 1:23-cv-01242 | Illinois | | Yes | V.B. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Mathis, Latoya | 1:23-cv-01693 | North Carolina | | Yes | IV.B. | |
| McDonald, Spring | 1:22-cv-00455 | Idaho | | Yes | III.A, III.B.ii. | |
| McDonald, Tondelya | 1:23-cv-05301 | Illinois | | Yes | V.B. | |
| McIntyre, Karina | 1:22-cv-03242 | Michigan | | Yes | III.A, III.B.iii. | |
| McKee, Faatimah | 1:21-cv-04908 | Georgia | | Yes | V.A. | |
| McKee, Faatimah | 1:22-cv-01606 | Georgia | | Yes | V.A. | |
| McKeown, Ann | 1:21-cv-05188 | Illinois | | Yes | V.B. | |
| McKinney, Amara | 1:23-cv-04373 | Illinois | | Yes | V.B. | |
| McLain, Crystal | 1:21-cv-03270 | North Carolina | Florida | Yes | IV.B., VI. | Choice-of-law conflict |
| McLeod, Rebecca | 1:22-cv-03059 | Virginia | | Yes | III.A., III.B.vi. | |
| Medina, Ashley | 1:22-cv-00083 | Georgia | | Yes | V.A. | |
| Medina, Elizabeth | 1:23-cv-01394 | New York | | Yes | III.A., III.B.v., VII. | |
| Mercado, Lydia | 1:23-cv-01308 | Virginia | New York | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Meunier, Lollie | 1:22-cv-03287 | Georgia | | Yes | V.A. | |
| Miller, Asia | 1:23-cv-01658 | Michigan | | Yes | III.A, III.B.iii. | |
| Miller, Kenyatta | 1:21-cv-03872 | North Carolina | | Yes | IV.B. | |
| Millner, Sharon | 1:23-cv-03247 | Virginia | | Yes | III.A., III.B.vi. | |
| Millsaps, Brianna | 1:22-cv-01562 | Georgia | Florida | Yes | V.A., VI. | Choice-of-law conflict |
| Miranda, Joaana | 1:21-cv-02704 | Illinois | | Yes | V.B. | |
| Mooney, Jessica | 1:23-cv-01604 | Georgia | | Yes | V.A. | |
| Moori, Abdul | 1:23-cv-05302 | Georgia | | Yes | V.A. | |
| Moran, Amy | 1:22-cv-01052 | Illinois | | Yes | V.B. | |
| Mosley, Venita | 1:22-cv-04140 | Mississippi | Florida | Yes | III.A, III.B.iv., VI. | Choice-of-law conflict |
| Moss, Lyndsie | 1:21-cv-05320 | Idaho | | Yes | III.A, III.B.ii. | |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Motter, Georgia | 1:21-cv-04045 | Illinois | | No | V.B. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |
| Munger, Gina | 1:22-cv-03146 | Michigan | | Yes | III.A, III.B.iii. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Munson, Rokiea | 1:23-cv-01345 | New York | | Yes | III.A., III.B.v. | |
| Musick-Graham, Melanie | 1:23-cv-00422 | Georgia | | No | V.A. | Plaintiff adopts all allegations in MPIC, including those relating to fraud and fraudulent concealment. |
| Nagy, Claudia | 1:23-cv-04199 | New York | Iowa | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |
| Nasser, Lindsey | 1:23-cv-00757 | Georgia | | Yes | V.A. | |
| Nestorak, Jaimie | 1:22-cv-03814 | Michigan | | Yes | III.A, III.B.iii. | |
| Ng, Sue | 1:22-cv-01581 | New York | | Yes | III.A., III.B.v. | |
| Ngoran, Mercy | 1:22-cv-01536 | North Carolina | | Yes | IV.B. | |
| Nobles, Linda | 1:23-cv-01049 | New York | | Yes | III.A., III.B.v. | |
| Norman, Angela | 1:23-cv-04571 | Illinois | | Yes | V.B. | |
| Osorio, Janeth | 1:24-cv-00305 | Illinois | | Yes | V.B. | |
| Ott, Cassandra | 1:22-cv-01511 | Michigan | | Yes | III.A, III.B.iii. | |
| Overton, Shannon | 1:21-cv-04414 | Georgia | North Carolina | Yes | V.A., VI. | Choice-of-law conflict |
| Owensby, Sherita | 1:22-cv-00421 | Georgia | | Yes | V.A. | |
| Pahl, Myriah | 1:22-cv-03108 | New York | | Yes | III.A., III.B.v., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Parker, Tresha | 1:23-cv-00006 | Illinois | | Yes | V.B. | |
| Parra, Lerdy | 1:21-cv-04582 | New York | | Yes | III.A., III.B.v. | |
| Paz, Karen | 1:23-cv-01605 | Georgia | | Yes | V.A. | |
| Penrose, Emma | 1:23-cv-01395 | New York | Nebraska | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |
| Perry, Shara | 1:23-cv-00889 | New York | Virginia | Yes | III.A, III.B.v., VI. | Choice-of-law conflict |
| Pershyn, Carly N | 1:21-cv-04733 | New York | | Yes | III.A., III.B.v. | |
| Piotrowski, Stephanie | 1:23-cv-02009 | Illinois | | Yes | V.B. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Pitts, Latoya | 1:23-cv-03395 | North Carolina | Georgia | Yes | IV.B., VI., VII. | Choice-of-law conflict |
| Pollock, Dandan | 1:24-cv-00112 | North Carolina | | Yes | IV.B. | |
| Price, Khalilah | 1:21-cv-04227 | New York | Florida | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |
| Pulido, Deirdre | 1:22-cv-01543 | New York | Connecticut | Yes | III.A, III.B.v., VI. | Choice-of-law conflict |
| Pullin, Dana Christine | 1:23-cv-05662 | Georgia | | Yes | V.A. | |
| Radnick, Margaret | 1:21-cv-01186 | Illinois | | Yes | V.B. | |
| Ramos, Dahiana | 1:23-cv-01384 | New York | | Yes | III.A., III.B.v. | |
| Rawls-Sanders, Jennifer | 1:21-cv-01420 | Georgia | | Yes | V.A. | |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Redmond, Saqirah | 1:21-cv-03940 | Georgia | | Yes | V.A. | |
| Reed, Calli | 1:21-cv-05066 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Reed, Rebecca | 1:22-cv-04988 | Georgia | | Yes | V.A. | |
| Regan, Wendy | 1:24-cv-02317 | Georgia | | Yes | V.A. | |
| Rennie, Karen | 1:21-cv-03626 | New York | | Yes | III.A., III.B.v. | |
| Robinson, Kimberly | 1:22-cv-03238 | Alabama | | Yes | III.A, III.B.i., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Robinson, Whitney | 1:23-cv-02126 | Texas | | Yes | IV.D., VII. | |
| Rodriguez, Patricia | 1:20-cv-03945 | Georgia | | Yes | V.A. | |
| Rook, Laurne | 1:22-cv-03385 | Tennessee | Alabama, Unknown Placement | Yes | IV.C., VI., VII. | Choice-of-law conflict |
| Rosenberg, Maren | 1:22-cv-00901 | Illinois | | Yes | V.B. | |
| Ross, Carolyn | 1:22-cv-03222 | New York | Florida | Yes | III.A, III.B.v., VI. | Choice-of-law conflict |
| Roundebush, Randy | 1:22-cv-01288 | Illinois | | Yes | V.B., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Rynex, Kristen | 1:22-cv-01910 | Georgia | Illinois | Yes | V.A., VI. | Choice-of-law conflict |
| Sarley-Gregory, Nicole | 1:22-cv-01586 | Virginia | | Yes | III.A., III.B.vi. | |
| Scott, Lakeisha | 1:22-cv-00080 | Georgia | | Yes | V.A. | |
| Shah, Gayatri | 1:24-cv-01693 | Georgia | | Yes | V.A. | |
| Sharp, Rene | 1:21-cv-03115 | Mississippi | | Yes | III.A, III.B.iv. | |
| Shearer, Courtney | 1:22-cv-01574 | North Carolina | | Yes | IV.B. | |
| Shorey, Carrie | 1:23-cv-05158 | Georgia | | Yes | V.A. | |
| Small, Deandria L | 1:23-cv-01602 | New York | | Yes | III.A., III.B.v. | |
| Smith, Amy | 1:22-cv-03536 | Illinois | | Yes | V.B. | |
| Sosa, Magdelyn | 1:22-cv-02614 | New York | | Yes | III.A., III.B.v. | |
| Spencer, Jennifer | 1:23-cv-00440 | North Carolina | | Yes | IV.B. | |
| Strickland, Danielle | 1:21-cv-03408 | North Carolina | | Yes | IV.B. | |
| Talbert-Williams, Brandi | 1:21-cv-04267 | Texas | | Yes | IV.D. | |
| Taylor, Debbie | 1:23-cv-01617 | Michigan | | Yes | III.A, III.B.iii. | |
| Taylor, Monica N. | 1:22-cv-02900 | Georgia | | Yes | V.A. | |
| Thomas, Dionne D. | 1:22-cv-00459 | New York | | Yes | III.A., III.B.v., VII. | |
| Thomason, Tara | 1:23-cv-01699 | Georgia | | Yes | V.A. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Thompson, Kiera | 1:21-cv-04239 | Georgia | | Yes | V.A. | |
| Thurman, Lacey | 1:22-cv-02088 | Idaho | | Yes | III.A, III.B.ii. | |
| Torres, Patricia | 1:23-cv-01710 | Idaho | | Yes | III.A, III.B.ii. | |

| Plaintiff | Case No. | Defendant Choice of Law from Exhibit | Other states potentially at issue based on allegations in SFC | Tolling/Fraudulent Concealment Alleged in SFC | Relevant Section in Opposition to MTD. All Plaintiffs adopt Sections I and II, unless otherwise stated in their supplemental brief. | Additional Note |
|---|---|---|---|---|---|---|
| Tow, Kayla K. | 1:21-cv-00576 | Illinois | | Yes | V.B. | |
| Trever, Natasha | 1:22-cv-00082 | New York | Michigan | Yes | III.A, III.B.v., VI. | Choice-of-law conflict |
| Vann, Loveasia | 1:22-cv-01290 | Virginia | | Yes | III.A., III.B.vi. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Velez, Dagmar | 1:22-cv-03236 | New York | | Yes | III.A., III.B.v., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Vera, Leticia | 1:23-cv-01041 | Virginia | North Carolina, California, Unknown Placement | Yes | III.A., III.B.vi., VI. | Choice-of-law conflict |
| Vetter, Jennifer L | 1:23-cv-01407 | Virginia | | Yes | III.A., III.B.vi. | |
| Vidal, Kristina | 1:24-cv-01472 | North Carolina | | Yes | IV.B. | |
| Visalli, Carissa J | 1:23-cv-01601 | New York | | Yes | III.A., III.B.v. | |
| Webb, Lasheika | 1:22-cv-00624 | North Carolina | Maryland, Unknown Placement | Yes | IV.B., VI., VII. | Choice-of-law conflict |
| Weiss, Jane | 1:21-cv-03733 | North Carolina | Oklahoma | Yes | IV.B., VI. | Choice-of-law conflict |
| Westrick, Jean | 1:23-cv-05013 | Illinois | | Yes | V.B. | |
| Wheeler, Tiffany N | 1:22-cv-01563 | Georgia | | Yes | V.A., VII. | |
| Wilkes, Temika | 1:23-cv-00139 | Tennessee | | Yes | IV.C., VII. | |
| Wilson, Sabrina | 1:23-cv-05155 | Georgia | | Yes | V.A. | |
| Wilson, Tyshira | 1:23-cv-04084 | Illinois | | Yes | V.B. | |
| Wohnus, Krystal | 1:23-cv-02454 | North Carolina | | Yes | IV.B. | |
| Woodfork, Dorothy | 1:23-cv-05299 | North Carolina | Georgia | Yes | IV.B., VI. | Choice-of-law conflict |
| Wuenst, Kimberly | 1:22-cv-02003 | New York | | Yes | III.A., III.B.v., VII. | Because the state of placement is not alleged in the SFC, there may be a COL issue (section VI) |
| Wyatt, Shannon | 1:22-cv-04187 | New York | | Yes | III.A., III.B.v. | |
| Yates, Haleigh | 1:22-cv-00361 | Illinois | | Yes | V.B. | |
| Yerden, Dannielle R | 1:23-cv-01389 | New York | Vermont | Yes | III.A., III.B.v., VI. | Choice-of-law conflict |