IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br>Case No. 1:20-md-02974-LMM<br>This Document Relates<br>To All Cases |

## UNOPPOSED MOTION TO WITHDRAW CERTAIN COUNSEL

Tara L. Blake, counsel for Defendants CooperSurgical, Inc. and The Cooper Companies, Inc., moves to withdraw as counsel in this matter. Caroline D. Walker of Butler Snow LLP, whose contact information is listed below, will continue to represent Defendants CooperSurgical, Inc. and The Cooper Companies, Inc. in this matter. Ms. Blake seeks to withdraw because she is no longer associated with Butler Snow LLP.

Counsel for all parties in this case have been notified and confirmed that they do not oppose Ms. Blake's withdrawal.

WHEREFORE, this court should grant leave for Tara L. Blake to withdraw as counsel of record for Defendants CooperSurgical, Inc. and The Cooper Companies, Inc.

Respectfully submitted,

/s/ *Tara L. Blake *with permission*
Caroline D. Walker, Esq.
**Butler Snow LLP**
Alabama Bar No. ASB-3439-B10T
One Federal Place, Suite 1000
Birmingham, AL 35203
Telephone: (205) 297-2220
caroline.walker@butlersnow.com
*Counsel for the Cooper Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, a true and correct copy of the following document was served on all counsel of record by filing with the Court's CM/ECF system.

/s/ *Tara L. Blake*
Tara L. Blake, Esq.

2