IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974 <br> ) <br> ) 1:20-md-02974-LMM <br> ) **This Document Relates to All Cases** |

# DEFENDANTS' CONSENT MOTION TO REVISE LEADERSHIP STRUCTURE FOR MDL PROCEEDINGS

On March 6, 2024, this Court entered an Order, [Doc. No. 632], upon Defendants' Consent Motion to Revise Leadership Structure for MDL Proceedings. [Doc. No. 629]. Defendants The Cooper Companies, Inc., and CooperSurgical, Inc. ("the Cooper Defendants") seek to replace their Co-Lead Counsel, Tara L. Blake, Esq., with Kasey M. Adams, Esq., as Co-Lead Counsel for the Cooper Defendants in this action and all associated actions.

The Cooper Defendants hereby move the Court for an Order establishing Co-Lead Counsel for the Cooper Defendants as follows:

Proposed Co-Lead Counsel for the Cooper Defendants:

Kasey M. Adams
Mississippi Bar. No. 105025
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39158
Telephone: (601) 948-5711
Kasey.Adams@butlersnow.com

In support thereof, Defendants state as follows:

1. The Cooper Defendants seek to replace their current Co-Lead Counsel, Tara L. Blake, Esq., with Kasey M. Adams, Esq. Ms. Adams was chosen by the Cooper Defendants to replace Tara L. Blake. Ms. Adams also has professional experience in this type of litigation and will add to the diverse group of current Lead and Liaison Counsel.

2. None of the Defendants nor their current Lead, Co-Lead, or Co-Liaison Counsel object to the relief sought in this Consent Motion.

3. Neither Plaintiffs' Co-Lead nor Liaison Counsel object to the relief sought in this Consent Motion.

4. A proposed Order for the Court's consideration is attached hereto as Ex. 1.

WHEREFORE, Defendants request an Order form the Court adding Kasey M. Adams as Co-Lead Counsel for the Cooper Defendants.

Dated: November 15, 2024

Respectfully submitted,

*/s/ Caroline D. Walker*
Caroline D. Walker, Esq.
Alabama Bar No. ASB-3439-B10T

*/s/ Kasey M. Adams*
Kasey M. Adams, Esq.
Mississippi Bar. No. 105025

| | |
|---|---|
| Butler Snow LLP<br>One Federal Place<br>Suite 1000<br>Birmingham, AL 35203<br>Telephone: 205.297.2220<br>caroline.walker@butlersnow.com<br><br>***Co-Lead Counsel for the Cooper Defendants*** | Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400<br>Ridgeland, MS 39158<br>Telephone: 601.948.5711<br>Kasey.Adams@butlersnow.com<br><br>***Proposed Co-Lead Counsel for the Cooper Defendants*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Consent Motion with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 15th day of November, 2024.

*/s/ Caroline D. Walker*
Caroline D. Walker, Esq.
