AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Paragard IUD Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-md-02974-LMM |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Branded Pharmaceutical Products R&D Inc., Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

Date: 11/19/2024

/s/ Kasey M. Adams
*Attorney's signature*

Kasey M. Adams (MS Bar No. 105025)
*Printed name and bar number*

Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
*Address*

Kasey.Adams@butlersnow.com
*E-mail address*

(601) 985-4413
*Telephone number*

(601) 985-4500
*FAX number*