# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| | Case No: 1:20-md-02974-LMM |
| | Honorable Leigh Martin May |
| **THIS DOCUMENT RELATES TO:** | |
| Pauline Rickard v. Teva Pharmaceuticals USA, Inc., et al, Case No.: 1:21-cv-03861-LMM | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Jenny M. Flanigan hereby enters her appearance as counsel for Plaintiff, Pauline Rickard in the above-referenced matter. The above-referenced counsel should receive copies of all court filings and correspondence.

Date: 11/25/2024

Respectfully Submitted,

*/s/ Jenny M. Flanigan*
Jenny M. Flanigan
Florida Bar No. 1024073
Breit Biniazan, PC
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (305) 209-6797
Facsimile: (804) 351-9170
jenny@bbtrial.com
Co-Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day November 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

    Respectfully Submitted,

    */s/ Jenny M. Flanigan*
    Jenny M. Flanigan
    Florida Bar No. 1024073
    Breit Biniazan, PC
    2100 East Cary Street, Suite 310
    Richmond, Virginia 23223
    Telephone: (305) 209-6797
    Facsimile: (804) 351-9170
    jenny@bbtrial.com
    Co-Counsel for Plaintiff