# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>STEPHANIE GRAYE,<br><br>　　　　v.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL. | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br><br><br>Civil Action No. 1:23-cv-00861 |

## PLAINTIFF STEPHANIE GRAYE'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CASES BARRED BY CERTAIN STATUTES OF LIMITATIONS AND REPOSE

Plaintiff Stephanie Graye submits this Opposition to Defendants' Motion to Dismiss Cases Barred by Certain Statutes of Limitations and Repose, MDL Dkt. 709, No. 1:20-md-02974-LLM ("Motion to Dismiss"). Plaintiff adopts and incorporates all arguments raised in Plaintiffs' Opposition to Defendants' Motion to Dismiss Cases Barred by Certain Statutes of Limitations and Repose, MDL Dkt. 729 ("Plaintiffs' Opposition"). In addition, Plaintiff supplements that Opposition.

In the Motion to Dismiss, Defendants argue that Plaintiff's strict liability claims are untimely under Illinois's statute of repose because Plaintiff's Short Form Complaint ("SFC") was filed more than eight years after when Plaintiff had

her Paragard implanted. *See* MDL Dkt. 709 at 32-33; MDL Dkt. 709-1 at 8. As demonstrated by Plaintiffs' Opposition, this argument is legally incorrect and misinterprets Illinois law. *See* MDL Dkt. 729 at 36-41. First, the eight-year period in section (d) applies only if the claim is facially barred by the 10- or 12-year period in section (b). *See* MDL Dkt. 729 at 35. Even if the eight-year period applies, it runs from the time Plaintiff was injured, which is not alleged in the SFC. *See id*. at 36-41. If the Court credits Defendants' argument that the date of removal is the date of injury, Plaintiff filed her SFC well within eight years from the date of injury. *See* Dkt. 1 (alleging removal of Paragard on January 25, 2021, and SFC filed on February 28, 2023).

Illinois's statute of repose bars strict liability claims brought more than 10 or 12 years after the date of first sale. 735 Ill. Comp. Stat. Ann. 5/13-213(b); *see* MDL Dkt. 709 at 32 ("[U]nder Illinois law, there is a threshold statute of repose of the shorter of a ten- or twelve-year period."). Defendants, however, make no effort to refute the timeliness of Plaintiff's strict liability claims under this statute of repose. *See* MDL Dkt. 709 at 32. Because Defendants have the burden to raise and prove their affirmative defense, *see McElroy v. Firestone Tire & Rubber Co*., 894 F.2d 1504, 1507 n.4 (11th Cir. 1990) (noting defendant bears the burden of proving the applicability of a statute of repose), the Motion to Dismiss must be denied as to Plaintiff.

For these reasons, as well as those in Plaintiffs' Opposition, MDL Dkt. 729, Defendants' Motion to Dismiss as to Plaintiff Stephanie Graye's strict liability claims should be denied.

Dated: December 2, 2024                                   /s/Nicole Berg
                                                          Attorney(s) for Plaintiff


Nicole Berg (IL Bar #6305464)
Ashley Barriere (LA Bar #38129)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
312-741-5220
ncb@kellerpostman.com
ashley.barriere@kellerpostman.com

Laura V. Yaeger
(FL Bar #101972)
(TX Bar #24011432)
Yaeger Law, PLLC
4905 34th St S, Suite 310
St. Petersburg, FL 33711
727-202-5015
laura@yourlegalcounsel.net

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/EFC participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Nicole Berg
Attorney(s) for Plaintiff

Nicole Berg (IL Bar #6305464)
Ashley Barriere (LA Bar #38129)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
312-741-5220
ncb@kellerpostman.com
ashley.barriere@kellerpostman.com