IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

    Defendants request an extension of time to respond to Plaintiffs' contention interrogatories filed for the bellwether cases. Specifically, they want to wait until the pretrial conference to provide responses. Plaintiffs oppose such an extension given that discovery in the bellwether cases is ongoing. The Court agrees with Defendants that an extension is warranted until discovery is further along but does not agree that the appropriate deadline is the pretrial conference. The Court therefore **STAYS** Defendants' obligation to respond to these contention interrogatories and will hear from the parties as to the appropriate deadline at the next discovery conference.

    **IT IS SO ORDERED** this 2nd day of December, 2024.

                                                           **Leigh Martin May**
                                                        **United States District Judge**