Exhibit 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : **MDL Docket No. 2974**<br>:<br>: **(1:20-md-02974-LMM)**<br>:<br>: **This Document Relates to All Cases**<br>: |

## <u>PLAINTIFF FACT SHEET</u>

Each plaintiff in MDL No. 2974 must complete this Plaintiff Fact Sheet ("PFS"). If You are completing this PFS in a representative capacity for someone who has died or who otherwise cannot complete the PFS, please answer as completely as You can for that person.

In completing this PFS, You are under oath and must provide information that is true and correct to the best of Your knowledge, and Your answers must be as complete as the information reasonably available to You permits. If You cannot recall all of the details requested, please provide as much information as You can. If the answer is "not applicable" or "none," please write that answer, rather than leaving the answer blank. If there is any information You need to complete any part of the Fact Sheet that is in the possession of Your attorney(s), please consult with Your attorney(s) so that You can fully and accurately respond to the questions in this Fact Sheet.

You must supplement Your responses if You learn that they are incomplete or incorrect in any respect. If You do not have knowledge sufficient to respond fully to a request or question after making a good faith and reasonable effort to obtain the relevant information, You must so state.

The parties, through their respective counsel, have agreed to limit the scope of the information and documents being requested from plaintiffs at this time to that which is set forth in this PFS. However, You are under an ongoing obligation to preserve any written or electronically stored information potentially relevant to the issues in this litigation, including but not limited to written and electronic correspondence, including e-mails, text messages, voicemails and blog postings, and content from all online social networking website accounts in existence since the date You/Plaintiff first had a Paragard placed in You to the present related to Your/Plaintiff's physical condition, physical activity, mental and/or emotional state, medical or health issues, economic or employment issues, Paragards in particular, IUDs in general, contraceptives in general, gynecological procedures, and/or Your lawsuit.

If You have any documents, including, but not limited to: packaging, labeling, or instructions for a Paragard; materials or items that You are requested to produce as part of answering this PFS; or materials that relate to the injuries, claims, and/or damages that are the subject of Your lawsuit, You must NOT dispose of, alter, or modify those documents or materials

in any way. You are required to give all of those documents and materials to Your attorney as soon as possible. If You are unclear about these obligations, please contact Your attorney.

The parties, by counsel, agree that the questions and requests for documents contained in this PFS are not objectionable and shall be answered without any objection. Further, it is agreed that Defendants do not waive the right to request additional information or documents by way of a supplemental fact sheet, interrogatories, requests for production of documents, and/or requests for admission. The parties, by counsel, also agree that You have the right, and ongoing duty, to supplement the responses to this PFS should You obtain or learn of additional responsive information and/or materials.

Information provided in response to this PFS will be used only for purposes related to this litigation and may be disclosed only as permitted by the Protective Order in this litigation. This PFS is completed pursuant to the Federal Rules of Civil Procedure. Your responses to the PFS shall be treated as answers to Rule 33 interrogatories and Rule 34 requests for production of documents, and are subject to the requirements of the Federal Rules of Civil Procedure and the applicable Local Rules.

You may attach as many sheets of paper as necessary to answer these questions.

## <u>DEFINITION OF TERMS</u>

1.    "Paragard" shall mean the Paragard Intrauterine Device(s) ("IUD") that was/were placed in You.

2.    The terms "You" and "Your" or "Plaintiff," unless otherwise defined in a particular question, shall mean the person who had a Paragard placed.

3.    The term "Lawsuit" shall mean the individual lawsuit that Plaintiff has filed and which is now part of MDL No. 2974.

4.    When referring to a person, "identify" means to give, to the extent known, the person's full name, present or last known address, telephone number, and relationship to You.

5.    The term "Health Care Provider" or "HCP" includes, but is not limited to, medical doctors, physicians, nurses, physician assistants, nurse practitioners, midwives, chiropractors, osteopaths, psychologists, psychiatrists, mental health providers, therapists, social workers, pharmacists, counselors, individuals affiliated with any religious group, and any individual or group who provided any diagnosis, care, treatment, therapy, counseling, and/or advice.

**Highly Confidential**    **You may attach as many sheets of paper as necessary to fully answer these questions.**
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000002**

6.    The term "Health Care Facility" includes, but is not limited to, hospitals, clinics, doctors' offices, infirmaries, out-patient facilities, offices, laboratories, pharmacies, substance abuse treatment centers, employment health care facilities, and all other locations at which medical care, counseling, therapy, testing, pain management, or medication is provided by any Health Care Provider.

I.    **GENERAL INFORMATION OF PERSON COMPLETING THIS FACT SHEET**

A.  Your full name: Karina          E.    McIntyre

B.  State the following for the Lawsuit You filed:

C.  Case Caption:    Karina McIntyre v. Teva Pharmaceuticals USA Inc., et al.

D.  MDL Case No:  1:22-cv-03242

E.  The name and contact information of the principal attorney(s) representing You:

Robert M. Hammers, Jr.
Name
Schneider Hammers
Firm
5555 Glenridge Connector, Suite 975, Atlanta, GA 30342
Address
770-900-9000
Telephone Number
rob@schneiderhammers.com
E-mail Address

F.  Are You are completing this PFS in a representative capacity?

◯ Yes          ⦿ No

If yes, provide the following information:

1.  Your name:  _____

2.  Your address:  _____

3.  The name of the individual or estate You are representing, and in what capacity You are representing the individual or estate:

_____

**You may attach as many sheets of paper as necessary to fully answer these questions.**

Highly Confidential

McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000003

4.  If You were appointed as a representative by a court, the court and date of appointment:

_____          _____
Court                                             Date of Appointment

5.  Your relationship to the Plaintiff on whose behalf You are completing this PFS:

_____

6.  If You represent a decedent's estate, state the date and place of the decedent's death:

_____   _____   _____

*The remainder of this PFS requests information about the person who alleges injury from a Paragard. If You are completing this PFS in a representative capacity, please respond to the remaining questions with respect to the person who allegedly was placed with a Paragard, unless the question instructs You otherwise. Questions using the term "You" or "Your" refer to the person who allegedly was placed with the Paragard, unless instructed otherwise.*

## II.   PERSONAL INFORMATION FOR THE PERSON WHO WAS PLACED WITH THE PARAGARD

A.  Full name (first, middle and last): Karina          E.   McIntyre

B.  Date of Birth (MM/DD/YYYY): ███████ _____

C.  Place of Birth (CITY/STATE): Perkasie                    PA

D.  Social Security Number: ████████ _____

E.  Medicare Number: _____

F.  Medicaid Number: _____

G.  Maiden name or other names used or by which You have been known, and the date(s) You were known by those other names:

| Maiden or other name | Dates known by that name (MM/DD/YYYY) to (MM/DD/YYYY) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Highly Confidential**   **You may attach as many sheets of paper as necessary to fully answer these questions.**
**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000004**

H.  Current Address:

| ██████████████ | _____ | ██████████████ | | MI | | 49548 |
|---|---|---|---|---|---|---|

Address                                      City

State                                                              Zip

1. Who lives with You at this address?

| Name of Person who lives with you | Relationship to You |
|---|---|
| ██████████████ | Father |
| ██████████████ | Brother |
| ███████████ | Daughter |
| | |
| | |
| | |

2.  How long have You lived at that address? 4_____ Years _____ Months

I.  List all prior addresses for the time period beginning five (5) years prior to when You first had a Paragard placed and the dates when You lived at each of those addresses.

| Prior Address | Prior City | Prior State | Prior Zip | Dates You lived at that address (MM/YYYY to MM/YYYY) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5

You may attach as many sheets of paper as necessary to fully answer these questions.

J.  Gender (assigned at birth):  ◯ Male  ⦿ Female

Prefer to self-identify as: _____

K.  Beginning with high school and continuing through Your highest level of education, identify each school, college, university and/or other educational institution You have attended, the dates of attendance, courses of study pursued, diplomas or degrees awarded:

| Name of School | City/State | Degree awarded; area of study or major | Dates of Attendance (MM/YYYY to MM/YYYY) |
|---|---|---|---|
| East Kentwood High School | Grand Rapids, MI | Diploma | 01/2013-01/2017 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

L.  If You are, or have ever been, married, provide the following information:

| Name and current address of Spouse | Dates of Marriage (MM/DD/YYYY to MM/DD/YYYY) | Reason for End of Marriage, if applicable (e.g., divorce, death, etc.) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000006**

M. For each child you have given birth to, provide the following information (for any child given up for adoption, just provide initials (rather than name) and date of birth).

| Name of Child (First & Last) | Date of Birth (MM/DD/YYYY) | Child's Current Address |
|---|---|---|
| ██████████ | ████████ | ████████████████████, MI 49548 |
| | | |
| | | |
| | | |
| | | |
| | | |

N. List each pregnancy You had that did not result in a live birth, the date such pregnancy ended, and the reason such pregnancy ended (e.g., miscarriage, abortion, still birth, etc.).

| Date pregnancy ended (MM/YYYY) | Reason pregnancy ended |
|---|---|
| | |
| | |
| | |
| | |

O. Employment Information

   1. Are You currently employed?

     ○ Yes          ◉ No

   2. If You are currently employed, provide the following information regarding Your current employer:

**Highly Confidential** **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000007**

a.    Name of Employer: _____

b.    Address: _____

c.    Dates of Employment: _____

d.    Occupation/Job: _____

3.  If You are not currently employed, did You leave Your last job for a medical reason?

◯ Yes          ⦿ No

If yes, describe when and why You left Your last job:

|  |
|---|
|  |

4.  Provide the following information for each employer You have had for the time period from 5 years prior to the placement of your ParaGard to 3 years after Your ParaGard was removed (other than Your current employer):

| Name of Employer | City, State of Employer | Dates of Employment | Occupation | Salary/Weekly Wage |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000008**

5.  Since your Paragard was placed through the present, have You been out of work for more than 30 days during any calendar year for reasons related to Your physical and/or mental health?

○ Yes          ○ No          ● Do not recall

If yes, provide the following information:

| Name of Employer | Dates out of work (MM/YYYY to MM/YYYY) | Brief description of physical or mental health condition |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

P.  Military Service Information

1.  Have You ever served in any branch of the U.S. Military?

○ Yes          ● No

2.  If yes, provide the following information:

a.    the branch and dates of service, rank upon discharge, and type of discharge received:

| Branch | Dates of service | Rank upon discharge | Type of discharge |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

b.    Were You ever rejected or discharged from the military for any reason relating to Your medical, physical, psychiatric or emotional condition(s)?

○ Yes          ○ No

**Highly Confidential**   You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000009**

c.    If yes, state the condition(s) for which You were rejected or discharged:

|  |
|--|
|  |

Q.  Insurance/Claim Information

1.  Identify each insurance carrier with whom You had health insurance coverage, or that covered You, for the time period beginning two (2) years before Your Paragard was placed to the present time:

| Insurance provider name and address |
|--|
|  |
|  |
|  |
|  |
|  |

2.  Have You filed a workers' compensation claim within the time period beginning two (2) years before Your Paragard was placed to the present?

◯ Yes          ⦿ No

If yes, for each claim please state the year you filed the claim(s) and the nature of the claimed injury/disability:

| Year claim filed | Nature of the claimed injury/disability |
|--|--|
|  |  |
|  |  |
|  |  |
|  |  |

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000010**

3.   In the time period beginning two (2) years before Your Paragard was placed to the present, have You ever applied for Social Security and/or state or federal disability, received Medicare, Medicaid, DOD Tricare, State Children's Health Insurance Program (SCHIP), Veterans Health Administration (VHA), or Indian Healthcare Services (IHS)?

◉ Yes          ◯ No

If yes, identify the benefits received (check all that apply):

☐ Medicare
☑ Medicaid
☐ DOD Tricare
☐ State Children's Health Insurance Program (SCHIP)
☐ Veterans Health Administration (VHA)
☐ Indian Healthcare Services (HIS)

a.    If yes, are You receiving those benefits now?

◉ Yes          ◯ No

*Please note: if You are not currently a Medicare – eligible beneficiary, but become eligible for Medicare during the pendency of this lawsuit, You must supplement Your response at that time. This information is necessary for all parties to comply with Medicare regulations. See 42 U.S.C. §1395y(b)(a), also known as Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 and §1395y(b)(2) also known as the Medicare Secondary Payer Act.*

R.  Have You ever filed a lawsuit or made a claim or demand for compensation, other than in the present Lawsuit, relating to any bodily or personal injury(ies)?

◯ Yes          ◉ No

If yes, provide a brief description of your injuries and the outcome of your lawsuit, claim, or demand.

[ ]

S.  Have You settled or reached any agreement, deal, or understanding of any kind with any other person, firm, corporation, or party with respect to Your lawsuit or the events described in Your lawsuit, including, but not limited to "Mary Carter" agreements?

This question seeks information concerning agreements or understandings of any kind whatsoever, including past, present, and future settlements, deals, agreements,

**Highly Confidential**
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000011**

understandings, and conduct regarding the giving, withholding of, or nature of testimony or evidence.

○ Yes          ● No

If yes, provide the following information:

| Names of Parties Involved | Date of settlement or agreement |
|---|---|
|  |  |
|  |  |

T.  Have You ever filed for bankruptcy?

○ Yes          ● No

If yes, provide the following information:

| City and state where bankruptcy was filed | Date of filing (MM/DD/YYYY) | Case Number (if known) | Current Status |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

U.  In the last 10 years, have You ever been convicted of, or pled guilty to, a felony and/or crime of fraud or dishonesty?

○ Yes          ● No

If yes, provide the following information:

| State in which You were convicted or pled guilty | State or federal court? | Felony or crime for which You were convicted or with respect to which You pled guilty |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000012**

### III.  PLACEMENT and REMOVAL OF PARAGARD

A.  For each Paragard that has ever been placed in You, provide the following information:

| Date of Placement (MM/DD/YYYY) | Lot number of the Paragard | Name of HCP who placed the Paragard | Address of HCP who placed the Paragard | Why did you choose Paragard? |
|---|---|---|---|---|
| 04/24/2015 | 513003 | Bonnie Taylor, DO | SHMG Family Medicine - Kentwood, 4600 Breton Rd SE, Suite 102, Kentwood, MI 49508 | I was in need of birth control. |
| | | | | |
| | | | | |

Did You obtain Your Paragard from anyone other than the Health Care Provider who placed Your Paragard?

◯ Yes        ⦿ No

If yes, identify from what person and source You obtained Your Paragard:

| |
|---|
| |

B.  **For each Paragard You listed in response to III(A) above**, provide the following information:

1.  Oral, verbal, or spoken information conveyed to you (this includes, but is not limited to, information about risks, benefits, instructions for use, or any side effects and/or any warnings) [Include response for each Paragard You had placed.]:

| Date of Placement (MM/DD/YYYY) | Did anyone provide information to You about Paragard before it was placed in You? (State Yes, No, or Do not recall) | Name of person who provided the information to You | What information were you told? |
|---|---|---|---|

**Highly Confidential**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000013**

**You may attach as many sheets of paper as necessary to fully answer these questions.**

| 04/24/2015 | ○ Yes  ○ No  ⦿ Do Not Recall | Bonnie Taylor, DO | Do not recall |
|---|---|---|---|
| | ○ Yes  ○ No  ○ Do Not Recall | | |
| | ○ Yes  ○ No  ○ Do Not Recall | | |

2.　　　Written information given to you (including but not limited to, for example, a pamphlet, a booklet, an information sheet, something else?) [Include response for each Paragard You had placed.]:

| Date of Placement (MM/DD/YYYY) | Were You given any written information about risks, benefits, instructions for use, or warnings about Paragard before it was placed in You? (State Yes, No, or Do not recall) | Name of person who gave that information to You | What written materials were you given? |
|---|---|---|---|
| 04/24/2015 | ○ Yes  ○ No  ⦿ Do Not Recall | Bonnie Taylor, DO | Do not recall |
| | ○ Yes  ○ No  ○ Do Not Recall | | |
| | ○ Yes  ○ No  ○ Do Not Recall | | |

b.　　　Do You, or anyone else, including Your attorneys, still have that information?

○ Yes　　　　　　⦿ No

If No, when, to the best of your recollection, was the last time You saw that information?

| Do not recall |
|---|

You may attach as many sheets of paper as necessary to fully answer these questions.

**Highly Confidential**

McIntyre. Paragard - **Plaintiff Fact Sheet (FINAL)_00000014**

C. For each Paragard You listed in response to III(A) above, did You or anyone *other than a Health Care Provider* ever remove or attempt to remove the Paragard?

◯ Yes            ⦿ No

If Yes, provide the following information:

| Date of Placement (MM/DD/YYYY) | Date You or anyone other than a HCP removed or attempt to remove the Paragard (MM/DD/YYYY) | Name of person who removed or attempted removal | Identify any problems that occurred at removal |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

D. For each Paragard that You have ever had removed or attempted to have removed **by a Health Care provider**, provide the following information:

| Date of Removal (MM/DD/YYYY) | Name and address of HCP who removed the Paragard | Why did you have it removed? | Identify any problems that occurred at removal |
|---|---|---|---|
| 03/22/2017 | Sarah Mattson, MD, Grand Rapids Women's Health, 555 Mid Towne St. NE, Grand Rapids, MI 49503 | Pregnant with IUD and needed to be removed. | IUD was removed but was missing an arm. |
|  |  |  |  |
|  |  |  |  |

E. With regard to the particular Paragard that is the subject of Your Lawsuit, did any HealthCare Provider recommend that You not have the Paragard (either in whole or in part) removed?    ◯ Yes    ◯ No    ⦿ Do not recall

**Highly Confidential**    You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000015**

If Yes, provide the following information:

| Date of Recommendation (MM/DD/YYYY) | Name of HCP who made the recommendation | Address of HCP who made the recommendation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

F. With regard to the particular Paragard (or any part of it): that is the subject of Your Lawsuit: do you know where it is?

⦿ Yes        ◯ No

If Yes, who has it?

⦿ I have it; and it is located in (Identify City & State)

Grand Rapids, MI

◯ My lawyer has it; and it is located in (Identify City & State)

_____

◯ Someone else has it;

Identify who you believe has it: _____

Identify (City & State) where you believe it is located:

_____

G. Have You ever had any communication (written, electronic, or oral), with any of the Defendants You named in Your Lawsuit?

◯ Yes                    ⦿ No

**Highly Confidential** **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000016**

If yes, provide the following information:

| Date of Communication (MM/DD/YYYY) | Method of Communication (e.g., email, letter, phone call, etc.) | Identify entity or person You communicated to or with | Brief description of the communication |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

## IV.    ALLEGED INJURIES FROM PARAGARD AND CLAIMS ASSERTED

### A.  Alleged Injuries

1.  Are You claiming that You a suffered bodily injury, illness, or disability (referred to collectively herein as "injury") as a result of Your Paragard?

&#9673; Yes        &#9711; No

2.  For each injury that You claim was caused by Your Paragard, provide the following information:

| Describe separately each injury You claim | Is the injury continuing? (Yes or No) | When did You first have symptoms that You believe are related to the injury? (MM/DD/YYYY) | Name and Address of each HCP who diagnosed You with or treated you for the injury |
|---|---|---|---|
| Retained IUD fragment | No | 03/22/2017 | Sarah Mattson, MD, Grand Rapids Women's Health, 555 Mid Towne St. NE, Grand Rapids, MI 49503 |
| Emotional Distress | No | 03/22/2017 | Untreated |
| Pregnancy with IUD | No | 03/22/2017 | Sarah Mattson, MD, Grand Rapids Women's Health, 555 Mid Towne St. NE, Grand Rapids, MI 49503 |
|  |  |  |  |

**Highly Confidential**    You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000017**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3.  Has any Health Care Provider informed You that any injury identified in Section IV.A.2 above was caused by, or related to, Your Paragard?

( • ) Yes          ( ) No

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000018**

If **yes**, provide the following information for each injury:

| Injury | Name and Address of the HCP who informed You that injury was caused by or related to Your Paragard | Date that HCP informed You that injury was caused by or related to Your Paragard (MM/DD/YYYY) |
|---|---|---|
| Retained IUD fragment | Sarah Mattson, MD, Grand Rapids Women's Health, 555 Mid Towne St. NE, Grand Rapids, MI 49503 | 03/22/2017 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. For each injury You claim was caused by a Paragard, have you ever had the same injury before the Paragard that is the subject of Your Lawsuit was placed in You?

( ) Yes          (●) No

If yes, provide the following information:

| Injury | Date You first were aware of that injury (MM/DD/YYYY) | Name and Address of each HCP who diagnosed You with the injury | Name and Address of each HCP who treated You for the injury |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Highly Confidential** You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000019**

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

5.  Do You claim that Your Paragard worsened an injury or condition that You already have or had in the past?

( ) Yes          (●) No

If yes, identify the injury or condition that You believe was worsened as a result of Your Paragard, identify the Health Care Provider who diagnosed you with that injury, and state the date of diagnosis:

| Injury or Condition | Dates of Diagnosis (MM/DD/YYYY) | Health Care Provider who diagnosed you with the injury |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

B.  Treatment for Your Alleged Injuries

1.  Did You receive any treatment for injuries or conditions You claim were caused by Your Paragard?

(●) Yes          ( ) No

If yes, provide the following information in chronological order with the oldest treatment first:

| Injury | Describe Treatment You Received | Date of Treatment (MM/DD/YYYY) | Name and Address of each person or HCP who treated You |
|---|---|---|---|
| Pregnancy with IUD | Ultrasound | 03/22/2017 | Sarah Mattson, MD, Grand Rapids Women's Health, 555 Mid Towne St. NE, Grand Rapids, MI 49503 |
|  |  |  |  |

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000020**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Did You have any medical tests or procedures that You claim are related to the removal of Your Paragard?

◯ Yes          ⦿ No

If yes, please identify the type of medical tests or procedures:

| Medical Test or Procedure | Yes/No |
|---|---|
| Ultrasound-guided removal | ◯ Yes  ◯ No |

**Highly Confidential**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000021**

**You may attach as many sheets of paper as necessary to fully answer these questions.**

| Manual vacuum aspiration | ⚪ Yes  ⚪ No |
|---|---|
| Hysteroscopy | ⚪ Yes  ⚪ No |
| D&C | ⚪ Yes  ⚪ No |
| Laparoscopy | ⚪ Yes  ⚪ No |
| Laparotomy | ⚪ Yes  ⚪ No |
| Hysterectomy | ⚪ Yes  ⚪ No |
| Other (Describe): | ⚪ Yes  ⚪ No |

If yes, provide the following information:

| Medical Test/Procedure | Date of Test or Procedure (MM/DD/YYYY) | Name and Address of each HCP who performed the test or procedure | Name and Address of each Health Care Facility where the test or procedure was performed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

You may attach as many sheets of paper as necessary to fully answer these questions.

**Highly Confidential**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000022**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

C. Claims / Damages Alleged

1. Are You making a claim for lost wages in Your Lawsuit?

   ◯ Yes          ⦿ No

   a.   If yes, identify every category of your lost wage claim:

   ☐ Salary
   ☐ Bonuses
   ☐ Stock options
   ☐ Retirement matching
   ☐ 401(k) matching
   ☐ Other – Please describe:

   |  |
   |---|

2. Are You claiming impairment of future earning capacity as a result of any injury(ies) You contend was/were caused by a Paragard?

   ⦿ Yes          ◯ No

   If yes:

   State the approximate total amount of future time You believe You will lose from work as a result of any injury(ies) You claim were caused by the Paragard at issue in this lawsuit:

   ◯ 1-7 days
   ◯ 8-14 days

Highly Confidential   You may attach as many sheets of paper as necessary to fully answer these questions.

McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000023

○ 15-30 days
○ 1 - 3 months
○ 3 - 6 months
◉ 6 months or more

3. Are You seeking to recover any "out-of-pocket" expenses (those expenses You have directly paid or incurred, including medical expenses not covered by insurance), that You claim are related to any injury(ies) You claim was/were caused by a Paragard?

○ Yes                    ○ No

If yes, what is the current amount of out – of – pocket expenses you seek to recover in this lawsuit?

○ $100 or less
○ $500 or less
○ $501 to $1,000
○ $1001 to $3,000
○ $3,001 to $5,000
○ $5,001 to $10,000
○ $10,000 to $25,000
○ more than $25,000

Are those out-of-pocket expenses continuing?

○ Yes                    ○ No

4. Has any insurer or any other entity or person paid any medical expenses related to any injury(ies) that You claim was/were caused by a Paragard and for which You seek recovery in Your Lawsuit?

◉ Yes                    ○ No

5. Are You claiming emotional distress or any psychiatric injury or condition as a result of a Paragard?

◉ Yes                    ○ No

**You may attach as many sheets of paper as necessary to fully answer these questions.**

**Highly Confidential**
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000024**

a.   If Yes, have You received any type of medical, emotional, or psychiatric care, counseling, or treatment for the emotional distress or any psychiatric injury or condition You claim?

○ Yes              ⦿ No

i.  If yes, provide the following information:

| Injury or Condition | Dates of Treatment (MM/DD/YYYY to MM/DD/YYYY) | Name and Address of each person or HCP who treated You for the injury(ies) or condition(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

6.  Does Your spouse seek damages for loss of consortium in this Lawsuit?

○ Yes          ○ No          ⦿ I do not have a spouse

**If yes, Your spouse must answer the following questions and complete, sign, and provide a Declaration in the form attached to this PFS.**

a.      Spouse's Name: _____

b.      Spouse's Date of Birth (MM/DD/YYYY): _____

c.      Spouse's Social Security Number: _____

d.      State whether any of the following are alleged or claimed in the Lawsuit:

| Allegation or Claim | Yes/No | |
|---|---|---|
| Loss of services of spouse | ○ Yes | ○ No |

**Highly Confidential**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000025**

You may attach as many sheets of paper as necessary to fully answer these questions.

| | | |
|---|---|---|
| Impaired sexual relations | ○ Yes | ○ No |
| Lost wages/lost earning capacity | ○ Yes | ○ No |
| Lost out – of – pocket expenses | ○ Yes | ○ No |
| Physical injuries | ○ Yes | ○ No |
| Psychological injuries/emotional injuries | ○ Yes | ○ No |
| Other (Specify) | ○ Yes | ○ No |

     e.    List the name, address, and specialty of any Health Care Provider from whom treatment was sought by the loss-of-consortium plaintiff for any physical, emotional, or psychological injuries or symptoms alleged to be related to his/her claim in this Lawsuit.  If "none," state "none."

| Name of the HCP from whom treatment was sought by the loss-of-consortium plaintiff | Address of the HCP from whom treatment was sought by the loss-of-consortium plaintiff | Specialty of the HCP from whom treatment was sought by the loss-of-consortium plaintiff |
|---|---|---|
| | | |
| | | |
| | | |

## V.    MEDICAL/HEALTH BACKGROUND

A.  What is Your current height:  __5__ feet __7__ inches

B.  What is Your current weight:  __115__ lbs.

C.  Identify each of Your primary care Health Care Providers for the period of five (5) years prior to Your first Paragard placement to the present time:

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000026**

| Name of HCP | Last Known Address (CITY/STATE) | Dates Seen (MM/YYYY to MM/YYYY) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

D.  To the extent not already provided above, identify each of Your obstetricians/gynecologists (or similar Health Care Providers) for the time period of five (5) years before placement of first Your Paragard to the present:

| Name of HCP | Last Known Address (CITY/STATE) | Dates Seen (MM/YYYY to MM/YYYY) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

E.  To the extent not already provided above, provide the name and address of every Health Care Provider from whom You received medical advice and/or treatment from five (5) years prior to the date of placement of Your first Paragard, to the present.

| Name and Address of each HCP | Specialty of the HCP | Date when advice or treatment was provided (MM/DD/YYYY) | Condition treated or consulted on |
|---|---|---|---|
|  |  |  |  |

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000027**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

F.  Identify each Health Care Facility where You have received inpatient or outpatient treatment for any condition, including emergency room treatment and/or surgical procedures, from the time period of five (5) years prior to placement of Your first Paragard to the present.

| Name of Health Care Facility | Address of Health Care Facility (CITY/STATE) | Date of Admission or Treatment (MM/YYYY) | Reason for Admission or Treatment |
|---|---|---|---|
| | | | |

**Highly Confidential  You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000028**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

G. For all methods of prescription birth control (other than IUDs) You have used for a period of 10 years prior to the placement of your first ParaGard, provide the following information:

| Type of Birth Control | Product Name | Manufacturer Name | Dates of Use (MM/YYYY to MM/YYYY) | Name and Address of HCP who prescribed it |
|---|---|---|---|---|
| Pills | Do not recall | Do not recall | 01/2014-06/2014 | Do not recall |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

H. Have you ever used an IUD other than ParaGard?

     ◉ Yes     ◯ No

**Highly Confidential** **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000029**

If "yes," for each IUD you have used, please provide the following information:

| Product Name | Manufacturer Name | Dates of Use (MM/YYYY to MM/YYYY) | Name and Address of HCP who prescribed it |
|---|---|---|---|
| Mirena | Bayer | 01/2018- | |
| | | | |
| | | | |
| | | | |

I. Has any Health Care Provider recommended or advised that You discontinue any birth control drug or device that You have used?

◯ Yes    ⦿ No    ◯ Do not recall

If yes, provide the following information:

| Birth Control Drug or Device | Date of Recommendation (MM/YYYY) | Name and Address of HCP who made the recommendation |
|---|---|---|
| | | |
| | | |
| | | |

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000030**

J.  Prescription Medicines.

1.  Identify each prescription medication You have taken on a regular basis for the time period of two years prior to the placement of your Paragard to the present time. [You do not need to list medication taken for birth control here if already identified in response to [§ G] above.]:

| Name of Prescription Medication | Reason Prescribed | Dates Taken (MM/YYYY to MM/YYYY) | Name of the prescribing HCP and address (if not previously provided | Name and Address of Dispensing Pharmacy |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

31

K.  Tobacco Use:

Check and provide information for all that apply:

○ Never smoked cigarettes

○ Past smoker of cigarettes
Date on which smoking ceased _____

Amount smoked on average: _____ packs per day for _____ years

○ Current smoker of cigarettes

Amount smoked: _____ packs per day for _____ years

L.  Are you making a claim for mental, emotional or psychiatric injuries, mental anguish, or depression?

⦿ Yes                    ○ No

If yes, have You sought or obtained emotional, psychiatric or psychological treatment of any type, including therapy, for any mental health conditions including depression, anxiety, or other emotional or psychiatric disorders during the time period of two (2) years prior to placement of Your Paragard to the present time?

○ Yes                    ⦿ No

If Yes, specify the condition, its date(s) of onset, and Your treating physician.

| Condition | Date(s) of Onset | Treating Physician |
|-----------|------------------|--------------------|
|           |                  |                    |
|           |                  |                    |
|           |                  |                    |

M.  For each of the following condition(s), state whether You have ever been diagnosed with the condition.

| Condition | Yes/No/Do Not Recall | | |
|-----------|:---:|:---:|:---:|
| High blood pressure | ○ Yes | ⦿ No | ○ Do Not Recall |
| Migraines | ○ Yes | ⦿ No | ○ Do Not Recall |
| Depression | ○ Yes | ⦿ No | ○ Do Not Recall |
| Breast Cancer | ○ Yes | ⦿ No | ○ Do Not Recall |
| Endometrial Cancer | ○ Yes | ⦿ No | ○ Do Not Recall |

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000032**

| | | | |
|---|---|---|---|
| Ovarian Cancer | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Cervical Cancer | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Known or suspected uterine malignancy | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Known or suspected cervical malignancy | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Known or suspected breast cancer | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Other progesterone-sensitive cancer | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Acute liver disease or liver tumor (whether benign or malignant) | ◯ Yes | ◉ No | ◯ Do Not Recall |
| DVT or other blood clot/blood clotting disorders | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Embolism | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Stroke | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Cerebral hemorrhage | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Aneurysm | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Obesity | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Diabetes | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Pelvic inflammatory disease | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Congenital or acquired uterine anomaly, including fibroids and/or condition that distorts the uterine cavity | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Uterine bleeding of unknown cause | ◯ Yes | ◉ No | ◯ Do Not Recall |
| Any other condition that prevents you from using hormones. Please Describe: | ◯ Yes | ◯ No | ◯ Do Not Recall |

For each condition marked "yes" above, provide the following information:

| Condition | Date of Diagnosis [MM/YYYY] | Name & Address of HCP who diagnosed You | Name & Address of each HCP who treated You |
|---|---|---|---|
| | | | |
| | | | |

Highly Confidential    You may attach as many sheets of paper as necessary to fully answer these questions.

McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000033

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

N.  Other than the condition(s) listed above, have You ever been diagnosed with any other chronic health condition involving your reproductive organs?

○ Yes          ⊙ No

If yes, provide the following information:

| Chronic Health Condition | Date of Diagnosis [MM/YYYY] | Name & Address of the HCP who diagnosed You | Name & Address of each HCP who treated You) |
|---|---|---|---|
|  |  |  |  |

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000034**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

O.  To the best of your knowledge, do You have a family history (i.e., Parents, Siblings) of any of the following conditions, and, if so, provide the following information.

| Chronic Health Condition | Parent or Sibling? [List all that apply and list the specific condition, if known.] |
|---|---|
| Cardiovascular problems | No |
| DVT or other blood clotting disorders | No |
| Stroke | No |
| Embolism | No |
| Depression | No |
| Cancer | No |
| Acute liver disease or liver tumor (whether benign or malignant) | No |

P.  Are you claiming a loss of reproductive health?

○ Yes          ● No

Q.  If yes, briefly describe the reproductive health You claim you have lost.

| |
|---|
| |

**Highly Confidential**   **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000035**

R.  If You answered yes to the question in section P, above, Have You ever been treated for female infertility or consulted with any Health Care Provider related to female infertility?

○ Yes          ○ No

If yes, identify any condition You were diagnosed with and provide the following information:

| Condition/Diagnosis | Date of Diagnosis [MM/YYYY] | Name of the HCP who diagnosed You (and address if not otherwise provided) | Name of each HCP with whom You treated or consulted (and address if not otherwise provided) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

S.  If You answered yes to the question in section P above, is your spouse a plaintiff in your lawsuit?

○ Yes          ○ No

If you checked the "yes" box, has Your spouse ever been treated for or consulted with any Health Care Provider related to male infertility?

○ Yes          ○ No

If you checked the "yes" box, identify any condition Your spouse was diagnosed with and provide the following information:

| Condition/Diagnosis | Date of Diagnosis [MM/YYYY] | Name & Address of the HCP who diagnosed Your spouse | Name & Address of each HCP with whom Your spouse treated or consulted |
|---|---|---|---|
|  |  |  |  |

**Highly Confidential**   **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000036**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

If Your spouse is <u>not</u> a plaintiff in your lawsuit, was he married to or living with you when your ParaGard was removed?

○ Yes    ○ No

If so, did he consult with or was he treated by a Health Care Provider for male infertility from the time your Paragard was removed until the time your lawsuit was filed?

○ Yes    ○ No

## VI.    SOCIAL MEDIA/INTERNET

Social Networking
A. For five (5) years prior to the placement of your ParaGard, did you read information about IUDs generally and/or Paragards in particular in a website, chat room, message board, or other electronic forum?

○ Yes    ● No

If yes, for each such site, provide the following information:

| Name of Site | Dates Visited (MM/YYYY to MM/YYYY) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

B. After the removal (and/or attempted removal) of your Paragard, did you read information about IUDs generally and/or Paragards in particular in a website, chat room, message board, or other electronic forum?

○ Yes    ● No

**Highly Confidential**    **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000037**

If yes, for each such site, provide the following information:

| Name of Site | Dates Visited (MM/YYYY to MM/YYYY) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

C. For five (5) years prior to the placement of your Paragard, have You ever discussed or posted about the following on any social networking site, website accounts, or message boards?

1. Your reproductive health, including, but not limited to, Your gynecologic, pelvic, or abdominal health?

○ Yes    ● No

2. IUDs, including, but not limited to, Paragard IUDs?

○ Yes    ● No

3. Your Lawsuit about Paragard or Paragard lawsuits in general?

○ Yes    ● No

If You answered yes to (C)(1), (2), and/or (3) above, then for each entry or post, provide the following information:

| Name of Site | Date of Post (MM/DD/YYYY) | Description of substance of the entry or post |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Highly Confidential  You may attach as many sheets of paper as necessary to fully answer these questions.
McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000038

**D.** When did You first become aware of claims or lawsuits against Paragard?  Please provide the month, day, and year (MM/DD/YYYY):  06/03/2020          .

    1.  How did You first become aware of the claims or lawsuits against Paragard?

       a.     Television advertisement

          ○ Yes          ● No

If You checked "Yes" for "Television advertisement," please describe the television advertisement.

|  |
|--|
|  |

       b.     Print advertisement

          ○ Yes          ● No

If You checked "Yes" for "Print advertisement," please describe the print advertisement.

|  |
|--|
|  |

       c.     Website or internet

          ● Yes          ○ No

If You checked "Yes" for "Website or internet," please identify what you saw or read on the site(s) You visited.

| Facebook Advertisement |
|--|

       d.     Other?

          ○ Yes          ● No

If You checked "Yes" for "Other," please explain and identify the source:

|  |
|--|
|  |

**Highly Confidential**  You may attach as many sheets of paper as necessary to fully answer these questions.
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000039**

## VII.    WITNESSES

A.    Other than Your Health Care Providers identified above, identify all persons whom You believe possess information about Your alleged injury, any facts related to Your claims, and/or Your medical condition (at any time):

| Name of witness | Address | Relationship to You |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Highly Confidential**   **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000040**

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

_01/21/2023_
Dated

_Karina McIntyre_
Print Name

_Karina McIntyre_
Signature

**You may attach as many sheets of paper as necessary to fully answer these questions.**

**Highly Confidential**

**McIntyre. Declaration_00000001**

## <u>DECLARATION OF CONSORTIUM PLAINTIFF</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in this Plaintiff Fact Sheet at Sections IV.D.8 (a-e) is true and correct to the best of my knowledge, information and belief formed after due diligence and reasonable inquiry.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.


_____         _____
        Dated                                                    Print Name of Consortium Plaintiff


                                                           _____
                                                           Signature of Consortium Plaintiff

**Highly Confidential** **You may attach as many sheets of paper as necessary to fully answer these questions.**

## PRODUCTION OF DOCUMENTS AND THINGS

Attach the following documents and things to this Plaintiff Fact Sheet and Declaration in the manner set forth in the Implementing (Enabling) Order on the Plaintiff Fact Sheet (CMO No. __).

A.    **AUTHORIZATIONS**: Sign and attach to this Plaintiff Fact Sheet the Authorizations for the release of records appended hereto.  Check the box if You are attaching the signed Authorization.

☐    A-1  Authorization for Release of Medical Records is signed and attached

☐    A-2 Authorization for Release of Psychological/Psychiatric Records is attached (if claiming emotional distress, menta, emotional, psychological or psychiatric injury)

☐    A-3 Authorization to Release Employment Information is attached (if claiming lost wages, lost earnings or impairment of earning capacity)

☐    A-4 Authorization for Release of Tax Records (if claiming lost wages, lost earnings or impairment of earning capacity)

☐    A-5 Authorization for Release of Insurance Records

☐    A-6 Authorization for Release of Medicare Records

☐    A-7 Authorization for Release of Worker's Compensation Records (if applicable)

☐    A-8 Authorization for Release of Disability Claims Records (if applicable)

B.    If You are completing this PFS on behalf of a deceased person, please attach (1) the legal documentation establishing that You are the legal representative of the estate and (2) a copy of the decedent's death certificate.

## DOCUMENT REQUESTS:

"Document" as used below means hard copy documents and electronically-stored information (ESI), as defined in the Case Management Order Regarding Production of Electronically Stored Information and Paper Documents ("ESI Protocol") (Doc. No. 128).

Communications solely with Your attorneys, and that You did not show or give to anyone else, are not included in these Requests.

For each response below, state whether You have any of the following documents in You possession, custody, or control, by checking the appropriate box below each Request.

If You have documents in Your possession, custody, or control, provide a true and correct copy of such documents with this completed Plaintiff Fact Sheet.

**Highly Confidential**    **You may attach as many sheets of paper as necessary to fully answer these questions.**
**McIntyre. Paragard – Plaintiff Fact Sheet (FINAL)_00000043**

1. Produce all medical and pharmacy records (for example, receipts, prescriptions, and records of purchase) You have in Your possession, custody, or control describing, discussing, or referring to Paragard including the following records:

   a. Patient information sheets, "Information for Patients," "Prescribing Information," package inserts, brochures, handouts, pamphlets, consent forms, or product literature for a Paragard;

   b. Procedures, tests, or Health Care Provider office visits You had to place a Paragard including consent forms, appointment cards, and all product identification;

   c. Any follow-up care You received following the placement of Your Paragard;

   d. Any procedure, test, Health Care Facility in-patient or out-patient admission, or Health Care Provider office visit You had to remove a Paragard;

   e. Any follow-up care You received following the removal of Your Paragard; and

   f. All pharmacy records for any prescription medication that You took for any injury You claim was caused by Your Paragard.

   ◯ The documents are attached.

   ◯ I have no documents.

2. Produce all medical and pharmacy records that were requested or obtained for Your Lawsuit, unless already produced in response to Request number 1;

   ◯ The documents are produced in response to Request number 1.

   ◯ The documents are attached.

   ◯ I have no documents.

3. Produce all documents in Your possession, custody, or control about Paragard including the following:

   a. Documents You created describing, discussing, or referring to Paragard or any of the physical or mental conditions You are claiming are related to Your Paragard;

   b. All letters, e-mail, or other electronic messages You have written to any Defendant, Health Care Providers, or governmental entities about Paragard;

   c. All news articles or medical literature that describe, discuss, or reference Paragard, or any of the Defendants You name in Your Lawsuit;

**Highly Confidential**  **You may attach as many sheets of paper as necessary to fully answer these questions.**

**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000044**

d.  All advertisements or promotional material for Paragard You saw before Your Paragard was placed in You;

e.  All attorney advertisements for potential claims or lawsuits directed to Paragard You saw before Your Lawsuit was filed;

f.  All information that describes, discusses, or refers to Paragard that You downloaded or printed from the internet before Your Lawsuit was filed;

g.  Any recorded statement or written statement or notes of any statement from any of the Defendants in Your Lawsuit and/or any of their agents, representatives, or employees about Paragard and/or the injuries or claims alleged in Your Lawsuit;

h.  All social media or internet posts You made or posts made about You in which you were tagged or of which You are aware that describe, discuss, or refer to Paragard;

i.  All social media or internet posts You made or posts that were made about You, that describe, discuss, or refer to any of the alleged injuries, conditions, or damages You claim in Your Lawsuit;

j.  All calendars, journals, diaries, and notes that describe, discuss, or refer to Paragard or the injuries, damages or treatment You are alleging in Your Lawsuit;

k.  All statements obtained from or given by any person, other than Your attorney(s) or expert(s), having knowledge of the facts relevant to the subject of Your Lawsuit; and

l.  Any photographs or videos that depict the Paragard placed in You or its removal, the injuries You allege were caused by Paragard, or any care and/or treatment You received

○  The documents are attached.

○  I have no documents.

4.  Produce all documents in Your possession, custody, or control describing, discussing, or that refer to the following:

a.  IUDs of any type in general or any alleged health risks related to IUDs in general; and/or

b.  Birth control or contraception in general or any alleged health risks related to birth control or contraception in general.

Highly Confidential    **You may attach as many sheets of paper as necessary to fully answer these questions.**

McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000045

○ The documents are produced in response to one or more other Requests for Production above.

○ The documents are attached.

○ I have no documents.

5. Produce all documents describing, discussing, or that refer to the following, as identified in Your responses in Your Plaintiff Fact Sheet:

    a. Any workers' compensation claims as identified in Your response to § II.Q.2 (workers' compensation claims);

    b. Any Social Security or state/federal disability claims as identified in Your response to § II. Q.3 (Social Security or state/federal disability claims);

    c. Any lawsuits or claims as identified in Your response to § II. R (lawsuits or claims);

    d. Any agreements identified in Your response to § II. S. (Agreements with respect to your lawsuit);

    e. Any written information identified in Your response to § III.B.2 (written information);

    f. Any actions or steps taken to preserve or maintain the Paragard removed from You; (Response to § III. F);

    g. The location(s) of the Paragard or any of its pieces removed from You, or any transfer of them, including all chain of custody documents. (Response to § III. F);

    h. Any communication or correspondence with Defendants as identified in Your response to § III. G. (Communications between You or anyone acting on Your behalf, and any Defendant you have named in the lawsuit); and

    i. Any out-of-pocket expenses as identified in Your response to § IV. C.3 (out-of-pocket expenses).

○ The documents are attached.

○ I have no documents.

6. **If You are claiming lost wages, loss of earnings, or lost earnings capacity**, produce Your W-2s and all tax records reflecting Your income for the five (5) years preceding the removal of Your Paragard that is the subject of Your Lawsuit to the present.

○ I am not claiming lost wages, loss of earnings, or lost earnings capacity.

**You may attach as many sheets of paper as necessary to fully answer these questions.**

○ The documents are attached.

○ I have no documents.

7. **If You are suing on behalf of another individual**, produce copies of the death certificate, letters testamentary, letters of administration, powers of attorney, guardianship, or guardian ad litem orders or other documents relating to Your status as a plaintiff in Your Lawsuit.

○ I am not suing on behalf of another individual.

○ The documents are attached.

○ I have no documents.

8. **If Your spouse is bringing a loss of consortium claim,** produce all documents constituting, evidencing, or otherwise relating to Your spouse's claims or damages for loss of consortium.

○ There is no loss of consortium claim asserted

○ The documents are attached.

○ I have no documents.

9. To the extent not already produced in response to a Request for Production above, produce the medical records of each and every Health Care Facility, pharmacy, or Health Care Provider identified by You in response to the questions in Sections III, IV, and V. E. of the Plaintiff Fact Sheet (Your medical care and history for the time period beginning five (5) years prior to the placement of Your first Paragard and continuing to the present).

○ The documents are produced in response to one or more other Requests for Production above.

○ The documents are attached.

○ I have no documents.

10. Produce all test protocols, test results, or reports of testing or test results on the Paragard, including any and all pieces of the Paragard that is the subject of Your Lawsuit.

○ The documents are attached.

○ I have no documents.

**Highly Confidential** **You may attach as many sheets of paper as necessary to fully answer these questions.**
**McIntyre. Paragard - Plaintiff Fact Sheet (FINAL)_00000047**