# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| | Case No: 1:20-md-02974-LMM |
| | Honorable Leigh Martin May |
| **THIS DOCUMENT RELATES TO:** | |
| Rebecca Labrie v. Teva Pharmaceuticals USA, Inc., et al, Case No.: 24-cv-05147-LMM | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Kevin M. Fitzgerald hereby enters his appearance as counsel for Plaintiff, Rebecca Labrie in the above-referenced matter. The above-referenced counsel should receive copies of all court filings and correspondence.

Date: December 13, 2024

Respectfully Submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
Maine Bar # 9373
Fitzgerald Law Group
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
E: kfitzgerald@fitz-lawgroup.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th of December, 2024, I electronically filed the foregoing Notice of Appearance with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

Respectfully Submitted,

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
Maine Bar # 9373
Fitzgerald Law Group
120 Exchange Street, Suite 200
Portland, ME 04101
T: (207) 874-7407
F: (207) 850-2120
E: kfitzgerald@fitz-lawgroup.com
Counsel for Plaintiff