UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION**

No. 1:20-md-02974-LMM

*This Document Relates to:*

Rebecca Labrie v. Teva Pharmaceuticals USA, Inc. et al.
Case No. 24-cv-05147-LMM

### Certificate of Interested Persons and Corporate Disclosure Statement

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

None. Plaintiff's counsel hereby certifies that Plaintiff Rebecca Labrie is not a corporate entity and, therefore has no parent corporation or publicly traded corporation that owns 10% or more of its stock and further that Plaintiff Labrie does not personally own 10% or more of the stock of a party or proposed intervenor.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None. Plaintiff's counsel hereby certifies that there are no persons, associations, firms, partnerships, or corporations having either a financial interest in or any other interest in Plaintiff's case which could be substantially affected by the outcome of this case.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

Plaintiff's counsel certifies that the following is a complete list of counsel for Plaintiff Rebecca Labrie: Kevin M. Fitzgerald, Fitzgerald Law Group, LLC, 120 Exchange Street, Suite 200, Portland, ME 04101, Phone: (207) 874-7407, Fax: (207) 850-2120, kfitzgerald@fitz-lawgroup.com.

(4) [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

<u>Plaintiff Rebecca Labrie, by and through undersigned counsel, hereby makes the following disclosure identifying citizenship: Plaintiff Rebecca Labrie is a citizen of and domiciled in the State of Maine.</u>

*Allegations of an individual's residence do not enable the Court to determine an individual's citizenship. *Travaglio v. Am. Express Co.*, 735 F.3d 1266, 1269 (11th Cir. 2013). For purposes of diversity jurisdiction, citizenship is equivalent to domicile, which is a party's "true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257–58 (11th Cir. 2002) (quoting *Mas v. Perry*, 489 F.2d 1396, 1399 (5th Cir. 1974)).

"[A] limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185, 195-196 (1990)).

A limited liability company, like other unincorporated entities, "is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP,* 374 F.3d at 1022.

A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries. *Alliant Tax Credit 31, Inc. v. Murphy*, 924 F.3d 1134, 1143 (11th Cir. 2019).

Submitted this 13th day of December, 2024.

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald
Fitzgerald Law Group, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Fax: (207) 850-2120
Email: kfitzgerald@fitz-lawgroup.com

*Attorney for Plaintiff*