IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

## RULE 5.4 CERTIFICATE OF SERVICE

NOW COME Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc., by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc.'s Objections and Responses to Plaintiffs' Seventh Request for Admission and Tenth Request for Production** upon all appropriate parties.

Respectfully submitted this 18th day of December, 2024.

    */s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Co-Lead Counsel for The Teva Defendants***

1

2

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peach Street NE
 Suite 1900
Atlanta, GA 30309
 Telephone: (678) 515-5011
 Pamela.ferrell@butlersnow.com
***Co-Lead Counsel for The Teva Defendants***

/s/ Lori G. Cohen
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
 Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com
nga@gtlaw.com
  ***Co-Liaison Counsel for Defendants***

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 18th day of December, 2024.

/s/ *Christopher D. Morris*
Christopher D. Morris
Mississippi Bar No. 102981

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2024, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

/s/ *Christopher D. Morris*
Christopher D. Morris
Mississippi Bar No. 102981