IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | 1:20-md-02974-LMM |
| | ) | **This Document Relates to All Cases** |

## JOINT NOTICE OF PROPOSED AGENDA ITEMS
## FOR THE DECEMBER 20, 2024 MDL STATUS CONFERENCE

Pursuant to the Court's Order – Initial Conference, [Doc. 34, ¶2], the Parties have met and conferred and jointly submit for the Court's consideration the following topics as proposed agenda items for the December 20, 2024 MDL Status Conference.

1. Order Regarding OUS Deponents

2. Case Specific Discovery Requests (*Letter briefs previously submitted*)

3. HCP Deposition Scheduling Update

4. Document update (Teva and Cooper)

5. Production of the post-April 2022 cut off discovery

6. Update on Fact Deposition Scheduling

7. Deadline for Plaintiffs to request company witness depositions

8. Scheduling order

9. PFS Deficiencies – Show Cause Order

The parties may provide the court with an Amended or Supplemental Agenda before the scheduled conference based on further meet and confers.

Dated: December 18, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Erin K. Copeland* | */s/ C. Andrew Childers* |
| **Erin K. Copeland, Esq.** | **C. Andrew Childers, Esq.** |
| Fibich, Leebron, Copeland & Briggs | Childers, Schlueter & Smith, LLC |
| 1150 Bissonnet Street | 1932 N. Druid Hills Rd., Suite 100 |
| Houston, Texas 77005 | Atlanta, GA 30319 |
| Telephone: 713-352-0470 | Tel: (404) 419-9500 |
| ecopeland@fibichlaw.com | Fax: (404) 419-9501 |
| **Co-Lead Counsel for Plaintiffs** | AChilders@cssfirm.com |
| | **Liaison Counsel for Plaintiffs** |

<u>/s/ Caroline Walker</u>
**Caroline D. Walker, Esq.**
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
One Federal Place, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com
**Co-Lead Counsel for The Cooper Defendants**

<u>/s/ Kasey M. Adams</u>
**Kasey M. Adams**
Mississippi Bar No. 105025
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
kasey.adams@butlersnow.com
**Co-Lead Counsel for The Cooper Defendants**

<u>/s/ Christopher D. Morris</u>
**Christopher D. Morris**
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
**Co-Lead Counsel for The Teva Defendants**

<u>/s/ Lori G. Cohen</u>
**Lori G. Cohen, Esq.**
**Allison Ng, Esq.**
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2385
cohenl@gtlaw.com
nga@gtlaw.com
**Co-Liaison Counsel for Defendants**

/s/ Pamela L. Ferrell
**Pamela L. Ferrell**
Butler Snow LLP
1170 Peachtree Street NE, Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5001
pamela.ferrell@butlersnow.com
**Co-Lead Counsel for The Teva Defendants**

## CERTIFICATE OF SERVICE

I certify that on this 18th day of December 2024, a copy of the forgoing Joint Notice of Agenda Items for the December 20, 2024 MDL Status Conference was served via the Court's ECF system on all counsel of record.

/s/ *Erin K. Copeland*
**Erin K. Copeland, Esq.**
Texas State Bar No. 24028157
Fibich, Leebron, Copeland & Briggs
1150 Bissonnet Street
Houston, Texas 77005
Telephone: 713-751-0025
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**