IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA MOTTER, :<br><br>    Plaintiff, :<br><br>v. : | <br><br>CIVIL ACTION NO.<br>1:21-cv-04045-LMM |
| TEVA WOMEN'S HEALTH, LLC, et al., :<br><br>    Defendants. : | MDL ACTION NO.<br>1:20-md-02974-LMM |

## **ORDER**

This case comes before the Court on Defendants' motion to dismiss Plaintiff Georgia Motter's strict-liability claims. Dkt. No. [14]; <u>see also</u> Dkt. No. [14-1] at 10. Plaintiff has since amended her complaint to drop the strict-liability claims. Dkt. No. [18]. Accordingly, the motion to dismiss, Dkt. No. [14], is **DENIED AS MOOT** as to Plaintiff Georgia Motter **ONLY**.

**IT IS SO ORDERED** this 19th day of December, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE