IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-MD-02974-LMM |
| LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES | : | |
| TO ALL CASES | : | |

### PLAINTIFFS' UNOPPOSED MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE THE ADDRESS OF ERIC ELBAZ AND DR. HILA AVIDAN

Plaintiffs, by and through the undersigned lead counsel, submit this unopposed motion for an order requiring the Teva Defendants to disclose the last known address of Eric Elbaz and Dr. Hila Avidan so that service of a deposition subpoena may be executed pursuant to the appropriate procedures.

Upon information and belief, witness Elbaz was employed by Teva Pharmaceutical Industries, Ltd. and resides in Israel. Mr. Elbaz served as a Validation Office, Compliance Team in Global Drug Safety and Pharmacovigilance. Mr. Elbaz was involved in various aspects pertaining to Paragard, including, but not limited to, assisting in pharmacovigilance audits of Teva facilities in the United States. Dr. Hila Avidan was also employed by Teva Pharmaceutical Industries, Ltd. and resides in Israel. Dr. Avidan was a Pharmacovigilance Compliance Associate, Global Pharmacovigilance. Dr. Avidan was involved in various aspects pertaining to Paragard,

including, but not limited to, assisting in pharmacovigilance audits of Teva facilities in the United States

Plaintiffs seek to depose Mr. Elbaz and Dr. Avidan and requested Defendants to voluntarily produce them for deposition as they have done for one or more other former employees. In response, Defendants' counsel indicated that a subpoena would be required as they do not control Mr. Elbaz or Dr. Avidan. Moreover, while they know these witnesses' last known address in Israel, pursuant to international law, they would not be able to provide that information without an order from your honor requiring them to disclose it. Defendants have indicated that they are not opposed to the deposition, they will not challenge any efforts by Plaintiffs to execute the subpoenas, and they are not opposed to this motion requiring them to disclose the information.

Accordingly, Plaintiffs file this unopposed motion asking the Court to issue an order requiring Defendants to provide the location of Eric Elbaz and Dr. Hila Avidan so that steps may be taken to serve a deposition subpoenas in Israel.

Dated:  12.23.24

(SIGNATURE BLOCK ON NEXT PAGE)

Respectfully submitted,

/s/ *Erin K. Copeland*
Erin K Copeland
TX Bar No. 24028157
Fibich Leebron Copeland & Briggs
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
ecopeland@fibichlaw.com

***Plaintiffs' Co-Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on 12.23.24, I electronically filed **PLAINTIFFS' UNOPPOSED MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE THE ADDRESS OF ERIC ELBAZ AND DR. HILA AVIDAN** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/ *Erin K. Copeland*
Erin K Copeland