# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES  CIVIL ACTION NO. 1:20-MD-02974-LMM |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE WITNESS VOLIOVITCH ADDRESS FOR SERVICE

Having considered Plaintiffs' Unopposed Motion, the Teva Defendants are required to disclose the last known address of Eric Elbaz and Hila Avidan within 3 business days of the date of this order.

**IT IS SO ORDERED** this _____ day of _____, 202__.

_____
**Leigh Martin May**
**United States District Judge**