IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH V. SWANSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:23-cv-00086-LMM |
| | : | |
| TEVA PHARMACEUTICALS USA, | : | MDL ACTION NO. |
| INC., et al., | : | 1:20-md-02974-LMM |
| | : | |
| Defendants. | : | |

## ORDER

This matter is presently before the Court on a motion to amend the short-form complaint filed by Plaintiff Sarah V. Swanson. Dkt. No. [6]. No opposition having been filed, the motion is **GRANTED**, and the first amended short-form complaint filed at Docket Entry [9] is deemed Plaintiff's operative short-form complaint.

**IT IS SO ORDERED** this 23rd day of December, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE