# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974<br>) ALL CASES<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:20-MD-02974-LMM<br>) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE WITNESS ADDRESSES FOR SERVICE

Having considered Plaintiffs' Unopposed Motion, the Teva Defendants are required to disclose the last known address of Eric Elbaz and Hila Avidan within 3 business days of the date of this order.

**IT IS SO ORDERED** this 23rd day of December, 2024.

_____
**Leigh Martin May
United States District Judge**