IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | (1:20-md-02974-LMM) |
| ) | This Document Relates to All Cases |

## RULE 5.4 CERTIFICATE OF SERVICE

NOW COME Defendant the Cooper Companies, Inc., by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **the Cooper Companies Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents. The Cooper Companies Inc.'s Supplemental Objections and Responses to Plaintiff's Second [Third] Requests for Production of Documents. The Cooper Companies Inc.'s Supplemental Objections and Responses to Plaintiff's Fourth Set of Requests for Production of Documents. The Cooper Companies Inc.'s Supplemental Objections and Responses to Plaintiff's Fifth Set of Requests for Production of Documents. The Cooper Companies Inc.'s Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories** upon all appropriate parties.

Respectfully submitted this 23rd day of December, 2024.

*/s/ Caroline D. Walker*
Caroline D. Walker, Esq.
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
One Federal Place, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2220
caroline.walker@butlersnow.com
**Co-Lead Counsel for The Cooper Defendants**

*/s/ Kasey M. Adams*
Kasey M. Adams
Butler Snow LLP
Mississippi Bar No. 105025
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4413
Kasey.adams@butlersnow.com
**Co-Lead Counsel for The Cooper Defendants**

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com   nga@gtlaw.com
**Co-Liaison Counsel for Defendants**

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 23rd day of December, 2024.

*/s/ Caroline D. Walker*
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2024, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

*/s/ Caroline D. Walker*
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T