# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 12/20/2024 via Zoom.

TIME COURT COMMENCED: 9:02 A.M.
TIME COURT CONCLUDED: 9:41 A.M.     COURT REPORTER: Montrell Vann
TIME IN COURT: 00:39                 DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Lee Adair Floyd representing Plaintiffs (PSC)
Buffy K. Martines representing Plaintiffs (PSC)

**PROCEEDING CATEGORY:** Status Conference (Other Proceeding Non-evidentiary)

**MINUTE TEXT:** The Court held its monthly status conference. On January 3rd, the parties shall submit simultaneous letter briefs regarding the post-April 2022 discovery production issue. On January 21st, the parties will submit their competing scheduling orders. See transcript for further details.

**HEARING STATUS:** Hearing Concluded