# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL NO. 2974** |
| **THIS DOCUMENT RELATES TO:** ) | 1:20-md-02974-LMM |
| *All Cases Listed on Exhibit 1* ) | |

## ORDER TO SHOW CAUSE

All Plaintiffs in this MDL are required to cure PFS deficiencies within 15 days of receiving a deficiency notice from Defendants. Defendants have identified the Plaintiffs on **Exhibit 1** to this Order as having failed to cure their PFS deficiencies within the allotted time as required by the Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 331], Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 385], Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Second PFS CMO") [Doc. 434], Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Third PFS CMO") [Doc. 553], and Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Fourth PFS CMO") [Doc. 634].

(collectively "PFS CMOs").

Plaintiffs identified on **Exhibit 1** are **ORDERED TO SHOW CAUSE** within 14 days from the entry of this Order, in a written submission as to why their cases should not be dismissed with prejudice for failure to comply with PFS CMOs. Defendants may file a response within 5 business days after service of Plaintiffs' submission, but Defendants are not required to submit a response unless otherwise ordered by the Court. Failure to show cause by failing to file such a submission within 14 days from the entry of this Order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED** this the 30th day of December, 2024.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE