UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br>KERISSIA FOLEY<br><br>Plaintiff.<br><br>Case No.: 1:22-cv0492-LMM | MDL DOCKET NO.<br>2974 (1:20-md-02974-LMM) |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024**

Plaintiff, Kerissia Foley, by and through the undersigned counsel, respectively respond to the Court's Show Cause Order dated December 30, 2024 as follows:

Plaintiff submitted her initial PFS on November 3, 2022. Subsequently, on December 5, 2022 the PFS authorizations were submitted/added to the MDL Portal. Plaintiff then amended her PFS and it was resubmitted as an amended PFS on July 20, 2023. *Plaintiff attaches a log of documents uploaded as Exhibit A*. Since the date of submission of the amended PFS on July 20, 2023, neither Plaintiff directly, nor her Counsel has received a PFS deficiency to respond to. Plaintiff is unsure what, if any, deficiency exists and believes the PFS and any needed supporting documents are complete.

Plaintiff requests that this case not be dismissed as she has complied with all obligations under the various PFS CMOs.

Dated: January 7, 2025

                                                 Respectfully Submitted,

                                                 *s/ Rachel Lucuara*
                                                 RACHEL COWEN
                                                 LUCUARA ESQ.
                                                 Florida Bar: 1010540
                                                 Parafinczuk Wolf, PA
                                                 5550 Glades Road, Suite 500
                                                 Boca Raton, FL 33431
                                                 Tel: (954) 678-0263
                                                 rlucuara@parawolf.com
                                                 Attorney for the Plaintiff