# Exhibit A

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| | | | | |
| PGD0778 | Inserted: PFS Document: "File Name" : {PFS_Foley Kerissa - Amended 7.20.2023.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 07/20/23 01:38 PM | ABlankenship | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - Amerigroup Georgia Medicaid.pdf}; "Document Type" : {Authorization A-5 Document}; | 12/05/22 09:13 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - Southern OB-GYN and or Dr. James Hiller.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 12/05/22 09:13 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - ARH Women's and Family Health Center - Tug Valley.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 12/05/22 09:13 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - Exhibit A-2.pdf}; "Document Type" : {Authorization A-2 Document}; | 12/05/22 09:10 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - Exhibit A-1.pdf}; "Document Type" : {Authorization A-1 Document}; | 12/05/22 09:10 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley Kerissia - Dec Page-Signed.pdf}; "Document Type" : {Signed Declaration}; | 12/05/22 09:07 AM | JCantey | Uploaded PFS Document |
| PGD0778 | Updated: "Fact Sheet Status": {Not Submitted -> Submitted: Pending Review}; | 11/03/22 01:44 PM | JCantey | Plaintiff Fact Sheet Updated |
| PGD0778 | Updated: "Declaration Acknowledgement 1": { -> True}; "Declaration Acknowledgement 2": { -> True}; | 11/03/22 01:44 PM | JCantey | Plaintiff Fact Sheet Updated |
| PGD0778 | Inserted: PFS Document: "File Name" : {dec page.pdf}; "Document Type" : {Signed Declaration}; | 11/03/22 01:44 PM | JCantey | Uploaded PFS Document |

© 2025 Postlethwaite & Netterville

Page 1 of 2 (15 items)   1   2

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| | | | | |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley, Kerissia Southern Ob-Gyn medical records.PDF}; "Document Type" : {PFS2 - Medical and Pharmacy Record For Your Lawsuit}; | 11/03/22 01:43 PM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {Foley, Kerissia ARH Women's and Family Health Center medical records.PDF}; "Document Type" : {PFS2 - Medical and Pharmacy Record For Your Lawsuit}; | 11/03/22 01:43 PM | JCantey | Uploaded PFS Document |
| PGD0778 | Inserted: PFS Document: "File Name" : {PFS_Foley, Kerissa.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 11/03/22 01:43 PM | JCantey | Uploaded PFS Document |
| PGD0778 | Updated: "Plaintiff Address 1": { -> 671 Mudlick Road}; "Plaintiff City": { -> Hardy}; "Plaintiff State": { -> Kentucky}; "Plaintiff Zip Code": { -> 41531}; | 11/02/22 08:29 AM | JCantey | Plaintiff Fact Sheet Updated |
| PGD0778 | Inserted: New Plaintiff Fact Sheet. "PFS Number" : {PGD0778}; "Law Firm" : {Parafinczuk Wolf, P.A.}; "First Name" : {Kerissia}; "Last Name" : {Foley}; SSN and DOB data is saved, but encrypted for data protection. If access to this data is required, please contact an administrator. | 11/02/22 08:28 AM | JCantey | Plaintiff Fact Sheet Added |

Page 2 of 2 (15 items)    1    2

© 2025 Postlethwaite & Netterville