IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In Re: PARAGARD IUD                             Case No.: 1:25-cv-00044-LMM
PRODUCTS LIABILITY LITIGATION                   MDL No. 2974
_____

This Document Relates to:

Irah I. Crockett v. Teva Pharmaceuticals USA, Inc., et al
_____

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff, Irah I. Crockett

Dated: January 8, 2025

/s/ *Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
HARDING MAZZOTTI, LLP
Attorneys for Plaintiff
1 Wall St.
Albany, New York 12205
Telephone: (518) 862-1200
rrbparagard@1800law1010.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/Rosemarie Riddell Bogdan