# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br>MAGDELYN SOSA<br><br>Plaintiff.<br><br>Case No.: 1:22-cv-02614-LMM | MDL DOCKET NO.2974<br>(1:20-md-02974-LMM) |

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, Magdelyn Sosa, by and through the undersigned counsel, respectively respond to the Court's Show Cause Order dated December 30, 2024 as follows:

After this Court entered the Show Cause Order undersigned counsel performed a diligent search for notice of PFS deficiencies from Defendant. Since the date of submission of the initial PFS on October 31, 2022, neither Plaintiff directly, nor her Counsel has received a PFS deficiency notice from Defendant. On January 8, 2025, Plaintiff's counsel emailed Defendant requesting notice of deficiencies. Although Plaintiff remains unaware of the alleged deficiency, on January 9, 2025, Plaintiff submitted new PFS authorizations to the MDL Portal in an attempt to cure potential deficiencies.

Plaintiff requests that this case not be dismissed as she has attempted to comply with all obligations under the various PFS CMOs and Plaintiff has not received notice of any deficiencies. In the event Plaintiff receives a notice of deficiency from Defendants, the Plaintiff requests 15 days to cure such deficiencies.

THIS the 10th day of January 2025.

Respectfully Submitted,

*s/ Hunter V. Linville*
Hunter Linville
Georgia Bar: 554149
Linville Law Group
2100 RiverEdge Pkwy, Suite 750
Atlanta, GA 30328
Tel: (404) 800-4519
hunter@linvillelawgroup.com