IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS | ) | MDL DOCKET NO. 2974 |
| LIABILITY LITIGATION | ) | 1:20-md-02974-LMM |
| | ) | |
| | ) | |
| **This document relates to:** | ) | |
| | ) | |
| LYDIA EDWARDS | ) | Civil Action No.: 1:21-CV-03438-LMM |
| vs. | ) | |
| | ) | |
| TEVA PHARMACEUTICALS | ) | |
| USA, INC., ET AL. | ) | |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff LYDIA EDWARDS, by and through counsel, files this Response the Court's Order to Show Cause (MDL Dkt. No. 768), and in support thereof would show unto the Court the following:

This Court has entered several Case Management Orders which govern the submission Plaintiff Fact Sheets ("PFS") in this MDL as well as the curing of any deficiencies identified by Defendants. *See* MDL Dkt. Nos. 331, 385, 434, 553, and 634. On December 30, 2024, this Court entered an Order to Show Cause on why certain Plaintiffs should not have their cases dismissed for failures to comply with the PFS CMOs. *See* MDL Dkt. No. 768.

The various iterations of the CMOs as to the submission of the PFS all generally require that Defendant's counsel "shall notify Plaintiff's attorney of record in writing via email" as to certain kinds of deficiencies in a Plaintiff's PFS submission. *See* MDL Dkt. No. 634 at pg. 8. The CMOs do not define what "attorney of record" means, so Plaintiff's counsel generally interprets that to mean the counsel listed on a Plaintiff's Short Form Complaint ("SFC"), along with any

attorneys that subsequently file their Notice of Appearance. A SFC was filed in this individual case, listing Timothy W. Porter and Laurel Li Harris of Porter & Malouf, P.A. as primary counsel of record for Plaintiff Broedel. *See* Individual Dkt. No. 1. Attorney Mittie R. Field, of Porter & Malouf, entered her appearance in this case on or about January 26, 2022. *See* Individual Dkt. No. 5.

After this Court entered its Show Cause Order and published a list of plaintiffs subject to the order, including Plaintiff Edwards, this firm's counsel for Plaintiff Edwards immediately searched within the email inboxes of all Porter & Malouf, P.A. counsel of record to locate any Notice of Deficiency correspondence emailed by Defendants. It was discovered that a Notice of Deficiency letter was emailed to Timothy W. Porter, one of the attorneys listed as counsel of record. But a Notice of Deficiency letter was not sent to Mittie R. Field, another attorney listed as counsel of record for Plaintiff Edwards. Ms. Laurel Li Harris left Porter & Malouf in October 2021, and any correspondence sent to her former email with Porter & Malouf, P.A. ([laurelli@portermalouf.com](mailto:laurelli@portermalouf.com)) would have bounced back as being undeliverable. This email address ([laurelli@portermalouf.com](mailto:laurelli@portermalouf.com)) was listed on the SFC. *See* Individual Dkt. No. 1.

Plaintiff's apparent failure to timely respond to the Notice of Deficiency was inadvertent and due to a mistake, as the email was overlooked, and the firm's other attorney, Mittie R. Field, received no notice whatsoever. Upon learning that Plaintiff Edwards was listed on the Show Cause Order, counsel for Plaintiff immediately reached out to counsel for Defendants to ask for a 15-day extension. At the same time, counsel for Plaintiff also took immediate action to cure the deficiency. Counsel for Defense, Chris Morris, communicated that Defendants had no objection to the additional 15 days to cure the deficiency on January 9, 2025.

On January 9, 2025, Plaintiff submitted the documentation to cure the deficiency prior to this Court's deadline to Show Cause. As such, Plaintiff should be found to have satisfied this Court's Show Cause Order and not be subject to dismissal.

In the interests of justice, and because Plaintiff has cured the deficiency, Plaintiff has shown just cause as to why Plaintiff's case should not be dismissed.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff Edwards respectfully requests that this Court remove her from the Order to Show Cause or, in the alternative, Plaintiff requests to be heard on why her case should not be dismissed.

THIS the 10th day of January 2025.

Respectfully submitted,

By:  */s/ Timothy W. Porter*
Timothy W. Porter

Timothy W. Porter, MSB No. 9687
Suzanne Elizabeth Smith, PSB No. 328502
Mitte R. Field, MSB No. 106291
PORTER & MALOUF, P.A.
Post Office Box 12768 Jackson, MS 39236
Telephone: 601-957-1173
Facsimile: 601-957-7366
tim@portermalouf.com
ssmith@portermalouf.com
mfield@portermalouf.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Timothy W. Porter, do hereby certify that I have this day caused a true and correct copy of the above and foregoing document to be filed with the Clerk of Court using the Court's Electronic Filing system, which will send notification to all counsel of record.

This the 10th day of January, 2025.

/s/ Timothy W. Porter
Timothy W. Porter

4