UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>KRISTA KNOWLES<br>　　　　　　Plaintiff<br><br>Case No.: 1:22-cv-02965-LMM | MDL DOCKET NO. 2974<br>(1:20-md-02974-LMM) |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, KRISTA KNOWLES, by and through the undersigned counsel, respectively responds to the Court's Show Cause Order dated December 30, 2024, as follows:

Upon receipt of this Court's Show Cause Order the undersigned counsel performed a diligent search for a Notice of PFS deficiency from Defendant. Not seeing one, Plaintiff's counsel promptly emailed Defendant to obtain a copy of the Notice of PFS Deficiency. Counsel for Defendant responded, providing a Notice of PFS Deficiency that had been served by email on July 11, 2024. Plaintiff's counsel again performed a search on the inboxes of numerous email accounts and has been unable to locate the July 11, 2024, email.

Upon receipt of Defendant's re-emailed Notice of PFS Deficiency, Plaintiff's Counsel reviewed the Notice and contacted the Plaintiff. An Amended Plaintiff Fact Sheet was then uploaded to the MDL Portal on December 31, 2024. Updated authorization forms were then uploaded on January 6, 2025, thus curing the claimed deficiencies.

Plaintiff requests that this case not be dismissed as she had complied with all of her obligations under the various PFS CMOs and neither the Plaintiff nor her counsel were aware of

any deficiencies at the time this Court's Show Cause Order was issued. In the alternative, Plaintiff requests to be heard on why her case should not be dismissed.

This, the 10th day of January, 2025.

Respectfully submitted,

By:   */s/ Peyton P. Murphy*
Peyton P. Murphy, LA Bar No. 22125
MURPHY LAW FIRM, LLC
2354 S. Acadian Thruway
Baton Rouge, LA 70808
Telephone: 225-928-8800
Facsimile: 225-246-8780
Email: peyton@murphylawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Peyton P. Murphy, do hereby certify that I have on this day caused a true and correct copy of the above and foregoing document to be filed with the Clerk of Court using the CM/ECF filing system which will send notification to all counsel of record.

This, the 10th day of January, 2025.

*/s/ Peyton P. Murphy*
Peyton P. Murphy