# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>*Heather Fox v. Teva Pharmaceuticals, et al* | Civil Action No. 1:22-cv-00499-LMM |

## **UNOPPOSED RESPONSE TO ORDER TO SHOW CAUSE**

The above-captioned matter appears on the Court's list of cases to show cause why they should not be dismissed, as shown by the exhibit to the Order entered on December 30, 2024. Counsel for Plaintiff has communicated to counsel for Defendants that he believes Plaintiff's PFS is now complete in accordance with the requests contained therein.

Accordingly, Plaintiff requests, if acceptable to the Court, for this matter to be removed from the list of cases to show cause why it should not be dismissed. Defendants have indicated they do not oppose this request.

WHEREFORE, without opposition from Defendants, Plaintiff respectfully requests this matter be removed from the list of cases to show cause why it should not be dismissed.

January 11, 2025

Respectfully submitted,

*/s/ Joel E. Brown*
Joel E. Brown (IL Bar # 6212326)
416 Main Street
Suite 927
Peoria, IL 61602
T. 309-673-4357
E. jb@joelebrown.com
*Counsel for the Plaintiff*

1

<div style="display: flex;">

<div>

*/s/ Christopher D. Morris (by consent)*
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
*Co-Lead Counsel for The Teva Defendants*

</div>

<div>

*/s/ Caroline D. Walker (by consent)*
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com
*Co-Lead Counsel for The Cooper Defendants*

</div>

</div>