UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br><br>*Sarah Haring v. Teva Pharmaceuticals, et al* | Civil Action No. 1:22-cv-01660-LMM |

**RESPONSE TO ORDER TO SHOW CAUSE**

The above-captioned matter appears on the Court's list of cases to show cause why they should not be dismissed, as shown by the exhibit to the Order entered on December 30, 2024.

On January 8, 2024, Plaintiff filed a Stipulation for Dismissal with Prejudice, with consent of the Defendants, (*Docket Entry No. 9 within the member case*). Thus, upon her stipulation for dismissal, Plaintiff respectfully states she has no further response to the Order to Show Cause.

January 11, 2025

Respectfully submitted,

<u>/s/ Joel E. Brown</u>
Joel E. Brown (IL Bar # 6212326)
416 Main Street
Suite 927
Peoria, IL 61602
Phone: 309-673-4357
Fax: 309-673-6119
Email: jb@joelebrown.com
*Counsel for the Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel fo record herein.

/s/ Joel E. Brown
Illinois Bar No. 6212326
Joel E. Brown, P.C.
Attorney for Plaintiff
416 Main Street, Suite 927
Peoria, IL 61602
Phone: 309-673-4357
Fax: 309-673-6119
Email: jb@joelebrown.com