# EXHIBIT A

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| PGD2122 | Inserted: PFS Document: "File Name" : {Cured Plaintiff Declaration_Copeland_Kathlene_07191990.pdf}; "Document Type" : {Signed Declaration}; | 01/06/25 03:15 PM | JKehr | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Cured PFS_Copeland_Kathlene_07191990 Filed 2024.12.17.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 01/06/25 03:14 PM | JKehr | Uploaded PFS Document |
| PGD2122 | Updated: "Fact Sheet Status": {Not Submitted -> Submitted: Pending Review}; | 01/02/24 02:39 PM | A.Ho | Plaintiff Fact Sheet Updated |
| PGD2122 | Updated: "Declaration Acknowledgement 1": { -> True}; "Declaration Acknowledgement 2": { -> True}; | 01/02/24 02:38 PM | A.Ho | Plaintiff Fact Sheet Updated |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene - PFS - Declaration.pdf}; "Document Type" : {Signed Declaration}; | 01/02/24 02:38 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {CopelandKathlene_Planned Parenthood Greater NY.pdf}; "Document Type" : {PFS1 - Medical and Pharmacy Record}; | 01/02/24 02:35 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {CopelandKathlene_Planned Parenthood - Greater NY.2.pdf}; "Document Type" : {PFS1 - Medical and Pharmacy Record}; | 01/02/24 02:35 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene_A-5_BCBS.pdf}; "Document Type" : {Authorization A-5 Document}; | 01/02/24 02:33 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland,Kathlene_A-1_Kaufman.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/02/24 02:33 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene_A-1_NYU Langone.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/02/24 02:33 PM | A.Ho | Uploaded PFS Document |

Page 1 of 2 (14 items)   <    1   2   >

© 2025 Postlethwaite & Netterville

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene_A-1_Callen Lorde.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/02/24 02:33 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene_A-1_Bruccoleri.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/02/24 02:33 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: PFS Document: "File Name" : {Copeland, Kathlene - PFS.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 01/02/24 02:31 PM | A.Ho | Uploaded PFS Document |
| PGD2122 | Inserted: New Plaintiff Fact Sheet. "PFS Number" : {PGD2122}; "Law Firm" : {Keller Postman}; "First Name" : {Kathlene}; "Last Name" : {Copeland}; SSN and DOB data is saved, but encrypted for data protection. If access to this data is required, please contact an administrator. | 01/02/24 02:23 PM | A.Ho | Plaintiff Fact Sheet Added |

Page 2 of 2 (14 items)   ‹   1   **2**   ›