# **EXHIBIT B**

# BUTLER | SNOW

November 21, 2024

**VIA EMAIL ONLY**

Nicole Berg
Keller Postman
150 N. Riverside Plaza #4100
Chicago, IL 60606
Paragardclaims@kellerpostman.com

Re:   *ParaGard IUD Products Liability Litigation, MDL 2974*
      In the U.S. District Court for the Northern District of Georgia
      Copeland, Kathlene P, Case No. 1:23-cv-03474-LMM
      Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of a certain deficiency related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiency that requires your attention below. As required by the PMS CMO, please cure the deficiency identified below **within 15 days from the date of this correspondence.**

I.   **Deficient Answers**

- Section III(A): Despite repeated attempts, we have been unable to reach ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ at the address provided. Please provide updated contact information for this provider so that we can send a records request.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

deficiencies.

Thank you for your attention to this matter.

                                                Sincerely

                                                BUTLER SNOW LLP

                                                Nikita S. McMillian

cc:    Chris Morris, Esq.