IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2974<br><br>1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: KERISSA FOLEY | ) ) ) | |
| Plaintiff. | ) ) ) | |
| Case No.: 1:22-cv-0492-LMM | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024

Defendants, Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, respectively respond to Plaintiff Kerissa Foley's Response to this Court's Show Cause Order entered on December 30, 2024 as follows:

Plaintiff requests that her case not be dismissed because she "complied with all obligations under the various PFS CMOs." Plt.'s Resp. [Doc. 771]. She further states that "neither Plaintiff directly, nor her Counsel . . . received a PFS deficiency to respond to," and thus, "is unsure what, if any, deficiency exists . . . ." *Id*.

Contrary to her contentions, on March 29, 2024, Defendants sent Plaintiff the Deficiency Letter, attached hereto as **Exhibit 1**, notifying Plaintiff of specific

deficiencies related to her PFS and authorizations. *See* Email Transmittal of Deficiency Letter attached hereto as **Exhibit 2**. In the Deficiency Letter, Defendants put Plaintiff on notice that she was required to cure the deficiencies within 15 days of the date of correspondence and that Defendants may include her case on a request to this Court for an Order to Show Cause.

Plaintiff failed to cure the specific deficiencies Defendants identified in the within the 15-day period as required by this Court in various PFS CMOs. However, Defendants do not oppose giving Plaintiff an additional 15 days from entry of this Court's Order to cure the deficiencies identified in the Deficiency Letter.

Dated: January 13, 2025

Respectfully Submitted,

*/s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Lead Counsel for the Teva Defendants***

*/s/ Caroline D. Walker*
Caroline D. Walker
Butler Snow LLP
One Federal Plaza
Suite 1000
1819 Fifth Avenue N.
Birmingham, AL 35203-2118
Telephone: (205) 297-2200
caroline.walker@butlersnow.com
***Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 13th day of January 2025.

>  */s/ Christopher D. Morris*
>  Christopher D. Morris

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 13th day of January 2025.

                                                */s/ Christopher D. Morris*
                                                Christopher D. Morris