BUTLER | SNOW

March 29, 2024

**VIA EMAIL ONLY**

Justin Parfinczuk
Parafinczuk Wolf, P.A.
5550 Glades Rd, Ste 500
Boca Raton, Florida 33431
paragard@parawolf.com

Re:     *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Foley, Kerissia, Case No. 1:22-cv-00492-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

   I.   **Deficient Answers**

   - Section II(C): Plaintiff filed to identify her place of birth. Please identify Plaintiff's place of birth.

   II.   **Authorizations**

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

   - Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6).

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

*T 601.948.5711 • F 601.985.4500 • www.butlersnow.com*

BUTLER SNOW LLP

within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc:     Lori G. Cohen, Esq.
        Allison Ng, Esq.
        Gina Saelinger, Esq.
        Chris Morris, Esq.

86823710.v1