| | |
|---|---|
| **From:** | Ursula James |
| **To:** | "paragard@parawolf.com"; "Brittinay Hendrickson"; Rachel Cowen Lucuara; Alicia Navarrete |
| **Cc:** | Nikita McMillian; Chris Morris; Morgan Miranda; "cohenl@gtlaw.com"; "nga@gtlaw.com"; "brewerm@gtlaw.com"; "Zach.Akins@gtlaw.com"; Sheena Edwards |
| **Subject:** | In re Paragard IUD Products Liability Litigation - Kerissia Foley Deficiency Letter [IWOV-BUTLERSNOW.FID8805062] |
| **Date:** | Friday, March 29, 2024 1:54:39 PM |
| **Attachments:** | 2024.03.29 - Foley, Kerissa - PFS Deficiency.pdf |

Pursuant to the 3rd Amended CMO regarding Plaintiff Fact Sheets and PFS Document Production, please see attached Deficiency Letter regarding Plaintiff Kerissia Foley.

## Ursula N. James

*Litigation Paralegal*
**Butler Snow LLP**

D: (678) 515-5048 | F: (678) 515-5001
1170 Peachtree Street NE, Suite 1900, Atlanta, GA 30309
Ursula.James@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

🌲 **Please consider the environment before printing this email**