**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br><br>JENNIFER HORTON<br><br>Plaintiff.<br><br>Case No.: 1:21-cv-02435-LMM | MDL DOCKET NO.<br>2974 (1:20-md-02974-LMM) |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER**
**OF DECEMBER 30, 2024**

Plaintiff, JENNIFER HORTON, by and through the undersigned counsel, respectively respond to the Court's Show Cause Order dated December 30, 2024 as follows:

Plaintiff submitted her PFS on November 4, 2022 and received a deficiency notice on or about April 11, 2024. While an updated PFS was created in response to the deficiency notice, it was not timely uploaded to the portal. However, Plaintiff's counsel has now uploaded the updated PFS responsive to the April 11, 2024 deficiency notice and believes the PFS to be complete. *Plaintiff attaches a log of documents uploaded as Exhibit A*.

Plaintiff requests that this case not be dismissed as she has complied with all obligations under the various PFS CMOs.

Dated: January 13, 2025                Respectfully Submitted,

                               *John J. Driscoll*
                               John J. Driscoll IL# 6276464
                               The Driscoll Firm, LLC
                               1311 Avenida Ponce de Leon, 5th Floor
                               San Juan, PR 00907
                               Phone: (314) 932-3232
                               Fax: (314) 932-3233
                               john@thedriscollfirm.com
                               *Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I, John J. Driscoll, do hereby certify that I have on this day caused a true and correct copy of the above and foregoing document to be filed with the Clerk of Court using the CM/ECF filing system which will send notification to all counsel of record.

This, the 13th day of January, 2025.

/s/ *John J. Driscoll*
John J. Driscoll

| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_10642 | Plaintiff Fact Sheet Document | [PGD0725]_Plaintiff Fact Sheet Document_10642.pdf | PRG_Horton, Jennifer_PFS_v6_new.pdf | ######## |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_5994 | Authorization A-1 Document | [PGD0725]_Authorization A-1 Document_5994.pdf | PRG_Horton, Jennifer_A-1.pdf | ######## |
| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_5996 | PFS1 - Medical and Pharmacy Record | [PGD0725]_PFS1 - Medical and Pharmacy Record_5996.pdf | Horton, Jennifer_MREC_Removal Records.pdf | ######## |
| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_5997 | PFS1 - Medical and Pharmacy Record | [PGD0725]_PFS1 - Medical and Pharmacy Record_5997.pdf | Horton, Jennifer_MREC_Implant Card.pdf | ######## |
| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_5998 | Signed Declaration | [PGD0725]_Signed Declaration_5998.pdf | PRG_Horton, Jennifer_Declaration.pdf | ######## |
| PGD0725 | The Driscoll Firm, LLC | Submitted | ######## | ######## | Jennifer | Horton | PGD0725_45539 | Plaintiff Fact Sheet Document | [PGD0725]_Plaintiff Fact Sheet Document_45539.pdf | PRG_Horton, Jennifer_Complete PFS 1.8.2025.pdf | ######## |