**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br><br>KATHARINE HADA<br><br>Plaintiff.<br><br>Case No.: 1:21-cv-02599-LMM | MDL DOCKET NO.<br>2974 (1:20-md-02974-LMM) |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER**
**OF DECEMBER 30, 2024**

Plaintiff, KATHARINE HADA, by and through the undersigned counsel, respectively respond to the Court's Show Cause Order dated December 30, 2024 as follows:

Plaintiff submitted her PFS on November 2, 2022. *Plaintiff attaches a log of documents uploaded as Exhibit A*. Since the date of submission of the PFS on November 3. 2022, neither Plaintiff directly, nor her Counsel has received a PFS deficiency identifying any response provided in the PFS as deficient.

Plaintiff is unsure what, if any, deficiency exists and believes the PFS and any needed supporting documents are complete.

Plaintiff requests that this case not be dismissed as she has complied with all obligations under the various PFS CMOs.

Dated: January 13, 2025        Respectfully Submitted,

*John J. Driscoll*
John J. Driscoll IL# 6276464
The Driscoll Firm, LLC
1311 Avenida Ponce de Leon, 5th Floor
San Juan, PR 00907
Phone: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
*Attorney for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I,  John J. Driscoll, do hereby certify that I have on this day caused a true and correct copy of the above and foregoing document to be filed with the Clerk of Court using the CM/ECF filing system which will send notification to all counsel of record.

This, the 13th day of January, 2025.

                                                */s/  John J. Driscoll*
                                                John J. Driscoll

| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6335 | Plaintiff Fact Sheet Document | [PGD0727]_Plaintiff Fact Sheet Document_6335.pdf | PRG_Hada, Katharine_PFS_v5.pdf | 11/2/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6351 | Authorization A-1 Document | [PGD0727]_Authorization A-1 Document_6351.pdf | PRG_Hada, Katharine_A-1.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6352 | Authorization A-2 Document | [PGD0727]_Authorization A-2 Document_6352.pdf | PRG_Hada, Katharine_A-2.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6354 | Authorization A-5 Document | [PGD0727]_Authorization A-5 Document_6354.pdf | PRG_Hada, Katharine_A-5.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6355 | Authorization A-6 Document | [PGD0727]_Authorization A-6 Document_6355.pdf | PRG_Hada, Katharine_A-6.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6358 | PFS1 - Medical and Pharmacy Record | [PGD0727]_PFS1 - Medical and Pharmacy Record_6358.pdf | Hada,Katharine_MREC_Secondary_Removal_Records.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6359 | PFS1 - Medical and Pharmacy Record | [PGD0727]_PFS1 - Medical and Pharmacy Record_6359.pdf | Hada,Katharine_MREC_Planned Parenthood_Implant records.pdf | 11/2/2022 |
| PGD0727 | The Driscoll Firm, LLC | 11/2/2022 | 11/2/2022 | Katharine | Hada | PGD0727_6362 | Signed Declaration | [PGD0727]_Signed Declaration_6362.pdf | PRG_Hada, Katharine_Declaration.pdf | 11/2/2022 |