**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| This document Relates to: | |
| LORIANN LENART | |
| Plaintiff. | |
| Case No.: 1:21-cv-02423-LMM | |

**PLAINTIFF'S RESPONSE TO COURT'S SHOW CAUSE ORDER**
**OF DECEMBER 30, 2024**

Plaintiff, LORIANN LENART, by and through the undersigned counsel, respectively respond to the Court's Show Cause Order dated December 30, 2024 as follows:

Plaintiff submitted her PFS on November 4, 2022 and received a deficiency notice on or about July 18, 2024. Plaintiff has been uncooperative and/or unresponsive to counsel's multiple attempts to correct the PFS deficiencies.

Plaintiff's counsel requests that this case be dismissed *without prejudice.*

Dated: January 13, 2025          Respectfully Submitted,

*John J. Driscoll*
John J. Driscoll IL# 6276464
The Driscoll Firm, LLC
1311 Avenida Ponce de Leon, 5th Floor
San Juan, PR 00907
Phone: (314) 932-3232
Fax: (314) 932-3233
john@thedriscollfirm.com
*Attorney for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I, John J. Driscoll, do hereby certify that I have on this day caused a true and correct copy of the above and foregoing document to be filed with the Clerk of Court using the CM/ECF filing system which will send notification to all counsel of record.

This, the 13th day of January, 2025.

*/s/ John J. Driscoll*
John J. Driscoll
