IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: PARAGARD IUD<br>PRODUCTS LIABILITY LITIGATION | Case No.: 1:25-cv-00107-LMM<br>MDL No. 2974 |

This Document Relates to:

Monroe v. Teva Pharmaceuticals USA, Inc., et al

### NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

Plaintiff, Erin S. Monroe

Dated:  January 14, 2025

> */s/ Rosemarie Riddell Bogdan*
> Rosemarie Riddell Bogdan
> NDNY Bar Roll Number: 506409
> NYS Bar Roll Number: 380552
> HARDING MAZZOTTI, LLP
> Attorneys for Plaintiff
> 1 Wall St.
> Albany, New York 12205
> Telephone: (518) 862-1200
> rrbparagard@1800law1010.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                        /s/Rosemarie Riddell Bogdan