IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS | ) | MDL DOCKET NO. 2974 |
| LIABILITY LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | |
| This document relates to all cases listed | ) | |
| on attached Exhibit A | ) | |
| | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Attorney Laurel Li Harris and requests this Court to enter an Order allowing her to withdraw as counsel for all Plaintiffs identified on Exhibit "A". In support of this Motion, the Plaintiffs would show the Court as follows:

1. Each of the Plaintiffs listed on Exhibit "A" retained the law firm of Porter & Malouf, P.A. to pursue their Paragard IUD Products Liability Litigation case.

2. Attorney Laurel Li Harris has left Porter & Malouf, P.A., and therefore is no longer representing the listed Plaintiffs and desires to withdraw her appearance as counsel of record for these Plaintiffs.

3. All Plaintiffs listed on Exhibit A have been, and will continue to be represented by attorney of record, Timothy Porter, and the law firm of Porter & Malouf, P.A.

THEREFORE Attorney Laurel Li Harris requests this Court to enter an Order allowing her to withdraw as counsel for all Plaintiffs identified on Exhibit "A."

Respectfully submitted this 14th day of January, 2025.

/s/ Laurel Li Harris
Laurel Li Harris, MSB No. 102078
(Admitted *Pro Hac Vice*)
1520 North State Street
Jackson, Mississippi  39202
Office: (601) 352-5450
Fax: (601) 352-5452
lharris@bossier-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

*/s/ Laurel Li Harris*
Laurel Li Harris