# EXHIBIT "A"

| CASE NUMBER | CASE TITLE |
|---|---|
| 1:21-cv-02839-LMM | Jenelle Austin v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02876-LMM | Champagne Ayala v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02918-LMM | Brandi Williams v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02919-LMM | Sheila Upham v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02920-LMM | Ebonee Brown v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02921-LMM | Amanda Bruno v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02922-LMM | Antoinette Broedel v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02930-LMM | Dawn Dawson v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02931-LMM | Sylvia Devore v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02933-LMM | Jessica Ferrick v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02990-LMM | Shellie Green v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02991-LMM | Erin Grill v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-02998-LMM | Ashlyn Schettler v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03064-LMM | Heather Selonke v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03391-LMM | Kristy Craig v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03406-LMM | Melissa Fierros v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03436-LMM | Meredith Alper v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03437-LMM | Brittanie Denis v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-03442-LMM | Dallelys Avila v. Teva Pharmaceutical USA, Inc., et al. |
| 1:21-cv-04414-LMM | Shannon Overton v. Teva Pharmaceutical USA, Inc., et al. |