# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL No. 2974 |
| | 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: TONYA CLAYTON | |
| **Plaintiff.** | |
| Case No.: 1:21-cv-03382-LMM | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024

Defendants, Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, respectively respond to Plaintiff Tonya Clayton's Response to this Court's Show Cause Order entered on December 30, 2024 as follows:

Plaintiff requests that her case not be dismissed because she "complied with all obligations under the various PFS CMOs." Plt.'s Resp. [Doc. 803]. She further states that "neither Plaintiff directly, nor her Counsel . . . received a PFS deficiency identifying any response provided in the PFS as deficient," and thus, "is unsure what, if any, deficiency exists . . . ." *Id*.

Contrary to her contentions, on January 18, 2024, Defendants sent Plaintiff the Deficiency Letter, attached hereto as **Exhibit 1**, notifying Plaintiff of specific deficiencies related to her PFS and authorizations. *See* Email Transmittal of Deficiency Letter attached hereto as **Exhibit 2**. In the Deficiency Letter, Defendants put Plaintiff on notice that she was required to cure the deficiencies within 15 days of the date of correspondence and that Defendants may include her case on a request to this Court for an Order to Show Cause.

Plaintiff failed to cure the specific deficiencies Defendants identified in the within the 15-day period as required by this Court in various PFS CMOs. However, Defendants do not oppose giving Plaintiff an additional 15 days from entry of this Court's Order to cure the deficiencies identified in the Deficiency Letter.

Dated: January 14, 2025

Respectfully Submitted,

*/s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
**Co-Lead Counsel for the Teva Defendants**

*/s/ Caroline D. Walker*
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com
***Co-Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 14th day of January 2025.

                                                    */s/ Christopher D. Morris*
                                                    Christopher D. Morris

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 14th day of January 2025.

>  */s/ Christopher D. Morris*
> Christopher D. Morris