## BUTLER | SNOW

January 18, 2024

**VIA EMAIL ONLY**

John J. Driscoll
The Driscoll Firm, LLC
1311 Ave. Ponce de Leon, 6th Floor
San Juan, PR 00909
john@jjlegal.com

Re:     *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Clayton, Tonya M., Case No. 1:21-cv-03382-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

### I.     Deficient Answers

- Section IV(C)(2): Plaintiff indicated that she is not making a claim for impairment of future earning capacity, but then indicated that she will lose 1-3 months of work due to her injuries. Please clarify whether plaintiff is seeing impairment of future earning capacity.

### II.     Authorizations

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Authorization to Release Employment Information

**NIKITA S. MCMILLIAN**
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

- o Plaintiff provided a blank authorization. This authorization is deficient because Plaintiff failed to include her date of birth and social security number. Please provide an updated authorization with Plaintiff's date of birth and social security number.
- Request for Copy of Tax Return
  - o This authorization is deficient because plaintiff failed to complete boxes 1a through 9, failed to check the signatory box, failed to sign and date, and failed to include her phone number. Please provided a completed Request for Copy of Tax Return.

- Medical Authorization for Group Health, addressed to 5615 West Sunset Highway, Spokane, WA 99210.
  - o Plaintiff provided a blank medical authorization. This provider, however, requires an authorization that lists a specific expiration date and will not accept "end of litigation" as an expiration date. Please provide an updated authorization with an expiration date.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc:    Lori G. Cohen, Esq.
       Allison Ng, Esq.
       Fred Erny, Esq.
       Gina Saelinger, Esq.
       Chris Morris, Esq.
       Emily Bailey

85358444.v1