IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2974<br><br>1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: KATHLENE COPELAND | ) ) ) ) | |
| **Plaintiff.** | ) ) | |
| Case No.: 1:23-cv-03474-LMM | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024

Defendants, Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, respectively respond to Plaintiff Kathlene Copeland's Response to this Court's Show Cause Order entered on December 30, 2024 as follows:

On November 21, 2024, Defendants served the Notice of Deficient PFS and Deficient Authorization ("Deficiency Letter") on Plaintiff. In the Deficiency Letter, Defendants requested that Plaintiff provide updated contact information for one of Plaintiff's providers. This information was relevant and necessary to obtain Plaintiff's medical records as Defendants had been unsuccessful in reaching this

provider despite multiple attempts. The Deficiency Letter also noted that Plaintiff had fifteen days from the date of the correspondence to cure this deficiency. If the deficiency was not cured within the fifteen-day period, Defendants may include Plaintiff's case on a request to this Court for an Order to Show Cause.

From Defendants' perspective, Plaintiff failed to cure the deficiency within fifteen-day period as required by this Court in various PFS CMOs. Defendants never received a response to the Deficiency Letter. However, as noted in her Response [Doc. 796], Plaintiff cured her PFS deficiency on January 6, 2025. Thus, no further action is required. Defendants do not request dismissal of her case.

Dated: January 14, 2025

Respectfully Submitted,

*/s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Co-Lead Counsel for the Teva Defendants***

> */s/ Caroline D. Walker*
> Caroline D. Walker
> Alabama Bar No. ASB-3439-B10T
> Butler Snow LLP
> 1819 5th Avenue North, Suite 1000
> Birmingham, AL 35203
> Telephone: 205.297.2200
> caroline.walker@butlersnow.com
> ***Co-Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 14th day of January 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 14th day of January 2025.

                                                 */s/ Christopher D. Morris*
                                                 Christopher D. Morris