# BUTLER | SNOW

August 8, 2024

**VIA EMAIL ONLY**

John J. Driscoll
The Driscoll Firm, LLC
1311 Ave. Ponce de Leon, 6th Floor
San Juan, PR 00907
john@jjlegal.com

Re:     *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Hada, Katharine, Case No. 1:21-cv-02599-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

## I.     **Deficient Answers**

- Section II(Q): Plaintiff failed to provide an address for Kaiser Foundation Health Plan, Inc. Please provide an address for this insurance provider.

- Section V(C): Plaintiff failed to provide a complete address for Planned Parenthood. Please provide a last known address for Planned Parenthood.

- Section V(M): Plaintiff failed to provide an address for Tami Altman. Please provide an address for this healthcare provider.

**NIKITA S. MCMILLIAN**
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711  •  F 601.985.4500  •  *www.butlersnow.com*

BUTLER SNOW LLP

## II.    <u>Authorizations</u>

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Authorization for Release of Medical Records
  - o  Plaintiff provided a blank authorization.  This authorization is deficient because it lacks a signature date.  Please provide an updated authorization with a signature date.
- Authorization for Release of Psychological/Psychiatric Records
  - o  Plaintiff provided a blank authorization.  This authorization is deficient because it lacks a signature date.  Please provide an updated authorization with a signature date.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc:    Lori G. Cohen, Esq.
       Allison Ng, Esq.
       Chris Morris, Esq.