IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL No. 2974 |
| | 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: LORIANN LENART | |
| Plaintiff. | |
| Case No.: 1:21-cv-02423-LMM | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024

Defendants, Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, respectively respond to Plaintiff Loriann Lenart's Response to this Court's Show Cause Order entered on December 30, 2024 as follows:

Plaintiff's counsel requests to dismiss her case without prejudice as Plaintiff "has been uncooperative and/or unresponsive to counsel's multiple attempts to correct" the deficiencies in her PFS. Plt.'s Resp. [Doc. 804].

Defendants do not oppose a dismissal without prejudice.

Dated: January 14, 2025

Respectfully Submitted,

*/s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Co-Lead Counsel for the Teva Defendants***

*/s/ Caroline D. Walker*
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com
***Co-Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 14th day of January 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 14th day of January 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris
