UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document Relates to:<br>KERISSIA FOLEY<br><br>Plaintiff.<br><br>Case No.: 1:22-cv0492-LMM | MDL DOCKET NO.<br>2974 (1:20-md-02974-LMM) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024**

    Plaintiff, Kerissia Foley, by and through the undersigned counsel, respectively respond to the Defendant's Response to this Court's Show Cause Order dated December 30, 2024 as follows:

    Plaintiff became aware of the Deficiency Notice on January 13, 2025 when the Defendants' supplied it in their response to the Plaintiffs response to this courts show cause order. Defendants granted an additional 15 days to cure the deficiencies listed. Upon notification, Plaintiff submitted the requested information to the MDL Portal as an Amended PFS, updated State specific authorization and an updated Declaration page. All deficiencies listed on the Deficiency Notice have been addressed at this time. *Plaintiff attaches a log of documents uploaded as Exhibit A, showing these documents were submitted on January 15, 2025*.

    Plaintiff requests that this case not be dismissed as she has complied with all obligations under the various PFS CMOs.

Dated: January 16, 2025

                                              Respectfully Submitted,

                                              *s/ Rachel Lucuara*
                                              RACHEL COWEN LUCUARA ESQ.
                                              Florida Bar: 1010540
                                              Parafinczuk Wolf, PA
                                              5550 Glades Road, Suite 500
                                              Boca Raton, FL 33431
                                              Tel: (954) 678-0263
                                              rlucuara@parawolf.com
                                              Attorney for the Plaintiff