IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY ELIZABETH HAMEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:21-cv-03554-LMM |
| | : | |
| TEVA PHARMACEUTICALS USA, | : | MDL ACTION NO. |
| INC., et al., | : | 1:20-md-02974-LMM |
| | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This matter is presently before the Court on Plaintiff Mary Elizabeth Hamel's motion for leave to file an amended short-form complaint. Dkt. No. [20]. Ms. Hamel seeks to amend her short-form complaint to assert that Maryland is where personal jurisdiction and venue would be proper. Id.

The Court does not find good cause to allow the amendment. Ms. Hamel filed her short-form complaint on August 27, 2021. Dkt. No. [1]. In the original short-form complaint, she stated that she had the Paragard placed in Maryland in 2013, had her first attempted removal in Maryland in 2018, and had her second removal a few days later in Virginia. Id. at 3. She also stated that she lived in Virginia at the time of the placement and removal and that the district court and

division in which personal jurisdiction and venue would be proper were in the Eastern District of Virginia, Norfolk Division and Alexandria Division. Id.

The case management order regarding choice of law set a deadline of October 4, 2024, for filing amendments to venue. Ord., IN RE: Paragard IUD Products Liability Litigation, ECF No. 675 at 2, No. 1:20-md-02974-LMM (N.D. Ga. June 6, 2024). Plaintiff did not file the motion for leave to amend until December 30, 2024, and has not made any attempt to show good cause for missing the deadline. Nor has she argued that the venue stated in the original complaint would be improper, particularly as she concedes that she lived in Virginia when she had the Paragard placed, lived in Virginia when she had both removal procedures, had the second removal procedure in Virginia, and still lives in Virginia.

Accordingly, the motion for leave to file an amended complaint, Dkt. No. [20], is **DENIED**.

**IT IS SO ORDERED** this 16th day of January, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE