IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974 <br> ) ALL CASES <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 1:20-MD-02974-LMM <br> ) |

**[PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT
FOR JANUARY 21, 2025
STATUS CONFERENCE**

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Kristen Hermiz, Nicole Berg, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Lori Cohen, Allison Ng, and any other attorneys who are participating in the Status Conference in the above-styled case, scheduled to begin at 11:00 A.M. on January 21, 2025, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this __th day of January, 2024.

_____
**Leigh Martin May
United States District Judge**