IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | |
| LITIGATION, | : | |
| | : | 1:20-MD-02974-LMM |
| | : | **This Document relates to All Cases** |

## <u>PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA</u>
## <u>FOR THE PRODUCTION OF DOCUMENTS</u>

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a

subpoena on the following entity:

**NQS Consulting LLC**
**c/o Nicole Enderle, MSQA**
**371 S Grant St**
**Denver, CO 80209**

who is a nonparty in this lawsuit for the production of documents as specified in

Attachment A included with the subpoena. Full and complete copies of said

subpoena and attachment are being provided concurrent with this notice.

DATED:  January 21, 2025

/s/ R. Andrew Jones
R. Andrew Jones (*pro hac vice*)
Stephen Hunt, Jr. (*pro hac vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
ajones@corywatson.com
shunt@corywatson.com

1

Erin K. Copeland
FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street
Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: January 21, 2025

/s/ R. Andrew Jones
R. Andrew Jones