IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: PARAGARD IUD  :  MDL DOCKET NO. 2974
PRODUCTS LIABILITY  :
LITIGATION,  :
  :  1:20-MD-02974-LMM
  :  **This Document relates to All Cases**

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a

subpoena on the following entity:

**Nicole Enderle, MSQA**
**371 S Grant St**
**Denver, CO 80209**

who is a nonparty in this lawsuit for the production of documents as specified in

Attachment A included with the subpoena. Full and complete copies of said

subpoena and attachment are being provided concurrent with this notice.

DATED:  January 21, 2025          */s/ R. Andrew Jones*
                                                   R. Andrew Jones (*pro hac vice*)
                                                   Stephen Hunt, Jr. (*pro hac vice*)
                                                   CORY WATSON, P.C.
                                                   2131 Magnolia Avenue South
                                                   Birmingham, AL 35205
                                                   Telephone: (205) 328-2200
                                                   ajones@corywatson.com
                                                   shunt@corywatson.com


                                                   Erin K. Copeland

FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street
Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 21, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: January 21, 2025

<div style="margin-left: 40%;">

*/s/ R. Andrew Jones*

R. Andrew Jones

</div>