UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL NO. 2974 |
| THIS DOCUMENT RELATES TO: | MASTER DOCKET NO. 1:20-md-02974-LMM |
| ALBERTINE DORE Docket No. 1:21-cv-02035-LMM | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff Albertine Dore, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on December 30, 2024 and states as follows:

1. On November 3, 2022, Plaintiff served a substantially complete Plaintiff Fact Sheet, medical records, signed declaration and defense authorizations.

2. On January 17, 2025, Plaintiff served a defense authorization on defendants in response to their deficiency request.

3. As Plaintiff previously served a substantially complete Plaintiff Fact Sheet and supporting documents, defendants were not prejudiced by the delay in response to the deficiency request.

4. WHEREFORE, as Plaintiff is now compliant with the Court's Case Management Orders, Counsel for plaintiff respectfully requests that Plaintiff's case be removed from Exhibit 1 of the Order to Show Cause and not be dismissed.

Dated: January 21, 2025

s/ Randi Kassan, Esq.
---
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing, PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE, was served upon all parties of record electronically by CM/ECF on January 21, 2025.

Dated: January 21, 2025

/s/ Randi Kassan
Randi Kassan, Esq.