# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br><br>CONJETTA CUNNINGHAM<br><br>v.<br><br>TEVA PHARMACEUTICALS, USA, INC., ET AL. | Civil Action No. 1:22-cv-0432-LMM |

## PLAINTIFF CONJETTA CUNNINGHAM'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Conjetta Cunningham, by and through the undersigned counsel, responds to the Court's Order to Show Cause issued December 30, 2024, as follows:

Plaintiff submitted her original Plaintiff Fact Sheet ("PFS") in 2022, through filing on the P&N Paragard MDL Portal, pursuant to the Court's Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production and related amended case management orders, Dkt. 331, 385, 434, 553, 634 (collectively "PFS CMOs"). *See* Ex. A (Pl.'s P&N Paragard MDL Portal Filing Summary). Plaintiff filed an Amended PFS on the P&N Paragard MDL Portal on September 19, 2024. *See id*.

On November 21, 2024, Defendants served Plaintiff with the Notice of Deficient PFS and Deficient Authorizations ("PFS Deficiency Notice"). Ex. B (PFS Deficiency Notice). Despite the best efforts of Plaintiff's counsel, Plaintiff did not cure the PFS deficiencies flagged in this Notice until January 22, 2025. Accordingly, on this date, Plaintiff filed on the P&N Paragard MDL Portal documents curing the deficiencies flagged in Defendants' PFS Deficiency Notice. *See* Ex. A.

Because Plaintiff has now cured the PFS deficiencies identified by Defendants in their PFS Deficiency Notice, Plaintiff respectfully requests that her claims not be dismissed by the Court.

Dated: January 23, 2025          Respectfully submitted,

*/s/ Nicole Berg*
Nicole Berg (IL Bar #6305464)
Keller Postman LLC
150 N. Riverside Plaza, Suite 4100
Chicago, IL 60606
312-741-5220
ncb@kellerpostman.com

Laura V. Yaeger
Yaeger Law, PLLC
FL Bar No. 101972
TX Bar No. 24011432
4905 34th St S, Suite 310
Saint Petersburg, FL 33747
727-202-5015
laura@yourlegalcounsel.net

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

*/s/ Nicole Berg*
*Attorney for the Plaintiff*
