# EXHIBIT A

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| | | ▼ | | |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured Plaintiff Declaration_Cunningham_Conjetta_06291987 Filed 2025.01.22.pdf}; "Document Type" : {Signed Declaration}; | 01/22/25 04:19 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured PFS_Cunningham_Conjetta_06291987 Filed 2025.01.22.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 01/22/25 04:19 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured A6_Cunningham_Conjetta_06291987.pdf}; "Document Type" : {Authorization A-6 Document}; | 01/22/25 04:10 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured A5_Cunningham_Conjetta_06291987.pdf}; "Document Type" : {Authorization A-5 Document}; | 01/22/25 04:10 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured A4_Cunningham_Conjetta_06291987.pdf}; "Document Type" : {Authorization A-4 Document}; | 01/22/25 04:10 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured A3_Cunningham_Conjetta_06291987.pdf}; "Document Type" : {Authorization A-3 Document}; | 01/22/25 04:10 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cured A1_Cunningham_Conjetta_06291987.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/22/25 04:10 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {Cunningham, Conjetta - Amended PFS.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 09/19/24 03:07 PM | JKehr | Uploaded PFS Document |
| PGD0159 | Updated: "Law Firm": {Yaeger Law, PLLC -> Keller Postman}; | 05/18/23 10:32 AM | zgachassin | Claim Updated |
| PGD0159 | Updated: "Fact Sheet Status": {Not Submitted -> Submitted: Pending Review}; | 11/03/22 02:17 PM | AdrianM | Plaintiff Fact Sheet Updated |

Page 1 of 3 (22 items)  ‹  2  3  ›

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| | | ▼ | | |
| PGD0159 | Updated: "Declaration Acknowledgement 1": { -> True}; "Declaration Acknowledgement 2": { -> True}; | 11/03/22 02:17 PM | AdrianM | Plaintiff Fact Sheet Updated |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_20_Cunningham Conjetta Declaration.pdf}; "Document Type" : {Signed Declaration}; | 11/03/22 02:17 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_10_Cunningham Conjetta Signature OBGYN .pdf}; "Document Type" : {PFS2 - Medical and Pharmacy Record For Your Lawsuit}; | 11/03/22 02:17 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_10_Cunningham Conjetta Removal Hysteroscopy.pdf}; "Document Type" : {PFS2 - Medical and Pharmacy Record For Your Lawsuit}; | 11/03/22 02:17 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_10_Cunningham Conjeta Removal.pdf}; "Document Type" : {PFS2 - Medical and Pharmacy Record For Your Lawsuit}; | 11/03/22 02:17 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_5_Cunningham Conjetta A5 Authorization.pdf}; "Document Type" : {Authorization A-5 Document}; | 11/03/22 02:16 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_4_Cunningham Conjetta A4 Authorization.pdf}; "Document Type" : {Authorization A-4 Document}; | 11/03/22 02:16 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_3_Cunningham Conjetta A3 Authorization.pdf}; "Document Type" : {Authorization A-3 Document}; | 11/03/22 02:16 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_1_Cunningham Conjetta A1 Authorization.pdf}; "Document Type" : {Authorization A-1 Document}; | 11/03/22 02:16 PM | AdrianM | Uploaded PFS Document |
| PGD0159 | Inserted: PFS Document: "File Name" : {PGD0159_19_Cunningham Conjeta PFS.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 11/03/22 02:16 PM | AdrianM | Uploaded PFS Document |



© 2025 Postlethwaite & Netterville

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
|  |  |  |  |  |
| PGD0159 | Updated: SSN Has been changed. If access to this data is required, please contact an administrator. | 11/03/22 02:16 PM | AdrianM | Plaintiff Fact Sheet Updated |
| PGD0159 | Inserted: New Plaintiff Fact Sheet (Plaintiff Import): "PFS Number" : {PGD0159}; "First Name" : {Conjetta}; "Last Name" : {Cunningham}; SSN and DOB data is saved, but encrypted for data protection. If access to this data is required, please contact an administrator. | 09/29/22 06:05 PM | AdrianM | Plaintiff Fact Sheet Added |

Page 3 of 3 (22 items)    ‹    1    2    3    ›

© 2025 Postlethwaite & Netterville