# EXHIBIT B

BUTLER | SNOW

November 21, 2024

**VIA EMAIL ONLY**

Nicole Berg
Keller Postman
150 N. Riverside Plaza #4100
Chicago, IL 60606
ncb@kellerpostman.com

Re:   *ParaGard IUD Products Liability Litigation, MDL 2974*
         In the U.S. District Court for the Northern District of Georgia
         Cunningham, Conjetta L., Case No. 1:22-cv-00432-LMM
         Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

I.   **Deficient Requests – Amended PFS**

- Plaintiff did not provide a marked response confirming either that she had produced all documents in her possession, custody, or control or that no documents exist in response to document requests listed below. Please provide a marked response and produce all documents responsive to the following requests, if any:

    o Doc. Request #1;
    o Doc. Request #2;
    o Doc. Request #3;
    o Doc. Request #4;
    o Doc. Request #5;
    o Doc. Request #6;
    o Doc. Request #7;

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

- o Doc. Request #8;
- o Doc. Request #9; and
- o Doc. Request #10.

## II. **Deficient Answers – Amended PFS**

- Section VI(D)(1)(c): Plaintiff failed to identify what she "saw or read" on the Facebook advertisement.  Please identify what Plaintiff saw or read.

## III. **Authorizations**

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6).

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Authorization for Release of Medical Records

    - o Plaintiff provided a blank authorization.  This authorization is deficient because it lacks Plaintiff's date of birth, the last 4 digits of her social security number, and a signature date.  Please provide an updated authorization that contains the missing information.

- Authorization to Release Employment Information

    - o Plaintiff provided a blank authorization.  This authorization is deficient because it lacks Plaintiff's date of birth, the last 4 digits of her social security number, and a signature date.  Please provide an updated authorization that contains the missing information.

- Authorization to Release Insurance Records

    - o Plaintiff provided a blank authorization.  This authorization is deficient because it lacks Plaintiff's date of birth, the last 4 digits of her social security number, and a signature date.  Please provide an updated authorization that contains the missing information.

- Request for Copy of Tax Return

    - o This authorization is deficient because Plaintiff failed to complete boxes 1a through 9; failed to check the signatory attestation box; failed to provide a signature date; and failed to provide a telephone number.  Please provide an updated authorization with completed information.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

    Sincerely

    BUTLER SNOW LLP

    *[signature]*

    Nikita S. McMillian

cc:   Chris Morris, Esq.