# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 1/21/2025 via Zoom.

TIME COURT COMMENCED: 11:17 A.M.
TIME COURT CONCLUDED: 11:56 A.M.   COURT REPORTER: Montrell Vann
TIME IN COURT: 00:39                DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**

Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Nicole Berg representing Plaintiffs (PEC)
Lee Adair Floyd representing Plaintiffs (PSC)
Kristen M. Hermiz representing Plaintiffs (PSC)
Robert M. Hammers, Jr., representing Plaintiffs (PEC)
Susanna Moldoveanu representing Defendants

**PROCEEDING CATEGORY:** Status Conference (Other Proceeding Non-evidentiary)

**MINUTE TEXT:** The Court held its monthly status conference. The parties will submit their competing scheduling orders and letter briefs today. Responses will be due by 4:00 p.m. on Thursday, Jan. 23rd. Regarding the letter briefs submitted on January 3rd, the parties will confer and notify the Court if they need a conference. See transcript for further details.

**HEARING STATUS:** Hearing Concluded