UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>ERICA ABEYTA<br><br>v.<br><br>TEVA PHARMACEUTICALS, USA, INC., ET AL. | Civil Action No. 1:24-cv-339-LMM |

## PLAINTIFF ERICA ABEYTA'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Erica Abeyta, by and through the undersigned counsel, responds to the Court's Order to Show Cause issued December 30, 2024, as follows:

Plaintiff submitted her original Plaintiff Fact Sheet ("PFS") in February 2024 through the P&N Paragard MDL Portal, pursuant to the Court's Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production and related amended case management orders, Dkt. 331, 385, 434, 553, 634 (collectively "PFS CMOs").

On November 14, 2024, Defendants served Plaintiff with the Notice of Deficient PFS and Deficient Authorization. Ex. A. Despite the best efforts of Plaintiff's counsel, Plaintiff did not cure the PFS deficiencies identified in this

Notice until January 23, 2025. Accordingly, on this date, Plaintiff filed on the P&N Paragard MDL Portal documents curing the deficiencies flagged in Defendants' PFS Deficiency Notice. *See* Ex. B.

Because Plaintiff has now cured the PFS deficiencies identified by Defendants in their PFS Deficiency Notice, Plaintiff respectfully requests that her claims not be dismissed by the Court.

Dated: January 23, 2025

Respectfully submitted,
*/s/ Patrick Luff*
Patrick Luff (TX Bar #24092728)
Luff Law Firm, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
(469) 607-5822
luff@lufflaw.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

/s/ Patrick Luff
*Attorney for the Plaintiff*