# EXHIBIT A

# BUTLER|SNOW

November 14, 2024

**VIA EMAIL ONLY**

Patrick Luff
Luff Law Firm, PLLC
10440 N. Central Expressway, Suite 950,
Dallas, TX 75231
luff@lufflaw.com

Re:    *ParaGard IUD Products Liability Litigation, MDL 2974*
       In the U.S. District Court for the Northern District of Georgia
       Abeyta, Erica L., Case No. 1:24-cv-00339-LMM
       Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

## I.    Deficient Answers

- Plaintiff did not serve a signed Declaration Page as required by the PFS CMO. A printed name was provided but does not provide Plaintiff's signature. Please provide a signed Declaration page.
- **Section II(C):** Plaintiff failed to identify the state under "place of birth." Please identify the state.
- **Section II(R):** Plaintiff failed to provide a brief description of her injuries and the outcome of her lawsuit, claim, or demand. Please provide this information.
- **Section III(D):**  Plaintiff failed to identify the addresses of the listed HCPs who removed the Paragard. Please identify the providers' addresses
- **Section V(D):**  The information provided did not sufficiently identify the provider "Perinatal Center." Please provide additional information for this provider including the

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

name of the treating physician(s), the location of the facility where Plaintiff received treatment (street address, city, state, and zip code), and any other information that identifies the provider's affiliation.

- **Section V(M):** Plaintiff failed to provide information related to obesity diagnosis. Please provide the date of diagnosis, name and address of diagnosing HCP, and name and address of each HCP who treated Plaintiff.
- **Section VI(A):** Plaintiff failed to provide the sites and dates visited where she read information about IUDs generally and/or Paragard. Please provide the sites and dates visited.

## II.    Authorization

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Authorization for Release of Medical Records
  - o Providers rejected the blank authorization provided by Plaintiff because the authorization received is missing the social security number, signature date and a signature. A printed name was provided but does not provide Plaintiff's signature. Please provide an updated authorization with the Plaintiff's social security number, a signature, and a signature date.
- Authorization for Release of Psychological/Psychiatric Records
  - o Providers rejected the blank authorization provided by Plaintiff because the authorization received is missing the signature date and a signature. A printed name was provided but does not provide Plaintiff's signature. Please provide an updated authorization with the Plaintiff's signature and a signature date. Alternatively, Plaintiff may provide a notarized authorization.
- Authorization for Release of Insurance Records
  - o Providers ejected this authorization because plaintiff failed to provide a signature. Please provide an updated authorization with Plaintiff's signature.
- State of California Health and Human Services Agency – Request for Access to Protected Health Information
  - o This provider rejected the authorization provided by the Plaintiff because plaintiff failed to complete the "Your Information" section, to describe the information to be released, and to indicate the dates of service. Plaintiff also failed to complete the "Requestor's Identifying Information" section or have the document notarized. Please provide an updated and completed authorization.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc:    Chris Morris, Esq.

NIKITA S. MCMILLIAN
Attorney
601.985.4540
nikita.mcmillian@butlersnow.com

Post Office Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP