# EXHIBIT B

| Claim/PFS Number | Message | Date | User | Audit Type |
|---|---|---|---|---|
| PGD2157 | Inserted: PFS Document: "File Name" : {Cal HHS Authorization.pdf}; "Document Type" : {Authorization A-6 Document}; | 01/23/25 10:55 AM | pluff | Uploaded PFS Document |
| PGD2157 | Inserted: PFS Document: "File Name" : {Insurance Record Authorization.pdf}; "Document Type" : {Authorization A-5 Document}; | 01/23/25 10:53 AM | pluff | Uploaded PFS Document |
| PGD2157 | Inserted: PFS Document: "File Name" : {Psychiatric Record Authorization.pdf}; "Document Type" : {Authorization A-2 Document}; | 01/23/25 10:52 AM | pluff | Uploaded PFS Document |
| PGD2157 | Inserted: PFS Document: "File Name" : {Medical Record Authorization.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/23/25 10:52 AM | pluff | Uploaded PFS Document |
| PGD2157 | Inserted: PFS Document: "File Name" : {Medical Record Authorization.pdf}; "Document Type" : {Authorization A-1 Document}; | 01/23/25 10:51 AM | pluff | Uploaded PFS Document |
| PGD2157 | Inserted: PFS Document: "File Name" : {Abeyta - Amended PFS.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 01/23/25 10:49 AM | pluff | Uploaded PFS Document |
| PGD2157 | Updated: "Fact Sheet Status": {Not Submitted -> Submitted: Pending Review}; | 04/29/24 11:58 AM | pluff | Plaintiff Fact Sheet Updated |
| PGD2157 | Inserted: PFS Document: "File Name" : {Abeyta - PFS.pdf}; "Document Type" : {Plaintiff Fact Sheet Document}; | 04/29/24 11:58 AM | pluff | Uploaded PFS Document |
| PGD2157 | Deleted PFS document {Abeyta - PFS.pdf} for document type {Plaintiff Fact Sheet Document}. | 04/29/24 11:58 AM | pluff | Deleted PFS Document |
| PGD2157 | Updated: "Declaration Acknowledgement 1": {False -> True}; "Declaration Acknowledgement 2": {False -> True}; | 04/29/24 11:58 AM | pluff | Plaintiff Fact Sheet Updated |

Page 1 of 3 (23 items)    1    2    3