IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Cases in the Below Tables | : : | |

## ORDER

On December 30, 2024, the Court entered an Order directing the plaintiffs identified at Docket Entry 768-1 to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [768]. Plaintiffs were warned that a plaintiff's failure to respond could result in dismissal of her case.

**I.      Cases Where the Show-Cause Order is Moot**

In the majority of the cases, the deficiencies have been cured, Defendants had agreed to an extension of time, or the cases have been dismissed. The Order to Show Cause is therefore **MOOT** as to those cases:

| Plaintiff | Cause No. |
|---|---|
| Aguilar, Martha | 1:21-cv-05180 |
| Allen, Brandon | 1:21-cv-04522 |
| Ayala, Champagne | 1:22-cv-02876 |
| Barbecho, Maira Alexander | 1:23-cv-05822 |
| Barone, Danielle | 1:23-cv-01666 |
| Bennett, Amber M | 1:23-cv-01648 |
| Benson, Naomi N | 1:23-cv-01704 |
| Berry, Tracy L | 1:23-cv-01713 |

| | |
|---|---|
| Bogle, Rebecca | 1:21-cv-04203 |
| Botez, Anca | 1:22-cv-00056 |
| Bradford, Sonia | 1:23-cv-02405 |
| Broedel, Antoinette | 1:21-cv-02922 |
| Brooks, Nicole T | 1:23-cv-01707 |
| Brown, Ebonee D | 1:21-cv-02920 |
| Brown, Virona | 1:24-cv-00039 |
| Carson, Nateshia | 1:23-cv-01705 |
| Clayton, Tonya | 1:21-cv-03382 |
| Copeland, Kathlene P | 1:23-cv-03474 |
| Craig, Kristy K | 1:21-cv-03391 |
| Cruz, Julieta | 1:22-cv-02213 |
| Cunningham, Mariam | 1:21-cv-02725 |
| Dawson, Dawn | 1:21-cv-02930 |
| Edwards, Lydia L | 1:21-cv-03438 |
| Foley, Kerissia | 1:22-cv-00492 |
| Fox, Heather | 1:22-cv-00499 |
| Gomez, Maria E | 1:21-cv-04907 |
| Hada, Katharine | 1:21-cv-02599 |
| Haring, Sarah | 1:22-cv-01660 |
| Horton, Jennifer | 1:21-cv-02435 |
| Jemiolo, Patricia | 1:22-cv-00464 |
| Knowles, Krista D | 1:22-cv-02965 |
| Lusk, Christi | 1:21-cv-04222 |
| Schmehl, Sophie | 1:22-cv-00887 |
| Sosa, Magdelyn | 1:22-cv-02614 |
| Tjhin Lin, Siska | 1:22-cv-03610 |
| White, Marsha | 1:22-cv-01564 |
| Williams, Brandi | 1:21-cv-02918 |
| Wilson, Traci | 1:21-cv-04061 |
| Worthington, Chelsea | 1:21-cv-04033 |

## II.     Failure to Respond to the Show-Cause Order

A number of other plaintiffs did not respond to the Order to Show Cause. Those cases are hereby **DISMISSED WITH PREJUDICE** for failure to comply with lawful Orders of the Court:

| Plaintiff | Cause No. |
|---|---|
| Acosta, Vilma | 1:24-cv-00351 |
| Bainguel, Kimberly | 1:22-cv-02696 |
| Barnes, Rianne | 1:21-cv-01700 |
| Bartram, Stephanie | 1:21-cv-03635 |
| Bounds, Valerie | 1:22-cv-02537 |
| Boyd, Erin Victoria | 1:22-cv-02679 |
| Brown, Devin | 1:21-cv-02537 |
| Burns-Rincon, Tamara | 1:22-cv-04757 |
| Bustamante, Sandra | 1:24-cv-00330 |
| Cascadden, Lindsey | 1:21-cv-05120 |
| Child, Alice D | 1:22-cv-04986 |
| Christiansen, Christina | 1:21-cv-00206 |
| Couce, Maria | 1:22-cv-01243 |
| Cruz, Erika | 1:21-cv-03425 |
| Cutts, Hannah | 1:22-cv-04130 |
| Deleon, Denisse | 1:21-cv-02987 |
| DeSelms, Carrie | 1:21-cv-00111 |
| Diehl, Carrie | 1:21-cv-00398 |
| Dressen, Jennifer | 1:22-cv-04651 |
| Ebaben, Louisa | 1:21-cv-00399 |
| Epstein, Lauren | 1:21-cv-03948 |
| Garrison-Stewart, Sheina | 1:22-cv-01028 |
| Hadley, Whitney | 1:22-cv-01029 |
| Hartline, Jerrica J. | 1:21-cv-04548 |
| Jedlicka, Camille | 1:22-cv-02606 |
| Jimenez, Yolanda | 1:21-cv-05004 |
| Johnston, Vanessa | 1:22-cv-00442 |
| Joyner, Caley | 1:21-cv-01708 |
| Little, Bettina | 1:21-cv-05007 |
| Little, Cheniqua | 1:21-cv-02693 |
| Liza, Marissa | 1:21-cv-02686 |
| Love, Jill | 1:21-cv-04989 |
| Motter, Georgia | 1:21-cv-04045 |

### III. Incomplete Plaintiff Fact Sheets

In two cases, the plaintiff's attorney filed a response to the Order to Show Cause, but the Plaintiff Fact Sheet remains incomplete. Those cases are **DISMISSED WITHOUT PREJUDICE**:

| Plaintiff | Cause No. |
|---|---|
| Lenart, Loriann | 1:21-cv-02423 |
| Amos, Sarah | 1:21-cv-04199 |

### IV. Out-of-Time Notices of Compliance

Finally, in six cases, Plaintiffs have filed out-of-time notices that they are now in compliance with the Case Management Orders regarding the Plaintiff Fact Sheets. Defendants are **GRANTED** leave to file a response within **SEVEN DAYS** of the entry of this Order regarding the lateness and whether they agree that the Plaintiff Fact Sheets are now in compliance. The Court **DEFERS** ruling on those cases until that time.

| Plaintiff | Cause No. |
|---|---|
| Abeyta, Erica L | 1:24-cv-00339 |
| Cunningham, Conjetta | 1:22-cv-00432 |
| Del Campo, Jossie | 1:21-cv-00199 |
| Del Rosario, Stephane | 1:21-cv-01793 |
| DeSelms, Carrie | 1:21-cv-00111 |
| Dore, Albertine | 1:21-cv-02035 |

**IT IS SO ORDERED** this 24th day of January, 2025.

**Leigh Martin May**
**United States District Judge**