IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |
| | : | |
| This document relates to: | : | CIVIL ACTION FILE NO. |
| Carrie DeSelms | : | 1:21-cv-00111-LMM |

## **ORDER**

On January 24, 2025, the Court entered an Order following the expiration of the deadline for certain plaintiffs to show cause why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [839]. Among other things, the Court dismissed with prejudice cases where the plaintiff had failed to file any response to the Order to Show Cause, and it deferred ruling on certain cases where the Plaintiffs filed out-of-time notices that they are now in compliance with the Case Management Orders regarding the Plaintiff Fact Sheets. Plaintiffs' counsel has since brought to the Court's attention that Plaintiff Carrie DeSelms appears on both the "failure to respond" list and the "out-of-time compliance" list.

It is hereby **ORDERED** that the January 24 Order is **AMENDED** to omit Ms. DeSelms from the "failure to respond" list and that the January 24 Order is **VACATED** to the extent that it dismisses Ms. DeSelms' case. The Court defers

ruling on Ms. DeSelms's case pending Defendants' response to the late-filed notice of compliance.

      **IT IS SO ORDERED** this 27th day of January, 2025.

**Leigh Martin May**
**United States District Judge**