# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2974 |
| ) | 1:20-md-02974-LMM |
| ) | |
| THIS DOCUMENT RELATES TO: ) STEPHANE DEL ROSARIO ) | |
| ) | |
| **Plaintiff.** ) | |
| ) | |
| Case No.: 1:21-cv-01793 ) | |
| ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S RESPONSE TO THIS COURT'S SHOW CAUSE ORDER OF DECEMBER 30, 2024

Defendants, Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, and pursuant to the Court's Order [Doc. 839] entered on January 24, 2025, respond to Plaintiff Stephane Del Rosario's Response to this Court's Show Cause Order entered on December 30, 2024 as follows:

While Plaintiff's response to the Show Cause Order was late, Plaintiff is now in compliance[1] with this Court's various PFS CMOs. Defendants have no objection to removing Plaintiff from the Show Cause list.

---

[1] Defendants do not waive and explicitly reserve the right to assert additional PFS deficiencies in the future.

Dated: January 28, 2025

        Respectfully Submitted,

        */s/ Christopher D. Morris*
        Christopher D. Morris
        Butler Snow LLP
        Renaissance at Colony Park Suite 1400
        1020 Highland Colony Parkway
        Ridgeland, MS 39158
        Telephone: (601) 985-4437
        chris.morris@butlersnow.com
        ***Co-Lead Counsel for the Teva Defendants***

        */s/ Caroline D. Walker*
        Caroline D. Walker
        Alabama Bar No. ASB-3439-B10T
        Butler Snow LLP
        1819 5th Avenue North, Suite 1000
        Birmingham, AL 35203
        Telephone: 205.297.2200
        caroline.walker@butlersnow.com
        ***Co-Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 28th day of January 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 28th day of January 2025.

>                           */s/ Christopher D. Morris*
>                           Christopher D. Morris