IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974 <br><br> (1:20-md-02974-LMM) <br><br> **This document relates to:** <br><br> **Cheniqua Little** <br> **(1:21-cv-02693-LMM)** <br><br> **Marissa Liza** <br> **(1:21-cv-02686-LMM)** |

## PLAINTIFFS CHENIQUA LITTLES AND MARISSA LIZA'S MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER DATED JANUARY 24, 2025 DISMISSING PLAINTIFFS' COMPLAINTS WITH PREJUDICE

Plaintiffs Cheniqua Little and Marissa Liza move pursuant to Rule 12 of the Federal Rules of Civil Procedure, for Reconsideration of the Court's Order dated January 24, 2025 dismissing Plaintiffs' complaints with Prejudice. This motion is supported by the accompanying brief.

Dated:  January 29, 2025	Respectfully Submitted,


	 /s/  Michael A. Galpern
	Michael A. Galpern, Esquire
	NJ Bar No.:  029031988
	JAVERBAUM WURGAFT HICKS KAHN
	WIKSTROM & SININS, PC
	1000 Haddonfield-Berlin Road, Ste. 203
	Voorhees, New Jersey 08043
	Phone:  856-596-4100
	Fax 856-702-6640
	Email:  mgalpern@lawjw.com
	Counsel for Plaintiffs Cheniqua Little and Marissa Liza

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2025, I electronically filed the foregoing Motion For Reconsideration of this Court's Order Dated January 24, 2025 Dismissing Complaints of Plaintiffs Marissa Liza and Cheniqua Little with Prejudice, with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

Dated:  January 29, 2025

                **JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**

                /s/  Michael A. Galpern
                Michael A. Galpern, Esquire
                NJ Bar No.:  029031988
                JAVERBAUM WURGAFT HICKS KAHN
                WIKSTROM & SININS, PC
                1000 Haddonfield-Berlin Road, Ste. 203
                Voorhees, New Jersey 08043
                Phone:  856-596-4100
                Fax 856-702-6640
                Email:  mgalpern@lawjw.com