## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to: | Civil Action No. 1:21-cv-04908 -LMM |
| FAATIMAH MCKEE | |
| v. | |
| TEVA PHARMACEUTICALS, USA, INC., ET AL. | |

### PLAINTIFF'S COUNSEL PORTER MALOUF, PA'S  RESPONSE TO ORDER TO SHOW CAUSE REGARDING DUAL REPRESENTATION OF FAATIMAH MCKEE

Plaintiff Faatimah McKee, by and through the undersigned counsel, responds to the Court's Order to Show Cause issued January 21, 2025, as follows:

Plaintiff retained Porter Malouf, PA to represent her in the Paragard IUD Products Liability Litigation on January 1, 2021 (*See* Ex. A, Screenshot of Contract Signature Page). After performing due diligence, including ordering pertinent medical records, Porter Malouf filed a short form complaint in this court on November 30, 2021 (Doc. 1, Short Form Complaint).

On May 22, 2022, counsel received correspondence from defense attorney Frederick Erny advising of possible "dual representation" of Plaintiff with the Tosi Firm (*See* Ex. B, Correspondence with Defense Counsel).

After confirming with the Tosi Firm that there was indeed a dual representation issue, Porter Malouf contacted Plaintiff to determine her wishes regarding representation.   On May 26, 2022, Plaintiff elected to proceed with Porter Malouf as her representation in the Paragard

1

litigation. (*See* Ex. C, F.McKee Attorney Election and Verification Form.)

On July 6, 2022, attorney Koo acknowledged Plaintiff's election and indicated that the Tosi Firm had dismissed the "dual" case. (*See* Ex. D, Correspondence with Min Koo).

On January 21, 2025, this Court identified Plaintiff as having duplicative cases and issued an Order to show cause as to why the second-filed case should not be dismissed without prejudice.

Because Plaintiff has made a clear election to continue with Porter Malouf, the "first – filed" firm, Plaintiff respectfully requests that her "second-filed" case be dismissed by the Court.

Dated: January 31, 2025              Respectfully submitted,

                                     By:   */s/ Suzanne Elizabeth Smith*
                                           Suzanne Elizabeth Smith

                                           Timothy W. Porter, MSB No. 9687
                                           Suzanne Elizabeth Smith, PSB No. 328502
                                           Mitte R. Field, MSB No. 106291
                                           PORTER & MALOUF, P.A.
                                           Post Office Box 12768
                                           Jackson, MS 39236
                                           Telephone: 601-957-1173
                                           Facsimile: 601-957-7366
                                           tim@portermalouf.com
                                           ssmith@portermalouf.com
                                           mfield@portermalouf.com
                                           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

     This the 31st day of January, 2025.

                                                              */s/ Suzanne Elizabeth Smith*
                                                              *Attorney for the Plaintiff*