It is agreed that this assignment is taken on a contingency basis, and if there is no recovery, that the Client will not owe Attorney any amount whatsoever as Attorney's fees.

*Faatimah Mckee*
_____
Client Signature

01/01/2021
_____
Date

Faatimah Mckee
_____
Name of Injured or Deceased

Faatimah Mckee
_____
Client Name

myself
_____
Relationship to Injured

5669 Union Pointe Dr
_____
Street Address

Union City
_____
City

Georgia
_____
State

30291
_____
Zip

404-736-5344
_____
Best Phone Number to Reach You

_____
Alternate Phone Number

EXHIBIT A