Vinesign Document ID: E0548D55-212B-4A3C-B2D0-30E955DD2692

# PORTER | MALOUF
## ATTORNEYS AT LAW

825 Ridgewood Road
Ridgeland, MS 39157

Post Office Box 12768
Jackson, MS 39236

Telephone (601) 957-1173
Facsimile (601) 957-7366
www.portermalouf.com

Timothy W. Porter * + #
Patrick C. Malouf +

Mittie R. Field
James "Bud" Sheppard

*ALSO ADMITTED IN LOUISIANA
+ ALSO ADMITTED IN ARKANSAS
# ALSO ADMITTED IN GEORGIA

I, Faatimah Q. McKee choose the following firm to pursue my Paragard IUD Products Liability claim:

Porter & Malouf, P.A.
Timothy W. Porter          _____/s/_____

Infinity Trial Group, P.C./
Tosi Law, LLP
Min Jung Koo               _____

Date                       05/26/2022



EXHIBIT
C

The signed document can be validated at https://app.vinesign.com/Verify

Ms. Faatimah Q. McKee
5669 Union Pointe Drive
Union City, GA 30291

March 23, 2022

Infinity Trial Group, P.A.
Attn: Min Jung Koo
1201 West Peachtree St. NW, Ste. 2300
Atlanta, GA 30309

RE: *Termination of Services for Paragard IUD Claim*

Dear Min Koo,

Please accept this letter as my decision to terminate our current legal relationship concerning the Paragard IUD claim filed in on my behalf by Infinity Trial Group, P.C./Tosi Law, LLP.

I appreciate the time and attention you have spent on my claim. If there is a fee owed, please include an itemized bill listing each expense. I also request that you send a copy of my case file immediately to the address listed above. Please include a letter confirming withdrawal of representation.

Sincerely,

*Faatimah Q. McKee*