UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to: | Civil Action No. 1:21-cv-04908 -LMM |
| FAATIMAH MCKEE | |
| v. | |
| TEVA PHARMACEUTICALS, USA, INC., ET AL. | |

**PLAINTIFF'S COUNSEL PORTER MALOUF, PA'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING DUAL REPRESENTATION OF FAATIMAH MCKEE**

Plaintiff Faatimah McKee, by and through the undersigned counsel, responds to the Court's Order to Show Cause issued January 21, 2025, as follows:

Plaintiff retained Porter Malouf, PA to represent her in the Paragard IUD Products Liability Litigation on January 1, 2021 (*See* Ex. A, Screenshot of Contract Signature Page). After performing due diligence, including ordering pertinent medical records, Porter Malouf filed a short form complaint in this court on November 30, 2021 (Doc. 1, Short Form Complaint).

On May 22, 2022, counsel received correspondence from defense attorney Frederick Erny advising of possible "dual representation" of Plaintiff with the Tosi Firm (*See* Ex. B, Correspondence with Defense Counsel).

After confirming with the Tosi Firm that there was indeed a dual representation issue, Porter Malouf contacted Plaintiff to determine her wishes regarding representation. On May 26, 2022, Plaintiff elected to proceed with Porter Malouf as her representation in the Paragard

litigation. (*See* Ex. C, F.McKee Attorney Election and Verification Form.)

On July 6, 2022, attorney Koo acknowledged Plaintiff's election and indicated that the Tosi Firm had dismissed the "dual" case. (*See* Ex. D, Correspondence with Min Koo).

On January 21, 2025, this Court identified Plaintiff as having duplicative cases and issued an Order to show cause as to why the second-filed case should not be dismissed without prejudice.

Because Plaintiff has made a clear election to continue with Porter Malouf, the "first – filed" firm, Plaintiff respectfully requests that her "second-filed" case be dismissed by the Court.

Dated: January 31, 2025          Respectfully submitted,

By:     */s/ Timothy W. Porter*
        Timothy W. Porter

        Timothy W. Porter, MSB No. 9687
        Suzanne Elizabeth Smith, PSB No. 328502
        Mitte R. Field, MSB No. 106291
        PORTER & MALOUF, P.A.
        Post Office Box 12768
        Jackson, MS 39236
        Telephone: 601-957-1173
        Facsimile: 601-957-7366
        tim@portermalouf.com
        ssmith@portermalouf.com
        mfield@portermalouf.com
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record who have appeared herein.

    This the 31st day of January, 2025.

    */s/ Timothy W. Porter*
    *Attorney for the Plaintiff*