| | |
|---|---|
| **From:** | Erny, Frederick <ferny@ulmer.com> |
| **Sent:** | Monday, May 2, 2022 7:35 AM |
| **To:** | Tim Porter; Greta Vaughn; MKoo@classactionfirm.com; Sofia Chilelli |
| **Cc:** | Bailey, Emily; Johnson, Sheryl; Erny, Frederick |
| **Subject:** | Paragard MDL: duplicate short form complaint filed on behalf of Faatimah McKee |
| **Attachments:** | 1 McKee - Short Form Complaint (filed).pdf; Faatimah Mckee v Teva Pharmaceuticals USA Inc. et al. Case 122-cv-01606-LMM.pdf |

Counsel,

It appears that your firms have filed duplicate cases in the Paragard MDL on behalf of Faatimah McKee. The Porter & Malouf firm filed a short form complaint on November 30, 2021 (21-cv-0490) and the Tosi Law firm filed a short form complaint on April 22, 2022 (22-cv-01606). The state, court, and defendants named portions of the SFC (¶¶ 4 – 9) are exactly the same. The information in ¶ 10 of both complaints is also strikingly similar. For example, both have a year of Placement (month and day not provided) as 2009; the removal date, at least for the initial removal, is August 26, 2014. The Porter & Malouf – filed Short Form Complaint provides a 2nd removal date of September 10, 2014.

I've attached a copy of each short form complaint. If I am correct that these are duplicate complaints, please dismiss the Tosi Firm-filed April 22, 2022, Short Form Complaint.

Thank you for your anticipated cooperation.
Fred


**Frederick M. Erny**

DIRECT: 513.698.5144
DIRECT FAX: 513.698.5145
MOBILE: 513.226.6300
ferny@ulmer.com | bio | vcard


**Ulmer & Berne LLP**
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029
MAIN: 513.698.5000
Ulmer.com







Ohio Firm of the Year
2014, 2017-2022

ULMER & BERNE LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, please be advised that you have received this email in error and that any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately notify us by telephone at 216.583.7000 or by reply email to the sender. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us.



EXHIBIT B