| | |
|---|---|
| **From:** | Min Koo <mkoo@classactionfirm.com> |
| **Sent:** | Wednesday, July 6, 2022 9:54 AM |
| **To:** | Susan McAdory; Timothy Clark |
| **Cc:** | Greta Vaughn; Tim Porter; Suzanne Smith |
| **Subject:** | Re: Paragard - Possible Dual Rep - Faatimah McKee |

Hi Susan,

My apologies for the late response. Thank you for sending the representation election form. We, of course, respect the client's choice to be represented by your firm. We did dismiss our case filed on behalf of Ms. McKee.

[ Redacted ]

Thank you,
Min

## Min J. Koo / Partner
MKoo@classactionfirm.com / DL (404) 737-9084



PURSUIT OF TRUTH

**Tosi Law LLP - Washington DC**
Office: (404) 795-5061 / Fax: (470) 248-3733
Operations: 1201 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
www.classactionfirm.com



EXHIBIT D