UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL NO. 2974 |
| THIS DOCUMENT RELATES TO: | MASTER DOCKET NO. 1:20-md-02974-LMM |
| CARRIE DIEHL Docket No. 1:21-cv-00398-LMM | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND REQUEST TO REINSTATE PLAINTIFF'S COMPLAINT**

COMES NOW, Plaintiff Carrie Diehl, by and through her undersigned Counsel of record, and respectfully requests this Court to reconsider the dismissal of her claim and reinstate her case. In support thereof, Plaintiff states as follows:

1. On November 3, 2022, Plaintiff served a substantially complete Plaintiff Fact Sheet, medical records, signed declaration and defense authorizations.

2. On July 11, 2023, eight months after the original Plaintiff Fact Sheet was served, Defendants sent a Notice of Deficiency. Plaintiff cured the deficiency request on July 11, 2023.

3. On November 14, 2024, sixteen months after the first Plaintiff Fact Sheet deficiency was cured and over two years after the original Plaintiff Fact Sheet was served, an additional deficiency request was sent to Plaintiff requesting updated contact information for Plaintiff's healthcare provider pursuant to Section III (A) of the Plaintiff Fact Sheet and two additional defense authorizations.

4. Due to law office failure, this deficiency was not cured timely, however, Plaintiff served the additional requested defense authorizations on January 30, 2025.

5. Regarding the deficiency requesting updated contact information for Plaintiff's healthcare provider, Kimberly Ratelle, Plaintiff previously provided the address of the Healthcare provider at the time the Paragard was placed. Plaintiff has amended the Plaintiff Fact Sheet as of January 30, 2025 to reflect the updated contact information for Kimberly Ratelle. Plaintiff has also provided a new medical authorization with Kimberly Ratelle's updated address as well as an additional medical authorization for Planned Parenthood at their most current Burlington location.

6. On January 21, 2025, our firm responded to the Order Show Cause for four of our Plaintiffs. The defendants did not oppose removing the Plaintiffs from the Order to Show Cause and the Court has subsequently removed them from the Order to Show Cause exhibit.

7. Unfortunately, because Plaintiff's name Carrie Diehl, closely resembles another one of our Plaintiffs listed on the Order to Show Cause Exhibit, who happens to have the same first name and shares the same first initial of their last name, our Plaintiff was inadvertently confused for the other Plaintiff that was already cured.

8. We have since improved our case system and implemented additional measures so our team is now required to search using more than one case criteria in our system in order to minimize the risk of overlooking a Plaintiff.

9. As of the date of this filing, Plaintiff is in compliance with the Court's Case Management orders regarding service of the Plaintiff Fact Sheet. Should we receive another deficiency on any of our cases, we have also implemented a system to comply with the deficiency within 14 days.

10. As Plaintiff previously served a substantially complete Plaintiff Fact Sheet and supporting documents, and as there was an eight- and sixteen-month gap in between deficiency notices, defendants were not prejudiced by the delay in response to the deficiency request.

11. WHEREFORE, as Plaintiff is now compliant with the Court's Case Management Orders and has implemented measures to avoid a recurrence of this nature from occurring in the future, Counsel for plaintiff respectfully requests that Plaintiff's case be reinstated or in the alternative, converted to a dismissal without prejudice.

Dated: February 3, 2025

                                             s/ Randi Kassan, Esq.
                                             MILBERG COLEMAN BRYSON
                                             PHILLIPS GROSSMAN, PLLC
                                             Randi A. Kassan, Esq.
                                             100 Garden City Plaza, Suite 500
                                             Garden City, NY 11530
                                             Tel: (516) 741-5600
                                             Fax: (516) 741-0128
                                             rkassan@milberg.com
                                             Counsel for Plaintiff