## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing, PLAINTIFF'S MOTION FOR

RECONSIDERATION AND REQUEST TO REINSTATE PLAINTIFF'S COMPLAINT, was

served upon all parties of record electronically by CM/ECF on February 3, 2025.


 Dated: February 3, 2025


/s/ Randi Kassan
Randi Kassan, Esq.