| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL NO. 2974 |
| THIS DOCUMENT RELATES TO:<br><br>CARRIE DIEHL<br>Docket No. 1:21-cv-00398-LMM | MASTER DOCKETNO.<br>1:20-md-02974-LMM |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND REQUEST TO REINSTATE PLAINTIFF'S COMPLAINT**

Upon consideration of Plaintiff's Motion for Reconsideration and Request to Reinstate Plaintiff's Complaint, the Motion for Reconsideration is Granted. Accordingly, the Court hereby VACATES the Order to the extent that it dismisses Carrie Diehl's complaint. Plaintiff's complaint, *Diehl v. The Cooper Companies Inc., et al., Docket No. 1:21-cv-00398-LMM*, is hereby reinstated.

SO ORDERED, this _____ day of _____, 2025

_____
LEIGH MARTIN MAY
United States District Judge