IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |
| | : | CIVIL ACTION NOs.: |
| This document relates to: | : | 1:21-cv-04217-LMM |
| Angelika Hyde | : | 1:23-cv-00605-LMM |
| Faatimah McKee | : | 1:21-cv-04908-LMM |
| | : | 1:22-cv-01606-LMM |

## **ORDER**

The Court identified the plaintiffs listed below as having duplicative cases. On January 21, 2025, in accordance with the Court's Case Management Order Regarding Direct Filing, Dkt. No. [129], the Court ordered that each plaintiff below show cause within 10 days as to why the second-filed case should not be dismissed without prejudice. Dkt. No. [817].

| Plaintiff | Cause # | Date Filed |
|---|---|---|
| Angelika Hyde | 1:21-cv-04217-LMM | 10/11/21 |
| Angelika Hyde | 1:23-cv-00605-LMM | 2/9/23 |
| Faatimah McKee | 1:21-cv-04908-LMM | 11/30/21 |
| Faatimah McKee | 1:22-cv-01606-LMM | 4/22/22 |

Plaintiff Faatimah McKee responded to the Order to Show Cause by requesting that the Court dismiss her second-filed case, No. 1:22-cv-01606-LMM. Dkt. No. [851, 852]. Plaintiff Angelika Hyde similarly concedes that she has a duplicative case, states that counsel for the subsequently filed case has agreed to dismiss it, and requests that the Court allow her first-filed case to go forward.

Resp. to Ord., Hyde v. Teva Pharms. USA, Inc., No. 1:21-cv-04217-LMM, ECF No. [15] (N.D. Ga. Jan. 31, 2025).

Accordingly, the Court **DISMISSES** both second-filed cases, McKee, 1:22-cv-01606-LMM, and Hyde, No. 1:23-cv-00605-LMM, **WITHOUT PREJUDICE** as duplicative. The Clerk is **DIRECTED** to terminate submission of the Order to Show Cause. Dkt. No. [817].

**IT IS SO ORDERED** this 4th day of February, 2025.

**Leigh Martin May**
**United States District Judge**