IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VIOLA ADHAMI,<br><br>    PLAINTIFF,<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC. et al.,<br><br>    DEFENDANT. | MDL DOCKET NO. 2974<br>(1:20-MD-02974-LMM)<br><br>**This Document Relates to:**<br>1:22-cv-02326-LMM |

**PLAINTIFF'S NOTICE OF DEPOSITION OF
DR. EMILY RUTH SINGER, MD**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, and for all purposes authorized by the Federal Rules of Civil Procedure and allowed by law, Plaintiff, by and through her undersigned counsel, will take the stenographic and/or videotaped deposition of Dr. Emily Ruth Singer, MD, on February 19, 2025 beginning at 10:00 am EST at a location to be determined in Massachusetts. The deposition shall be recorded stenographically and/or by videotape before a notary public or some other office duly authorized by law to administer oaths.

The deponent shall produce any of the documents and tangible things listed on **Exhibit A**, attached hereto at the deposition that is in their possession, custody, and control. Individuals who have a disability that may need accommodation at the deposition should contact the undersigned seven days prior to the deposition.

Dated: February 6, 2025

        */s/ John Restaino*
        John Restaino, Esq
        MILBERG COLEMAN
        BRYSON PHILLIPS
        GROSSMAN, PLLC.
        100 Garden City Plaza
        Suite 500
        Garden City, NY 11530
        Tel: (866) 252-0878
        jrestaino@milberg.com

        *Attorney for Plaintiff*

# EXHIBIT A

## DOCUMENTS TO BE PRODUCED IN ADVANCE OF DEPOSITION

The witness is requested to produce, no later than 10 days before the deposition:

1. Your current and up-to-date curriculum vitae.

2. Your complete chart for Plaintiff, including but not limited to office notes, hospital consultations, correspondence and telephone notes, patient portal communications, all images (x-rays, films, photographs, videotapes, etc.), consent forms, patient questionnaires, laboratory reports, and copies of medical records from other providers that are maintained in your chart.

3. All correspondence or other records of communication to or from any employees or representatives from defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc. and Cooper Surgical, Inc. ("Defendants") regarding the Paragard IUD including any materials provided by Defendants intended for your and/or your patients' review.

4. Any consulting agreements you have with any employees or representatives from Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc. and Cooper Surgical, Inc.

5. All documents pertaining to any and all financial compensation, including but not limited to monetary payments, consulting fees, speaker fees, honoraria, and/or stipends you have received from any employees or representatives from Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc. and Cooper Surgical, Inc.

6. All documents regarding the Paragard product, including but not limited to any emails text messages, blog posts, tweet, internet or journal articles, periodicals, brochures, marketing materials, textbooks, periodicals, videos, CDs, DVDs, or pamphlets, including personal notes.

7. All documents received by you from any other physician, healthcare professional or health care facility regarding the Paragard product.

8. Any and all consent forms signed by Plaintiff related to care at your facility. This includes any documents or information sheets discussing any warnings and/or side effects of the Paragard IUD.

9. Any notes, correspondence, phone messages, portal message or e-mails discussing or regarding Plaintiff including documents to and from Plaintiff or someone on their behalf.

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, Plaintiff's Notice of Deposition of Dr. Emily Ruth Singer, MD, was served electronically on Defendants via their lead and liaison counsel.

Dated: February 6, 2025.

*/s/ John Restaino*
John Restaino, Esq
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC.
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (866) 252-0878
jrestaino@milberg.com

*Attorney for Plaintiff*