IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974 <br><br> (1:20-md-02974-LMM) <br><br> **This document relates to:** <br> **Kimberly Bainguel** <br> **(1:22-cv-02696-LMM)** <br> **Maria Couce** <br> **(1:22-cv-01243-LMM)** <br> **Sheina Garrison-Stewart** <br> **(1:22-cv-01028-LMM)** <br> **Whitney Hadley** <br> **(1:22-cv-01029-LMM)** <br> **Camille Jedlicka** <br> **(1:22-cv-02606-LMM)** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND REQUEST TO REINSTATE PLAINTIFF'S COMPLAINT**

Upon consideration of Plaintiff's Motion for Reconsideration and Request to Reinstate Plaintiff's Complaint, the Motion for Reconsideration is Granted. Accordingly, the Court is hereby VACATES the Order to the extent that it dismisses Plaintiffs' Complaints. Kimberly Bainguel (1:22-cv-02696-LMM); Maria Couce (1:22-cv-01243-LMM); Sheina Garrison-Stewart (1:22-cv-01028-LMM); Whitney Hadley (1:22-cv-01029-LMM); Camille Jedlicka (1:22-cv-02606-LMM), are hereby reinstated.

SO ORDERED, this _____ day of _____, 2025.

_____
HON. LEIGH MARTIN MAY
United States District Judge