# ATTACHMENT A
# DEFINITIONS AND INSTRUCTIONS

The requests, definitions, and instructions that apply to this Subpoena are set forth below.

1. "You" or "your" refers to TMP Technologies, Inc. ("TMP"), as well as any parents, subsidiaries, predecessor entities, including but not limited to Hallmark Plastics, business units, owners, employees (current and former), executives (current and former), and anyone who has acted or is acting on behalf of TMP.

2. "Defendants" mean Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc. (collectively "the Teva Defendants") and the Cooper Companies, Inc., and CooperSurgical, Inc. (collectively "the Cooper Defendants"), including their predecessor and/or subsidiary entities (FEI Women's Health, FEI Products, LLC, Barr Pharmaceuticals, and Duramed Pharmaceuticals, Inc.) agents or representatives and legal counsel.

3. "Paragard" refers to the intrauterine birth control device Paragard® sold by Defendants under its registered trademark Paragard®. The term "Paragard" also specifically refers to other names for this same intrauterine birth control device, including but not limited to, the T-380A, the polyethylene T, and the plastic tee shaped device.

4. All documents to be produced should be produced within 30 days after being served and should be produced in an electronic format via FTP site or similar service. *See* Fed. R. Civ. P. 34.

5. To the extent that any of the documents responsive to these requests contain confidential information, the Agreed Protective Order entered in these cases (Docket No. 36) shall apply. A courtesy copy of that Order is being provided with this attachment.

6. Please contact undersigned counsel promptly after receipt of this subpoena and notice to confer in good faith about the requests below, the method of production, and the date and time of compliance.

## DOCUMENTS TO BE PRODUCED

1. All contracts, agreements, or statements of work between TMP and Defendants and/or anyone acting on their behalf relating to Paragard.

2. All communications between TMP and Defendants referring to the location of the injection point, or gate, for Paragard.

3. All standard operating procedures ("SOPs"), product specifications, or similar corporate standards relating to your work with Paragard, whether drafted by you or not, including but not limited to the injection molding process for Paragard.

4. All communications between TMP and Defendants referring to or otherwise relating to Paragard and product quality, adverse events, consumer complaints, manufacturing defects, product breakage, and/or product fracturing.

-2-

5. All minutes, e-mails, notes, or other documentation generated from meetings, calls, and/or other discussions with Defendants about Paragard and product quality, adverse events, consumer complaints, manufacturing defects, and/or product breakage.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I served via electronic mail to the email addresses identified below a true and correct copy in PDF format of Plaintiffs' Subpoena and Attachment A:

### Co-Lead Counsel for the Cooper Defendants

Kasey Adams
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Telephone: 601.985.4413
kasey.adams@butlersnow.com

Caroline D. Walker
Butler Snow LLP
One Federal Place
Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2220
caroline.walker@butlersnow.com

### Co-Lead Counsel for the Teva Defendants

Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park, Ste 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: 601.985.4437
Chris.Morris@butlersnow.com

Pamela L. Ferrell
Butler Snow LLP
1170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: 678.515.5011
pamela.ferrell@butlersnow.com

### Co-Liaison Counsel for Defendants

Lori G. Cohen
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2385
CohenL@gtlaw.com

Allison Ng
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2129
nga@gtlaw.com

/s/ R. Andrew Jones
R. Andrew Jones