IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES<br><br>CIVIL ACTION NO. 1:20-MD-02974-LMM |

**[PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR FEBRUARY 18, 2025 STATUS CONFERENCE**

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Buffy K. Martines, Kristen Hermiz, Nicole Berg, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Lori Cohen, Allison Ng, Kasey Adams and any other attorneys who are participating in the Status Conference in the above-styled case, scheduled to begin at 10:00 A.M. on February 18, 2025, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this __th day of February, 2025.

_____
**Leigh Martin May**
**United States District Judge**