**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO 1:22-cv-02326-LMM | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Carmen S. Scott of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated: February 13, 2025.

                                                                    Respectfully submitted,

                                                                    */s/ Carmen S. Scott*
                                                                    Carmen S. Scott
                                                                    MOTLEY RICE LLC
                                                                    28 Bridgeside Boulevard
                                                                    Mount Pleasant, SC 29464
                                                                    Tel: (843) 216-9000
                                                                    Fax: (843) 216-9450
                                                                    cscott@motleyrice.com

                                                                    Attorney for Plaintiff