IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following individual:

**Claudia Navarro**

who is a nonparty in this lawsuit, to appear for deposition and for the production of documents as specified in the Notice of Deposition and Request for Production of Documents included with the subpoena. Full and complete copies of said subpoena and notice are being provided concurrent with this notice.

DATED:  February 13, 2025          */s/ R. Andrew Jones*
                                                          R. Andrew Jones (*pro hac vice*)
                                                          Stephen Hunt, Jr. (*pro hac vice*)
                                                          CORY WATSON, P.C.
                                                          2131 Magnolia Avenue South
                                                          Birmingham, AL 35205
                                                          Telephone: (205) 328-2200
                                                          ajones@corywatson.com
                                                          shunt@corywatson.com

                                                          Erin K. Copeland
                                                          FIBICH, LEEBRON, COPELAND & BRIGGS
                                                          1150 Bissonnet Street

Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: February 13, 2025

*/s/ R. Andrew Jones*
R. Andrew Jones
