# Exhibit B

# BUTLER | SNOW

November 14, 2024

**VIA EMAIL ONLY**

Randi Kassan
Milberg Coleman Bryson Phillips Grossman
100 Garden City Plaza, Ste 500
Garden City, NY 11530
ParagardTeam@Milberg.com

Re:   *ParaGard IUD Products Liability Litigation, MDL 2974*
      In the U.S. District Court for the Northern District of Georgia
      Diehl, Carrie Ann, Case No.1:21-cv-00398-LMM
      Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

  I.   **Deficient Answers**

  - Section III(A): We sent a records request to Dr. Ratelle at the address provided. The authorization was returned marked "not deliverable as addressed, unable to forward." After additional research we were unable to locate the current contact information for this provider. Please provide current contact information for this healthcare provider.

  II.  **Authorizations**

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

  - Medical Authorization for Southern VT Medical addressed to Pownal, VT as indicated in Section V(C) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

Suite 1400
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • *www.butlersnow.com*

BUTLER SNOW LLP

- Psychological or Emotional Injury Authorization for Malcom Paine, M.D. addressed to 140 Hospital Dr. Ste 302, Bennington, VT 05201 as indicated in Section V(M) of Plaintiff's PFS (CMO PFS Authorization Form A-2).

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

          Sincerely

          BUTLER SNOW LLP

          Nikita S. McMillian

cc:    Chris Morris, Esq.