IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL No. 2974 |
| | 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | |
| CARRIE DIEHL | |
| Plaintiff. | |
| Case No.: 1:21-cv-00398-LMM | |

**DEFENDANTS' MOTION TO FILE UNDER SEAL**

Defendants Teva Women's Health, Inc., Teva Women's Health, LLC, Teva Pharmaceuticals USA, Inc., Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc., by and through the undersigned counsel, respectfully move the Court to seal a certain document, and in support state as follows:

Trial courts have the inherent authority and discretion to seal records. *Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 598-99 (1978). Decisions on motions to seal must balance the public's common law right of access against the interests favoring confidentiality. *Id*. at 599. "A party seeking to seal judicial records can overcome the common-law right of access by a showing of good cause. A good cause determination requires balancing the asserted right of access against the other

party's interest in keeping the information confidential." *Hodges v. Chatham Cnty., Georgia*, No. CV422-067, 2022 WL 18401311 (S.D. Ga. Nov. 22, 2022) (cleaned up).

In this case, Defendant request the Court seal the following exhibit: [Doc. 883 – Exhibit A]. This exhibit contains information which should have been redacted under Fed. R. Civ. P. 5.2(a).[1] Accordingly, good cause exists to file for the document to be sealed.

WHEREFORE, Defendants respectfully request that the Court grant their Motion to File Under Seal.

Dated: February 19, 2025

                              Respectfully Submitted,

                              */s/ Christopher D. Morris*
                              Christopher D. Morris
                              Butler Snow LLP
                              Renaissance at Colony Park Suite 1400
                              1020 Highland Colony Parkway
                              Ridgeland, MS 39158

---

[1] On February 17, 2025, Defendants filed its Response to Plaintiff Carrie Diehl's Motion for Reconsideration and Request to Reinstate her Complaint. [Doc. 883]. Attached as Exhibit A to its Response is Plaintiff's Plaintiff Fact Sheet, which was inadvertently filed unredacted. Upon learning of their error, Defendants called the Clerk's office, which placed the exhibit under a provisional seal. Defendants were advised to file a Motion to permanently file the exhibit under seal and to then file a Notice of Filing to update the exhibit with a redacted version.

2

Telephone: (601) 985-4437
chris.morris@butlersnow.com
***Co-Lead Counsel for the Teva Defendants***


/s/ Caroline D. Walker
Caroline D. Walker
Alabama Bar No. ASB-3439-B10T
Butler Snow LLP
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com
***Co-Lead Counsel for the Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 19th day of February 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 19th day of February 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris
