# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974 (1:20-md-02974-LMM) **NOTICE OF APPEAL** |

Notice is hereby given that Cheniqua Little (1:21-cv-02693-LMM) and Marissa Liza (1:21-cv-02686-LMM), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an Order denying Plaintiffs Little and Liza's Motion for reconsideration entered in this action on the 30th day of January 2025.

Date: February 20, 2025         Respectfully Submitted,

                               /s/ *Michael A. Galpern*
                               Michael A. Galpern, Esquire
                               Counsel for Plaintiffs Cheniqua Little and Marissa Liza
                               JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, PC
                               1000 Haddonfield-Berlin Road, Ste. 203
                               Voorhees, New Jersey 08043
                               Phone: 856-596-4100
                               Email: mgalpern@lawjw.com