IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974 (1:20-md-02974-LMM) |
| | **CERTIFICATE OF SERVICE** |

I, Michael A. Galpern, Esquire, certify that on the 20th day of February 2025, I electronically filed a true and correct copy of the attached Notice of Appeal with the Clerk of Court via CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**

/s/ Michael A. Galpern

Michael A. Galpern, Esquire