IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br><br>**This Document Relates to All Cases** |

**NOTICE OF VIDEOTAPED FED. R. CIV. P. 30(b)(6) DEPOSITION OF THE CORPORATE REPRESENTATIVES FOR DEFENDANTS (*CONCERNING 2019 AND 2024 PARAGARD LABEL CHANGES*)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs, by and through the Plaintiffs' Leadership Committee, will take the deposition upon oral examination of all Defendants with respect to the topics set forth below. The deposition will take place on March 31, 2025 at a specific location to be determined before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time negotiated by the parties. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P. 32(a).

Plaintiffs reserve the right to seek relief from the court in the event Defendants

do not properly prepare the designated person(s) to testify on behalf of Defendants with respect to each of the identified topics.

Defendants are hereby requested and required under the federal rules to designate and produce at the deposition one or more officers, directors, managing agents, or other persons who consent to testify on their behalf on the following matters and documents:

## SCHEDULE A: DEPOSITION SUBJECT MATTERS

1. **The substance** of the 2019 and the 2024 Paragard label changes, including the rationale for each of the changes made and the timeline of events leading up to the approval of changes by the FDA. To the extent any label changes are being considered at the present, this notice also covers the substance and rationale for those changes.

2. **The regulatory process** of submitting the 2019 and 2024 Paragard label changes to the FDA for approval, including all formal regulatory submissions and FDA communications concerning the 2019 and the 2024 Paragard label changes and relevant corporate policies and procedures on label changes in effect at the time of the 2019 and 2024 Paragard label changes. To the extent any of your policies and procedures were changed throughout the label change process for either the 2109 or 2024 label changes, then this subject matter includes all versions in effect during the process.

3. **All information** considered by you concerning the safety and/or efficacy of the Paragard that relate to the 2019 and the 2024 Paragard label changes. This includes, but is not limited to, any analyses, reports, clinical data, post-market surveillance, adverse event reports, customer / physician feedback, marketing and/or sales considerations and/or studies influencing the label changes.

4. **Third-party involvement** in the 2019 and the 2024 Paragard label changes. This includes, but is not limited to, external consultants, vendors, advisory boards, and industry groups.

5. The extent to which any **competitor IUD labels** were considered as part of or factored into the 2019 and/or 2024 Paragard label changes and the rationale for doing so.

6. The **process** by which the 2019 and 2024 Paragard label changes were incorporated into Paragard packaging and marketing / sales materials, including any training and/or communications provided to physicians, the public, sales representatives, and marketing employees or third parties.

7. Any **post label change monitoring or surveillance** conducted by you or on your behalf for the 2019 and 2024 Paragard label changes. This includes, but is not limited to, any studies and/or reviews assessing the impact of the new label change language.

## SCHEDULE B: DOCUMENTS TO BE PRODUCED

1. All documents which the deponent has utilized or may need to refresh his or her recollection as to any of the subject matters referenced in **Schedule A**.

2. All documents the deponent consults or relies upon in preparation for the deposition.

3. All documents the deponent creates (or are created on his/her behalf) to address any of the subject matters referenced in **Schedule A.**

4. The most current CV and/or resume for each of the person(s) being deposed pursuant to this notice.

Dated: February 20, 2025

*s/Erin Copeland*
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025 Plaintiffs' Notice of FRCP 30(b)(6) Deposition Concerning the 2019 and 2024 Label Changes and Request for Production of Documents was served electronically on Defendants via their lead and liaison counsel.

Dated: February 20, 2025

  *s/Erin Copeland*
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*