# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-md-02974-LMM
### IN RE: Paragard IUD Products Liability Litigation
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 02/18/2025.

TIME COURT COMMENCED: 11:45 A.M.
TIME COURT CONCLUDED: 12:35 P.M.          COURT REPORTER: Montrell Vann
TIME IN COURT: 00:50                               DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D.Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC) via Zoom
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Lee Adair Floyd representing Plaintiffs (PSC)
Buffy K. Martines representing Plaintiffs (PSC)
Kristen M. Hermiz representing Plaintiffs (PSC) via Zoom

PROCEEDING CATEGORY:
Status Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT:
The Court held its monthly status conference. If needed, Plaintiffs can request a conference with the Court regarding the post-2022 discovery issue. Plaintiffs can submit a proposed order as to the Israeli deponents. The parties will submit a proposed consent order regarding mediation. See transcript for further details.

HEARING STATUS:    Hearing Concluded