# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | MDL No. 2974 |
| | 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) |

## JOINT STIPULATION TO COMPLETE MEDIATION

Plaintiffs and Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., CooperSurgical, Inc., and The Cooper Companies, Inc. (collectively, "Defendants"), by and through their counsel of record, enter into this stipulation to complete mediation as follows:

1. The parties will complete mediation no later than November 1, 2025.

2. The parties further agree to meet and confer at least once per month from now through trial to explore potential resolution.

3. The parties will utilize the services of Court-appointed mediator Gino Brogdon as needed during this process.

1

DATED: February 21, 2025

*/s/ Erin Copeland*
Erin Copeland
Fibich Leebron Copeland & Briggs
1150 Bissonnet Street
Houston, TX 77005
Tele: (713) 751-0025
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**


*/s/ C. Andrew Childers*
C. Andrew Childers
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Rd., Suite 100
Atlanta, GA 30319
Tel: (404) 419-9501
achilders@cssfirm.com
**Co-Liaison Counsel for Plaintiffs**

*/s/ Christopher D. Morris*
Christopher D. Morris
Butler Snow LLP
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com

*/s/ Pamela L. Ferrell*
Pamela L. Ferrell
Butler Snow LLP
1170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: 678.515.5011
pamela.ferrell@butlersnow.com

**Co-Lead Counsel for the Teva Defendants**


*/s/ Caroline D. Walker*
Caroline D. Walker
Butler Snow LLP
1819 5th Avenue North, Suite 1000
Birmingham, AL 35203
Telephone: 205.297.2200
caroline.walker@butlersnow.com

*/s/ Kasey M. Adams*
Kasey M. Adams
Butler Snow LLP
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158

        Telephone: (601) 985-4413
        kasey.adams@butlersnow.com

***Co-Lead Counsel for The Cooper Defendants***

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 21st day of February 2025.

                                                */s/ Christopher D. Morris*
                                                Christopher D. Morris

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 21st day of February 2025.

*/s/ Christopher D. Morris*
Christopher D. Morris
