Exhibit A-2

BUTLER | SNOW

November 14, 2024

**VIA EMAIL ONLY**

Brandley Egenberg
Egenberg Trial Lawyers
650 Poydras St.
Suite 2000
New Orleans, LA 70130
paragard@egenberg.com

Re:     *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Bainguel, Kimberly, Case No. 1:22-cv-02696-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

I.     **Deficient Requests**

- Plaintiff did not provide a marked response confirming either that she had produced all documents in her possession, custody, or control or that no documents exist in response to document requests listed below. Please provide a marked response and produce all documents responsive to the following requests, if any:

        o   Doc. Request #1;
        o   Doc. Request #2;
        o   Doc. Request #3;
        o   Doc. Request #4;
        o   Doc. Request #5;
        o   Doc. Request #6;

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

- o  Doc. Request #7;
- o  Doc. Request #8;
- o  Doc. Request #9; and
- o  Doc. Request #10.

## II.    **Deficient Answers**

- Loss of Consortium Plaintiff did not serve a signed and dated Declaration Page as required by the PFS CMO.  Please provide a signed and dated Declaration Page from the Consortium Plaintiff.

- Section VI(B): Plaintiff failed to identify specific sites visited. Please identify the specific sites plaintiff read about IUDs generally and/or Paragards.

- Section VI(D)(1)(c): Plaintiff failed to identify what she saw or read on the sites she visited. Please identify the content of what she saw or read.

## III.    **Authorizations**

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Medical Authorization for Erin Dauterive, M.D., addressed to 17000 Medical Center, Baton Rouge, LA 70816 as indicated in Section III(A) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Mays J. Stan, M.D., addressed to 4242 Gus Young Ave., Baton Rouge, LA 70816 as indicated in Section IV(B) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Juan Vargas, M.D., addressed to 17000 Medical Center, Baton Rouge, LA 70816 as indicated in Section V(C) of Plaintiff's PFS (CMO PFS Authorization Form A-1).
- Medical Authorization for Pamela Lewis, M.D., addressed to 500 Rue De La Vie, Baton Rouge, LA 70816 as indicated in Section V(C) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Sharon Lewis, M.D., addressed to17000 Medical Center, Baton Rouge, LA 70816 as indicated in Section V(C) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Ochsner Medical Center addressed to 17000 Medical Center, Baton Rouge, LA 70816 as indicated in Section V(F).

- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6). Submitted form was for Medicare, not Medicaid.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc:     Chris Morris, Esq.