# Exhibit A-4

# Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| PGD0016_13025 | Bainguel - Signed Declaration Page 41.pdf | Signed Declaration | 11/16/2022 10:30:55 AM | ☐ |
| PGD0016_13024 | Bainguel - Declaration Loss of Consortium.pdf | Signed Declaration | 11/16/2022 10:30:50 AM | ☐ |
| PGD0016_13023 | Bainguel - Paragard Plaintiff Fact Sheet Working Copy.pdf | Plaintiff Fact Sheet Document | 11/16/2022 10:29:34 AM | ☐ |
| PGD0016_6314 | 2022-01-06 Medical Records 3.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:25 AM | ☐ |
| PGD0016_6313 | 2022-01-06 Medical Records 2.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:25 AM | ☐ |
| PGD0016_6312 | 2022-01-06 Medical Records 1.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:25 AM | ☐ |
| PGD0016_6311 | 21 07-30 Medical Records.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:21 AM | ☐ |
| PGD0016_6310 | October 1 2021 2 attempted removal.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:05 AM | ☐ |
| PGD0016_6309 | January 26 2021 1 attempted removal.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:45:04 AM | ☐ |
| PGD0016_110 | Bainguel - A-6 (Medicare Medicaid Authorization).pdf | Authorization A-6 Document | 9/19/2022 4:19:09 PM | ☐ |

Page 1 of 2 (12 items) &lt; **1** 2 &gt;

# Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |

No data to display

© 2025 EisnerAmper

Uploaded Fact Sheet Documents - Google Chrome

paragardmdlportal.com/FactSheet/FactSheetDocuments/16

## Uploaded Documents

| Document ID | File Name | Document Type | Upload Date ↓ | Supplemental |
|---|---|---|---|---|
| PGD0016_37 | Bainguel - A-5 (Insurance Authorization)this2.pdf | Authorization A-5 Document | 8/31/2022 2:45:05 PM | ☐ |
| PGD0016_34 | Bainguel - A-1 (LA Womens Hospital Medical Authorization).pdf | Authorization A-1 Document | 8/31/2022 2:44:15 PM | ☐ |

Page 2 of 2 (12 items)   ‹   1   **2**   ›

## Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|

No data to display

© 2025 EisnerAmper