# Exhibit B-2

**BUTLER | SNOW**

August 22, 2024

**VIA EMAIL ONLY**

Bradley Egenberg
Egenberg Trial Lawyers
650 Poydras St Suite 2000
New Orleans, LA 70130
paragard@egenberg.com

Re:  *ParaGard IUD Products Liability Litigation, MDL 2974*
    In the U.S. District Court for the Northern District of Georgia
    Garrison-Stewart, Sheina, Case No. 1:22-cv-01028-LMM
    Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

I.  **Deficient Requests**

- Plaintiff did not provide a marked response confirming either that she had produced all documents in her possession, custody, or control or that no documents exist in response to document requests listed below. Please provide a marked response and produce all documents responsive to the following requests, if any:

    o Doc. Request #1;
    o Doc. Request #2;
    o Doc. Request #3;
    o Doc. Request #4;
    o Doc. Request #5;
    o Doc. Request #6;
    o Doc. Request #7;

NIKITA S. MCMILLIAN
*Attorney*
Post Office Box 6010          601.985.4540              Suite 1400
Ridgeland, MS 39158-6010   nikita.mcmillian@butlersnow.com   1020 Highland Colony Parkway
                                                        Ridgeland, Mississippi 39157

T 601.948.5711  •  F 601.985.4500  •  www.butlersnow.com

BUTLER SNOW LLP

- o Doc. Request #8;
- o Doc. Request #9; and
- o Doc. Request #10.

## II. Deficient Answers

- Loss of Consortium Plaintiff did not serve a signed and dated Declaration Page as required by the PFS CMO. Please provide a signed and dated Declaration Page from the Consortium Plaintiff.

- Section II(K): Plaintiff failed to provide the dates of attendance for her education. Please provide dates of attendance.

- Section II(Q)(1): Plaintiff failed to provide an address for the following insurance providers: 1199 SEIU and Blue Cross Blue Shield. Please provide addresses for these insurers.

## III. Authorizations

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Medical Authorization for Alexander Fernandez, addressed to 907 Northern Blvd, Great Neck, NY 11021 as indicated in Section IV(B)(1) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Zwanger Radiology, addressed to 907 Northern Blvd, Great Neck, NY 11021 as indicated in Section IV(B)(1) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Arthur Fougner, MD, addressed to 270-5 76th Ave., Suite T487A, New Hyde Park, NY 11840 as indicated in Section IV(B)(1) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Violet Abemayor, MD, addressed to 1 Dakota Drive, Suite 218, Lake Success, NY 11042 as indicated in Section V(C) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Authorization for Release of Insurance Records
  - o Plaintiff did not provide an insurance authorization addressed to 1199 SEIU. Please provide an updated insurance authorization addressed to this insurer (CMO PFS Form A-5).
  - o Plaintiff did not provide an insurance authorization addressed to Blue Cross Blue Shield. Please provide an updated insurance authorization addressed to this insurer (CMO PFS Form A-5).

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Northwell Health Physician Partners Ann & Jules Gottlieb Women's Comprehensive Health Center, addressed to 1554 Northern Blvd., 5th Floor, Manhasset, NY 11030
    - This provider rejected the authorization provided by Plaintiff because it lacks the last 4 digits of Plaintiff's social security number, a signature date and Plaintiff's signature. Please provide an updated authorization with the last 4 digits of Plaintiff's social security number, a signature date, and Plaintiff's signature.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

                                            Sincerely

                                            BUTLER SNOW LLP

                                            Nikita S. McMillian

cc:    Lori G. Cohen, Esq.
        Allison Ng, Esq.
        Chris Morris, Esq.