# Exhibit B-3

| | |
|---|---|
| **From:** | Sheena Edwards |
| **To:** | "paragard@egenberg.com" |
| **Cc:** | Morgan Miranda; Chris Morris; "cohenl@gtlaw.com"; "nga@gtlaw.com"; Nikita McMillian; "Latrice.Johnston@gtlaw.com" |
| **Subject:** | In re Paragard IUD Products Liability Litigation - Sheina Garrison-Stewart Deficiency Letter [IWOV-BUTLERSNOW.FID8651672] |
| **Date:** | Thursday, August 22, 2024 11:42:20 AM |
| **Attachments:** | Garrison-Stewart_Sheina - PFS Deficiency.pdf |

Pursuant to the 3rd Amended CMO regarding Plaintiff Fact Sheets and PFS Document Production, please see attached Deficiency Letter regarding Plaintiff Sheina Garrison-Stewart.

### Sheena M. Edwards, CP

*Paralegal*

### Butler Snow LLP

D: (662) 513-8003 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Sheena.Edwards@butlersnow.com | vCard

X (Twitter) | LinkedIn | Facebook | YouTube