# Exhibit B-4

# Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| PGD0017_13289 | 20221117100649192.pdf | Signed Declaration | 11/18/2022 11:11:14 AM | ☐ |
| PGD0017_13288 | 2022-01-28 Medical Records.pdf | PFS1 - Medical and Pharmacy Record | 11/18/2022 11:10:47 AM | ☐ |
| PGD0017_13287 | 2021-09-10 Northwell Records.pdf | PFS1 - Medical and Pharmacy Record | 11/18/2022 11:10:38 AM | ☐ |
| PGD0017_13286 | Garrison - Stewart - Paragard Plaintiff Fact Sheet Working Copy.pdf | Plaintiff Fact Sheet Document | 11/18/2022 11:09:32 AM | ☐ |
| PGD0017_148 | Garrison - Stewart - A-8 (Authorization for Disability Records).pdf | Authorization A-8 Document | 9/20/2022 2:50:49 PM | ☐ |
| PGD0017_147 | Garrison - Stewart - A-7 (Authorization for Workers' Compensation).pdf | Authorization A-7 Document | 9/20/2022 2:50:42 PM | ☐ |
| PGD0017_146 | Garrison - Stewart - A-6 (Medicare-Medicaid Authorization).pdf | Authorization A-6 Document | 9/20/2022 2:50:34 PM | ☐ |
| PGD0017_145 | Garrison - Stewart - A-5 (Insurance Authorization).pdf | Authorization A-5 Document | 9/20/2022 2:50:27 PM | ☐ |
| PGD0017_144 | Garrison - Stewart - A-4 (Tax Return Authorization).pdf | Authorization A-4 Document | 9/20/2022 2:50:18 PM | ☐ |
| PGD0017_143 | Garrison - Stewart - A-3 (Employment Authorization).pdf | Authorization A-3 Document | 9/20/2022 2:50:09 PM | ☐ |

Page 1 of 2 (11 items)  &lt; **1** 2 &gt;

# Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |

No data to display

© 2025 EisnerAmper

## Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| | | | | |
| PGD0017_142 | Garrison - Stewart - A-1 (Northwell Med Auth).pdf | Authorization A-1 Document | 9/20/2022 2:49:37 PM | ☐ |

Page 2 of 2 (11 items)   <   1   **2**   >

## Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |

No data to display

© 2025 EisnerAmper