# Exhibit C-2

# BUTLER | SNOW

July 8, 2024

**VIA EMAIL ONLY**

Bradley Egenberg
Egenberg Trial Lawyers
650 Poydras St. Ste 2000
New Orleans, LA 70130
paragard@egenberg.com

Re:   *ParaGard IUD Products Liability Litigation, MDL 2974*
      In the U.S. District Court for the Northern District of Georgia
      Jedlicka, Camille, Case No. 1:22-cv-02606-LMM
      Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

## I.   Deficient Requests

- Plaintiff did not provide a marked response confirming either that she had produced all documents in her possession, custody, or control or that no documents exist in response to document requests listed below. Please provide a marked response and produce all documents responsive to the following requests, if any:

    o Doc. Request #1;
    o Doc. Request #2;
    o Doc. Request #3;
    o Doc. Request #4;
    o Doc. Request #5;
    o Doc. Request #6;

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

Post Office Box 6010
Ridgeland, MS 39158-6010

Suite 1400
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157

T 601.948.5711 • F 601.985.4500 • www.butlersnow.com

BUTLER SNOW LLP

- o Doc. Request #7;
- o Doc. Request #8;
- o Doc. Request #9;
- o Doc. Request #10.

## II. Deficient Answers

- Section III(A): Plaintiff failed to identify the date of placement. Please provide the date of placement.

- Section IV(C)(6): Plaintiff failed to complete the Consortium Plaintiff information. Please provide an updated PFS with the Consortium Plaintiff questions completed.

- Section V(F): Plaintiff failed to provide an address for Dr. S. Sharma at Loyola. Please provide the address for Dr. S. Sharma.

- Section V(M): Plaintiff failed to provide dates of diagnosis for her fibroids and uterine bleeding.

## III. Authorizations

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Medical Authorization for Kathryn Gordon, M.D., addressed to DuPage Medical Group, 608 S. Washington St., Naperville, IL as indicated in Section IV(A)(2) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Michele Carney, M.D., addressed to DuPage Medical Group, 608 S. Washington St., Naperville, IL as indicated in Section IV(A)(2) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Alexian Brothers, addressed to Elk Grove Village, IL as indicated in Section V(F) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for S. Sharma, M.D., addressed to Loyola University as indicated in Section V(F) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Rita Herzng, M.D., addressed to 430 Pennsylvania Ave., Glen Ellyn, IL 60137 as indicated in Section V(M) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

Thank you for providing the authorizations listed below, however, there are a few issues that require your attention. Please address the issues mentioned below and provide us with updated authorizations.

- Advocate Lutheran General, addressed to 1775 Demster Street, Park Ridge, IL 60068

- o This provider rejected the authorization provided by Plaintiff because of a signature discrepancy. Please provide an updated authorization with a written signature and copy of photo ID or provide a notarized authorization to validate the signature.

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

cc: Lori G. Cohen, Esq.
Allison Ng, Esq.
Chris Morris, Esq.