# Exhibit C-4

## Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| PGD0032_13917 | Jedlicka 22-08-07 - A-8 -Authorization for the Release of Disability Claims Records.pdf | Authorization A-8 Document | 11/23/2022 9:38:14 AM | ☐ |
| PGD0032_13914 | Jedlicka - Paragard Plaintiff Fact Sheet Working Copy.pdf | Plaintiff Fact Sheet Document | 11/23/2022 9:36:40 AM | ☐ |
| PGD0032_13912 | Jedlicka -Declaration.pdf | Signed Declaration | 11/23/2022 9:35:54 AM | ☐ |
| PGD0032_13911 | 20221117100713256.pdf | Signed Declaration | 11/23/2022 9:35:50 AM | ☐ |
| PGD0032_13294 | Jedlicka 22-08-07 - A-5 -Authorization for Release of Insurance Records.pdf | Authorization A-5 Document | 11/18/2022 11:23:15 AM | ☐ |
| PGD0032_13293 | Jedlicka 22-08-07 - A-1 - Authorization for Release of Medical Records from Midwest OBGYN .pdf | Authorization A-1 Document | 11/18/2022 11:22:49 AM | ☐ |
| PGD0032_13292 | Jedlicka 22-08-07 - A-1 - Authorization for Release of Medical Records from Adovcate Lutheran General Hospital.pdf | Authorization A-1 Document | 11/18/2022 11:20:21 AM | ☐ |

## Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |

No data to display

© 2025 EisnerAmper