Exhibit D-2

BUTLER | SNOW

February 22, 2024

**VIA EMAIL ONLY**

Bradley Egenberg
Egenberg Trial Lawyers
650 Poydras St., Ste 2000
New Orleans, LA 70130
paragard@egenberg.com

Re:     *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Couce Cornavaca, Maria E., Case No. 1:22-cv-01243-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

## I.    **Deficient Requests**

- Plaintiff did not provide a marked response confirming either that she had produced all documents in her possession, custody, or control or that no documents exist in response to document requests listed below. Please provide a marked response and produce all documents responsive to the following requests, if any:

    o  Doc. Request #1;
    o  Doc. Request #2;
    o  Doc. Request #3;
    o  Doc. Request #4;
    o  Doc. Request #5;
    o  Doc. Request #6;
    o  Doc. Request #7;

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711  •  F 601.985.4500  •  www.butlersnow.com

BUTLER SNOW LLP

- o Doc. Request #8;
- o Doc. Request #9;
- o Doc. Request #10.

## II.  **Deficient Answers**

- Section II(Q)(1): Plaintiff failed to identify the addresses for Aetna Premier Care and United Health Care.  Please provide addresses for these insurers.

- Section IV(C)(6)(c): Plaintiff failed to identify the Consortium Plaintiff's Social Security number.  Please provide the Consortium Plaintiff's Social Security number.

- Section IV(C)(6)(e): Plaintiff failed to indicate whether the Consortium Plaintiff sought treatment for any of his alleged injuries.  Please name the healthcare provider and his or her contact information or state "None."

- Section V(M): Plaintiff failed to identify the dates of diagnosis, and the names and addresses of the healthcare providers who diagnosed her with high blood pressure, depression, and obesity.

- Section VI(B): Plaintiff failed to identify the dates she visited this site or indicate that she does not recall.  Please identify the dates or indicate that the Plaintiff does not recall.

- Section VI(D)(1)(c): Plaintiff failed to describe what she saw or read on the site that she visited.  Please describe what Plaintiff read.

## III.  **Authorizations**

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Medical Authorization for UMHC Kendall, addressed to 1475 NW 12th Avenue, Suite 3039, Miami, FL 33136-1002 as indicated in Section III(A) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Susan Fox, MD, addressed to 8501 S.W. 124th Ave., Suite 211, Miami, FL 33183 as indicated in Section III(D) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for Donald Lawson, MD, addressed to 11801 SW 90 Street, Suite 102, Miami, FL 33186 as indicated in Section V(E) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

- Medical Authorization for University of Miami Hospital and Clinics in Miami, FL as indicated in Section V(F) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter

<div style="margin-left:40%">

Sincerely

BUTLER SNOW LLP

Nikita S. McMillian

</div>

cc:    Lori G. Cohen, Esq.
       Allison Ng, Esq.
       Fred Erny, Esq.
       Gina Saelinger, Esq.
       Chris Morris, Esq.
       Emily Bailey

85554874.v1