Exhibit D-3

| | |
|---|---|
| **From:** | Ursula James |
| **To:** | "paragard@egenberg.com" |
| **Cc:** | Nikita McMillian; Chris Morris; Morgan Miranda; "cohenl@gtlaw.com"; "nga@gtlaw.com"; "Erny, Frederick"; "Saelinger, Gina"; Bailey, Emily; "brewerm@gtlaw.com"; "Zach.Akins@gtlaw.com" |
| **Subject:** | In re Paragard IUD Products Liability Litigation - Maria Couce Deficiency Letter [IWOV-BUTLERSNOW.FID8640248] |
| **Date:** | Thursday, February 22, 2024 10:58:51 PM |
| **Attachments:** | 2024.02.22 - Couce, Maria - PFS Deficiency.pdf |

Pursuant to the 3rd Amended CMO regarding Plaintiff Fact Sheets and PFS Document Production, please see attached Deficiency Letter regarding Plaintiff Maria Couce.

**Ursula N. James**

*Litigation Paralegal*

**Butler Snow LLP**

D: (678) 515-5048 | F: (678) 515-5001

1170 Peachtree Street NE, Suite 1900, Atlanta, GA 30309

Ursula.James@butlersnow.com | vCard

Twitter | LinkedIn | Facebook | YouTube

🌲 **Please consider the environment before printing this email**