# Exhibit D-4

# Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| PGD0025_15623 | Couce - Paragard Plaintiff Fact Sheet Working Copy.pdf | Plaintiff Fact Sheet Document | 12/5/2022 9:04:53 AM | ☐ |
| PGD0025_15622 | Couce - Loss of Consortium Dec Page.jpg.pdf | Signed Declaration | 12/5/2022 9:04:33 AM | ☐ |
| PGD0025_15621 | Couce - 22-08-15 - Signed Declaration.pdf | Signed Declaration | 12/5/2022 9:04:27 AM | ☐ |
| PGD0025_6707 | 2021-08-06 Medical Records.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 2:11:09 PM | ☐ |
| PGD0025_6705 | 2021-07-23 Medical Records.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 2:10:26 PM | ☐ |
| PGD0025_6704 | 21-07-23 - University of Miami - RecordBoss.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 2:10:07 PM | ☐ |
| PGD0025_121 | Couce - A-8 (Authorization for Disability Records).pdf | Authorization A-8 Document | 9/19/2022 4:55:35 PM | ☐ |
| PGD0025_120 | Couce - A-7 (Authorization for Workers' Compensation).pdf | Authorization A-7 Document | 9/19/2022 4:55:28 PM | ☐ |
| PGD0025_119 | Couce - A-6 (Medicare-Medicaid Authorization).pdf | Authorization A-6 Document | 9/19/2022 4:55:22 PM | ☐ |
| PGD0025_118 | Couce - A-5 (Insurance Authorization).pdf | Authorization A-5 Document | 9/19/2022 4:55:14 PM | ☐ |

Page 1 of 2 (11 items)   < 1 2 >

# Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|

No data to display

© 2025 EisnerAmper

# Uploaded Documents

| Document ID | File Name | Document Type | Upload Date | Supplemental |
|---|---|---|---|---|
| | | | | |
| PGD0025_115 | Couce - A-1 (Medical Authorization) (University of Miami).pdf | Authorization A-1 Document | 9/19/2022 4:54:50 PM | ☐ |

Page 2 of 2 (11 items)  ‹  1  **2**  ›

# Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |

No data to display

© 2025 EisnerAmper