# Exhibit E-2

# BUTLER | SNOW

August 8, 2024

<u>**VIA EMAIL ONLY**</u>

Bradley Egenberg
Egenberg Trial Lawyers
650 Poydras St, Ste 2000
New Orleans, LA 70130
paragard@egenberg.com

Re:   *ParaGard IUD Products Liability Litigation, MDL 2974*
        In the U.S. District Court for the Northern District of Georgia
        Hadley, Whitney L., Case No. 1:22-cv-01029-LMM
        Notice of Deficient PFS and Deficient Authorizations

Dear Counsel:

Pursuant to the Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 553] ("PFS CMO"), I am writing to notify you of certain deficiencies related to the Plaintiff Fact Sheet ("PFS") served in the above referenced case. In the interest of an expedited document collections process, this correspondence is only intended to address specific deficiencies related to the PFS and authorizations provided. Defendants do not waive and explicitly reserve the right to assert additional deficiencies.

We have identified specific deficiencies that require your attention below. As required by the PMS CMO, please cure the deficiencies identified below **within 15 days from the date of this correspondence.**

I.   <u>**Deficient Answers**</u>

- Section VI(D)(1): Plaintiff failed to indicate how she first became aware of the claims or lawsuits against Paragard. Please indicate how Plaintiff first became aware of the claims.

II.   <u>**Authorizations**</u>

Plaintiff did not serve the following duly executed authorizations as required by the PFS CMO:

- Medical Authorization for Nicole St. Omer Roy addressed to 7741 Roswell Rd., Sandy Springs, GA 30350 as indicated in Section III(D) of Plaintiff's PFS (CMO PFS Authorization Form A-1).

*Post Office Box 6010*
*Ridgeland, MS 39158-6010*

NIKITA S. MCMILLIAN
*Attorney*
601.985.4540
nikita.mcmillian@butlersnow.com

*Suite 1400*
*1020 Highland Colony Parkway*
*Ridgeland, Mississippi 39157*

T 601.948.5711 • F 601.985.4500 • *www.butlersnow.com*

BUTLER SNOW LLP

- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6).

Under the PFS CMO, Plaintiff has **fifteen (15) days from the date of this correspondence** to cure or otherwise correct the above-listed deficiencies. If the deficiencies are not cured in full within the 15-day period, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

Should you have any questions with regard to the above, please contact Nikita McMillian (nikita.mcmillian@butlersnow.com), the member of our team in charge of addressing PFS deficiencies.

Thank you for your attention to this matter.

                                                  Sincerely

                                                  BUTLER SNOW LLP

                                                  *Nikita McMillian*

                                                  Nikita S. McMillian

cc:    Lori G. Cohen, Esq.
         Allison Ng, Esq.
         Chris Morris, Esq.