# Exhibit E-3

| | |
|---|---|
| **From:** | Sheena Edwards |
| **To:** | "paragard@egenberg.com" |
| **Cc:** | Morgan Miranda; Chris Morris; "cohenl@gtlaw.com"; "nga@gtlaw.com"; Nikita McMillian |
| **Subject:** | In re Paragard IUD Products Liability Litigation - Hadley, Whitney - Deficiency Letter [IWOV-BUTLERSNOW.FID8640248] |
| **Date:** | Thursday, August 8, 2024 2:59:15 PM |
| **Attachments:** | Hadley_Whitney - PFS Deficiency.pdf |

Pursuant to the 3rd Amended CMO regarding Plaintiff Fact Sheets and PFS Document Production, please see attached Deficiency Letter regarding Plaintiff Hadley, Whitney.

### Sheena M. Edwards, CP
*Paralegal*
### Butler Snow LLP

D: (662) 513-8003 | F: (662) 513-8001

1200 Jefferson Avenue, Suite 205, Oxford, MS 38655

P.O. Box 1138, Oxford, MS 38655-1138

Sheena.Edwards@butlersnow.com | vCard

X (Twitter) | LinkedIn | Facebook | YouTube