Exhibit E-4

# Uploaded Documents

| Document ID | File Name | Document Type | Upload Date ↓ | Supplemental |
|---|---|---|---|---|
| | | | | |
| PGD0018_13276 | Hadley - Declaration.pdf | Signed Declaration | 11/18/2022 10:04:10 AM | ☐ |
| PGD0018_13275 | Hadley - Paragard Plaintiff Fact Sheet Working Copy.pdf | Plaintiff Fact Sheet Document | 11/18/2022 10:03:13 AM | ☐ |
| PGD0018_6210 | 2021-10-12 Medical Records.pdf | PFS10 - Test Result Document | 11/2/2022 11:11:19 AM | ☐ |
| PGD0018_6209 | 2021-09-10 Grady Memorial Hospital Records.pdf | PFS10 - Test Result Document | 11/2/2022 11:11:15 AM | ☐ |
| PGD0018_6206 | 2021-10-12 Medical Records.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:08:57 AM | ☐ |
| PGD0018_6205 | 2021-09-10 Grady Memorial Hospital Records.pdf | PFS1 - Medical and Pharmacy Record | 11/2/2022 11:08:53 AM | ☐ |
| PGD0018_33 | Hadley 22-08-08 - Authorization for the Release of Disability Claims Records.pdf | Authorization A-8 Document | 8/31/2022 2:30:49 PM | ☐ |
| PGD0018_31 | Hadley - CMS Medicare Form.pdf | Authorization A-6 Document | 8/31/2022 2:30:15 PM | ☐ |
| PGD0018_30 | Hadley 22-08-08 - Authorization for Release of Insurance Records.pdf | Authorization A-5 Document | 8/31/2022 2:29:27 PM | ☐ |
| PGD0018_27 | Hadley 22-08-08 - Authorization for Release of Medical Records from Grady Memorial Hospital .pdf | Authorization A-1 Document | 8/31/2022 2:26:52 PM | ☐ |

# Generated/Reference Documents

| File name | Upload Date | Uploaded By |
|---|---|---|
| | | |
| | No data to display | |

© 2025 EisnerAmper