Exhibit F

**From:** Chris Morris
**To:** "Lee Floyd"
**Cc:** Erin Copeland; Fitzpatrick, Fidelma; C. Andrew Childers; Nicole Berg; Hermiz, Kristen M.; Pamela Ferrell; Caroline D. Walker; Kasey Adams; Susanna Moldoveanu; nga@gtlaw.com
**Subject:** RE: Paragard - PFS deficiencies [IWOV-BUTLERSNOW.FID8096744]
**Date:** Tuesday, December 10, 2024 1:15:25 PM
**Attachments:** image001.png

Hi Lee,

Here is an updated chart for you. The new plaintiffs are highlighted in yellow. Thanks!

| Plaintiff | Cause No. | Firm |
|---|---|---|
| Abeyta, Erica L | 1:24-cv-00339 | Luff Law Firm |
| Acosta, Vilma | 1:24-cv-00351 | Mcdonald Worley |
| Aguilar, Martha | 1:21-cv-05180 | The Driscoll Firm |
| Allen, Brandon | 1:21-cv-04522 | Zimmerman Reed |
| Amos, Sarah | 1:21-cv-04199 | Tosi Law, LLP |
| Ayala, Champagne | 1:22-cv-02876 | Porter & Malouf |
| Bainguel, Kimberly | 1:22-cv-02696 | Egenberg Trial Lawyers |
| Barbecho, Maira Alexander | 1:23-cv-05822 | Yaeger Law, PLLC |
| Barnes, Rianne | 1:21-cv-01700 | Milstein, Jackson, Fairchild & Wade LLP |
| Barone, Danielle | 1:23-cv-01666 | Tosi Law, LLP |
| Bartram, Stephanie | 1:21-cv-03635 | Pribanic & Pribanic, LLC |
| Bennett, Amber M | 1:23-cv-01648 | Tosi Law, LLP |
| Benson, Naomi N | 1:23-cv-01704 | Tosi Law, LLP |
| Berry, Tracy L | 1:23-cv-01713 | Tosi Law, LLP |
| Bogle, Rebecca | 1:21-cv-04203 | Tosi Law, LLP |
| Botez, Anca | 1:22-cv-00056 | Milberg Coleman Bryson Phillips Grossman, LLC<br>Porter & Malouf |
| Bounds, Valerie | 1:22-cv-02537 | Keller Postman<br>Yaeger Law, PLLC |
| Bowers, Michelle | 1:22-cv-05079 | Fibich Leebron Copeland And Briggs |
| Boyd, Erin Victoria | 1:22-cv-02679 | Heard Merman Law Firm |
| Bradford, Sonia | 1:23-cv-02405 | Tosi Law, LLP |
| Broedel, Antoinette | 1:21-cv-02922 | Bossier & Associates<br>Porter & Malouf |
| Brooks, Nicole T | 1:23-cv-01707 | Tosi Law, LLP |
| Brown, Devin | 1:21-cv-02537 | Zimmerman Reed<br>Milstein, Jackson, Fairchild & Wade LLP |
| Brown, Ebonee D | 1:21-cv-02920 | Bossier & Associates<br>Porter & Malouf |
| Brown, Virona | 1:24-cv-00039 | Yaeger Law, PLLC |
| Burns-Rincon, Tamara | 1:22-cv-04757 | Keller Postman<br>Yaeger Law, PLLC |
| Bustamante, Sandra | 1:24-cv-00330 | Mcdonald Worley |
| Callison, Jenny Juanita | 1:23-cv-04162 | Yaeger Law, PLLC |
| Carrasco, Liliana | 1:23-cv-00080 | The Driscoll Firm |
| Carson, Nateshia | 1:23-cv-01705 | Tosi Law, LLP |
| Cascadden, Lindsey | 1:21-cv-05120 | Wallace Miller |
| Child, Alice D | 1:22-cv-04986 | Keller Postman<br>Yaeger Law, PLLC |
| Christiansen, Christina | 1:21-cv-00206 | Sanders Phillips Grossman, LLC<br>Heard Law Firm, PLLC |
| Clayton, Tonya | 1:21-cv-03382 | The Driscoll Firm |
| Coleman, Charlena | 1:22-cv-04624 | Johnson Law Group |

| | | |
|---|---|---|
| | | Motley Rice LLC |
| Copeland, Kathlene P | 1:23-cv-03474 | Keller Postman |
| | | Yaeger Law, PLLC |
| Costik, Leah E | 1:23-cv-02896 | Fibich Leebron Copeland And Briggs |
| Couce, Maria | 1:22-cv-01243 | Egenberg Trial Lawyers |
| Craig, Kristy K | 1:21-cv-03391 | Bossier & Associates |
| | | Porter & Malouf |
| Crawford, Karen D | 1:21-cv-01080 | Sanders Phillips Grossman LLC |
| Crump, Sharon F. | 1:23-cv-01338 | Fibich Leebron Copeland And Briggs |
| Cruz, Analysa | 1:22-cv-05087 | Fibich Leebron Copeland And Briggs |
| Cruz, Erika | 1:21-cv-03425 | Bernstein Liebhard |
| Cruz, Julieta | 1:22-cv-02213 | Hammers Law Firm |
| Cunningham, Conjetta | 1:22-cv-00432 | Keller Postman |
| | | Yaeger Law, PLLC |
| Cunningham, Mariam | 1:21-cv-02725 | Joel E Brown |
| Cutts, Hannah | 1:22-cv-04130 | Keller Postman |
| | | Yaeger Law, PLLC |
| Dash, Sarah J | 1:24-cv-00609 | Keller Postman |
| | | Yaeger Law, PLLC |
| Dawson, Dawn | 1:21-cv-02930 | Bossier & Associates |
| | | Porter & Malouf |
| De La Cruz, Julissa | 1:23-cv-01334 | Keller Postman |
| | | Yaeger Law, PLLC |
| Dean-Prince, Stacy | 1:23-cv-05449 | Keller Postman |
| | | Yaeger Law, PLLC |
| Del Campo, Jossie | 1:21-cv-00199 | Milberg Coleman |
| | | Schneider Hammers |
| Del Rosario, Stephane | 1:21-cv-01793 | Sanders Phillips Grossman |
| Deleon, Denisse | 1:21-cv-02987 | The Carlson Law Firm |
| DeSelms, Carrie | 1:21-cv-00111 | Sanders Phillips Grossman LLC |
| Diehl, Carrie | 1:21-cv-00398 | Sanders Phillips Grossman LLC |
| Dore, Albertine | 1:21-cv-02035 | Sanders Phillips Grossman LLC |
| Douglass, Anne M | 1:23-cv-03840 | Fibich Leebron Copeland And Briggs |
| Dressen, Jennifer | 1:22-cv-04651 | Keller Postman |
| | | Yaeger Law, PLLC |
| Dunn, Katy | 1:21-cv-03539 | Fibich Leebron Copeland And Briggs |
| Dutcher, Lyly | 1:21-cv-03542 | Fibich Leebron Copeland And Briggs |
| Ebaben, Louisa | 1:21-cv-00399 | Burg, Simpson, Eldredge, Hersh, Jardine |
| | | Parker Waichman, LLP |
| Edwards, Lydia L | 1:21-cv-03438 | Bossier & Associates |
| | | Porter & Malouf |
| Epstein, Lauren | 1:21-cv-03948 | Rheingold, Giuffra, Ruffo & Plotkin, LLP |
| Foley, Kerissia | 1:22-cv-00492 | Parafinczuk Wolf, Pa |
| Fox, Heather | 1:22-cv-00499 | Law Office Of Jeff Green, P.C. |
| | | Joel E. Brown |
| Garrison-Stewart, Sheina | 1:22-cv-01028 | Brad Egenberg Law |
| Gerlach, Caroline | 1:21-cv-03578 | Fibich Leebron Copeland And Briggs |
| Gomez, Maria E | 1:21-cv-04907 | Porter & Malouf |
| Hada, Katharine | 1:21-cv-02599 | Lenze Lawyers, Plc |
| | | The Driscoll Firm |
| Hadley, Whitney | 1:22-cv-01029 | Brad Egenberg Law |
| Haring, Sarah | 1:22-cv-01660 | Law Office Of Jeff Green, P.C. |
| | | Joel E. Brown |
| Hartline, Jerrica J. | 1:21-cv-04548 | Parafinczuk Wolf, Pa |

| | | |
|---|---|---|
| Horton, Jennifer | 1:21-cv-02435 | The Driscoll Firm |
| Howes, Penny S | 1:21-cv-04782 | Fibich Leebron Copeland And Briggs |
| Jedlicka, Camille | 1:22-cv-02606 | Brad Egenberg Law |
| Jemiolo, Patricia | 1:22-cv-00464 | Porter & Malouf |
| Jimenez, Yolanda | 1:21-cv-05004 | Parafinczuk Wolf, Pa |
| Johnston, Vanessa | 1:22-cv-00442 | Wallace Miller |
| Joyner, Caley | 1:21-cv-01708 | Milstein, Jackson, Fairchild & Wade LLP |
| Knowles, Krista D | 1:22-cv-02965 | Murphy Law Firm, LLC<br>Comeaux Law Firm |
| Lenart, Loriann | 1:21-cv-02423 | The Driscoll Firm<br>Andrus Wagstaff |
| Little, Bettina | 1:21-cv-05007 | Parafinczuk Wolf, Pa |
| Little, Cheniqua | 1:21-cv-02693 | Javerbaum Wurgaft |
| Liza, Marissa | 1:21-cv-02686 | Javerbaum Wurgaft |
| Love, Jill | 1:21-cv-04989 | Parker Waichman, LLP |
| Lusk, Christi | 1:21-cv-04222 | Tosi Law, LLP |
| Motter, Georgia | 1:21-cv-04045 | Bruce D. Taubman |
| Schmehl, Sophie | 1:22-cv-00887 | Zimmerman Reed |
| Sosa, Magdelyn | 1:22-cv-02614 | Linville Law Group |
| Tjhin Lin, Siska | 1:22-cv-03610 | Zimmerman Reed |
| White, Marsha | 1:22-cv-01564 | Porter & Malouf |
| Williams, Brandi | 1:21-cv-02918 | Bossier & Associates<br>Porter & Malouf |
| Wilson, Traci | 1:21-cv-04061 | Porter & Malouf |
| Worthington, Chelsea | 1:21-cv-04033 | Porter & Malouf |
| Wright, April | 1:21-cv-03113 | Fibich Leebron Copeland And Briggs |
| Youngworth, Maureen | 1:23-cv-02748 | Keller Postman<br>Yaeger Law, PLLC |
| Zepeda, Heidi | 1:22-cv-02079 | Fibich Leebron Copeland And Briggs |
| Zola, Janelle | 1:23-cv-05810 | Childers, Schlueter & Smith |

**Christopher D. Morris**

**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Lee Floyd <lee@bbtrial.com>
**Sent:** Monday, November 18, 2024 1:45 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>
**Cc:** Erin Copeland <ecopeland@fibichlaw.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Nicole Berg <ncb@kellerpostman.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; Susanna Moldoveanu <Susanna.Moldoveanu@butlersnow.com>; nga@gtlaw.com
**Subject:** Re: Paragard - PFS deficiencies [IWOV-BUTLERSNOW.FID8096744]

Awesome, thank you!!

On Nov 18, 2024, at 2:19 PM, Chris Morris <Chris.Morris@butlersnow.com> wrote:

Here you go:

| Plaintiff | Cause No. | Firm |
|---|---|---|
| Aguilar, Martha | 1:21-cv-05180 | The Driscoll Firm |
| Allen, Brandon | 1:21-cv-04522 | Zimmerman Reed |
| Amos, Sarah | 1:21-cv-04199 | Tosi Law, LLP |
| Amundson, Lindsay | 1:22-cv-01668 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Ayala, Champagne | 1:21-cv-02876 | Bossier & Associates, PLLC |
| | | Porter & Malouf, P.A. |
| Bell, Shellyann T | 1:23-cv-02749 | Keller Postman, LLC |
| Bentley, Alyssa Beth | 1:23-cv-01327 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Biles, Liza F | 1:23-cv-00518 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Bills, Tonya S | 1:23-cv-03441 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Botez, Anca | 1:22-cv-00056 | Milberg Coleman Bryson Phillips Grossman, LLC |
| | | Porter & Malouf, P.A. |
| Bounds, Valerie | 1:22-cv-02537 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Bowers, Michelle | 1:22-cv-05079 | Fibich Leebron Copeland Briggs |
| Broedel, Antoinette | 1:21-cv-02922 | Bossier & Associates, PLLC |
| | | Porter & Malouf, P.A. |
| Brown, Devin | 1:21-cv-02537 | Zimmerman Reed |
| | | Milstein, Jackson, Fairchild & Wade LLP |
| Brown, Ebonee D | 1:21-cv-02920 | Bossier & Associates, PLLC |
| | | Porter & Malouf, P.A. |
| Brown, Ebony | 1:22-cv-02146 | Motley Rice LLC |
| Brown, Emily | 1:23-cv-05503 | Ruth Rizkalla |
| Burns-Rincon, Tamara | 1:22-cv-04757 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Calcano, Maria V | 1:23-cv-03432 | Ruth Rizkalla |
| Carty, Piper N | 1:23-cv-03646 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Clayton, Tonya | 1:21-cv-03382 | The Driscoll Firm |
| Couce, Maria | 1:22-cv-01243 | Egenberg Trial Lawyers |
| Craig, Kristy K | 1:21-cv-03391 | Bossier & Associates, PLLC |
| | | Porter & Malouf, P.A. |
| Cruz, Erika | 1:21-cv-03425 | Bernstein Liebhard |
| Cruz, Julieta | 1:22-cv-02213 | Schneider Hammers, LLC |
| Cunningham, Mariam | 1:21-cv-02725 | Joel E. Brown |
| Ebaben, Louisa | 1:21-cv-00399 | Parker Waichman |
| | | Burg, Simpson, Eldredge, Hersh, Jardine |
| Epstein, Lauren | 1:21-cv-03948 | Rheingold, Giuffra, Ruffo & Plotkin |
| Foley, Kerissia | 1:22-cv-00492 | Parafinczuk Wolf |
| Fox, Heather | 1:22-cv-00499 | Law Office of Jeff Green, P.C. |
| | | Joel E. Brown |
| Garrison-Stewart, Sheina | 1:22-cv-01028 | Brad Egenberg Law |

| Gerlach, Caroline | 1:21-cv-03578 | Fibich Leebron Copeland Briggs |
| Gomez, Maria E | 1:21-cv-04907 | Porter & Malouf, P.A. |
| Goodwin, Laura P | 1:22-cv-02160 | Motley Rice LLC |
| Hada, Katharine | 1:21-cv-02599 | Lenze Lawyers, PLC |
| | | The Driscoll Firm |
| Hadley, Whitney | 1:22-cv-01029 | Brad Egenberg Law |
| Haring, Sarah | 1:22-cv-01660 | Law Office of Jeff Green, P.C. |
| | | Joel E. Brown |
| Hartline, Jerrica J. | 1:21-cv-04548 | Parafinczuk Wolf |
| Horton, Jennifer | 1:21-cv-02435 | The Driscoll Firm |
| Howes, Penny S | 1:21-cv-04782 | Fibich Leebron Copeland Briggs |
| Jedlicka, Camille | 1:22-cv-02606 | Brad Egenberg Law |
| Jemiolo, Patricia | 1:22-cv-00464 | Porter & Malouf |
| Jimenez, Yolanda | 1:21-cv-05004 | Parafinczuk Wolf |
| Johnston, Vanessa | 1:22-cv-00442 | Wallace Miller |
| Joyner, Caley | 1:21-cv-01708 | Milstein, Jackson, Fairchild & Wade LLP |
| Knowles, Krista D | 1:22-cv-02965 | Murphy Law Firm |
| | | Comeaux Law Firm |
| Lane, Stephanie | 1:22-cv-02820 | Yaeger Law, PLLC |
| | | Keller Postman, LLC |
| Lenart, Loriann | 1:21-cv-02423 | The Driscoll Firm |
| | | Andrus Wagstaff |
| Little, Bettina | 1:21-cv-05007 | Parafinczuk Wolf |
| Little, Cheniqua | 1:21-cv-02693 | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins |
| Liza, Marissa | 1:21-cv-02686 | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins |
| Love, Jill | 1:21-cv-04989 | Parker Waichman |
| Lusk, Christi | 1:21-cv-04222 | Tosi Law, LLP |
| Major, Jonzoreika | 1:22-cv-02682 | Fibich Leebron Copeland Briggs |
| Motter, Georgia | 1:21-cv-04045 | Bruce D. Taubman |
| Rawicz, Marta | 1:21-cv-04394 | Morris Bart |
| | | Handler, Henning, & Rosenberg, LLC |
| Schmehl, Sophie | 1:22-cv-00887 | Zimmerman Reed |
| Sosa, Magdelyn | 1:22-cv-02614 | Linville Law Group |
| Tjhin Lin, Siska | 1:22-cv-03610 | Zimmerman Reed |
| Tom, Michele | 1:22-cv-00048 | Thornton Law Firm LLP |

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Chris.Morris@butlersnow.com| vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Chris Morris
**Sent:** Monday, November 18, 2024 12:23 PM

**To:** 'Lee Floyd' <lee@bbtrial.com>
**Cc:** Erin Copeland <ecopeland@fibichlaw.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Nicole Berg <ncb@kellerpostman.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; Susanna Moldoveanu <Susanna.Moldoveanu@butlersnow.com>; nga@gtlaw.com
**Subject:** RE: Paragard - PFS deficiencies [IWOV-BUTLERSNOW.FID8096744]

Let me check; I don't think that would be a problem

**Christopher D. Morris**
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Lee Floyd <lee@bbtrial.com>
**Sent:** Monday, November 18, 2024 12:21 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>
**Cc:** Erin Copeland <ecopeland@fibichlaw.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Nicole Berg <ncb@kellerpostman.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; Susanna Moldoveanu <Susanna.Moldoveanu@butlersnow.com>; nga@gtlaw.com
**Subject:** Re: Paragard - PFS deficiencies [IWOV-BUTLERSNOW.FID8096744]

Chris,
I believe the last time we did something like this y'all were able to quickly pull the counsel list associated with the cases. Are you able to do so here? If not we can figure it out.
Thanks,
Lee

> On Nov 18, 2024, at 1:15 PM, Chris Morris <Chris.Morris@butlersnow.com> wrote:

Hi Erin and team,

Defendants sent PFS deficiency letters to the Plaintiffs identified below, but we do not believe that we received responses. Before including them on a request to the Court for an Order to Show Cause, we wanted to check with you first to see if Plaintiffs' Leadership would like to circle-up with the respective firms to encourage them to respond and cure the deficiencies. We anticipate raising with the Court any that are not resolved before the next CMC. If you would like to discuss any of these, just let us know.

| Plaintiff | Cause No. |
|---|---|
| Aguilar, Martha | 1:21-cv-05180 |
| Allen, Brandon | 1:21-cv-04522 |
| Amos, Sarah | 1:21-cv-04199 |
| Amundson, Lindsay | 1:22-cv-01668 |
| Ayala, Champagne | 1:22-cv-01276 |

| | |
|---|---|
| Bell, Shellyann T | 1:23-cv-02749 |
| Bentley, Alyssa Beth | 1:23-cv-01327 |
| Biles, Liza F | 1:23-cv-00518 |
| Bills, Tonya S | 1:23-cv-03441 |
| Botez, Anca | 1:22-cv-00056 |
| Bounds, Valerie | 1:22-cv-02537 |
| Bowers, Michelle | 1:22-cv-05079 |
| Broedel, Antoinette | 1:21-cv-02922 |
| Brown, Devin | 1:21-cv-02537 |
| Brown, Ebonee D | 1:21-cv-02920 |
| Brown, Ebony | 1:22-cv-02146 |
| Brown, Emily | 1:23-cv-05503 |
| Burns-Rincon, Tamara | 1:22-cv-04757 |
| Calcano, Maria V | 1:23-cv-03432 |
| Carty, Piper N | 1:23-cv-03646 |
| Clayton, Tonya | 1:21-cv-03382 |
| Couce, Maria | 1:22-cv-01243 |
| Craig, Kristy K | 1:21-cv-03391 |
| Cruz, Erika | 1:21-cv-03425 |
| Cruz, Julieta | 1:22-cv-02213 |
| Cunningham, Mariam | 1:21-cv-02725 |
| Ebaben, Louisa | 1:21-cv-00399 |
| Epstein, Lauren | 1:21-cv-03948 |
| Foley, Kerissia | 1:22-cv-00492 |
| Fox, Heather | 1:22-cv-00499 |
| Garrison-Stewart, Sheina | 1:22-cv-01028 |
| Gerlach, Caroline | 1:21-cv-03578 |
| Gomez, Maria E | 1:21-cv-04907 |
| Goodwin, Laura P | 1:22-cv-02160 |
| Hada, Katharine | 1:21-cv-02599 |
| Hadley, Whitney | 1:22-cv-01029 |
| Haring, Sarah | 1:22-cv-01660 |
| Hartline, Jerrica J. | 1:21-cv-04548 |
| Horton, Jennifer | 1:21-cv-02435 |
| Howes, Penny S | 1:21-cv-04782 |
| Jedlicka, Camille | 1:22-cv-02606 |
| Jemiolo, Patricia | 1:22-cv-00464 |
| Jimenez, Yolanda | 1:21-cv-05004 |
| Johnston, Vanessa | 1:22-cv-00442 |
| Joyner, Caley | 1:21-cv-01708 |
| Knowles, Krista D | 1:22-cv-02965 |
| Lane, Stephanie | 1:22-cv-02820 |
| Lenart, Loriann | 1:21-cv-02423 |
| Little, Bettina | 1:21-cv-05007 |
| Little, Cheniqua | 1:21-cv-02693 |
| Liza, Marissa | 1:21-cv-02686 |
| Love, Jill | 1:21-cv-04989 |
| Lusk, Christi | 1:21-cv-04222 |
| Major, Jonzoreika | 1:22-cv-02682 |
| Motter, Georgia | 1:21-cv-04045 |
| Rawicz, Marta | 1:21-cv-04394 |
| Schmehl, Sophie | 1:22-cv-00887 |
| Sosa, Magdelyn | 1:22-cv-02614 |
| | |

| Tjhin Lin, Siska | 1:22-cv-03610 |
| Tom, Michele | 1:22-cv-00048 |

Thanks,

**Christopher D. Morris**

**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.