# Exhibit G

| | |
|---|---|
| **From:** | Chris Morris |
| **To:** | "Brittany Poley" |
| **Cc:** | "nga@gtlaw.com"; "Erin Copeland"; "CohenL@gtlaw.com"; "C. Andrew Childers"; "Kristen M. Hermiz"; "Fidelma Fitzpatrick"; "Lee Floyd"; "Nicole Berg"; Pamela Ferrell; Kasey Adams; Caroline D. Walker; "Kristen M. Hermiz"; "Fidelma Fitzpatrick"; "buffym lpm-triallaw.com" |
| **Subject:** | Paragard - PFS Deficiencies/Draft Order to Show Cause [IWOV-BUTLERSNOW.FID8096744] |
| **Date:** | Monday, December 23, 2024 11:16:42 AM |
| **Attachments:** | DRAFT - Order to Show Cause.docx<br>Exhibit 1.docx |

Dear Ms. Poley,

In connection with the PFS deficiencies discussed at the CMC last week, we have attached a draft order to show cause and corresponding exhibit for Judge May's consideration. We conferred with Plaintiffs' Leadership before submitting, and it is our understanding that the draft order is acceptable to them.

Please let us know if Judge May requires anything further.

Happy holidays!

### Christopher D. Morris
**Butler Snow LLP**

D: (601) 985-4437 | C: 769-226-3307 | F: (601) 985-4500

1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157

P.O. Box 6010, Ridgeland, MS 39158-6010

Chris.Morris@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube