IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET NO. 2974 |
| | ) | (1:20-md-02974-LMM) |
| | ) | **This Document Relates to All Cases** |

**NOTICE OF VIDEOTAPED FED. R. CIV. P. 30(b)(6) DEPOSITION
OF THE CORPORATE REPRESENTATIVES
FOR THE COOPER DEFENDANTS
(*CONCERNING 2021 and 2022 FDA INFORMATION REQUESTS*)**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs, by and through the Plaintiffs' Leadership Committee, will take the deposition upon oral examination of the Cooper Defendants with respect to the topics set forth below. The deposition will take place on March 27, 2025 at a specific location to be determined before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time negotiated by the parties. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P. 32(a).

Plaintiffs reserve the right to seek relief from the court in the event Defendants

do not properly prepare the designated person(s) to testify on behalf of Defendants with respect to each of the identified topics.

Defendants are hereby requested and required under the federal rules to designate and produce at the deposition one or more officers, directors, managing agents, or other persons who consent to testify on their behalf on the following matters and documents:

### SCHEDULE A: DEPOSITION SUBJECT MATTERS

1. The April 21, 2021 FDA Information Request and May 6, 2022 Follow-up Information Request ("Information Requests"). This subject matter is intended to and does include the following:

> a) Communications between Defendants (or anyone acting on their behalf) and FDA concerning the Information Requests;
>
> b) Communications between Defendants (or anyone acting on their behalf) with any other third parties concerning the Information Requests;
>
> c) Internal communications concerning the Information Requests;
>
> d) Meeting Minutes (internal and with any third parties – including FDA) concerning the Information Requests;
>
> e) Defendants' 2019, 2020 and 2021 Periodic Adverse Drug

Experience Reports (PADERs);

f) Material and information, including the sources for such material and information, provided to and/or exchanged between Defendants (or someone acting on their behalf) and FDA concerning the Information Requests;

g) Material and information, including the sources for such material and information, referenced by Defendants (or someone acting on their behalf) in order to respond to any of the Information Requests;

h) Material and information, including the sources for such material and information, referenced by Defendants (or someone acting on their behalf) in any of its communications with FDA concerning the Information Requests; and

i) Changes made to any company policies and procedures and/or the Paragard product (including labeling) as a result of and/or following the Information Requests.

## **SCHEDULE B: DOCUMENTS TO BE PRODUCED**

1. All documents which the deponent(s) has utilized or may need to refresh his or her recollection as to any of the subject matters referenced in **Schedule A**.

2. All documents the deponent(s) consults or relies upon in preparation

for the deposition.

   3.   All documents the deponent(s) creates (or are created on his/her behalf) to address any of the subject matters referenced in **Schedule A**.

   4.   To the extent not previously produced in discovery, all documents and communications exchanged between Defendants (or someone acting on their behalf) and FDA concerning the Information Requests.

   5.   To the extent not previously produced in discovery, all documents and communications exchanged between Defendants (or someone acting on their behalf) and any other third party concerning the Information Requests.

   6.   To the extent not previously produced in discovery, all documents and communications exchanged internally concerning the Information Requests.

   7.   To the extent not previously produced in discovery, all meeting minutes and notes therefrom concerning the Information Requests.

   8.   The most current CV and/or resume for each of the person(s) being deposed pursuant to this notice.

(SIGNATURE BLOCCK ON NEXT PAGE)

Dated: <u>February 24, 2025</u>     <u>*s/Erin Copeland*</u>
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2025 Plaintiffs' Notice of FRCP 30(b)(6) Deposition Concerning the 2021 and 2022 FDA Information Requests and Request for Production of Documents was served electronically on Defendants via their lead and liaison counsel.

Dated: February 24, 2025

*s/Erin Copeland*
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*