IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY : | 1:20-MD-02974-LMM |
| LITIGATION : | |
| : | |
| THIS DOCUMENT RELATES : | |
| TO ALL CASES : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE THE ADDRESS OF MICHAEL GATI AND YOGESH YADEV**

Plaintiffs, by and through the undersigned lead counsel, submit this unopposed motion for an order requiring the Teva Defendants to disclose the last known address of Michael Gati and Yogesh Yadev so that service of a deposition subpoena may be executed pursuant to the appropriate procedures.

Witness Gati was employed by Teva Pharmaceutical Industries, Ltd. and is believed to reside in Israel. Mr. Gati served in a number of roles, including a Pharmacovigilance Project Manager in Global Patient Safety and Pharmacovigilance. Mr. Gati was involved in various pharmacovigilance activities impacting Paragard, including, but not limited to, signal detection, safety analysis and reporting, and compliance. Witness Yogesh Yadev was also employed by Teva Pharmaceutical Industries, Ltd. and is believed to reside in India. Mr. Yadev was a Manager of Quality Assurance Services. Upon information and belief, Mr. Yadev managed one of the Paragard call centers

which handled the initial intake for Paragard complaints. He was also involved in various aspects pertaining to Paragard, including, but not limited to, complaint investigations and trending.

Plaintiffs seek to depose Mr. Gati and Mr. Yadev and requested Defendants to voluntarily produce them for deposition as they have done for one or more other former employees. In response, Defendants' counsel indicated that a court order would be required to disclose the addresses and a subpoena would be required for deposition as they do not control either of these witnesses. Plaintiffs understand that counsel for Defendants has obtained and/or is seeking to obtain these witnesses' last known addresses. Defendants have indicated that they are not opposed to the depositions, they will not challenge any efforts by Plaintiffs to execute subpoenas, and they are not opposed to this motion requiring them to disclose the address information.

Accordingly, Plaintiffs file this unopposed motion asking the Court to issue an order requiring Defendants to provide the location of Michael Gati and Yogesh Yadev so that steps may be taken to serve a deposition subpoenas in Israel and India, respectively.

Dated:  2.25.25

(SIGNATURE BLOCK ON NEXT PAGE)

Respectfully submitted,

/s/ *Erin K. Copeland*
Erin K Copeland
TX Bar No. 24028157
Fibich Leebron Copeland & Briggs
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
ecopeland@fibichlaw.com

*MDL Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on 2.25.25 I electronically filed **PLAINTIFFS' UNOPPOSED MOTION FOR THE TEVA DEFENDANTS TO DISCLOSE THE ADDRESS OF MICHAEL GATI AND YOGESH YADEV** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

/s/ *Erin K. Copeland*
Erin K Copeland