UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM<br><br>Judge Leigh Martin May |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES:

Please withdraw the appearance of Kristen L. Varallo of Pogust Goodhead, LLC and substitute the appearance of Harris L. Pogust as attorney of record for plaintiffs listed in Exhibit A.

Kristen L. Varallo, counsel of record for Plaintiff, has left the firm of POGUST GOODHEAD, LLC and consequently will no longer be working on this matter. Plaintiffs will continue to be represented by the same law firm – Pogust Goodhead, LLC. Mr. Pogust requests all further papers and pleadings in the Master Docket of MDL 2974 be served upon him as listed in the signature block below. A list of all clients affected by this substitution is attached as Exhibit A for the benefit of the Court.

Dated:  February 27, 2025     Respectfully Submitted,

/s/ Harris L. Pogust
**POGUST GOODHEAD, LLC**
PA Bar No. 52721
161 Washington Street
Suite 250

Conshohocken, PA 19428
Telephone: 609-941-6204
Email:
hpogust@pogustgoodhead.com


*/s/ Kristen L. Varallo*
PA Bar No. 330985
Withdrawing Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated:  February 27, 2025      Respectfully Submitted,

*/s/ Harris L. Pogust*
POGUST GOODHEAD, LLC
161 Washington Street
Suite 250
Conshohocken, PA 19428
Telephone: 610-941-4204
Email: hpogust@pogustgoodhead.com