# EXHIBIT A

| | |
|---|---|
| ALICIA BIRDWELL vs. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05628-LMM |
| AMBER DURST vs. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05935-LMM |
| AMY KENNEDY vs. TEVA PHARMACEUTICALS USA, INC., et al. | 1:23-cv-05771-LMM |
| ANDREA BECKFORD f/k/a ANDREA BALDWIN vs. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05626-LMM |
| AUTUMN BASLER v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05627-LMM |
| BARBARA RICHARDSON v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05775-LMM |
| BRITTANY BRADBERRY f/k/a BRITTANY MILLER v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05934-LMM |
| CHRISSEY MARGREAT LECATOR v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05630-LMM |
| CHRISTINE DIAZ v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05980-LMM |
| DANIELLE EDWARDS v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05936-LMM |
| DARNET DUNNAM v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05770-LMM |
| DEANNA ROSECRANS v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05939-LMM |
| ERIKA ABELLA v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05779-LMM |
| HEATHER BROWN v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05629-LMM |
| HILARY LOFLIN v. TEVA PHARMACEUTICALS USA, INC., et al. | 1:23-cv-05937-LMM |
| JUDITH LEE v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05632-LMM |
| LAURA ROZZA v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05776-LMM |
| LOLA ALBRITTON v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-06006-LMM |
| LORNA ROSE SALAMONE vs. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05635-LMM |
| MELANIE COLON v. TEVA PHARMACEUTICALS USA, Inc., et al. | 1:23-cv-06007-LMM |

| | |
|---|---|
| MELISSA PRICE v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05773-LMM |
| NATALIA LYNN v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05772-LMM |
| RAYONA OROZCO v. TEVA PHARMACEUTICALS USA, INC., et. al. | 1:23-cv-05938-LMM |