IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | This Document Relates to All Cases |

# PLAINTIFFS' FIRST AMENDED NOTICE TO TAKE THE ORAL DEPOSITION OF MICHELE DEBARTOLO AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Michele DeBartolo. The deposition will take place beginning at 9:00 AM CST on April 7, 2025 at Hilton Chicago/Oak Brook Suites, Executive Boardroom, 10 Drury Lane, Oakbrook Terrace, IL 60181 before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time and location negotiated by the parties. The deposition, if not completed on the specified date, will continue on a mutually agreeable date from day-to-day, excluding Saturdays, Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P.32(a).

Pursuant to Fed. R. Civ. P.34, the deponent is requested to produce within

thirty (30) days of service of this notice and, thereafter, supplement on or before the deposition date the following documents:

## **REQUEST FOR PRODUCTION**

1. To the extent not already produced, all documents in Deponent's custodial file relating to Paragard, including both paper document and electronic document files that have not been produced to date. The scope of this request is intended to comport with all rulings of the Court pertaining to discovery and the custodial file protocol.

2. All documents, records, information or other material reviewed and/or requested by you in preparation for deposition.

3. All documents, records, information or other material, including but not limited to electronic data such as e-mails, shown to the deponent by Ulmer & Berne, Greenberg Taurig, P.A., Butler Snow LLP, or any other lawyer representing Defendants, including Defendants' employees or other agents, even if such documents are not in the deponent's possession, in preparation for this deposition, or other testimony worldwide relating to Paragard.

4. All documents the deponent creates (or are created on his/her behalf) in preparation for this deposition.

5. A copy of any and all prior testimony given by Deponent, including but not

limited to, deposition testimony, trial testimony, and/or FDA testimony.

6. A copy of any and all documents in Deponent's possession and control and/or available to him/her which in any way pertains to his/her training, job practices and procedures, duties, compensation and/or incentives with Defendant(s) as it pertains to Paragard.

7. Deponent's most current CV and/or resume.

Dated: March 2, 2025                    *s/Erin Copeland*
                                        Erin Copeland
                                        TX Bar No. 24028157
                                        **FIBICH LEEBRON COPELAND & BRIGGS**
                                        1150 Bissonnet Street
                                        Houston, TX 77005
                                        Tel: (713) 751-0025
                                        Fax: (713) 751-0030
                                        Email: ecopeland@fibichlaw.com

                                        *Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 2, 2025, Plaintiffs' First Amended Notice of Deposition of Michele DeBartolo and Request for Production of Documents was served electronically on Defendants via their lead and liaison counsel.

Dated: March 2, 2025

                                              */s/ Erin Copeland*
                                              Erin Copeland
                                              Tx Bar No. 24028157
                                              **FIBICH LEEBRON COPELAND & BRIGGS**
                                              1150 Bissonnet St.
                                              Houston, TX 77005
                                              Telephone: (713) 751-0025
                                              Facsimile: (713) 751-0030
                                              Email: ecopeland@fibichlaw.com

                                              *Plaintiffs' Lead Counsel*