AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Paragard IUD Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-md-02974-LMM |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cooper Companies, Inc. and CooperSurgical, Inc.

Date: 3/3/2025

/s/ Adam Porter
*Attorney's signature*

Adam Porter (MS Bar No. 105324)
*Printed name and bar number*

Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
*Address*

Adam.Porter@butlersnow.com
*E-mail address*

(601) 985-4468
*Telephone number*

(601) 985-4500
*FAX number*