IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following individual:

**Carolyn Paolucci**

who is a nonparty in this lawsuit, to appear for deposition and for the production of documents as specified in the Notice of Deposition and Request for Production of Documents included with the subpoena. Full and complete copies of said subpoena and notice are being provided concurrent with this notice.

DATED: March 3, 2025         /s/ R. Andrew Jones
                             R. Andrew Jones (*pro hac vice*)
                             Stephen Hunt, Jr. (*pro hac vice*)
                             CORY WATSON, P.C.
                             2131 Magnolia Avenue South
                             Birmingham, AL 35205
                             Telephone: (205) 328-2200
                             ajones@corywatson.com
                             shunt@corywatson.com

                             Erin K. Copeland
                             FIBICH, LEEBRON, COPELAND & BRIGGS
                             1150 Bissonnet Street

1

Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: March 3, 2025

                                        */s/ R. Andrew Jones*
                                        R. Andrew Jones