# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

## RULE 5.4 CERTIFICATE OF SERVICE

NOW COMES Defendant CooperSurgical, Inc., by and through their counsel of record, and pursuant to Local Rule 5.4, certify that they have served a copy of **CooperSurgical, Inc.'s Second Supplemental Objections and Responses to Plaintiffs' First Requests for Production of Documents. CooperSurgical, Inc.'s Supplemental Objections and Responses to Plaintiff's Second [Third] Requests for Production of Documents. CooperSurgical, Inc.'s Supplemental Objections and Responses to Plaintiff's Fourth Requests for Production of Documents** upon all appropriate parties.

Respectfully submitted this 3rd day of March, 2025.

/s/ *Kasey Adams*
Kasey Adams, Esq.
Caroline D. Walker, Esq.
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39158
Telephone: 601.985.4413
kasey.adams@butlersnow.com
caroline.walker@butlersnow.com

**Counsel for CooperSurgical, Inc.**

**And**

**Co-Lead Counsel Defendants**

/s/ *Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com  nga@gtlaw.com

**Co-Liaison Counsel for Defendants**

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 3rd day of March, 2025.

*/s/ Kasey Adams*
Kasey Adams
Mississippi Bar No. 105025

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2025, I electronically filed the foregoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

*/s/ Kasey Adams*
Kasey Adams
Mississippi Bar No. 105025