IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | |
| LITIGATION, | : | |
| | : | 1:20-MD-02974-LMM |
| | : | **This Document relates to All Cases** |

## ORDER

This case comes before the Court on a dispute between the parties related to Plaintiffs' request for various 30(b)(6) depositions on the following topics: 1) 2022 and 2024 FDA inspections; 2) Paragard materials and design; and 3) continuation of the prior complaint handling 30(b)(6). As to Defendants' request to completely forbid these depositions, the Court denies this requested relief. The Court will, however, further consider several of Defendants' requests. The Court **ORDERS** Plaintiffs to provide its draft 30(b)(6) deposition notice for the continuation of the prior complaint handling depositions to Defendants by noon on March 7, 2025. The Court will also consider narrowing the scope of Plaintiffs' requested deposition topics in response to Defendants' claims that they are too expansive in scope and repetitive as well as the late date of the notices and the need to meet the other discovery deadlines. The Court will consider providing additional time for Defendants to prepare their witnesses for these depositions if Defendants so request it, but the Court will not likely move any other discovery deadlines. The parties are **ORDERED** to **CONFER** regarding the scope of these

depositions. The Court remains available to discuss any disputes relating to the scope of these topics at the next discovery conference or on zoom prior to that date if the issues are ripe for resolution.

**IT IS SO ORDERED** this 6th day of March, 2025.

**Leigh Martin May**
**United States District Judge**