**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL DOCKET NO. 2974 |
| | ) | (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO | ) | |
| 1:22-cv-02326-LMM | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Daniel Lapinski of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated:  March 7, 2025

Respectfully submitted,

*/s/ Daniel Lapinski*
Daniel Lapinski
MOTLEY RICE LLC
210 Lake Drive East
Suite 101
Cherry Hill, NJ 08002
Tel:  (856) 382-4670
Fax: (856) 667-5133
dlapinski@motleyrice.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system

/s/ *Daniel Lapinski*
Daniel Lapinski
