**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO 1:22-cv-02326-LMM | ) ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Alexis N. Lilly of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated: March 7, 2025

Respectfully submitted,

*/s/ Alexis N. Lilly*
Alexis N. Lilly
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel: (843) 216-9000
Fax: (843) 216-9450
alilly@motleyrice.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system

/s/ *Alexis N. Lilly*
Alexis N. Lilly