# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) | |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL DOCKET NO. 2974 |
| ) | (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO ) | |
| 1:22-cv-02326-LMM ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jonathan D. Orent of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated: March 7, 2025

                              Respectfully submitted,

                              */s/ Jonathan D. Orent*
                              Jonathan D. Orent
                              MOTLEY RICE LLC
                              40 Westminster St., 5th Fl
                              Providence RI 02903
                              Tel: (401) 457-7723
                              Fax: (401) 457-7708
                              jorent@motleyrice.com
                              Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ *Jonathan D. Orent*
Jonathan D. Orent