## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO 1:22-cv-02326-LMM | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael G. Daly of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated: March 7, 2025

          Respectfully submitted,

          */s/ Michael G. Daly*
          Michael G. Daly
          MOTLEY RICE LLC
          1717 Arch Street, Suite 3610
          Philadelphia, PA 19103
          Tel: (267) 267- 4747
          Fax: (843) 216- 9450
          mdaly@motleyrice.com
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ *Michael G. Daly*
Michael G. Daly