# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) | |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | MDL DOCKET NO. 2974 |
| ) | (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO ) | |
| 1:22-cv-02326-LMM ) | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Temitope "Tope" Leyimu of the Motley Rice LLC law firm on behalf of Plaintiff in the above-entitled and numbered cause.

Dated: March 7, 2025

                                              Respectfully submitted,

                                              */s/ Temitope "Tope" Leyimu*
                                              Temitope "Tope" Leyimu
                                              MOTLEY RICE LLC
                                              28 Bridgeside Boulevard
                                              Mount Pleasant, SC 29464
                                              Tel: (843) 216- 9000
                                              Fax: (843) 216- 9450
                                              tleyimu@motleyrice.com
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ *Temitope "Tope" Leyimu*
Temitope "Tope" Leyimu