AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Paragard IUD Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-md-02974-LMM |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Branded Pharmaceutical Products R&D Inc., Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC
Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

Date: 3/7/2025

/s/ G. Brian Jackson
*Attorney's signature*

G. Brian Jackson (TN Bar No. 015497)
*Printed name and bar number*

Butler Snow LLP
1320 Adams Street, Suite 1400
Nashville, TN 37208
*Address*

Brian.Jackson@butlersnow.com
*E-mail address*

(615) 651-6716
*Telephone number*

(615) 651-6701
*FAX number*