# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| THIS DOCUMENT RELATES TO | ) | |
| 1:22-cv-02326-LMM | ) | |

___

### NOTICE OF APPEARANCE
___

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of the Plaintiff the above-entitled action. Please send all papers, pleadings and other documents served subsequent to this date, including all ECF filings, to the undersigned attorney.

Dated: March 7, 2025

/s/ *Nicholas V. Williams*
Nicholas V. Williams, Esq.
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
nwilliams@motleyrice.com
Tel: 843-216-9000
Fax: 843-216-9450

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 7, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

*/s/ Nicholas V. Williams*
Nicholas V. Williams