IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: PARAGARD IUD          :        MDL DOCKET NO. 2974
PRODUCTS LIABILITY           :
LITIGATION,                  :
                             :        1:20-MD-02974-LMM
                             :        **This Document relates to All Cases**

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a

subpoena on the following individual:

**Cynthia D'Angelo**

who is a nonparty in this lawsuit, to appear for deposition and for the production of

documents as specified in the Notice of Deposition and Request for Production of

Documents included with the subpoena. Full and complete copies of said subpoena

and notice are being provided concurrent with this notice.

DATED:  March 11, 2025              */s/ R. Andrew Jones*
                                    R. Andrew Jones (*pro hac vice*)
                                    Stephen Hunt, Jr. (*pro hac vice*)
                                    CORY WATSON, P.C.
                                    2131 Magnolia Avenue South
                                    Birmingham, AL 35205
                                    Telephone: (205) 328-2200
                                    ajones@corywatson.com
                                    shunt@corywatson.com

                                    Erin K. Copeland
                                    FIBICH, LEEBRON, COPELAND & BRIGGS
                                    1150 Bissonnet Street

Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: March 11, 2025

*/s/ R. Andrew Jones*
R. Andrew Jones