AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| In re Paragard IUD Products Liability Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-md-02974-LMM |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Branded Pharmaceutical Products R&D Inc., Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

Date: 3/14/2025

/s/ Jin Yoshikawa
*Attorney's signature*

Jin Yoshikawa (TN Bar No. 038385)
*Printed name and bar number*

Butler Snow LLP
1320 Adam Street, Suite 1400
Nashville, TN 37208
*Address*

Jin.Yoshikawa@butlersnow.com
*E-mail address*

(615) 651-6622
*Telephone number*

(615) 651-6701
*FAX number*