# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 03/13/2025.

TIME COURT COMMENCED: 10:45 A.M.
TIME COURT CONCLUDED: 03:43 P.M.    COURT REPORTER: Montrell Vann
TIME IN COURT: 00:37                DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC) via Zoom
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Robert M. Hammers, Jr. representing Plaintiffs (PSC)

PROCEEDING CATEGORY: Status Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT: The Court held its monthly status conference. See transcript for details. As to Plaintiffs' potential motion for sanctions/cost shifting, the Court will require Plaintiffs' counsel to provide Defense counsel with information on what they are seeking and the basis for it by April 25. Plaintiffs shall file the motion by May 9 unless further discussions between the parties are warranted.

HEARING STATUS: Hearing Concluded