IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court has reviewed the parties' submissions on the most recent discovery dispute. As to the first issue, Defendant is correct that the Court's ruling about the number of documents to be produced was based on the number of documents that could be reasonably reviewed and produced during the time remaining for discovery. Defendants have correctly defined the manner in which the documents are to be counted. As such, Plaintiffs' search terms result in a greater number of documents to be produced than the Court will order at this time. As to the second issue, it is unreasonable for Defendants to produce the requested documents this week. Instead, the Court will order that they be produced no later than March 24.

**IT IS SO ORDERED** this 19th day of March, 2025.

_____
**Leigh Martin May
United States District Judge**