# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 03/24/2025 via Zoom.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:00 P.M.     COURT REPORTER: Montrell Vann
TIME IN COURT: 1:00                 DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Buffy Martines representing Plaintiffs (PSC)

**PROCEEDING CATEGORY:** Discovery Conference (Other Proceeding Non-evidentiary)

**MINUTE TEXT:** The Court addressed the parties' dispute regarding the post-April 2022 document production. By 10 AM (CT) on March 25th Defense counsel will notify Plaintiffs' counsel as to whether Defendants accept Plaintiffs' proposal or if Defendants will produce the 244,0000 documents instead. As to the Mehs deposition, Plaintiffs will provide a letter to the Court 7 days prior to the deposition as to how much time they will need and why. Defense counsel will have 24 hours to respond. Plaintiffs' counsel represented to the Court that they don't intend to use documents produced before Dec. 1, 2024, for new lines of questioning. See transcript for details.

**HEARING STATUS:** Hearing Concluded