IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

## **ORDER**

This case comes before the Court on Defendants' motion for leave to file matters under seal. Dkt. No. [884]. For good cause shown, the motion is **GRANTED**. The Clerk is **DIRECTED** to place the document filed at Docket Entry No. [883-1] under permanent seal.

**IT IS SO ORDERED** this 26th day of March, 2025.

_____
**Leigh Martin May**
**United States District Judge**