# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 03/26/2025 via Zoom.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 5:15 P.M.   COURT REPORTER: Montrell Vann
TIME IN COURT: 2:15   DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
Allison Ng representing Defendants (Co-Liaison Counsel)
Buffy Martines representing Plaintiffs (PSC)
Susanna Moldoveanu representing Defendants

PROCEEDING CATEGORY: Discovery Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT: The Court addressed the parties' disputes regarding Plaintiffs' 30(b)(6) deposition notices. See transcript for details. Plaintiffs' counsel will modify the notices within 5 days from the date they receive the transcript of this proceeding. Plaintiffs will include the requested length of time for each deposition. The parties will meet and confer within 5 days of Defendants receiving the notices and notify the Court if there are any remaining issues.

HEARING STATUS: Hearing Concluded