AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| In re Paragard IUD Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-md-02974-LMM |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Teva Branded Pharmaceutical Products R&D Inc., Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

Date:   03/28/2025

/s/ Charles F. Morrow
*Attorney's signature*

Charles F. Morrow
*Printed name and bar number*
Butler Snow LLP
Suite 500
6075 Poplar Avenue
Memphis, TN 38119
*Address*

chip.morrow@butlersnow.com
*E-mail address*

(601) 680-7200
*Telephone number*

(601) 680-7201
*FAX number*