IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following entity:

**Integrated Project Services, LLC**

who is a nonparty in this lawsuit for the production of documents as specified in Attachment A included with the subpoena. Full and complete copies of said subpoena and attachment are being provided concurrent with this notice.

DATED: April 3, 2025

/s/ R. Andrew Jones
R. Andrew Jones (*pro hac vice*)
Stephen Hunt, Jr. (*pro hac vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
ajones@corywatson.com
shunt@corywatson.com


Erin K. Copeland
FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street

1

2

        Houston, TX 77005
        Telephone: (713) 352-0470
        ecopeland@fibichlaw.com
        **Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: April 3, 2025

*/s/ R. Andrew Jones*
R. Andrew Jones
