IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | This Document Relates to All Cases |

## PLAINTIFFS' FIRST AMENDED NOTICE TO TAKE THE ORAL DEPOSITION OF BRENDA ANGELO

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Brenda Angelo. The deposition will take place beginning at 9:00 AM on April 25, 2025 at the Law Offices of Bond, Schoeneck & King, 200 Delaware Avenue, Buffalo, NY 14202, before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time and location negotiated by the parties. The deposition, if not completed on the specified date, will continue on a mutually agreeable date from day-to-day, excluding Saturdays, Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P.32(a).

| | |
|---|---|
| Dated: April 7, 2025 | */s/ R. Andrew Jones*<br>R. Andrew Jones (pro hac vice)<br>Stephen Hunt, Jr. (pro hac vice)<br>CORY WATSON, P.C.<br>2131 Magnolia Avenue South<br>Birmingham, AL 35205<br>Telephone: (205) 328-2200<br>ajones@corywatson.com<br>shunt@corywatson.com<br><br>Erin K. Copeland<br>FIBICH, LEEBRON, COPELAND & BRIGGS<br>1150 Bissonnet Street<br>Houston, TX 77005<br>Telephone: (713) 352-0470<br>ecopeland@fibichlaw.com<br>**Lead Counsel for Plaintiffs**<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, Plaintiffs' First Amended Notice of Deposition of Brenda Angelo was served electronically on Defendants via their lead and liaison counsel.

Dated: April 7, 2025

                                           */s/ R. Andrew Jones*
                                           R. Andrew Jones