IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following individual:

**Claudia Navarro**

who is a nonparty in this lawsuit, to appear for deposition as specified in the Notice of Deposition included with the subpoena. Full and complete copies of said subpoena and notice are being provided concurrent with this notice.

DATED: April 7, 2025

/s/ R. Andrew Jones
R. Andrew Jones (*pro hac vice*)
Stephen Hunt, Jr. (*pro hac vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
ajones@corywatson.com
shunt@corywatson.com

Erin K. Copeland
FIBICH, LEEBRON, COPELAND & BRIGGS
1150 Bissonnet Street
Houston, TX 77005
Telephone: (713) 352-0470

1

2

ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for Deposition was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: April 7, 2025

                                          */s/ R. Andrew Jones*
                                          R. Andrew Jones