IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

## **PLAINTIFFS' FIRST AMENDED NOTICE TO TAKE THE ORAL DEPOSITION OF CLAUDIA NAVARRO**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Claudia Navarro. The deposition will take place beginning at 9:00 AM on April 25, 2025 at the Law Offices of Keller Postman, 2333 Ponce de Leon, Suite R240, Coral Gables, FL 33134, before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time and location negotiated by the parties. The deposition, if not completed on the specified date, will continue on a mutually agreeable date from day-to-day, excluding Saturdays, Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P.32(a).

Dated: April 7, 2025

*/s/ R. Andrew Jones*
R. Andrew Jones (pro hac vice)
Stephen Hunt, Jr. (pro hac vice)
CORY WATSON, P.C.
2131 Magnolia Avenue South
Birmingham, AL 35205
Telephone: (205) 328-2200
ajones@corywatson.com
shunt@corywatson.com

Erin K. Copeland
FIBICH, LEEBRON, COPELAND &
BRIGGS
1150 Bissonnet Street
Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 7, 2025, Plaintiffs' First Amended Notice of Deposition of Claudia Navarro was served electronically on Defendants via their lead and liaison counsel.

Dated: April 7, 2025

                                          */s/ R. Andrew Jones*
                                          R. Andrew Jones