IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br>This Document Relates to All Cases |

### PLAINTIFFS' CROSS-NOTICE OF DEPOSITION OF THIRD PARTY CAROLYN PAOLUCCI

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the MDL Plaintiffs in this action (*In re: ParaGard IUD Products Liability Litigation*, MDL 2974, United States District Court, Northern District of Georgia, Atlanta Division) are cross-noticing the deposition of third party Carolyn Paolucci scheduled to occur in the case of *Carolyn Paolucci v The Cooper Companies, Inc., CooperSurgical, Inc., Priscilla Tavener, Jennifer Gates, et al* upon oral examination at the time and location listed on the notice attached hereto as **Exhibit A**.

(SIGNATURE BLOCK ON THE NEXT PAGE)

1

<div style="display:flex">
<div>Dated: April 7, 2025</div>
<div>

/s/Erin Copeland
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Plaintiffs' Lead Counsel*

</div>
</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2025, Plaintiffs' Cross-Notice of Deposition of Carolyn Paolucci was served electronically on Defendants via their lead and liaison counsel and on counsel of record in the underlying case.

Dated: April 7, 2025

                              */s/ Erin Copeland*
                              Erin Copeland
                              Tx Bar No. 24028157
                              **FIBICH LEEBRON COPELAND & BRIGGS**
                              1150 Bissonnet St.
                              Houston, TX 77005
                              Telephone: (713) 751-0025
                              Facsimile: (713) 751-0030
                              Email: ecopeland@fibichlaw.com

                              *MDL Plaintiffs' Lead Counsel*