Michael T. Hensley, Esq. (031952001)
Ryan P. Allen, Esq. (304472019)
**CARLTON FIELDS, P.A.**
180 Park Ave, Suite 106
Florham Park, New Jersey 07932
(973) 828-2600
*Attorneys for Defendants*
*The Cooper Companies, Inc.,*
*CooperSurgical, Inc.,*
*Priscilla Tavener, Jennifer Gates,*
*Courtney Boyle, and Greta Kolcon*

| | |
|---|---|
| CAROLYN PAOLUCCI,<br><br>                             Plaintiff,<br><br>v.<br><br>THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; PRISCILLA TAVENER; JENNIFER GATES; COURTNEY BOYLE; GRETA KOLCON; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),<br><br>                             Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – BURLINGTON COUNTY<br>DOCKET NO.: BUR-L-001237-23<br><br>Civil Action<br><br><br>**NOTICE OF DEPOSITION OF PLAINTIFF CAROLYN PAOLUCCI** |

**TO:  William L. Carr, Esq.**
**McOmber McOmber & Luber, P.C.**
**50 Lake Center Drive, Suite 400**
**Marlton, New Jersey 08053**
**Attorneys for Plaintiffs**

**COUNSEL:**

**PLEASE TAKE NOTICE** that Defendant The Cooper Companies, Inc., CooperSurgical, Inc., Priscilla Tavener, Jennifer Gates, Courtney Boyle, and Greta Kolcon in the above titled action. hereby requests that you produce Plaintiff **CAROLYN PAOLUCCI,** to appear at McOmber

139217646.1

McOmber & Luber, P.C., 50 Lake Center Drive, Suite 400 Marlton, New Jersey for deposition by oral examination before a person authorized by the laws of the State of New Jersey to administer oaths on, **April 9, 2025 at 10:00 a.m**., and continuing from day to day until completed, before a Certified Court Reporter.

Please be advised that the deposition shall also be taken by a videographer and videotaped in accordance with the Rules Governing the Courts of the State of New Jersey. Please be further advised that Plaintiff is instructed to bring all of her written discovery responses and document production to the deposition.

**PLEASE TAKE FURTHER NOTICE** that this deposition is being taken for the purpose of discovery, for use at trial, and for such other purposes as are permitted by law.

**CARLTON FIELDS, P.A.**
**Attorneys for Defendants**
**The Cooper Companies, Inc.,**
**CooperSurgical, Inc.,**
**Priscilla Tavener, Jennifer Gates,**
**Courtney Boyle, and Greta Kolcon**

By: /s/ Michael Hensley
Michael T. Hensley, Esq.
CARLTON FIELDS, P.A.
180 Park Ave, Suite 106
Florham Park, New Jersey 07932
(973) 828-2600

139217646.1