Outlook

## Re: Paragard: Documents Missing from March 3, 2025 Production Set

| | |
|---|---|
| **From** | Erin Copeland <ecopeland@fibichlaw.com> |
| **Date** | Tue 4/1/2025 11:53 AM |
| **To** | Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com> |
| **Cc** | Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Lee Floyd <lee@bbtrial.com> |

Caroline, given Ms. Perez-Gibbins' testimony yesterday about the IPS audit, I see now how you carefully crafted your March 12, 2025 email response to avoid letting us know the audit did, in fact, happen and why you also opted not to respond to my Sunday afternoon email asking the direct question of whether the inspection happened at all. Please see my email from earlier today. We request this material expeditiously. As we are both aware, this goes directly to a number of the upcoming depositions.

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
**ecopeland@fibichlaw.com**

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Sunday, March 30, 2025 2:59 PM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Re: Paragard: Documents Missing from March 3, 2025 Production Set

Caroline, Following up on this. Did a mock inspection by IPS occur in this time frame? Your answer is very precise as to the specific date. Did it happen at all?

Erin Copeland
ecopeland@fibichlaw.com

---

**From:** Caroline D. Walker <Caroline.Walker@butlersnow.com>
**Sent:** Wednesday, March 12, 2025 8:40 PM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; C. Andrew Childers

&lt;achilders@cssfirm.com&gt;; buffym lpm-triallaw.com &lt;buffym@lpm-triallaw.com&gt;; Teresa Kapelle &lt;tkapelle@fibichlaw.com&gt;; Lee Floyd &lt;lee@bbtrial.com&gt;
**Subject:** RE: Paragard: Documents Missing from March 3, 2025 Production Set

Erin,

We investigated your questions about documents that you believe should have been in the March 3, 2025 production set. From our review, all non-privileged materials responsive to the search terms, custodians, and date limitations we agreed to were produced. Cooper did not purposefully exclude any documents in the date ranges you provided (nor in any of the date ranges we mutually agreed to). From our review of the production, it appears that over 1,700 individual documents were produced within the date range of 1/13/23 and 5/31/23.

Further, we can represent to you that a mock FDA inspection by IPS did not occur on January 23, 2023.

Thanks,

Caroline


**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 ׀ F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com׀ vCard ׀ Bio

X (Twitter) ׀ LinkedIn ׀ Facebook ׀ YouTube

---

**From:** Erin Copeland &lt;ecopeland@fibichlaw.com&gt;
**Sent:** Friday, March 7, 2025 6:54 PM
**To:** Caroline D. Walker &lt;Caroline.Walker@butlersnow.com&gt;; Kasey Adams &lt;Kasey.Adams@butlersnow.com&gt;
**Cc:** Fitzpatrick, Fidelma &lt;ffitzpatrick@motleyrice.com&gt;; Hermiz, Kristen M. &lt;khermiz@motleyrice.com&gt;; Holcomb, Laura &lt;lholcomb@motleyrice.com&gt;; C. Andrew Childers &lt;achilders@cssfirm.com&gt;; buffym lpm-triallaw.com &lt;buffym@lpm-triallaw.com&gt;; Teresa Kapelle &lt;tkapelle@fibichlaw.com&gt;; Lee Floyd &lt;lee@bbtrial.com&gt;
**Subject:** Re: Paragard: Documents Missing from March 3, 2025 Production Set

Thanks so much. Have a great weekend!


Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

---

**From:** Caroline D. Walker &lt;Caroline.Walker@butlersnow.com&gt;
**Sent:** Friday, March 7, 2025 4:53 PM
**To:** Erin Copeland &lt;ecopeland@fibichlaw.com&gt;; Kasey Adams &lt;Kasey.Adams@butlersnow.com&gt;
**Cc:** Fitzpatrick, Fidelma &lt;ffitzpatrick@motleyrice.com&gt;; Hermiz, Kristen M. &lt;khermiz@motleyrice.com&gt;; Holcomb, Laura &lt;lholcomb@motleyrice.com&gt;; C. Andrew Childers &lt;achilders@cssfirm.com&gt;; buffym lpm-triallaw.com &lt;buffym@lpm-triallaw.com&gt;; Teresa Kapelle &lt;tkapelle@fibichlaw.com&gt;; Lee Floyd &lt;lee@bbtrial.com&gt;
**Subject:** RE: Paragard: Documents Missing from March 3, 2025 Production Set

Hi Erin,

Let us look into this and we'll get back to you.

Thanks,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Friday, March 7, 2025 5:40 PM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Paragard: Documents Missing from March 3, 2025 Production Set

Caroline and Kasey,

The Plaintiffs are attempting to move as expeditiously as possible through the roughly 12k documents/65k pages of custodial file documents produced to us on Monday (March 3, 2025) concerning the discrete post April 2022 subtopic of 22/24 FDA Inspections. While we have much more to go through, I wanted to alert you to a concern we have about a missing segment of documents dated between 1/13/23 and 5/31/23. These documents specifically relate to a Mock FDA Inspection conducted by IPS. The documents we have show that the mock inspection was scheduled to take place on 1/23/23. We have found no further documents about the actual mock inspection, the results of the mock inspection, communications about the mock inspection, and corrective actions taken as a result of the mock inspection. The next document we see is roughly 4.5 months later showing a communication about a plan to move forward with an Inspection Readiness Training Exercise.

If the documents for the missing 4.5 months have been produced and we just haven't found them yet, feel free to let us know and we will see if we need to bring in our ESI specialists to find. If they have not been produced, please explain why. I'm not seeing how our agreed upon search terms would not hit on these interim documents and communications about the mock inspection, results thereof, and prep for the Inspection Readiness Training Exercise.

As we continue to work through the March 3, 2025 production set, we may find other holes. I just wanted to bring this one to your attention now to see if there is some other explanation that I am missing that might also be applied to potential future concerns.

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.