**Outlook**

## Re: Paragard: 2024 EIR

| | |
|---|---|
| **From** | Erin Copeland <ecopeland@fibichlaw.com> |
| **Date** | Fri 3/28/2025 3:18 PM |
| **To** | Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com> |
| **Cc** | Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com> |

Thanks. Can you confirm one exists?


**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
**ecopeland@fibichlaw.com**

---

**From:** Caroline D. Walker <Caroline.Walker@butlersnow.com>
**Sent:** Friday, March 28, 2025 5:15 PM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>
**Subject:** RE: Paragard: 2024 EIR

Hi Erin,

The FDA's 2024 Establishment Inspection Report is not in CooperSurgical's possession, custody, or control but we will supplement the production if/when we receive it.

Let us know if you have any other questions, and hope you have a nice weekend.

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Friday, March 28, 2025 12:52 PM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams

<Kasey.Adams@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; Holcomb, Laura <lholcomb@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Teresa Kapelle <tkapelle@fibichlaw.com>
**Subject:** Paragard: 2024 EIR

Hi Caroline/Kasey,

We have looked all over for the EIR stemming from the 2024 FDA inspection. Can you confirm that you have produced this document? We understood all formal FDA communications pertaining to both the 2022 and 2024 FDA inspections had already been produced.

Thanks so much.

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.