Outlook

## Re: Paragard: Perez-Gibbins - Custodial Files, Texts, Photos and Other Relevant Documents

**From** Erin Copeland <ecopeland@fibichlaw.com>
**Date** Wed 4/2/2025 2:04 PM
**To** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; nga@gtlaw.com <nga@gtlaw.com>; CohenL@gtlaw.com <CohenL@gtlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>
**Cc** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>

Caroline - we need the material requested below in order to know if more will be required. Are you willing to give what I requested below by COB Friday before the Senatore deposition, which is currently set on Monday within the discovery deadline.

I don't get your answer re the IPS audit. Ms. Perez-Gibbins testified it occurred. Your prior response (dated 3/12/25) which you say stands is that it "*did not occur on January 23, 2023*." My subsequent question to you was "did it happen at all?" - Again, Ms. Perez-Gibbins said it did. We want it. Are you producing it to us? Yes or no?

As to the 2024 EIR, has Cooper ever had it? Does Cooper know who has it?

We plan to send an email to Ms. Poley seeking time with Judge May on the above. There is no time to delay.

**Erin Copeland**
**Fibich, Leebron, Copeland & Briggs**
**ecopeland@fibichlaw.com**

---

**From:** Caroline D. Walker <Caroline.Walker@butlersnow.com>
**Sent:** Wednesday, April 2, 2025 9:09 AM
**To:** Erin Copeland <ecopeland@fibichlaw.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; nga@gtlaw.com <nga@gtlaw.com>; CohenL@gtlaw.com <CohenL@gtlaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** RE: Paragard: Perez-Gibbins - Custodial Files, Texts, Photos and Other Relevant Documents

Hi Erin,

I'm acknowledging your email. You mention below that there could be other material requested. So that we understand the full scope of requests Plaintiffs are making and can engage with them, would

you please let us know all of Plaintiffs' requests on this issue so that we can expedite our conversation and avoid an iterative process? Would the end of the week be doable?

As to your question about the IPS audit: our prior response stands. Similarly, our response on the 2024 EIR stands: Cooper is not in possession, custody, or control of that document. Cooper will supplement its production if/when it is received.

Thanks,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** Erin Copeland <ecopeland@fibichlaw.com>
**Sent:** Tuesday, April 1, 2025 12:18 PM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; nga@gtlaw.com; CohenL@gtlaw.com; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>
**Cc:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>
**Subject:** Paragard: Perez-Gibbins - Custodial Files, Texts, Photos and Other Relevant Documents

Caroline and Kasey,

In light of the testimony of Ms. Perez-Gibbins yesterday concerning, among other things, the intentional destruction of relevant evidence during the pendency of this litigation, Plaintiffs request the full custodial files of Bill Senatore, Mauro Castro, Stephanie Wagner, Mariessa Perez-Gibbins, Kim Schaffer,* Nicole Enderle* as well as the updated (post 4/2022) full custodial file for Brenda Angelo and Thomas Mehs., all on an expedited basis. We request all N Tonawanda/Paragard related texts and photos exchanged between these individuals and anyone else involved in the quality issues at the Paragard manufacturing facility about which Ms. Perez-Gibbins testified. We also request the full IPS audit that we now know did in fact happen (see our prior requests) and all communications before/after/about the IPS audit. Finally, what is the word on the 2024 EIR we requested?

If your response to this request is simply no, please just let us know that asap. Given our mutual intent to meet the expert deadlines and prepare for the Jan trial, we need to get this matter in front of Judge May rather swiftly.

Note: This is my quick attempt to address some of the shocking issues we learned about in the deposition yesterday without studying the transcript. There could be other material requested.

*We understand Ms. Enderle is/was a third party consultant but certainly there is a custodial file containing her communications about the IPS findings and work performed on the Paragard quality systems.

* If your position is that we are not entitled to Ms. Schaffer's custodial file, then we request a privilege log for all documents concerning Paragard and the Paragard manufacturing site.

Thanks,

Erin Copeland
Fibich, Leebron, Copeland & Briggs
ecopeland@fibichlaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.