Outlook

### Re: Marissa Perez-Gibbins

**From** Caroline D. Walker <Caroline.Walker@butlersnow.com>
**Date** Sat 2/22/2025 4:06 PM
**To** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>
**Cc** Chris Morris <Chris.Morris@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; nga@gtlaw.com <nga@gtlaw.com>; Erin Copeland <ecopeland@fibichlaw.com>; Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>

Hi Buffy,

We will work on this.

Thanks,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio
Twitter | LinkedIn | Facebook | YouTube

> On Feb 22, 2025, at 9:55 AM, buffym lpm-triallaw.com <buffym@lpm-triallaw.com> wrote:
>
> Caroline,
>
> Thanks very much for this information.
>
> Our group has discussed Ms. Perez-Gibbins and we have decided to proceed with her deposition.
>
> We are happy to work with her on day and time, as well as any other accommodations she might want or need for her health condition.
>
> Please send over potential date and locations at your next opportunity.
>
> Thanks again,
>
> Buffy
>
> **From:** Caroline D. Walker <Caroline.Walker@butlersnow.com>
> **Sent:** Tuesday, February 18, 2025 5:13 PM

Case 1:20-md-02974-LMM   Document 981-4   Filed 04/08/25   Page 2 of 3

**To:** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Subject:** RE: Marissa Perez-Gibbins

Hi Buffy,

The information we have is that Ms. Perez-Gibbins was hired in July 2023, and some time shortly thereafter was placed on medical leave. She remains on medical leave today. We do not believe she will have much to offer at a deposition due to her inactive status.

Some of this information is obviously sensitive in nature (and I'm not privy to the specific details either), but if you have additional questions we will do our best to get answers.

Thanks,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**

D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

**From:** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>
**Sent:** Tuesday, February 18, 2025 4:51 PM
**To:** Chris Morris <Chris.Morris@butlersnow.com>
**Cc:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Subject:** Marissa Perez-Gibbins

Chris,

Will you please remind me what the story with Marissa Perez-Gibbins is? My most excellent note-taking appears to have failed me.

Thanks!

**Buffy Martines**
Managing Partner

<image001.png>

buffym@lpm-triallaw.com
5020 Montrose Blvd., 9th Floor | Houston, TX 77006
**P** 713-292-2750   **F** 713-292-2755

**W** lpm-triallaw.com

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.


Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.