**Outlook**

---

**RE: Paragard Deposition Schedule Issues [IWOV-BUTLERSNOW.FID8791888]**

---

**From** Kasey Adams <Kasey.Adams@butlersnow.com>

**Date** Tue 3/18/2025 5:07 PM

**To** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>

**Cc** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; nga@gtlaw.com <nga@gtlaw.com>; Erin Copeland <ecopeland@fibichlaw.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>; C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Ed Wallace <eaw@wallacemiller.com>


Hi Fidelma,

Our recollection of the conversation differs from yours. However, we are in agreement that we discussed the timing of Ms. Perez-Gibbins' deposition and also that Cooper would not take the position that Plaintiffs forfeit her deposition if they do not take it by 4/7. Given Cooper's position, there is certainly no prejudice to Plaintiffs here.

Safe travels tomorrow!

**Kasey M. Adams**
**Butler Snow LLP**

D: (601) 985-4413 ⏐ F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kasey.Adams@butlersnow.com⏐ vCard ⏐ Bio

X (Twitter) ⏐ LinkedIn ⏐ Facebook ⏐ YouTube

---

**From:** Fitzpatrick, Fidelma <ffitzpatrick@motleyrice.com>
**Sent:** Tuesday, March 18, 2025 4:09 PM
**To:** Kasey Adams <Kasey.Adams@butlersnow.com>
**Cc:** buffym <buffym@lpm-triallaw.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>;
Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>;
nga@gtlaw.com; EKC <ecopeland@fibichlaw.com>; Hermiz, Kristen M. <khermiz@motleyrice.com>;
C. Andrew Childers <achilders@cssfirm.com>; Lee Floyd <lee@bbtrial.com>; Ed Wallace
<eaw@wallacemiller.com>
**Subject:** Re: Paragard Deposition Schedule Issues [IWOV-BUTLERSNOW.FID8791888]


Hi Kasey - I do recall discussing this deposition with you.  The only discussion was whether her health condition would require a rescheduling of the deposition and whether that could occur before April 7.  I also asked you to confirm that if you needed to reschedule, you would not argue that the deposition would be forfeited if not taken by April 7.

Nothing was said about a subpoena.  This was a complete surprise to me.

Hope that helps here.

Fidelma

**Fidelma Fitzpatrick**
**Attorney at Law**

40 Westminster St., 5th Fl, Providence, RI 02903
**o.** 401.457.7728  **f.** 401.457.7708
ffitzpatrick@motleyrice.com

On Mar 18, 2025, at 2:04 PM, Kasey Adams <Kasey.Adams@butlersnow.com> wrote:

CAUTION:EXTERNAL

Hi, Buffy. I know you were not at the CMC, but I did alert your colleagues that there may be an issue percolating with Ms. Perez-Gibbins. As I am sure you can appreciate, this has been a fluid (and sensitive) situation given her leave status. As soon as it became clear to us that a subpoena would be required, we shared that with you.

**Kasey M. Adams**
**Butler Snow LLP**

D: (601) 985-4413 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kasey.Adams@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>
**Sent:** Tuesday, March 18, 2025 1:59 PM
**To:** Kasey Adams <Kasey.Adams@butlersnow.com>; Caroline D. Walker <Caroline.Walker@butlersnow.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** 'Erin Copeland (External)' <ecopeland@fibichlaw.com>; 'Fitzpatrick, Fidelma' <ffitzpatrick@motleyrice.com>; 'Hermiz, Kristen M.' <khermiz@motleyrice.com>; 'C. Andrew Childers' <AChilders@cssfirm.com>; 'Lee Floyd' <lee@bbtrial.com>; 'Ed Wallace' <eaw@wallacemiller.com>
**Subject:** RE: Paragard Deposition Schedule Issues [IWOV-BUTLERSNOW.FID8791888]

Kasey,

Thank you for your email.  I must admit, this sudden reversal in Defendants' position

regarding Ms. Perez-Gibbins is concerning.

I have reviewed my notes on how we got here. I suspect you are aware of most of this, but it's probably worth restating:

1.      On 02/11, per the Court's scheduling order, Plaintiffs properly requested Ms. Perez-Gibbin's deposition. At that time, Defendants made no mention of the fact that they were "not permitted to request her to perform work duties."

2.      Shortly thereafter, at the 02/18 conference in Atlanta, Ms. Perez-Gibbins' deposition was again discussed. During that conference, Defendants did not say anything about not being able to request the deposition. Defendants did comment that Ms. Perez-Gibbins was on medical leave, but also went to great lengths to explain why Plaintiffs didn't need her deposition, stating that she had only worked for the company for a few months and wouldn't be of value.

3.      In an email follow up on 02/18, counsel for Defendants again argued that Ms. Perez-Gibbins' deposition would not have any value, but never said that they were "not permitted to request her to perform work duties."

4.      On 02/22 Plaintiffs confirmed that they wanted to take the Perez-Gibbons deposition. In that communication Plaintiffs offered to work with her on the day and time and make any accommodations needed to address her health concerns. Those offers went unanswered; Defendants simply replied "we will work on this." Once again, no mention that they could not ask her to appear.

5.      On 03/01 Plaintiffs followed up and asked that a deposition date be provided.

6.      On 03/03 Defendants sent an email offering Ms. Perez-Gibbons for deposition on 03/31 with a location to be determined. No comment was made that the Company could not require her to perform work duties.

7.      On 03/06 Plaintiff accepted the 03/31 date and assumed a location would be forthcoming based on previous correspondence.

8.      During last week's conference with Judge May, Defendants again questioned the need for the Perez-Gibbins but never said anything about not being able to present her for deposition or the necessity for a subpoena.

We are now more than a month after the deposition was requested and 20 days before the close of discovery hearing for the first time that a subpoena needs to be issued for this defense witness. I don't understand why we are in this situation which could have been easily avoided with candid conversations from the get go. We have issued a subpoena and will have it served. We will also be documenting the time and expense involved in going through this exercise.

**Buffy K. Martines**
Managing Partner

<image003.png>

buffym@lpm-triallaw.com
5020 Montrose Blvd., 9th Floor | Houston, TX 77006
**P** 713-292-2750  **F** 713-292-2755
**W** lpm-triallaw.com

**From:** Kasey Adams <Kasey.Adams@butlersnow.com>
**Sent:** Tuesday, March 18, 2025 7:35 AM
**To:** Caroline D. Walker <Caroline.Walker@butlersnow.com>; buffym lpm-triallaw.com <buffym@lpm-triallaw.com>; Chris Morris <Chris.Morris@butlersnow.com>; Pamela Ferrell <Pamela.Ferrell@butlersnow.com>; 'nga@gtlaw.com' <nga@gtlaw.com>
**Cc:** 'Erin Copeland (External)' <ecopeland@fibichlaw.com>; 'Fitzpatrick, Fidelma' <ffitzpatrick@motleyrice.com>; 'Hermiz, Kristen M.' <khermiz@motleyrice.com>; 'C. Andrew Childers' <AChilders@cssfirm.com>; 'Lee Floyd' <lee@bbtrial.com>; 'Ed Wallace' <eaw@wallacemiller.com>
**Subject:** Paragard Deposition Schedule Issues [IWOV-BUTLERSNOW.FID8791888]

Good morning,

We have an update on Mariessa Perez-Gibbins. Because of her leave status, the Company is not permitted to request her to perform work duties. As such, we cannot facilitate her deposition. However, we do understand that she is available on March 31 and are providing her address should you choose to subpoena her: 46 Sawyer Ave, Unit 5, Lancaster, NY 14086.

Thanks,
Kasey

**Kasey M. Adams**
**Butler Snow LLP**

D: (601) 985-4413 | F: (601) 985-4500
1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
P.O. Box 6010, Ridgeland, MS 39158-6010
Kasey.Adams@butlersnow.com| vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.