# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974<br>(1:20-md-02974-LMM)<br>**This document relates to:**<br>**Kimberly Bainguel**<br>**(1:22-cv-02696-LMM)**<br>**Maria Couce**<br>**(1:22-cv-01243-LMM)**<br>**Sheina Garrison-Stewart**<br>**(1:22-cv-01028-LMM)**<br>**Whitney Hadley**<br>**(1:22-cv-01029-LMM)**<br>**Camille Jedlicka**<br>**(1:22-cv-02606-LMM)** |

## NOTICE OF APPEAL

Notice is hereby given that Kimberly Bainguel (1:22-cv-02696-LMM), Maria Couce (1:22-cv-01243-LMM), Sheina Garrison-Stewart (1:22-cv-01028-LMM), Whitney Hadley (1:22-cv-01029-LMM), and Camille Jedlicka (1:22-cv-02606-LMM), plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an Order denying Plaintiffs' Motion for Reconsideration entered in this action on the 26th day of March 2025.

Date: April 8, 2025

{SIGNATURE BLOCK ON THE NEXT PAGE}

Respectfully Submitted:
**EGENBERG, APLC**

*[signature]*

BRADLEY EGENBERG (#29848)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:   (504) 229-5700
Facsimile:   (504) 617-7911
Email:       lacourtfilings@egenberg.com
***Attorneys for Plaintiffs***

2