IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974<br><br>(1:20-md-02974-LMM)<br><br>**This document relates to:**<br>**Kimberly Bainguel**<br>**(1:22-cv-02696-LMM)**<br>**Maria Couce**<br>**(1:22-cv-01243-LMM)**<br>**Sheina Garrison-Stewart**<br>**(1:22-cv-01028-LMM)**<br>**Whitney Hadley**<br>**(1:22-cv-01029-LMM)**<br>**Camille Jedlicka**<br>**(1:22-cv-02606-LMM)** |

### CERTIFICATE OF SERVICE

I, Bradley Egenberg, Esq., certify that on the 8th day of April, 2025, I electronically filed a true and correct copy of the attached Notice of Appeal with the Clerk of Court via CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully Submitted:
**EGENBERG, APLC**

_____
BRADLEY EGENBERG (#29848)
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone:   (504) 229-5700
Facsimile:   (504) 617-7911
Email:       lacourtfilings@egenberg.com

*Attorneys for Plaintiffs*