IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

This case comes before the Court on a discovery dispute regarding the deposition of Ms. Carolyn Paolucci. Plaintiffs were aware of Ms. Paolucci and her potential importance to this case at least as early as February 2025. Despite this, Plaintiffs waited until April 7, 2025, to notice her deposition of April 9, 2025. The Court agrees with Defendants that this notice was untimely and did not give sufficient notice to Defendants. As such, the Court will not require Ms. Paolucci's deposition to go forward in this case. As to any prejudice that might have accrued to Plaintiffs with the Court not addressing this issue before the deposition in the state action, such prejudice is moot given the Court's ruling that this deposition notice was improper. This order is not meant to address potential issues relating to Plaintiffs calling Ms. Paolucci at trial or using her state court deposition in this case.

**IT IS SO ORDERED** this 11th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**