IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

MDL DOCKET NO. 2974

1:20-md-02974-LMM

**This Document Relates to All Cases**

# [PROPOSED] ORDER AMENDING THE CASE MANAGEMENT ORDER AND FOURTH AMENDED SCHEDULING ORDER [DKT. 870] AS TO CERTAIN DATES FOR THE BELLWETHER POOL STRIKE AND SELECTION PROCESS

The parties have agreed, and the Court hereby orders that the April 14-16, 2025 dates regarding Bellwether Pool strikes and selections set forth in the chart included in the Case Management Order and Fourth Amended Scheduling Order [Dkt. 870] are amended to read as follows:

| EVENT | DATE |
|---|---|
| The parties will meet and confer to make alternate strikes of the BELLWETHER POOL cases until five (5) cases remain (TRIAL ELIGIBLE POOL). Defendants collectively will make strikes 1 and 3, and Plaintiffs collectively will make strikes 2 and 4.<br><br>Then the parties will meet and confer to select TRIAL CASES, making alternate picks from the 5 cases in the TRIAL ELIGIBLE POOL. The Defendants will | April 23, 2025 |

| | |
|---|---|
| make pick 1 and the Plaintiffs will make pick 2. | |
| The parties will provide a two-page position paper to the Court concerning which 1 of the remaining 3 cases should be selected by the Court for inclusion as a TRIAL CASE. The Court shall select 1 of the remaining 3 cases for inclusion as a TRIAL CASE. | April 25, 2025 |

IT IS SO ORDERED this <u>11th</u> day of <u>  April  </u>, 2025

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE