IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

In response to Plaintiffs' request for clarification on the order regarding the Paolucci deposition, the Court did not order Defendants to provide a copy of the deposition transcript. If Plaintiffs have any difficulty in obtaining a copy of the deposition, they are to confer with Defendants. If any issues remain, they are to contact the Court for assistance.

**IT IS SO ORDERED** this 11th day of April, 2025.

_____
**Leigh Martin May
United States District Judge**