IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : MDL DOCKET NO. 2974 <br> : <br> : <br> : 1:20-MD-02974-LMM <br> : **This Document relates to All Cases** |

## ORDER

The Court has reviewed the parties' letter briefs regarding the testimony of Perez-Gibbins. In response, the Court **ORDERS** Defendants to produce the below within **14 days** of the date of this Order.

1. A full copy of an audit and/or mock FDA inspection performed by IPS (or any other entity) of the Paragard manufacturing facility and Paragard systems.

2. A full copy of the 2024 Establishment Inspection Report from the FDA to Cooper.

To the extent that any of these reports are redacted, the parties are to confer and then present the issues, if any, concerning redactions to the Court.

**IT IS SO ORDERED** this 14th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**