IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

### ORDER

This case comes before the Court on issues relating to documents produced by third-party Nicole Enderle/NQS Consulting, LLC. Although the Court has not yet decided if the privilege issues are waived, in an abundance of caution, Plaintiffs are **ORDERED** to cease review of the documents produced pursuant to this subpoena. Defendants have until Friday, April 18 at noon to provide Plaintiffs with a privilege log for any documents for which they are asserting privilege. At that time, this order is lifted for any documents not listed on the privilege log. If Plaintiffs objects to any assertions of privilege on the log, the Court will immediately review those documents in camera and address any waiver issues.

**IT IS SO ORDERED** this 14th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**