# EXHIBIT B

Outlook

**Electronic Filing in Case#: 1:20-md-02974-LMM.**

**From** GANDdb_efile_QC@gand.uscourts.gov <GANDdb_efile_QC@gand.uscourts.gov>
**Date** Tue 4/8/2025 9:23 AM
**To** Erin Copeland <ecopeland@fibichlaw.com>

Case Number: 1:20-md-02974-LMM, IN RE: Paragard IUD Products Liability Litigation
Judge Leigh Martin May, presiding

Document Number: 981
Event selected: Notice of Filing
DocketText: <font color=red>PROVISIONALLY SEALED</font> NOTICE of Filing PLC Letter Brief Regarding Perez-Gibbons Deposition  by Olivia Mulvey-Morawiecki  <i></i>      (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit)(Copeland, Erin) Modified on 4/8/2025 Per call with attorney(djs).
     ******************************************************

Dear Erin Copeland,

Thank you for filing the above documents electronically.
The documents were provisionally sealed during the entry and a Motion for Leave to File Documents Under Seal has not been filed for this specific filing. Pursuant to Appendix H, a party desiring to file documents under seal must electronically file a Motion for Leave to File Documents Under Seal.  Please file a Motion for Leave to File Documents Under Seal electronically as soon as possible.


Thank you for your attention to this issue.  If you have any questions with regard to this or any future filings, please contact us at 404-215-1655.

Quality Control
Clerk's Office, U.S. District Court
ganddb_efile_qc@gand.uscourts.gov
 cpp