# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## GEORGIA ATLANTA DIVISION

IN RE: PARAGARD PRODUCTS
LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

Olivia Mulvey-Morawiecki v. Teva
Pharmaceuticals USA, Inc., et al, Case
No.: 1:21-cv-00483-LMM

MDL DOCKET NO. 2974
Case No:  1:20-md-02974-LMM

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Justin Sheldon hereby enters his appearance as counsel for Plaintiff,

Olivia Mulvey-Morawiecki, in the above-referenced matter. The above-referenced counsel

should receive copies of all court filings and correspondence.

Respectfully submitted,

Dated: April 15, 2025

___/s/ Justin Sheldon_____
Justin Sheldon (VSB #82632)
Breit Biniazan, PC
2100 East Cary Street
Suite 310
Richmond, VA 23223
Telephone: 804-644-1400
Facsimile: 757-299-8035
justin@bbtrial.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day April 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Courts using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this litigation.

__/s/ Justin Sheldon_____
Justin Sheldon (VSB #82632)
Breit Biniazan, PC
2100 East Cary Street
Suite 310
Richmond, VA 23223
Telephone: 804-522-0065
Facsimile: 757-670-3939
Email: justin@bbtrial.com
*Counsel for Plaintiff*