# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974 ALL ) CASES ) ) ) CIVIL ACTION NO. 1:20- ) MD-02974-LMM ) |

## [PROPOSED] AMENDED ORDER PERMITTING ELECTRONIC EQUIPMENT FOR APRIL 23, 2025 STATUS CONFERENCE

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Buffy K. Martines, Nicole Berg, Kristen Hermiz, Kimberly Gustafson Bueno, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Lori Cohen, Allison Ng, Kasey Adams and any other attorneys who are participating in the Status Conference in the above-styled case, scheduled to begin at 10:00 A.M. on April 23, 2025, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this __th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**