IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

This case comes before the Court on a discovery dispute relating to the depositions of Brenda Angelo, Claudia Navarro, Cynthia D'Angelo, and Donald Gee. By the end of the day today, Defendants are to provide Plaintiffs with dates during the week of May 26, 2025, when they are available for each of these depositions. If that time does not work, they are to provide dates for the following week. Plaintiffs are to then immediately subpoena these individuals for their depositions. It is Plaintiffs' responsibility to properly serve these individuals for their depositions. The Court is unlikely to grant any future extensions of the dates to depose these individuals past the dates agreed upon during this window.

**IT IS SO ORDERED** this 23rd day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**