IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | |
| LITIGATION, | : | |
| | : | 1:20-MD-02974-LMM |
| | : | **This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a

subpoena on the following individual:

**Claudia Navarro**

who is a nonparty in this lawsuit, to appear for deposition and for the production of

documents as specified in the Notice of Deposition and Request for Production of

Documents included with the subpoena. Full and complete copies of said subpoena

and notice are being provided concurrent with this notice.

DATED: April 24, 2025                 */s/ R. Andrew Jones*
                                      R. Andrew Jones (*pro hac vice*)
                                      Stephen Hunt, Jr. (*pro hac vice*)
                                      CORY WATSON, P.C.
                                      2131 Magnolia Avenue South
                                      Birmingham, AL 35205
                                      Telephone: (205) 328-2200
                                      ajones@corywatson.com
                                      shunt@corywatson.com

                                      Erin K. Copeland
                                      FIBICH, LEEBRON, COPELAND & BRIGGS
                                      1150 Bissonnet Street

Houston, TX 77005
Telephone: (713) 352-0470
ecopeland@fibichlaw.com
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: April 24, 2025

*/s/ R. Andrew Jones*
R. Andrew Jones