IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENA FOR DEPOSITION AND FOR THE PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs have issued, and intend to serve, a subpoena on the following individual:

**Cynthia D'Angelo**

who is a nonparty in this lawsuit, to appear for deposition and for the production of documents as specified in the Notice of Deposition and Request for Production of Documents included with the subpoena. Full and complete copies of said subpoena and notice are being provided concurrent with this notice.

DATED:  April 24, 2025             /s/ R. Andrew Jones
                                                R. Andrew Jones (*pro hac vice*)
                                                Stephen Hunt, Jr. (*pro hac vice*)
                                                CORY WATSON, P.C.
                                                2131 Magnolia Avenue South
                                                Birmingham, AL 35205
                                                Telephone: (205) 328-2200
                                                ajones@corywatson.com
                                                shunt@corywatson.com

                                                Erin K. Copeland
                                                FIBICH, LEEBRON, COPELAND & BRIGGS
                                                1150 Bissonnet Street

Houston, TX 77005  
Telephone: (713) 352-0470  
ecopeland@fibichlaw.com  
**Lead Counsel for Plaintiffs**

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, Plaintiffs' Notice of Intent to Serve Subpoena for the Production of Documents was served on Defendants' lead and liaison counsel via CM/ECF.

Dated: April 24, 2025

                                        */s/ R. Andrew Jones*
                                        R. Andrew Jones