IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

Plaintiffs are scheduled to take the third deposition of Mr. Mehs on April 30, 2025. Plaintiffs have a 4-hour time limit for that deposition. All parties will be limited in scope to documents produced on or after December 1, 2024. In other words, the parties must abide by the same rules as the second deposition.

**IT IS SO ORDERED** this 28th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**