IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

After reviewing the parties' position papers regarding the final Bellwether selection, the Court chooses the *Braxton* case, which is Defendants' proposed selection.

**IT IS SO ORDERED** this 29th day of April, 2025.

_____
**Leigh Martin May**
**United States District Judge**