IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

# **ORDER**

This case comes before the Court on Defendants' motion for leave to place under permanent seal a discovery-related letter brief Plaintiffs filed on the docket. Dkt. No. [985]. It has been the Court's general practice in this case to maintain discovery-related letter briefs in a correspondence file and to direct the parties to file letter briefs on the docket ad hoc when appropriate. The letter brief at issue was filed without such direction. Accordingly, the Court sua sponte **STRIKES** the letter brief, Dkt. No. [981], and **DENIES AS MOOT** the motion for leave to file matters under seal, Dkt. No. [985].

**IT IS SO ORDERED** this 2nd day of May, 2025.

_____
**Leigh Martin May**
**United States District Judge**