IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br><br>**This Document Relates to All Cases** |

### SECOND AMENDED NOTICE OF VIDEOTAPED FED. R. CIV. P. 30(b)(6) DEPOSITION OF THE CORPORATE REPRESENTATIVES FOR THE COOPER DEFENDANTS
(*CONCERNING 2022 and 2024 FDA INSPECTIONS*)

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs, by and through the Plaintiffs' Leadership Committee, will take the deposition upon oral examination of The Cooper Defendants. with respect to the topics set forth below. The deposition will take place on May 9, 2025, at 8:00am eastern at Greenberg Traurig, Three Logan Square, 1717 Arch Street, #400, Philadelphia, PA 19103 before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time negotiated by the parties. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P. 32(a).

Plaintiffs reserve the right to seek relief from the court in the event Defendants

do not properly prepare the designated person(s) to testify on behalf of Defendants with respect to each of the identified topics.

Defendants are hereby requested and required under the federal rules to designate and produce at the deposition one or more officers, directors, managing agents, or other persons who consent to testify on their behalf on the following matters and documents:

## DEFINITIONS

1. As used herein, the terms "2022 and 2024 FDA inspections" and/or "the inspections" are defined as the FDA inspections that occurred on February 28 – March 4, 2022, and on February 1, 2024, at the North Tonawanda Paragard manufacturing facility.

## SCHEDULE A: DEPOSITION SUBJECT MATTERS

1. The 2022 and 2024 FDA inspections of the Paragard manufacturer. This subject matter is intended to and does include the following:

    a) The details surrounding each inspection and documents provided to and reviewed by the FDA inspectors as part of the 2022 and 2024 FDA inspections;

    b) Any communications, documents, data, materials and/or any other information Defendants (or anyone acting on their behalf) reviewed, considered, referenced, discussed and/or relied upon as part of the 2022 and 2024 FDA inspections but

2

    not provided to the FDA;

  c) Any communications, documents, data, materials and/or any other information exchanged between Defendants and any third parties (other than FDA) concerning the 2022 and 2024 FDA inspections;

  d) Meeting Minutes (internal and with any third parties – including FDA) concerning the inspections;

  e) All action taken by Defendants, including, but not limited to, remedial actions, changes to any company policies and procedures and/or the Paragard product as a result of and/or following the inspections to improve quality oversight of the Paragard facility.

### SCHEDULE B: DOCUMENTS TO BE PRODUCED

1. All documents which the deponent(s) has utilized or may need to refresh his or her recollection as to any of the subject matters referenced in **Schedule A**.

2. All documents the deponent(s) consults or relies upon in preparation for the deposition.

3. All documents the deponent(s) creates (or are created on his/her behalf) to address any of the subject matters referenced in **Schedule A**.

4. To the extent not previously produced in discovery, all documents and communications exchanged between Defendants (or someone acting on their behalf)

and FDA concerning the inspections.

5. To the extent not previously produced in discovery, all documents and communications exchanged between Defendants (or someone acting on their behalf) and any other third party concerning the inspections.

6. To the extent not previously produced in discovery, all documents and communications exchanged internally concerning the inspections.

7. To the extent not previously produced in discovery, all meeting minutes and notes therefrom concerning the inspections.

8. The most current CV and/or resume for each of the person(s) being deposed pursuant to this notice.

(SIGNATURE BLOCK ON NEXT PAGE)

| | |
|---|---|
| Dated: <u>May 6, 2025</u> | <u>***s/Erin Copeland***</u><br>Erin Copeland<br>TX Bar No. 24028157<br>**FIBICH LEEBRON COPELAND & BRIGGS**<br>1150 Bissonnet Street<br>Houston, TX 77005<br>Tel: (713) 751-0025<br>Fax: (713) 751-0030<br>Email: ecopeland@fibichlaw.com<br><br>*MDL Lead Counsel* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2025 Plaintiffs' First Amended Notice of FRCP 30(b)(6) Deposition Concerning the 2021 and 2022 FDA Inspections and Request for Production of Documents was served electronically on Defendants via their lead and liaison counsel.

Dated: May 6, 2025

*s/Erin Copeland*
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*