UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*Julia Bishop v. Teva Pharmaceuticals USA, Inc., Teva Women's Health LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.*<br><br>Case No. 1:24-cv-05554-LMM | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM |

## **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

TO THE CLERK OF COURT AND AL PARTIES:

In accordance with Rule 83.1(E)(4) of the Local Rules of this Court, please take notice that Plaintiff Julia Bishop has retained the firm of Keller Postman LLC to substitute for the firm of Cory Watson, P.C. as counsel in the above-styled action.

Contact information for substitute counsel is as follows:

>Nicole Berg (IL Bar # 6305464)
>(ncb@kellerpostman.com)
>Ashley Barriere (LA Bar # 38129)
>(ashley.barriere@kellerpostman.com)
>KELLER POSTMAN LLC
>150 N. Riverside Plaza, Suite 4100
>Chicago, IL  60606
>Tel.: (312) 741-5220

1

Respectfully submitted this 8th day of May, 2025.

| Substitute Counsel | Former Counsel |
|---|---|
| *s/ Nicole Berg* | *s/ R. Andrew Jones* |
| Nicole Berg | R. Andrew Jones |
| (IL Bar No. 6305464) | (asb-0096-il lr) |
| ncb@kellerostman.com | ajones@corywatson.com |
| Ashley Barriere | Stephen Hunt, Jr. |
| (LA Bar # 38129) | (asb-3621-n62h) |
| ashley.barriere@kellerpostman.com | shunt@corywatson.com |
| KELLER POSTMAN LLC | Cory Watson P.C. |
| 150 N. Riverside Plaza, Ste. 4100 | 2131 Magnolia Ave S |
| Chicago, IL  60606 | Birmingham, AL 35023 |
| Tel.: (312) 741-5220 | Tel.: (205) 328-2200 |
| *Counsel for Plaintiff* | *Former Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail to all registered counsel of record.

*/s/ Nicole Berg*
Nicole Berg

3