IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-MD-02974-LMM<br>**This Document relates to All Cases** |

# ORDER

This case comes before the Court on a dispute relating to the Court's ruling on April 14, 2025. The text of that ruling is as follows:

> The Court ORDERS Defendants to produce the below within 14 days of the date of this Order. 1) A full copy of an audit and/or mock FDA inspection performed by IPS (or any other entity) of the Paragard manufacturing facility and Paragard systems. 2) A full copy of the 2024 Establishment Inspection Report from the FDA to Cooper. To the extent that any of these reports are redacted, the parties are to confer and then present the issues, if any, concerning redactions to the Court.

Defendants have not produced the documents subject to this order. Instead, Defendant CooperSurgical, Inc. responds that no reports were created from these inspections. It also indicates that any such reports would be subject to work product protections as well as attorney-client privilege.

Because Defendant Cooper indicates that there are no formal reports subject to the Court's order, the Court **ORDERS** Defendant Cooper to produce any documents reflecting the results of the IPS-related work and the 2024 Establishment Inspection, even if they are not formally incorporated into a report. In other words, if the results of these inspections are contained in emails, powerpoint presentations, memos, or another similar format, these documents must be produced within **7 days** of the date of this order. If there are redactions or documents withheld, Defendant Cooper must prepare a detailed privilege log with their production. After the parties confer, the Court will review the documents and/or redactions in camera if the parties are not able to resolve the issues.

**IT IS SO ORDERED** this 8th day of May, 2025.

*[signature]*
**Leigh Martin May**
**United States District Judge**