IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

## ORDER

As to Cooper's request in its April 28, 2025, letter brief[1] to supply a declaration of former counsel for *in camera* review, the request is **CONDITIONALLY GRANTED**. The evidence must be in the form of a sworn affidavit and must be presented to the Court by noon tomorrow. The affidavit may be presented *in camera*. However, if the Court finds that the testimony is not in fact privileged and that a response from Plaintiffs' counsel is warranted, it may order that the affidavit be produced to Plaintiffs' counsel for response.

**IT IS SO ORDERED** this 13th day of May, 2025.

**Leigh Martin May**
**United States District Judge**

---

[1] Notice to Court re: Order (ECF No. 991) and Response Letter Brief to PLC Letter Brief (April 24, 2025).