# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br><br>This Document Relates To:<br><br>*Melody Braxton v. Teva Pharmaceuticals USA, Inc. et al*<br><br>Case No. 1:22-cv-00490 |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Plaintiff, Melody Braxton, by and through her counsel of record, and pursuant to Local Rule 5.4, certifies that she has served a copy of Plaintiff's Objections and Responses to Defendants The Cooper Companies, Inc. and CooperSurgical, Inc.'s First Set of Interrogatories and Requests for Production of Documents upon all appropriate parties.

Respectfully submitted this 15th day of May, 2025.

*/s/ Erin Copeland*

Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**
1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025

Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the forgoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 15th day of May, 2025.

*/s/ Erin Copeland*
Erin Copeland
TX Bar No. 24028157

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2025, I electronically filed the forgoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

*/s/ Erin Copeland*
Erin Copeland
TX Bar No. 24028157