IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 <br><br> 1:20-md-02974-LMM <br><br> This Document Relates To: <br><br> *Melody Braxton v. Teva Pharmaceuticals USA, Inc. et al* <br><br> Case No. 1:22-cv-00490 |

## RULE 5.4 CERTIFICATE OF SERVICE

COMES NOW Plaintiff, Melody Braxton, by and through her counsel of record, and pursuant to Local Rule 5.4, certifies that she has served a copy of Plaintiff's Objections and Responses to Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, and Teva Branded Pharmaceutical Products R&D, Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission upon all appropriate parties.

Respectfully submitted this 15th day of May, 2025.

/s/ Erin Copeland

Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND
& BRIGGS**
1150 Bissonnet Street

                    Houston, TX 77005
                    Tel: (713) 751-0025
                    Fax: (713) 751-0030
                    Email: ecopeland@fibichlaw.com

*MDL Lead Counsel*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the forgoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 15th day of May, 2025.

*/s/ Erin Copeland*
Erin Copeland
TX Bar No. 24028157

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2025, I electronically filed the forgoing Rule 5.4 Certificate of Service with the Court, which will automatically send notification of such filing to all parties of record.

*/s/ Erin Copeland*
Erin Copeland
TX Bar No. 24028157