# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 05/21/2025.

TIME COURT COMMENCED: 12:03 P.M.
TIME COURT CONCLUDED: 1:21 P.M.  COURT REPORTER: Montrell Vann
TIME IN COURT: 1:18  DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Kim Bueno representing Teva Defendants
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
C. Andrew Childers representing Plaintiffs (Liaison Counsel & PEC)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Nicole Berg representing Plaintiffs (PEC)
Robert M. Hammers, Jr. representing Plaintiffs (PEC)
Buffy K. Martines representing Plaintiffs (PSC)
Kristen M. Hermiz representing Plaintiffs (PSC)

PROCEEDING CATEGORY: Status Conference (Other Proceeding Non-evidentiary)

MINUTE TEXT: The Court held its monthly status conference. See transcript for details.

HEARING STATUS: Hearing Concluded