AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Paragard IUD Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-md-02974-LMM |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Cooper Companies, Inc. and CooperSurgical, Inc.

Date:   5/29/2025

/s/ Kari L. Sutherland
*Attorney's signature*

Kari L. Sutherland (MS Bar No. 10177)
*Printed name and bar number*

Butler Snow LLP
1200 Jefferson Avenue, Suite 205
Oxford, MS 38655
*Address*

Kari.Sutherland@butlersnow.com
*E-mail address*

(662) 513-8002
*Telephone number*

(662) 513-8001
*FAX number*