AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| In re Paragard IUD Products Liability Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-md-02974-LMM |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Branded Pharmaceutical Products R&D Inc., Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC
Teva Women's Health, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc.

Date:   5/29/2025

/s/ Nils B. Snell
*Attorney's signature*

Nils B. Snell (PA Bar No. 89455)
*Printed name and bar number*

Butler Snow LLP
321 Norristown Road, Suite 210
Ambler, PA 19002
*Address*

Burt.Snell@butlersnow.com
*E-mail address*

(267) 705-4905
*Telephone number*

(267) 705-4901
*FAX number*