# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 30, 2025

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
Court Reporter
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303-3309

Appeal Number: 25-10581-CC
Case Style: Cheniqua Little, et al v. Teva Pharmaceuticals USA, Inc., et al
District Court Docket No: 1:20-md-02974-LMM
Secondary Case Number: 1:21-cv-02693-LMM

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 05/22/2025.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-10581-CC

_____

In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION

_____

CHENIQUA LITTLE,
MARISSA LIZA,

                                                      Plaintiffs - Appellants,

versus

TEVA PHARMACEUTICALS USA, INC.,
TEVA WOMEN'S HEALTH, INC.,
d.b.a. Teva Women's Health, LLC.,
TEVA WOMEN'S HEALTH, LLC.,
THE COOPER COMPANIES, INC.,
COOPER SURGICAL, INC.,

                                                      Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Cheniqua Little and Marissa Liza has failed to file an appellant's brief within the time fixed by the rules, effective May 30, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                      FOR THE COURT - BY DIRECTION