AuIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | 1:20-md-02974-LMM |
| | ) | **This Document Relates to All Cases** |

## CASE MANAGEMENT ORDER AND
## FIFTH AMENDED SCHEDULING ORDER

This Order supersedes the Fourth Amended Scheduling Order for each of the deadlines identified herein. Unless expressly amended herein, the deadlines and provisions of the Fourth Amended Scheduling Order, dated February 11, 2025, continue to govern the Trial Cases.

Except as stated otherwise in this Order, nothing herein (1) is intended to eliminate any applicable provisions of the Federal Rules of Civil Procedure or local court rules; or (2) can or should be interpreted as waiving, abridging, modifying, or limiting any Parties' rights under *Lexecon v. Milberg Weiss*, 523 U.S. 26 (1998).

| Event | DATE |
|---|---|
| Deadline for Plaintiffs to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | July 3, 2025 |

| | |
|---|---|
| Deadline for Defendants to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | July 31, 2025 |
| Deadline for rebuttal experts under Rule 26(a)(2)(D)(ii) in Trial pool cases; to include 3 dates rebuttal expert may be deposed and the proposed location(s) | August 18, 2025 |
| Close of expert discovery in TRIAL CASES | August 29, 2025 |
| Daubert Motion and Dispositive Motion deadline in TRIAL CASES | September 19, 2025 |
| Responses in opposition to Daubert Motions and Dispositive Motions in BELLWETHER trial eligible cases | October 17, 2025 |
| Replies to Daubert Motions and Dispositive Motions in Trial eligible cases | November 7, 2025 |
| Consolidated pretrial order deadline in BELLWETHER Trial eligible cases | |
| Motion in limine deadline in BELLWETHER Trial eligible cases | |
| Responses to motions in limine in BELLWETHER trial eligible cases | |
| Pretrial Conference in First Bellwether trial | |

| Final Pretrial Conference in First Bellwether trial | |
|---|---|
| First Bellwether Trial | January 20, 2026 |
| Second Bellwether Trial | March 3, 2026 |
| Third Bellwether Trial | May 11, 2026 |

IT IS SO ORDERED this 2nd day of June, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE