IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court has reviewed the Cooper Defendants' letter brief regarding production of the Paolucci deposition transcript. To best address this issue, Plaintiffs should file a Motion and proposed order requesting production of this deposition. Defendants will then be provided 7 days to respond, and Plaintiffs shall have 5 days to reply. The Court will rule on this issue in an expedited manner.

**IT IS SO ORDERED** this 4th day of June, 2025.

_____
**Leigh Martin May
United States District Judge**