IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

# **ORDER**

The Court has reviewed the parties' letter briefs in preparation for today's discovery conference. As to the first issue, the Court finds that it does not need further discussion. What Plaintiffs are requesting the Court to order produced is within the scope of the Court's May 8, 2025, order. Accordingly, Defendants are **ORDERED** to produce within **7 days** of the date of this order the following:

- All documents, including, but not limited to, emails, notes, PowerPoint presentations, memoranda, recordings (oral or video) and reports (final or draft) or other documents in a similar format, that reflect the results (including any factual observations, factual recitations, findings and /or recommendations/plan for remediation there form) of the audit and/or mock FDA inspection performed by IPS or any other entity in 2023.

- To the extent that any of the above was prepared by, or shared with outside counsel or in-house counsel, or reflect discussions/meetings were outside or in-house counsel were present, those documents should be either

produced or reflected on a privilege log with sufficient specificity to satisfy Cooper's burden in proving the existence of any such claimed privilege.

**IT IS SO ORDERED** this 10th day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**