IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: PARAGARD IUD PROD. LIAB. LITIG. ) <br> ) <br> )  <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> Defendant. ) | Civil Action No. 1:20-MD-02974-LMM <br><br> LETTER OF REQUEST <br> (LETTERS ROGATORY) |

**LETTER OF REQUEST (LETTERS ROGATORY)**

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISCTRICT OF GEORGIA, USA, PRESENTS ITS COMPLIMENTS TO THE APPROPRIATE JUDICIAL AUTHORITY OF ISRAEL, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. A TRIAL FOR THIS MATTER IS SCHEDULED ON JANUARY 20, 2026. THIS REQUEST IS BEING MADE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS.

**SENDER AND JUDICIAL AUTHORITY OF THE REQUESTING STATE**:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

2167 U.S. COURTHOUSE

75 TED TURNER DRIVE

ATLANTA, GEORGIA 30303 USA

**CENTRAL AUTHORITY OF THE REQUESTED STATE**:

ADMINISTRATION OF COURTS

LEGAL ASSISTANCE TO FOREIGN COUNTRIES

22 KANFEI NESHARIM ST.

JERUSALEM 9546435

ISRAEL


**PERSON TO WHOM THE EXECUTED REQUEST, AND RESPONSES ARE TO BE RETURNED**:

ERIN K. COPELAND, ESQ.

FIBICH LEEBRON COPELAND & BRIGGS

1150 BISSONNET STREET

HOUSTON, TEXAS 77005 USA

TEL.: (713) 751-0025

FAX: (713) 751-0030

[ecopeland@fibichlaw.com](mailto:ecopeland@fibichlaw.com)
*Plaintiffs' Lead Counsel*


BUFFY K. MARTINES, ESQ.

LAMINACK, PIRTLE & MARTINES

5020 MONTROSE BOULEVARD, 9TH FLOOR

HOUSTON, TEXAS 77006 USA

TEL.: (713) 292-2750

FAX: (713) 292-2755

[buffym@lpm-triallaw.com](mailto:buffym@lpm-triallaw.com)
*Plaintiffs' Steering Committee*

**SPECIFICATION OF THE DATE BY WHICH THE REQUESTING AUTHORITY REQUIRES RECEIPT OF THE RESPONSE PURSUANT TO THE LETTER OF REQUEST**:

THE DEPOSITION BY ORAL EXAMINATION OF DEPONENT, ERIC ELBAZ WILL TAKE PLACE BEGINNING AT 9:00 A.M., ON THE 11TH DAY OF NOVEMBER 2025, AT THE LAW OFFICES OF MOTLEY RICE, 800 THIRD AVENUE, SUITE 2401, NEW YORK, NEW YORK 10022.  THE DEPONENT IS REQUESTED TO PRODUCE DOCUMENTS DESCRIBED IN THE ATTACHED PLAINTIFFS' NOTICE TO TAKE THE ORAL DEPOSITION, WITHIN (30) DAYS OF SERVICE OF THE NOTICE AND, THEREAFTER, SUPPLEMENT ON OR BEFORE THE DEPOSITION DATE.

**REASON FOR URGENCY**:

THE URGENCY FOR REQUESTING THE INFORMATION IS BASED ON THE FOLLOWING REASON: PLAINTIFFS' COUNSEL WISHES TO REVIEW THE REQUESTED MATERIALS IN A SUFFICIENTLY EXPEDITED TIME FRAME TO MEET THE DISCOVERY DEADLINE.

**NAMES OF THE CASE AND IDENTIFYING CASE NUMBER**:

IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO. 1:20-MD-02974-LMM

**NAMES AND ADDRESSES OF THE PARTIES AND THEIR REPRESENTATIVES**:

PLAINTIFFS:

| | |
|---|---|
| Alisa Robere<br>c/o Min Jung Koo<br>Tosi Law<br>1201 West Peachtree Street, NW, Suite 2300<br>Atlanta, Georgia 30309 | Joyn Pedrioli<br>c/o Min Jung Koo<br>Tosi Law<br>1201 West Peachtree Street, NW, Suite 2300<br>Atlanta, Georgia 30309 |
| Jessica Garcia-Malene<br>c/o Edward Wallace<br>Wallace Miller<br>150 N. Wacker Drive, Suite 1100<br>Chicago, Illinois 60604 | Julie Power<br>c/o Fidelma Fitzpatrick<br>Motley Rice<br>40 Westminster Street, 5th Floor<br>Providence, Rhode Island 02903 |
| Viola Adhami<br>c/o Randi Kassan<br>Milberg Coleman Bryson Phillips Grossman<br>405 East 50th Street<br>New York, New York 10022 | Latoya Smith<br>c/o Erin Copeland<br>Fibich, Leebron, Copeland & Briggs<br>1150 Bissonnet Street<br>Houston, Texas 77005 |
| Melody Braxton<br>c/o Erin Copeland<br>Fibich, Leebron, Copeland & Briggs<br>1150 Bissonnet Street<br>Houston, Texas 77005 | Olivia Mulvey-Morawiecki<br>c/o Erin Copeland<br>Fibich, Leebron, Copeland & Briggs<br>1150 Bissonnet Street<br>Houston, Texas 77005 |
| Pauline Richard<br>c/o Erin Copeland<br>Fibich, Leebron, Copeland & Briggs<br>1150 Bissonnet Street<br>Houston, Texas 77005 | |

DEFENDANTS:

| | |
|---|---|
| Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC and Teva Branded Pharmaceutical Products R&D, Inc.<br>c/o Christopher D. Morris<br>Butler Snow<br>Renaissance at Colony Park, Suite 1400<br>1020 Highland Colony Parkway<br>Ridgeland, Mississippi 39158<br><br>c/o Pamela Ferrell<br>Butler Snow<br>170 Peachtree Street NE, Suite 1900<br>Atlanta, Georgia 30309 | The Cooper Companies, Inc. and CooperSurgical, Inc.<br>c/o Caroline Walker<br>Butler Snow<br>One Federal Plaza, Suite 100<br>1819 Fifth Avenue N.<br>Birmingham, Alabama 35203<br><br>c/o Kasey Adams<br>Butler Snow<br>Renaissance at Colony Park, Suite 1400<br>1020 Highland Colony Parkway<br>Ridgeland, Mississippi 39158 |
| Defendants'' Liason Counsel<br>Lori G. Cohen<br>Allison Ng<br>Greenberg Traurig<br>Terminus 200<br>3333 Piedmont Road, NE, Suite 2500<br>Atlanta, Georgia 30305 | |

**NATURE OF THE ORIGINAL PROCEEDINGS**:

THIS IS AN ACTION ALLEGING PERSONAL INJURIES ARISING OUT OF THE USE OF THE PARAGARD IUD, WHICH DEFENDANTS DESIGNED, DEVELOPED, MANUFACTURED, TESTED, LABELED, PACKAGED, DISTRIBUTED, MARKETED, AND/OR SOLD.  THIS ACTION INVOLVES A CLAIM BY THE PLAINTIFFS AGAINST DEFENDANTS FOR STRICT LIABILITY, NEGLIGENCE, FRAUD AND DECEIT, UNJUST ENRICHMENT AND PUNITIVE DAMAGES. THE PLAINTIFFS SEEK TO HAVE THE ISSUES BE DETERMINED BY THE COURT OF JURISDICTION.

**EVIDENCE TO BE OBTAINED**:

PLAINTIFFS SEEK TO OBTAIN EVIDENCE, WHICH IS RELATED TO THE CASE FROM **ERIC ELBAZ**, TO DETERMINE THE FACTS OF THE CASE. DOCUMENTS AND MATERIALS TO BE OBTAINED FROM **ERIC ELBAZ** RELATED TO THIS CASE WILL HELP CLARIFY ISSUES THAT ARE RAISED IN THE CASE.

**PURPOSE OF THE EVIDENCE SOUGHT**:

TO OBTAIN DOCUMENTS AND INFORMATION FOR THE PURPOSE OF DISCOVERY AND EVIDENTIARY USE AT TRIAL OR ANY HEARING FOR THIS MATTER.

**IDENTITY AND ADDRESS OF THE PERSON OR ENTITY REQUESTED TO PROVIDE DOCUMENTS AND MATERIALS**:

ERIC ELBAZ

61 LESHEM STREET

KAISER NEIGHBOURHOOD

MODI'IN, ISRAEL

**REQUEST:**

THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTERESTS OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF ISRAEL:

1. CAUSE THE SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION TO BE SERVED UPON ERIC ELBAZ AT 61 LESHEM STREET, KAISER NEIBHBOURHOOD, MODI'IN, ISRAEL;

   AND

2. RETURN THE PROOF OF SERVICE ("CERTIFICATE") TO THIS COURT.

**RECIPROCITY:**

THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA EXPRESSES A WILLINGNESS TO PROVIDE SIMILAR ASSISTANCE TO JUDICIAL AUTHORITIES OF ISRAEL.

**REIMBURSEMENT FOR COSTS:**

THE ATTORNEYS FOR PLAINTIFFS EXPRESS A WILLINGNESS TO REIMBURSE THE JUDICIAL AUTHORITIES OF ISRAEL FOR COSTS INCURRED IN EXECUTING THE REQUESTING COURT'S LETTER OF REQUEST. THE ATTORNEYS ALSO EXPRESS A WILLINGNESS TO REIMBURSE **ERIC ELBAZ,** FOR THE REASONABLE EXPENSES INCURRED IN CONNECTION WITH THE PLAINTIFFS' SUBPOENA TO **ERIC ELBAZ**.

DATED: June 13, 2025



_____
LEIGH MARTIN MAY
JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

[SEAL OF THE COURT]