**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD ) <br> IUD PRODUCTS ) <br> LIABILITY ) <br> LITIGATION ) <br> ) | MDL DOCKET NO. 2974 <br><br> (1:20-md-02974-LMM) <br> **This Document Relates to All Cases** |

<u>**ORDER ON PLAINTIFFS' AMENDED MOTION FOR**</u>
<u>**ISSUANCE OF A LETTER OF REQUEST PURSUANT TO**</u>
<u>**THE HAGUE CONVENTION**</u>

The Court, having considered Plaintiffs' Amended Motion for Issuance of a Letter of Request Pursuant to The Hague Convention and Defendant's response, ORDERS that the motion is GRANTED and a revised Letter of Request is issued pursuant to the motion.

Date:  June 13, 2025

_____
Hon. Leigh Martin May
Judge of the United States District Court for
the Northern District of Georgia