IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

## **ORDER**

On June 10, 2025, the Court entered an Order in which it overruled certain privilege and scope objections raised by Defendants during the fact and Rule 30(b)(6) depositions of William Senatore and granted Plaintiffs' request to reopen the depositions to ask questions about the 2023 IPS audit. Dkt. No. [1074]. Defendant CooperSurgical ("Cooper") has since requested clarification regarding the Court's ruling. That clarification follows:

Because Defendants impermissibly roadblocked Plaintiffs at the initial depositions, Plaintiffs are **NOT** limited to the questions they asked at the initial depositions.

Defendants may assert privilege objections only so far as they are necessary to protect attorney-client privilege, i.e., to instruct the witness not to answer questions that would divulge **communications** with counsel that were made in confidence for the purpose of obtaining or providing legal advice. As Cooper

acknowledges, the Court has ruled that issues falling **outside** this privilege include, but are **not limited to**:

- Whether the 2023 mock FDA inspection ("audit") was arranged under the direction of counsel for Cooper;

- Whether outside or in-house counsel for Cooper was present at the audit, the names of those present and/or talked to, when/where/how often/how long s/he met with counsel, and whether counsel reviewed a document or document(s);

- Facts related to the audit, such as observations made by Mr. Senatore during the audit, facts about what counsel did during the audit, and findings from the audit;

- Facts related to May 9, 2025 Deposition Exhibits 28 and 29.

To be clear, the Court saw no evidence in either of the Senatore depositions that Plaintiffs posed any questions implicating attorney-client or work-product privilege, and it expects the same at the reopened depositions. If Defendants instruct the witness not to answer on privilege grounds on which the Court has already ruled (as to some issues, more than once), the Court will award sanctions—including at least costs—against them.

**IT IS SO ORDERED** this 17th day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**