IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM  CIVIL ACTION NOs.: 1:24-cv-05549-LMM 1:25-cv-03029-LMM |
| This document relates to: Nadia Ouellette | | |

## **ORDER**

This matter is before the Court on a *sua sponte* review. On May 30, 2025, a Short Form Complaint for Plaintiff Nadia Ouellette was filed in the Northern District of Georgia (Case No. 1:25-cv-03029-LMM). A review of the record for MDL No. 2974 shows that Plaintiff has a prior case pending in the MDL (Case No. 1:24-cv-05549-LMM). In accordance with the Court's Case Management Order Regarding Direct Filing, Dkt. No. [129], Plaintiff is **ORDERED** to show cause within **10 days** as to why the second filed case should not be dismissed without prejudice.

**IT IS SO ORDERED** this 18th day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**