| | |
|---|---|
| **From:** | Caroline D. Walker |
| **To:** | EKC; "C. Andrew Childers"; "ffitzpatrick@motleyrice.com"; "Hermiz, Kristen M."; "lee@bbtrial.com"; buffym lpm-triallaw.com |
| **Cc:** | Kasey Adams; Chris Morris; Pamela Ferrell; "nga@gtlaw.com" |
| **Subject:** | MDL 2974 - Paolucci Deposition [IWOV-BUTLERSNOW.FID9412354] |
| **Date:** | Friday, May 30, 2025 10:14:59 AM |

Good morning all,

Pursuant to the Court's guidance from the May 21 CMC, I am following up with you regarding Carolyn Paolucci's deposition taken in her New Jersey action. CooperSurgical does not agree to waive or remove its confidentiality designations from Ms. Paolucci's deposition in the state court action. We will provide a letter brief to the Court on Tuesday, per Judge May's instructions.

Thank you,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**
D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.