IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | 1:20-md-02974-LMM |
| ) | **This Document Relates to All Cases** |

# CASE MANAGEMENT ORDER AND
# SIXTH AMENDED SCHEDULING ORDER

This Order supersedes the Fifth Amended Scheduling Order for each of the deadlines identified herein. Unless expressly amended herein, the deadlines and provisions of the Fifth Amended Scheduling Order, dated June 2, 2025, continue to govern the Trial Cases.

Except as stated otherwise in this Order, nothing herein (1) is intended to eliminate any applicable provisions of the Federal Rules of Civil Procedure or local court rules; or (2) can or should be interpreted as waiving, abridging, modifying, or limiting any Parties' rights under *Lexecon v. Milberg Weiss*, 523 U.S. 26 (1998).

| Event | DATE |
|---|---|
| Deadline for Plaintiffs to submit letter brief in support of challenges to Defendants' privilege claims appearing in May 29, 2025, log[1] | July 1, 2025 |

---

[1] Although the letter-brief process for privilege challenges described here deviates from the relevant orders in this MDL, it has become necessary in

| | |
|---|---|
| Defendants' response to Plaintiffs' letter brief regarding Defendants' May 29 privilege claims; Defendants' response to Plaintiffs' June 25 letter brief regarding outstanding 2023 IPS audit documents; Defendants' production in camera of the disputed 2021-22 FDA Request for Information documents[2] | July 3, 2025 |
| Plaintiffs' replies supporting their letter brief regarding Defendants' May 29 privilege claims and their June 25 letter brief regarding outstanding 2023 IPS audit documents | July 7, 2025 |
| Deadline for Defendants to produce documents the Court orders produced | July 13, 2025 |
| Deadline for Plaintiffs to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | July 24, 2025 |
| Deadline for Defendants to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | July 31, 2025 |
| Deadline for rebuttal experts under Rule 26(a)(2)(D)(ii) in Trial pool cases; to include 3 dates rebuttal expert may be deposed and the proposed location(s) | August 18, 2025 |
| Close of expert discovery in TRIAL CASES | August 29, 2025 |

---

light of quickly approaching deadlines which will not accommodate the more lengthy challenge process previously contemplated.

[2] In the ex parte production, Defendants should include a hard copy of the associated privilege log, cut down to address only the remaining 2021-22 FDA RFI documents over which they assert privilege. Defendants are reminded that the Court will consider sanctions if unsupported privilege objections are again asserted.

| | |
|---|---|
| Daubert Motion and Dispositive Motion deadline in TRIAL CASES | September 19, 2025 |
| Responses in opposition to Daubert Motions and Dispositive Motions in BELLWETHER trial eligible cases | October 17, 2025 |
| Replies to Daubert Motions and Dispositive Motions in Trial eligible cases | November 7, 2025 |
| Consolidated pretrial order deadline in BELLWETHER Trial eligible cases | |
| Motion in limine deadline in BELLWETHER Trial eligible cases | |
| Responses to motions in limine in BELLWETHER trial eligible cases | |
| Pretrial Conference in First Bellwether trial | |
| Final Pretrial Conference in First Bellwether trial | |
| First Bellwether Trial | January 20, 2026 |
| Second Bellwether Trial | March 3, 2026 |
| Third Bellwether Trial | May 11, 2026 |

IT IS SO ORDERED this 27th day of June, 2025.

*/s/ Leigh Martin May*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

3