# EXHIBIT 3

| | |
|---|---|
| **From:** | buffym lpm-triallaw.com |
| **To:** | Caroline D. Walker |
| **Cc:** | ecopeland@fibichlaw.com; ashley.barriere@kellerpostman.com |
| **Subject:** | RE: Paolucci Motion to Compel |
| **Date:** | Thursday, June 26, 2025 10:15:40 AM |



Good Morning Caroline,

My apologies for not getting back to you sooner, it's been a hectic week.

I'm not going to be able to meet your 2:00 pm deadline which, if I understand correctly, is tied to your need to respond to Plaintiffs' motion.

I have folks scattered all over the place taking depositions, working with experts and working on briefing various matters.

I will gather my team, carry the message and let you know as soon as I can.

Thanks,

Buffy

**From:** Caroline D. Walker <Caroline.Walker@butlersnow.com>
**Sent:** Thursday, June 26, 2025 6:36 AM
**To:** buffym lpm-triallaw.com <buffym@lpm-triallaw.com>
**Subject:** RE: Paolucci Motion to Compel

Good morning Buffy,

I'm following up on my email below. Would you please let me know by 2pm CT today whether we can reach an agreement on Paolucci and avoid the need for additional briefing on both sides?

Thank you,
Caroline

**Caroline D. Walker**
**Butler Snow LLP**
D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Caroline D. Walker
**Sent:** Tuesday, June 24, 2025 4:36 PM

**To:** 'buffym' <buffym@lpm-triallaw.com>
**Subject:** RE: Paolucci Motion to Compel

Hi Buffy,

I wanted to reach out to see if we could come to an agreement on Carolyn Paolucci. Cooper intends to oppose the motion to compel production of the Paolucci deposition in the New Jersey action. However, I think we could agree not to oppose Plaintiffs' seeking her deposition in the MDL out of time, limited to 4 hours of testimony. Let me know if we can reach that agreement and take this dispute (including Cooper's response and Plaintiffs' reply) off the table.

Happy to discuss – let me know what you think.

Thanks,
Caroline

### Caroline D. Walker
**Butler Snow LLP**
D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

**From:** Caroline D. Walker
**Sent:** Friday, June 20, 2025 4:25 PM
**To:** 'buffym' <buffym@lpm-triallaw.com>
**Subject:** Paolucci Motion to Compel

Hi Buffy,

We are in receipt of Plaintiffs' motion to compel. In it, Plaintiffs reference that "Plaintiffs would be willing to provide additional, reasonable protections" related to Ms. Paolucci's deposition. So that we can consider those and whether it changes Cooper's position, would you please let me know what Plaintiffs have in mind?

Thanks, and hope you have a nice weekend ahead.

Caroline

### Caroline D. Walker
**Butler Snow LLP**
D: (205) 297-2220 | F: (205) 297-2201
1819 Fifth Avenue North, Suite 1000, Birmingham, AL 35203
Caroline.Walker@butlersnow.com | vCard | Bio

X (Twitter) | LinkedIn | Facebook | YouTube

---

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.