IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

# **ORDER**

This case comes before the Court on Plaintiffs' Motion to Compel Production of the Deposition Transcript of Carolyn Paolucci. [Dkt. 1082]. After reviewing the parties' briefs, the Court **GRANTS** Plaintiffs' Motion in part. The Court shall permit Plaintiffs to depose Ms. Paolucci in the MDL. Plaintiffs must properly subpoena Ms. Paolucci and confer with Defendants in scheduling. The Clerk is **DIRECTED** to terminate the duplicate motion to compel pending in Mulvey-Morawiecki v. Teva Pharmaceuticals USA, Inc., et al, Case No. 1:21-cv-00483-LMM.

**IT IS SO ORDERED** this 1st day of July, 2025.

_____
**Leigh Martin May**
**United States District Judge**