# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-md-02974-LMM
## IN RE: Paragard IUD Products Liability Litigation
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 07/02/2025 via Zoom.

TIME COURT COMMENCED: 1:32 P.M.
TIME COURT CONCLUDED: 1:45 P.M.      COURT REPORTER: Montrell Vann
TIME IN COURT: 00:13                  DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

**ATTORNEY(S) PRESENT:**
Erin K. Copeland representing Plaintiffs (Co-Lead Counsel)
Christopher D. Morris representing Teva Defendants (Co-Lead Counsel)
Pamela L. Ferrell representing Teva Defendants (Co-Lead Counsel)
Caroline D. Walker representing Cooper Defendants (Co-Lead Counsel)
Kasey M. Adams representing Cooper Defendants (Co-Lead Counsel)
Allison Ng representing Defendants (Co-Liaison Counsel)
Fidelma Fitzpatrick representing Plaintiffs (PEC)
Nicole Berg representing Plaintiffs (PEC)
Buffy K. Martines representing Plaintiffs (PSC)
Hannah Pfeifler representing Plaintiffs (PSC)
Ashley Barriere representing Plaintiffs

**PROCEEDING CATEGORY:** Status Conference (Other Proceeding Non-evidentiary)
**MINUTE TEXT:** The Court held its monthly status conference. See transcript for details.
**HEARING STATUS:** Hearing Concluded