IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## <u>ORDER</u>

The Court has reviewed the parties' submissions on the discovery dispute relating to Volume 9 of the privilege log. As to the 234 documents Cooper contends that Plaintiffs likely already received in other forms, those documents must be produced. As to the 31 entries Cooper claims are not related to Paragard, the name of those documents indicates otherwise, and they must also be produced or submitted *in camera*. As to the documents Cooper claims are duplicates, if they are exact duplicates, they need not be produced. If the documents are different in any way, they must be produced. As to the 348 documents remaining, Cooper is **ORDERED** to review those documents. If they are still claiming privilege as to any of them, they are to produce them to the Court *in camera* for review. The Court will consider sanctions if the privilege claims are without basis. The documents ordered to be produced *in camera* should be done so within **7 days** of the date of this Order.

**IT IS SO ORDERED** this 8th day of July, 2025.

                                          */s/ Leigh Martin May*
                                          **Leigh Martin May**
                                          **United States District Judge**