IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

# **ORDER**

The Court has reviewed the parties' submissions on the discovery dispute relating to the 2023 IPS Audit. In response, the Court **ORDERS** Defendant to produce *in camera* to the Court within **7 days**, all documents responsive to the Court's June 10, 2025, Order, which are being withheld based on privilege. The Court will consider sanctions if the privilege claims are without basis.

To the extent that Defendants have failed to conduct a fulsome search as to other documents responsive to the Court's June 10, 2025, Order, Defendants are reminded that it is their obligation to do so. This would include searching relevant custodian files. If there are still responsive documents that are not already produced and not being submitted *in camera* as instructed above, they are **ORDERED** to be produced.

**IT IS SO ORDERED** this 8th day of July, 2025.

_____
**Leigh Martin May
United States District Judge**