IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

# ORDER

The Court has reviewed the documents Defendants submitted *in camera* as to the FDA's 2021/2022 Request for Information to CooperSurgical regarding Paragard breakage. The Court finds that the documents Defendants maintain are privileged have been properly withheld as privileged. As such, they need not be produced.

**IT IS SO ORDERED** this 8th day of July, 2025.

_____
**Leigh Martin May**
**United States District Judge**