IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM  CIVIL ACTION NOs.: |
| This document relates to: Nadia Ouellette | : : : : | 1:24-cv-05549-LMM 1:25-cv-03029-LMM |

## ORDER

This matter is before the Court on sua sponte review. It appears that Plaintiff filed a second case in MDL No. 2974 while she had a prior case pending. Thus, on June 18, 2025, the Court ordered Plaintiff to show cause within 10 days why the second-filed case should not be dismissed without prejudice.

The deadline has passed without any response. Accordingly, the second-filed case, Case No. 1:25-cv-03029-LMM, is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is additionally **DIRECTED** to terminate the second-filed case from the MDL.

**IT IS SO ORDERED** this 10th day of July, 2025.

_____
**Leigh Martin May**
**United States District Judge**