IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document Relates to All Cases** |

## CASE MANAGEMENT ORDER AND
## SEVENTH AMENDED SCHEDULING ORDER

This Order supersedes the Sixth Amended Scheduling Order for each of the deadlines identified herein. Unless expressly amended herein, the deadlines and provisions of the Fifth Amended Scheduling Order, dated June 2, 2025, continue to govern the Trial Cases.

Except as stated otherwise in this Order, nothing herein (1) is intended to eliminate any applicable provisions of the Federal Rules of Civil Procedure or local court rules; or (2) can or should be interpreted as waiving, abridging, modifying, or limiting any Parties' rights under *Lexecon v. Milberg Weiss*, 523 U.S. 26 (1998).

| Event | DATE |
|---|---|
| | |
| Deadline for Defendants to produce documents the Court orders produced | July 13, 2025 |
| Deadline for Plaintiffs to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | July 24, 2025 |

| | |
|---|---|
| Deadline for Defendants to serve all Rule 26 expert disclosure and expert reports for the TRIAL CASES; to include 3 dates each designated expert witness may be deposed and the proposed location(s) | August 18, 2025 |
| Deadline for rebuttal experts under Rule 26(a)(2)(D)(ii) in Trial pool cases; to include 3 dates rebuttal expert may be deposed and the proposed location(s) | August 25, 2025 |
| Close of expert discovery in TRIAL CASES | September 15, 2025 |
| Daubert Motion and Dispositive Motion deadline in TRIAL CASES | October 6, 2025 |
| Responses in opposition to Daubert Motions and Dispositive Motions in BELLWETHER trial eligible cases | October 27, 2025 |
| Replies to Daubert Motions and Dispositive Motions in Trial eligible cases | November 7, 2025 |
| First Bellwether Trial | January 20, 2026 |
| Second Bellwether Trial | March 3, 2026 |
| Third Bellwether Trial | May 11, 2026 |

The parties are to confer regarding the remaining deadlines that need to be added to the scheduling order in advance of the bellwether trials.

    IT IS SO ORDERED this 11th day of July, 2025.

                                            _____
                                            LEIGH MARTIN MAY
                                            UNITED STATES DISTRICT JUDGE