BUTLER | SNOW

July 15, 2025

Honorable Leigh Martin May
c/o Courtroom Deputy Brittany Poley
U.S. District Court for the Northern District of Georgia
2167 U.S. Courthouse
75 Ted Turner Drive S.W.
Atlanta, GA 30303

      Re: Paragard MDL – Defendant CooperSurgical, Inc.'s Production *In Camera* of Documents Re June 2023 IPS Audit

Dear Judge May:

    CooperSurgical, Inc. ("Cooper") submits this updated *in camera* review pursuant to the Court's July 8, 2025 Order (Doc. 1090). As such, Cooper is providing for the Court's review the handwritten notes of Fred Erny (Ulmer), prior counsel for Cooper in this litigation, from the June 2023 IPS audit, which Ulmer has only shared with Cooper's current outside counsel (i.e., not with Cooper itself). Cooper is also providing a later set of notes from Mr. Erny that may also be responsive to the Court's Order. Similarly, these notes were never shared with Cooper.

    These handwritten notes were not previously included on the privilege log pursuant to the ESI Order language that states "The following categories of documents do not need to be contained in a Producing Party's privilege log: 1. Any communications exclusively between a Producing Party and its outside counsel [or] an agent of outside counsel," and "[a]ny privileged materials or work product created by or specifically at the direction of a Party's outside counsel." (Doc. 128). To the extent the Court requires inclusion on the privilege log, Cooper agrees to update the privilege log as follows:

| PRIV LOG ID | Family Relation-ship | Custodian | All Custodians | Filename | Author | Created Date | Review - Reason for Privilege |
|---|---|---|---|---|---|---|---|
| MDL2974CSPRIV-FMENOTES00001 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Confidential Consult - FME notes of June 13, 2023.pdf | Fredrick M. Erny | 6/13/2025 | Attorney Client Privilege; Attorney Work Product Doctrine |
| MDL2974CSPRIV-FMENOTES00002 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Confidential Consult - FME notes of June 14, 2023.pdf | Fredrick M. Erny | 6/13/2025 | Attorney Client Privilege; Attorney Work |

Caroline D. Walker
T 205.297.2200   One Federal Place, Suite 1000
F 205.297.2201   1819 Fifth Avenue North
www.butlersnow.com   Birmingham, Alabama 35203

BUTLER SNOW LLP

July 11, 2025
Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | Product Doctrine |
| MDL2974CSPRIV-FMENOTES00003 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Confidential Consult - FME notes of June 15, 2023 - part 1.pdf | Fredrick M. Erny | 6/13/2025 | Attorney Client Privilege; Attorney Work Product Doctrine |
| MDL2974CSPRIV-FMENOTES00004 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Confidential Consult - FME notes of June 15, 2023 - part 2.pdf | Fredrick M. Erny | 6/13/2025 | Attorney Client Privilege; Attorney Work Product Doctrine |
| MDL2974CSPRIV-FMENOTES00005 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Confidential Consult - FME notes of June 15, 2023 - part 3.pdf | Fredrick M. Erny | 6/13/2025 | Attorney Client Privilege; Attorney Work Product Doctrine |
| MDL2974CSPRIV-FMENOTES00006 | Standalone | Ulmer & Berne LLP | Ulmer & Berne LLP; Fredrick M. Erny, Esq. | Scan.pdf | Fredrick M. Erny | 7/3/2025 | Attorney Client Privilege; Attorney Work Product Doctrine |

Though not responsive to the Court's June 10, 2025 Order (because it in no way "reflect[s] the results . . . of the audit and/or mock FDA inspection), Cooper also provides for the Court's *in camera* review the contract between Fred Erny and IPS related to the June 2023 audit.

Counsel for Cooper will be happy to answer any questions or address any of the Court's concerns regarding the privileged nature of the challenged materials.

Sincerely,

BUTLER SNOW LLP

Caroline D. Walker

Caroline D. Walker

T.Caldwl Nicole 7/31/23
Complaints - If warning letter issued, it would be [illegible] pebbles


no new [tickets?] to add over what we previously discussed
? → "can't [delete?] to prior ar points"

Nicole speaks from Aaryn

- more Turnover - out of Oaths Spoke
- + put Reece into QuerSys
- Move — bring one in to help & make these changes
  - how get established

Bill has known all day
Bill said Th. evening wrap up

{ This is what Reece & I have been seeing; it just helps to have a 3rd party reinforce

Aaryn Athas lots of travel will be a what it will be

to review maore SOPs

all SOPs need reviewed — out of date —
  eg. Calibrate the lab balance    help Reece