IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL DOCKET NO. 2974 <br><br> (1:20-md-02974-LMM) <br> This Document Relates to: <br><br> ***Melody Braxton v. Teva Pharmaceuticals USA, Inc. et al***, <br> Case No. 1:22-cv-00490 <br><br> ***Pauline Rickard v. Teva Pharmaceuticals USA, Inc. et al***, <br> Case No. 1:21-cv-03861 <br><br> ***Alisa Robere v. Teva Pharmaceuticals USA, Inc. et al***, <br> Case No. 1:22-cv-1583 |

## 5.4 CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served upon all counsel of record, the Fed.R.Civ.P. 26(a)(2)(B) Expert Disclosures in each of this MDL's bellwether matter's individual cases captioned above.

The electronic service of Plaintiffs disclosed expert reports were transmitted without disclosing confidential information as defined by the Confidential Protective Order [Doc. 36] to avoid filing the materials under seal pursuant to this Court's Standing Order Regarding Civil Litigation, the Local Rules, and the Court's Procedures for Electronic Filing Under Seal in Civil Case.

1

Dated: July 24, 2025.                    /s/ *Lee A. Floyd*
                                         Lee A. Floyd, Esq.
                                         Virginia Bar No. 88459
                                         Breit Biniazan, PC
                                         2100 East Cary Street, Suite 310
                                         Richmond, Virginia 23223
                                         Telephone:  (804) 351-9040
                                         Facsimile:   (804) 351-9170
                                         lee@bbtrial.com

                                         *Co-Counsel for Plaintiff*

                                         Erin K. Copeland, Esq.
                                         TX Bar No. 24028157
                                         Fibich Leebron Copeland & Briggs
                                         1150 Bissonnet Street
                                         Houston, Texas 77005
                                         Telephone:  (713) 751-0025
                                         Facsimile:   (713) 751-0030
                                         ecopeland@fibichlaw.com

                                         *Plaintiffs' Lead Counsel*

## CERTIFICATE OF SERVICE

I certify that I have served each of the parties listed below with a copy of this document by filing it with this Court via the CM/ECF system, which will automatically provide a copy to all attorneys of record.

Dated: July 24, 2025.                         /s/ Lee A. Floyd
                                              Lee A. Floyd, Esq.
                                              Virginia Bar No. 88459
                                              Breit Biniazan, PC
                                              2100 East Cary Street, Suite 310
                                              Richmond, Virginia 23223
                                              Telephone:  (804) 351-9040
                                              Facsimile:   (804) 351-9170
                                              lee@bbtrial.com

                                              *Co-Counsel for Plaintiff*