IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

# ORDER

The Court has reviewed the withheld documents associated with Privilege Log #9 and the 2023 IPS Audit and finds that, with the exception of those documents Defendants have since agreed to produce, the documents have been properly withheld on grounds of privilege or lack of relevance.

**IT IS SO ORDERED** this 28th day of July, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE