## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | **Master File No. 1:20-md-02974-LMM** |
| | **MDL DOCKET NO. 2974** |
| | **This document relates to all cases** |

### NOTICE OF VIDEOTAPED DEPOSITION OF DR. DAVID KESSLER

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that counsel for Defendants, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination of the following person on the date, and at the time and place set forth below:

| Deponent | Location | Date | Time |
|---|---|---|---|
| Dr. David Kessler | Motley Rice 401 9th Street NW Suite 630 Washington, D.C. 20004 | 8/6/2025 | 8:30 a.m. EST |

**PLEASE TAKE FURTHER NOTICE** that said deposition shall be videotaped and shall take place before a duly qualified Notary Public authorized to administer oaths and shall continue from day to day until completed. Said deposition shall cover all matters relevant to the subject matter of the action.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 34,

the deponent is requested to produce the documents requested on "Schedule A."

Dated: July 30, 2025

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com

***Co-Lead Counsel for the Teva
Defendants***

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5011
pamela.ferrell@butlersnow.com

***Co-Lead Counsel for the Teva
Defendants***

/s/ Caroline D. Walker
Caroline D. Walker
Butler Snow LLP
Alabama Bar No. ASB-3439-B10T
One Federal Plaza
Suite 100
1819 Fifth Avenue N.
Birmingham, AL 35203-2118
Telephone: (205) 297-2200
caroline.walker@butlersnow.com

***Co-Lead Counsel for the Cooper
Defendants***

/s/ Kasey M. Adams
Kasey M. Adams
Butler Snow LLP
Mississippi Bar No. 105025
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4413
kasey.adams@butlersnow.com

***Co-Lead Counsel for the Cooper
Defendants***

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com nga@gtlaw.com

**Co-Liaison Counsel for Defendants**

## SCHEDULE A

## DOCUMENTS TO BE PRODUCED
## IN ADVANCE OF DEPOSITION

You, the deponent, shall bring to the deposition the following documents that are in your possession, control, or custody:

1.    A copy of your complete file in this case, including without limit, all documents or other materials that you reviewed in conjunction with preparing your opinions in this case.

2.    Documents and other materials related to fees, billing, and/or time spent in connection with your opinions in this case.

3.    A copy of your up-to-date *curriculum vitae*, along with a complete list of your publications and prior testimony.

4.    All documents, including but not limited to videotapes, recordings, databases, data in any other form, work papers, and notes, whether preliminary or final, prepared by or at your direction in connection with your expected testimony, or in connection with the development of an opinion or belief, or an assessment or determination of facts, relating to this case.

5.    All reports prepared in connection with your expected testimony, or in connection with the development of an opinion or belief, or an assessment or determination of facts, relating to this case.

6.    Any reports or other documentation concerning testing done by you in connection with this case.

7.    Any and all documents which refer to, relate, record or set forth any conversations, correspondence, or communication between, among, to, or from you and any persons with knowledge of facts relating to this case, including any health care providers.

8.    Any and all documents which refer to, relate, record or set forth any conversations, correspondence, or communication between, among, to, or from and any persons concerning copper IUDs and/or your opinions in this case.

4

9.   Any and all documents, records, literature and data or information of any kind reviewed or considered by or made available to you, whether you did or did not rely on such documents, records, literature and data or information.

10.  All literature, published or unpublished, consulted by you in connection with your opinions in this case, including all literature for which you disagree with the conclusion.

11.  All depositions, pleadings, or other records of any court or administrative proceeding, that were shown to, summarized for, or otherwise made available for review to you in connection with your expected testimony in this case, or in connection with the development of an opinion or belief, or an assessment or determination, relating to this case.

12.  All photographs or other images including photos of Plaintiffs or products taken by or for you which refer or relate to your opinions in this case. Any such photographs should be clear of any obstructions, including but not limited to copyright watermarks.

13.  All materials (including protocols, interim results, reports of adverse events, informed consents, investigator brochures, final results, publications, materials and minutes for any study meeting, and communications with patients, health authorities, sponsors, investigators, or institutional review boards) relating to any clinical trial or epidemiological study concerning copper IUDs and/or your opinions in this case in which you participated in any capacity, including as an investigator, safety monitor, advisor, or study committee member.

14.  All documents or communications relating to any publications, proposed publications, or draft submissions for publication authored by you relating to copper IUDs and/or your opinions in this case.

15.  All documents or communications relating to presentations or lectures given or contributed to by you which concerned copper IUDs and/or your opinions in this case.

16.  All communications, including but not limited to emails and text messages, between other Plaintiffs' experts and yourself regarding copper IUDs and/or your opinions in this case, or related to any other topic discussed in your expert report in this matter.

17.  Copies of any letters, brochures, websites, promotions, or other documents in

which you advertise or discuss your work or availability as an expert or consultant in litigation.

18. Copies of the syllabus and texts used in any teaching setting by you for the last 10 years.

19. All transcripts of prior testimony or statements or presentations given by you in any proceeding before the Food and Drug Administration, the Drug Enforcement Agency, the United States House of Representatives, the United States Senate, Wall Street, Financial Analysis, national Pharmaceutical Association Meetings, and on local or national television.

20. A copy of your complete file in this case.

21. Any communications between you and counsel for Plaintiffs, to the extent that such communications:

    a. Relate to your compensation;

    b. Identify facts or data that you were provided and that you considered in forming your opinions; or

    c. Identify assumptions that Plaintiff's counsel provided you and that you relied on in forming your opinions.

22. Any communications between you, either individually or on behalf of an organization, and the manufacturers of Paragard from 1988 through the present.

23. Any communications between you and the family members, colleagues, and/or health care providers of the three bellwether Plaintiffs in this case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

*/s/ Christopher D. Morris*
Christopher D. Morris