IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court has reviewed Plaintiffs' responses to the Requests for Admissions. Specifically, the Court has reviewed Plaintiffs' objections to the definitions of certain terms and phrases. The rulings on these objections are as follows:

- Objections that the term "defective" is vague, ambiguous, and a legal conclusion are **SUSTAINED**

- Objections as to the meaning of "healthcare provider" are **OVERRULED**

- Objections that the term "labeling" is impermissibly vague are **SUSTAINED**

- Objections as to the meaning of "possibility" are **OVERRULED**

- Objections as to the meaning of "stuck" are **OVERRULED**

- Objections as to the meaning of "go through" are **OVERRULED**

- Objections as to the meaning of "possibility that surgery may be necessary" are **OVERRULED**

- Objections as to the meaning of "additional surgery may be required" are **OVERRULED**

- Objections that the term "the risks" is impermissibly vague and ambiguous are **SUSTAINED**

- Objections as to the meaning of "an opportunity" are **OVERRULED**

- Objections as to the meaning of "all your questions regarding Paragard" are **OVERRULED**

- Objections as to the meaning of "given the choice of an alternative method of contraceptive" are **OVERRULED**

- Objections as to the meaning of "recommendation" are **OVERRULED**

- Objections as to the meaning of "removal procedures" are **OVERRULED**

- Objections as to the meaning of "broke" are **OVERRULED**

- Objections as to the meaning of "was not fully intact" are **OVERRULED**

Plaintiffs are ordered to supplement their responses to the Requests for Admissions based on the Court's ruling within seven days of the date of this order.

**IT IS SO ORDERED** this 5th day of August, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**