IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | Master File No. 1:20-md-02974-LMM<br><br>MDL DOCKET NO. 2974<br><br>This document relates to the following case:<br><br>Melody Braxton v. Teva Pharmaceuticals USA, Inc., et al, 1:22-cv-00490<br><br>Pauline Rickard v. Teva Pharmaceuticals USA, Inc., et al, 1:21-cv-03861<br><br>Alisa Robere v. Teva Pharmaceuticals USA, Inc., et al, 1:22-cv-01583 |

## 5.4 CERTIFICATE OF SERVICE

I hereby certify on this date, I electronically served upon all counsel of record, the Federal Rules of Civil Procedure 26(a)(2)(B) Expert Disclosures in each of this MDL's bellwether matter individually case captioned above.

Dated: August 18, 2025

/s/ Christopher D. Morris
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com

**Co-Lead Counsel for the Teva Defendants**

/s/ Pamela L. Ferrell
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5011
pamela.ferrell@butlersnow.com

**Co-Lead Counsel for the Teva Defendants**

/s/ Lori G. Cohen
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com nga@gtlaw.com

**Co-Liaison Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

Dated: August 18, 2025

                                            */s/ Christopher D. Morris*
                                            Christopher D. Morris