IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | Master File No. 1:20-md-02974-LMM<br><br>MDL DOCKET NO. 2974<br><br>This document relates to all cases |
|---|---|

### NOTICE OF VIDEOTAPED DEPOSITION OF DR. LABIB GHULMIYYAH

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that counsel for Defendants, pursuant to Fed. R. Civ. P. 30, will take the deposition upon oral examination of the following person on the date, and at the time and place set forth below:

| Deponent | Location | Date | Time |
|---|---|---|---|
| Dr. Labib Ghulmiyyah | Maderal Byrne & Furst PLLC<br>2800 Ponce de Leon Boulevard<br>Suite 1100<br>Coral Gables, Florida 33134 | 9/6/2025 | 9:00 AM EST |

**PLEASE TAKE FURTHER NOTICE** that said deposition shall be videotaped and shall take place before a duly qualified Notary Public authorized to administer oaths and shall continue from day to day until completed. Said deposition shall cover all matters relevant to the subject matter of the action.

1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 34, the deponent is requested to produce the documents requested on "Schedule A."

Dated: August 22, 2025

| | |
|---|---|
| */s/ Christopher D. Morris*<br>Christopher D. Morris<br>Butler Snow LLP<br>Mississippi Bar No. 102981<br>Renaissance at Colony Park<br>Suite 1400<br>1020 Highland Colony Parkway<br>Ridgeland, MS 39158<br>Telephone: (601) 985-4437<br>chris.morris@butlersnow.com<br><br>***Co-Lead Counsel for the Teva Defendants*** | */s/ Pamela L. Ferrell*<br>Pamela L. Ferrell<br>Butler Snow LLP<br>Georgia Bar No. 596713<br>170 Peachtree Street NE<br>Suite 1900<br>Atlanta, GA 30309<br>Telephone: (678) 515-5011<br>pamela.ferrell@butlersnow.com<br><br>***Co-Lead Counsel for the Teva Defendants*** |
| */s/ Caroline D. Walker*<br>Caroline D. Walker<br>Butler Snow LLP<br>Alabama Bar No. ASB-3439-B10T<br>One Federal Plaza<br>Suite 100<br>1819 Fifth Avenue N.<br>Birmingham, AL 35203-2118<br>Telephone: (205) 297-2200<br>caroline.walker@butlersnow.com<br><br>***Co-Lead Counsel for the Cooper Defendants*** | */s/ Kasey M. Adams*<br>Kasey M. Adams<br>Butler Snow LLP<br>Mississippi Bar No. 105025<br>Renaissance at Colony Park<br>Suite 1400<br>1020 Highland Colony Parkway<br>Ridgeland, MS 39158<br>Telephone: (601) 985-4413<br>kasey.adams@butlersnow.com<br><br>***Co-Lead Counsel for the Cooper Defendants*** |

*/s/ Lori G. Cohen*
Lori G. Cohen
Allison Ng
Greenberg Traurig, LLP
Georgia Bar No. 174455
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
Telephone: (678) 553.2385
cohenl@gtlaw.com nga@gtlaw.com

***Co-Liaison Counsel for Defendants***

# **SCHEDULE A**

# **DOCUMENTS TO BE PRODUCED
IN ADVANCE OF DEPOSITION**

You, the deponent, shall produce five business days in advance of the deposition the following documents that are in your possession, control, or custody:

1. A copy of all documents and materials of any kind you reviewed in conjunction with preparing your opinions in this case.

2. All documents, including but not limited to videotapes, recordings, databases, data in any other form, work papers, and notes, whether preliminary or final, prepared by you or at your direction in connection with your expected testimony, or in connection with the development of an opinion or belief, or an assessment or determination of facts, relating to this case.

3. All documents which refer to, relate, record or set forth any conversations, correspondence, or communication between, among, to, or from you and any persons with knowledge of facts relating to this case, including any health care providers or the Plaintiffs.

4. All photographs or other images including photos of Plaintiffs or products taken by or for you which refer or relate to your opinions in this case.

5. All documents or communications relating to presentations or lectures given or contributed to by you which concerned copper IUDs and/or your opinions in this case, including your July 15, 2017 seminar entitled "IUD Contraception and Beyond" at the Lebanese Society of OBS/GYN at the Ain Wzein Medical Village.

6. Any communications between you and counsel for Plaintiffs, to the extent that such communications:

    a. Relate to your compensation;

    b. Identify facts or data that you were provided and that you considered in forming your opinions; or

    c. Identify assumptions that Plaintiff's counsel provided you and that you relied on in forming your opinions.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

                                              */s/ Christopher D. Morris*
                                              Christopher D. Morris