IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court hereby **ORDERS** that if the parties are not able to resolve the issues regarding discovery cost-shifting/sanctions, Plaintiffs must file their brief on this issue on or before November 14, 2025. Defendants must file their response on or before December 10, 2025. Plaintiffs' reply is due on or before December 23, 2025.

**IT IS SO ORDERED** this 25th day of August, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**