IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | (1:20-md-02974-LMM) |
| | ) | This Document Relates to All Cases |

# PLAINTIFFS' SECOND AMENDED NOTICE TO TAKE THE ORAL DEPOSITION OF THOMAS BERRY AND REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Thomas Berry. The deposition will take place beginning at 9:00AM EST on August 29, 2025 by zoom before a notary public or other person authorized by law to administer oaths and take depositions, or at a mutually available time and location negotiated by the parties. The deposition, if not completed on the specified date, will continue on a mutually agreeable date from day-to-day, excluding Saturdays, Sundays and court-recognized holidays, until the examination is completed. The deposition will be recorded stenographically and by video recording. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Fed. R. Civ. P.32(a).

Pursuant to Fed. R. Civ. P.34, the deponent is requested to produce within

thirty (30) days of service of this notice and, thereafter, supplement on or before the deposition date the following documents:

## **REQUEST FOR PRODUCTION**

1. All documents in Deponent's file relating to Paragard, including both paper document and electronic document files relating to deponent's expert work in this case.

2. All documents, records, information or other material reviewed and/or requested by you in preparation for deposition.

3. All documents, records, information or other material, including but not limited to electronic data such as e-mails, shown to the deponent by Ulmer & Berne, Greenberg Taurig, P.A., Butler Snow LLP, or any other lawyer representing Defendants, including Defendants' employees or other agents, even if such documents are not in the deponent's possession, in preparation for this deposition, or other testimony worldwide relating to Paragard.

4. All documents the deponent creates (or are created on his/her behalf) in preparation for this deposition.

5. Excluding privileged communications, all communications with Teva, CooperSurgical, or CooperCompanies (or their representatives) relating to Paragard safety, efficacy, or breakage, and all communications with FDA regarding Paragard, including but not limited to the June 2024 label change,

and any consulting agreements, honoraria, or advisory board records between deponent and the manufacturers (or related third parties).

6. All conflict-of-interest disclosures deponent has made in any litigation, academic publications, or CME activities regarding contraceptive device companies.

7. All documents, correspondence, or notes reflecting communications with other experts in this litigation.

8. A copy of any and all prior testimony given by Deponent, including but not limited to, deposition testimony, trial testimony, and/or FDA testimony.

9. A copy of any and all documents in Deponent's possession and control and/or available to him/her which in any way pertains to his/her training, job practices and procedures, duties, compensation and/or incentives with Defendant(s) as it pertains to Paragard.

10. Deponent's most current CV and/or resume.

11. Deponent's most current invoice for litigation-related services, hours, and payments.

Dated: August 26, 2025

_s/Erin Copeland_
Erin Copeland
TX Bar No. 24028157
**FIBICH LEEBRON COPELAND & BRIGGS**

                                                1150 Bissonnet Street
Houston, TX 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
Email: ecopeland@fibichlaw.com

*<u>Plaintiffs' Lead Counsel</u>*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025 Plaintiffs' Notice to Take the Deposition of Thomas Berry and Request for Production of Documents was served electronically on Defendants via their lead and liaison counsel.

Dated: August 26, 2025

>   */s/ Erin Copeland*
>   Erin Copeland
>   Tx Bar No. 24028157
>   **FIBICH LEEBRON COPELAND & BRIGGS**
>   1150 Bissonnet St.
>   Houston, TX 77005
>   Telephone: (713) 751-0025
>   Facsimile: (713) 751-0030
>   Email: ecopeland@fibichlaw.com
>
>   *Plaintiffs' Lead Counsel*