IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | 1:20-md-02974-LMM |
| | ) | **This Document Relates to All Cases** |

## CASE MANAGEMENT ORDER AND EIGHTH AMENDED SCHEDULING ORDER

This Order supersedes the Seventh Amended Scheduling Order for each of the deadlines identified herein.

Except as stated otherwise in this Order, nothing herein (1) is intended to eliminate any applicable provisions of the Federal Rules of Civil Procedure or local court rules; or (2) can or should be interpreted as waiving, abridging, modifying, or limiting any Parties' rights under *Lexecon v. Milberg Weiss*, 523 U.S. 26 (1998).

| Event | Date |
|---|---|
| Close of expert discovery in TRIAL CASES | September 15, 2025 |
| Parties to Meet to Determine Order of TRIAL CASES | September 22, 2025 |
| 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 1 | October 6, 2025[1] |
| Responses in opposition to 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 1 | October 27, 2025 |
| Parties to exchange suggested stipulations to facilitate meet and confer process to attempt to reach agreements prior to filing Motions in Limine | October 31, 2025 |
| Replies to 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 1 | November 7, 2025 |

---

[1] To the extent an expert deposition occurs after the close of expert discovery, the deadline for filing 702 motions, oppositions, and replies relating to that expert shall be extended by the number of days between the close of expert discovery and the date of that expert's deposition.

| | |
|---|---|
| Motions in Limine deadline in TRIAL CASE NO. 1 (max 10,000 words) | November 14, 2025 |
| Parties to Exchange for TRIAL CASE NO. 1: <ul><li>Affirmative Deposition Designations</li><li>Trial Exhibit List</li><li>Trial Witness List</li><li>Proposed Jury Instructions</li></ul> | November 21, 2025 |
| Deadline for parties to meet & confer on Motions in Limine in TRIAL CASE NO. 1 | December 5, 2025 |
| Parties to Exchange for TRIAL CASE NO. 1: Objections and Counter Deposition Designations (Completeness Counter Designations shall specifically identify the pages and lines they complete) | December 5, 2025 |
| Responses in Opposition to Motions in Limine in TRIAL CASE NO. 1 (max 10,000 words) | December 8, 2025 |
| Parties to Exchange: Objections to Counter Deposition Designations in TRIAL CASE NO. 1 | December 19, 2025 |
| Deadline for Parties to meet and confer on proposed jury instructions in TRIAL CASE NO. 1 | December 19, 2025 |
| Joint Pretrial Order in TRIAL CASE No. 1, which shall include: <ul><li>The basis of federal jurisdiction</li><li>A list of all motions or other matters that require action by the Court</li><li>A brief general statement of each party's case</li><li>Stipulations of Law and Fact</li><li>Evidentiary Stipulations</li><li>A concise statement of those issues of fact that remain to be litigated</li><li>A concise statement of those issues of law that remain for the Court to determine</li><li>Trial Exhibit Lists</li><li>Trial Witness Lists</li><li>Stipulated and Disputed Jury Instructions</li></ul> **OR** <ul><li>Whatever contents the Court directs the Parties to include</li></ul> | January 6, 2026 |

| | |
|---|---|
| Case-specific 702 Motion and Dispositive Motion deadline in TRIAL CASE NO 2 | January 5, 2026 |
| Motions in Limine deadline in TRIAL CASE NO. 2 (max 10,000 words) | January 12, 2026 |
| Responses in Opposition to Case-specific 702 Motion and Dispositive Motion deadline in TRIAL CASE NO 2 | January 20, 2026 |
| **Pretrial Conference for TRIAL CASE NO. 1** | TBD |
| **First Bellwether Trial** | **January 20, 2026** |
| Replies to Case-specific 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 2 | January 27, 2026 |
| Deadline for parties to meet & confer on Motions in Limine in TRIAL CASE NO. 2 | February 2, 2026 |
| Parties to Exchange for TRIAL CASE NO. 2**:**<br>• Affirmative Deposition Designations<br>• Trial Exhibit List<br>• Trial Witness List<br>• Proposed Jury Instructions | February 5, 2026 |
| Supplemental Motions in Limine deadline in TRIAL CASE NO. 2 (Motion and Supplemental Motion together shall not exceed 10,000 words) | February 5, 2026 |
| Parties to Exchange for TRIAL CASE NO. 2: Objections and Counter Deposition Designations (Completeness Counter Designations shall specifically identify the pages and lines they complete) | February 9, 2026 |
| Responses in Opposition to Motions in Limine in TRIAL CASE NO. 2 (max 10,000 words) | February 12, 2026 |
| Parties to Exchange:<br>Objections to Counter Deposition Designations in TRIAL CASE NO. 2 | February 12, 2026 |
| Deadline for parties to meet & confer on Supplemental Motions in Limine in TRIAL CASE NO. 2 | February 12, 2026 |
| Joint Pretrial Order in TRIAL CASE NO. 2 | February 17, 2026 |
| Responses in Opposition to Supplemental Motions in Limine in TRIAL CASE No. 2 | February 19, 2026 |
| **Second Bellwether Trial** | **March 3, 2026** |
| Case-specific 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 3 | March 17, 2026 |
| Motions in Limine deadline in TRIAL CASE NO. 3 (max 10,000 words) | March 23, 2026 |

3

| | |
|---|---|
| Responses in opposition to 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. **3** | March 31, 2026 |
| Deadline for parties to meet & confer on Motions in Limine in TRIAL CASE NO. 3 | March 31, 2026 |
| Parties to Exchange for TRIAL CASE NO. 3**:**<br>• Affirmative Deposition Designations<br>• Trial Exhibit List<br>• Trial Witness List<br>• Proposed Jury Instructions | April 3, 2026 |
| Responses in Opposition to Motions in Limine in TRIAL CASE NO. 3 (max 10,000 words) | April 7, 2026 |
| Replies to 702 Motion and Dispositive Motion deadline in TRIAL CASE NO. 3 | April 7, 2026 |
| Parties to Exchange for TRIAL CASE NO. 3: Objections and Counter Deposition Designations (Completeness Counter Designations shall specifically identify the pages and lines they complete) | April 13, 2026 |
| Parties to Exchange: Objections to Counter Deposition Designations for TRIAL CASE NO. 3 | April 23, 2026 |
| Joint Pretrial Order in TRIAL CASE NO. 3 | April 27, 2026 |
| **Third Bellwether Trial** | **May 11, 2026** |

IT IS SO ORDERED this 12th day of September, 2025.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

4