IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The parties have reported an agreement as to the order of trials. Accordingly, the Court **ORDERS** that the following will be the sequence of the bellwether trials:

1. Pauline Rickard
2. Alisa Robere
3. Melody Braxton

**IT IS SO ORDERED** this 24th day of September, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**