IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION <br><br> _____ <br><br> This Document Relates to the Master Docket | MDL DOCKET NO. 2974 <br><br> 1:20-MD-02974-LMM <br><br> Judge Leigh Martin May |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Susanna M. Moldoveanu respectfully requests this Court enter an Order permitting her to withdraw as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc. ("Defendants") as she is no longer with the law firm Butler Snow LLP. Defendants will continue to be represented by Christopher Morris, Pamela L. Ferrell, Caroline D. Walker, and Kasey M. Adams, among other attorneys, of Butler Snow LLP.

Dated: October 9, 2025    Respectfully submitted,

/s/ *Susanna M. Moldoveanu*
Susanna M. Moldoveanu
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
susanna.moldoveanu@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

Respectfully submitted this 9th day of October, 2025,

*/s/ Susanna M. Moldoveanu*
Susanna M. Moldoveanu