IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| | 1:20-MD-02974-LMM |
| This Document Relates to the Master Docket | Judge Leigh Martin May |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Nils B. Snell respectfully requests this Court enter an Order permitting him to withdraw as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc. ("Defendants") as he is no longer with the law firm Butler Snow LLP. Defendants will continue to be represented by Christopher Morris, Pamela L. Ferrell, Caroline D. Walker, and Kasey M. Adams, among other attorneys, of Butler Snow LLP.

Dated: October 9, 2025

Respectfully submitted,

/s/ Nils B. Snell
Nils B. Snell
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
Facsimile: (215) 268-5001
burt.snell@kirkland.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the

Clerk of Court using the CM/ECF system, which will automatically serve

notification of such filing to all counsel of record.


Respectfully submitted this 9th day of October, 2025,

*/s/ Nils B. Snell*
Nils B. Snell