IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION <br><br> ──────────────── <br><br> This Document Relates to the Master Docket | MDL DOCKET NO. 2974 <br><br> 1:20-MD-02974-LMM <br><br> Judge Leigh Martin May |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Kimberly G. Bueno respectfully requests this Court enter an Order permitting her to withdraw as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., and Teva Women's Health, LLC ("Defendants"). Defendants will continue to be represented by Christopher Morris, Pamela L. Ferrell, Caroline D. Walker, and Kasey M. Adams, among other attorneys, of Butler Snow LLP.

Dated: October 9, 2025

Respectfully submitted,

/s/ Kimberly G. Bueno
Kimberly G. Bueno
**KIRKLAND & ELLIS LLP**
401 W 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101
kim.bueno@kirkland.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically serve notification of such filing to all counsel of record.

Respectfully submitted this 9th day of October, 2025,

                                       */s/ Kimberly G. Bueno*
                                       Kimberly G. Bueno