AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | )  | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 2974<br>Case No.    1:20-md-02974-LMM |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Teva Pharmaceuticals USA, Inc.; Teva Women's Health, LLC; and Teva Branded Pharmaceutical Product Products R&D, Inc.                                                                                       .

Date:    10/10/2025

/s/ Rami N. Fakhouri
*Attorney's signature*

Rami Naji Fakhouri (IL Bar No. 6303267)
*Printed name and bar number*

Goldman Ismail Tomaselli Brennan & Baum LLP
200 South Wacker Drive
Floor 22
Chicago, IL 60606
*Address*

rfakhouri@goldmanismail.com
*E-mail address*

(312) 681-6000
*Telephone number*

(312) 881-5191
*FAX number*