IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

## ORDER

This case comes before the Court on motions to withdraw attorneys Susanna Moldoveanu and Nils Burton Snell as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc., and to withdraw Kimberly Gustafson Bueno as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., and Teva Women's Health, LLC. Dkt. No. [1139, 1140, 1141]. The affected defendants remain represented by other counsel.

Because the affected defendants remain represented by counsel, the Court **GRANTS** the motions. The Clerk is **DIRECTED** to terminate Susanna Moldoveanu and Nils Burton Snell as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc., and to withdraw Kimberly Gustafson Bueno as counsel of record for Defendants Teva

2

Pharmaceuticals USA, Inc., Teva Women's Health, Inc., and Teva Women's Health, LLC, as of the date of this Order.

**IT IS SO ORDERED** this 14th day of October, 2025.

_____
**Leigh Martin May
Chief United States District Judge**