OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

ATLANTA GA RPDC 302

28 AUG 2025 PM 6

US POSTAGE — PITNEY BOWES

ZIP 30303 $ 000.74⁰
02 1W
0001383857 AUG 27 2025



CLEARED DATE
OCT 14 2025
U.S. M... Service
Atlanta, GA 30303

UNABLE TO FORWARD / FOR REVIEW
0009/29/25

BC: 7036043420 DU *1355-08064-29-22

EE 1         0210/06/25
N TO SENDER
RABLE AS ADDRESSED
LE TO FORWARD
MANUAL PROC REQ   *0871-01001-28-45

UTR
70360-43420
56998>9999

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 14 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

LMM

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: PARAGARD IUD
PRODUCTS LIABILITY
LITIGATION

:
:
:
:
:
:

MDL DOCKET NO. 2974

1:20-md-02974-LMM
**This Document relates to All Cases**

## ORDER

The Court hereby **ORDERS** that if the parties are not able to resolve the issues regarding discovery cost-shifting/sanctions, Plaintiffs must file their brief on this issue on or before November 14, 2025. Defendants must file their response on or before December 10, 2025. Plaintiffs' reply is due on or before December 23, 2025.

**IT IS SO ORDERED** this 25th day of August, 2025.

*[signature]*
**Leigh Martin May**
**Chief United States District Judge**