**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

ATLANTA GA RPDC 302

25 SEP 2025 PM 8 L



US POSTAGE — PITNEY BOWES
ZIP 30303 $ 000.74
02 1W
0001383857 SEP 25 2025

CLEARED DATE
OCT 1 4 2025

U.S. Marshals Service
Atlanta, GA 30303

NIXIE         768    FE  1         0010/08/25
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 3030330999      *2745-00564-25-41

70360-434
30369>3369

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 4 2025

LMM

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2974 <br> : <br> : <br> : 1:20-md-02974-LMM <br> : **This Document relates to All Cases** |

### ORDER

The parties have reported an agreement as to the order of trials. Accordingly, the Court **ORDERS** that the following will be the sequence of the bellwether trials:

1. Pauline Rickard
2. Alisa Robere
3. Melody Braxton

**IT IS SO ORDERED** this 24th day of September, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**