OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S W
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

LMM

ATLANTA GA RPDC
30 JUL 2025 PM 7
ZIP 30303
02 1W
0001383857

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 08 2025

KEVIN P. WEIMER, Clerk
By: Matthew A, Deputy Clerk

CLEARED SECURITY
OCT 08 2025
U.S. MARSHALS SERVICE
Atlanta, Georgia

NIXIE    708    FE 1    0010/04/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 30303330999    *1817-02602-30-38

**Case: 1:20-md-02974-LMM**

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court has reviewed the withheld documents associated with Privilege Log #9 and the 2023 IPS Audit and finds that, with the exception of those documents Defendants have since agreed to produce, the documents have been properly withheld on grounds of privilege or lack of relevance.

**IT IS SO ORDERED** this 28th day of July, 2025.

*[signature]*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE