OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

LMM

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 0 8 2025

KEVIN P. WEIMER, Clerk
Matthew A. Deputy Clerk

ATLANTA GA RPDC 302
11 AUG 2025 PM 3 L



ZIP 30303
02 1W
0001383857

CLEARED SECURITY

OCT 08 2025

U.S. MARSHALS SERVICE
Atlanta, Georgia

NIXIE          708     DE 1         0010/04/2
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 30303336199        *0447-01448-11-4

Case: **1:20-md-02974-LMM**

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br>**This Document relates to All Cases** |

## ORDER

The Court has reviewed Plaintiffs' responses to the Requests for Admissions. Specifically, the Court has reviewed Plaintiffs' objections to the definitions of certain terms and phrases. The rulings on these objections are as follows:

- Objections that the term "defective" is vague, ambiguous, and a legal conclusion are **SUSTAINED**

- Objections as to the meaning of "healthcare provider" are **OVERRULED**

- Objections that the term "labeling" is impermissibly vague are **SUSTAINED**

- Objections as to the meaning of "possibility" are **OVERRULED**

- Objections as to the meaning of "stuck" are **OVERRULED**

- Objections as to the meaning of "go through" are **OVERRULED**

- Objections as to the meaning of "possibility that surgery may be necessary" are **OVERRULED**

- Objections as to the meaning of "additional surgery may be required" are **OVERRULED**

- Objections that the term "the risks" is impermissibly vague and ambiguous are **SUSTAINED**

- Objections as to the meaning of "an opportunity" are **OVERRULED**

- Objections as to the meaning of "all your questions regarding Paragard" are **OVERRULED**

- Objections as to the meaning of "given the choice of an alternative method of contraceptive" are **OVERRULED**

- Objections as to the meaning of "recommendation" are **OVERRULED**

- Objections as to the meaning of "removal procedures" are **OVERRULED**

- Objections as to the meaning of "broke" are **OVERRULED**

- Objections as to the meaning of "was not fully intact" are **OVERRULED**

Plaintiffs are ordered to supplement their responses to the Requests for Admissions based on the Court's ruling within seven days of the date of this order.

**IT IS SO ORDERED** this 5th day of August, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**

2