IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2974<br>1:20-MD-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALISA ROBERE<br>PAULINE RICKARD<br>MELODY BRAXTON | ) ) ) | 1:22-CV-01583-LMM<br>1:21-CV-03861-LMM<br>1:22-CV-00490-LMM |

## **ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to Exceed Page Limitations. For good cause shown, the Motion is **GRANTED**. Plaintiffs shall have forty (40) pages for their oppositions to Defendants' Rule 702 motions in these three bellwether cases. Plaintiffs shall have fifty-five (55) pages for their opposition to Defendants' motion for summary judgment.

**IT IS SO ORDERED** this 22nd day of October, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**