Case 1:20-md-02974-LMM   Document 1153   Filed 11/06/25   Page 1 of 3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS

LMM



ATLANTA GA RPDC 302
24 OCT 2025 PM

US POSTAGE — PITNEY BOWES
ZIP 30303 $ 000.74⁰
02 1W
0001383857 OCT 10 2025

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 0 6 2025

KEVIN P. WEIMER, Clerk
By: Matthew A. Deputy Clerk

CLEARED DATE

NOV 0 6 2025

U.S. Marshals Service
Atlanta, GA 30303

NIXIE        708    FE 1         0011/03/25
            RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
               UNABLE TO FORWARD

BC: 30303330999          *1975-01003-24-41

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2974<br><br>1:20-MD-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) ) | |
| ALISA ROBERE<br>PAULINE RICKARD<br>MELODY BRAXTON | ) ) ) | 1:22-CV-01583-LMM<br>1:21-CV-03861-LMM<br>1:22-CV-00490-LMM |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Exceed Page Limitations. For good cause shown, the Motion is **GRANTED**. Plaintiffs shall have forty (40) pages for their oppositions to Defendants' Rule 702 motions in these three bellwether cases. Plaintiffs shall have fifty-five (55) pages for their opposition to Defendants' motion for summary judgment.

**IT IS SO ORDERED** this 22nd day of October, 2025.

_____
Leigh Martin May
**Chief United States District Judge**