BC: 30303336199 *1355-04978-06-06

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

NIXIE    708 DE 1    0011/06/25

OFFICIAL BUSINESS

ATLANTA GA RPDC
15 OCT 2025 PM 2

US POSTAGE — PITNEY BOWES
ZIP 30303  $ 000.74⁰
02 1W
0001383857 OCT 15 2025

CLEARED DATE
NOV 1 0 2025
U.S. Marshals Service
Atlanta, GA 30303

708  AA 1   N  C0010/28/25
UNABLE TO FORWARD/FOR REVIEW
**C037**

BC: 70360434203 DU *0491-04636-15-46

FWD
70360-4342
70360>4342

**Case: 1:20-md-02974-LMM**

Chrystal Renee Harris
803 Lafayette Street
Houma, LA 70360

---

Electronic Filing is <u>mandatory</u> for all attorneys. If you are a bar member in good standing with the Northern District of Georgia or an attorney admitted pro hac vice, you must obtain or upgrade to an individual PACER account. You may obtain a PACER account if you do not have one at https://PACER.uscourts.gov. If you have a PACER account, log into PACER and click on *Manage Your Account* to confirm that your account type is **Upgraded PACER account**. If you have a Legacy account, you will need to complete the upgrade process.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : | MDL ACTION FILE NO. 1:20-md-02974-LMM |

## ORDER

This case comes before the Court on motions to withdraw attorneys Susanna Moldoveanu and Nils Burton Snell as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc., and to withdraw Kimberly Gustafson Bueno as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., and Teva Women's Health, LLC. Dkt. No. [1139, 1140, 1141]. The affected defendants remain represented by other counsel.

Because the affected defendants remain represented by counsel, the Court **GRANTS** the motions. The Clerk is **DIRECTED** to terminate Susanna Moldoveanu and Nils Burton Snell as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, Inc., Teva Women's Health, LLC, The Cooper Companies, Inc., and CooperSurgical, Inc., and to withdraw Kimberly Gustafson Bueno as counsel of record for Defendants Teva

Pharmaceuticals USA, Inc., Teva Women's Health, Inc., and Teva Women's Health, LLC, as of the date of this Order.

**IT IS SO ORDERED** this 14th day of October, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**