IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 2974<br>) ALL CASES<br>)<br>)<br>) CIVIL ACTION NO.<br>) 1:20-MD-02974-LMM<br>) |

**[PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR NOVEMBER 20, 2025 STATUS CONFERENCE**

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Nicole Berg, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Kasey Adams, Shayna S. Cook, Rami Fakhouri, Bridget Wholey, Kenneth Dzikowski and any other attorneys who are participating in the Status Conference in the above-styled case, scheduled to begin at 10:00 A.M. on November 20, 2025, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this __th day of November 2025.

_____
**Leigh Martin May**
**United States District Judge**