IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES  CIVIL ACTION NO. 1:20-MD-02974-LMM |

## ORDER PERMITTING ELECTRONIC EQUIPMENT FOR NOVEMBER 20, 2025 HEARING

Attorneys Erin K. Copeland, C. Andrew Childers, Fidelma Fitzpatrick, Lee Adair Floyd, Nicole Berg, Christopher David Morris, Pamela Ferrell, Caroline Dye Walker, Kasey Adams, Shayna S. Cook, Rami Fakhouri, Bridget Wholey, Kenneth Dzikowski and any other attorneys who are participating in the hearing in the above-styled case, scheduled to begin at 10:00 A.M. on November 20, 2025, in the ATLA Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said hearing.

**IT IS SO ORDERED** this 18th day of November 2025.

_____
**Leigh Martin May**
**United States District Judge**