# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-md-02974-LMM**
**IN RE: Paragard IUD Products Liability Litigation**
**Honorable Leigh Martin May**

**1:21-cv-03861-LMM**
**Rickard v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

**1:22-cv-00490-LMM**
**Braxton v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

**1:22-cv-01583-LMM**
**Robere v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 11/20/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:02 P.M.
TIME IN COURT: 3:07
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kasey Adams representing CooperSurgical, Inc |
| | Nicole Berg representing Plaintiffs |
| | Shayna Cook representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Shayna Cook representing Teva Pharmaceuticals USA, Inc. |
| | Shayna Cook representing Teva Women's Health, LLC |
| | Erin Copeland representing Plaintiffs |
| | Rami Fakhouri representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Rami Fakhouri representing Teva Pharmaceuticals USA, Inc. |
| | Rami Fakhouri representing Teva Women's Health, LLC |
| | Pamela Ferrell representing Teva Branded Pharmaceutical Products R&D, Inc. |
| | Pamela Ferrell representing Teva Pharmaceuticals USA, Inc. |
| | Pamela Ferrell representing Teva Women's Health, LLC |
| | Fidelma Fitzpatrick representing Plaintiffs |

|  |  |
|---|---|
|  | Christopher Morris representing Teva Branded Pharmaceutical Products R&D, Inc. |
|  | Christopher Morris representing Teva Pharmaceuticals USA, Inc. |
|  | Christopher Morris representing Teva Women's Health, LLC |
|  | Caroline Walker representing CooperSurgical, Inc |
|  | Bridget Wholey representing Teva Branded Pharmaceutical Products R&D, Inc. |
|  | Bridget Wholey representing Teva Pharmaceuticals USA, Inc. |
|  | Bridget Wholey representing Teva Women's Health, LLC |
|  | ** C. Andrew Childers representing Plaintiffs |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | 1:21-cv-03861-LMM, RICKARD: |
|  | [42] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | [45] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | [50] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | 1:22-cv-01583-LMM, ROBERE: |
|  | [50] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | [53] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | 1:22-cv-00490-LMM, BRAXTON: |
|  | [40] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
|  | [43] Motion for Summary Judgment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument was held on Defendants' motions for summary judgment. The motions were taken under advisement. Written order to follow. |
| HEARING STATUS: | Hearing Concluded |