# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>CAITLIN WASHBURN ADAMS<br><br><br>TEVA PHARMACEUTICALS USA, INC.;TEVA WOMEN'S HEALTH, LLC;TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC.' and COOPERSURGICAL, INC.<br><br>         Defendants | MDL DOCKET NO. 2974<br><br>Civil Action No. 1:22-cv-02846 |

## NOTICE OF APPEARANCE

Oscar M. Price, IV, with the law firm of Price Armstrong, LLC notices his appearance on behalf of the PLAINTIFF listed in the above-mentioned case.

Respectfully submitted,

*/s/ Oscar M. Price, IV*
Oscar M. Price, IV
**PRICE ARMSTRONG, LLC**
1919 Cahaba Road
Birmingham, AL 35223
Phone: 205.527.6511
oscar@pricearmstrong.com

1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Georgia, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/Oscar M. Price, IV*
                                        Attorney for Plaintiff