# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br><br>Civil Action No. 1:22-cv-02846 |

## MOTION AND PROPOSED ORDER PERMITTING ELECTRONIC EQUIPMENT FOR DECEMBER 17, 2025 HEARING

Attorney Oscar M. Price with the law firm of Price Armstrong, LLC who is participating in the Hearing in the above-styled case, scheduled to begin at 10:00 A.M. on December 17, 2025, in the ATLA Courtroom 2107, respectfully requests permission to bring in an Apple laptop computer, and personal Apple cellular phone into the Courthouse for said Status Conference.

**Respectfully submitted,**
/s/ Oscar M. Price, IV
Oscar M. Price, IV
**PRICE ARMSTRONG, LLC**
1919 Cahaba Road
Birmingham, AL 35223
Phone: 205.527.6511
oscar@pricearmstrong.com

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br><br>Civil Action No. 1:22-cv-02846 |

**[ PROPOSED] ORDER PERMITTING ELECTRONIC EQUIPMENT FOR DECEMBER 17, 2025 HEARING**

Attorney Oscar M. Price with the law firm of Price Armstrong, LLC who is participating in the Hearing in the above-styled case, scheduled to begin at 10:00 A.M. on December 17, 2025, in the ATLA Courtroom 2107, is permitted to bring in an Apple laptop computer, and personal Apple cellular phone into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this __th day of December 2025.

_____
**Leigh Martin May**
**United States District Judge**

1

## CERTIFICATE OF SERVICE

I certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the United States District Court, Northern District of Georgia, using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                             */s/Oscar M. Price, IV*
                                             Attorney for Plaintiff