# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974<br><br>Civil Action No. 1:20-md-02974-LMM |

## ORDER PERMITTING ELECTRONIC EQUIPMENT FOR DECEMBER 17, 2025 HEARING

Attorney Oscar M. Price with the law firm of Price Armstrong, LLC who is participating in the Hearing in the above-styled case, scheduled to begin at 10:00 A.M. on December 17, 2025, in the ATLA Courtroom 2107, is permitted to bring in an Apple laptop computer, and personal Apple cellular phone into the Courthouse for said Status Conference.

**IT IS SO ORDERED** this 15th day of December 2025.

_____
**Leigh Martin May**
**United States District Judge**

1