# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, | ) MDL DOCKET NO. 2974 ) ALL CASES ) |
| Plaintiffs, | ) ) CIVIL ACTION NO. ) 1:20-MD-02974-LMM ) ) |

## ORDER PERMITTING ELECTRONIC EQUIPMENT FOR DECEMBER 17, 2025 PRETRIAL HEARING

Attorneys C. Andrew Childers, Erin Copeland, Fidelma Fitzpatrick, Buffy Martines, Alexis Lilly, Destiny Shippy, Hannah Pfeifler, Molly Wells, Ed Wallace, Shayna S. Cook, Rami Fakhouri, Bridget Wholey, Nia Vogel, Kari L. Sutherland, Pamela Ferrell, Caroline Dye Walker, Kasey Adams, and any other attorneys who are participating in the Pretrial Hearing in the above-styled case, scheduled to begin at 10:00 a.m. on December 17, 2025 in the Courtroom 2107, are permitted to bring laptop computers, iPads or similar devices, and cellular phones into the Courthouse for said Meet and Confer and Status Conference.

**IT IS SO ORDERED,** this 15th day of December, 2025.

_____
**Leigh Martin May**
**Chief United States District Judge**