# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cv-03861-LMM**
**Rickard v. Teva Pharmaceuticals USA, Inc. et al**
**Honorable Leigh Martin May**

**1:20-md-02974-LMM**
**IN RE: Paragard IUD Products Liability Litigation**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 12/17/2025.

TIME COURT COMMENCED: 10:03 A.M.
TIME COURT CONCLUDED: 3:54 P.M.
TIME IN COURT: 4:46
OFFICE LOCATION: Atlanta
COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT:
Kasey Adams representing CooperSurgical, Inc
Shayna Cook representing Teva Branded Pharmaceutical Products R&D, Inc.
Shayna Cook representing Teva Pharmaceuticals USA, Inc.
Shayna Cook representing Teva Women's Health, LLC
Erin Copeland representing Pauline Rickard
Rami Fakhouri representing Teva Branded Pharmaceutical Products R&D, Inc.
Rami Fakhouri representing Teva Pharmaceuticals USA, Inc.
Rami Fakhouri representing Teva Women's Health, LLC
Pamela Ferrell representing Teva Branded Pharmaceutical Products R&D, Inc.
Pamela Ferrell representing Teva Pharmaceuticals USA, Inc.
Pamela Ferrell representing Teva Women's Health, LLC
Fidelma Fitzpatrick representing Pauline Rickard
Alexis Lilly representing Pauline Rickard
Buffy Martines representing Pauline Rickard
Kari Sutherland representing CooperSurgical, Inc
Caroline Walker representing CooperSurgical, Inc
Bridget Wholey representing Teva Branded Pharmaceutical Products R&D, Inc.
Bridget Wholey representing Teva Pharmaceuticals USA, Inc.
Bridget Wholey representing Teva Women's Health, LLC
** C. Andrew Childers representing Plaintiff
** Molly Condon Wells representing Plaintiff

| | |
|---|---|
| PROCEEDING CATEGORY: | Pretrial Conference |
| MOTIONS RULED ON: | [46] Motion to Exclude TAKEN UNDER ADVISEMENT<br>[48] Motion to Exclude TAKEN UNDER ADVISEMENT<br>[61] Motion to Exclude TAKEN UNDER ADVISEMENT<br>[68] Motion to Exclude TAKEN UNDER ADVISEMENT<br>[104] Motion in Limine TAKEN UNDER ADVISEMENT<br>[107] Motion in Limine TAKEN UNDER ADVISEMENT<br>[110] Motion in Limine TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The Court heard argument as to Defendants' motions to exclude [46, 48]; Plaintiff's motions to exclude [61, 68]; Plaintiff's motions in limine #6, #9 (misnumbered), and #11 [110]; Defendant Teva's motions in limine #10 and #12 [104]; and Defendant CooperSurgical's motion in limine #4 [107]. The motions were taken under advisement. Written orders to follow.<br>The Court requested briefing on the manufacturing defect issue.<br>The Jury Trial is set for Tuesday, January 20th. The first day of trial will begin at 9:30 a.m. All subsequent days of trial will begin at 9:00 a.m.<br>The Court accepted the parties' joint request for 10 jurors.<br>In-person pretrial conferences have been set for Monday, January 5th at 10AM and Wednesday, January 14th at 1:30 PM. The parties shall confer as to additional dates for pretrial conferences.<br>The parties are requested to confer and provide the Court with a summary of the case before trial. The summary should be filed on CM/ECF and emailed to Ms. Poley in Word format.<br>The parties shall have 45 minutes for voir dire. Defendants will split their 45 minutes. The parties may propose 5 additional questions for the Court to add to its jury background questions.<br>The parties shall confer as to the length of time for opening statements.<br>Consolidated jury charges, Plaintiff's proposed jury charges, Defendants' proposed jury charges and any objections to the opposing sides' jury charges and the parties' proposed verdict forms shall be filed on CM/ECF and emailed to Ms. Poley in Word format by noon on the Friday before trial.<br>The Court requested the parties provide a notebook of their exhibits with tabs with the exhibit number to be delivered to chambers the morning of trial.<br>The Court directed counsel to confer as to exhibits to be admitted by stipulation.<br>As to the dispute regarding how deposition testimony will be played in trial, defense counsel will file something prior to the next pretrial conference.<br>The Court denied the requests for jury questionnaires.<br>The parties are instructed to contact Ms. Poley if additional pretrial issues needing Court attention arise. The parties are directed to the transcript of the pretrial conference for additional details. |

HEARING STATUS:    Hearing Concluded