IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Pauline Rickard Alisa Robere Melody Braxton | : : : : | CIVIL ACTION NOs.: 1:21-cv-03861-LMM [61] 1:22-cv-01583-LMM [66] 1:22-cv-00490-LMM [56] |

**ORDER**

This case comes before the Court on Plaintiff's Motion to Exclude Certain Opinions of Sarah Horvath, M.D. Under Federal Rule of Evidence 702. The Court held oral argument on this Motion on December 17, 2025. During this oral argument, the parties reached an agreement as to the issues in Plaintiff's Motion. Rather than referring to a "continuum" or "spectrum," Dr. Horvath will more clearly explain that embedment and breakage are not the same thing but can be related to each other. Because the parties have agreed to resolving the Motion in this manner, Plaintiff's Motion is **DENIED as Moot**.

**IT IS SO ORDERED** this 5th day of January, 2026.

**Leigh Martin May**
**Chief United States District Judge**