AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Dana Isabel Garcia, et al. ) | MDL Docket No. 2974 | |
| *Plaintiff* ) | 1:20-md-02974-LMM | |
| v. ) | Case No. 1:26-cv-00235-LMM | |
| Teva Pharmaceuticals USA, Inc., et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Dana Isabel Garcia and Francisco Segura     .

Date:     01/21/2026

*Attorney's signature*

Daniel O'Leary (CA Bar No. 175128)
*Printed name and bar number*

2300 Westwood Blvd.
Suite 105
Los Angeles, CA 90064
*Address*

dan@danolearylaw.com
*E-mail address*

(310) 481-2020
*Telephone number*

(310) 481-0049
*FAX number*