AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Susan Siris and John Siris | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00509-LMM |
| Teva Pharmaceuticals USA, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Susan Siris and John Siris                                                                 .

Date:    02/10/2026

*Attorney's signature*

Christopher R. LoPalo (NY Bar No. 4184859)
*Printed name and bar number*

1302 Avenida Ponce de Leon
Santurce, PR 00907
*Address*

clopalo@nsprlaw.com
*E-mail address*

(212) 397-1000
*Telephone number*

(646) 843-7603
*FAX number*