AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| Megan Banta | ) | MDL Docket No. 2974 |
| --- | --- | --- |
| *Plaintiff* | ) | 1:20-md-02974-LMM |
| v. | ) | Case No.  1:26-cv-00843-LLM |
| Teva Pharmaceuticals USA, Inc. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Megan Banta                .

Date:     02/19/2026

/s/ Lynne M. Kizis
*Attorney's signature*

Lynne M. Kizis (NJ Bar No. 037831987)
*Printed name and bar number*
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095

*Address*

lkizis@wilentz.com
*E-mail address*

(732) 855-6424
*Telephone number*

(732) 726-6612
*FAX number*

Print     Save As...     Reset