UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>*Megan Banta v. Teva Pharmaceuticals USA, Inc., Teva Women's Health LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and Cooper Surgical, Inc.*<br><br>Case No. 1:26-cv-00843-LMM | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE CLERK OF COURT AND ALL PARTIES:

In accordance with Rule 83.1(E)(4) of the Local Rules of this Court, please take notice that Plaintiff Megan Banta has retained Lynne M. Kizis from the firm of Wilentz, Goldman & Spitzer, P.A. to substitute for Roger W. Orlando from The Orlando Firm, P.C. as counsel in the above-captioned matter.

All future communications should be directed to Plaintiff's new counsel, whose contact information is as follows:

>Lynne M. Kizis
>(NJ Bar# 037831987)
>lkizis@wilentz.com
>Wilentz, Goldman & Spitzer, P.A.
>90 Woodbridge Center Drive
>Suite 900, Box 10
>Woodbridge, NJ 07095
>Tel.: (732) 88-6424

Respectfully submitted this 19th day of February, 2026.

| Substitute Counsel | Former Counsel |
|---|---|
| */s/ Lynne M. Kizis* | */s/ Roger W. Orlando* |
| (NJ Bar No. 037831987) | (GA Bar No. 554295) |
| lkizis@wilentz.com | roger@orlandofirm.com |
| Wilentz, Goldman & Spitzer, PA | The Orlando Firm, PC 315 |
| 90 Woodbridge Center Drive | W. Ponce de Leon Ave. |
| Suite 900, Box 10 | Suite 400 |
| Woodbridge, NJ 07095 | Decatur, GA 30030 |
| Tel.: (732) 855-6424 | (404) 373-1800 |
| *Counsel for Plaintiff* | *Former Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Lynne M. Kizis, hereby certify that on February 19th, 2026, the foregoing Notice of Withdrawal and Substitution of Counsel was served on all counsel of record in this matter, via the Court's electronic filing system.

*/s/ Lynne M. Kizis*
Lynne M. Kizis