AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Eva Nichole Howden; Griffin Reed Lavender | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26cv00913 LMM |
| Teva Pharmaceuticals USA, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eva Nichole Howden and Griffin Reed Lavender                                                               .

Date:   02/20/2026

/s/ W. Jeffrey Vollmer
*Attorney's signature*

W. Jeffrey Vollmer
*Printed name and bar number*

300 Summers Street; Suite 1500
Charleston, WV 25301
*Address*

wjv@goodwingoodwin.com
*E-mail address*

(304) 346-7000
*Telephone number*

(304) 344-9692
*FAX number*