# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-md-02974-LMM**
IN RE: Paragard IUD Products Liability Litigation

**1:22-cv-01583-LMM**
Robere v. Teva Pharmaceuticals USA, Inc. et al
Honorable Leigh Martin May

**1:22-cv-00490-LMM**
Braxton v. Teva Pharmaceuticals USA, Inc. et al
Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 02/17/2026 via Zoom.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 3:29 P.M.        COURT REPORTER: Montrell Vann
TIME IN COURT: 00:29                   DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Nicole Berg representing Plaintiffs
Erin Copeland representing Plaintiffs
Pamela Ferrell representing Teva Branded Pharmaceutical Products R&D, Inc.
Pamela Ferrell representing Teva Pharmaceuticals USA, Inc.
Pamela Ferrell representing Teva Women's Health, LLC
Lee Floyd representing Plaintiffs
Min Koo representing Plaintiff Robere
Buffy Martines representing Plaintiffs
Christopher Morris representing Teva Branded Pharmaceutical Products R&D, Inc.
Christopher Morris representing Teva Pharmaceuticals USA, Inc.
Christopher Morris representing Teva Women's Health, LLC
Caroline Walker representing CooperSurgical, Inc
Caroline Walker representing The Cooper Companies, Inc.
** Kyle Cummins representing Teva
** Hannah Pfeifler representing Plaintiffs

| | |
|---|---|
| PROCEEDING CATEGORY: | Status Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | Status Conference held to address future bellwether trials. The 2nd bellwether trial, Robere, will be rescheduled to Fall 2026. Teva will file renewed motions for interlocutory appeal in the Robere and Braxton cases within 14 days. Plaintiffs will have 14 days to respond. The Court will consider the motions on an expedited basis. The Court instructed counsel to confer regarding additional bellwether trials and beginning case-specific discovery. |
| HEARING STATUS: | Hearing Concluded |