UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Plaintiff, Shelbie Farber-Wiechert* ) <br> *Case No. 1:24-cv-01078* ) <br> ) | Case No. 1:20-md-02974-LMM <br><br><br> JUDGE LEIGH MARTIN MAY |

## RESPONSE TO SHOW CAUSE ORDER

Comes now, Plaintiff Shelbie Farber-Wiechert, by counsel, and responds to this Court's Order to Show Cause entered February 18, 2026. Plaintiff states that she has now served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants on March 2, 2026. Because Plaintiff has now met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets, Plaintiff respectfully requests that this Court allow her case to move forward and not be dismissed.

                Respectfully Submitted

                */s/ R. Andrew Jones*
                R. Andrew Jones, Alabama Bar # 0096-i11r
                Stephen Hunt, Jr., Alabama Bar # 3621-n62h
                Cory Watson, P.C.
                2131 Magnolia Ave South
                Birmingham, AL 35205
                Phone: (205) 328-2200
                Facsimile: (205) 324-7896
                ajones@corywatson.com
                shunt@corywatson.com
                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 3, 2026 and served electronically on all counsel of record.

By: */s/ R. Andrew Jones*
R. Andrew Jones