UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Tyesha L. Bryant* *Case No. 1:23-cv-05295-LMM* | ) ) ) ) | |

## RESPONSE TO SHOW CAUSE ORDER

Comes now, Plaintiff Tyesha L. Bryant, by counsel, and responds to this Court's Order to Show Cause entered February 18, 2026. MDL ECF Dkt. No. 1184. Plaintiff states that she has now served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants on March 4, 2026. Plaintiff respectfully requests that this Court allow her case to move forward and not be dismissed, as she has met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets.

Dated: March 4, 2026

Respectfully submitted,

*/s/ Christian E. Hudson*
Christian Hudson, NY Bar # 5099395
**CUNEO GILBERT FLANNERY**
**& LADUCA, LLP**
222 Livingston Street, Unit 2
Brooklyn, NY 11201
Telephone: (202) 789-3960
Facsimile: (202) 789-1819
christian@cuneolaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 4, 2026 and served electronically on all counsel of record.

By: */s/ Christian E. Hudson*
      Christian Hudson