IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates to: 1:21-cv-03871 <br><br> JANICE DOLAN, <br><br>     PLAINTIFF, <br><br>     v. <br><br> TEVA PHARMACEUTICALS USA, INC., *et al.* <br><br>     DEFENDANTS. | MDL No. 1:20-MD-02974-LMM |

## PLAINTIFF DOLAN'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff, Janice Dolan, by and through undersigned counsel, and responds to this Court's February 18, 2026, Order to Show Cause (MDL Dkt. No. 1184). Plaintiff states that on February 20, 2026, she served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants through the Paragard MDL Portal. Because Plaintiff has now met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets, Plaintiff respectfully requests that this Court allow her case to proceed and not be dismissed.

Additionally, Plaintiff Dolan submits the following. On June 23, 2021, Plaintiff Dolan filed suit in the Superior Court of California, County of San Mateo. Attorneys of record were Timothy M. Clark and Lauren Welling of Milberg Coleman Bryson Philips Grossman, LLC. Their respective email addresses on the complaint were tclark@thesandersfirm.com and lwelling@thesandersfirm.com. The case was subsequently removed to federal court and then transferred to this MDL. Counsel of record remained Timothy M. Clark and Lauren Welling of Milberg Coleman Bryson Philips Grossman, LLC. As of December 2021, Mr. Clark was no longer associated with Milberg Coleman Bryson Philips Grossman, LLC. In 2023, Lauren Welling left Milberg Coleman Bryson Philips Grossman, LLC. However, they were still identified as counsel of record for Plaintiff Dolan.

The various iterations of the CMOs as to the submission of the PFS all generally require that Defendant's counsel "shall notify Plaintiff's attorney of record in writing via e-mail" as to certain kinds of deficiencies in a Plaintiff's PFS submission. Upon information and belief, Defendants sent one deficiency notice to just one of the two attorneys of record. On August 13, 2025, Nikita McMillian, on behalf of Defendants, sent Timothy M. Clark an email to tclark313@mac.com containing a Notice of PFS Deficiency and did not notify Lauren Welling.

On February 17, 2026, undersigned counsel filed a Notice of Appearance as additional counsel for record for Plaintiff. On February 20, 2026, Plaintiff Janice

Dolan submitted a Plaintiff Fact Sheet and e-signed authorizations through the Paragard MDL Portal.

In the interests of justice, and because no defendant was prejudiced, Plaintiff has shown just cause as to why Plaintiff's case should not be dismissed.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Janice Dolan, requests that she be removed from the Order to Show Cause as her Plaintiff Fact Sheet has been submitted to Defendants. In the alternative, Plaintiff requests to be heard on why her case should not be dismissed.

Dated: March 4, 2026                                  Respectfully submitted,

*/s/ Jon Mann*
Jonathan S. Mann
**PITTMAN, DUTTON, HELLUMS, BRADLEY & MANN, P.C.**
2001 Park Place North, Suite 1100
Birmingham, Alabama 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: jonm@pittmandutton.com

*One of the Attorneys for Plaintiff Dolan*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing document by using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the Court's system.

*/s/ Jon Mann*
Oaf Counsel