UNITED STATES DISTRICT COURT
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| IN RE: PARAGARD IUD ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:20-md-02974-LMM <br><br><br> JUDGE LEIGH MARTIN MAY |

**THIS DOCUMENT RELATES TO:**

*Plaintiff, Margaret Krol-Rude, Case No.: 1:23-cv-05713-LMM*

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now, the Plaintiff, Margaret Krol-Rude, by and through undersigned counsel, and herein responds to this Court's February 18, 2026, Order to Shaw Cause (MDL Dkt. No. 1184).

1. Plaintiff initially served her Plaintiff Fact Sheet and the required authorizations on April 10, 2024, via the Paragard MDL Portal.

2. Plaintiff's Plaintiff Fact Sheet was substantially complete at that time. Nevertheless, Defendants issued a Deficiency Notice on December 12, 2024. Notably, Defendants requested additional information for a single question on the Plaintiff Fact Sheet, as well as some additional authorizations.

3. Due to internal staffing changes, the undersigned counsel did not receive Defendants' Deficiency Notice until February 16, 2026. The undersigned immediately began addressing Defendants' alleged deficiencies.

4. On February 25, 2026, Plaintiff served electronically signed copies of her First Amended Plaintiff Fact Sheet and the accompanying authorizations.

5. On March 4, 2026, Plaintiff served a "wet-signed" copy of her First Amended Plaintiff Fact Sheet and the required authorizations.

6. Plaintiff has met all her discovery obligations pursuant to this Court's Case Management Orders relating to Plaintiff Fact Sheets and at no point in this litigation have Defendants been prejudiced or otherwise hindered in obtaining the relevant information from Plaintiff or her medical providers.

WHEREFORE, Plaintiff Margaret Krol-Rude and the undersigned respectfully request that her case be permitted to proceed and not be dismissed, and for all other relief just and proper in the premises.

Respectfully submitted,

*/s/Kristina Anderson*
Kristina Anderson, Indiana Bar #34493-49
Edward A. Wallace, Illinois Bar #6230475
Attorneys for Plaintiff

**Wallace Miller**
200 W. Madison Street, Suite 3400
Chicago, IL 60606
(312) 261-6193 Phone
(312) 275-8174 Facsimile
kja@wallacemiller.com
eaw@wallacemiller.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 5, 2026, and served electronically on all counsel of record.

      By: */s/Kristina Anderson*
      Kristina Anderson, #34493-49

**Wallace Miller**
200 W. Madison Street, Suite 3400
Chicago, IL 60606
(312) 261-6193 Phone
(312) 275-8174 Facsimile
kja@wallacemiller.com