UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Ann L. Evans* *Case No. 1:24-cv-05807-LMM* | ) ) ) | |

**RESPONSE TO SHOW CAUSE ORDER**

    Comes now, Plaintiff, Ann L. Evans, by counsel, and responds to this Court's Order to Show Cause entered February 18, 2026. Plaintiff states that she has now served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants on February 20, 2026. Because Plaintiff has now met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets, Plaintiff respectfully requests that this Court allow her case to move forward and not be dismissed.

                                                      Respectfully submitted,
                                                      PARAFINCZUK WOLF, P.A.

                                                      */s/ Rachel L. Cowen Lucuara, Esq.*
                                                      Rachel L. Cowen Lucuara #1010540
                                                      5550 Glades Road, Suite 500
                                                      Boca Raton, Florida 33431
                                                      Phone: 954-678-0263
                                                      Fax: 954-678-4122
                                                      Email: rcowen@parawolf.com
                                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026, and served electronically on all counsel of record.

By: */s/ Rachel L. Cowen Lucuara, Esq.*
Rachel S. Cowen Lucuara