UNITED STATES DISTRICT COURT
Northern District of Georgia
Atlanta Division

| | |
|---|---|
| IN RE: PARAGARD IUD<br>PRODUCTS LIABILITY LITIGATION | Case No. 1:20-md-02974-LMM<br><br>JUDGE LEIGH MARTIN MAY |

**THIS DOCUMENT RELATES TO:**

*Plaintiff, Katrina Hennings, Case No.: 1:21-cv-03791-LMM*

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now, the Plaintiff, Katrina Hennings, by and through undersigned counsel, and herein responds to this Court's February 18, 2026, Order to Shaw Cause (MDL Dkt. No. 1184).

1. Plaintiff initially served her Plaintiff Fact Sheet and the required authorizations on November 2, 2022, via the Paragard MDL Portal.

2. Plaintiff's Plaintiff Fact Sheet was substantially complete at that time. Nevertheless, Defendants issued a Deficiency Notice in July 2023. Plaintiff served her First Amended Plaintiff Fact Sheet and additional authorizations via the Paragard MDL Portal on July 20, 2023.

3. On December 12, 2024, Defendants issued a second deficiency notice in Plaintiff's case. Notably, Defendants requested **only** additional authorizations. There were no claims that Plaintiff's First Amended Plaintiff Fact Sheet was in any way deficient.

4. Due to internal staffing changes, the undersigned counsel did not receive Defendants' 2024 Deficiency Notice until February 16, 2026. The undersigned immediately began addressing Defendants' alleged deficiencies.

5. On February 25, 2026, Plaintiff served "wet-signed" copies of the requested authorizations.

6. Plaintiff has met all her discovery obligations pursuant to this Court's Case Management Orders relating to Plaintiff Fact Sheets and at no point in this litigation have Defendants been prejudiced or otherwise hindered in obtaining the relevant information from Plaintiff or her medical providers.

WHEREFORE, Plaintiff Katrina Hennings and the undersigned respectfully request that her case be permitted to proceed and not be dismissed, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/Kristina Anderson
Kristina Anderson, Indiana Bar #34493-49
Edward A. Wallace, Illinois Bar #6230475
Attorneys for Plaintiff

**Wallace Miller**
200 W. Madison Street, Suite 3400
Chicago, IL 60606
(312) 261-6193 Phone
(312) 275-8174 Facsimile
kja@wallacemiller.com
eaw@wallacemiller.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 5, 2026, and served electronically on all counsel of record.

      By: /s/Kristina Anderson
      Kristina Anderson, #34493-49

**Wallace Miller**
200 W. Madison Street, Suite 3400
Chicago, IL 60606
(312) 261-6193 Phone
(312) 275-8174 Facsimile
kja@wallacemiller.com