UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> *Plaintiff, Amy Stanwick* ) <br> *Case No. 1:22-cv-00627* ) <br> ) | Case No. 1:20-md-02974-LMM <br><br><br><br> JUDGE LEIGH MARTIN MAY |

**RESPONSE TO SHOW CAUSE ORDER**

Comes now, Plaintiff Amy Stanwick, by counsel, and responds to this Court's Order to Show Cause entered February 25, 2026 [Doc. 1190]. Plaintiff states that she has now resolved all deficiencies identified by Defendants with regard to her Plaintiff Fact Sheet and therefore has now served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants through the MDL portal. The final outstanding deficiency was resolved on March 4, 2026. Because Plaintiff has now met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets, Plaintiff respectfully requests that this Court allow her case to move forward and not be dismissed.

Additionally, Plaintiff Stanwick submits the following. Plaintiff originally provided her completed Plaintiff Fact Sheet in November 2022. In August 2023, Defendants sent their first Deficiency Letter. In response to this letter, Plaintiff provided her First Amended Plaintiff Fact Sheet addressing the issues identified therein. Subsequently, Defendants sent another Deficiency Letter identifying a new deficiency that was not included in their first letter—missing addresses for insurance carriers—and indicating that Plaintiff had failed to provide a new signed Declaration Page in support of the Amended PFS.[1] These two deficiencies identified in

---

[1] A signed Declaration Page was provided in conjunction with her original PFS.

Defendants' second letter are the reason Plaintiff Stanwick has been included in this Order to Show Cause. As indicated above, both of these minor deficiencies have now been cured.

Accordingly, because Plaintiff has now fully complied with her Plaintiff Fact Sheet obligations and because the delay in resolving the minor deficiencies at issue caused no prejudice to Defendants, Plaintiff has demonstrated good cause why her case should not be dismissed.

**WHEREFORE**, Plaintiff Amy Stanwick requests to be removed from the Order to Show Cause as she has cured all outstanding deficiencies with regard to her Plaintiff Fact Sheet. In the alternative, Plaintiff requests to be heard on why her case should not be dismissed.

Dated: March 6, 2025

                                      Respectfully Submitted

                                      */s/ Christopher Oxx*
                                      Christopher Oxx
                                      Parker Waichman, LLP
                                      6 Harbor Park Dr.
                                      Port Washington, NY 11050
                                      Tel: (516) 466-6500
                                      Email: oxx@yourlawyer.com

                                      *Attorney for Plaintiff Amy Stanwick*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026 and served electronically on all counsel of record.

By: _/s/ Christopher Oxx_
Christopher Oxx
