UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | 1:20-MD-02974-LMM<br>MDL No. 2974 |

This Document relates to: 1:24-CV-02917

CRYSTAL LANPHEAR,

       Plaintiff

vs.

TEVA PHARMACEUTICALS USA, INC., ET AL.

       Defendants.

### **PLAINTIFF CRYSTAL LANPHEAR'S RESPONSE TO ORDER TO SHOW CAUSE**

Comes now Plaintiff, Crystal Lanphear, by and through undersigned counsel, and responds to this Court's February 25, 2026, Order to Show Cause (MDL Dkt. No. 1190).

Defense counsel has confirmed that the claimed deficiency has been cured.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Crystal Lanphear, requests that she be removed from the Order to Show Cause as her claimed deficiency has been cured.

Dated: March 6, 2026

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
HARDING MAZZOTTI, LLP
1 Wall Street
Albany, NY 12205
Phone: 518-862-1200
Email: rrbparagard@1800law1010.com
NYS Bar Roll: 380552
NDNY Bar Roll No.: 506409

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan