IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEROGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2974** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE LEIGH MARTIN MAY** |
| **Plaintiff Ashley Rafols** <br> **Case No. 1:22-cv-01944-LMM** | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff Ashley Rafols, by and through undersigned counsel, and respectfully responds to the Court's February 25, 2026, Order to Shaw Cause (MDL Dkt. No. 1190).

1.  Plaintiff originally served her Plaintiff Fact Sheet and Authorizations on November 4, 2022.

2.  On January 9, 2025, Defendants issued a deficiency letter identifying certain alleged deficiencies in the Plaintiff Fact Sheet and Authorizations.

3.  Since receiving Defendants' notice, Plaintiff has worked to supplement and address the items identified.

4.  On February 25, 2026, Plaintiff served supplemental responses and updated authorizations through the MDL portal curing the alleged deficiencies identified by Defendants.

5.  Accordingly, Plaintiff has cured the alleged deficiencies and complied with the discovery obligations imposed by the Court's Plaintiff Fact Sheet Case Management Orders.

6.  Because the information requested by Defendants has now been provided, Defendants have not suffered any prejudice as a result of the timing of Plaintiff's supplemental responses. Plaintiff's case has remained in the ordinary course of the MDL and has not been set

for bellwether selection, case-specific discovery deadlines, or trial. The supplemental information provided supplies the limited details identified in Defendants' deficiency notice and allows Defendants to evaluate Plaintiff's claims, obtain records, and conduct discovery in the same manner as in any other case in this litigation.

7. Accordingly, the brief delay in supplementing the responses has not impaired Defendants' ability to defend this action or obtain the information contemplated by the Court's Plaintiff Fact Sheet Case Management Orders.

WHEREFORE, Plaintiff respectfully requests that the Court permit this case to proceed and remove Plaintiff Ashley Rafols from the Order to Show Cause.

Dated: March 6, 2026

*/s/ Robert L. Kinsman*
Robert L. Kinsman (MO #67427)
KRAUSE & KINSMAN GROUP, LLC
93 Francisco Escudero #1002
Dorado, Puerto Rico 00646
P: (816) 760-2700
F: (816) 760-2800
robert@krauseandkinsman.com
www.krauseandkinsman.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system which sent notification of such filings to all counsel of record.

                                                        s/ *Robert L. Kinsman*
                                                        Attorney for Plaintiffs