IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| This document relates to: | 1:20-md-02974-LMM |
| NICOLE BRADSHAW, | |
|     Plaintiff, | CASE NO.: _1:24-cv-00902-LMM |
|     v. | |
| TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC, THE COOPER COMPANIES, INC., COOPER SURGICAL, INC., | |
|     Defendants. | |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, NICOLE BRADSHAW, through counsel, files this Response to the Court's Order to Show Cause and in support thereof states:

Plaintiff submitted her Plaintiff Fact Sheet ("PFS"), medical records, and authorizations on January 22, 2025, through the portal and received confirmation of this submission *(Exhibit 1)*. To date, Plaintiff's Counsel has not received a notice of any deficiencies.

WHEREFORE, Plaintiff's Counsel respectfully requests that Plaintiff be removed from this Court's Order to Show Cause and not subject to dismissal.

Respectfully submitted,

Dated 03/03/2026

*/s/ Christina Feller*_____
Christina Feller (TX 24048993 FL 64809)
FERRER POIROT FELLER
2603 Oak Lawn Ave., Suite 300
Dallas, TX 75219
214- 521-4412
cfeller@lawyerworks.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 3, 2026, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

                    _/s/ Christina Feller_