# EXHIBIT 1

**Amber Whitfield**

| | |
|---|---|
| **From:** | Info@ParagardMDLPortal.com |
| **Sent:** | Wednesday, January 22, 2025 12:32 PM |
| **To:** | cohenl@gtlaw.com; nga@gtlaw.com; paragardpfssubmission@fibichlaw.com; latrice.johnston@gtlaw.com; rachel.kagan@gtlaw.com; higginsa@gtlaw.com; coveyj@gtlaw.com |
| **Cc:** | Christina Feller; Amber Whitfield; Matthew Vinson; Maria Meza; Amanda Rios; Lesley Moore |
| **Subject:** | Paragard MDL Portal - PFS Submission & Service |

A Plaintiff Fact Sheet for PGD2705: Nicole Bradshaw has been submitted and served in the Paragard MDL Portal. [Click here](#) to access the portal and view the Plaintiff Fact Sheet.

1



Welcome awhitfield@lawyerworks.com | Logout

Home   Announcements   Portal Documents   Plaintiff Search   Reports   Contact Us

| | | | | |
|---|---|---|---|---|
| **Fact Sheet Number:** | PGD2705 | **Law Firm:** | Ferrer, Poirot & Wansbrough | View Fact Sheet History |
| **Plaintiff Name:** | Bradshaw, Nicole | **Fact Sheet Status:** | Submitted: Pending Review | View Fact Sheet Versions |

- Plaintiff Information
- Plaintiff Fact Sheet
- Declaration

**PLAINTIFF INFORMATION**

First Name*: Nicole
Middle Initial:
Last Name*: Bradshaw
Suffix:

SSN*: ***-**-1005
Date of Birth*: 9/1/1991

Address:

Address 2:

City:          State:          Zip Code:

**LAWSUIT INFORMATION**

*If this is an unfiled case, enter "Unfiled Case".*

Lawsuit Case Number*: 1:24-cv-00902-LMM
Lawsuit Case Caption*: Nicole Bradshaw v. Teva P

Lawsuit Current Jurisdiction*: MDL
Lawsuit Original Jurisdiction:



© 2026 EisnerAmper



Welcome awhitfield@lawyerworks.com | Logout

Home   Announcements   Portal Documents   Plaintiff Search   Reports   Contact Us

Paragard MDL Portal



© 2026 EisnerAmper