**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **Case No. 1:20-md-02974-LMM** |
| **THIS DOCUMENT RELATES TO:** | ) ) | **JUDGE LEIGH MARTIN MAY** |
| *Plaintiff, Briane Wentworth* *Case No. 1:22-cv-00135-LMM* | ) ) ) ) | |

**<u>RESPONSE TO SHOW CAUSE ORDER</u>**

Comes now, Plaintiff, Briane Wentworth's undersigned counsel, and in accordance with this Court's February 25, 2026 Order, hereby states the following attempts to make contact with Plaintiff, Briane Wentworth (hereinafter "Wentworth"):

On or about January 7, 2021, Wentworth contracted with the undersigned to represent her in a lawsuit against the manufacturers of the Paragard IUD for injuries sustained due to her use of the product.

On or about January 17, 2022, the subject Complaint was filed with the Court. The undersigned continued to attempt contact with Wentworth to secure outstanding documents and information on the following dates: December 5, 2022, December 6, 2022, March 9, 2023, April 25, 2023, July 17, 2023, August 31, 2023, December 4, 2024, February 17, 2026, February 19, 2026, February 23, 2026, and February 24, 2026. All attempts at communications were either unreturned or did not otherwise yield successful results.

Plaintiff has fully complied with this Court's February 25, 2026 Order and respectfully requests that this Court not issue sanctions against the undersigned for Wentworth's failure of desire to proceed with her case. The undersigned will attempt to advise Wentworth of any further

Orders of this Court, including this Response, and any Orders of Dismissal should the Court order

same.

                                        Respectfully submitted,
                                        PARAFINCZUK WOLF, P.A.


                                        _/s/ Rachel Cowen Lucuara____
                                        Rachel Cowen Lucuara
                                        Fla Bar No #1010540
                                        5550 Glades Road, Suite 500
                                        Boca Raton, Florida 33431
                                        Phone: 954-678-0263
                                        Fax: 954-678-4122
                                        Email: rcowen@parawolf.com
                                        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026, and served electronically on all counsel of record.

By: */s/ Rachel Cowen Lucuara*
    Rachel Cowen Lucuara, Esq.