UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Camille Taylor* *Case No. 1:22-cv-00381-LMM* | ) ) ) | |

### RESPONSE TO SHOW CAUSE ORDER

Comes now, Plaintiff, Camille Taylor's undersigned counsel, and in accordance with this Court's February 25, 2026 Order, hereby states the following attempts to make contact with Plaintiff, Camille Taylor (hereinafter "Taylor"):

On or about January 12, 2021, Taylor contracted with the undersigned to represent her in a lawsuit against the manufacturers of the Paragard IUD for injuries sustained due to her use of the product.

On or about January 31, 2022, the subject Complaint was filed with the Court. The undersigned continued to attempt contact with Taylor to secure outstanding documents and information on the following dates: August 30, 2022, September 13, 2022, September 27, 2022, October 14, 2022, October 26, 2022, November 29, 2022, December 6, 2022, December 7, 2022, January 26, 2023, March 9, 2023, December 20, 2024, January 7, 2025, January 9, 2025, February 7, 2025, February 18, 2025, August 18, 2025, February 11, 2025, February 17, 2026, February 18, 2026, February 19, 2026, February 23, 2026, February 24, 2026. All attempts at communications were either unreturned or did not otherwise yield successful results.

Plaintiff has fully complied with this Court's February 25, 2026 Order and respectfully requests that this Court not issue sanctions against the undersigned for Taylor's failure of desire to proceed with her case. The undersigned will attempt to advise Taylor of any further Orders of this Court, including this Response, and any Orders of Dismissal should the Court order same.

>Respectfully submitted,
>PARAFINCZUK WOLF, P.A.
>
>*/s/ Rachel Cowen Lucuara*
>Rachel Cowen Lucuara
>Fla Bar No #1010540
>5550 Glades Road, Suite 500
>Boca Raton, Florida 33431
>Phone: 954-678-0263
>Fax: 954-678-4122
>Email: rcowen@parawolf.com
>*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026, and served electronically on all counsel of record.

By: */s/ Rachel Cowen Lucuara*
    Rachel Cowen Lucuara, Esq.