UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Lauren Sutton* *Case No. 1:21-cv-5001-LMM* | ) ) ) | |

## **RESPONSE TO SHOW CAUSE ORDER**

Comes now, Plaintiff, Lauren Sutton's undersigned counsel, and in accordance with this Court's February 25, 2026 Order, hereby states the following attempts to make contact with Plaintiff, Lauren Sutton (hereinafter "Sutton"):

On or about March 30, 2021, Sutton contracted with the undersigned to represent her in a lawsuit against the manufacturers of the Paragard IUD for injuries sustained due to her use of the product. Sutton provided her contact information to our office and contact was successfully made on several occasions.

On or about December 7, 2021, the subject Complaint was filed with the Court. The undersigned continued to attempt contact with Sutton to secure outstanding documents and information on the following dates: December 6, 2022, January 26, 2023, March 9, 2023, January 10, 2025, January 14, 2025, February 18, 2025, August 18, 2025, January 26, 2026, January, 27, 2026, February 17, 2026, February 18, 2026, February 19, 2026, February 23, 2026, and February 24, 2026. All attempts at communications were either unreturned or did not otherwise yield successful results.

Plaintiff has fully complied with this Court's February 25, 2026 Order and respectfully requests that this Court not issue sanctions against the undersigned for Sutton's failure of desire to proceed with her case. The undersigned will attempt to advise Sutton of any further Orders of this Court, including this Response, and any Orders of Dismissal should the Court order same.

Respectfully submitted,
PARAFINCZUK WOLF, P.A.


*/s/ Rachel Cowen Lucuara*
Rachel Cowen Lucuara
Fla Bar No #1010540
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Phone: 954-678-0263
Fax: 954-678-4122
Email: rcowen@parawolf.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026, and served electronically on all counsel of record.

                        By: */s/ Rachel Cowen Lucuara*
                               Rachel Cowen Lucuara, Esq.