UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Michelle Azula* *Case No. 1:25-cv-00079-LMM* | ) ) ) | |

### RESPONSE TO SHOW CAUSE ORDER

Comes now, Plaintiff, Michelle Azula's undersigned counsel, and in accordance with this Court's February 18, 2026 Order, hereby states the following attempts to make contact with Plaintiff, Michelle Azula (hereinafter "Azula"):

On or about January 13, 2021, Azula contracted with the undersigned to represent her in a lawsuit against the manufacturers of the Paragard IUD for injuries sustained due to her use of the product.

On or about January 8, 2025, the subject Complaint was filed with the Court. The undersigned continued to attempt contact with Azula to secure outstanding documents and information on the following dates: January 14, 2025, April 10, 2025, July 9, 2025, July 18, 2025, August 4, 2025, August 19, 2025, February 11, 2026, February 17, 2026, February 18, 2026, February 19, 2026, February 23, 2026, and February 24, 2026. All attempts at communications were either unreturned or did not otherwise yield successful results.

Plaintiff has fully complied with this Court's February 18, 2026 Order and respectfully requests that this Court not issue sanctions against the undersigned for Azula's failure of desire to

proceed with her case. The undersigned will attempt to advise Azula of any further Orders of this Court, including this Response, and any Orders of Dismissal should the Court order same.

        Respectfully submitted,
        PARAFINCZUK WOLF, P.A.

        */s/ Rachel Cowen Lucuara*
        Rachel Cowen Lucuara
        Fla Bar No #1010540
        5550 Glades Road, Suite 500
        Boca Raton, Florida 33431
        Phone: 954-678-0263
        Fax: 954-678-4122
        Email: rcowen@parawolf.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 6, 2026, and served electronically on all counsel of record.

By: */s/ Rachel Cowen Lucuara*
Rachel Cowen Lucuara, Esq.