**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2974 |
| This document relates to: | 1:20-md-02974-LMM |
| NICOLE BRADSHAW, | |
| Plaintiff, | CASE NO.: _1:24-cv-00902-LMM |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC, THE COOPER COMPANIES, INC., COOPER SURGICAL, INC., | |
| Defendants. | |

**PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiff submits this Reply in response to Defendants' "Response to Plaintiff's Response to the Court's Order to Show Cause."

Plaintiff timely submitted her Plaintiff Fact Sheet on January 22, 2025. Defendants state that they transmitted a deficiency letter on February 7, 2025, identifying issues with certain authorizations. While that correspondence was received by Plaintiff's counsel, it was inadvertently overlooked due to an internal administrative oversight.

Upon becoming aware of the issue through Defendants' filing and the Court's Order to Show Cause, Plaintiff promptly reviewed the authorizations and has taken steps to cure the identified deficiencies. Corrected authorizations have now been provided to Defendants.

WHEREFORE, Plaintiff's Counsel respectfully requests that Plaintiff be removed from

this Court's Order to Show Cause and not subject to dismissal.

Respectfully submitted,

Dated 03/09/2026                              */s/ Christina Feller*_____
                                             Christina Feller (TX 24048993 FL 64809)
                                             FERRER POIROT FELLER
                                             2603 Oak Lawn Ave., Suite 300
                                             Dallas, TX 75219
                                             214- 521-4412
                                             cfeller@lawyerworks.com
                                             *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2026, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System which will automatically send email notification of such filing to all attorneys of record.

*/s/ Christina Feller*