UNITED STATED DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
Atlanta Division

| | | |
|---|---|---|
| IN RE: PARAGARD IUD<br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>*Carol Chambers; 1:22-cv-04593-LMM* | §<br>§<br>§<br>§<br>§<br>§<br>§ | MDL NO. 2974<br><br>1:20-md-2974-LMM |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now, Plaintiff Carol Chambers, by and through undersigned counsel, and hereby responds to the Court's February 25, 2026, Order to Show Cause [Doc. 1190] as follows:

1. Plaintiff initially served her Plaintiff Fact Sheet ("PFS"), along with the required authorizations and medical records, on March 15, 2023, via the Paragard MDL Portal.

2. Plaintiff's PFS was substantially complete at that time. Nonetheless, on November 27, 2024, nearly two (2) years after Plaintiff served her PFS, Defendants issued a Notice of Deficient Authorization ("Deficiency Notice").

3. Due to a clerical error, the deadline to respond to the original Deficiency Notice was not calendared, and it was not until the Court's Order to Show Cause was docketed on February 25, 2026, that the undersigned was aware of the outstanding deficiency asserted by Defendants.

4. While Plaintiff disputes that the Authorization identified by Defendants was actually "deficient" pursuant to the Second PFS CMO, Plaintiff nonetheless served a revised Authorization via the Paragard MDL portal, and notified Defendants of such via email, on February 26, 2026.

5. Plaintiff has met all of her discovery obligations pursuant to this Court's Case Management Orders relating to Plaintiff Fact Sheets and at no point in this litigation have Defendants been prejudiced or otherwise hindered in obtaining the relevant information from Plaintiff or her medical providers.

WHEREFORE, Plaintiff Carol Chambers and the undersigned respectfully request that Plaintiff's case be removed from this Court's Order to Show Cause and that her case be permitted to proceed and not subject to dismissal.

Dated: March 10, 2026

Respectfully submitted,

/s/ *Jennifer Nolte*
**ALLEN & NOLTE, PLLC**
John H. Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive,
Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Jennifer Nolte*
Jennifer Nolte