UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | 1:20-md-02974-LMM<br>MDL No. 2974 |
| ***THIS DOCUMENT RELATES TO:*** | CIVIL ACTION No. 1:24-cv-02372-LMM |
| BROOKE LOBELL<br>     Plaintif | |
| vs. | |
| TEVA PHARMACEUTICALS USA, INC., ET AL.<br>     Defendants | |

## RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff, Brooke Lobell, by and through undersigned counsel, and responds to this Court's Order to Show Cause filed on February 25, 2026 (Dkt. No. 1190).

Defense counsel has confirmed that the Order to Show Cause is moot as to this case, as the Plaintiff submitted an amended Plaintiff Fact Sheet on February 27th to cure the claimed deficiencies.

WHEREFORE, Plaintiff, Brooke Lobell, respectfully requests that she be removed from the Order to Show Cause.

Dated:  March 10, 2026            Respectfully Submitted by:

/s/ Mackenzi L. Saucier
Mackenzi L. Saucier (LA Bar No. 40937)
Betsy J. Barnes (La. Bar No. 19473)
John C. Enochs (La. Bar No. 22774)
**MORRIS BART, L.L.C.**
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Fax: (504) 599-3380
msaucier@morrisbart.com
bbarnes@morrisbart.com
jenochs@morrisbart.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I electronically filed the foregoing document to the Clerk of Court using the ECF system which sent notifications of such filings to all counsel of record. Parties may access this filing through the court's system.

Dated:  March 10, 2026                              Respectfully Submitted by:


/s/ Mackenzi L. Saucier
Mackenzi L. Saucier (LA Bar No. 40937)
Betsy J. Barnes (La. Bar No. 19473)
John C. Enochs (La. Bar No. 22774)
**MORRIS BART, L.L.C.**
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Fax: (504) 599-3380
msaucier@morrisbart.com
bbarnes@morrisbart.com
jenochs@morrisbart.com
*Attorneys for Plaintiff*