# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br><br>This Document Relates to Case Nos. 1:22-cv-02163; 1:21-cv-0291; 1:21-cv-02913; 1:21-cv-03499; 1:22-cv-00421; 1:23-cv-00097; 1:21-cv-05251; 1:22-cv-04624; 1:23-cv-02453; 1:24-cv-02165; 1:22-cv-03467-LMM |

## RESPONSE TO SHOW CAUSE ORDER

Plaintiffs Christina O, Courtney Novotny, Philimena Nyemah, Khemistree Olivia, Sherita Owensby, Leah Pagnozzi, Theresa McCurdy, Charlena Coleman, Holly Richard, Nadine Rivera, and Tiphani Moore (collectively, "Plaintiffs"), by and through their undersigned counsel, and in accordance with this Court's February 25, 2026, Order to Show Cause, Dkt. No. 1190 ("Show Cause Order") submit this response on the respective status of each Plaintiff's purported Plaintiff Fact Sheet deficiencies giving rise to the entry of the Show Cause Order:

### Plaintiff Christina O (Case No. 1:22-cv-02163-LMM)

Plaintiff Christina O's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Proprietary Insurance Authorization Needed for Specific Provider; and,
- Proprietary Medical Authorization Needed for Specific Medical Provider

1

On March 5th, 2026, Plaintiff Christina O submitted executed copies of these proprietary authorizations into the Plaintiff Fact Sheet portal and cured the alleged deficiencies.

Accordingly, Plaintiff Christina O has resolved the issues underpinning her inclusion on the Show Cause Order, and her case should not be dismissed.

### Plaintiff Courtney Novotny (Case No. 1:21-cv-02911-LMM)

Plaintiff Courtney Novotny's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Authorization for Release of Worker's Compensation Records (CMO PFS Form A-7).

On February 26, 2026, Plaintiff Courtney Novotny submitted an executed copy of Authorization for Release of Worker's Compensation Records (CMO PFS Form A-7) into the Plaintiff Fact Sheet portal and cured the alleged deficiency.

Accordingly, Plaintiff Courtney Novotny has resolved the issues underpinning her inclusion on the Show Cause Order, and her case should not be dismissed.

### Plaintiff Philimena Nyemah (Case No. 1:21-cv-02913-LMM)

Plaintiff Philimena Nyemah's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Section VI(D)(1)(c) of the Plaintiff Fact Sheet: Plaintiff failed to indicate what she "saw or read" on the site(s) she visited;
- Medical Authorization for each HCP identified in Sections III-V of Plaintiff's PFS (CMO PFS Authorization Form A-1);
- Plaintiff did not provide an insurance authorization addressed to a specific insurance carrier (CMO PFS Form A-5);
- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6).

On March 3rd, 2026, Plaintiff Philimena Nyemah Plaintiff supplemented her PFS to address the purported missing information of Section VI(D)(1)(c), Plaintiff

2

submitted an executed copy Medical Authorization for each HCP identified in Sections III-V of Plaintiff's PFS (CMO PFS Authorization Form A-1), Plaintiff provided insurance authorizations addressed to specific insurance carriers. (CMO PFS Form A-5), Plaintiff submitted an executed copy Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6) into the Plaintiff Fact Sheet portal and cured the alleged deficiencies.

Accordingly, Philimena Nyemah has resolved the issues underpinning her inclusion on the Show Cause Order, and her case should not be dismissed.

### Plaintiff Khemistree Olivia (Case No. 1:21-cv-03499-LMM)

Plaintiff Khemistree Olivia 's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Request for Copy of Tax Return;
- Proprietary insurance authorization.

On March 5th, 2026, Plaintiff Khemistree Olivia submitted an executed copy of Request for Copy of Tax Return and an executed copy of the proprietary insurance authorization into the Plaintiff Fact Sheet portal and cured the alleged deficiencies.

Accordingly, Plaintiff Khemistree Olivia has resolved the issues underpinning her inclusion on the Show Cause Order, and her case should not be dismissed.

### Plaintiff Sherita Owensby (Case No. 1:22-cv-00421-LMM)

Plaintiff Sherita Owensby's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Proprietary insurance authorization.

On March 3rd, 2026, Plaintiff Sherita Owensby submitted an executed copy of the proprietary insurance authorization into the Plaintiff Fact Sheet portal and cured the alleged deficiency.

Accordingly, Plaintiff Sherita Owensby has resolved the issues underpinning her inclusion on Show Cause Order, and her case should not be dismissed.

### Plaintiff Leah Pagnozzi (Case No. 1:23-cv-00097-LMM)

Plaintiff Leah Pagnozzi's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6); and,
- Request for Copy of Tax Return.

On March 3rd, 2026, Plaintiff Leah Pagnozzi submitted an executed copy of Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6) and the Request for Copy of Tax Return into the Plaintiff Fact Sheet portal and cured the alleged deficiencies.

Accordingly, Plaintiff Leah Pagnozzi has resolved the issues underpinning her inclusion Show Cause Order, and her case should not be dismissed.

### Plaintiff Theresa McCurdy (Case No. 1:21-cv-05251-LMM)

Plaintiff Theresa McCurdy's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Section V (S): Plaintiff failed to provide a complete response;
- Plaintiff provided no insurance authorizations nor identified insurance providers in PFS (CMO PFS Form A-5); and,
- Authorization for Release of Medicaid Records using the correct state-specific form (CMO PFS Form A-6).

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to address the issues contained in the deficiency letter, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order. Given that Plaintiff has already submitted a largely complete Plaintiff Fact Sheet and the purported deficiencies only relate to insurance authorizations and Medicaid authorizations, Plaintiff's Counsel

4

respectfully request a 21-day extension so that Plaintiff's Counsel can continue to seek Plaintiff's compliance.

### Plaintiff Charlena Coleman (Case No. 1:22-cv-04624-LMM)

Plaintiff Charlena Coleman's Counsel received a deficiency letter via email from Defendants on November 21, 2024. The deficiency letter identified the following issues:

- Section II(Q): Plaintiff failed to identify any insurance providers;
- Section IV(A)(3): Plaintiff failed to identify whether "any Health Care Provider informed You that any injury identified in Section IV.A.2 above was caused by, or related to, Your Paragard";
- Section IV(A)(4): Plaintiff failed to identify "[f]or each injury You claim was caused by a Paragard, have you ever had the same injury before the Paragard that is the subject of Your Lawsuit was placed in You?";
- Section V(G): Failure to Identify Health Care Provider
- section V(I): Failure to Provide Health Care Facility Address
- Authorization for Release of Insurance Records and failure to identify any insurance carriers in the PFS (CMO PFS Form A5).

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to address the issues contained in the deficiency letter, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order.

### Plaintiff Holly Richard (Case No. 1:23-cv-02453-LMM)

Plaintiff Holly Richard's Counsel received a deficiency letter via email from Defendants on August 21, 2025. The deficiency letter identified the following issues:

- Updated authorizations because Health Care Provider does not accept electronic authorizations.

On March 3rd, 2026, Plaintiff Holly Richard submitted an executed handwritten copy of authorizations and photo identification to the Health Care Provider into the Plaintiff Fact Sheet portal and cured the alleged deficiencies.

Accordingly, Plaintiff Holly Richard has satisfied the issues underpinning her inclusion Show Cause Order, and her case should not be dismissed.

### Plaintiff Nadine Rivera (Case No. 1:24-cv-02165-LMM)

Plaintiff's Counsel never received a deficiency letter from Defendants regarding Ms. Rivera before the entry of the Show Cause Order. After inquiry with Defendants, it was discovered that Ms. Rivera's deficiency letter was sent to the wrong firm. Defendants represented to Plaintiff's Counsel that Ms. Rivera would be removed from the Show Cause Order due to this error.

Plaintiff's Counsel is working with Plaintiff to resolve any deficiencies identified in Ms. Rivera's updated deficiency letter.

### Plaintiff Tiphani Moore (Case No. 1:22-cv-03467-LMM)

Plaintiff Tiphani Moore's Counsel received a deficiency letter via email from Defendants on December 19, 2024. The deficiency letter identified the following issues:

- Plaintiff failed to provide information in the following sections of her PFS: section II(H), section II(K), section II(O), section II(Q), section III(A), section III(D), section IV(A), section V(C), section V(D), section V(E), section V(F), section V(G), section V(J), and section V(O).

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to address the issues contained in the deficiency letter, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order.

### CONCLUSION

For the foregoing reasons, Plaintiffs' Counsel respectfully requests that the Court remove the Plaintiffs who have resolved the purported deficiencies from its Show Cause Order. Plaintiffs' Counsel requests that the Cout provide extensions for those Plaintiffs who have not complied with the Show Cause Order despite Plaintiffs' Counsel's best efforts.

Dated: March 10, 2026                    Respectfully submitted,

*/s/ Fidelma L. Fitzpatrick*
Fidelma Fitzpatrick, Esq.
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com


**Attorney for all Plaintiffs**


*/s/ Basil E. Adham*
Basil E. Adham
TX State Bar No. 24081742
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Email: paragard@johnsonlawgroup.com

**Attorney for Plaintiffs Charlena Coleman, Holly Richard, Nadine Rivera, and Tiphani Moore**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 10, 2026, and served electronically on all counsel of record.

By: */s/ Fidelma Fitzpatrick*

Fidelma Fitzpatrick, Esq.
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com