UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br><br>YUN LU<br>  Plaintiff<br><br>vs.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL.<br>  Defendants | 1:20-md-02974-LMM<br>MDL No. 2974<br><br><br>CIVIL ACTION No. 1:24-cv-02418-LMM |

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now Plaintiff, Yun Lu, by and through undersigned counsel, and responds to this Court's Order to Show Cause filed on February 25, 2026 (Dkt. No. 1190).

Defense counsel has confirmed that the Order to Show Cause is moot as to this case, as the Plaintiff submitted an amended Plaintiff Fact Sheet on February 24th to cure the claimed deficiencies.

WHEREFORE, Plaintiff, Yun Lu, respectfully requests that she be removed from the Order to Show Cause.

Dated:  March 10, 2026         Respectfully Submitted by:

/s/ Mackenzi L. Saucier
Mackenzi L. Saucier (LA Bar No. 40937)
Betsy J. Barnes (La. Bar No. 19473)
John C. Enochs (La. Bar No. 22774)
**MORRIS BART, L.L.C.**
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Fax: (504) 599-3380
msaucier@morrisbart.com
bbarnes@morrisbart.com
jenochs@morrisbart.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, I electronically filed the foregoing document to the Clerk of Court using the ECF system which sent notifications of such filings to all counsel of record. Parties may access this filing through the court's system.

Dated:  March 10, 2026　　　　　　　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　　　/s/ Mackenzi L. Saucier
　　　　　　　　　　　　　　　　　　　　　Mackenzi L. Saucier (LA Bar No. 40937)
　　　　　　　　　　　　　　　　　　　　　Betsy J. Barnes (La. Bar No. 19473)
　　　　　　　　　　　　　　　　　　　　　John C. Enochs (La. Bar No. 22774)
　　　　　　　　　　　　　　　　　　　　　**MORRIS BART, L.L.C.**
　　　　　　　　　　　　　　　　　　　　　601 Poydras Street, 24th Floor
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 525-8000
　　　　　　　　　　　　　　　　　　　　　Fax: (504) 599-3380
　　　　　　　　　　　　　　　　　　　　　msaucier@morrisbart.com
　　　　　　　　　　　　　　　　　　　　　bbarnes@morrisbart.com
　　　　　　　　　　　　　　　　　　　　　jenochs@morrisbart.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*