UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE LEIGH MARTIN MAY |
| *Plaintiff, Maria de Lordes Alto Soto* *Case No. 1:21-cv-03343* | ) ) | |

**RESPONSE TO SHOW CAUSE ORDER**

Comes now, Plaintiff Maria de Lordes Alto Soto, by counsel, and responds to this Court's Order to Show Cause entered February 25, 2026 [Doc. 1190]. Plaintiff states that she has now resolved all deficiencies identified by Defendants with regard to her Plaintiff Fact Sheet and therefore has now served a completed Plaintiff Fact Sheet along with the required authorizations upon Defendants through the MDL portal. The final outstanding deficiency was resolved on March 6, 2026. Because Plaintiff has now met her discovery obligations pursuant to this Court's Case Management Orders on Plaintiff Fact Sheets, Plaintiff respectfully requests that this Court allow her case to move forward and not be dismissed.

Additionally, Plaintiff Alto Soto submits the following. Plaintiff originally provided her completed Plaintiff Fact Sheet in December 2022. In September 2024, Defendants sent their first Deficiency Letter. In response to this letter, Plaintiff provided additional authorizations via the MDL portal, addressing the issues outlined in Defendants' first Deficiency Letter. These authorizations provided included an authorization for the release Medicaid records from the State of Illinois. Subsequently, Defendants sent another Deficiency Letter identifying a deficiency on the already provided authorization for the release of Medicaid records from the State of Illinois related to filling in Plaintiff's name and Defendants' address for the release of records that they

may be requesting with the authorization. The deficiency identified in Defendants' second letter are the reason Plaintiff Alto Soto has been included in this Order to Show Cause. As indicated above, this minor deficiency has now been cured.

Accordingly, because Plaintiff has now fully complied with her Plaintiff Fact Sheet obligations and because the delay in resolving the minor deficiencies at issue caused no prejudice to Defendants, Plaintiff has demonstrated good cause why her case should not be dismissed.

**WHEREFORE**, Plaintiff Maria de Lourdes Alto Soto requests to be removed from the Order to Show Cause as she has cured all outstanding deficiencies with regard to her Plaintiff Fact Sheet. In the alternative, Plaintiff requests to be heard on why her case should not be dismissed.

Dated: March 10, 2025

                                                      Respectfully Submitted

                                                     */s/ Carrie Myers*
Carrie Myers, Esq.
Cohen Hirsch, LP
5256 Peachtree Rd. Suite 195-E Atlanta, GA 30341
Phone: 678-268-4683
Fax: 678-669-1520
Email: clientcare@cohenhirsch.com

*Attorney for Plaintiff Maria de Lourdes Alto Soto*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on March 10, 2026 and served electronically on all counsel of record.

                                           By: */s/ Carrie Myers*
                                                  Carrie Myers

Case 1:20-md-02974-LMM   Document 1213   Filed 03/10/26   Page 3 of 3