UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILTY LITIGATION | : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: | : : | |
| GRACE PUTKA AHLQVIST and KARL AHLQVIST        Plaintiffs | : : : : | |
| Civil Action No.:    22-cv-03993 | : : | |

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Come now the Plaintiffs Grace Putka Ahlqvist and Karl Ahlqvist, by and through undersigned counsel, and herein responds to this Court's Order to Show Cause entered February 25, 2026 (MDL Dkt. No. 1190).

1. Plaintiffs initially served the Plaintiff Fact Sheet, medical records, and required authorizations on February 6, 2023.

2. Plaintiffs' Plaintiff Fact Sheet was substantially complete at that time.

3. Defendants now contend the Plaintiff Fact Sheet is deficient based on two questions which were not completed because they were not applicable at the time of submission. The only other "deficiency" claimed were requests for additional specific authorizations in addition to those Plaintiffs already provided and the marked responses to the Document Requests.

4. On March 11, 2026, Plaintiffs cured the claimed deficiencies.

WHEREFORE, Plaintiffs Grace Putka Ahlqvist and Karl Ahlqvist respectfully request that the instant case be permitted to move forward and not be dismissed.

Dated:  March 11, 2026

                Respectfully Submitted,

                /s/  Marilyn T. McGoldrick
                Marilyn T. McGoldrick, MA BBO#561766
                THORNTON LAW FIRM LLP
                State Street Financial Center
                84 State Street, 4th Fl
                Boston, MA  02109
                (617) 720-1333
                (617) 720-2445 (Fax)
                mmcgoldrick@tenlaw.com
                Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I, Marilyn McGoldrick, hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court and Defendant's counsel by electronic service on March 11, 2026.

                /s/ Marilyn T. McGoldrick
                Marilyn T. McGoldrick