# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL Case No. 1:20-md-02974 |
| Maiya McCoy | Individual Case No. 1:23-cv-05661 |
| v. | |
| Teva Pharmaceuticals USA, Inc., et al. | |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Maiya McCoy submits this response to the Court's Order to Show Cause entered on February 25, 2026 (ECF No. 1190).

On April 12, 2024, Plaintiff served her Plaintiff Fact Sheet with required authorizations and responsive documents.

On December 20, 2024, Defendants served a deficiency letter by email to the undersigned. The only alleged deficiency related to the failure to produce a single authorization, which, as discussed below, is not required by the PFS or implementing Orders. Defendants never sent any follow-up communication to the undersigned prior to the filing of the Order to Show Cause.

Due to a clerical error, the deadline to respond to the original Deficiency Notice was not calendared, and it was not until the Court's Order to Show Cause was docketed on February 25, 2026, that the undersigned was aware of the outstanding deficiency asserted by Defendants. The only deficiency raised by Defendants related to the alleged failure to serve a Ohio-specific Medicaid authorization. However, the Plaintiff Fact Sheet and implementing Orders do not contain an Ohio-specific Medicaid authorization, so a standard Medicaid

authorization was produced instead. Therefore, Plaintiff maintains that her original PFS submission was sufficient and there are no deficiencies. Regardless, Plaintiff will produce an Ohio-specific Medicaid authorization that Defendants provided.

Plaintiff's counsel conferred with counsel for Defendants, and Defendants to not oppose allowing an additional 21 days for Plaintiff to provide the requested authorization.

For these reasons, Plaintiff requests that the Court remove her case from the Order to Show respectfully request that Plaintiff's case be removed from this Court's Order to Show Cause and that her case be permitted to proceed and not subject to dismissal.

Dated:  March 11, 2026                             Respectfully submitted,

                                                                 /s/ Patrick K. Lyons
Patrick K. Lyons
ASHCRAFT & GEREL, LLP
1825 K Street NW, Suite 700
Washington, DC 20006
[P]: (703) 824-4762
[E]: plyons@ashcraftlaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, March 11, 2026, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the Northern District of Georgia. A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

/s/ Patrick K. Lyons
Patrick K. Lyons

Counsel for Plaintiff