## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL Case No. 1:20-md-02974 |
| Dana Pullin | Individual Case No. 1:23-cv-05662 |
| v. | |
| Teva Pharmaceuticals USA, Inc., et al. | |

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Dana Pullin submits this response to the Court's Order to Show Cause entered on February 25, 2026 (ECF No. 1190).

On April 12, 2024, Plaintiff served her Plaintiff Fact Sheet with required authorizations and responsive documents.

On January 9, 2025, Defendants served a deficiency letter by email to the undersigned. There were only two minor deficiencies alleged, and Defendants never sent any follow-up communication to the undersigned prior to the filing of the Order to Show Cause.

Due to a clerical error, the deadline to respond to the original Deficiency Notice was not calendared, and it was not until the Court's Order to Show Cause was docketed on February 25, 2026, that the undersigned was aware of the outstanding deficiency asserted by Defendants.

After the entry of the Order, Plaintiff promptly responded to the deficiencies, and Defendants have confirmed that the deficiencies have been cured.

For these reasons, Plaintiff requests that the Court remove her case from the Order to Show respectfully request that Plaintiff's case be removed from this Court's Order to Show Cause and that her case be permitted to proceed and not subject to dismissal.

Dated:  March 11, 2026                    Respectfully submitted,

                                          _/s/ Patrick K. Lyons_____
                                          Patrick K. Lyons
                                          ASHCRAFT & GEREL, LLP
                                          1825 K Street NW, Suite 700
                                          Washington, DC 20006
                                          [P]: (703) 824-4762
                                          [E]: plyons@ashcraftlaw.com

                                          Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this day, March 11, 2026, a true and correct copy of the foregoing was filed electronically with the Case Management/Electronic Filing System (CM/ECF) for the U.S. District Court for the Northern District of Georgia.  A notice of electronic filing will be served on all parties by operation of the Court's CM/ECF system.

*/s/ Patrick K. Lyons*
Patrick K. Lyons

Counsel for Plaintiff
