# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DENEKA BLUITT,<br><br>*Plaintiff*,<br>v.<br>TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC.; THE COOPER COMPANIES, INC.; and COOPERSURGICAL, INC.,<br><br>*Defendants*. | MDL No. 2974<br>Master Docket No. 1:20-md-02974<br><br>Civil Action No. 1:22-CV-00046<br><br>**STIPULATION OF DISMISSAL** |

## AGREED STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) it is Stipulated and Agreed by and between counsel for Plaintiff, Deneka Bluitt, and counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Women's Health, LLC, Teva Branded Pharmaceutical Products R&D, Inc., The Cooper Companies, Inc., and CooperSurgical, Inc. ("Defendants"), that this matter is voluntarily dismissed, with prejudice.

Dated: March 11, 2026

/s/ Timothy W. Porter
Timothy W. Porter, MSB No. 9687
Suzanne Elizabeth Smith, PSB No. 328502
PORTER & MALOUF, P.A.
Post Office Box 12768
Jackson, MS 39236
Telephone: 601-957-1173
Facsimile: 601-957-7366
tim@portermalouf.com
ssmith@portermalouf.com

***Attorneys for Plaintiff***

| | |
|---|---|
| /s/ Christopher D. Morris<br>Christopher D. Morris<br>MS Bar#102981<br>Butler Snow LLP<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland, MS 39158<br>Telephone: (601) 985-4437<br>chris.Morris@butlersnow.com<br><br>**Co-Lead Counsel for Teva Defendants** | /s/Caroline D. Walker<br>Caroline D. Walker<br>AL Bar #ASB-3439-B10T<br>Butler Snow LLP<br>One Federal Place, Suite 1000<br>Birmingham, AL  35203<br>Telephone:  (205) 297-2220<br>caroline.walker@butlersnow.com<br><br>**Co-Lead Counsel for Cooper Defendants** |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 11th day of March, 2026.

*/s/ Timothy W. Porter*
Timothy W. Porter, MSB #9687

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 11th day of March, 2026.

*/s/ Timothy W. Porter*
Timothy W. Porter
MSB No. 9687
