AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Melissa Loza ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:26-cv-01068-LMM |
| Teva Pharmaceuticals USA, Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Melissa Loza .

Date: 03/12/2026

s/ Timothy R. West
*Attorney's signature*

Timothy R. West, CA Bar #342526
*Printed name and bar number*
DV Injury Law West, PC
404 Camino Del Rio S, Suite 606
San Diego, CA 92108

*Address*

timw@dvinjurylaw.com
*E-mail address*

(619) 202-0004
*Telephone number*

(619) 598-1064
*FAX number*