UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS ) | |
| LIABILITY LITIGATION ) | MDL Docket No. 2974 |
| ) | |
| This Document Relates To: ) | |
| ) | 1:20-md-02974-LMM |
| *Maria Bell v Teva* ) | |
| *Pharmaceuticals USA, INC, et al.* ) | |
| Case No. 1:24-cv-2202 ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Comes now plaintiff Maria Bell, and in response to this Court's show cause order states that this case was voluntarily dismissed on February 11, 2026.

Dated: March 13, 2026                    Respectfully submitted,

**PRICE ARMSTRONG, LLC**


*/s/ Nicholas W. Armstrong*
Nicholas W. Armstrong
PRICE ARMSTRONG, LLC
1919 Cahaba Road
Birmingham, AL 35223
Phone: 205.706.7517
nick@pricearmstrong.com

1