**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2974** |

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **MASTER DOCKET NO. 1:20-md-02974-LMM** |
| **CHARNISHA CRAYON** **Docket No. 1:21-cv-04577** | |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff Charnisha Crayon, by and through her undersigned Counsel of record, and respectfully submits this response to the Order to Show Cause filed on February 18, 2026, and states as follows:

1. On March 16, 2026, Plaintiff served a substantially complete Plaintiff Fact Sheet, defense authorizations, medical records and signed declaration through the MDL portal.

2. WHEREFORE, as Plaintiff is now compliant with the Court's Case Management Orders, Counsel for plaintiff respectfully requests that Plaintiff's case be removed from Exhibit 1 of the Order to Show Cause and not be dismissed.

Dated: March 17, 2026

s/ Randi Kassan, Esq.
MILBERG PLLC
Randi A. Kassan, Esq.
100 Garden City Plaza, Suite 408
Garden City, NY 11530
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@milberg.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing, PLAINTIFF'S RESPONSE TO

ORDER TO SHOW CAUSE, was served upon all parties of record electronically by CM/ECF on

March 17, 2026.

Dated: March 17, 2026

/s/ Randi Kassan
Randi Kassan, Esq.