IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |
| | : | |
| This document relates to: | : | |
| Cases in the Below Tables | : | |

## <u>ORDER</u>

On February 18, 2026, the Court entered an Order directing the Plaintiffs identified on Exhibit 1 to the Order to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [1184]. Plaintiffs were warned that a Plaintiff's failure to respond could result in dismissal of Plaintiff's case.

### I.    Cases where Show-Cause Order is moot

In the cases listed below, the deficiencies have been cured. The Order to Show Cause is therefore **MOOT** as to those cases:

| Plaintiff | Case No. |
|---|---|
| Awokunle, Mercy | 1:25-cv-01561 |
| Bryant, Tyesha | 1:23-cv-05295 |
| Dolan, Janice | 1:21-cv-03871 |
| Donnelly, Sarah | 1:24-cv-00457 |
| Duddy, Kara | 1:23-cv-03744 |
| Evans, Ann L | 1:24-cv-05807 |
| Farber-Wiechert, Shelbie | 1:24-cv-01078 |
| Vimbainache, Chivizhe Alexis | 1:25-cv-01917 |
| Webb, Mackenzie | 1:25-cv-01562 |

## II.    Failure to respond to Show-Cause Order

A number of other plaintiffs did not respond to the Order to Show Cause. Those cases are hereby **DISMISSED WITH PREJUDICE** for failure to comply with lawful Orders of the Court:

| Plaintiff | Case No. |
|---|---|
| Azula, Michelle | 1:25-cv-00079 |
| Berger, Lauren | 1:24-cv-02007 |
| Burgess, Whitney | 1:24-cv-00152 |
| Conradt, Maria | 1:23-cv-05145 |
| Cook, Elizabeth | 1:23-cv-05082 |
| Crayon, Charnisha | 1:21-cv-04577 |
| Figueroa, Yesenia | 1:24-cv-01453 |
| Simmons, Rachael | 1:24-cv-04380 |
| Stampolis, Kalliope | 1:24-cv-05229 |

## III.    Cases with responses indicating that Plaintiff's counsel has lost contact with Plaintiff

In the cases listed below, Plaintiff's counsel has indicated that counsel has lost contact with the plaintiff. Those cases are **DISMISSED WITH PREJUDICE**:

| Plaintiff | Case No. |
|---|---|
| Akey, Ashley | 1:25-cv-01365 |
| Alexander, Tamarre | 1:23-cv-05448 |
| Alfaro, Gloria | 1:23-cv-04573 |
| Andrews, Asya | 1:24-cv-05339 |
| Arellano, Brianna | 1:23-cv-02934 |
| Baker, Raven | 1:24-cv-00110 |
| Becker, Breanna | 1:25-cv-02047 |
| Begay, Christina | 1:25-cv-02049 |
| Brown, Ann | 1:23-cv-05374 |
| Brown, Blythe | 1:24-cv-02434 |
| Brown, Karac | 1:24-cv-00546 |
| Bounds, Cody | 1:23-cv-05646 |
| Burke, Makena | 1:25-cv-01807 |

| Cardoza, Martha | 1:23-cv-04787 |
|---|---|
| Carrasco, Erica | 1:24-cv-00753 |
| Champ, Brianna | 1:23-cv-04113 |
| Clark, Julie | 1:23-cv-01687 |
| Colley, Yvonne | 1:23-cv-05640 |
| Cooney, Meghan | 1:25-cv-02032 |
| Cornelius, Kayla | 1:23-cv-03857 |
| Cozze, Felicia | 1:25-cv-01547 |
| Cruz, Evelyn | 1:23-cv-05788 |
| Darby, Melinda | 1:24-cv-01345 |
| Dominguez, Brianna | 1:23-cv-04788 |
| Downey, Jamie | 1:23-cv-04062 |
| Faison, Yolanda | 1:25-cv-02040 |
| Flint, Starlese | 1:25-cv-01723 |
| Johnston, Madison | 1:23-cv-05016 |
| Miller, Jewel | 1:25-cv-00684 |
| Munoz, Amanda | 1:25-cv-00539 |
| Pagan, Rose | 1:23-cv-05452 |
| Riley, Hunter | 1:25-cv-01371 |
| Victory, Lauren | 1:25-cv-01912 |
| Villasenor, Edith | 1:23-cv-04572 |

## IV.  Cases with responses indicating that Plaintiff is abandoning her case

In the two cases below, Plaintiff's counsel has filed a response indicating that the plaintiff is abandoning her claims. Those cases are **DISMISSED WITH PREJUDICE**:

| Plaintiff | Case No. |
|---|---|
| Fard, Sarina | 1:25-cv-01551 |
| Jackson, Bria | 1:25-cv-01554 |

## V.  Case voluntarily dismissed without prejudice

Plaintiff Maria Bell, Case No. 1:24-cv-02202, filed a notice of voluntary dismissal on February 11, 2026. Defendants did not file any objections on the

docket, although they emailed an objection to the Court on March 5, 2026. Because the objection was not timely filed, it is overruled. Accordingly, Maria Bell's case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to **TERMINATE** submission of the Order to Show Cause, Dkt. No. [1184], on the MDL docket and in each of the individual cases listed above.

**IT IS SO ORDERED** this 20th day of March, 2026.

**Leigh Martin May**
**Chief United States District Judge**

4