IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Cases in the Below Tables | : : : | |

## **ORDER**

On February 25, 2026, the Court entered an Order directing the plaintiffs identified on Exhibit 1 to the Order to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [1190]. Plaintiffs were warned that a plaintiff's failure to respond could result in dismissal of the plaintiff's case.

### I.   Cases where the deficiencies have been cured

In the cases listed below, the deficiencies have been cured. The Order to Show Cause is therefore **MOOT** as to those cases:

| Plaintiff | Case No. |
|---|---|
| Alto Soto, Maria de Lourdes | 1:21-cv-03343 |
| Batteese-Berry, Jennifer | 1:23-cv-00557 |
| Bell, Elizabeth | 1:25-cv-03397 |
| Bradshaw, Nicole | 1:24-cv-00902 |
| Chambers, Carol | 1:22-cv-04593 |
| Crowder-Nadell, Kayla | 1:23-cv-00386 |
| Curry, Nikki | 1:23-cv-02592 |
| Day-Lewis, Lisa | 1:21-cv-02552 |

| | |
|---|---|
| Hennings, Katrina | 1:21-cv-03791 |
| Kitzman, Melissa | 1:25-cv-00951 |
| Klichevski, Nicole M | 1:24-cv-00831 |
| Krol-Rude, Margaret L | 1:23-cv-05713 |
| Laliberte, Shauna | 1:22-cv-03351 |
| Lamb (Williams), Erin | 1:22-cv-00839 |
| Lanphear, Crystal | 1:24-cv-02917 |
| Lobell, Brooke | 1:24-cv-02372 |
| Lovejoy, Emma | 1:24-cv-00615 |
| Lu, Yun | 1:24-cv-02418 |
| Marquez, Angela | 1:22-cv-01893 |
| McKinney, Amara R | 1:23-cv-04373 |
| McPhee, Rachelle | 1:22-cv-05044 |
| Novotny, Courtney | 1:21-cv-02911 |
| Nyemah, Philimena | 1:21-cv-02913 |
| O, Christina | 1:22-cv-02163 |
| Olivia, Khemistree | 1:21-cv-03499 |
| Ortiz, Judith | 1:22-cv-03534 |
| Owensby, Sherita | 1:22-cv-00421 |
| Pagnozzi, Leah | 1:23-cv-00097 |
| Pullin, Dana Christine | 1:23-cv-05662 |
| Putka-Ahlqvist, Grace | 1:22-cv-03993 |
| Rafols, Ashley | 1:22-cv-01944 |
| Ramos, Lydia | 1:21-cv-05298 |
| Regan, Kellie | 1:21-cv-02564 |
| Richard, Holly | 1:23-cv-02453 |
| Rodriguez, Alejandra | 1:23-cv-00137 |
| Ruiz, Isabel | 1:21-cv-04264 |
| Schwartz, Lisa J | 1:24-cv-00403 |
| Sifri, Suzanne | 1:23-cv-00389 |
| Stanwick, Amy | 1:22-cv-00627 |
| Stoker, Michelle | 1:24-cv-00247 |
| Torrez, Erica | 1:23-cv-01396 |

## II.    Cases where the Show-Cause Order is moot for other reasons

In the cases listed below, the Order to Show Cause is **MOOT** for the

reasons stated:

| Plaintiff | Case No. | Notes |
|---|---|---|
| Harrison, Tamara | 1:22-cv-00515 | Dismissed with prejudice by agreement of the parties |
| McCoy, Maiya L | 1:23-cv-05661 | Defendants agreed to an extension to cure |
| Rivera, Nadine | 1:24-cv-02165 | Deficiency notice inadvertently sent to incorrect law firm |

## III.    Failure to respond to Show-Cause Order

In the cases listed below, the plaintiffs did not respond to the Order to

Show Cause. Those cases are hereby **DISMISSED WITH PREJUDICE** for

failure to comply with lawful Orders of the Court:

| Plaintiff | Case No. |
|---|---|
| Barbecho, Maira Alexander | 1:23-cv-05822 |
| Benalli, Rainneah J | 1:23-cv-02752 |
| Feliz, Katherine I | 1:24-cv-00537 |
| Frias Carrion, Maritza | 1:22-cv-04707 |
| Garcia, Heather | 1:22-cv-04740 |
| Garcia, Melissa | 1:23-cv-02314 |
| Hamann, Chante | 1:22-cv-04741 |
| Hightower, Penny | 1:22-cv-01497 |
| Holman, Michelle | 1:21-cv-03680 |
| Isenberg, Amanda | 1:23-cv-00388 |
| Keach, Ashley | 1:22-cv-02508 |
| Lashley, Karen | 1:23-cv-01007 |
| Lively, Kalyn | 1:22-cv-04787 |
| Martinez, Esmeralda | 1:23-cv-03053 |
| Murphy, Kendrick | 1:21-cv-04739 |
| Murray, Kosha | 1:22-cv-03074 |
| Newnham, Katie | 1:21-cv-03685 |

| | |
|---|---|
| Paulson, Brittney | 1:22-cv-04545 |
| Pavik, Janice | 1:21-cv-04644 |
| Ropati-Sokimi, Melisha | 1:22-cv-04544 |
| Shaw, Molly | 1:23-cv-00705 |
| Smith, Nicole M. | 1:21-cv-02335 |
| St. Martin, Gabrielle | 1:22-cv-04543 |
| Stevens, Brandy | 1:21-cv-05179 |
| Travis, Kyhisha | 1:22-cv-01415 |
| Vitense, Brooke | 1:23-cv-00077 |
| Weldon, Jacqueline F | 1:23-cv-01006 |

### IV.  Cases with responses indicating that Plaintiff's counsel has lost contact with Plaintiff

In the cases listed below, Plaintiff's counsel has indicated that counsel has lost contact with Plaintiff. Those cases are **DISMISSED WITH PREJUDICE**:

| Plaintiff | Case No. |
|---|---|
| Coleman, Charlena | 1:22-cv-04624 |
| Griswold, Julie L | 1:23-cv-02468 |
| Johnson, Shiala | 1:22-cv-04983 |
| Kagiwada, Casey V | 1:23-cv-05638 |
| Manzano-Herrera, Yipsi | 1:23-cv-02470 |
| McCurdy, Theresa | 1:21-cv-05251 |
| Moore, Tiphani | 1:22-cv-03467 |
| Sutton, Lauren | 1:21-cv-05001 |
| Taylor, Camille | 1:22-cv-00381 |
| Weaver, Shemika | 1:22-cv-04643 |
| Wentworth, Brianne Jean | 1:22-cv-00135 |

The Clerk is **DIRECTED** to **TERMINATE** submission of the Order to Show Cause, Dkt. No. [1190], on the MDL docket and in each of the individual cases listed above.

4

**IT IS SO ORDERED** this 20th day of March, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**