**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE: PARAGARD PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 2974

1:20-md-02974-LMM

**THIS DOCUMENT RELATES TO:**

This Document Relates to All Cases

## <u>NOTICE OF CHANGE OF ADDRESS</u>

Attorney Hannah Pfeifler files this Notice of Change of Address in the above-captioned

case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Date: April 1, 2026

Respectfully submitted,

**/s/ Hannah Pfeifler**
Hannah Pfeifler  FL Bar No. 1020526
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816-701-1100)
Facsimile: (816)531-2372
hpfeifler@wcllp.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Hannah Pfeifler*

Hannah Pfeifler