# EXHIBIT A SLIP SHEET