# EXHIBIT C SLIP SHEET