# EXHIBIT D SLIP SHEET