**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 2974<br><br>1:20-md-02974-LMM<br>(This Document Relates to All Cases) |

**PLAINTIFF'S MOTION FOR LEAVE TO SEAL**
**PLAINTIFFS' MOTION TO STRIKE TEVA'S FRCP 30(b)(6)**
**DEPOSITION (MATERIAL & DESIGN) - DR. JOSEPH DEVITO)**
**SECOND ERRATA SHEET, EXHIBITS A, C & D**

Plaintiff moves to seal documents containing highly confidential and/or privileged information. Specifically, Plaintiff respectfully seeks to seal Exhibits A, C & D from Plaintiffs' Motion to Strike TEVA'S FRCP 30(b)(6) Deposition (Material & Design - Dr. Jospeh Devito) Second Errata Sheet.

Trial courts may seal records at their discretion but must weigh public access against confidentiality interests. *Nixon v. Warner Comms., Inc.*, 435 U.S. 589, 598–99 (1978). To seal judicial records, a party must show good cause, which involves the balancing of the right of access against the need for confidentiality. *Hodges v. Chatham Cnty.*, No. CV422-067, 2022 WL 18401311, at *3 (S.D. Ga. Nov. 22, 2022).

The documents and portions of documents sought to be sealed are highly confidential and/or privileged, are positions of testimony from Teva's 30(b)(6)

deposition relating to materials and design and was designated as confidential. The subsequent errata sheets pertain to revisions to that confidential testimony. Therefore, good cause exists for sealing these documents, and Plaintiff respectfully requests that the Court grant this motion and allow Plaintiff to file these documents under seal.

Dated:        April 25, 2026                    Respectfully submitted,


/s/ Molly C. Wells
*Edward A Wallace*
*Illinois Bar No. 6230475*
*Molly C. Wells*
*Illinois Bar No. 6320461*
*Wallace Miller*
*200 W. Madison, Suite 3400, Chicago, IL 60606*
Tel: (312) 261-6193
Fax: (321) 275-8174

/s/ Erin K. Copeland
Erin K. Copeland (*pro hac vice*)
Texas Bar No. 24028157
Fibich Leebron Copeland & Briggs
1150 Bissonnet Street
Houston, Texas 77005
Tel: 713-751-0025
ecopeland@fibichlaw.com

***Plaintiffs' Lead Counsel***


/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Rd., Suite 100
Atlanta, Georgia 30319
Tel: 404-419-9500
AChilders@cssfirm.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the

foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 25th day of April 2026.

*/s/ Erin Copeland*
Erin Copeland

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

This 25th day of April 2026

*/s/ Erin C. Copeland*