**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL DOCKET No. 2974<br><br>1:20-md-02974-LMM<br>(This Document Relates to All Cases) |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to Seal Documents Related to Plaintiff's Motion to Strike TEVA'S FRCP 30(b)(6) Deposition (Material & Design - Dr. Jospeh Devito) Second Errata Sheet, Exhibits A, c & D. The Court, having been fully advised, finds that Plaintiff's Motion is well-taken and that good cause exists to seal the documents in question.

Accordingly, it is hereby ORDERED that Plaintiff's Motion is GRANTED. The Clerk is DIRECTED to maintain under seal Exhibits A, C & D of Plaintiffs' Motion to Strike TEVA'S FRCP 30(b)(6) Deposition (Material & Design - Dr. Jospeh Devito) Second Errata Sheet.

SO ORDERED this _____ day of April 2026.

_____
Judge Leigh Martin May