## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.: 2974 |
| | **NOTICE OF POTENTIAL TAG-ALONG ACTION** |

In accordance to Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, Plaintiff Monica Little writes to notify you of the potential

tag-along action listed below and on the attached Schedule of Action:

- *Monica Little v. Teva Pharmaceuticals USA, Inc., et al.,* Case No. 2:26-cv-04017 , United States District Court for the District of New Jersey.

The following documents are attached as exhibits to this Notice:
- A Schedule of Actions is attached hereto as Exhibit 1;
- A Certificate of Service is attached hereto as Exhibit 2;
- The Little Docket Sheet and Complaint are attached hereto as Exhibit 3.

Dated:  May 8, 2026

RESPECTFULLY SUBMITTED,

JAVERBAUM, WURGAFT, HICKS,
KAHN WIKSTROM & SININS, PC

/s/ Michael A. Galpern

MICHAEL A. GALPERN, ESQUIRE
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**
1000 Haddonfield Berlin Road, Ste. 203
Voorhees, New Jersey 08043
Phone:  856-596-4100
Fax:     856-702-6640
Email:  mgalpern@lawjw.com Attorney
for Plaintiff Monica Little

**FERRER, POIROT, WANSBROUGH,**
**FELLER & DANIEL**

/s/ *Joseph Poirot*

JOSEPH POIROT, ESQUIRE
CHRISTINA FELLER, ESQUIRE
**FERRER POIROT WANSBROUGH**
**FELLER & DANIEL**
2603 Oak Lawn Ave. Suite 300
Dallas, TX 75219
Phone: 214-521-4412
Fax:    866-513-0115
Email: jpoirot@lawyerworks.com
          cfeller@lawyerworks.com
To Be Admitted *Pro Hac Vice* Attorneys
for Plaintiff Mya Laurencon