# EXHIBIT 1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: PARAGARD PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO.: 2974

**SCHEDULE OF ACTIONS**

| Caption | Court | Case Number | Judge |
|---|---|---|---|
| *Monica Little v. TEVA Pharmaceuticals USA, Inc.; TEVA Women's Health, Inc. d/b/a TEVA Women's Health, LLC; TEVA Pharmaceutical R & D, Inc.; TEVA Women's Health, LLC; The Cooper Companies, Inc. and Coopersurgical, Inc.* | United States District Court for the District of New Jersey | 2:26-cv-04017 | Hon. Judge Esther Salas and Magistrate Judge Jessica S. Allen |

**JAVERBAUM, WURGAFT, HICKS,
KAHN WIKSTROM & SININS, PC**

/s/ *Michael A. Galpern*

MICHAEL A. GALPERN, ESQUIRE
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**
1000 Haddonfield Berlin Road, Ste. 203
Voorhees, New Jersey 08043
Phone: 856-596-4100
Fax:     856-702-6640
Email: mgalpern@lawjw.com Attorney
for Plaintiff Monica Little

FERRER, POIROT, WANSBROUGH,
FELLER & DANIEL


_____ /s/ Joseph Poirot
JOSEPH POIROT, ESQUIRE
CHRISTINA FELLER, ESQUIRE
FERRER POIROT WANSBROUGH
FELLER & DANIEL
2603 Oak Lawn Ave. Suite 300
Dallas, TX 75219
Phone: 214-521-4412
Fax:    866-513-0115
Email: jpoirot@lawyerworks.com
          cfeller@lawyerworks.com
To Be Admitted *Pro Hac Vice*
Attorneys for Plaintiff Mya Laurencon