# EXHIBIT 2

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  PARAGARD PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO.:  2974 |
| | **CERTIFICATE OF SERVICE** |

I hereby certify that on this 8th day of May, 2026, I, Michael A. Galpern, Esquire,

served the foregoing Notice of Potential Tag-Along Action of Plaintiff Monica Little, by

email addressed to:

Christopher D. Morris, Esquire
**Butler Snow LLP**
1020 HIghland Colony Parkway
Suite 1400
Ridgeland, MS 39157
chris.morris@butlersnow.com
Counsel for Defendants,
The Cooper Companies, Inc.
and Coopersurgical, Inc.

Christopher D. Morris, Esquire
**Butler Snow LLP**
1020 HIghland Colony Parkway
Suite 1400
Ridgeland, MS 39157
chris.morris@butlersnow.com
Counsel for Defendants,
TEVA Pharmaceuticals USA, Inc.;
TEVA Pharmaceutical R & D, Inc.;
TEVA Women's Health, LLC

**RESPECTFULLY SUBMITTED,**

**JAVERBAUM, WURGAFT, HICKS,
KAHN WIKSTROM & SININS, PC**

/s/ *Michael A. Galpern*

MICHAEL A. GALPERN, ESQUIRE
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**
1000 Haddonfield Berlin Road, Ste. 203
Voorhees, New Jersey 08043
Phone:  856-596-4100
Fax:      856-702-6640
Email:  mgalpern@lawjw.com Attorney
for Plaintiff Monica Little

**FERRER, POIROT, WANSBROUGH, FELLER & DANIEL**


/s/ *Joseph Poirot*

JOSEPH POIROT, ESQUIRE
CHRISTINA FELLER, ESQUIRE
**FERRER POIROT WANSBROUGH FELLER & DANIEL**
2603 Oak Lawn Ave. Suite 300
Dallas, TX 75219
Phone: 214-521-4412
Fax:    866-513-0115
Email: jpoirot@lawyerworks.com
          cfeller@lawyerworks.com
To Be Admitted *Pro Hac Vice*
Attorneys for Plaintiff Mya Laurencon