# EXHIBIT 1

THE FOLLOWING IS THE P.D.F. OF AN OFFICIAL TRANSCRIPT.

OFFICIAL TRANSCRIPTS MAY ONLY BE FILED IN CM/ECF BY THE

OFFICIAL COURT REPORTER AND WILL BE RESTRICTED IN CM/ECF FOR A

PERIOD OF 90 DAYS.  YOU MAY CITE TO A PORTION OF THE ATTACHED

TRANSCRIPT BY THE DOCKET ENTRY NUMBER, REFERENCING PAGE AND

LINE NUMBER, ONLY AFTER THE COURT REPORTER HAS FILED THE

OFFICIAL TRANSCRIPT.  HOWEVER, YOU ARE PROHIBITED FROM

ATTACHING A FULL OR PARTIAL TRANSCRIPT TO ANY DOCUMENT FILED

WITH THE COURT.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PAULINE RICKARD,                 )
                                 )
            PLAINTIFF,           )
                                 )          DOCKET NUMBER
      VS.                        )          1:21-CV-3861-LMM
                                 )
TEVA PHARMACEUTICALS USA,        )          ATLANTA, GEORGIA
INC., ET AL.                     )          JANUARY 23, 2026
                                 )
            DEFENDANTS.          )
_____)

VOLUME 4 OF 10
TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE LEIGH MARTIN MAY,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:          ERIN COPELAND
                             FIBICH, LEEBRON, COPELAND & BRIGGS
                             HOUSTON, TEXAS  77005

                             ANDREW CHILDERS
                             CHILDERS, SCHLUETER & SMITH, LLC
                             ATLANTA, GEORGIA 30319

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

*MECHANICAL STENOGRAPHY OF PROCEEDINGS
AND COMPUTER-AIDED TRANSCRIPT PRODUCED BY*

OFFICIAL COURT REPORTER:     MONTRELL VANN, RPR, RMR, RDR, CRR
                             2160 UNITED STATES COURTHOUSE
                             75 TED TURNER DRIVE, SOUTHWEST
                             ATLANTA, GEORGIA  30303
                             (404)215-1549

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT

Q.    IT IS.  AND HERE I THINK WE LOOKED AT THAT FIRST PARAGRAPH TALKING ABOUT HOW F.T.I.R. GIVES YOU A FINGERPRINT, AND YOU TALKED ABOUT HOW THAT FINGERPRINT LETS YOU LOOK FOR OXIDATION; RIGHT?

A.    YES.

Q.    THE NEXT SENTENCE READS THAT F.T.I.R. IS CURRENTLY REQUIRED AS AN IDENTITY TEST WHEN THE RAW POLYETHYLENE IS INITIALLY RECEIVED, AND, AS OF 1996, IS ALSO REQUIRED ON THE POLYETHYLENE/BARIUM SULFATE MATERIAL BLEND.  DID I READ THAT RIGHT?

A.    THAT'S WHAT IT SAYS, YES.

Q.    OKAY.  NOW, WE ALSO SAW NEXT THE JANUARY 2007 DOCUMENT THAT YOU WENT OVER WITH PLAINTIFF'S COUNSEL AT PLAINTIFF'S EXHIBIT 174, SO LET'S LOOK AT THAT.  THIS IS THAT DOCUMENT; RIGHT?

A.    YES.

Q.    OKAY. AND IN THIS DOCUMENT YOU TALKED TO THROUGH -- YOU TALKED US THROUGH THE FACT THAT THE COMPANY PURCHASED SOME DUPONT 20; CORRECT?

A.    YES.

Q.    AND I THINK YOU DIRECTED US TO SOME LANGUAGE ON THE FIFTH PAGE ABOUT WHAT THE NEXT STEPS MIGHT BE UNDER USE AND MANUFACTURING.  DO YOU SEE THAT?

A.    YES.

Q.    AND WE TALKED ABOUT THIS; RIGHT?

UNITED STATES DISTRICT COURT OFFICIAL CERTIFIED TRANSCRIPT

A.   YES.

Q.   AND I THINK YOU SAID, TRANSITION TO USING NEW MATERIAL, BUT I DON'T THINK IT WAS CLEAR THAT THERE WAS A QUESTION MARK AT THE END OF THAT SENTENCE; RIGHT?

A.   THERE'S A QUESTION MARK.

Q.   AND IN ADDITION TO THAT, THERE'S THE WORD "EVER" WITH A QUESTION MARK; RIGHT?

A.   YES, IT'S THERE.

Q.   SO AT THIS POINT IN THIS DOCUMENT IT REMAINED AN OPEN QUESTION WHETHER TO TRANSITION MANUFACTURING FROM DUPONT 2005 TO DUPONT 2000 -- OR 20; CORRECT?

A.   THE DOCUMENT SAYS WHAT IT SAYS.

Q.   OKAY.  AND YOU KNOW FROM YOUR REVIEW OF THE STEPS ON THE NEXT PAGE THAT ONE OF THE STEPS THAT REMAINED AHEAD WAS FOR THE COMPANY TO DECIDE IF WANT (VERBATIM) TO USE IN PRODUCTION YET FOR PRODUCT MANUFACTURE; RIGHT?

A.   THAT'S ONE OF THE THINGS LISTED.

Q.   ALL RIGHT.  SO JANUARY OF '07, WE ALSO KNOW THERE HAD NOT BEEN A SWITCH YET.  NOW, THE NEXT DOCUMENT THAT YOU WENT OVER WAS PLAINTIFF'S EXHIBIT 124, WHICH WAS PREVIOUSLY ADMITTED AND IS THIS CHART.  DO YOU REMEMBER THAT?

A.   I DO.

Q.   AND YOU WALKED US THROUGH HOW THIS COLUMN ON THE RIGHT THAT'S HEADED, UNITS YIELD, TELLS US ABOUT HOW MANY PARAGARDS COULD BE MADE WITH EACH OF THESE LOTS OF TEE BLEND OR DUPONT