# EXHIBIT 2



# Deposition of
# **Jimmy Mays, PhD**
# **\*Confidential\***

**Date:** September 8, 2025

**Case:** PARAGARD IUD PRODUCTS LIABILITY LITIGATION

**No.** 1:20-md-02974-LMM

**Court Reporter:** Mindie Meseke, CRR, RPR, CSR, CCR

Paszkiewicz Court Reporting
Phone: (618) 307-9320 / (855) 595-3577 toll-free
Fax: 618-855-9513
Web Site: www.spreporting.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


IN RE:  PARAGARD IUD    )  MDL DOCKET NO. 2974
PRODUCTS LIABILITY      )
LITIGATION              )  (1:20-md-02974-LMM)
                        )   This Document Relates to
                        )   All Cases


EVIDENCE DEPOSITION OF

JIMMY MAYS, PH.D.

Pages 1 - 294


Monday, September 8, 2025

9:05 a.m. EST - 4:33 p.m. EST

MeadowView Conference Resort & Convention Center
1901 Meadowview Parkway
Kingsport, Tennessee


Paszkiewicz Job No.: 77234

Reported by:
Mindie Meseke, CRR, RPR, CSR, CCR
Stenographic Reporter

HIGHLY
CONFIDENTIAL                    Jimmy Mays, PhD
                         9/8/2025                    HIGHLY
CONFIDENTIAL

Page 129

Q    Did you review all the certificates of conformances for the Molded Tees?

A    **I know I reviewed some, but I don't know that I reviewed all of them.**

Q    And Dr. Mays, can you confidently say that any Paragard Tee that was sold to the public was made out of DuPont 20?

MS. WELLS:  Objection to form.

A    **As I've already said earlier, I simply don't know.**

BY MR. HUTCHINSON:

Q    And what document would you need, Dr. Mays -- well, strike that.

What document -- let me see.  Hold on.

I tell you what.  Look to page 51 of your expert report.  In the middle there you write "The Manufacturers of Paragard Improperly Stored the Polyethylene".  Do you see that?

A    **Wait, I'm just now getting to page 51.**

Q    I'm sorry.  I should have given you a bound copy here, shouldn't I?

A    **That's all right.**

Q    Page 51.

A    **I'm there.**

Q    You write "The Manufacturers of