# EXHIBIT 3



January 18, 2026

**Filed Via ECF System**
<u>**Sent Via Electronic Mail**</u>

The Honorable Leigh Martin May
United States District Court for the Northern District of Georgia
2167 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

   Re:  Case No. 1:21-cv-03861; *Pauline Rickard v. Teva Pharmaceuticals USA, Inc., et al*;
      In the United States District Court for the Northern District of Georgia

Dear Judge May:

   Teva respectfully submits this response to Plaintiff's January 17, 2026, letter brief concerning the alleged switch in Paragard's polyethylene base material from DuPont 2005 to DuPont 20.[1]

   Plaintiff has unequivocally failed to produce ***any*** evidence that Teva or its predecessors ever manufactured and sold a Paragard made from DuPont 20. As a result, Plaintiff should be precluded from presenting any evidence or argument on this topic at trial—whether through Dr. Mays or via their designation of testimony from the deposition of Dr. Joe DeVito.

## I. Introduction

   One of Plaintiff's two remaining theories of design defect in this case is that Teva should not have switched from DuPont 2005 to DuPont 20 (both of which are approved in the Paragard NDA) as the base material for the Paragard tee. Plaintiff claims that this material switch happened around 2007.

   During the January 16, 2026, pretrial conference, this Court asked Plaintiff what evidence she intends to introduce at trial to prove this "material switch" theory. Plaintiff's letter identifies no such evidence. Plaintiff cites ***no*** documents indicating that ***any*** Paragard manufactured and sold in or after 2007 was made with DuPont 20, rather than DuPont 2005. The documents attached to Plaintiff's letter are the same ones Dr. Mays previously cited to support his theory that the

---

[1] These materials were previously called "Alathon" but were renamed after DuPont sold the Alathon tradename in 1987. *See* Pl. Ltr. Ex. F at 1.

*Suite 1900*
*1170 Peachtree Street NE*
*Atlanta, Georgia 30309*

**PAMELA FERRELL**
678.515.5011
pamela.ferrell@butlersnow.com

*T 678.515.5000*
*F 678.515.5001*
*www.butlersnow.com*

BUTLER SNOW LLP

manufacturer switched to DuPont 20 in 2007. But at best, those documents show merely that the manufacturer **purchased** batches of DuPont 20 beginning in 2007. None of these documents establish that DuPont 20 was actually used to manufacture Paragard tees at any time prior to the placement of Plaintiff's Paragard.

With no documentary support for her "material switch" theory, Plaintiff points to a snippet of Joe DeVito's June 3, 2025, deposition testimony and claims that Dr. DeVito "unequivocally" testified that the manufacturer started using DuPont 20 in 2007 and that Teva used this material the entire time it held the Paragard NDA. But a review of Dr. DeVito's testimony in the proper context reveals that Plaintiff's reliance is unreasonable, particularly when viewed against other extensive evidence produced by Teva proving that it did not use DuPont 20 to manufacture Paragards for sale during the relevant time period in this case. Plaintiff's "material switch" theory should be excluded for lack of any supporting evidence.

## II.     Dr. Devito's Testimony Regarding DuPont 20

The testimony at issue comes from the conclusion of Plaintiff's counsel's questioning of Dr. DeVito about a January 31, 2007, memo entitled "Paragard, Alternative Vendor" (Pl. Ltr. Ex. G). In this testimony, Plaintiff's counsel questioned Dr. DeVito about the previous Paragard manufacturer's plans to acquire DuPont 20 material as a potential alternative material for Paragard. At the outset, Dr. DeVito explained that he had never seen this document prior to his deposition. Pl. Ltr. Ex. A at 172:25-173:9, 173:17-23.

Before asking the question cited in Plaintiff's letter, Plaintiff's counsel asked Dr. DeVito whether a change in the polyethylene resulted in a change in the product's performance after 2007, implying that the switch to DuPont 20 had actually occurred. Ex. A, DeVito Dep. (Jun. 3, 2025) at 178:18-179:7. Dr. DeVito responded that he was not aware of any change in performance. *Id.* The following exchange then occurred:

Q.     Are you aware that in 2007 that the polyethylene actually was different?

A.     **No, I'm not aware that it was different.** When you say "different," different than what?

Q.     Well, what happened is it went from the Alathon 2005 to the DuPont 20. Are you aware of that?

A.     **No, I'm not aware of it other than what's in this document.**

Q.     Okay. Well, it was Dupont 20 that eventually was being used starting in 2007, right?

A.     Yes, **that's what it states**.

Q.     In fact, that's what was used during the time that Teva held the NDA.

A.      Yes.

Pl. Ltr. Ex. A at 185:24-186:16 (emphasis added, objections omitted). In full context, the exchange makes clear that Dr. DeVito had no prior knowledge of the document Plaintiff's counsel showed him, had no independent knowledge that "DuPont 20 . . . eventually was being used in 2007," as Plaintiff posed the question, and was basing his answers solely on his interpretation of the document in the moment as it was framed to him by Plaintiff's counsel.

This interpretation was ultimately incorrect, as the document only states that the manufacturer was planning to purchase DuPont 20, test the material, and "decide if [sic] want to use in production yet for product manufacture." Pl. Ltr. Ex. G at 5. Plaintiff's counsel did not show Dr. DeVito any other document confirming that the alleged switch to DuPont 20 ever happened, and Plaintiff has not provided any such evidence to this Court in her letter, because no such evidence exists.

## III.     Plaintiff's "Material Switch" Theory Should Be Excluded

There is no factual basis for a design defect claim based on Plaintiff's contention that her Paragard was made with DuPont 20, as Plaintiff has cited *no* evidence that any Paragard was made with DuPont 20 prior to her  2012 Paragard placement. In fact, the evidence shows that throughout this period, Paragard was manufactured using tees made from DuPont 2005 polyethylene. This fact is confirmed through at least two categories of evidence that have been in Plaintiff's possession for nearly two years, at a minimum

First, Plaintiff's theory is defeated by the Material Certification Notices ("MCN," or Certificates of Conformance) issued by Polymer Conversions, the company that manufactures the Paragard tee. *See* Pl. Ltr. Ex. E at 1. An MCN is provided by Polymer Conversions with each "lot" of tees that it ships to the Paragard manufacturing facility. Each MCN contains information such as the date, the quantity of tees in the lot, and the lot number of the tee blend (i.e., the "resin") that Polymer Conversions used to manufacture the tees. All MCNs are signed and certified by a representative of Polymer Conversions.  These MCNs were produced to Plaintiff's counsel during discovery in PROD138 on July 7, 2024.

Between 2004 and 2012, Polymer Conversions issued 49 MCNs for Paragard. According to these MCNs, only three lots of tee blend were used by Polymer Conversions during this period: 77670-01, RM0275, and RM0276:

| No. | F# | DATE of MCN | LOT | QUANTITY | BATES |
|---|---|---|---|---|---|
| 1 | 4962 | 1/5/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074657 |
| 2 | 4972 | 2/5/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073196 |
| 3 | 4980 | 3/4/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073208 |
| 4 | 4987 | 4/5/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074687 |
| 5 | 4997 | 5/4/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074819 |
| 6 | 5007 | 6/8/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074697 |
| 7 | 5025 | 7/13/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073400 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | 5034 | 8/4/2004 | 77670-01 | 330,025 | MDL2974COOPERSURG-01074954 |
| 9 | 5049 | 9/8/2004 | 77670-01 | 165,025 | MDL2974COOPERSURG-01073885 |
| 10 | 5068 | 10/12/2004 | 77670-01 | 165,025 | MDL2974COOPERSURG-01073941 |
| 11 | 5076 | 11/12/2004 | 77670-01 | 165,025 | MDL2974COOPERSURG-01072228 |
| 12 | 5087 | 12/3/2004 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073872 |
| 13 | 5105 | 1/10/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074220 |
| 14 | 5119 | 2/18/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073859 |
| 15 | 5123 | 3/9/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01072869 |
| 16 | 5137 | 4/22/2005 | 77670-01 | 110,025 | MDL2974COOPERSURG-01072169 |
| 17 | 5137B | 5/4/2005 | 77670-01 | 110,000 | MDL2974COOPERSURG-01072163 |
| 18 | 5149 | 5/11/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073985 |
| 19 | 5154 | 6/7/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01075139 |
| 20 | 5162 | 6/30/2005 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073185 |
| 21 | 5172 | 8/16/2005 | 77670-01 | 55,025 | MDL2974COOPERSURG-01074739 |
| 22 | 5173 | 8/16/2005 | 77670-01 | 110,025 | MDL2974COOPERSURG-01075153 |
| 23 | 5184 | 9/22/2005 | 77670-01 | 40,025 | MDL2974COOPERSURG-01073614 |
| 24 | 5199 | 10/18/2005 | 77670-01 | 55,025 | MDL2974COOPERSURG-01073904 |
| 25 | 5199B | 10/25/2005 | 77670-01 | 55,000 | MDL2974COOPERSURG-01073898 |
| 26 | 5204 | 11/3/2005 | 77670-01 | 55,025 | MDL2974COOPERSURG-01073639 |
| 27 | 5204B | 11/10/2005 | 77670-01 | 165,000 | MDL2974COOPERSURG-01073625 |
| 28 | 5221 | 1/17/2006 | 77670-01 | 220,025 | MDL2974COOPERSURG-01072344 |
| 29 | 5271 | 11/30/2006 | 77670-01 | 220,025 | MDL2974COOPERSURG-01073977 |
| 30 | 5308 | 8/23/2007 | 77670-01 | 220,025 | MDL2974COOPERSURG-01074671 |
| 31 | 5341 | 4/16/2008 | RM0276 | 55,025 | MDL2974COOPERSURG-01072183 |
| 32 | 5345 | 4/23/2008 | RM0276 | 55,025 | MDL2974COOPERSURG-01072630 |
| 33 | 5350 | 5/19/2008 | RM0276 | 55,025 | MDL2974COOPERSURG-01072306 |
| 34 | 5350B | 6/13/2008 | RM0276 | 55,000 | MDL2974COOPERSURG-01072294 |
| 35 | 5364 | 8/8/2008 | RM0275 | 110,000 | MDL2974COOPERSURG-01074564 |
| 36 | 5380 | 11/7/2008 | RM0275 | 55,025 | MDL2974COOPERSURG-01073387 |
| 37 | 5399 | 4/6/2009 | RM0275 | 55,025 | MDL2974COOPERSURG-01075167 |
| 38 | 5399B | 4/17/2009 | RM0275 | 70,000 | MDL2974COOPERSURG-01075160 |
| 39 | 5403 | 4/17/2009 | RM0276 | 40,025 | MDL2974COOPERSURG-01074724 |
| 40 | 5424 | 8/5/2009 | RM0275 | 165,025 | MDL2974COOPERSURG-01073704 |
| 41 | 5444 | 12/14/2009 | RM0275 | 165,025 | MDL2974COOPERSURG-01075233 |
| 42 | 5465 | 4/21/2010 | RM0276 | 7,025 | MDL2974COOPERSURG-01074711 |
| 43 | 5466 | 4/21/2010 | RM0275 | 162,525 | MDL2974COOPERSURG-01074026 |
| 44 | 5487 | 8/11/2010 | RM0275 | 220,025 | MDL2974COOPERSURG-01074212 |
| 45 | 5517 | 1/18/2011 | RM0275 | 225,025 | MDL2974COOPERSURG-01075252 |
| 46 | 5518 | 1/18/2011 | RM0275 | 24,920 | MDL2974COOPERSURG-01073689 |
| 47 | 5537 | 6/20/2011 | RM0275 | 130,025 | MDL2974COOPERSURG-01074385 |
| 48 | 5538 | 6/20/2011 | RM0275 | 90,025 | MDL2974COOPERSURG-01072857 |

| 49 | 5571 | 6/1/2012 | RM0275 | 220,025 | MDL2974COOPERSURG-01075124 |
| 50 | 5609 | 3/20/2013 | RM0275 | 22,525 | MDL2974COOPERSURG-01074580 |

According to the "Report on the Evaluation of DuPont 20 LDPE for ParaGard T 380A,"[2] lot 77670-01 refers to RM0276, and tee blend lots RM0275 and RM0276 were both made using DuPont 2005, not DuPont 20. *See* MDL2974COOPERSURG-00554701 at 6, 7:

Exhibit 20: Tee Blend – DuPont 2005, Lot #2
Receiving Ticket — RM0275
Adell Plastics – Certificate of Analysis — Lot# 77671-01
Ash Content Test Report — Springborn Laboratories
Implant Test Report — Sterilization Technical Services
Infrared Test Report — Springborn Laboratories

Exhibit 25: Tee Blend – DuPont 2005, Lot #3
Adell Plastics – Certificate of Analysis — Lot# 77670-01
Receiving Ticket — RM0276
Ash Content Test Report — Springborn Laboratories
Implant Test Report — Sterilization Technical Services
Infrared Test Report — Springborn Laboratories

Based on these records alone, there can be no genuine dispute that no Paragard was manufactured for sale with DuPont 20 between 2004 and 2013. To remove any doubt, however, Teva has prepared the attached chart with batch record details for every Paragard lot distributed between 2007 (when Plaintiff contends the "material switch" occurred) and August 2012. Ex. B, Paragard Batch Record Chart. The chart includes the tee blend lot numbers for each batch, confirming that all were made using DuPont 2005. Also included in the chart are bates numbers and production identifiers confirming these records were produced to Plaintiff's counsel in PROD113 on December 20, 2023, and PROD120, March 5, 2024, over 22 months ago.

Plaintiff cannot claim surprise on this issue. Even assuming her counsel and her materials expert Dr. Mays did not review the records cited above upon receiving them between December 2023 and March 2024, Plaintiff knew by at least August 18, 2025—the date Teva served Dr. Benight's expert report—that Teva disputed her theory about DuPont 20. In her report, Dr. Benight responded to Dr. Mays' opinion about the purported "material switch" and discussed her review of Paragard inventory records from 2016 and 2018 indicating that DuPont 2005 was still being used to manufacture Paragard tees in 2018. Benight Report at 34. Dr. Benight also reviewed Certificates of Conformance—the same documents cited above—showing that DuPont 2005 was still being used as recently as 2021. *Id.* Notably, Dr. Mays acknowledged Dr. Benight's opinion in his rebuttal report but was unable to cite *any* document proving that any Paragard lot manufactured

---

[2] This report was created on October 31, 2007, by Duramed Pharmaceuticals, Inc., a prior holder of the Paragard NDA, in order to compare DuPont 2005 to DuPont 20. This document is cited by Dr. Mays on pages 3-4 of his rebuttal report. *See* Dkt. No. [83-5].

in or after 2007 was made with DuPont 2007.  *See* Dkt. No. [83-5], Mays Rebuttal Report at 1.[3] He also admitted during his deposition that he cannot say with any certainty that *any* Paragard was ever made with DuPont 20:

> Q.      And Dr. Mays, can you confidently say that any Paragard Tee that was sold to the public was made out of DuPont 20?
>
> A.      As I've already said earlier, ***I simply don't know.***

Mays Dep. at 129:5 – 129:10 (emphasis added, objection omitted).

**IV.     Conclusion**

Plaintiff's "material switch" theory has no place in this case.  It is not based on any documentary or competent testimonial evidence that her Paragard (or any other Paragard, for that matter) was made with DuPont 20.  Instead, it is based entirely on a single witness's incorrect interpretation of a single document they had never seen, and that does not support the theory in any event.  Allowing the jury to consider this theory as a basis for Teva's liability would risk a verdict that is completely unsupported by the factual record—as is confirmed by documents that have long been available to Plaintiff.

For these reasons, Teva respectfully requests that this Court exclude all evidence and argument concerning Plaintiff's "material switch" theory of design defect, including the testimony of Dr. DeVito cited by Plaintiff as well as Dr. Mays' opinions based on that testimony.

Respectfully submitted,

BUTLER SNOW LLP

*Pamela L. Ferrell*

Pamela L. Ferrell

cc (via email):

Erin Copeland, Esq. (ecopeland@fibichlaw.com)
Fidelma Fitzpatrick, Esq. (ffitzpatrick@motleyrice.com)
C. Andrew Childers, Esq. (achilders@cssfirm.com)
Buffy Martines, Esq. (buffym@lpm-triallaw.com)
Shayna Cook, Esq. (scook@goldmanismail.com)
Rami Fakhouri, Esq. (rfakhouri@goldmanismail.com)

---

[3] Dr. Mays' suggestion that Dr. Benight cited no documents to support her contention on this issue is simply wrong.  *See* Dkt. No. [83-5] at 2.

# Paragard Batch Records 2007 to 2012

| Paragard Lot # | Sublot | Lot Size | Issue date | Exp. Date | Review Date | F# | Bates # | Production # | Lot # of Blended Tee | Type of PE Used |
|---|---|---|---|---|---|---|---|---|---|---|
| 507001 | 1505 | 25,000 | 1/12/2007 | Jan-14 | 3/28/2007 | F5271 | MDL2974COOPERSURG-02058973 at 9046 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507001 | 2430 | 25,000 | 1/12/2007 | Jan-14 | 3/28/2007 | F5271 | MDL2974COOPERSURG-02058973 at 9046 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507002 | 2431 | 25,000 | 4/5/2007 | Apr-14 | 6/1/2007 | F5271 | MDL2974COOPERSURG-02068645 at 8709 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507002 | 1506 | 25,000 | 4/5/2007 | Apr-14 | 6/1/2007 | F5271 | MDL2974COOPERSURG-02068645 at 8709 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507003 | 2432 | 25,000 | 5/21/2007 | Apr-14 | 7/26/2007 | F5271 | MDL2974COOPERSURG-02075256 at 5339 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507003 | 1507 | 6,766 | 5/21/2007 | Apr-14 | 7/26/2007 | F5271 | MDL2974COOPERSURG-02075256 at 5339 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507003 | 2433 | 18,234 | 5/21/2007 | Apr-14 | 7/26/2007 | F5271 | MDL2974COOPERSURG-02075256 at 5339 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507004 | 2434 | 25,000 | 7/19/2007 | Jul-14 | 10/10/2007 | F5271 | MDL2974COOPERSURG-02072509 at 2572 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507004 | 2435 | 25,000 | 7/19/2007 | Jul-14 | 10/10/2007 | F5308 | MDL2974COOPERSURG-02072509 at 2572 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507005 | 1508 | 25,000 | 9/26/2007 | Oct-14 | 1/14/2008 | F5308 | MDL2974COOPERSURG-02064037 at 4114 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507005 | 2436 | 12,138 | 9/26/2007 | Oct-14 | 1/14/2008 | F5308 | MDL2974COOPERSURG-02064037 at 4114 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 507005 | 1509 | 12,862 | 9/26/2007 | Oct-14 | 1/14/2008 | F5308 | MDL2974COOPERSURG-02064037 at 4114 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508001 | 2437 | 25,000 | 1/14/2008 | Jan-15 | 2/12/2008 | F5308 | MDL2974COOPERSURG-02066009 at 6068 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508001 | 1510 | 25,000 | 1/14/2008 | Jan-15 | 2/12/2008 | F5308 | MDL2974COOPERSURG-02066009 at 6068 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508002 | 2438 | 25,000 | 2/25/2008 | Apr-15 | 4/14/2008 | F5308 | MDL2974COOPERSURG-02073914 at 3975 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508002 | 1511 | 25,000 | 2/25/2008 | Apr-15 | 4/14/2008 | F5308 | MDL2974COOPERSURG-02073914 at 3975 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508003 | 1512 | 25,000 | 5/6/2008 | Apr-15 | 6/16/2008 | F5341 | MDL2974COOPERSURG-02069237 at 9308 | PROD113 | RM0276 | Dupont 2005 |
| 508003 | 2439 | 25,000 | 5/6/2008 | Apr-15 | 6/16/2008 | F5341 | MDL2974COOPERSURG-02069237 at 9308 | PROD113 | RM0276 | Dupont 2005 |
| 508004 | 1513 | 25,000 | 6/11/2008 | Apr-15 | 7/15/2008 | F5308 | MDL2974COOPERSURG-02074437 at 4437 | PROD113 | 77670-01 (RM0276) | Dupont 2005 |
| 508004 | 2440 | 25,000 | 6/11/2008 | Apr-15 | 7/15/2008 | F5345 | MDL2974COOPERSURG-02074437 at 4437 | PROD113 | RM0276 | Dupont 2005 |
| 508005 | 1514 | 25,000 | 7/9/2008 | Jul-15 | 8/26/2008 | F5341 | MDL2974COOPERSURG-02071635 at 1635 | PROD113 | RM0276 | Dupont 2005 |
| 508005 | 2441 | 25,000 | 7/9/2008 | Jul-15 | 8/26/2008 | F5350 | MDL2974COOPERSURG-02071635 at 1635 | PROD113 | RM0276 | Dupont 2005 |
| 508006 | 2442 | 25,000 | 8/20/2008 | Jul-15 | 9/22/2008 | F5345 | MDL2974COOPERSURG-02069040 at 9141 | PROD113 | RM0276 | Dupont 2005 |
| 508006 | 1515 | 25,000 | 8/20/2008 | Jul-15 | 9/22/2008 | F5350B | MDL2974COOPERSURG-02069040 at 9141 | PROD113 | RM0276 | Dupont 2005 |
| 508007 | 1516 | 25,000 | 9/24/2008 | Oct-15 | 1/12/2009 | F5350 | MDL2974COOPERSURG-02065811 at 5813 | PROD113 | RM0276 | Dupont 2005 |
| 508007 | 2443 | 25,000 | 9/24/2008 | Oct-15 | 1/12/2009 | F5364 | MDL2974COOPERSURG-02065811 at 5813 | PROD113 | RM0275 | Dupont 2005 |
| 509001 | 2444 | 25,000 | 1/16/2009 | Oct-15 | 3/5/2009 | F5364 | MDL2974COOPERSURG-02097562 at 7573 | PROD120 | RM0275 | Dupont 2005 |
| 509001 | 1517 | 25,000 | 1/16/2009 | Oct-15 | 3/5/2009 | F5350B | MDL2974COOPERSURG-02097562 at 7573 | PROD120 | RM0276 | Dupont 2005 |
| 509001 | 1517 | - | 1/16/2009 | Oct-15 | 3/5/2009 | F5364 | MDL2974COOPERSURG-02097562 at 7573 | PROD120 | RM0275 | Dupont 2005 |
| 509002 | 2445 | 25,000 | 2/25/2009 | Jan-16 | 5/26/2009 | F5380 | MDL2974COOPERSURG-02083822 at 3823 | PROD120 | RM0275 | Dupont 2005 |
| 509002 | 1518 | 25,000 | 2/25/2009 | Jan-16 | 5/26/2009 | F5380 | MDL2974COOPERSURG-02083822 at 3823 | PROD120 | RM0275 | Dupont 2005 |
| 509003 | 2446 | 25,000 | 5/12/2009 | Apr-16 | 6/29/2009 | F5399B | MDL2974COOPERSURG-02087648 at 7710 | PROD120 | RM0275 | Dupont 2005 |
| 509003 | 1519 | 25,000 | 5/12/2009 | Apr-16 | 6/29/2009 | F5399 | MDL2974COOPERSURG-02087648 at 7710 | PROD120 | RM0275 | Dupont 2005 |
| 509004 | 1520 | 25,000 | 6/19/2009 | Jul-16 | 8/12/2009 | F5399B | MDL2974COOPERSURG-02105050 at 5104 | PROD120 | RM0275 | Dupont 2005 |
| 509004 | 2447 | 25,000 | 6/19/2009 | Jul-16 | 8/12/2009 | F5399 | MDL2974COOPERSURG-02105050 at 5104 | PROD120 | RM0275 | Dupont 2005 |
| 509005 | 1521 | 25,000 | 8/6/2009 | Jul-16 | 9/23/2009 | F5403 | MDL2974COOPERSURG-02090627 at 0631 | PROD120 | RM0276 | Dupont 2005 |
| 509005 | 2448 | 25,000 | 8/6/2009 | Jul-16 | 9/23/2009 | F5424 | MDL2974COOPERSURG-02090627 at 0631 | PROD120 | RM0275 | Dupont 2005 |
| 509006 | 2449 | 24,953 | 9/22/2009 | Jul-16 | 11/20/2009 | F5424 | MDL2974COOPERSURG-02084887 at 4954 | PROD120 | RM0275 | Dupont 2005 |
| 509006 | 1522 | 25,000 | 9/22/2009 | Jul-16 | 11/20/2009 | F5424 | MDL2974COOPERSURG-02084887 at 4954 | PROD120 | RM0275 | Dupont 2005 |
| 509007 | 1523 | 25,000 | 11/9/2009 | Oct-16 | 1/28/2010 | F5403 | MDL2974COOPERSURG-02106919 at 6981 | PROD120 | RM0276 | Dupont 2005 |
| 509007 | 2450 | 3,828 | 11/9/2009 | Oct-16 | 1/28/2010 | F5424 | MDL2974COOPERSURG-02106919 at 6981 | PROD120 | RM0275 | Dupont 2005 |
| 509007 | 1524 | 21,172 | 11/9/2009 | Oct-16 | 1/28/2010 | F5424 | MDL2974COOPERSURG-02106919 at 6981 | PROD120 | RM0275 | Dupont 2005 |
| 510001 | 2451 | 2,816 | 5/3/2010 | Jan-17 | 6/7/2010 | F5444 | MDL2974COOPERSURG-02101656 at 1659 | PROD120 | RM0275 | Dupont 2005 |
| 510002 | 2452 | 25,000 | 5/3/2010 | Jan-17 | 6/7/2010 | F5444 | MDL2974COOPERSURG-02104016 at 4090 | PROD120 | RM0275 | Dupont 2005 |
| 510002 | 1525 | 25,000 | 5/3/2010 | Jan-17 | 6/7/2010 | F5444 | MDL2974COOPERSURG-02104016 at 4090 | PROD120 | RM0275 | Dupont 2005 |
| 510003 | 1526 | 22,500 | 5/27/2010 | Jan-17 | 6/30/2010 | F5444 | MDL2974COOPERSURG-02089870 at 9882 | PROD120 | RM0275 | Dupont 2005 |
| 510003 | 2453 | 25,000 | 5/27/2010 | Jan-17 | 6/30/2010 | F5444 | MDL2974COOPERSURG-02089870 at 9882 | PROD120 | RM0275 | Dupont 2005 |
| 510004 | 1527 | 25,000 | 7/1/2010 | Jul-17 | 7/28/2010 | F5466 | MDL2974COOPERSURG-02096898 at 6904 | PROD120 | RM0275 | Dupont 2005 |
| 510004 | 2454 | 25,000 | 7/1/2010 | Jul-17 | 7/28/2010 | F5465 | MDL2974COOPERSURG-02096898 at 6904 | PROD120 | RM0276 | Dupont 2005 |
| 510005 | 1528 | 25,000 | 7/14/2010 | Jul-17 | 9/8/2010 | F5466 | MDL2974COOPERSURG-02102334 at 2381 | PROD120 | RM0275 | Dupont 2005 |
| 510005 | 1529 | 25,000 | 7/14/2010 | Jul-17 | 9/8/2010 | F5466 | MDL2974COOPERSURG-02102334 at 2381 | PROD120 | RM0275 | Dupont 2005 |
| 510006 | 1530 | 25,000 | 8/30/2010 | Jul-17 | 10/7/2010 | F5466 | MDL2974COOPERSURG-02100939 at 0941 | PROD120 | RM0275 | Dupont 2005 |
| 510006 | 2455 | 25,000 | 8/30/2010 | Jul-17 | 10/7/2010 | F5444 | MDL2974COOPERSURG-02100939 at 0941 | PROD120 | RM0275 | Dupont 2005 |
| 510007 | 2456 | 25,000 | 9/22/2010 | Oct-17 | 11/17/2010 | F5466 | MDL2974COOPERSURG-02090948 at 0955 | PROD120 | RM0275 | Dupont 2005 |
| 510007 | 1531 | 6,706 | 9/22/2010 | Oct-17 | 11/17/2010 | F5487 | MDL2974COOPERSURG-02090948 at 0955 | PROD120 | RM0275 | Dupont 2005 |
| 510007 | 2457 | 18,294 | 9/22/2010 | Oct-17 | 11/17/2010 | F5487 | MDL2974COOPERSURG-02090948 at 0955 | PROD120 | RM0275 | Dupont 2005 |
| 511001 | 1535 | 25,000 | 1/4/2011 | Jan-18 | 2/3/2011 | F5487 | MDL2974COOPERSURG-02101767 at 1770 | PROD120 | RM0275 | Dupont 2005 |
| 511001 | 2459 | 25,000 | 1/4/2011 | Jan-18 | 2/3/2011 | F5487 | MDL2974COOPERSURG-02101767 at 1770 | PROD120 | RM0275 | Dupont 2005 |
| 511002 | 1536 | 25,000 | 2/7/2011 | Jan-18 | 3/15/2011 | F5487 | MDL2974COOPERSURG-02089595 at 9644 | PROD120 | RM0275 | Dupont 2005 |
| 511002 | 2460 | 25,000 | 2/7/2011 | Jan-18 | 3/15/2011 | F5487 | MDL2974COOPERSURG-02089595 at 9644 | PROD120 | RM0275 | Dupont 2005 |
| 511003 | 1537 | 25,000 | 3/11/2011 | Jan-18 | 4/27/2011 | F5487 | MDL2974COOPERSURG-02088994 at 9007 | PROD120 | RM0275 | Dupont 2005 |
| 511003 | 2461 | 25,000 | 3/11/2011 | Jan-18 | 4/27/2011 | F5487 | MDL2974COOPERSURG-02088994 at 9007 | PROD120 | RM0275 | Dupont 2005 |
| 511004 | 1538 | 25,000 | 4/14/2011 | Apr-18 | 5/17/2011 | F5487 | MDL2974COOPERSURG-02105562 at 5575 | PROD120 | RM0275 | Dupont 2005 |
| 511004 | 1539 | 25,000 | 4/14/2011 | Apr-18 | 5/17/2011 | F5517 | MDL2974COOPERSURG-02105562 at 5575 | PROD120 | RM0275 | Dupont 2005 |
| 511005 | 1540 | 25,000 | 5/10/2011 | Apr-18 | 6/30/2011 | F5487 | MDL2974COOPERSURG-02099380 at 9381 | PROD120 | RM0275 | Dupont 2005 |
| 511005 | 2462 | 25,000 | 5/10/2011 | Apr-18 | 6/30/2011 | F5517 | MDL2974COOPERSURG-02099380 at 9381 | PROD120 | RM0275 | Dupont 2005 |
| 511006 | 1541 | 25,000 | 6/24/2011 | Jul-18 | 8/19/2011 | F5517 | MDL2974COOPERSURG-02094720 at 4743 | PROD120 | RM0275 | Dupont 2005 |
| 511006 | 1542 | 25,000 | 6/24/2011 | Jul-18 | 8/19/2011 | F5517 | MDL2974COOPERSURG-02094720 at 4743 | PROD120 | RM0275 | Dupont 2005 |
| 511007 | 2463 | 25,000 | 8/3/2011 | Jul-18 | 10/5/2011 | F5517 | MDL2974COOPERSURG-02091267 at 1337 | PROD120 | RM0275 | Dupont 2005 |
| 511007 | 1543 | 25,000 | 8/3/2011 | Jul-18 | 10/5/2011 | F5517 | MDL2974COOPERSURG-02091267 at 1337 | PROD120 | RM0275 | Dupont 2005 |
| 512001 | 1544 | 25,000 | 1/2/2012 | Jan-19 | 3/22/2012 | F5517 | MDL2974COOPERSURG-02102989 at 3064 | PROD120 | RM0275 | Dupont 2005 |
| 512001 | 2464 | 25,000 | 1/2/2012 | Jan-19 | 3/23/2012 | F5517 | MDL2974COOPERSURG-02102989 at 3064 | PROD120 | RM0275 | Dupont 2005 |
| 512002 | 1545 | 25,000 | 2/16/2012 | Jan-19 | 4/30/2012 | F5517 | MDL2974COOPERSURG-02095281 at 6799 | PROD120 | RM0275 | Dupont 2005 |
| 512002 | 1545 | - | 2/16/2012 | Jan-19 | 4/30/2012 | F5537 | MDL2974COOPERSURG-02095281 at 6799 | PROD120 | RM0275 | Dupont 2005 |
| 512002 | 2465 | 25,000 | 2/16/2012 | Jan-19 | 4/30/2012 | F5537 | MDL2974COOPERSURG-02095281 at 6799 | PROD120 | RM0275 | Dupont 2005 |
| 512003 | 2466 | 25,000 | 4/12/2012 | Apr-19 | 6/14/2012 | F5537 | MDL2974COOPERSURG-02103517 at 3575 | PROD120 | RM0275 | Dupont 2005 |
| 512003 | 1546 | 25,000 | 4/12/2012 | Apr-19 | 6/14/2012 | F5518 | MDL2974COOPERSURG-02103517 at 3575 | PROD120 | RM0275 | Dupont 2005 |
| 512004 | 2467 | 25,000 | 5/29/2012 | Apr-19 | 6/24/2012 | F5537 | MDL2974COOPERSURG-02098785 at 8840 | PROD120 | RM0275 | Dupont 2005 |
| 512004 | 1547 | 25,000 | 5/29/2012 | Apr-19 | 6/24/2012 | F5537 | MDL2974COOPERSURG-02098785 at 8840 | PROD120 | RM0275 | Dupont 2005 |
| 512005 | 2468 | 25,000 | 6/25/2012 | Jul-19 | 8/23/2012 | F5538 | MDL2974COOPERSURG-02103858 at 3922 | PROD120 | RM0275 | Dupont 2005 |
| 512005 | 1548 | 25,000 | 6/25/2012 | Jul-19 | 8/23/2012 | F5538 | MDL2974COOPERSURG-02103858 at 3922 | PROD120 | RM0275 | Dupont 2005 |
| 512006 | 1549 | 25,000 | 8/3/2012 | Jul-19 | 10/2/2012 | F5571 | MDL2974COOPERSURG-02102455 at 2527 | PROD120 | RM0275 | Dupont 2005 |
| 512006 | 2469 | 25,000 | 8/3/2012 | Jul-19 | 10/2/2012 | F5537 | MDL2974COOPERSURG-02102455 at 2527 | PROD120 | RM0275 | Dupont 2005 |
| 512007 | 1550 | 25,000 | 8/23/2012 | Jul-19 | 10/17/2012 | F5538 | MDL2974COOPERSURG-02101374 at 1431 | PROD120 | RM0275 | Dupont 2005 |
| 512007 | 1551 | 25,000 | 8/23/2012 | Jul-19 | 10/17/2012 | F5571 | MDL2974COOPERSURG-02101374 at 1431 | PROD120 | RM0275 | Dupont 2005 |