IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |

## **ORDER**

This case is presently before the Court on Plaintiff Alisa Robere's motion to strike, Dkt. No. [1226]; associated motion for leave to file certain exhibits under seal, Dkt. No. [1227]; and exhibits that are the subject of the motion to seal, Dkt. No. [1228]. It does not appear that the exhibits were properly filed, nor has good cause been shown for sealing them.

First, of the four exhibits associated with the motions, the Court finds only Exhibit B, Dkt. No. [1226-2], Dkt. No. [1228-1], and Exhibit D, Dkt. No. [1228-2], on the docket. Second, while Robere seeks to seal Exhibits A, C, and D due to Defendants' designation of the documents as confidential, Dkt. No. [1227], it is not clear that the documents that Robere seeks to seal remain confidential following the Rickard trial.

It is therefore **ORDERED** that Counsel meet and confer regarding Exhibits A, C, and D. Robere **SHALL** file the exhibits as a supplement to the motion to strike within **3 DAYS** of the entry of this Order. Should Defendants maintain that the documents should be filed under seal, Defendants should so

advise Robere so that she may file the exhibits under provisional seal, and

Defendants **SHALL** show cause within **3 DAYS** why the Court should maintain

the seal. The Court **DEFERS** ruling on the motion for leave to file matters under

seal, Dkt. No. [1227], pending the parties' response to this Order.

    **IT IS SO ORDERED** this 2nd day of June, 2026.

**Leigh Martin May**
**Chief United States District Judge**