

**aszkiewicz**
LITIGATION SERVICES

June 05, 2025

Christopher Morris, Esq.
Butler Snow
Renaissance at Colony Park
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS  39157

Re:     Deposition of CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM
        6/3/2025
        In Re: Paragard IUD Products Liability Litigation

Dear Mr. Morris:

Your client did not waive the right to read and sign his/her deposition in the above referenced matter.  Enclosed is the copy of the deposition you ordered, together with an errata sheet and additional signature page.  Please instruct your client to read the transcript, list any corrections (including page and line number) on the errata sheet, sign and date the errata sheet, and also sign the signature page.

Your client has 30 days to return the errata sheet and signature page to our office for further processing.  Should you have any questions, please don't hesitate to call.

Sincerely,


Paszkiewicz Court Reporting

No. 72573
Enclosures

cc:   Edward A. Wallace, Esq.