

Paszkiewicz
LITIGATION SERVICES

June 05, 2025

Christopher Morris, Esq.
Butler Snow
Renaissance at Colony Park
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS  39157

Re:     Deposition of CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM
        6/3/2025
        In Re: Paragard IUD Products Liability Litigation

Dear Mr. Morris:

Your client did not waive the right to read and sign his/her deposition in the above referenced matter.  Enclosed is the copy of the deposition you ordered, together with an errata sheet and additional signature page.  Please instruct your client to read the transcript, list any corrections (including page and line number) on the errata sheet, sign and date the errata sheet, and also sign the signature page.

Your client has 30 days to return the errata sheet and signature page to our office for further processing.  Should you have any questions, please don't hesitate to call.

Sincerely,


Paszkiewicz Court Reporting

No. 72573
Enclosures

cc:  Edward A. Wallace, Esq.

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page _____6_____ Line _____1_____

Should read: _There WAS No Exhibit 4 marked._

Reason for change: _No exhibit marked 4._

Page _____6_____ Line _____6_____

Should read: _Ametek_

Reason for change: _Spelling_

Page _____9_____ Line _____2_____

Should read: _NDA Approval Letter mDL2974 TWHLLC000983_

Reason for change: _Specific reference_

Page _____9_____ Line _____4_____

Should read: _New Drug Application Vol. 01, MDL2974TWHLLC130124_

Reason for change: _Specific reference_

Page _____9_____ Line _____7_____

Should read: _Defense Exhibit 4 should be - Drug Master File, Component-Flow chart (December 4, 2015) mDL2974TWHLLC130124_

Reason for change: _Defense exhibt 4 missing_

Page _____17_____ Line _____5_____

Should read: _products_

Reason for change: _people is not correct word._

RE: In Re: Paragard IUD Products Liability Litigation
Date: 6/3/2025
Job: 72573

26 Ginger Creek Parkway - Glen Carbon, IL 62034

Phone: (618) 307 - 9320  Toll Free: (855) 595 -3577  www.spreporting.com

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page **26** Line **11, 12, 13, 16**

Should read: **Actavis**

Reason for change: **Spelling**

Page **35** Line **6**

Should read: **Yes, I prepared for this. Yes I have.**

Reason for change: **Sentence grammar.**

Page **40** Line **11**

Should read: **If I refer to it as a device**

Reason for change: **Spelling**

Page **40** Line **18-20**

Should read: **you said you don't have clinical experience because you are not a physician.**

Reason for change: **grammmer**

Page **47** Line **17**

Should read: **because it's a regulation.**

Reason for change: **Spelling**

Page **48** Line **3**

Should read: **GMP regulations.**

Reason for change: **Spelling**

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page 48 Line 18

Should read: with the GMP regulations.?)

Reason for change: Spelling

Page 51 Line 4

Should read: failure, that after its packaged,

Reason for change: Spelling

Page 80 Line 20

Should read: with the vendor to assure

Reason for change: grammar

Page 83 Line 1

Should read: what was actually purchased met

Reason for change: Spelling

Page 95 Line 6-9

Should read: No exhibit was marked at this time.

Reason for change: No exhibit marked.

Page 100 Line 4

Should read: The 2005 one is the full

Reason for change: need to add the

RE: In Re: Paragard IUD Products Liability Litigation
Date: 6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page 103 Line 22

Should read: A1) manufactured by Dupont Company

Reason for change: No, needed

Page 118 Line 18

Should read: Well, we - when we purchased the product, we relied

Reason for change: grammar

Page 136 Line 17

Should read: Ametek

Reason for change: Spelling

Page 145 Line 3-4 11-entry error

Should read: It States Lederle Laboratories — Lederle

Reason for change: is not a vendor. Would need to review video to hear what was said.

Page 157 Line 20

Should read: that's the series or type of

Reason for change: Spelling

Page 165 Line 23

Should read: for long term implantation

Reason for change: wrong word

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page __171__ Line __22__

Should read: _____Gates_____

Reason for change: _____mispelled Jennifer's name_____

Page __176__ Line __21__

Should read: _____you are doing an end_____

Reason for change: _____Spelling —_____

Page __183__ Line __12__

Should read: _____Complaint handling_____

Reason for change: _____Spelling — wrong word_____

Page __229__ Line __21__

Should read: _____recommendations ?_____

Reason for change: _____Spelly_____

Page __249__ Line __12__

Should read: _____Critical being the worst_____

Reason for change: _____Spelly_____

Page __252.__ Line __15__

Should read: _____7/30/10 Kema Report_____

Reason for change: _____typo_____

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page 252 Line 2

Should read: this KOMA audit

Reason for change: spelly - no S

Page 265 Line 6-7

Should read: Computer software that would be

Reason for change: need to add be

Page 284 Line 6

Should read: 5.93 US dollars

Reason for change: typo

Page 299 Line 13

Should read: they were given

Reason for change: typo/gramma

Page 302 Line 8

Should read: do in that role

Reason for change: typo/gramma

Page 305 Line 14

Should read: What is the date

Reason for change: gramma

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page 313 Line 6

Should read: State, at the top, article used

Reason for change: grammar

Page 315 Line 17

Should read: Defense exhibit 4 is Component - Flow chart, Drug Master File.

Reason for change: add Name

Page 327 Line 11

Should read: this is the copper around the stem

Reason for change: grammar

Page 330 Line 21

Should read: Up-to-date as well

Reason for change: No to ; grammar

Page 332 Line 20

Should read: Was this prepared

Reason for change: grammar

Page 332 Line 23-24

Should read: from Teva after the product was aquired from the

Reason for change: grammar

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page 333 Line 1

Should read: so they

Reason for change: typo

Page 335 Line 3

Should read: regularly conduct

Reason for change: Spelling

Page 335 Line 25

Should read: what is an FDA

Reason for change: grammar

Page 336 Line 6

Should read: manufacturing process

Reason for change: grammar – wrong word

Page 337 Line 2

Should read: By ATTORNEY HUTCHINSON

Reason for change: correct attorney

Page 339 Line 8

Should read: products; like flexability, its dimensions,

Reason for change: grammar

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page ___341___ Line ___3___

Should read: _____ on the oxidation _____

Reason for change: _____ grammar — wrong word _____

Page ___341___ Line ___10___

Should read: _____ Would you defer _____

Reason for change: _____ grammar _____

Page ___342___ Line ___3___

Should read: _____ Container to meet _____

Reason for change: _____ grammar — _____

Page ___343___ Line ___2___

Should read: _____ this document _____

Reason for change: _____ Spelling _____

Page ___344___ Line ___15–17___

Should read: _Although these cracks could possibly be propegated further during removal though the cervix, grammar that were measured had adequate residual strength._

Reason for change: _____ grammmer _____

Page ___351___ Line ___6___

Should read: _____ product is then degrading _____

Reason for change: _____ typo — then vs the _____

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Upon reading the deposition and before subscribing thereto, the deponent indicated the following changes should be made:

Page __352__ Line __19__

Should read: _____ I'm not an expert _____

Reason for change: _____ grammar _____

Page __356__ Line __10__

Should read: _____ it is not designed to, but _____

Reason for change: _____ grammar ; have to add to _____

Page __357__ Line __8__

Should read: _____ Yes. Well, and that's why we _____

Reason for change: _____ grammar _____

Page __362__ Line __2__

Should read: _____ aware that the FDA found a safety _____

Reason for change: _____ grammar _____

Page_____ Line_____

Should read:_____

Reason for change: _____

Page_____ Line_____

Should read:_____

Reason for change: _____

RE: In Re: Paragard IUD Products Liability Litigation
Date: 6/3/2025
Job: 72573

COMES NOW THE WITNESS, CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM, having read the foregoing transcript of the deposition taken on 6/3/2025, acknowledges by signature hereto that it is a true and accurate transcript of the testimony given on the date hereinabove menthioned.

CORP. REP. JOSEPH DEVITO - VIDEOTAPED / ZOOM

Subscribed to before me this ____14th____ day of ___June_____, 2025.

Notary Public

My Commission Expires: ___07/08/2026___

THOMAS A SNYDER
Notary Public - State of New York
No. 02SN5062916
Qualified In Albany County
My Commission Expires July 8, 2018
2026  THS

RE: In Re: Paragard IUD Products Liability Litigation
Date:6/3/2025
Job: 72573