Re: In re Paragard IUD Products Liability Litigation
Deposition of Corporate Representative Joseph DeVito
Date: June 3, 2025

Upon reading the deposition, the deponent indicated the following changes should be made:

Page 186, Line 12

Should read: No. Dupont 20 was only tested in 2007.

Reason for change: I am not aware of Teva ever commercially switching to Dupont 20. My "yes" was intended only to confirm what the document appears to suggest, that Teva started testing Dupont 20 in 2007, based on the line of questioning by Plaintiffs' counsel.

Page 186, Line 15

Should read: No. Dupont 20 was not used commercially while Teva held the NDA. It was tested in 2007.

Reason for change: Same as above.

Page 188, Line 6-18

There was no commercial switch from Dupont 2005 to Dupont 20, so there was no reason to notify Polymer Conversions.

Reason for change: Same as above.

Page 190, Lines 10-14

Should read: No. Dupont 20 was not used while Teva held the NDA. It was tested in 2007.

Reason for change: Same as above.

COMES NOW THE WITNESS, CORP. REP. JOSEPH DEVITO, having read the foregoing transcript of the deposition taken on June 3, 2025, the executed errata sheets dated June 14, 2025, and the above corrections, acknowledges by signature hereto that it is a true and accurate transcript of the testimony given on the date hereinabove mentioned.

_____
CORP. REP. JOSEPH DEVITO

Subscribed to before me this __9th__ day of __April__ _____, 2026.

_____
Notary Public

THOMAS A SNYDER
Notary Public - State of New York
No. 02SN6062916
Qualified In Albany County
My Commission Expires July 8, 2016
2026 TAS

My Commission Expires: _____

100294940.v1

2