IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |

## ORDER

This case is presently before the Court on Plaintiff Alisa Robere's motion to strike, Dkt. No. [1226]; associated motion for leave to file certain exhibits under seal, Dkt. No. [1227]; and exhibits that are the subject of the motion to seal, Dkt. No. [1228]. Plaintiff has since filed her exhibits on the public docket. Dkt. No. [1235].[1] Accordingly, the Court **STRIKES** the provisionally sealed exhibits as unnecessary, Dkt. No. [1228], and **DENIES AS MOOT** the motion for leave to file matters under seal, Dkt. No. [1227]. The Court will enter an Order on the motion to strike, Dkt. No. [1226], in due course.

**IT IS SO ORDERED** this 8th day of June, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**

---

[1] Although the docket entry characterizes the filing as a motion to supplement, no motion was filed. See Dkt. No. [1235]. The Clerk is therefore **DIRECTED** to amend the Docket Entry No. 1235 to reflect that the documents are a supplement to the motion to strike, Dkt. No. [1226], and the reply filed in support of the motion to strike, Dkt. No. [1232].