IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | : | MDL DOCKET NO. 2974 |
| PRODUCTS LIABILITY | : | 1:20-md-02974-LMM |
| LITIGATION | : | |

## **ORDER**

The Court has reviewed the parties' letter briefs on the selection of future

bellwether cases. The Court hereby **ORDERS** the following:

> Plaintiffs are to select 4 Teva-era cases, and Teva is to select 4 Teva-era cases. Plaintiffs are to select 4 Cooper-era cases, and Cooper is to select 4 Cooper-era cases. Plaintiffs get one veto per Defendant, and each Defendant gets one veto as to the cases against them. None of the cases should be governed by Florida law.

> After the final 12 cases are remaining, each party will submit to the Court a paragraph as to why each case should or should not be selected. The Court will review the submissions and veto some based on the parties' arguments and then select 4 cases in the order they will be tried.

> The parties must provide their selections to opposing counsel within 21 days from the date of this order. Following that, each party has 7 days to exercise its veto. The parties then have 14 days after the date of the veto to provide the Court with the summary of the cases and 5 days after that to respond to the parties' submissions. Only Plaintiffs who have submitted a non-deficient PFS are eligible.

As to whether the Court will allow new experts for these trials, the Court

will hear from the parties on these issues after the new cases are selected and it

becomes clearer whether there are new issues to be addressed. The Court will

also not order wave discovery at this time but will hear from the parties on this issue after the next bellwether trial has concluded.

If Defendants expect any issues as to Lexecon waivers as to bellwethers chosen through this process, they are to provide notice of any such issues to the Court within 5 days of the date of this order.

**IT IS SO ORDERED** this 16th day of June, 2026.

**Leigh Martin May**
**Chief United States District Judge**