**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>WHITNEY WRIGHT<br>     Plaintiff,<br><br>  vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.<br>     Defendants. | MDL DOCKET NO. 2974<br><br><br>MDL Case No.: 1:20-md-02974-LMM<br><br>Civil Action No: 1:25-cv-01991-LMM |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, Whitney Wright, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action without prejudice and shows as follows:

1. Plaintiff has elected to pursue her claims through separate counsel in a separately pending action arising from the same alleged injuries. This dismissal is intended solely to eliminate duplicative litigation and is not a dismissal on the merits.

2. No Defendant has filed an answer or motion for summary judgment in this action.

3. Accordingly, Plaintiff voluntarily dismisses all claims asserted in this action without prejudice, with each party to bear its own costs and fees unless otherwise agreed.

Dated: June 23, 2026

Respectfully submitted,

By: */s/ Carrie M. Myers*

Carrie M. Myers, Esq. GA Bar No. 322615
Andrea S. Hirsch, Esq. GA Bar No. 666557
Brooke F. Cohen, Esq. TX Bar No. 24007019
**Cohen Hirsch, LP**

5256 Peachtree Road, Suite 195-E
Telephone: (678) 268-4683
Facsimile: (678) 669-1520
Email: carrie@cohenhirsch.com
andrea@cohenhirsch.com
brooke@cohenhirsch.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

In compliance with Rule 5.1(F) of the Local Rules of the United States District Court Northern District of Georgia, I hereby certify that on June 23, 2026, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF system, which will automatically serve notice of this filing via email to all registered counsel of record.

*/s/ Carrie M. Myers*
Carrie M. Myers