**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: PARAGARD IUD | ) | **MDL NO. 2974** |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | 1:20-md-02974-LMM |
| *All Cases Listed on Exhibit 1* | ) | |

## ORDER TO SHOW CAUSE

It appears that Plaintiffs identified on Exhibit 1 to this Order have failed to serve a Plaintiff Fact Sheet ("PFS") as required by the Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 331], Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production [Doc. 385], Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Second PFS CMO") [Doc. 434], Third Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Third PFS CMO") [Doc. 553], and Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production ("Fourth PFS CMO") [Doc. 634] (collectively "PFS CMOs").

Under this Court's PFS CMOs, each Plaintiff in a member action pending in MDL No. 2974 on July 7, 2022, was required to serve Defendants with a completed PFS and executed authorizations by November 4, 2022. [Doc. 634, Section I.B.(1)(a), at 2]. Plaintiffs in cases transferred to the MDL after the entry of the first

PFS CMO were required to serve Defendants with a completed PFS and executed authorizations within one hundred twenty (120) days from the date his/her individual action was docketed in the MDL. [Doc. 634, Section I.B.(2), at 3].

The Fourth Amended PFS CMO states:

1. If a Plaintiff does not serve an executed PFS within the deadline set forth in Section B above, including any extension granted pursuant to Section B.5 above, Defendant(s) shall send a "Notice of Delinquency" letter via email to that Plaintiff's attorney of record, and the Plaintiff shall have thirty (30) days from the date of the Notice of Delinquency letter to serve an executed, complete PFS.

2. If the Plaintiff does not serve an executed, complete PFS by the expiration of the thirty (30) day period provided for in Section E.1 above, Defendants may include the case on a request to the Court for an Order to Show Cause, which may include a request for dismissal of the case.

[Doc. 634 Section I.E., at 9-10].

Defendants represent that pursuant to the Fourth PFS CMO, they sent a Notice of Delinquency to each of the Plaintiffs identified on **Exhibit 1**, but those Plaintiffs have failed to provide an executed and completed PFS by the expiration of the 30-day period as required by Section I.E.(1) of the Fourth PFS CMO. In each Notice of Delinquency, and in accordance with the process set forth in the Fourth PFS CMO, Plaintiff was advised that failure to comply within 30 days would result in a request to this Court for an Order to Show Cause, which would include a request for dismissal of the case. Since the PFS for those Plaintiffs identified in Exhibit 1 remain delinquent, the Court hereby enters this Order to Show Cause.

Plaintiffs identified on "**Exhibit 1**" are **ORDERED TO SHOW CAUSE within 14 days from the entry of this Order**, in a written submission as to why their cases should not be dismissed with prejudice for failure to comply with the PFS CMOs. Defendants may file a response within 5 business days after service of Plaintiffs' submission, but Defendants are not required to submit a response unless otherwise ordered by the Court.

Failure to show cause by failing to file such a submission within 14 days from the entry of this Order may result in dismissal of Plaintiff's case.

**IT IS SO ORDERED** this 24th day of June, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**

3

| | Plaintiff | Cause No. |
|---|---|---|
| 1. | Addison, Jessica | 1:23-cv-03489 |
| 2. | Alizor, Ashley | 1:24-cv-03900 |
| 3. | Bailey, Jenna | 1:25-cv-02549 |
| 4. | Barber, Lindsey | 1:23-cv-00884 |
| 5. | Barr, Michelle | 1:23-cv-02113 |
| 6. | Bates, Lakysha | 1:25-cv-03394 |
| 7. | Beranek, Erin | 1:24-cv-01705 |
| 8. | Bergman, Emma | 1:25-cv-02744 |
| 9. | Bevington, Kimberly | 1:25-cv-04538 |
| 10. | Bradley, Aperil | 1:25-cv-02554 |
| 11. | Brown, Allison | 1:23-cv-05300 |
| 12. | Calderon, Andrea | 1:23-cv-03741 |
| 13. | Chesser, Angela | 1:23-cv-04343 |
| 14. | Coleman, Jennifer | 1:24-cv-01215 |
| 15. | Corrigan, Jessica | 1:23-cv-06020 |
| 16. | Cox, Megan | 1:24-cv-03628 |
| 17. | Cyrus, Stephanie | 1:24-cv-03901 |
| 18. | Dahl, Janelle | 1:24-cv-02346 |
| 19. | Dauphinais, Amber | 1:23-cv-05793 |
| 20. | Davis, Destiny | 1:23-cv-05306 |
| 21. | Davis, Porcha | 1:23-cv-04278 |
| 22. | DeCaria, Amanda | 1:23-cv-05282 |
| 23. | Delrio, Christina | 1:23-cv-01662 |
| 24. | Domingo, Lerileen | 1:25-cv-03398 |
| 25. | Durate, Linda | 1:23-cv-03397 |
| 26. | Durst, Amber | 1:23-cv-05935 |
| 27. | Ellison, Margaret | 1:25-cv-04606 |
| 28. | Fay, Laura | 1:23-cv-05304 |
| 29. | Ferro, Chelsea Di'Anne | 1:25-cv-03044 |
| 30. | Fields, Shala | 1:25-cv-03400 |
| 31. | Fraizer, Hailee | 1:24-cv-05322 |
| 32. | Galos, Malia | 1:25-cv-02747 |
| 33. | Geyer, Mary | 1:24-cv-00026 |
| 34. | Glenn, Erica | 1:23-cv-04183 |
| 35. | Gonzalez, Susan | 1:24-cv-03397 |
| 36. | Gordon, Jamie | 1:23-cv-04056 |
| 37. | Gray, Jessica | 1:23-cv-05036 |

| | | |
|---|---|---|
| 38. | Greenwood, Kayshiauna | 1:23-cv-04201 |
| 39. | Grullon-Rodriguez, Maria | 1:24-cv-01344 |
| 40. | Gutierrez, Joanna | 1:23-cv-05586 |
| 41. | Guzman, Anna | 1:24-cv-01341 |
| 42. | Hammond, Jaclyn | 1:23-cv-04815 |
| 43. | Hansen, Abbigail | 1:23-cv-05634 |
| 44. | Harrington-Loescher, Jessica | 1:23-cv-04579 |
| 45. | Hassell, Heather | 1:23-cv-00430 |
| 46. | Hawkins-De Robles, Sharon | 1:23-cv-04584 |
| 47. | Hays, Micaela | 1:23-cv-04932 |
| 48. | Herring, Katie | 1:23-cv-05014 |
| 49. | Hill, Brianna | 1:25-cv-01486 |
| 50. | Hill, Lauren | 1:23-cv-05276 |
| 51. | Holdaway, Brook | 1:25-cv-01916 |
| 52. | Hollingsworth, Veronica | 1:23-cv-05051 |
| 53. | Jazdzewski, Maryah | 1:24-cv-03843 |
| 54. | Jenkins, Carissa | 1:23-cv-04508 |
| 55. | Jonas, Shannon | 1:24-cv-03142 |
| 56. | Jordan, Dana | 1:23-cv-05305 |
| 57. | Kallett, Anna | 1:23-cv-00579 |
| 58. | Keith, Shani | 1:23-cv-05084 |
| 59. | Kelly, Shirree | 1:23-cv-04202 |
| 60. | Kemp, Teresa | 1:24-cv-03896 |
| 61. | Kettler, Amber | 1:23-cv-05990 |
| 62. | King, Karen | 1:24-cv-00226 |
| 63. | Klein, Teresa V. | 1:23-cv-06018 |
| 64. | Knesevich, Karen | 1:24-cv-00750 |
| 65. | Koehler, Storey | 1:23-cv-00220 |
| 66. | Kontra, Katherine | 1:24-cv-02469 |
| 67. | Lamorie, Connor | 1:24-cv-00751 |
| 68. | Lanoy, Marie | 1:23-cv-04024 |
| 69. | Larabee, Heather | 1:24-cv-04295 |
| 70. | Lehmann, Kristen | 1:24-cv-01253 |
| 71. | Lemme, Ashlly | 1:23-cv-03743 |
| 72. | Lepe, Jannie | 1:24-cv-02128 |
| 73. | Lewendal, Brecken | 1:24-cv-00614 |
| 74. | Liu, Christine | 1:24-cv-02636 |
| 75. | Lopez, Katherine | 1:23-cv-00693 |
| 76. | Machado, Marinel | 1:24-cv-05004 |

| 77. | Marine, Candy | 1:23-cv-04783 |
|---|---|---|
| 78. | Marshall, Carrie | 1:23-cv-04297 |
| 79. | Marshburn, Lashana | 1:24-cv-04320 |
| 80. | Mattson, Relinda | 1:23-cv-05854 |
| 81. | Mayers, Christina | 1:23-cv-04509 |
| 82. | McCollum, Lakiesha | 1:24-cv-03903 |
| 83. | McDonald, Tondelya | 1:23-cv-05301 |
| 84. | McMahon, Jessica | 1:24-cv-05567 |
| 85. | McNeil, Hannah | 1:23-cv-04814 |
| 86. | Mendez, Claudia | 1:24-cv-04183 |
| 87. | Mendez, Cynthia | 1:24-cv-01794 |
| 88. | Mendonca, Michelle | 1:23-cv-05790 |
| 89. | Merryweather, Jessica | 1:23-cv-01618 |
| 90. | Mills, Angelina | 1:25-cv-02043 |
| 91. | Morales, Sitlaly | 1:23-cv-03396 |
| 92. | Murphy-Geiszler, Taylor | 1:24-cv-00024 |
| 93. | Myott, Diana | 1:23-cv-05053 |
| 94. | Nagy, Claudia | 1:23-cv-04199 |
| 95. | Najera, Iliana | 1:25-cv-02743 |
| 96. | Nakane, Chasidy | 1:23-cv-05010 |
| 97. | Napier, Alexis | 1:23-cv-04063 |
| 98. | Olsson, Rachel | 1:23-cv-05707 |
| 99. | Owings, Alexis | 1:23-cv-05796 |
| 100. | Pam, Sharon | 1:24-cv-00752 |
| 101. | Paris, Pherisha | 1:24-cv-00855 |
| 102. | Parrish, Angel | 1:25-cv-02751 |
| 103. | Platel, Nicole | 1:23-cv-02991 |
| 104. | Ploucher, Heidi | 1:23-cv-04463 |
| 105. | Pollock, Dandan | 1:24-cv-00112 |
| 106. | Ramirez, Rebecca | 1:23-cv-05419 |
| 107. | Reed, Brianna | 1:23-cv-04013 |
| 108. | Reger, Chalaine | 1:23-cv-00303 |
| 109. | Riden, Tashaina | 1:25-cv-02046 |
| 110. | Rodriguez, Rebecca | 1:24-cv-05127 |
| 111. | Ross, Brittany | 1:25-cv-02048 |
| 112. | Saleh, Rawan | 1:23-cv-05255 |
| 113. | Sanchez, Angelique | 1:24-cv-04322 |
| 114. | Sanchez-Torres, Irma Rosa | 1:23-cv-05019 |
| 115. | Saragosa, Chevelle Anjelique | 1:24-cv-04652 |

| | | |
|---|---|---|
| 116. | Schrader, Kara | 1:23-cv-03647 |
| 117. | Scirrotto, Tammy | 1:23-cv-00866 |
| 118. | Shelikh, Erin | 1:23-cv-04816 |
| 119. | Sherwin, Emily | 1:23-cv-03325 |
| 120. | Skala-Rothgeb, Denise | 1:24-cv-00025 |
| 121. | Sneider, Cassie | 1:24-cv-04184 |
| 122. | Specksgoor, Megan | 1:23-cv-03257 |
| 123. | Steriti, Felicia | 1:23-cv-04003 |
| 124. | Stewart, Kimberly | 1:24-cv-00254 |
| 125. | Sutton, Rachel | 1:24-cv-04185 |
| 126. | Tapia, Denisse | 1:23-cv-05012 |
| 127. | Thompson, Toniqua | 1:24-cv-04060 |
| 128. | Tineo, Paola Y. | 1:23-cv-04526 |
| 129. | Tynan, Kelly | 1:24-cv-03998 |
| 130. | Velazquez, Elba Ordonez | 1:23-cv-03880 |
| 131. | Volcy, Sherley | 1:24-cv-03899 |
| 132. | Wade, Jennifer Leah | 1:22-cv-04904 |
| 133. | Warren, Amber | 1:23-cv-05005 |
| 134. | West, Amanda | 1:25-cv-02748 |
| 135. | White, Caroline | 1:23-cv-03645 |
| 136. | Williams, Bethany | 1:24-cv-03011 |
| 137. | Williams, Stacie | 1:23-cv-02243 |
| 138. | Wilson, Sabrina | 1:23-cv-05155 |
| 139. | Woodfork, Dorothy | 1:23-cv-05299 |
| 140. | Yale, Kathryn | 1:24-cv-00046 |
| 141. | Yeaman, Brie | 1:23-cv-05323 |
| 142. | Ziemski, Victoria | 1:24-cv-03216 |