IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Alisa Robere | : : | CIVIL ACTION NO.: 1:22-cv-01583-LMM |

### <u>SCHEDULING ORDER</u>

The Court hereby adopts the parties' joint proposal and enters the following

pre-trial deadlines[1]:

| Event | Date |
|---|---|
| Parties to Exchange:<br>- Affirmative Deposition Designations[2]<br>- Trial Exhibit List<br>- Trial Witness List<br>- Suggested stipulations to facilitate meet and confer process to attempt to reach agreements prior to filing Motions in Limine | July 24, 2026 |
| Motions in Limine (max 10,000 words) | August 3, 2026 |
| Parties to Exchange:<br>- Objections and Counter Deposition Designations (Completeness Counter Designations shall specifically identify the pages and lines they complete) | August 7, 2026 |

---

[1] Plaintiffs submit this jointly proposed schedule without waiver of their position that trial in *Robere* should be stayed pending a decision from the Eleventh Circuit concerning Teva's request for interlocutory appeal.

[2] When serving deposition designations, the serving party shall state whether the designations are "as played" from the Rickard trial.

| | |
|---|---|
| Parties to Exchange:<br>- Objections to Counter Deposition Designations and Counter-Counter Deposition Designations (Completeness Counter-Counter Designations shall specifically identify the pages and lines they complete)<br>- Electronic Copies of All Exhibits | August 14, 2026 |
| Responses to Motions in Limine (max 10,000 words) | August 17, 2026 |
| Parties to Exchange:<br>- Objections to Counter-Counter Deposition Designations | August 21, 2026 |
| Joint Pretrial Conference (via Zoom) | August 31, 2026 |
| Joint Pretrial Conference (via Zoom) | September 1, 2026 |
| Joint Pretrial Order | September 3, 2026 |
| Joint Pretrial Conference (via Zoom) | September 10, 2026 |
| Parties to Exchange:<br>- Proposed Jury Instructions | September 11, 2026 |
| Deadline for Parties to:<br>- Meet and Confer on Proposed Jury Instructions<br>- Exchange Bates Ranges for Proposed Preadmitted Exhibits | September 18, 2026 |
| Consolidated jury charges, Plaintiff's proposed jury charges, Defendants' proposed jury charges and any objections to the opposing sides' jury charges and the parties' proposed verdict forms shall be filed on CM/ECF and emailed to Ms. Poley in Word format | September 25, 2026 |
| **Trial Begins** | **September 28, 2026** |

IT IS SO ORDERED THIS 24th day of June, 2026.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

2