**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Relates to All Cases Listed on Exhibit A* | MDL No. 2974<br>Case No. 1:20-cv-02974<br>Hon. Leigh Martin May |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.1(E)(4), Patrick K. Lyons, Esq. of Ashcraft & Gerel, LLP notices his withdrawal of appearance in the cases listed on Exhibit A. All plaintiffs in these cases will continue to be represented by Michelle A. Parfitt, Esq. of Ashcraft & Gerel, LLP, who has already entered her appearance in each case listed on Exhibit A.

Counsel requests that the Clerk's office terminate CM/ECF notifications in these cases for Patrick K. Lyons, Esq. and serve all future CM/ECF notifications on Michelle A Parfitt, Esq. instead.

Dated:  June 26, 2026

Respectfully submitted,

*/s/ Patrick K. Lyons*
Patrick K. Lyons
ASHCRAFT & GEREL, LLP
2020 K Street NW, Suite 505
Washington, DC 20006
[P]: (703) 824-4762
[E]: plyons@ashcraftlaw.com

*Withdrawing Counsel for Plaintiffs*

*/s/ Michelle A. Parfitt*
Michelle A. Parfitt
ASHCRAFT & GEREL, LLP
2020 K Street NW, Suite 505

Washington, DC 20006
[P]: (844) 525–6887
[E]: mparfitt@ashcraftlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, June 26, 2026, a true and correct copy of the

foregoing was filed electronically with the Case Management/Electronic Filing System

(CM/ECF) for the U.S. District Court for the Northern District of Illinois.  A notice of electronic

filing will be served on all parties by operation of the Court's CM/ECF system.

*/s/ Patrick K. Lyons*
Patrick K. Lyons

*Withdrawing Counsel for Plaintiffs*

2

# EXHIBIT A

| Case Number |
| --- |
| 1:20-cv-02974 |
| 1:21-cv-03088 |
| 1:21-cv-04806 |
| 1:21-cv-04809 |
| 1:21-cv-04810 |
| 1:21-cv-2175 |
| 1:22-cv-01035 |
| 1:22-cv-02077 |
| 1:22-cv-04494 |
| 1:22-cv-04774 |
| 1:22-cv-04775 |
| 1:23-cv-05661 |
| 1:23-cv-05662 |
| 1:23-cv-05664 |
| 1:23-cv-05677 |
| 1:23-cv-05685 |
| 1:23-cv-05688 |
| 1:23-cv-05703 |
| 1:24-cv-00831 |
| 1:24-cv-00835 |
| 1:24-cv-05447 |
| 1:25-cv-01372 |
| 1:25-cv-01492 |
| 1:25-cv-01569 |
| 1:25-cv-01582 |
| 1:25-cv-01610 |
| 1:25-cv-01698 |
| 1:25-cv-01719 |
| 1:25-cv-01827 |
| 1:25-cv-01880 |
| 1:25-cv-01881 |
| 1:25-cv-01888 |
| 1:25-cv-01918 |
| 1:25-cv-02057 |
| 1:25-cv-04512 |
| 1:25-cv-05290 |
| 1:25-cv-05295 |
| 1:25-cv-05303 |
| 1:25-cv-06984 |
| 1:25-cv-06987 |
| 1:25-cv-2443 |
| 1:25-cv-3943 |
| 1:26-cv-00044 |
| 1:26-cv-03368 |

1

1:26-cv-3506

2