**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **Case No. 1:20-md-02974-LMM** |
| **THIS DOCUMENT RELATES TO:** | ) ) | **JUDGE LEIGH MARTIN MAY** |
| *Plaintiff, Chevelle Angelique Saragosa Case No. 1:24-cv-04652-LMM* | ) ) ) | |

## RESPONSE TO SHOW CAUSE ORDER

Comes now, Plaintiff, Chevelle Angelique Saragosa's undersigned counsel, and in accordance with this Court's June 25, 2026 Order, hereby states the following attempts to make contact with Plaintiff, Chevelle Angelique Saragosa (hereinafter "Saragosa"):

On or about October 24, 2022, Saragosa contracted with the undersigned to represent her in a lawsuit against the manufacturers of the Paragard IUD for injuries sustained due to her use of the product.

On or about October 15, 2024, the subject Complaint was filed with the Court. The undersigned continued to attempt contact with Saragosa to secure outstanding documents and information on the following dates: November 5, 2024, December 4, 2024, December 5, 2024, December 10, 2024, December 13, 2024, April 7, 2025, July 9, 2025, July 10, 2025, July 15, 2025, July, 18, 2025, August 5, 2025, August 27, 2025, April 20, 2026, May 15, 2026, and June 25, 2026. All attempts at communications were either unreturned or did not otherwise yield successful results.

Plaintiff has fully complied with this Court's June 25, 2026 Order and respectfully requests that this Court not issue sanctions against the undersigned for Saragosa's failure of desire to

proceed with her case.  The undersigned will attempt to advise Saragosa of any further Orders of this Court, including this Response, and any Orders of Dismissal should the Court order same.

Respectfully submitted,
PARAFINCZUK WOLF, P.A.


*/s/ Rachel L. Cowen Lucuara, Esq.*
Rachel L. Cowen Lucuara #1010540
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Phone: 954-678-0263
Fax: 954-678-4122
Email: rcowen@parawolf.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on June 29, 2026, and served electronically on all counsel of record.

By: */s/ Rachel L. Cowen Lucuara, Esq.*
Rachel S. Cowen Lucuara