# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: PARAGARD IUD
PRODUCTS LIABILITY
LITIGATION

)
)
)
)
)
)
)
)

MDL DOCKET NO. 2974

(1:20-md-02974-LMM)

This Document Relates to Case Nos.
1:25-cv-04606; 1:25-cv-03044; 1:24-cv-01794; 1:23-cv-05323

## RESPONSE TO SHOW CAUSE ORDER

Plaintiffs Margaret Ellison, Chelsea Di'Anne Ferro, Cynthia Mendez, and Brie Yeaman (collectively, "Plaintiffs"), by and through their undersigned counsel, and in accordance with this Court's June 24, 2026, Order to Show Cause, Dkt. No. 1242 ("Show Cause Order") submit this response on the respective status of each of the foregoing Plaintiff's Plaintiff Fact Sheet delinquencies giving rise to the entry of the Show Cause Order.

### Plaintiff Margaret Ellison (Case No. 1:25-cv-04606-LMM)

Plaintiff Margaret Ellison's Counsel received a delinquency letter via email from Defendants on January 8, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

1

Prior to receiving this correspondence from Defendants, Plaintiff's Counsel made numerous attempts at contacting the Plaintiff to complete her Plaintiff Fact Sheet. And since receiving this correspondence from Defendants, Plaintiff has informed Counsel that she no longer wishes to proceed with her case.

### Plaintiff Chelsea Di'Anne Ferro (Case No. 1:25-cv-03044-LMM)

Plaintiff Chelsea Di'Anne Ferro's Counsel received a delinquency letter via email from Defendants on January 16, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

On July 2, 2026, Plaintiff Chelsea Di'Anne Ferro submitted her Plaintiff Fact Sheet. Accordingly, Plaintiff Chelsea Di'Anne Ferro has resolved the issues underpinning her inclusion on the Show Cause Order, and her case should not be dismissed.

### Plaintiff Cynthia Mendez (Case No. 1:24-cv-01794-LMM)

Plaintiff Cynthia Mendez's Counsel received a delinquency letter via email from Defendants on April 17, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to complete her Plaintiff Fact Sheet, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order. Plaintiff's Counsel respectfully requests a 21-day extension so that Plaintiff's Counsel can continue to seek Plaintiff's compliance.

### **Plaintiff Brie Yeaman (Case No. 1:23-cv-05323-LMM)**

Plaintiff Brie Yeaman's Counsel received a delinquency letter via email from Defendants on April 17, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Prior to receiving this correspondence from Defendants, Plaintiff's Counsel made numerous attempts at contacting the Plaintiff to complete her Plaintiff Fact Sheet. And since receiving this correspondence from Defendants, Plaintiff has informed Counsel that she no longer wishes to proceed with her case.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Counsel respectfully requests that the Court provide an extension for Plaintiff Cynthia Mendez, who has not complied with the Show Cause Order despite Plaintiffs' Counsel's best efforts.

Dated: July 6, 2026                    Respectfully submitted,

*/s/ Fidelma Fitzpatrick*
Fidelma Fitzpatrick
RI Bar No. 5417
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com

**Attorney for all Plaintiffs**

*/s/ Basil E. Adham*
Basil E. Adham
TX Bar No. 24081742
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Tel.: 888-864-7330
badham@johnsonlawgroup.com

**Attorney for Plaintiffs Cynthia Mendez and Brie Yeaman**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the

Clerk of Court using the CM/ECF system on July 6, 2026, and served electronically

on all counsel of record.

By: */s/ Fidelma Fitzpatrick*

Fidelma Fitzpatrick
RI Bar No. 5417
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com