**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | MDL No. 1:20-md-02974-LMM |
| THIS DOCUMENT RELATES TO: | JUDGE LEIGH MARTIN MAY |
| Plaintiff, Kelly Tynan Case No. 1:24-cv-03998-LMM | |

**RESPONSE TO SHOW CAUSE ORDER**

Comes now, undersigned counsel for Plaintiff, Kelly Tynan, and in accordance with this Court's June 25, 2026 Order, hereby states the following:

I, David Friend, declare that our Firm has attempted to reach our client, Kelly Tynan, on numerous occasions by telephone, e-mail and U.S. Mail, and our client has not been responsive to our communications to date. The undersigned will continue to attempt to advise Plaintiff of any further Orders of this Court, including this Response, and any Orders of Dismissal should the Court order same.

I declare the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted,

*/s/ David L. Friend*
David L. Friend
Texas State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, Texas 78701
Phone: (512) 320-9100
Fax: (512) 320-9101
dfriend@hmf-law.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on July 7, 2026, and served electronically on all counsel of record.

/s/ David L. Friend
David L. Friend
Texas State Bar No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, Texas 78701
Phone: (512) 320-9100
Fax: (512) 320-9101
dfriend@hmf-law.com
*Attorneys for Plaintiff*