**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | 1:20-md-02974-LMM MDL No. 2974 |
| *THIS DOCUMENT RELATES TO:* | |
| | CIVIL ACTION No. 1:24-cv-01215-LMM |
| JENNIFER COLEMAN Plaintiff | |
| vs. | |
| TEVA PHARMACEUTICALS USA, INC., ET AL. Defendants | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Comes now Plaintiff, Jennifer Coleman, by and through undersigned counsel, and responds to this Court's Order to Show Cause filed on June 24, 2026 (Dkt. No. 1242).

Upon receipt of the Court's Order to Show Cause, Plaintiff's counsel promptly contacted Plaintiff and immediately began completing the Plaintiff Fact Sheet. Plaintiff's completed Plaintiff Fact Sheet was served on June 25, 2026.

WHEREFORE, Plaintiff, Jennifer Coleman, respectfully requests that she be removed from the Order to Show Cause.

Dated:  July 7, 2026                      Respectfully Submitted by:

                                          /s/ Mackenzi L. Saucier
                                          Mackenzi L. Saucier (LA Bar No. 40937)
                                          Betsy J. Barnes (La. Bar No. 19473)
                                          John C. Enochs (La. Bar No. 22774)
                                          **MORRIS BART, L.L.C.**
                                          601 Poydras Street, 24th Floor
                                          New Orleans, LA 70130
                                          Telephone: (504) 525-8000
                                          Fax: (504) 599-3380
                                          msaucier@morrisbart.com
                                          bbarnes@morrisbart.com
                                          jenochs@morrisbart.com
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing document to the Clerk of Court using the ECF system which sent notifications of such filings to all counsel of record. Parties may access this filing through the court's system.

Dated:  July 7, 2026                          Respectfully Submitted by:


/s/ Mackenzi L. Saucier
Mackenzi L. Saucier