**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:  PARAGARD IUD | ) MDL NO. 2974 |
| PRODUCTS LIABILITY | ) |
| LITIGATION | ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) Case No. 1:24-cv-02469-LMM |
| | ) |
| Katherine Kontra, | ) |
| | ) |
|    Plaintiff. | ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Katherine Kontra ("Plaintiff"), by and through undersigned counsel, respectfully submits this Response to the Court's Order to Show Cause entered June 24, 2026 [Doc. 1242] (the "Order"), and respectfully shows the Court that this action should not be dismissed. In support, Plaintiff states as follows:

1.    On June 24, 2026, the Court entered an Order to Show Cause [Doc. 1242] directing the Plaintiffs identified on Exhibit 1 to the Order to show cause, within fourteen (14) days of entry, why their cases should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet ("PFS") and executed authorizations in compliance with the Court's Case Management Orders governing Plaintiff Fact Sheets [Docs. 331, 385, 434, 553, and 634] (collectively, the "PFS CMOs").

2.    Plaintiff Katherine Kontra, Case No. 1:24-cv-02469-LMM, is identified on Exhibit 1 to the Order.

3.    As of July 8, 2026, Plaintiff has served upon Defendants a completed and executed PFS, together with all required executed authorizations, in accordance with the service

1

procedures established by the PFS CMOs. Accordingly, the deficiency identified in the Order has been cured.

4.  Because the completed PFS and executed authorizations have now been served, the objectives of the PFS CMOs—to provide Defendants with core, case-specific information and the authorizations necessary to obtain Plaintiff's records—have been fully satisfied. There is no longer any outstanding PFS obligation for this Plaintiff to perform.

5.  Defendants are not prejudiced by the timing of service. This member action remains at an early stage, no case-specific discovery deadlines have been disturbed, and Defendants are now in possession of Plaintiff's completed PFS and executed authorizations. Any delay has been cured and has caused no prejudice warranting the severe sanction of dismissal.

6.  Plaintiff has demonstrated good cause and respectfully requests that the Court discharge the Order to Show Cause as to this Plaintiff and permit the action to proceed on the merits.

**WHEREFORE**, Plaintiff Katherine Kontra respectfully requests that the Court DISCHARGE the Order to Show Cause [Doc. 1242] as to Plaintiff, Case No. 1:24-cv-02469-LMM, decline to dismiss this action, and grant such other and further relief as the Court deems just and proper.

2

Dated: July 8, 2026

Respectfully submitted,

/s/ Robert L. Kinsman
Robert L. Kinsman (MO # 67427)
Admitted Pro Hac Vice
Krause & Kinsman Group, LLC
93 Francisco Escudero #1002
Dorado, Puerto Rico 00646
816-760-2700
robert@krauseandkinsman.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Robert L. Kinsman
Robert L. Kinsman

3