# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET No. 2974** |
| | **(1:20-md-02974-LMM)** |
| **THIS DOCUMENT RELATES TO:** | |
| *Plaintiff Allison Brown, Case No. 1:23-cv-05300* | **JUDGE LEIGH MARTIN MAY** |
| *Plaintiff Tondelya McDonald, Case No. 1:23-cv-05301* | |
| *Plaintiff Dana Jordan, Case No. 1:23-cv-05305* | |
| *Plaintiff Destiny Davis, Case No. 1:23-cv-05306* | |
| *Plaintiff Rebecca Ramirez, Case No. 1:23-cv-05419* | |
| *Plaintiff Rachel Olsson, Case No. 1:23-cv-05707* | |
| *Plaintiff Relinda Mattson, Case No. 1:23-cv-05854* | |
| *Plaintiff Teresa Valdez-Klein, Case No. 1:23-cv-06018* | |
| *Plaintiff Jessica Corrigan, Case No. 1:23-cv-06020* | |
| *Plaintiff Taylor Murphy, Case No. 1:24-cv-00024* | |
| *Plaintiff Denise Rothgeb, Case No. 1:24-cv-00025* | |
| *Plaintiff Mary Geyer, Case No. 1:24-cv-00026* | |
| *Plaintiff Kathryn Yale, Case No. 1:24-cv-00046* | |

1

## **RESPONSE TO SHOW CAUSE ORDER**

Come now Plaintiffs Allison Brown, Case No. 1:23-cv-05300, Tondelya McDonald, Case No. 1:23-cv-05301, Dana Jordan, Case No. 1:23-cv-05305, Destiny Davis, Case No. 1:23-cv-05306, Rebecca Ramirez, Case No. 1:23-cv-05419, Rachel Olsson, Case No. 1:23-cv-05707, Relinda Mattson, Case No. 1:23-cv-05854, Teresa Valdez-Klein, Case No. 1:23-cv-06018, Jessica Corrigan, Case No. 1:23-cv-06020, Taylor Murphy, Case No. 1:24-cv-00024, Denise Rothgeb, Case No. 1:24-cv-00025, Mary Geyer, Case No. 1:24-cv-00026, and Kathryn Yale, Case No. 1:24-cv-00046, by counsel, and respond to this Court's June 24, 2026 Order to Show Cause entered.  MDL ECF Dkt. No. 1242.

Each Plaintiff has now submitted her Plaintiff Fact Sheet.  Plaintiffs respectfully request that this Court allow their cases to move forward and not be dismissed, as each has met her discovery obligations pursuant to this Court's Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Dated:  July 8, 2026

Respectfully submitted,

*/s/ Jack Griffith Rutherford*
Jack Rutherford, California SBN 268669
**RUTHERFORD LAW PC**
2811 1/2 2nd Ave.
Los Angeles, CA 90018
Telephone: (415) 794-5639
jgr@rfordlaw.com
*Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the

Clerk of Court using the CM/ECF system on July 8, 2026 and served electronically

on all counsel of record.

By: */s/ Jack Griffith Rutherford*
Jack G. Rutherford