IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 2974 (1:20-md-02974-LMM) |
| This document relates to: *Megan Cox and Ashley Alizor,* | ) ) ) ) ) | Case Nos.: 1:24-cv-03628-LMM 1:24-cv-03900-LMM |
| *Plaintiffs* | ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

Megan Cox, Case No. 1:24-cv-03628-LMM, and Ashley Alizor, Case No. 1:24-cv-03900-LMM, Plaintiffs, by and through their undersigned counsel, and in accordance with this Court's Order to Show Cause, Dkt. No. 1242, of June 24, 2026, submit this Response to Order to Show Cause, and would respectfully show as follows:

1.       On June 26, 2026, Plaintiff Cox submitted her Plaintiff Fact Sheet and all supporting materials. Since Plaintiff Cox has now resolved the issues underpinning her inclusion in this Court's Order to Show Cause, her case should not be dismissed.

2.       On June 26, 2026, Plaintiff Alizor submitted her Plaintiff Fact Sheet and all supporting materials. Since Plaintiff Alizor has now resolved the issues underpinning her inclusion in this Court's Order to Show Cause, her case should not be dismissed.

As a result of the foregoing, Plaintiffs respectfully request that their cases not be dismissed since they have met their discovery obligations pursuant to this Court's Second Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Respectfully,

/s/ Patrick A. Luff
PATRICK A. LUFF

Luff Law Firm, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
Phone: (469) 607-5822
Fax: (469) 949-2614
luff@lufflaw.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic means on July 10, 2026.

/s/ Patrick A. Luff
Patrick A. Luff