IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Cases in the Below Tables | : : | |

## **ORDER**

On June 24, 2026, the Court entered an Order directing the plaintiffs identified on Exhibit 1 to the Order to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in compliance with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [1242]. Plaintiffs were warned that failure to respond could result in dismissal of the plaintiff's case.

## I.   **Cases where the deficiency has been cured**

In the cases listed below, the deficiency has been cured. The Order to Show Cause is therefore **MOOT** as to those cases:

| Plaintiff | Case No. |
|---|---|
| Addison, Jessica | 1:23-cv-03489 |
| Alizor, Ashley | 1:24-cv-03900 |
| Bevington, Kimberly | 1:25-cv-04538 |
| Bradley, Aperil | 1:25-cv-02554 |
| Brown, Allison | 1:23-cv-05300 |
| Coleman, Jennifer | 1:24-cv-01215 |
| Corrigan, Jessica | 1:23-cv-06020 |
| Cox, Megan | 1:24-cv-03628 |

| | |
|---|---|
| Davis, Destiny | 1:23-cv-05306 |
| Davis, Porcha | 1:23-cv-04278 |
| Ferro, Chelsea Di'Anne | 1:25-cv-03044 |
| Fields, Shala | 1:25-cv-03400 |
| Geyer, Mary | 1:24-cv-00026 |
| Glenn, Erica | 1:23-cv-04183 |
| Hassell, Heather | 1:23-cv-00430 |
| Hollingsworth, Veronica | 1:23-cv-05051 |
| Jordan, Dana | 1:23-cv-05305 |
| Kemp, Teresa | 1:24-cv-03896 |
| Klein, Teresa V. | 1:23-cv-06018 |
| Knesevich, Karen | 1:24-cv-00750 |
| Kontra, Katherine | 1:24-cv-02469 |
| Lemme, Ashlly | 1:23-cv-03743 |
| Lewendal, Brecken | 1:24-cv-00614 |
| Machado, Marinel | 1:24-cv-05004 |
| Marshall, Carrie | 1:23-cv-04297 |
| Marshburn, Lashana | 1:24-cv-04320 |
| Mattson, Relinda | 1:23-cv-05854 |
| McDonald, Tondelya | 1:23-cv-05301 |
| Murphy-Geiszler, Taylor | 1:24-cv-00024 |
| Olsson, Rachel | 1:23-cv-05707 |
| Pam, Sharon | 1:24-cv-00752 |
| Ramirez, Rebecca | 1:23-cv-05419 |
| Reger, Chalaine | 1:23-cv-00303 |
| Skala-Rothgeb, Denise | 1:24-cv-00025 |
| White, Caroline | 1:23-cv-03645 |
| Williams, Bethany | 1:24-cv-03011 |
| Wilson, Sabrina | 1:23-cv-05155 |
| Yale, Kathryn | 1:24-cv-00046 |
| Ziemski, Victoria | 1:24-cv-03216 |

## II.    Failure to respond

In the cases listed below, the plaintiffs did not file a response to the Order to Show Cause. Those cases are hereby **DISMISSED WITH PREJUDICE** for failure to comply with lawful Orders of the Court:

| Plaintiff | Case No. |
|---|---|
| Beranek, Erin | 1:24-cv-01705 |
| Cyrus, Stephanie | 1:24-cv-03901 |
| DeCaria, Amanda | 1:23-cv-05282 |
| Durst, Amber | 1:23-cv-05935 |
| Fay, Laura | 1:23-cv-05304 |
| Fraizer, Hailee | 1:24-cv-05322 |
| Gonzalez, Susan | 1:24-cv-03397 |
| Gutierrez, Joanna | 1:23-cv-05586 |
| Hill, Lauren | 1:23-cv-05276 |
| Jazdzewski, Maryah | 1:24-cv-03843 |
| Keith, Shani | 1:23-cv-05084 |
| Larabee, Heather | 1:24-cv-04295 |
| Lehmann, Kristen | 1:24-cv-01253 |
| Lepe, Jannie | 1:24-cv-02128 |
| McCollum, Lakiesha | 1:24-cv-03903 |
| Owings, Alexis | 1:23-cv-05796 |
| Sherwin, Emily | 1:23-cv-03325 |
| Specksgoor, Megan | 1:23-cv-03257 |
| Steriti, Felicia | 1:23-cv-04003 |
| Stewart, Kimberly | 1:24-cv-00254 |
| Tineo, Paola Y. | 1:23-cv-04526 |
| Wade, Jennifer Leah | 1:22-cv-04904 |
| Williams, Stacie | 1:23-cv-02243 |
| Woodfork, Dorothy | 1:23-cv-05299 |

## III.    Abandoned cases

In the cases listed below, the plaintiff has either formally indicated that she wishes to abandon her claims or has failed to complete a Plaintiff's Fact Sheet after being advised by counsel that such failure could result in dismissal. Those cases are **DISMISSED WITH PREJUDICE**:

3

| Plaintiff | Case No. |
| --- | --- |
| Bailey, Jenna | 1:25-cv-02549 |
| Barber, Lindsey | 1:23-cv-00884 |
| Barr, Michelle | 1:23-cv-02113 |
| Bates, Lakysha | 1:25-cv-03394 |
| Bergman, Emma | 1:25-cv-02744 |
| Calderon, Andrea | 1:23-cv-03741 |
| Chesser, Angela | 1:23-cv-04343 |
| Dahl, Janelle | 1:24-cv-02346 |
| Dauphinais, Amber | 1:23-cv-05793 |
| Delrio, Christina | 1:23-cv-01662 |
| Domingo, Lerileen | 1:25-cv-03398 |
| Durate, Linda | 1:23-cv-03397 |
| Ellison, Margaret | 1:25-cv-04606 |
| Galos, Malia | 1:25-cv-02747 |
| Gordon, Jamie | 1:23-cv-04056 |
| Gray, Jessica | 1:23-cv-05036 |
| Greenwood, Kayshiauna | 1:23-cv-04201 |
| Grullon-Rodriguez, Maria | 1:24-cv-01344 |
| Guzman, Anna | 1:24-cv-01341 |
| Hammond, Jaclyn | 1:23-cv-04815 |
| Hansen, Abbigail | 1:23-cv-05634 |
| Harrington-Loescher, Jessica | 1:23-cv-04579 |
| Hawkins-De Robles, Sharon | 1:23-cv-04584 |
| Hays, Micaela | 1:23-cv-04932 |
| Herring, Katie | 1:23-cv-05014 |
| Hill, Brianna | 1:25-cv-01486 |
| Holdaway, Brook | 1:25-cv-01916 |
| Jenkins, Carissa | 1:23-cv-04508 |
| Jonas, Shannon | 1:24-cv-03142 |
| Kallett, Anna | 1:23-cv-00579 |
| Kelly, Shirree | 1:23-cv-04202 |
| Kettler, Amber | 1:23-cv-05990 |
| King, Karen | 1:24-cv-00226 |
| Koehler, Storey | 1:23-cv-00220 |
| Lamorie, Connor | 1:24-cv-00751 |
| Lanoy, Marie | 1:23-cv-04024 |
| Liu, Christine | 1:24-cv-02636 |
| Lopez, Katherine | 1:23-cv-00693 |
| Marine, Candy | 1:23-cv-04783 |

| | |
|---|---|
| Mayers, Christina | 1:23-cv-04509 |
| McMahon, Jessica | 1:24-cv-05567 |
| McNeil, Hannah | 1:23-cv-04814 |
| Mendez, Claudia | 1:24-cv-04183 |
| Mendonca, Michelle | 1:23-cv-05790 |
| Merryweather, Jessica | 1:23-cv-01618 |
| Mills, Angelina | 1:25-cv-02043 |
| Morales, Sitlaly | 1:23-cv-03396 |
| Myott, Diana | 1:23-cv-05053 |
| Nagy, Claudia | 1:23-cv-04199 |
| Najera, Iliana | 1:25-cv-02743 |
| Nakane, Chasidy | 1:23-cv-05010 |
| Napier, Alexis | 1:23-cv-04063 |
| Paris, Pherisha | 1:24-cv-00855 |
| Parrish, Angel | 1:25-cv-02751 |
| Platel, Nicole | 1:23-cv-02991 |
| Ploucher, Heidi | 1:23-cv-04463 |
| Pollock, Dandan | 1:24-cv-00112 |
| Reed, Brianna | 1:23-cv-04013 |
| Riden, Tashaina | 1:25-cv-02046 |
| Rodriguez, Rebecca | 1:24-cv-05127 |
| Ross, Brittany | 1:25-cv-02048 |
| Saleh, Rawan | 1:23-cv-05255 |
| Sanchez, Angelique | 1:24-cv-04322 |
| Sanchez-Torres, Irma Rosa | 1:23-cv-05019 |
| Saragosa, Chevelle Anjelique | 1:24-cv-04652 |
| Schrader, Kara | 1:23-cv-03647 |
| Scirrotto, Tammy | 1:23-cv-00866 |
| Shelikh, Erin | 1:23-cv-04816 |
| Sneider, Cassie | 1:24-cv-04184 |
| Sutton, Rachel | 1:24-cv-04185 |
| Tapia, Denisse | 1:23-cv-05012 |
| Thompson, Toniqua | 1:24-cv-04060 |
| Tynan, Kelly | 1:24-cv-03998 |
| Volcy, Sherley | 1:24-cv-03899 |
| Warren, Amber | 1:23-cv-05005 |
| West, Amanda | 1:25-cv-02748 |
| Yeaman, Brie | 1:23-cv-05323 |

5

### IV.     Requests for extension of time

Plaintiffs Cynthia Mendez, Case No. 1:24-cv-01794, and Elba Ordonez Velazquez, Case No. 1:23-cv-03880, request additional time to submit a Plaintiff Fact Sheet. Upon due consideration, their requests are **GRANTED**. Cynthia Mendez's deadline for submitting the Plaintiff's Fact Sheet is extended to **21 DAYS** from the entry of this Order, and Elba Ordonez Velazquez's deadline is extended to **60 DAYS** from the entry of this Order.

### V.     Conclusion

As to each of the plaintiffs appearing in Exhibit 1 to the June 24 Order to Show Cause, the Court **ORDERS** as set out above. The Clerk is **DIRECTED** to **TERMINATE** submission of the Order to Show Cause, Dkt. No. [1242], on the MDL docket and in each of the individual cases listed above, except as to Cynthia Mendez, Case No. 1:24-cv-01794, and Elba Ordonez Velazquez, Case No. 1:23-cv-03880. The Clerk is **DIRECTED** to **RESUBMIT** the Order to Show Cause as to those plaintiffs upon expiration of their extended response deadlines.

**IT IS SO ORDERED**, this 13th day of July, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**