IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES<br><br>CIVIL ACTION NO. 1:20-MD-02974-LMM |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW Justin M. Sheldon, Esq. and the firm of Breit Biniazan, P.C. pursuant to Local Civil Rules 7 and 83.1, and respectfully requests this Court withdraw his appearance as counsel of record for the Plaintiffs.

1. Justin M. Sheldon, Esq., Lee A. Floyd, Esq., and the law firm of Breit Biniazan, P.C. are counsel of record for the Plaintiffs.

2. Lee A. Floyd, Esq. is no longer associated with the firm Breit Biniazan, P.C.

3. Justin M. Sheldon, Esq., and the law firm of Breit Biniazan, P.C. wish to withdraw as counsel for the Plaintiffs.

4. The Plaintiffs will continue to be represented by Lee A. Floyd, Esq., of Floyd Law PC.

WHEREFORE, Justin M. Sheldon, Esq. and the firm Breit Biniazan, P.C., respectfully requests that the Court grant this Motion and enter an Order permitting withdrawal as counsel of record.

Dated: August 5, 2026          Respectfully submitted,

/s/*Justin M. Sheldon*

Justin M. Sheldon (VSB No. 82632)
**BREIT BINIAZAN, PC**
111 Virginia Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Justin@bbtrial.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2026, a copy of the foregoing document was filed

electronically with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.


/s/*Justin M. Sheldon*
Justin M. Sheldon (VSB No. 82632)
**BREIT BINIAZAN, PC**
111 Virginia Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Justin@bbtrial.com