IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL DOCKET NO. 2974 ALL CASES<br><br>CIVIL ACTION NO. 1:20-MD-02974-LMM |

**ORDER**

This matter came before the Court upon Counsel's Motion to Withdraw as Counsel for Plaintiffs.

IT APPEARING to the Court, based on the Motion made by Justin M. Sheldon, Esq. and the firm of Breit Biniazan, P.C., on that the relief sought in the Motion is proper and should be granted, it is hereby ORDERED:

Justin M. Sheldon, Esq. and the firm of Breit Biniazan, P.C. are hereby removed as counsel for Plaintiffs in this matter.

It is so ORDERED.

Entered this _____ day of _____, 2026.

_____
JUDGE