IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


IN RE: PARAGARD IUD          :     MDL DOCKET NO. 2974
PRODUCTS LIABILITY       :     1:20-md-02974-LMM
LITIGATION                :


## **ORDER**

The Court has reviewed the parties' submissions for the next bellwether trials. The Court chooses the following as bellwethers in the order that they are listed.

1) White, 1:22-cv-01564
2) Gutierrez, 1:23-cv-04890
3) Rodriguez, 1:20-cv-03945
4) Rounds, 1:22-cv-03393


**IT IS SO ORDERED** this 6th day of August, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**