IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : : : : : : : : : : | CIVIL ACTION NO. 1:20-md-02974-LMM |

## **ORDER**

This matter is presently before the Court on a motion to withdraw as counsel filed by attorney Justin M. Sheldon the firm of Breit Biniazan, P.C., to withdraw as counsel of record for "Plaintiffs." He states that Plaintiffs will continue to be represented by Lee A. Floyd, Esq., of Floyd Law PC.

The motion does not identify the affected plaintiffs or their individual case numbers. Accordingly, the motion, Dkt. No. [1257], is **DENIED WITHOUT PREJUDICE**. Mr. Sheldon may refile the motion in accordance with Local Rule 83.1(E).[1]

**IT IS SO ORDERED**, this 10th day of August, 2026.

_____
**Leigh Martin May**
**Chief United States District Judge**

---

[1]     If the withdrawal will not leave the party unrepresented, Mr. Sheldon and his firm may also be able to withdraw by filing a notice of withdrawal rather than by motion. See LR 83.1(E)(4), NDGa.