# EXHIBIT 1

| Plaintiff | MDL Case No. | Plaintiffs' Firms | Choice of Law | Basis for being Time-Barred: (1) Statute of Limitations (2) Statute of Repose (3) Statute of Repose (Strict Liability ONLY | Products Liability Statute of Limitations | Products Liability Statue of Repose | Placement Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Removal Date as stated in Complaint [Dates extrapolated as described in Brief, footnote 1] | Complaint Filed Date |
|---|---|---|---|---|---|---|---|---|---|
| **Kitzman, Melissa** | 1:25-cv-00951 | Keller Postman, LLC Yaeger Law, PLLC | MI | Statute of Limitations | 3 | N/A | 3/1/2009 | 1/6/2016 | 2/24/2025 |
| **Shafer, Amy** | 1:25-cv-05288 | McDonald Worley, P.C. | MI | Statute of Limitations | 3 | N/A | 7/1/2013 | 3/21/2022 | 9/16/2025 |
| **Colwell, Candice** | 1:26-cv-00545 | Motley Rice, LLC | TN | Statute of Repose | N/A | 10 | 6/12/2015 | 4/23/2025 | 1/29/2026 |
| **Seabolt, Tammy** | 1:24-cv-03251 | Price Armstrong, LLC | TN | Statute of Repose | N/A | 10 | 5/9/2013 | 1/22/2020 | 7/23/2024 |
| **Doss, Cary** | 1:26-cv-00077 | Price Armstrong, LLC | TN | Statute of Repose | N/A | 10 | 9/2/2015 | 11/5/2025 | 1/7/2026 |
| **Harper, Kathryn N** | 1:25-cv-03541 | The Susen Law Group, LLC | TN | Statute of Repose | N/A | 10 | 4/1/2014 | 11/19/2024 | 6/24/2025 |
| **Smith, Latoyia** | 1:25-cv-04872 | Price Armstrong, LLC | TX | Statute of Repose | N/A | 15 | 1/21/2010 | 12/31/2018 | 8/27/2025 |
| **Myers, Virginia** | 1:25-cv-07188 | Parafinczuk Wolf, PA | VA | Statute of Limitations | 2 | N/A | 12/1/2015 | 1/25/2023 | 12/16/2025 |
| **Beidel, Jennifer** | 1:25-cv-03774 | The Gori Law Firm, P.C | VA | Statute of Limitations | 2 | N/A | 2/15/2015 | 9/7/2017 | 7/8/2025 |