# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to :<br><br>JENNIFER BEIDEL,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., ET AL. | MDL DOCKET NO. 2974<br><br>1:20-md-02974-LMM<br><br>Civil Action No. 1:25-cv-03774 |

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiff Jennifer Beidel in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated: August 31, 2026

Respectfully submitted,

*/s/Chad M. Mooney*
Chad M. Mooney
IL Bar #6311237
The Gori Law Firm, P.C.
156 N. Main St. Edwardsville, IL 62025
**Attorneys for Plaintiff**

*/s/ Christopher D. Morris*
Christopher D. Morris
MS Bar#102981
Butler Snow LLP
1020 Highland Colony Parkway,
Suite 1400

Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.Morris@butlersnow.com

**Co-Lead Counsel for Teva Defendants**

*/s/Caroline D. Walker*
Caroline D. Walker
AL Bar #ASB-3439-B10T
Butler Snow LLP
One Federal Place, Suite 1000
Birmingham, AL 35203
Telephone: (205) 297-2220
caroline.walker@butlersnow.com

**Co-Lead Counsel for Cooper Defendants**