**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | ) ) ) | **MDL DOCKET NO. 2974** |
| | ) | **CIVIL ACTION NO. 1:20-MD-02974-LMM** |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | |
| **MELODY BRAXTON** | ) | **1:22-cv-00490-LMM** |
| **HEATHER COX** | ) | **1:25-cv-02222-LMM** |
| **SAMANTHA MCLAURIN** | ) | **1:25-cv-04723-LMM** |
| **PAULINE RICKARD** | ) | **1:21-cv-03861-LMM** |
| **ALISA ROBERE** | ) | **1:22-cv-01583-LMM** |

**ORDER**

This matter came before the Court upon Counsel's Motion to Withdraw as Counsel for Plaintiffs Melody Braxton, Heather Cox, Samantha McLaurin, Pauline Rickard, and Alisa Robere.

IT APPEARING to the Court, based on the Motion made by Justin M. Sheldon, Esq. and the firm of Breit Biniazan, P.C., on that the relief sought in the Motion is proper and should be granted, it is hereby ORDERED:

Justin M. Sheldon, Esq. and the firm of Breit Biniazan, P.C. are hereby removed as counsel for Plaintiffs Melody Braxton, Heather Cox, Samantha McLaurin, Pauline Rickard, and Alisa Robere. in this matter.

It is so ORDERED.

Entered this _____ day of __________________, 2026.

______________________________
JUDGE