IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Paragard IUD Products Liability Litigation | : | MDL ACTION FILE NO. 1:20-md-02974-LMM |
| This document relates to:<br>Melody Braxton, 1:22-cv-00490<br>Heather Cox, 1:25-cv-02222<br>Samantha McLaurin, 1:25-cv-04723<br>Pauline Rickard, 1:21-cv-03861<br>Alisa Robere, 1:22-cv-01583 | : | |

**ORDER**

This case comes before the Court on motions to withdraw attorney Justin M. Sheldon, Esq., and the firm Breit Biniazan, P.C., as counsel for the above-named plaintiffs.

To the extent that Mr. Sheldon seeks to withdraw other members of his firm that are not expressly named in the motions, the Court declines to do so and thus **DENIES WITHOUT PREJUDICE** that portion of the motions. If any other members of Mr. Sheldon's firm wish to withdraw as counsel, they shall file a withdrawal notice or motion, as appropriate.

As to plaintiffs Pauline Rickard, 1:21-cv-03861-LMM, and Alisa Robere, 1:22-cv-01583-LMM, it does not appear that Mr. Sheldon entered a notice of

appearance in those cases. Thus, as to those two plaintiffs, Mr. Sheldon's motions for leave to withdraw as counsel are **DENIED AS MOOT**.

Mr. Sheldon has entered notices of appearance as to the remaining three plaintiffs: Melody Braxton, 1:22-cv-00490-LMM; Heather Cox, 1:25-cv-02222-LMM; and Samantha McLaurin, 1:25-cv-04723-LMM. Because those plaintiffs remain represented by other counsel, the Court **GRANTS** Mr. Sheldon's motions for leave to withdraw as to those plaintiffs. The Clerk is **DIRECTED** to terminate Justin M. Sheldon, Esq., as counsel for those plaintiffs as of the date of this Order.

**IT IS SO ORDERED**, this 4th day of September, 2026.



**Leigh Martin May**
**Chief United States District Judge**