IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>Alisa Robere | : | CIVIL ACTION NO.:<br>1:22-cv-01583-LMM |

**SCHEDULING ORDER**

The Court hereby adopts the parties' joint proposal and enters the following pre-trial deadlines:

| Event | Date |
|---|---|
| Suggested stipulations to facilitate meet and confer process to attempt to reach agreements prior to filing Motions in Limine | October 6, 2026 |
| Motions in Limine (max 10,000 words)[1] | October 22, 2026 |
| Deadline for parties to meet and confer on Motions in Limine. | October 29, 2026 |
| Responses to Motions in Limine (max 10,000 words) | November 5, 2026 |
| Parties to Exchange:<br>- Affirmative Deposition Designations[2]<br>- Trial Exhibit List<br>- Trial Witness List | February 5, 2027 |
| Parties to Exchange: | February 19, 2027 |

[1] Defendants may file motions in limine after this deadline if they receive newly acquired information.

[2] When serving deposition designations, the serving party shall state whether the designations are "as played" from the Rickard trial.

| | |
|---|---|
| - Objections and Counter Deposition Designations (Completeness Counter Designations shall specifically identify the pages and lines they complete) | |
| Parties to Exchange:<br>- Objections to Counter Deposition Designations and Counter-Counter Deposition Designations (Completeness Counter-Counter Designations shall specifically identify the pages and lines they complete)<br>- Electronic Copies of All Exhibits | February 26, 2027 |
| Parties to Exchange:<br>- Objections to Counter-Counter Deposition Designations | March 5, 2027 |
| Joint Pretrial Conference (Deposition Designation Arguments) | March 16, 2027 at 10:00 AM via Zoom |
| Joint Pretrial Conference (Deposition Designation Arguments) | March 17, 2027 at 10:00 AM via Zoom |
| Joint Pretrial Order | March 18, 2027 |
| Parties to Exchange:<br>- Proposed Jury Instructions | March 26, 2027 |
| Joint Pretrial Conference | Monday, March 29, 2027 at 10:00 AM |
| Deadline for Parties to:<br>- Meet and Confer on Proposed Jury Instructions<br>- Exchange Bates Ranges for Proposed Preadmitted Exhibits | April 2, 2027 |
| Consolidated jury charges, Plaintiff's proposed jury charges, Defendants' proposed jury charges and any objections to the opposing sides' jury charges and the parties' proposed verdict forms shall be filed on CM/ECF and emailed to Ms. Poley in Word format | April 9, 2027 |
| **Trial Begins** | **April 12, 2027** |

IT IS SO ORDERED THIS 16th day of September, 2026.

Leigh Martin May

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE