IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SARAH ZIEVE,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al.,<br><br>Defendants. | : | CIVIL ACTION NO. 1:26-cv-01024-LMM<br><br>MDL ACTION NO. 1:20-md-2974-LMM |

**ORDER**

On July 16, 2026, the Court granted Plaintiff's counsel's motion to withdraw from this matter. Dkt. No. [11]. The Court further ordered that Plaintiff was to advise the Court in writing within 30 days whether she planned to proceed pro se (without a lawyer) or obtain other legal counsel. Plaintiff was directed that if she planned to proceed pro se, she must provide the Court with an address, daytime telephone number, and email address where she can be reached. The Court also advised Plaintiff that failure to comply with the order could result in the imposition of sanctions, including dismissal of the case with prejudice.

Plaintiff has not filed a response to the July 16 order. No lawyer has appeared on Plaintiff's behalf, nor has Plaintiff responded with her contact information.

In an abundance of caution, the Court will provide Plaintiff with additional time to comply with the July 16 order. Accordingly, Plaintiff is **ORDERED** to respond within **30 DAYS** of the entry of this order to the July 16 order or risk the imposition of sanctions, including the possibility of dismissal of this action with prejudice.

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff Sarah Zieve at 2154 North Marion Street, Denver, CO 80205. The Clerk is further **DIRECTED** to resubmit this matter to the undersigned upon expiration of the response period.

**IT IS SO ORDERED**, this 18th day of September, 2026.

**Leigh Martin May**
**Chief United States District Judge**