IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 1:20-md-02974-LMM |
| This document relates to: Janine Lepe | : | CIVIL ACTION FILE NO. 1:24-cv-02128-LMM |

**ORDER**

On June 24, 2026, the Court ordered certain plaintiffs, including Plaintiff Janine Lepe, to show cause by July 9, 2026, why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [6]. On July 13, 2026, the Court dismissed Ms. Lepe's case on grounds that she had failed to file a response to the Order. Dkt. No. [8].

Thereafter, Ms. Lepe's counsel brought to the Court's attention that after the response deadline but before the Court entered its Order on the Order to Show Cause, Ms. Lepe filed a request to extend the response period. Dkt. No. [7]. Upon her request, the Court vacated its Order dismissing the case and granted her request for an extension of time through September 14, 2026, to submit her Plaintiff Fact Sheet. Dkt. No. [10].

The extended deadline passed 10 days ago, but Ms. Lepe still has not filed her Plaintiff Fact Sheet. Accordingly, Ms. Lepe's action is **DISMISSED WITH**

**PREJUDICE** due to her failure to prosecute her claims and comply with lawful orders of the Court.

**IT IS SO ORDERED**, this 25th day of September, 2026.

**Leigh Martin May**
**Chief United States District Judge**