IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>Elba Ordonez Velazquez<br>Cynthia Mendez | : | CIVIL ACTION FILE NO.<br>1:23-cv-03880-LMM<br>1:24-cv-01794-LMM |

# ORDER

On June 24, 2026, the Court ordered certain plaintiffs, including Plaintiffs Elba Ordonez Velazquez and Cynthia Mendez, to show cause by July 9, 2026, why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. On July 13, 2026, the Court extended the deadline for Cynthia Mendez by 21 days and the deadline for Elba Ordonez Velazquez by 60 days.

The extended deadlines have passed, but neither plaintiff has filed a certificate of service of a Plaintiff Fact Sheet. Accordingly, Elba Ordonez Velazquez's and Cynthia Mendez's actions are **DISMISSED WITH PREJUDICE** for failure to prosecute the claims and comply with lawful orders of the Court.

**IT IS SO ORDERED**, this 20th day of October, 2026.

Leigh Martin May

**Leigh Martin May**
**Chief United States District Judge**