**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : : : : | MDL DOCKET NO. 2974<br><br>Case No. 1:20-md-02974-LMM |
| **This Document Relates to All Cases** | : : | |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, THE COOPER COMPANIES, INC., AND COOPERSURGICAL, INC.**

Pursuant to LR 83.1(E), NDGa., Frederick M. Erny, Esq., Gina M. Saelinger, Esq., Jeffrey F. Peck, Esq., Rex A. Littrell, Esq., Jeffrey R. Schaefer, Esq., Thomas G. McIntosh, Esq., of UB Greensfelder, LLP (formerly Ulmer & Berne, LLP), and Lisa M. Kuhnell, Esq., formerly of UB Greensfelder, LLP, and Ulmer & Berne, LLP, hereby provide notice in accord with LR 83.1(E)(4) of their intent to withdraw and move for an Order withdrawing them as counsel for Defendants, The Cooper Companies, Inc., and CooperSurgical, Inc., (collectively, "The Cooper Defendants"), in this and all associated actions.

As records of this Court show, none of the withdrawing attorneys have represented The Cooper Defendants in any proceedings before this Court since February 28, 2024. The Cooper Defendants' Co-Lead Counsel, Caroline D.

Walker, Esq. and Kasey M. Adams, Esq. of Butler Snow, LLP, and Defendants' Co-Liaison Counsel, Lori G. Cohen, Esq. and Allison Ng, Esq. of Greenberg Traurig, LLP, have been and will continue to represent The Cooper Defendants in this and all associated actions. *See* LR 83.1(E)(4), NDGa. There is and will be no prejudice to The Cooper Defendants from these withdrawals.

WHEREFORE, Frederick M. Erny, Esq., Gina M. Saelinger, Esq., Jeffrey F. Peck, Esq., Rex A. Littrell Jeffrey R. Schaefer, Esq., Thomas G. McIntosh, Esq., of UB Greensfelder, LLP (formerly Ulmer & Berne, LLP), and Lisa M. Kuhnell, Esq., formerly of UB Greensfelder, LLP and Ulmer & Berne, LLP, respectfully request an Order withdrawing them as counsel for The Cooper Defendants in this action and all associated actions and directing the Clerk to remove those individuals from the docket as counsel for The Cooper Defendants in this MDL proceeding and all associated actions. A Proposed Order is attached as Exhibit A.

Respectfully submitted,

*/s/ Gina M. Saelinger*
Gina M. Saelinger, Esq.
Ohio Bar No. 0061866
**UB Greensfelder, LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Telephone: 513.698.5114
gsaelinger@ubglaw.com

*/s/ Frederick M. Erny*
Frederick M. Erny, Esq.
Ohio Bar No. 0038939
**UB Greensfelder, LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Telephone: 513.698.5144
ferny@ubglaw.com

*/s/ Jeffrey R. Schaefer*
Jeffrey R. Schaefer, Esq.
Ohio Bar No. 0061232
**UB Greensfelder, LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Telephone: 513.698.5108
jschaefer@ubglaw.com

*/s/ Jeffrey F. Peck*
Jeffrey F. Peck, Esq.
Ohio Bar No. 0007943
**UB Greensfelder, LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Telephone: 513.698.5010
jpeck@ubglaw.com

*/s/ Lisa M. Kuhnell*
Lisa M. Kuhnell, Esq.
Ohio Bar No. 0080949
4000 Luxottica Place
Mason, Ohio 45040
Telephone: 513.713.9335
lkuhnell@luxotticaretail.com,
formerly of UB Greensfelder, LLP

*/s/ Thomas G. McIntosh*
Thomas G. McIntosh, Esq.
Ohio Bar No. 0076772
**UB Greensfelder, LLP**
312 Walnut Street, Suite 1400
Cincinnati, OH 45202-4029
Telephone: 513.698.5074
tmcintosh@ubglaw.com

*/s/ Rex A. Littrell*
Rex A. Littrell, Esq.
Ohio Bar No. 0042419
**UB Greensfelder, LLP**
65 East State Street, Suite 1110
Columbus, OH 43215-4213
Telephone: 614.229.0012
rlittrell@ubglaw.com

## FONT CERTIFICATION

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document was prepared using Times New Roman 14-point type, as provided in Local Rule 5.1.

*/s/ Frederick M. Erny*
Frederick M. Erny, Esq.

## CERTIFICATE OF SERVICE

I certify that on November 2, 2026, a copy of the forgoing Motion to Withdraw as Counsel for Defendants, The Cooper Companies, Inc., and CooperSurgical, Inc., was filed electronically with the clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Frederick M. Erny*
Frederick M. Erny, Esq.