**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION** | )<br>)<br>)<br>)<br>)<br>)<br>) | MDL DOCKET NO. 2974<br><br>(1:20-md-02974-LMM)<br><br>This Document Relates to Case Nos. 1:25-cv-02154; 1:25-cv-02342 |

**<u>RESPONSE TO SHOW CAUSE ORDER</u>**

Plaintiffs Unique Hendrickson and Tarcy Jackson (collectively, "Plaintiffs"), by and through their undersigned counsel, and in accordance with this Court's October 20, 2026, Order to Show Cause, Dkt. No. 1273 ("Show Cause Order") submit this response on the respective status of each of the foregoing Plaintiff's Plaintiff Fact Sheet delinquencies giving rise to the entry of the Show Cause Order.

**<u>Plaintiff Unique Hendrickson (Case No. 1:25-cv-02154)</u>**

Plaintiff Unique Hendrickson's Counsel received a delinquency letter via email from Defendants on August 17, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to complete her Plaintiff Fact Sheet, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order. Plaintiff's Counsel respectfully requests a 21-day extension so that Plaintiff's Counsel can continue to seek Plaintiff's compliance.

**Plaintiff Tarcy Jackson (Case No. 1:25-cv-02342)**

Plaintiff Tarcy Jackson's Counsel received a delinquency letter via email from Defendants on August 17, 2026. The delinquency letter indicated that Plaintiff failed to serve an executed Plaintiff Fact Sheet within the applicable deadline as required by the Fourth Amended Case Management Order Regarding Plaintiff Fact Sheets and PFS Document Production.

Since receiving this correspondence from Defendants, Plaintiff's Counsel has made numerous attempts at contacting the Plaintiff to complete her Plaintiff Fact Sheet, including via phone, text, certified mail, and email. As of the time of this submission, Plaintiff's Counsel has been unable to secure Plaintiff's compliance with the Show Cause Order. Plaintiff's Counsel respectfully requests a 21-day extension so that Plaintiff's Counsel can continue to seek Plaintiff's compliance.

## CONCLUSION

For the foregoing reasons, Plaintiffs' Counsel respectfully requests that the Court provide an extension for Plaintiffs Unique Hendrickson and Tarcy Jackson, who have not complied with the Show Cause Order despite Plaintiffs' Counsel's best efforts.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Fidelma Fitzpatrick*
Fidelma Fitzpatrick
RI Bar No. 5417
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com

**Attorney for all Plaintiffs**

*/s/ Basil E. Adham*
Basil E. Adham
TX Bar No. 24081742
Johnson Law Group
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Tel.: 888-864-7330
badham@johnsonlawgroup.com

**Attorney for Plaintiff Unique Hendrickson**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system on November 3, 2026, and served electronically on all counsel of record.

By: */s/ Fidelma Fitzpatrick*

Fidelma Fitzpatrick
RI Bar No. 5417
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel: 401-457-7728
ffitzpatrick@motleyrice.com