UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | 1:20-md-02974-LMM |
| This document relates to | : | |
| **Andrea Whaley** **v.** TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : | Civil Action No. 1:26-cv-06482-LMM |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff respectfully moves the Court for leave to file the attached Amended Short Form Complaint, Exhibit A (attached), and in support states the following:

1. Plaintiff filed her Short Form Complaint with this Honorable Court on October 26, 2026.

2. Plaintiff inadvertently omitted a response to paragraph number 7 of the Short Form Complaint, and this amendment is to correct said omission.

3. Defense has no objection to the proposed Amended Short Form Complaint.

Wherefore, Plaintiff prays this Honorable Court for leave to file her Amended Short Form Complaint as reflected in Exhibit A.

Dated: November 4, 2026

/s/ Rachel L. Cowen, Esq.

Attorney(s) for Plaintiff
Rachel L. Cowen, FL Bar No. 1010540
Parafinczuk Wolf, P.A.
5550 Glades Road Suite 500
Boca Raton, FL 33431
Telephone: (954) 462-6700
Facsimile: (954) 462-6567
rcowen@parawolf.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026 a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to the CM/ECF participants registered to receive service in this matter. Parties may access the filing through the Court's system.

/s/Rachel L. Cowen

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| This document relates to: | : | 1:26-md-06482-LMM |
| Andrea Whaley | : | |
| vs. | : | Civil Action No.: 1:21-cv-03556-LMM |
| TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : | |

**FIRST AMENDED SHORT FORM COMPLAINT**

Come(s) now the Plaintiff(s) named below, and for her/their Complaint against the Defendant(s) named below, incorporate(s) the Second Amended Master Personal Injury Complaint (Doc. No. 79), in MDL No. 2974 by reference. Plaintiff(s) further plead(s) as follows:

1. Name of Plaintiff placed with Paragard: Andrea Whaley

2. Name of Plaintiff's Spouse (if a party to the case): N/A

3. If case is brought in a representative capacity, Name of Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
N/A

4. State of Residence of each Plaintiff (including any Plaintiff in a representative capacity) at time of filing of Plaintiff's original complaint:
New York

5. State of Residence of each Plaintiff at the time of Paragard placement:
New York

6. State of Residence of each Plaintiff at the time of Paragard removal:
New York

7. District Court and Division in which personal jurisdiction and venue would be proper:
Western District of New York

8. Defendants. (Check one or more of the following five (5) Defendants against whom Plaintiff's Complaint is made. The following five (5) Defendants are the only defendants against whom a Short Form Complaint may be filed. No other entity may be added as a defendant in a Short Form Complaint.):

- ☑ A. Teva Pharmaceuticals USA, Inc.
- ☑ B. Teva Women's Health, LLC
- ☑ C. Teva Branded Pharmaceutical Products R&D, Inc.
- ☑ D. The Cooper Companies, Inc.
- ☑ E. CooperSurgical, Inc.

9. Basis of Jurisdiction

- ☑ Diversity of Citizenship (28 U.S.C. § 1332(a))
- ☐ Other (if Other, identify below):

______________________________________________

10.

| Date(s) Plaintiff had Paragard placed (DD/MM/YYYY) | Placing Physician(s) or other Health Care Provider (include City and State) | Date Plaintiff's Paragard was Removed (DD/MM/YYYY)*<br><br>*If multiple removal(s) or attempted removal procedures, list date of each separately. | Removal Physician(s) or other Health Care Provider (include City and State)**<br><br>**If multiple removal(s) or attempted removal procedures, list information separately. |
|---|---|---|---|
| On or about 6/1/2011 | Unknown | 11/14/2019 | Magdi E. Sayegh, MD |
| | | | |

11. Plaintiff alleges breakage (other than thread or string breakage) of her Paragard upon removal.

☑ Yes

☐ No

12. Brief statement of injury(ies) Plaintiff is claiming:

Plaintiff underwent a procedure she would not have otherwise had to endure. Moreover, she suffered pain, suffering and loss of her reproductive health.

Plaintiff reserves her right to allege additional injuries and complications specific to her.

13. Product Identification:

a. Lot Number of Paragard placed in Plaintiff (if now known):

Unknown at this time.

b. Did you obtain your Paragard from anyone other than the HealthCare Provider who placed your Paragard:

☐ Yes

☑ No

14. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Strict Liability / Design Defect

☑ Count II – Strict Liability / Failure to Warn

☑ Count III – Strict Liability / Manufacturing Defect

☑ Count IV – Negligence

☑ Count V – Negligence / Design and Manufacturing Defect

☑ Count VI – Negligence / Failure to Warn

☑ Count IX – Negligent Misrepresentation

☑ Count X – Breach of Express Warranty

☑ Count XI – Breach of Implied Warranty

☑ Count XII – Violation of Consumer Protection Laws

☑ Count XIII – Gross Negligence

☑ Count XIV – Unjust Enrichment

☑ Count XV – Punitive Damages

☐ Count XVI – Loss of Consortium

☐ Other Count(s) (Please state factual and legal basis for other claims not included in the Master Complaint below):

____________________________________________________________

____________________________________________________________

15. "Tolling/Fraudulent Concealment" allegations:

a. Is Plaintiff alleging "Tolling/Fraudulent Concealment"?

☑ Yes

☐ No

b. If Plaintiff is alleging "tolling/fraudulent concealment" beyond the facts alleged in the Master Complaint, please state the facts and legal basis applicable to the Plaintiff in support of those allegations below:

________________________________________________________

________________________________________________________

16. Count VII (Fraud & Deceit) and Count VIII (Fraud by Omission) allegations:

a. Is Plaintiff is bringing a claim under Count VII (Fraud & Deceit), Count VIII (Fraud by Omission), and/or any other claim for fraud or misrepresentation?

☑ Yes

☐ No

b. If Yes, the following information must be provided (in accordance with Federal Rule of Civil Procedure 8 and/or 9, and/or with pleading requirements applicable to Plaintiff's state law claims):

i. The alleged statement(s) of material fact that Plaintiff alleges was false: Paragard was safe for use as a mean of long-term birth control and was as safe or safer than other IUD products on the market.

ii. Who allegedly made the statement: Defendants

iii. To whom the statement was allegedly made: Plaintiff and her prescribing doctor.

iv. The date(s) on which the statement was allegedly made: Statements were made on various dates since the FDA approval in 1984.

17. If Plaintiff is bringing any claim for manufacturing defect and alleging facts beyond those contained in the Master Complaint, the following information must be provided:

a. What does Plaintiff allege is the manufacturing defect in her Paragard? ______________________________

18. Plaintiff's demand for the relief sought if different than what is alleged in the Master Complaint: ______________________________
________________________________________________________

19. Jury Demand:

☑ Jury Trial is demanded as to all counts

☐ Jury Trial is NOT demanded as to any count

s/ Rachel L. Cowen, Esq.
Attorney(s) for Plaintiff

Address, phone number, email address and Bar information:

Parafinczuk Wolf, P.A.
5550 Glades Road, Suite 500, Boca Raton,
FL 33431
(954) 678-0263
Florida Bar No. 1010540 rcowen@parawolf.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | 1:20-md-02974-LMM |
| This document relates to | : | |
| **Andrea Whaley** | **:** | |
| | : | Civil Action No. 1:26-cv-06482-LMM |
| **v.** TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : | |

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

On Motion of the Plaintiff to amend her Short Form Complaint, leave is hereby granted to allow Plaintiff to file her Amended Short Form Complaint.

SO ORDERED, this _______ day of ___________________, 2026.

______________________________
Leigh Martin May
United States District Judge