UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | 1:20-md-02974-LMM |
| This document relates to | : | |
| **Andrea Whaley** | **:** | |
| | : | Civil Action No. 1:26-cv-06482-LMM |
| **v.** TEVA PHARMACEUTICALS USA, INC., TEVA WOMEN'S HEALTH, LLC, TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., THE COOPER COMPANIES, INC., and COOPERSURGICAL, INC. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

On Motion of the Plaintiff to amend her Short Form Complaint, leave is hereby granted to allow Plaintiff to file her Amended Short Form Complaint.

SO ORDERED, this __4th___ day of ____November______, 2026.

[signature]
Leigh Martin May
United States District Judge