IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974<br>1:20-md-02974-LMM |
| This document relates to:<br>Cases in the Below Tables | : | |

**ORDER**

On October 20, 2026, the Court entered an Order directing the plaintiffs identified on Exhibit 1 to the Order to show cause within 14 days of the entry of the Order why their cases should not be dismissed with prejudice for failure to comply with the Case Management Orders regarding Plaintiff Fact Sheets. Dkt. No. [1273]. Plaintiffs were warned that a plaintiff's failure to respond could result in dismissal of the plaintiff's case.

## I. Cases where the deficiencies have been cured

In the cases listed below, the deficiencies have been cured. The Order to Show Cause is therefore **MOOT** as to those cases:

| Plaintiff | Cause Number |
|---|---|
| Gold, Brittany | 1:25-cv-01552 |
| Haywood, Minako | 1:25-cv-01369 |
| Hein, Bailey | 1:25-cv-01370 |
| Hohnbaum, Ashley | 1:25-cv-02050 |
| Holliday, Shanequa | 1:25-cv-02041 |
| Kileen, Julia | 1:23-cv-02935 |

## II. Failure to respond to Show-Cause Order

In the cases listed below, the plaintiffs did not respond to the Order to Show Cause. Those cases are hereby **DISMISSED WITH PREJUDICE** for failure to comply with lawful Orders of the Court:

| Plaintiff | Cause Number |
|---|---|
| Abdul, Moori | 1:23-cv-05302 |
| Hernandez, Courtney | 1:25-cv-02232 |
| Griffin, Artisha | 1:25-cv-03402 |
| Gurwin, Jessica | 1:25-cv-01367 |
| Gutierrez, Stephanie | 1:25-cv-01553 |
| Hannon, Callie | 1:25-cv-03404 |
| Hartlage, Tricia | 1:23-cv-05992 |
| Haymon, Brandy | 1:25-cv-02991 |
| Tesoro, Jakkian | 1:23-cv-04292 |

## III. Cases in which Plaintiff requests additional time to file a response

In the cases listed below, Plaintiff's counsel has requested additional time to submit a PFS. Those requests are **GRANTED** as follows, and the Clerk is **DIRECTED** to resubmit the matters to the undersigned upon the expiration of the extended deadlines:

| Plaintiff | Cause Number | Extension |
|---|---|---|
| Gaxiola, Veronica | 1:25-cv-07203 | 60-day extension |
| Hendrickson, Unique | 1:25-cv-02154 | 21-day extension |
| Horrell, Stephanie | 1:25-cv-06720 | 60-day extension |
| Jackson, Tarcy | 1:25-cv-02342 | 21-day extension |

The Clerk is **DIRECTED** to **TERMINATE** submission of the Order to Show Cause, Dkt. No. [1273], on the MDL docket and in each of the individual cases listed above.

**IT IS SO ORDERED**, this 13th day of November, 2026.

**Leigh Martin May**
**Chief United States District Judge**