**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | : | MDL DOCKET NO. 2974 |
| | : | Case No. 1:20-md-02974-LMM |
| **This Document Relates to All Cases** | : | |

**ORDER**

Having considered the Motion of Frederick M. Erny, Esq. Gina M. Saelinger, Esq., Jeffrey F. Peck, Esq., Rex A. Littrell, Esq., Jeffrey R. Schaefer, Esq., Thomas G. McIntosh, Esq., of UB Greensfelder, LLP, formerly Ulmer & Berne, LLP, and Lisa M. Kuhnell, Esq., formerly of UB Greensfelder, LLP, and Ulmer & Berne, LLP to withdraw as counsel for Defendants, The Cooper Companies, Inc., and CooperSurgical, Inc., (collectively, "The Cooper Defendants"), in this and all associated actions [Doc. 1275] and for good cause shown, this Court **GRANTS** the Motion and **DIRECTS** the Clerk to remove Frederick M. Erny, Esq., Gina M. Saelinger, Esq., Jeffrey F. Peck, Esq., Rex A. Littrell, Esq., Jeffrey R. Schaefer, Esq., Thomas G. McIntosh, Esq., of UB Greensfelder, LLP, formerly Ulmer & Berne, LLP, and Lisa M. Kuhnell, Esq., formerly of UB Greensfelder, LLP, and Ulmer &

Berne, LLP, as counsel of record for Defendants The Cooper Companies, Inc., and CooperSurgical, Inc., in this MDL and all associated cases.

**SO ORDERED**, this 23rd day of November, 2026.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE