IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2974 |
| | ) | 1:20-MD-02974-LMM |
| THIS DOCUMENT RELATES TO: | ) | |
| Cortney L. Beyer | ) | 1:25-cv-00362 |
| Claire Lunde | ) | 1:25-cv-05230 |
| Ashley J. Sigley | ) | 1:21-cv-01362 |
| Melissa M. Racine | ) | 1-21-cv-02792 |
| Karlee L. Stapf, | ) | 1-22-cv-01880 |
| Plaintiffs, | ) | |
| v. | ) | |
| TEVA PHARMACEUTICALS USA, INC.; TEVA WOMEN'S HEALTH, LLC; and TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D, INC., | ) | |
| Defendants. | ) | |

**TEVA DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

In response to the Court's November 18, 2026 Order to Show Cause, the Teva Defendants state that they have no objection to the Court maintaining only each Plaintiff's own PFS on her individual docket and striking the remaining PFSs from that docket.

Dated: November 25, 2026

Respectfully submitted,

*<u>/s/ Christopher D. Morris</u>*
Christopher D. Morris
Butler Snow LLP
Mississippi Bar No. 102981
Renaissance at Colony Park
Suite 1400
1020 Highland Colony Parkway
Ridgeland, MS 39158
Telephone: (601) 985-4437
chris.morris@butlersnow.com

***Co-Lead Counsel for the Teva Defendants***

*<u>/s/ Pamela L. Ferrell</u>*
Pamela L. Ferrell
Butler Snow LLP
Georgia Bar No. 596713
170 Peachtree Street NE
Suite 1900
Atlanta, GA 30309
Telephone: (678) 515-5011
pamela.ferrell@butlersnow.com

***Co-Lead Counsel for the Teva Defendants***

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that I have prepared the foregoing in compliance with Local Rule 5.1 in Times New Roman 14-point font.

This 25th day of November, 2026.

*/s/ Christopher D. Morris*
Christopher D. Morris, Esq.

***Co-Lead Counsel for the Teva Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to registered attorneys of record.

This 25th day of November, 2026.

*/s/ Christopher D. Morris*
Christopher D. Morris, Esq.

***Co-Lead Counsel for the Teva Defendants***